# Aaron Abadi

82 Nassau Street Apt 140<br>
New York, NY 10038<br>
516-639-4100

Clerk of Court
U.S. District Court for the
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559



April 26, 2023

Dear Clerk,

      Please file the attached new case, Aaron Abadi v. American Airlines Group, Inc. et al.

I included the following:

- Civil Cover Sheet
- Complaint
- Exhibits 1-83
- IFP Motion/Affidavit
- Motion for Pro Bono Counsel
- Certificate of Interested Persons
- Summons for each Defendant

Once filed, I would like to use the electronic filing system. My email address is aa@neg.com  I will register through Pacer once I am able to.

I realize this is a lot of papers and I wish there was a way for me to start the case on CM/ECF.  It would really be annoying for you to scan so many pages, especially when I have it all on my computer as pdf's.  If there's a way that I can send you these files by email or usb, or maybe the court can allow me to file initially with CM/ECF, then please let me know.

Additionally, I have the email addresses to every single defendant, and to most of their attorneys that represented them in recent cases. After the Court approves the filing, if we can somehow delay the service of process and allow me to reach out to each defendant and their attorney by email and request them to email back a <u>waiver of service</u>, that would be ideal. Again, assuming the court approves my IFP motion, it would be horrible to give the US Marshals this many items to serve, and the amount of paper required would be a shame.

Thank you for your help here, and sorry to present you with so much work,

*Aaron Abadi*

Aaron Abadi, Plaintiff