| aa@neg.com | EXHIBIT 13 |
|---|---|

| | |
|---|---|
| **From:** | aa@neg.com |
| **Sent:** | Sunday, November 28, 2021 2:26 AM |
| **To:** | 'SAC' |
| **Subject:** | RE: American Airlines |
| **Attachments:** | 3 - ACAA 14 CFR § 382 v2.pdf; Reinfection with COVID-19 _ CDC.pdf; AA Dot complaint 2.pdf; AA Dot complaint.pdf; American Airlines preboarding violation.pdf |

Dear American Airlines:

I received the response below as I was denied access to the seat that I paid for on your airline, the money is yet to be refunded. Your customer service is saying that you didn't know that I wanted my money back. I'm not sure if that was a joke or just a passive aggressive response. You don't allow me to fly, but you thought I don't want my money back?!

I would like you to understand that I am seriously considering filing a lawsuit against your company.
I expect that you will forward this correspondence to your legal department.

Congress set up laws called the Air Carrier Access Act 14 CFR § 382.3. I attached those laws to this email. These are federal laws that do not go into abeyance during a pandemic. Your lawyers can tell you that.

Here is a quick summary of some of the relevant laws, as a courtesy:

The ACAA laws (from 382.17 to 382.35) (Appendix #1 page 37) describe the following actions as discrimination:

a. 382.17 "May carriers limit the number of passengers with a disability on a flight? As a carrier, you must not limit the number of passengers with a disability who travel on a flight."

b. 382.19 "May carriers refuse to provide transportation on the basis of disability? As a carrier, you must not refuse to provide transportation to a passenger with a disability… except… You may refuse to provide transportation to any passenger on the basis of safety"

It then says you can refuse a passenger who poses a "direct threat," which is established law that requires a significant risk, which also won't apply in a case where there are no symptoms, and especially this Applicant who has natural immunity. Direct threat assessment must be done individually, and the doctor's letter that I sent you shows that I already had Covid. I cannot be a direct threat if I have natural immunity, and if you check out the CDC website, you will find out that "Covid Reinfection is Rare. I attached a copy here.

c. 382.21 "May carriers limit access to transportation on the basis that a passenger has a communicable disease or other medical condition?" You cannot, unless, again, the person is determined to pose a direct threat.

d. 382.23 "May carriers require a passenger with a disability to provide a medical certificate?" Essentially, you cannot require a medical certificate unless the "medical condition is such that there is reasonable doubt that the individual can complete the flight safely, without requiring extraordinary medical assistance during the flight." Also, if there's a direct threat of a communicable disease.

e. 382.25 "May a carrier require a passenger with a disability to provide advance notice that he or she is traveling on a flight?" No, except in special circumstances.

1

f. 382.33 'May carriers impose other restrictions on passengers with a disability that they do not impose on other passengers?" No, except in special circumstances.

My doctor's letter states that I cannot wear a mask and describes my sensory disorder. Sensory disorder is a valid disability and I must be allowed to fly. I understand that you feel free to discriminate against me and those like me, because you feel that if the DOT is not harassing me, and I can get away with it for now, then why not do what I want.
That is a childish perspective. The United States is a land with laws, and I will pursue justice. I will not let you get away with this.

I have an important business prospect that I may have lost. The damages will be significant, in the many millions. I look forward to facing you in court and getting compensatory damages. Don't worry, I have saved all the evidence.

You have no right to deny me access to fly, and you have no right to demand anything from me. I gave you a clear doctor's letter clarifying that I cannot and should not wear a mask due to a sensory disorder. That should have been the end of discussion, and I should be in California at this time.
You denied me my right to travel, and you discriminated against me due to my disability. You will be held responsible for this.
Additionally, you have not allowed me to travel for at least a year now, that will be included, too.

I can't imagine that your attorneys did not instruct you properly regarding the ACAA laws. They most certainly don't go away until Congress is able to cancel them and/or change them.
The laws are in effect and I expect you to follow them.
I attached the two complaints filed so far with the DOT. This is not the first time American Airlines violated my rights, and discriminated against me. I attached the record of that complaint too. You must be real proud.

I have already begun multiple lawsuits and I will continue to hold anyone who denies my rights, and discriminates against me for my disability, completely responsible. There are other violations besides the ACAA that these actions come under. I advise you to follow the laws. Your lawyers should be advising you of the same.


Aaron Abadi
aa@neg.com

**American Airlines**



November 27, 2021

Hello Mr. Abadi:

Thank you for contacting us about your ticket from New York to Los Angeles on November 19. We value your feedback as a loyal American Airlines customer and longtime AAdvantage® member.

I'm sorry to hear that you are disappointed with the requirement that passengers wear masks at airports and on board our flights and that we were unable to grant you an exemption based on the documentation you provided.

As you know, the U.S. government now mandates that a face mask be worn in airports, on commercial aircraft, and when traveling on various modes of public transportation. There are limited and narrow exemptions to this mandate, including for children under the age of two and for those with disabilities that prevent them from safely wearing a mask.

I also regret any confusion or misunderstanding regarding our refund policy. As you may know, when a refund is due, the passenger must complete a refund application in order to receive a refund. I was unable to find that a refund had been requested.

Therefore, on your behalf, Mr. Abadi, I have submitted a refund request for the value of ticket 0012311085225. To check the status of your refund, visit www.refunds.aa.com. Please allow seven business days for the information to be available.

Should you ever need assistance following a trip you've taken with us, call our Past Travel Disability Assistance line at 1-800-892-3624 or 1- 682-275-7005. In addition, you can always request your assistance prior to your travel by contacting our Special Assistance Coordinators directly at 800-237-7976. We're here to help.

If you have any additional questions or concerns, please give me a call. I can be reached at 1-888-214-3282, extension 50819. I am in the office Sunday through Thursday from 6 a.m. until 2:30 p.m. Arizona time.

Mr. Abadi, while your recent experience with us was not the best, I hope you will continue to be our customer. The next time you travel with us, we'll do our best to make sure your trip is a good one. We appreciate that you have been a part of our American Airlines AAdvantage® family since 1993 and we look forward to seeing you onboard a future American Airlines flight soon. I wish you and your family a happy holiday season.

Sincerely,

Laurie Paris

Customer Relations

American Airlines

AA Ref#1-30738353844

**Your opinion matters to us! We invite you to share your overall experience in this quick one minute survey. Click here for the survey. We appreciate your time and valuable feedback.**

The information in this email is confidential and is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. If you are not the intended recipient, please delete this email from your email system.

If your comments are related to American Airlines service to, from, or in the United Kingdom and we have reached an impasse in terms of resolving your complaint, please know that we are obligated by the Civil Aviation Authority (CAA) to inform you that you may contact a CAA-approved Alternative Dispute Resolution (ADR) provider competent to deal with airline service complaints. American Airlines, however, does not participate with an ADR in resolving disputes.
RESPCONID: 1-E4WG89W:

RESPID:1-E4WG89U:

TID:1-E4CTLMC:
PROCESS:Response:
CONTACTID:1-2VQA9M5:

**From:** SAC <SAC@aa.com>
**Sent:** Monday, November 8, 2021 9:51 AM
**To:** 'aa@neg.com' <aa@neg.com>
**Subject:** American Airlines

**From:** SAC
**Sent:** Monday, November 08, 2021 8:50 AM

Hello,

Thank you for choosing American Airlines.

The documentation submitted doesn't meet one or more of our qualifications and won't be approved at this time. As a reminder, this exception is very narrowly defined and is limited to a person with a qualified disability who cannot wear a mask for reasons related to the disability. These letters may also be reviewed by a third party medical advisor.

If you have any questions, please contact the American Airlines Special Assistance Coordinator Desk at 1-800-237-7976. Our office hours are daily from 7:30 a.m. to 8:30 p.m. CST.

Thank you,
American Airlines Special Assistance Coordinator

**American Airlines**
You are why we fly