EXHIBIT 14

**aabadi@optonline.net**

| | |
|---|---|
| From: | aa@neg.com |
| Sent: | Tuesday, March 1, 2022 11:33 PM |
| To: | 'SAC' |
| Cc: | aabadi@optonline.net; Roy.Goldberg@stinson.com |
| Subject: | RE: NMOK JOFVXV April 24, 2022 AARON ABADI |

Dear American Airlines;

I received a call from your disability office saying that I will be able to travel on this trip, based on the disability information that I sent you. I do appreciate that. For over a year you refused to allow me to fly at all, since because of my disability, I cannot wear a mask. Now, finally, you will allow me to travel without a mask. That's great. We are getting places.

The problem is that you added two requirements that are clearly still in violation of the disability laws of the Air Carrier Access Act ("ACAA"), a violation of my human rights, and discrimination against me due to my disability.

1. You required me to send an updated letter that is dated within thirty days of the flight, even though I made you aware that sensory processing disorder in an adult is a permanent condition. You can google it, or ask your medical professionals. There is no need for reissuing the letter. Requiring unnecessary things is a violation of ACAA laws.
2. You required me to bring a Covid negative test. All the other passengers are not required. By asking me to do that, you are in violation of the ACAA laws again.

As an airline, you must know the ACAA laws well. I suggest that you speak to an attorney. I took the liberty to copy the attorney for American Airlines, Roy Goldberg. I assume that you are being advised by your attorneys that this discrimination of the disabled is okay. It absolutely is not. I will file a lawsuit, if necessary.

I recommend you speak to your attorney, whether it is Roy Goldberg, or someone else. Please understand that if your company tells you to discriminate and you actually listen and discriminate, your company is liable, and you can be personally liable too. There are both civil and criminal violations with relation to disability discrimination, and depriving people of their civil rights.

Please confirm that I can fly on the date of my tickets and that I will not have any of the unnecessary requirements. Confirm that I will not need a new letter and I will not need a covid test, unless I have symptoms, just like everyone else who do not have disabilities.

I look forward to your quick response.

Aaron Abadi


From: aa@neg.com <aa@neg.com>
Sent: Tuesday, February 22, 2022 4:06 PM
To: 'SAC' <SAC@aa.com>
Cc: 'aabadi@optonline.net' <aabadi@optonline.net>
Subject: NMOK JOFVXV April 24, 2022 AARON ABADI

1

Dear American Airlines;

As your disability department requested (below), I am giving you significant advance notice about this flight.

**I HAVE AMEDICAL DISABILITY AND I CANNOT WEAR A MASK.**

**I AM GOING TO NEED YOU TO MAKE WHATEVER ARRANGEMENTS NECESSARY TO GET ME ON THIS FLIGHT WITHOUT A MASK.**

**I ALREADY HAD COVID AND I DO NOT POSE A DIRECT THREAT TO ANYONE.**

I have attached a letter from my doctor clarifying that I cannot and should not wear a mask. I also attached a copy of my medical chart from NYU Langone Hospital, noting my sensory integration disorder.

I expect you to approve my mask exemption request immediately without violating the Air Carrier Access Act.

I should not be required to provide a negative PCR test, unless all the other passengers are required, as per ACAA law.

In the past, American Airlines violated those laws and denied me access to fly.

I will be on vacation/holiday with family and if I cannot board your flight back, I will be stranded at the airport in Phoenix, Arizona, thousands of miles from my home.

I assume that you have attorneys that represent you and advise you. I advise you to speak to your attorneys.

I will not be required to have a new or different letter written by my doctor. The attached letter is more than sufficient.

Disability discrimination is against the law. There are federal laws and state laws, both criminal and civil that you would be violating if you continue to discriminate.

There have been some silly airline personnel that tried to suggest that the DOT, CDC, or TSA can override actual laws written by Congress. That is preposterous.

Please be aware that if your company, and/or your attorney violates the law through you, or encourages you to violate the law, you are still personally responsible. If you deny me access in violation of the law, I will likely be suing you personally in addition to your employer, and attorneys that have been advising.

I will explain my specific disability to you as follows:

In clarifying the definition of disability, 28 CFR § 36.105 (1) says
"Physical or mental impairment means: (i) Any physiological disorder or condition, cosmetic disfigurement, or anatomical loss affecting one or more body systems, such as: Neurological, musculoskeletal, special sense organs, respiratory (including speech organs), cardiovascular, reproductive, digestive, genitourinary, immune, circulatory, hemic, lymphatic, skin, and endocrine."

My disorder affects the body system related to the sense of
touch, specifically, and is included in the above definition of disability. Touch is the ability to sense pressure, vibration, temperature, pain, and other tactile stimuli.
These types of stimuli are detected by mechanoreceptors, thermoreceptors, and nociceptors all over the body, most noticeably in the skin.
These receptors are especially concentrated on the tongue, lips, face, palms of the hands, and soles of the feet.
The law recognizes that a disorder in the important sense of touch severely limits many major life activities.

I HAVE SENSORY INTEGRATION DISORDER AKA SENSORY PROCESSING DISORDER
I CANNOT WEAR A MASK, OR GLASSES, OR ANYTHING ON MY FACE.
THIS IS A PERMANENT CONDITION.

3

THIS IS NOT JUST A DISCOMFORT.


Here are some of the relevant ACAA Laws that all airlines are bound by:


The ACAA laws (from 382.17 to 382.35) describe the following actions as discrimination.

    a. 382.17 "May carriers limit the number of passengers with a disability on a flight? As a carrier, you must not limit the number of passengers with a disability who travel on a flight."

    b. 382.19 "May carriers refuse to provide transportation on the basis of disability? As a carrier, you must not refuse to provide transportation to a passenger with a disability… except… You may refuse to provide transportation to any passenger on the basis of safety, as provided in 49 U.S.C. 44902. The 49 U.S.C. 44902 refers to safety issues such as someone who doesn't consent to a TSA search of themselves or their items. They mention another scenario, which also refers to the safety of the flight. Neither refers to wearing a mask. It then says you can refuse a passenger who poses a "direct threat," which is established law that requires a significant risk, which also won't apply in a case where there are no symptoms, and especially a person who has natural immunity.

    c. 382.21 "May carriers limit access to transportation on the basis that a passenger has a communicable disease or other medical condition?" You cannot, unless, again, the person is determined to pose a direct threat.

    d. 382.23 "May carriers require a passenger with a disability to provide a medical certificate?" Essentially, you cannot require a medical certificate unless the "medical condition is such that there is reasonable doubt that the individual can complete the flight safely, without requiring extraordinary medical assistance during the flight." Also, if there's a direct threat of a communicable disease.

    e. 382.25 "May a carrier require a passenger with a disability to provide advance notice that he or she is traveling on a flight?" No, except in special circumstances.

    f. 382.33 'May carriers impose other restrictions on passengers with a disability that they do not impose on other passengers?" No, except in special circumstances.


I am asking for a simple letter or email confirming that on April 24, 2022, when I arrive at the Phoenix airport terminal, I will be allowed to check in and fly on your flights without any hinderance, and without any violation of the law, and that I will not be required to wear a mask.

Please be careful with your response, as it most likely will be filed in a lawsuit against your company, and others.

If I am denied, I will certainly file an emergency motion for injunction with the federal court, and I expect the court to grant my motion and/or demand that you allow me to fly, just as recently happened in the case against American Airlines by Seklecki in the federal court in Boston, MA.

I expect a response within 48 hours.

Thank you,

Aaron Abadi
516-639-4100


**From:** SAC <SAC@aa.com>
**Sent:** Sunday, February 20, 2022 2:40 PM
**To:** 'aa@neg.com' <aa@neg.com>
**Subject:** FW: American Airlines Mask Exemption Requirements

Hello,

American provides limited exemptions from the federal mask mandate for customers with a disability who cannot wear a mask, or cannot safely wear a mask, because of their disability as defined by the Americans with Disabilities Act (ADA). In order to receive consideration for an exemption, an official, dated letter from a licensed medical provider must be provided at least 24 hours prior to the scheduled departure of your flight and must contain the following elements:

- Official letterhead from the medical provider with their license number, contact information and date
- Customers name
- Attestation that the customer has a medically diagnosed physical or mental disability that qualifies under the Americans with Disabilities Act (42 USC 12101 et. seq) and because of that disability cannot wear or safely wear a mask for the duration of travel
- Description of why the customer is unable to wear or safely wear a mask for the duration of travel
- Signature of the licensed medical provider

Once completed, letters should be emailed as an attachment to SAC@aa.com with the subject containing the letters NMOK, the record locator of the customer, initial date of travel and customers name.

If your request is approved, it will be conditional upon validation of a negative COVID test (either PCR or Antigen) taken within 72 hours of departure – this must be presented upon check-in at the airport. Additionally, the approval is only valid on requested reservation.

Please keep in mind that these exceptions are very narrow in definition and includes a person with a disability who cannot wear a mask for reasons related to the disability. Your medical provider may be contacted for additional information. Additionally, AA may consult with a third-party medical provider regarding the letter.

Thank you,

Special Assistance Coordinator
1-800-237-7976





American Airlines Special Assistance Coordinator



GINA S.| Special Assistance Desk – DFW SAC (SRO) |  **American Airlines** | 800.237.7976