

**Airlines for America**

EXHIBIT 16

March 23, 2022

The Honorable Joseph R. Biden Jr.
President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

Dear Mr. President:

We appreciate your leadership throughout the COVID-19 crisis and now as the country recovers from the impacts of the pandemic. During the global health crisis, U.S. airlines have supported and cooperated with the federal government's measures to slow the spread of COVID-19. We are encouraged by the current data and the lifting of COVID-19 restrictions from coast to coast, which indicate it is past time to eliminate COVID-era transportation policies.

Our industry has leaned into science at every turn. At the outset, we voluntarily implemented policies and procedures -- mandating face coverings; requiring passenger health acknowledgements and contact tracing information; and enhancing cleaning protocols – to form a multi-layered approach to mitigate risk and prioritize the wellbeing of passengers and employees. We supported the Centers for Disease Control and Prevention (CDC) as they made some of these policies federal mandates and imposed additional measures, like predeparture testing and vaccination requirements for international travelers, in an to attempt to slow the introduction of variants into the United States.

However, much has changed since these measures were imposed and they no longer make sense in the current public health context. The persistent and steady decline of hospitalization and death rates are the most compelling indicators that our country is well protected against severe disease from COVID-19. Given that we have entered a different phase of dealing with this virus, we strongly support your view that "COVID-19 need no longer control our lives." **Now is the time for the Administration to sunset federal transportation travel restrictions – including the international predeparture testing requirement and the federal mask mandate – that are no longer aligned with the realities of the current epidemiological environment.**

<u>**Predeparture Test Requirement**</u>

The predeparture test requirement, imposed to slow the introduction of variants into the U.S., has outlived its utility and stymies the return of international travel. The United Kingdom (UK), the European Union and Canada have recognized this reality and lifted travel restrictions. The U.S. inconsistency with these practices creates a competitive disadvantage for U.S. travel and tourism by placing an additional cost and burden on travel to the U.S. Further, many outbound travelers are not willing to risk being stranded overseas. In the Tenth Meeting of the Emergency Committee on January 19, 2022, the World Health Organization (WHO) noted that **"the failure**

March 23, 2022
Page 2

of travel restrictions introduced after the detection and reporting of Omicron variant to limit international spread of Omicron demonstrates the ineffectiveness of such measures over time." The WHO recommended that countries consider a risk-based approach to the facilitation of international travel by lifting measures, like testing and/or quarantine requirements, for individual travelers who are fully vaccinated with COVID-19 vaccines listed by the WHO.[1] Finally, a recent study by Oxera and Edge Health that examined the effectiveness of travel restrictions in Europe concluded that such measures have failed to prevent the spread of COVID-19.[2]

**Mask Mandate**

The science clearly supports lifting the mask mandate, as demonstrated by the recently released CDC framework indicating that 99 percent of the U.S. population no longer need to wear masks indoors. Several studies completed **before we had the added layer of widespread availability of vaccines**, including one from Harvard's T.H. Chan School of Public Health[3] and another from the U.S. Department of Defense[4], have concluded that an airplane cabin is one of the safest indoor environments due to the combination of highly filtered air and constant air flow coupled with the downward direction of the air. Lifting the mask mandate in airports and onboard aircraft can be done safely as England has done. Importantly, the effectiveness and availability of high-quality masks for those who wish to wear them gives passengers the ability to further protect themselves if they choose to do so. It makes no sense that people are still required to wear masks on airplanes, yet are allowed to congregate in crowded restaurants, schools and at sporting events without masks, despite none of these venues having the protective air filtration system that aircraft do.

It is critical to recognize that the burden of enforcing both the mask and predeparture testing requirements has fallen on our employees for two years now. This is not a function they are trained to perform and subjects them to daily challenges by frustrated customers. This in turn takes a toll on their own well-being.

The high level of immunity in the U.S., availability of high-quality masks for those who wish to use them, hospital-grade cabin air, widespread vaccine availability and newly available therapeutics provide a strong foundation for the Administration to lift the mask mandate and predeparture testing requirements. We urge you to do so now.

We are requesting this action not only for the benefit the of the traveling public, but also for the thousands of airline employees charged with enforcing a patchwork of now-outdated regulations implemented in response to COVID-19.

Respectfully,

---

[1] https://www.who.int/news/item/19-01-2022-statement-on-the-tenth-meeting-of-the-international-health-regulations-(2005)-emergency-committee-regarding-the-coronavirus-disease-(covid-19)-pandemic
[2] https://www.iata.org/contentassets/31f976cb5de0427cbe4a85958857a472/oxera.pdf
[3] https://npli.sph.harvard.edu/resources-2/aviation-public-health-initiative-aphi/
[4] https://www.ustranscom.mil/cmd/panewsreader.cfm?ID=C0EC1D60-CB57-C6ED-90DEDA305CE7459D

March 23, 2022
Page 3

Ben Minicucci
CEO
Alaska Air Group

John W. Dietrich
President & CEO
Atlas Air Worldwide

Scot Struminger
EVP & CEO, Aviation
FedEx Express

Robin Hayes
CEO
JetBlue Airways

Scott Kirby
CEO
United Airlines Holdings

Nicholas E. Calio
President & CEO
Airlines for America

W. Douglas Parker
Chairman & CEO
American Airlines

Ed Bastian
CEO
Delta Air Lines

Peter R. Ingram
President & CEO
Hawaiian Airlines

Gary C. Kelly
Chairman
Southwest Airlines

Brendan Canavan
President
UPS Airlines

March 23, 2022
Page 4

cc:   The Honorable Pete Buttigieg, U.S. Secretary of Transportation
      The Honorable Alejandro Mayorkas, U.S. Secretary of Homeland Security
      The Honorable Gina Raimondo, U.S. Secretary of Commerce
      The Honorable Ron Klain, White House Chief of Staff
      The Honorable Steve Ricchetti, Counselor to the President
      The Honorable Jeffrey Zients, White House Coronavirus Response Coordinator
      The Honorable Brian Deese, Director of the National Economic Council

**aa@neg.com**

| | |
|---|---|
| From: | Goldberg, Roy <roy.goldberg@stinson.com> |
| Sent: | Wednesday, March 23, 2022 9:46 PM |
| To: | aa@neg.com |
| Cc: | abadi.rne@gmail.com |
| Subject: | Re: NMOK JOFVXV April 24, 2022 AARON ABADI |

Thank you Mr. Abadi. I will pass this on to American Airlines.

On: 23 March 2022 21:31, "aa@neg.com<mailto:aa@neg.com>" <aa@neg.com<mailto:aa@neg.com>> wrote:
Mr. Goldberg;

I hope this email finds you well.

I have attached a letter from the Airlines for America that was signed by your client, American Airlines Chairman & CEO, W. Douglas Parker. In this letter, your client posits that there is no longer a health or safety issue to justify requiring passengers to wear masks, and asks the federal government to do away with the mask mandates on airplanes completely.

They write as follows:
"Now is the time for the Administration to sunset federal transportation travel restrictions – including the international predeparture testing requirement and the federal mask mandate – that are no longer aligned with the realities of the current epidemiological environment."

To this date your client is refusing to allow me to fly with their airline, presumably due to health and safety concerns, unless I perform processes or provide items that non-disabled passengers are not required to perform and provide, in violation of ACAA law. As you are fully aware, I am of the disabled class and cannot wear a mask due to my disability.

The attached letter clearly indicates that your client firmly believes that Aaron Abadi not wearing a mask on a flight will not cause any health concerns, to a point where they are lobbying to have all passengers be entitled to fly without a mask.

Your client can no longer claim that Aaron Abadi is a significant risk and must wear a mask.

I will ask you and your client one last time to fix this situation and provide me with a confirmation without any conditions, stating that Aaron Abadi can fly with American Airlines without wearing a mask, due to his disability.

I look forward to your quick response.

Respectfully,

Aaron Abadi

1

Roy Goldberg
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio<https://www.stinson.com/people-RoyGoldberg>

Roy Goldberg
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio<https://www.stinson.com/people-RoyGoldberg>

With regard to your March 1 request, please be reminded that both of the above-referenced conditions to your flying on American Airlines without a mask are fully authorized by the United States Department of Transportation ("DOT"). Specifically, the DOT "Notice of Enforcement Policy: Accommodation by Carriers of Persons with Disabilities who are Unable to Wear or Safely Wear Masks while on Commercial Aircraft" (Feb. 5, 2021) (the "DOT Enforcement Notice"), states as follows:

"To ensure that only qualified persons under the exemptions would be able to travel without a mask, the CDC Order permits operators of transportation conveyances, such as airlines, to impose requirements, or conditions for carriage, on persons requesting an exemption, including requiring a person seeking an exemption to request an accommodation in advance, submit to medical consultation by a third party, provide medical documentation by a licensed medical provider, and/or provide other information as determined by the operator. The CDC Order also permits operators to require protective measures, such as a negative result from a SARS-CoV-2 viral test or documentation of recovery from COVID-19 or seating or otherwise situating the individual in a less crowded section of the conveyance, e.g., aircraft."

DOT Enforcement Notice, at 3 (citing "Order Under Section 361 of the Public Health Service Act (42 U.S.C. 264) and 42 Code of Federal Regulations 70.2, 71.31(b), 71.32(b): Requirement for Persons to War Masks While on Conveyances and at Transportation Hubs" (Jan. 29, 2021) ("CDC Order"), at 4)) (emphasis added). See also DOT Enforcement Notice, at 6 ("The CDC Order permits airlines to impose requirements or conditions for carriage on a person requesting an exemption, including requiring a person seeking an exemption to request an accommodation in advance, submit to medical consultation by a third party, provide medical documentation by a licensed medical provider, and/or provide other information as determined by the airline"); and at 6-7 ("In addition, airlines may impose protective measures to reduce or prevent the risk to other passengers. For example, airlines may require protective measures, such as a negative result from a SARS-CoV-2 test, taken at the passenger's own expense, during the days immediately prior to the scheduled flight") (emphasis added).

American Airlines did not write this language. Rather, it is express guidance from the DOT, which regulated American's activities as a certificated commercial air carrier.

In light of the fact that the DOT Enforcement Notice expressly authorizes American to require adequate medical documentation of your condition, and a negative COVID-19 test, your demand to be excused from these requirements is frankly without legal basis. You clearly want to challenge the DOT Enforcement Notice – but that is between you and DOT. American is fully authorized to follow the express guidance and directives of its regulatory body, the DOT.

If you want to be exempt from the FTMM's requirement to wear a mask during your April 24, 2022 flight, please be sure to comply with the exemption conditions prior to your flight. If you want the benefit of the mask exemption but refuse to comply with the applicable conditions, that is your decision.

Finally, the reference in the February 22, 2022 email to American which is linked to your March 1 email has a statement that is not accurate. You stated therein that you will ask a federal court to grant an "emergency motion for injunction" and that the court will "grant my motion and/or demand that you allow me to fly just as recently happened in the case against American Airlines by Seklecki in the federal court in Boston, MA." We are pleased to provide you with the two transcripts from the February 11 and 16, 2022 hearings in the Michael Seklecki v. CDC et al. case. After you review the transcripts you will see that there was no such court ruling.

We hope you have a good weekend.


Roy Goldberg
Partner

4

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio<https://www.stinson.com/people-RoyGoldberg>

Aaron Abadi

From: aa@neg.com<mailto:aa@neg.com> <aa@neg.com<mailto:aa@neg.com>>
Sent: Tuesday, February 22, 2022 4:06 PM
To: 'SAC' <SAC@aa.com<mailto:SAC@aa.com>>
Cc: 'aabadi@optonline.net<mailto:aabadi@optonline.net>' <aabadi@optonline.net<mailto:aabadi@optonline.net>>
Subject: NMOK JOFVXV April 24, 2022 AARON ABADI

Dear American Airlines;

As your disability department requested (below), I am giving you significant advance notice about this flight.

I HAVE AMEDICAL DISABILITY AND I CANNOT WEAR A MASK.

I AM GOING TO NEED YOU TO MAKE WHATEVER ARRANGEMENTS NECESSARY TO GET ME ON THIS FLIGHT WITHOUT A MASK.

I ALREADY HAD COVID AND I DO NOT POSE A DIRECT THREAT TO ANYONE.

I have attached a letter from my doctor clarifying that I cannot and should not wear a mask. I also attached a copy of my medical chart from NYU Langone Hospital, noting my sensory integration disorder.

I expect you to approve my mask exemption request immediately without violating the Air Carrier Access Act.

I should not be required to provide a negative PCR test, unless all the other passengers are required, as per ACAA law.

In the past, American Airlines violated those laws and denied me access to fly.

I will be on vacation/holiday with family and if I cannot board your flight back, I will be stranded at the airport in Phoenix, Arizona, thousands of miles from my home.

I assume that you have attorneys that represent you and advise you. I advise you to speak to your attorneys.

I will not be required to have a new or different letter written by my doctor. The attached letter is more than sufficient.

Disability discrimination is against the law. There are federal laws and state laws, both criminal and civil that you would be violating if you continue to discriminate.

There have been some silly airline personnel that tried to suggest that the DOT, CDC, or TSA can override actual laws written by Congress. That is preposterous.

Please be aware that if your company, and/or your attorney violates the law through you, or encourages you to violate the law, you are still personally responsible. If you deny me access in violation of the law, I will likely be suing you personally in addition to your employer, and attorneys that have been advising.

I will explain my specific disability to you as follows:

6

In clarifying the definition of disability, 28 CFR § 36.105 (1) says "Physical or mental impairment means: (i) Any physiological disorder or condition, cosmetic disfigurement, or anatomical loss affecting one or more body systems, such as: Neurological, musculoskeletal, special sense organs, respiratory (including speech organs), cardiovascular, reproductive, digestive, genitourinary, immune, circulatory, hemic, lymphatic, skin, and endocrine."

My disorder affects the body system related to the sense of touch, specifically, and is included in the above definition of disability. Touch is the ability to sense pressure, vibration, temperature, pain, and other tactile stimuli.
These types of stimuli are detected by mechanoreceptors, thermoreceptors, and nociceptors all over the body, most noticeably in the skin.
These receptors are especially concentrated on the tongue, lips, face, palms of the hands, and soles of the feet.
The law recognizes that a disorder in the important sense of touch severely limits many major life activities.

I HAVE SENSORY INTEGRATION DISORDER AKA SENSORY PROCESSING DISORDER I CANNOT WEAR A MASK, OR GLASSES, OR ANYTHING ON MY FACE.
THIS IS A PERMANENT CONDITION.
THIS IS NOT JUST A DISCOMFORT.


Here are some of the relevant ACAA Laws that all airlines are bound by:

The ACAA laws (from 382.17 to 382.35) describe the following actions as discrimination.
a. 382.17 "May carriers limit the number of passengers with a disability on a flight? As a carrier, you must not limit the number of passengers with a disability who travel on a flight."
b. 382.19 "May carriers refuse to provide transportation on the basis of disability? As a carrier, you must not refuse to provide transportation to a passenger with a disability… except… You may refuse to provide transportation to any passenger on the basis of safety, as provided in 49 U.S.C. 44902. The 49 U.S.C. 44902 refers to safety issues such as someone who doesn't consent to a TSA search of themselves or their items. They mention another scenario, which also refers to the safety of the flight. Neither refers to wearing a mask. It then says you can refuse a passenger who poses a "direct threat," which is established law that requires a significant risk, which also won't apply in a case where there are no symptoms, and especially a person who has natural immunity.
c. 382.21 "May carriers limit access to transportation on the basis that a passenger has a communicable disease or other medical condition?" You cannot, unless, again, the person is determined to pose a direct threat.
d. 382.23 "May carriers require a passenger with a disability to provide a medical certificate?" Essentially, you cannot require a medical certificate unless the "medical condition is such that there is reasonable doubt that the individual can complete the flight safely, without requiring extraordinary medical assistance during the flight." Also, if there's a direct threat of a communicable disease.
e. 382.25 "May a carrier require a passenger with a disability to provide advance notice that he or she is traveling on a flight?" No, except in special circumstances.
f. 382.33 'May carriers impose other restrictions on passengers with a disability that they do not impose on other passengers?" No, except in special circumstances.



I am asking for a simple letter or email confirming that on April 24, 2022, when I arrive at the Phoenix airport terminal, I will be allowed to check in and fly on your flights without any hinderance, and without any violation of the law, and that I will not be required to wear a mask.
Please be careful with your response, as it most likely will be filed in a lawsuit against your company, and others.

If I am denied, I will certainly file an emergency motion for injunction with the federal court, and I expect the court to grant my motion and/or demand that you allow me to fly, just as recently happened in the case against American Airlines by Seklecki in the federal court in Boston, MA.

7

I expect a response within 48 hours.

Thank you,

Aaron Abadi
516-639-4100




From: SAC <SAC@aa.com<mailto:SAC@aa.com>>
Sent: Sunday, February 20, 2022 2:40 PM
To: 'aa@neg.com<mailto:aa@neg.com>' <aa@neg.com<mailto:aa@neg.com>>
Subject: FW: American Airlines Mask Exemption Requirements


Hello,


American provides limited exemptions from the federal mask mandate for customers with a disability who cannot wear a mask, or cannot safely wear a mask, because of their disability as defined by the Americans with Disabilities Act (ADA). In order to receive consideration for an exemption, an official, dated letter from a licensed medical provider must be provided at least 24 hours prior to the scheduled departure of your flight and must contain the following elements:


·    Official letterhead from the medical provider with their license number, contact information and date

·    Customers name

·    Attestation that the customer has a medically diagnosed physical or mental disability that qualifies under the Americans with Disabilities Act (42 USC 12101 et. seq) and because of that disability cannot wear or safely wear a mask for the duration of travel

·    Description of why the customer is unable to wear or safely wear a mask for the duration of travel

·    Signature of the licensed medical provider


Once completed, letters should be emailed as an attachment to SAC@aa.com<mailto:SAC@aa.com> with the subject containing the letters NMOK, the record locator of the customer, initial date of travel and customers name.

8

If your request is approved, it will be conditional upon validation of a negative COVID test (either PCR or Antigen) taken within 72 hours of departure – this must be presented upon check-in at the airport. Additionally, the approval is only valid on requested reservation.

Please keep in mind that these exceptions are very narrow in definition and includes a person with a disability who cannot wear a mask for reasons related to the disability. Your medical provider may be contacted for additional information. Additionally, AA may consult with a third-party medical provider regarding the letter.

Thank you,

Special Assistance Coordinator
1-800-237-7976

[A close up of a logo  Description automatically generated]

[cid:image002.jpg@01D83EFA.F32628A0]

American Airlines Special Assistance Coordinator

[cid:image003.jpg@01D83EFA.F32628A0]

Gina S.| Special Assistance Desk – DFW SAC (SRO) | [Description: AA.com (R)] <http://www.aa.com/homePage.do> | 800.237.7976 [cid:image005.png@01D83EFA.F32628A0]