EXHIBIT 17

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | callcenter-noreply@aeroflot.ru |
| Sent: | Monday, September 20, 2021 5:32 AM |
| To: | abadi.rne@gmail.com |
| Subject: | RE: Обращение #1-2450528574145[T202109190057S010Z2386194] |

Dear Client,
Thank you for choosing ''Aeroflot-Russian Airlines.''

Please, be informed, that in accordance with the recommendations of Federal air transport Agency of Russian Federation, when boarding and during the entire flight, wearing a protective mask and gloves is mandatory.

Upon your request we inform you that current restrictions require that each passenger must wear a face mask at all times on the flight.
The face mask must fully cover passenger's mouth and nose.
If you have been advised to avoid wearing a face mask for a medical or other reason, you should not take a flight.
Thank you for your understanding.

For urgent questions, we recommend contacting the round-the-clock contact center by phones :
+7(495)223 55 55
8 800 444 55 55 (toll-free in Russia)
*555 Russia: MTS, Beeline, Megafon, Tele2 (toll-free) or the nearest sales and booking office.
To call from abroad, please, use Toll Free phone numbers
You can also contact us using the "CALL FROM THE WEBSITE" service (a stable Internet connection is required) or using the feedback service.

To continue serving of this request, please copy the full text of the conversation in the field «Text of message» of the feedback service or provide the number of your previous request and ask your question.
Filling out all the fields in the form will help us to get in touch with you in a minimum amount of time.
Please, include the previous correspondence in your reply.

With Best Regards
Svetlana Larina
Expert
PJSC Aeroflot-Russian airlines
Telephone numbers:
+7 (495) 223-55-55
8 800 444-55-55

PRIVACY NOTICE: This e-mail and any documents attached hereto contain confidential information and are not subject to disclosure. We hereby notify you that if this message is not intended for you, the use, copying, distribution of information contained in this message, as well as the commitment of any action based thereon, is strictly prohibited. If you received this message by mistake, please report it to the sender by e-mail and delete the message. This letter should not be considered as an offer to conclude/amend any agreement (offer) or acceptance of an offer to conclude/amend the agreement (by acceptance). This correspondence is conducted solely with the intention to discuss the terms of the agreement to be concluded or amendments to the existing agreement for further decision on its conclusion or amendment».

1

Добрый день!
Переадресован запрос №1-2450528574145 из Siebel CRM

Общая информация по запросу:
Тематика обращения: Билет - Разное -
Дата создания запроса: 19.09.2021 02:45:42
Канал поступления запроса: Website
Внутреннее описание запроса:
Текст обращения клиента: This is the second time that I am making this request: I have a sensory integration disorder, which is a medical disability that causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter that I can provide, to that effect, that also states that I already had Covid, which would indicate that there is no significant health risk, as the CDC clearly states that covid reinfection is rare I have already flown several times without a mask on airlines that agreed to accommodate me. CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask. Federal ADA laws require that you provide an accommodation for disabilities. I would like to travel on your airline. Can I travel on your airline without a mask? Or can you provide an accommodation that will allow me to use your airline? Thank you in advance. Aaron Abadi 82 Nassau Street apt 140 New York, NY 10038 516-639-4100
Тема e-mail: Ваше мнение о нашем сервисе Жалоба
Хочу получить ответ : Y
Не являюсь участником Аэрофлот Бонус:

Контактное лицо:
Фамилия: ABADI
Имя: AARON ABADI
Электронная почта: abadi.rne@gmail.com
Контактные телефоны: 5166394100
Тип обратной связи:
Адрес: 82 Nassau Street, Apt. 140 NY, NY
Индекс:
Страна проживания: US

Основной заявитель:
Фамилия:
Имя:
Отчество:
Номер карты "Аэрофлот Бонус":
Уровень:
Телефон:
Электронная почта:

Информация о перелете
Номер билета:
Код бронирования:
Номер рейса: 1234

Дата полета: 23.09.2021 00:00:00
Город вылета:
Город прилета:

Реквизиты организации:

Номер банковской карточки:

УВЕДОМЛЕНИЕ О КОНФИДЕНЦИАЛЬНОСТИ:
Передаваемая информация предназначена только для физического или юридического лица, которому она адресована, и может содержать конфиденциальные материалы. Любой просмотр, повторная передача, распространение или другое использование, или принятие каких-либо действий на основании этой информации лицами или организациями, кроме предполагаемого получателя, запрещены. Если вы получили это по ошибке, свяжитесь с отправителем и удалите материал с любого компьютера.

PRIVACY NOTICE:
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.