LEARN MORE

EXHIBIT 18

## Special Assistance

We offer the following accommodations on board: limited medical oxygen supply service, oxygen concentrator use permit, passenger-provided incubators, and stretchers. Please note that a Medical Information Form may be required for travel.

Wheelchair Service ▼

Oxygen On Board ▼

Oxygen Concentrators On Board ▼

Stretchers ▼

Serious Illnesses ▼

Passengers with Disabilities ▼

Use of face masks on board ▲

According to local and international authorities, the use of face masks is mandatory.

Exceptions:

- ✔ Children under 6 years old flying to domestic and international destinations. Applies only for children under 2 years old for flights into Canada, for children under 11 years old for flights into France, and for children under 3 years old for flights into Honduras.

- ✔ People with a condition preventing them from removing their face mask unaided are exempted. If the health condition is not identifiable at first sight, a medical certificate must be produced.

- ✔ When the crew authorizes face-mask removal for security reasons.

- ✔ Passengers with health conditions need to provide a medical certificate proving their condition, which must contain the reason why a face mask cannot be worn during the flight, as well as the physician's signature, seal, and Professional ID Number.

- ✔ When receiving food and beverages onboard. Face masks must be worn again as soon as the service is over.