**aa@neg.com**　　　　　　　　　　　　　　　　　　　　　　　　**EXHIBIT 19**

| | |
|---|---|
| **From:** | noreply@salesforce.com on behalf of AM SSR Team <amssr@aeromexico.com> |
| **Sent:** | Tuesday, April 19, 2022 11:22 AM |
| **To:** | aa@neg.com |
| **Subject:** | RE: medical disability 02393576   [ ref:_00D2EpOtD._5002E1xX3aZ:ref ] |

Dear Mr. Abadi,

Thank you for the time you took to contact our Special Services Department.

Regarding your doubt, I inform you of the following:
According to local and international authorities, the use of face masks is mandatory.

Exceptions:

- Children under 6 years old flying to domestic and international destinations. Applies only for children under 2 years old for flights into Canada, for children under 11 years old for flights into France, and for children under 3 years old for flights into Honduras.
- People with a condition preventing them from removing their face mask unaided are exempted. If the health condition is not identifiable at first sight, a medical certificate must be produced.
- When the crew authorizes face-mask removal for security reasons.
- **Passengers with health conditions need to provide a medical certificate proving their condition, which must contain the reason why a face mask cannot be worn during the flight, as well as the physician's signature, seal, and Professional ID Number. This medical certificate must be delivered to our staff directly at the airport.**
- When receiving food and beverages onboard. Face masks must be worn again as soon as the service is over.

I hope this information has been able to solve your doubts.

Thank you for choosing Aeromexico.

Cordially,


Karen Rojas
Ejecutivo de Servicio al Cliente
Customer Care Representative



--------------- Mensaje original ---------------
**De:** [aa@neg.com]
**Enviado:** 14/04/2022 01:11 PM
**Para:** amssr@aeromexico.com
**Asunto:** medical disability

1

I have a medical disability and cannot wear a mask.

Attached is a copy of a letter from my doctor.

Please confirm that I will be able to fly with aeromexico, so I can then book a ticket.

Thank you,

*Aaron Abadi*

Cell 516-639-4100



ref:_00D2EpOtD._5002E1xX3aZ:ref