**abadi.rne@gmail.com**  **EXHIBIT 20**

| | |
|---|---|
| From: | ACAA <acaa@allegiantair.com> |
| Sent: | Friday, September 3, 2021 10:22 AM |
| To: | abadi.rne@gmail.com |
| Subject: | RE: [EXTERNAL] RE: Customer Request For Assistance: disability_assistance |

Thank you for contacting Allegiant regarding your request to fly without a mask. As you know, the US Centers for Disease Control (the "CDC") has issued an Order which now legally requires masks to be worn by all persons traveling by air. (42 U.S.C. 264) That Order allows for only very narrow exceptions to the mask requirement. Specifically, the Order states that air carriers are authorized to provide an exception to the mask requirement for those whose physical disability renders them unable to wear a mask, or those who are unable to remove their own mask without assistance. The CDC Order further authorizes air carriers to implement policies, procedures and requirements to comply with the new law. Because safety for our passengers and crews is always Allegiant's top priority, we review and consider passenger requests to travel mask-free very carefully. Unfortunately, Allegiant will not be able to honor your request to fly without a mask because your circumstance does not fit within the very narrow category of legally permitted exceptions. If you are unable to travel with us as a result of the mask requirements, you can obtain a full refund to your original form of payment.

**allegiant**

**ACAA Disability Team**
P.O. Box 371477, Las Vegas, NV 89137
ACAA@allegiantair.com | www.allegiant.com

**EXHIBIT 19**

From: abadi.rne@gmail.com <abadi.rne@gmail.com>
Sent: Wednesday, September 1, 2021 4:04 PM
To: ACAA <acaa@allegiantair.com>
Subject: [EXTERNAL] RE: Customer Request For Assistance: disability_assistance

I attached a Doctor's letter.
This is a disability that I had for my entire fifty-six years and will remain with me till I die.
There should be no reason that you cannot review my situation and keep a record of it or give me a letter on your letterhead, so when I want to fly, no one will need ten days advance notice. There would be no need to require redoing the process each time that I fly.
All regular normal people without disabilities get to fly whenever they want to, yet I would need to give ten days notice. It seems like a way to discourage me flying with you completely. Let's make it so complicated and let him go with another airline.
I normally book my flights the day before or the day of.
There should be no reason that I should not continue to have that right.
This would qualify as a disability discrimination under ADA laws.
Please understand that I already had Covid and as per CDC, Covid reinfection is rare.
That means that I do not pose a health risk. Please see the attached letter.

You may want to review with your attorneys prior to responding.
I take me rights very seriously.

1

Thank you,

Aaron Abadi



**From:** ACAA <acaa@allegiantair.com>
**Sent:** Wednesday, September 1, 2021 5:46 PM
**To:** abadi.rne@gmail.com
**Subject:** RE: Customer Request For Assistance: disability_assistance

Thank you for contacting Allegiant regarding your request to fly without a mask. As you know, the US Centers for Disease Control (the "CDC") has issued an Order which now legally requires masks to be worn by all persons traveling by air. (42 U.S.C. 264) That Order allows for only very narrow exceptions to the mask requirement. Specifically, the Order states that air carriers are authorized to provide an exception to the mask requirement for those whose physical disability renders them unable to wear a mask, or those who are unable to remove their own mask without assistance. The CDC Order further authorizes air carriers to implement policies, procedures and requirements to comply with the new law. Because safety for our passengers and crews is always Allegiant's top priority, we review and consider passenger requests to travel mask-free very carefully.

Allegiant requires 10 days advanced notice for a Face Mask Exemption. If you are within 10 days of departure, we will attempt to expedite your request, but unable to guarantee approval. To begin the exemption process, as soon as possible, please email us a letter (on letterhead) from a treating medical physician stating specifically why a face mask is unable to be physically worn during flight. Upon acceptance of the letter, a COVID test must be administered within 3 days of each flight departure. Then, we require the negative results to be submitted to this same email address, so we may advise our inflight and airport teams of the exemption granted. The letter and negative COVID test must be submitted to ACAA@allegiantair.com. Lastly, please provide us with your Itinerary number to expedite your request.

If the passenger is unable to travel, a full refund will be provided to the original form of payment.

We look forward to hearing from you.

Sincerely,


**allegiant**

**ACAA Disability Team**
P.O. Box 371477, Las Vegas, NV 89137
ACAA@allegiantair.com | www.allegiant.com


**From:** Allegiant Air <no-reply@allegiantair.com> **On Behalf Of** abadi.rne@gmail.com
**Sent:** Wednesday, September 1, 2021 1:37 PM
**To:** ACAA <acaa@allegiantair.com>
**Subject:** Customer Request For Assistance: disability_assistance


## The following request for assistance is from Aaron Abadi:

**Nature of Request:** disability_assistance

2

**Name:** Aaron Abadi
**Email:** abadi.rne@gmail.com

**Telephone:** 5166394100
**Itinerary Number:** N/A
**Flight Number:**

**Is this claim regarding a rescheduled or canceled flight** no

**Relationship:** passenger

**Request Details:** I have a sensory integration disorder, which is a medical disability that causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter that I can email to you, to that effect, that also states that I already had Covid, which would indicate that there is no significant health risk, as the CDC clearly states that covid reinfection is rare I have already flown several times without a mask on airlines that agreed to accommodate me. CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask. Federal ADA laws require that you provide an accommodation for disabilities. I would like to travel on your airline. Can I travel on your airline without a mask? Or can you provide an accommodation that will allow me to use your airline? Thank you in advance. Aaron Abadi 82 Nassau Street apt 140 New York, NY 10038 516-639-4100

Pre-Travel inquiries receive a response within 24 - 48 hours.

Post-Travel concerns may require additional research and response time may take 4-6 weeks.

Caution: *Sender is from outside Allegiant Travel Company. Take caution before opening links/attachments or replying with sensitive data. If suspicious, forward to phishing@allegiantair.com*

3