**aa@neg.com**

EXHIBIT 21

| | |
|---|---|
| **From:** | ACAA <acaa@allegiantair.com> |
| **Sent:** | Tuesday, November 9, 2021 12:52 PM |
| **To:** | AA@NEG.COM |
| **Cc:** | Taday, Alex (OST) |
| **Subject:** | AT2021100031 - (AARON ABADI) MG2300 - Allegiant Confirmation #NONE |

Dear Mr. Abadi,

On behalf of Allegiant, I am responding to the complaint you submitted to the Department of Transportation (DOT) regarding a Face Mask Exemption. Allegiant strives to provide an excellent experience for all of our customers and sincerely regrets that you had a less than positive experience.

As you know, the US Centers for Disease Control (the "CDC") has issued an Order which now legally requires masks to be worn by all persons traveling by air. (42 U.S.C. 264) That Order allows for only very narrow exceptions to the mask requirement. Specifically, the Order states that air carriers are authorized to provide an exception to the mask requirement for those whose physical disability renders them unable to wear a mask, or those who are unable to remove their own mask without assistance. The CDC Order further authorizes air carriers to implement policies, procedures and requirements to comply with the new law. Because safety for our passengers and crews is always Allegiant's top priority, we review and consider passenger requests to travel mask-free very carefully.

Allegiant received a letter from Dr. Yelena Karasina, dated December 3, 2020, requesting a Face Mask Exemption on your behalf. The letter stated you are "suffering from extreme sensitivity," but does not state your "sensitivity" is a disability or qualifies as a disability. Within an email, dated September 1, 2021, you identified yourself as a person with a disability, citing "Sensory Integration Disorder." The letter also states you have "recovered from COVID, and is not contagious." However, the letter does not provide a date when COVID was diagnosed and the letter was written approximately 9 months prior to your request for an exemption.

After careful review of the letter from Dr. Yelena Karasina, it was determined Allegiant would not be able to honor your request to fly without a mask because your circumstance does not fit within the very narrow category of legally permitted exceptions. Sensory Integration Disorder is not a qualifying disability for a Face Mask Exemption. As standard procedure, Allegiant offered a full refund if you were unable to travel without a compliant Face Mask. However, Allegiant did not have a record of an active reservation in your name.

According to ACAA Title 14 CFR Part 382 an air carrier must admit or deny a violation to the DOT after receiving a written disability complaint. In this instance, Allegiant will deny a violation when reporting to the DOT.

Again, we sincerely regret any frustration and inconvenience you may have experienced.

Sincerely,

Jana

**Jana Leonard**
**Manager ~ ACAA/ DOT Compliance**
**& Small Claims**
**Corporate Complaint Resolution Official**
**(CCRO)**
P.O. Box 371477, Las Vegas, NV 89137
ACAA@allegiantair.com | www.allegiant.com

1