| | |
|---|---|
| From: | usreservation |
| To: | abadi.me@gmail.com |
| Subject: | This is an automated reply to your email message! |
| Date: | Tuesday, October 12, 2021 12:27:17 AM |

**EXHIBIT 23**

------------------------------ **Automated Reply** ------------------------------

Please do not reply. This is an automated reply to your email.

Thank you for contacting Asiana Airlines Reservation Center, Regional Headquarters, the Americas.
We have received your email. It will be processed as soon as possible and in the order it was received.

For your reference, the approximate and usual processing time for your inquiry is as follows:

| TYPE OF REQUEST/INQUIRY | PROCESSING TIME |
|---|---|
| STPC Hotel Service Request | 1 to 2 Business Days* |
| Day-Use Hotel Service or City Tour Request | |
| Wheelchair Service Request | |
| Portable Oxygen Tank Related Arrangement** | 7 to 14 Business Days* |
| Service Animal (Medical/Emotional Support Dog)** | |
| Other Special Assistance Request*** | Please Contact Us |

\*   Business days refer to weekdays, Monday to Friday, excluding public holidays.
\*\*  Processing time starts upon approval, after any necessary document is submitted and/or authorized.
\*\*\* All other requests/inquiries that are not related to the above are not handled via this e-mail service.
    For more information, please refer to our homepage at http://us.flyasiana.com.

Thank you for your patronage of Asiana Airlines.

**Reservation Center
Regional Headquarters, the Americas
Asiana Airlines**
http://us.flyasiana.com

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | abadi.rne@gmail.com |
| **Sent:** | Tuesday, October 12, 2021 12:26 AM |
| **To:** | usreservation@flyasiana.com |
| **Subject:** | medical disability |
| **Attachments:** | NYU Langone Health MyChart - Letter re mask.pdf |

I already sent in this request, as you can see below, but no one responded.
I will ask it again:

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100


**From:** 아시아나 특별서비스 <noreply@flyasiana.com>
**Sent:** Wednesday, September 1, 2021 4:50 PM
**To:** AbadiAaron <abadi.rne@gmail.com>
**Subject:** [ASIANA AIRLINES] Your request has been successfully submitted.



# Your request has been successfully submitted.

## Passenger Information

1

| | |
|---|---|
| Name | Abadi Aaron |
| Telephone No. | 5166394100 |
| Email | abadi.rne@gmail.com |

## GDPR Information

| | |
|---|---|
| EU citizens/EU residents | No |
| Child under the age of 16's Name | |
| Date of Birth | |
| Guardian's Name | |
| Date of Birth | |

## Flight Itinerary

| | |
|---|---|
| Boarding Date | |
| Flight No. | OZ |
| Departure City | |
| Arrival City | |
| Reservation No. | |
| Ticket No. | |

## Comments

2

| | |
|---|---|
| Category | Medical assistance |
| Section | GENERAL |
| Title | Mr. |
| Details | I have a sensory integration disorder, which is a medical disability that causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter that I can send you, to that effect, that also states that I already had Covid, which would indicate that there is no significant health risk, as the CDC clearly states that covid reinfection is rare I have already flown several times without a mask on airlines that agreed to accommodate me. CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask. Federal ADA laws require that you provide an accommodation for disabilities. I would like to travel on your airline. Can I travel on your airline without a mask? Or can you provide an accommodation that will allow me to use your airline? Thank you in advance. Aaron Abadi 82 Nassau Street apt 140 New York, NY 10038 516-639-4100 |

_E-mail replies are available during normal business hours (Mon.-Fri. 8:30 AM to 5:30 PM Pacific Time)

_E-mail replies can be delayed due to high volume of requests.

_Medical approval may be needed depending on the request and passengers are responsible for any additional charges that may occur.

This e-mail was sent to the e-mail address that was entered for Asiana Airlines and is only for delivery purposes. Please visit the Customer Service Center on the website for inquiries.

Asiana Airlines complies with the Act on Promotion of Information and Communication Network Utilization and Information Protection.

**Reservations and Inquiries** : 1588-8000 / 02-2669-8000
**Asiana Club Service Center** : 1588-8000 / 02-2669-8000

ⓒ Asiana Airlines Co. All Right Reserved.

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | 아시아나 특별서비스 <noreply@flyasiana.com> |
| Sent: | Wednesday, September 1, 2021 4:50 PM |
| To: | AbadiAaron |
| Subject: | [ASIANA AIRLINES] Your request has been successfully submitted. |



# Your request has been successfully submitted.

## Passenger Information

| | |
|---|---|
| Name | Abadi Aaron |
| Telephone No. | 5166394100 |
| Email | abadi.rne@gmail.com |

## GDPR Information

| | |
|---|---|
| EU citizens/EU residents | No |

## Flight Itinerary

| | |
|---|---|
| Boarding Date | |
| Flight No. | OZ |
| Departure City | |
| Arrival City | |

1

Reservation No.

Ticket No.

# Comments

| | |
|---|---|
| Category | Medical assistance |
| Section | GENERAL |
| Title | Mr. |
| Details | I have a sensory integration disorder, which is a medical disability that causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter that I can send you, to that effect, that also states that I already had Covid, which would indicate that there is no significant health risk, as the CDC clearly states that covid reinfection is rare I have already flown several times without a mask on airlines that agreed to accommodate me. CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask. Federal ADA laws require that you provide an accommodation for disabilities. I would like to travel on your airline. Can I travel on your airline without a mask? Or can you provide an accommodation that will allow me to use your airline? Thank you in advance. Aaron Abadi 82 Nassau Street apt 140 New York, NY 10038 516-639-4100 |

☒ E-mail replies are available during normal business hours (Mon.-Fri. 8:30 AM to 5:30 PM Pacific Time)

☒ E-mail replies can be delayed due to high volume of requests.

☒ Medical approval may be needed depending on the request and passengers are responsible for any additional charges that may occur.

2

This e-mail was sent to the e-mail address that was entered for Asiana Airlines and is only for delivery purposes. Please visit the Customer Service Center on the website for inquiries.

Asiana Airlines complies with the Act on Promotion of Information and Communication Network Utilization and Information Protection.

**Reservations and Inquiries** : 1588-8000 / 02-2669-8000
**Asiana Club Service Center** : 1588-8000 / 02-2669-8000

ⓒ Asiana Airlines Co. All Right Reserved.

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | 아시아나 특별서비스 <noreply@flyasiana.com> |
| **Sent:** | Wednesday, September 1, 2021 4:50 PM |
| **To:** | AbadiAaron |
| **Subject:** | [ASIANA AIRLINES] Your request has been successfully submitted. |



# Your request has been successfully submitted.

## Passenger Information

| | |
|---|---|
| Name | Abadi Aaron |
| Telephone No. | 5166394100 |
| Email | abadi.rne@gmail.com |

## GDPR Information

| | |
|---|---|
| EU citizens/EU residents | No |

## Flight Itinerary

| | |
|---|---|
| Boarding Date | |
| Flight No. | OZ |
| Departure City | |
| Arrival City | |

4

Reservation No.

Ticket No.

# Comments

| | |
|---|---|
| Category | Medical assistance |
| Section | GENERAL |
| Title | Mr. |
| Details | I have a sensory integration disorder, which is a medical disability that causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter that I can send you, to that effect, that also states that I already had Covid, which would indicate that there is no significant health risk, as the CDC clearly states that covid reinfection is rare I have already flown several times without a mask on airlines that agreed to accommodate me. CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask. Federal ADA laws require that you provide an accommodation for disabilities. I would like to travel on your airline. Can I travel on your airline without a mask? Or can you provide an accommodation that will allow me to use your airline? Thank you in advance. Aaron Abadi 82 Nassau Street apt 140 New York, NY 10038 516-639-4100 |

E-mail replies are available during normal business hours (Mon.-Fri. 8:30 AM to 5:30 PM Pacific Time)

E-mail replies can be delayed due to high volume of requests.

Medical approval may be needed depending on the request and passengers are responsible for any additional charges that may occur.

5

This e-mail was sent to the e-mail address that was entered for Asiana Airlines and is only for delivery purposes. Please visit the Customer Service Center on the website for inquiries.

Asiana Airlines complies with the Act on Promotion of Information and Communication Network Utilization and Information Protection.

**Reservations and Inquiries** : 1588-8000 / 02-2669-8000
**Asiana Club Service Center** : 1588-8000 / 02-2669-8000

© Asiana Airlines Co. All Right Reserved.