aa@neg.com                                                              **EXHIBIT 24**

| | |
|---|---|
| From: | CustomerUS <customerus@flyasiana.com> |
| Sent: | Wednesday, December 1, 2021 5:32 PM |
| To: | 'AA@NEG.COM' |
| Cc: | 'alex.taday@dot.gov' |
| Subject: | [Asiana Airlines] Response to Mr. Aaron Abadi's concern (DOT Case No. AT2021110028) |

Re: DOT Case No. AT2021110028

December 1, 2021

Dear Mr. Abadi,

This is a written response to your complaint submitted to the U.S. Department of Transportation ("DOT"), which Asiana received on November 9, 2021, regarding your inquiry regarding potential travel without a mask. (Please note that your earlier correspondence to Asiana on this matter did not meet the definition of a complaint under 14 C.F.R. Part 382 because it was not a "situation in which any person complains or raises a concern with your personnel about discrimination, accommodations, or services." 14 C.F.R. § 382.151(c)(1).)   We have reviewed your case, including our prior correspondence and the doctor's letter that you included.

We have determined that you are not eligible for an exemption to Asiana's generally applicable mask policy, which currently requires masks or face coverings at all times during flights except at mealtimes. *See* Asiana Airlines, *Asiana Care+ activities for a safe travel* (https://flyasiana.com/C/JP/EN/contents/asiana-care-plus). This correspondence provides our reasons for this conclusion. We regret any inconvenience this may cause.

As you may know, the Centers for Disease Control and Prevention's ("CDC") Order requiring the wearing of masks on public transportation conveyances, including airplanes traveling to and/or from points within the United States remains in effect. *See* CDC, Order of January 29, 2021 (https://www.cdc.gov/quarantine/masks/mask-travel-guidance.html). The DOT has reinforced CDC's Order several times throughout the year. *See, e.g.*, DOT, *Statement on Wearing Masks While Traveling*, May 14, 2021 (https://www.transportation.gov/briefing-room/us-dot-statement-wearing-masks-while-traveling); DOT, *New International Air Travel COVID-19 Policy*, October 28, 2021 (https://www.transportation.gov/flyhealthy/new-international-air-travel-covid-19-policy).

In assessing your case, we considered the provisions of the CDC's Order that provides an exemption for persons with a disability who cannot wear a mask or safely wear a mask. In general, these exemptions extend to those with a disability who, for reasons related to the disability, would be physically unable to remove a mask without assistance if breathing becomes obstructed; to those with an intellectual, developmental, cognitive, or psychiatric disability that affects the person's ability to understand the need to remove a mask if breathing becomes obstructed; and to other listed persons with disabilities that may in some circumstances qualify for an exemption based on factors specific to the person. *See* CDC, Order of January 29, 2021 at 5 n.9; CDC, *Disability Exemptions of the Order*, August 20, 2021 (https://www.cdc.gov/quarantine/masks/mask-travel-guidance.html#disability-exemptions).

Based upon your correspondence and the doctor's letter, you requested an exemption due to a "sensory integration disorder" that causes "an extreme sensitivity to touch, mostly in the area of [your] head." Notably, in discussing persons with disabilities who might be exempted from the mask requirement based on factors specific to a person, the CDC discussed sensory disabilities. Specifically, the CDC stated that a "person with a severe sensory disability" might be exempt if the person "would pose an imminent threat of harm to themselves or others if required to wear a mask." CDC, *Disability Exemptions of the Order*. The CDC also specifically stated that "[p]ersons who experience

discomfort or anxiety while wearing a mask without imminent threat of harm would not qualify for this exemption." *Id.* Based on this guidance and your doctor's description of your disability, these guidelines indicate that you are not eligible for an exemption.

Asiana does not believe that your complaint is governed by 14 C.F.R. Part 382 ("Part 382") or the Air Carrier Access Act, which generally prohibit discrimination on the basis of disability in air travel, because you have not sought or been denied air travel. Rather, you have inquired with Asiana about its treatment of a future, hypothetical request to travel. Although your complaint to the DOT states "[t]hey … refuse to let me fly," that is not the case, as you elsewhere acknowledge in your complaint ("There is no itinerary…"). Nonetheless, to the extent that this complaint is governed by Part 382, Asiana denies that the complaint constitutes a violation of the applicable regulations for the reasons provided above. Please note your right to pursue DOT enforcement action under Part 382. (Because this is a response to a DOT complaint, our response focuses on U.S. regulatory issues. Mask requirements on international flights may also be affected by the requirements of other countries on a flight itinerary.)

As previously mentioned, we regret any inconvenience that this may cause. We value your patronage and hope that we can provide service to you in your future travels.


Sincerely,

Elisa Kang

Customer Relations
Regional Headquarters, The Americas
Asiana Airlines

NOTE: Please be advised, this email service is only available Monday to Friday. This service is not available during the weekends and national holidays. If you need immediate assistance, please contact our U.S. reservation center at 1-800-227-4262 (Monday to Friday 8:30AM to 5:00PM PT).

This email (including any attachments) contains confidential and legally privileged information. If you are not the intended recipient, please notify the sender and delete this email immediately. Any unauthorized review, use, distribution, copying or dissemination of this message (or its attachments) in whole or part is strictly prohibited.