EXHIBIT 25

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | abadi.rne@gmail.com |
| **Sent:** | Tuesday, October 12, 2021 12:32 AM |
| **To:** | servicios.especiales@avianca.com |
| **Subject:** | RE: disability assistance |
| **Attachments:** | NYU Langone Health MyChart - Letter re mask.pdf |

I did not hear back from you regarding this email.
Please respond.
Thank you
Aaron Abadi

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Wednesday, September 1, 2021 5:18 PM
**To:** servicios.especiales@avianca.com
**Subject:** disability assistance

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | abadi.rne@gmail.com |
| Sent: | Tuesday, October 12, 2021 12:30 AM |
| To: | servicios.especiales@avianca.com |
| Subject: | RE: disability assistance |
| Attachments: | NYU Langone Health MyChart - Letter re mask.pdf |

I did not hear back from you regarding this email.
Please respond.
Thank you
Aaron Abadi

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Wednesday, September 1, 2021 5:18 PM
**To:** servicios.especiales@avianca.com
**Subject:** disability assistance

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | abadi.rne@gmail.com |
| **Sent:** | Wednesday, September 1, 2021 5:18 PM |
| **To:** | servicios.especiales@avianca.com |
| **Subject:** | disability assistance |
| **Attachments:** | NYU Langone Health MyChart - Letter re mask.pdf |

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100