EXHIBIT 26



A STAR ALLIANCE MEMBER

October 3, 2022.

Dear Mr. Abadi

I am responding to your complaint presented via DOT about wearing a mask while traveling. I must say that Avianca is familiar with CDC and TSA requirements, and we do know that both provide an exemption for passengers who are unable to safely wear a mask due to a legitimate disability.

As part of the standards of Part 382, Avianca must make an individualized determination to determine if the passenger is a qualified individual with a disability entitled to a reasonable accommodation. To do so, DOT has provided this guidance: "[B]oth the CDC Order and Part 382 permit airlines to require passengers to consult with the airline's medical expert and/or to provide medical evaluation documentation from the passenger's doctor sufficient to satisfy the airline that the passenger does, indeed, have a recognized medical condition precluding the wearing or safe wearing of a mask." (Notice of Enforcement Policy: Accommodation by Carriers of Persons with Disabilities who are Unable to Wear or Safely Wear Masks while on Commercial Aircraft; https://www.transportation.gov/sites/dot.gov/files/2021-02/Mask%20Notice%20Issued%20on%20Feb%205.pdf).

After reviewing the document presented by you; Avianca concludes that the letter is not sufficient, to accept an exemption to the face mask policy, especially as document does not include information about his itinerary to confirm if there is no local regulation demanding to wear a mask as no exemption.

Based on all this, our policy is in accordance with the the US Department of Transportation (DOT) regulations concerning nondiscrimination on the basis of disability in air travel for CFR382. Therefore, TACA has not violated DOT regulations.

Finally, under 14 C.F.R. § 382.155, Avianca must provide a written response to your disability complaint within 45 days of receipt of your written complaint. We apologize that we were unable to meet that standard for your case, as the internal investigation did take some time.

Kind regards,







**Marielos López**
Servicio al Cliente-El Salvador

Edificio Avianca, Santa Elena, Antiguo Cuscatlán, El Salvador
+503 2247-1032
*Marielos.lopez@avianca.com*