**abadi.rne@gmail.com**                                                       **EXHIBIT 27**

| | |
|---|---|
| From: | abadi.rne@gmail.com |
| Sent: | Friday, October 29, 2021 1:25 PM |
| To: | 'Amanda de Godoy Domingues' |
| Cc: | 'Shirley Cardoso de Moraes' |
| Subject: | RE: Disability assistance  URGENT |

I have not received a response to my request.
Should I assume I cannot fly without a mask in spite of my disability????
Aaron Abadi

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Tuesday, October 12, 2021 12:59 AM
**To:** 'Amanda de Godoy Domingues' <amanda.godoy@voeazul.com.br>
**Cc:** 'Shirley Cardoso de Moraes' <shirley.moraes@voeazul.com.br>
**Subject:** RE: Disability assistance

Sorry,
I just saw this email.
I'm not sure why.
This number is the best number.
Thank you,

Aaron Abadi

**From:** Amanda de Godoy Domingues <amanda.godoy@voeazul.com.br>
**Sent:** Thursday, September 2, 2021 2:40 PM
**To:** abadi.rne@gmail.com
**Cc:** Shirley Cardoso de Moraes <shirley.moraes@voeazul.com.br>
**Subject:** Disability assistance

Hello Aaron,

We received your request, I've try to contact you at 516-639-4100 do you have another number that we can contact you?

Regards,

**Amanda Godoy**
Suporte ao Cliente na
Melhor Companhia Aérea do Mundo
Customer Service at
the Best Company in the World
Experiência do Cliente

tel: + 55 (11) 4003-3255

1

**Azul Linhas Aéreas Brasileiras**
Esta mensagem pode conter informações confidenciais e sujeitas a sigilo. A sua utilização, cópia e divulgação não autorizadas são proibidas. Caso tenha recebido esta mensagem por engano, por favor informe ao remetente e apague-a juntamente com seus anexos.| This message may contain confidential and privileged information. Unauthorized use, disclosure or copying is prohibited. If you are not the intended recipient, please advise the sender and delete this message and any attachments

**Azul Linhas Aéreas Brasileiras**
Esta mensagem pode conter informações confidenciais e sujeitas a sigilo. A sua utilização, cópia e divulgação não autorizadas são proibidas. Caso tenha recebido esta mensagem por engano, por favor informe ao remetente e apague-a juntamente com seus anexos.| This message may contain confidential and privileged information. Unauthorized use, disclosure or copying is prohibited. If you are not the intended recipient, please advise the sender and delete this message and any attachments

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | abadi.rne@gmail.com |
| Sent: | Tuesday, October 12, 2021 12:59 AM |
| To: | 'Amanda de Godoy Domingues' |
| Cc: | 'Shirley Cardoso de Moraes' |
| Subject: | RE: Disability assistance |

Sorry,
I just saw this email.
I'm not sure why.
This number is the best number.
Thank you,

Aaron Abadi


**From:** Amanda de Godoy Domingues <amanda.godoy@voeazul.com.br>
**Sent:** Thursday, September 2, 2021 2:40 PM
**To:** abadi.rne@gmail.com
**Cc:** Shirley Cardoso de Moraes <shirley.moraes@voeazul.com.br>
**Subject:** Disability assistance

Hello Aaron,

We received your request, I've try to contact you at 516-639-4100 do you have another number that we can contact you?

Regards,



**Amanda Godoy**
Suporte ao Cliente na
**Melhor Companhia Aérea do Mundo**
**Customer Service at**
**the Best Company in the World**
Experiência do Cliente

tel: + 55 (11) 4003-3255

  

**Azul Linhas Aéreas Brasileiras**
Esta mensagem pode conter informações confidenciais e sujeitas a sigilo. A sua utilização, cópia e divulgação não autorizadas são proibidas. Caso tenha recebido esta mensagem por engano, por favor informe ao remetente e apague-a juntamente com seus anexos.| This message may contain confidential and privileged information. Unauthorized use, disclosure or copying is prohibited. If you are not the intended recipient, please advise the sender and delete this message and any attachments

**Azul Linhas Aéreas Brasileiras**
Esta mensagem pode conter informações confidenciais e sujeitas a sigilo. A sua utilização, cópia e divulgação não autorizadas são proibidas. Caso tenha recebido esta mensagem por engano, por favor informe ao remetente e apague-a juntamente com seus anexos.| This message may contain

confidential and privileged information. Unauthorized use, disclosure or copying is prohibited. If you are not the intended recipient, please advise the sender and delete this message and any attachments

4

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | Amanda de Godoy Domingues <amanda.godoy@voeazul.com.br> |
| **Sent:** | Thursday, September 2, 2021 2:40 PM |
| **To:** | abadi.rne@gmail.com |
| **Cc:** | Shirley Cardoso de Moraes |
| **Subject:** | Disability assistance |

Hello Aaron,

We received your request, I've try to contact you at 516-639-4100 do you have another number that we can contact you?

Regards,



**Amanda Godoy**
Suporte ao Cliente na
**Melhor Companhia Aérea do Mundo**
**Customer Service at**
**the Best Company in the World**
Experiência do Cliente

tel: + 55 (11) 4003-3255



**Azul Linhas Aéreas Brasileiras**
Esta mensagem pode conter informações confidenciais e sujeitas a sigilo. A sua utilização, cópia e divulgação não autorizadas são proibidas. Caso tenha recebido esta mensagem por engano, por favor informe ao remetente e apague-a juntamente com seus anexos.| This message may contain confidential and privileged information. Unauthorized use, disclosure or copying is prohibited. If you are not the intended recipient, please advise the sender and delete this message and any attachments

**Azul Linhas Aéreas Brasileiras**
Esta mensagem pode conter informações confidenciais e sujeitas a sigilo. A sua utilização, cópia e divulgação não autorizadas são proibidas. Caso tenha recebido esta mensagem por engano, por favor informe ao remetente e apague-a juntamente com seus anexos.| This message may contain confidential and privileged information. Unauthorized use, disclosure or copying is prohibited. If you are not the intended recipient, please advise the sender and delete this message and any attachments