EXHIBIT 28

**abadi.rne@gmail.com**

| From: | Azul Linhas Aereas <voeazul@service-now.com> |
|---|---|
| Sent: | Monday, December 13, 2021 7:14 AM |
| To: | ABADI.RNE@GMAIL.COM |
| Subject: | Ticket Azul AZ135140478 - Submission of receipt |

## Ticket Azul AZ135140478 - Submission of receipt

Hello, .

Thank You for your contact with Azul Airlines.

Regarding your claim about the boarding request without the mask or face shield due to your medical disability, the sensory integration disorder:
custumers within the autism spectrum, intellectual disability or sensory integration disorder that prevent them from properly using a face mask
must present at check-in: the passport; the medical certificate/declaration informing about the special health condition, or the medical certificate/declaration
for exemption from the use of a mask.

Please be aware that in order to check-in and board your flight, the Brazillian government requires all passengers to provide proof of a negative Covid-19 RT-PCR test result and complete a traveller's health declaration form (DSV).
The RT-PCR test must be taken no more than 72 hours before your departure. A Covid-19 test is not required for any child under the age of 2 or children under 12 years old travelling with an adult.
To complete Traveller's Health Declaration (DSV), please visit
https://formulario.anvisa.gov.br/?lang=en
An eletronic approval email of DSV will need to be presented before boarding and upon arrival in Brazil.

We remain at your service thru our call center:
From Brazil, Europe and other Countries:
+55 11 4003 3255
From the USA and Canada:
+1 888 587 2985 Toll Free
From Argentina:
+54 11 5984 5178

1



Regards
Amanda Godoy

---

Thank you! **The Azul Team**

---

<u>**Azul Mobile**</u>    <u>**TV ao Vivo**</u>    <u>**100 Destinos**</u>

