**abadi.rne@gmail.com**

EXHIBIT 29

| | |
|---|---|
| **From:** | specialcases@austrian.com |
| **Sent:** | Thursday, September 2, 2021 3:27 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Contact Form - Medical Questions PNR/TKT Nr: [E-Mail#OS-5713083] |
| **Attachments:** | 200910_Maskenbefreiung_Attest_EN.pdf |

Special Cases Desk

Dear Mr Abadi,

Thank you for your e-mail!

The Austrian Federal Government has issued an ordinance which, as of 1 July, also regulates or relaxes the obligation to wear masks on board an aircraft. From 1 July, a surgical mask or a simple mouth-nose protection (community mask) can also be worn during the flight. Austrian Airlines has adjusted the obligation to wear masks accordingly. Those who wish may of course continue to wear an FFP2 mask on board.

If passengers cannot wear a mask for health reasons, they must present a negative Covid-19 PCR test that is not older than 48 hours at the scheduled start of the journey and a medical certificate on an Austrian Airlines form.

With the proof of testing, recovery or vaccination usually required for entry in many countries, the increased protection and hygiene measures as well as the effective air filter system on board, the safety of all passengers continues to be ensured. The wearing of a simple mouth-nose protection is also permitted at Vienna Airport from 1 July.

As other countries may have different regulations to Austria, we continue to ask our passengers to inform themselves about the rules at their destinations (FFP2 mask wearing obligation, test, recovery or vaccination certificates, etc.).

Best regards,

AUSTRIAN AIRLINES
Katrin Bichler
Special Cases Desk

Fax: +43 (0) 5 1766 51043
Email: specialcases@austrian.com
www.austrian.com

Attention: Please always send us your entire correspondence - otherwise important information is missing. Many thanks!

*If you have any inquiries about the latest travel regulations for your flight route, we ask you to keep yourself informed up to the day of departure by visiting austrian.travel-regulations.com or by contacting the relevant authorities in your home country.*

Email communication with the Lufthansa Group airlines is not encrypted. Please be aware of this especially when sending personal data, such as names, contact details or travel information and, above all, avoid entering such data in the subject line.

1

---------------------------------
Original message:

From: no-reply@austrian.com
To: mycontact@austrian.com
Date: 01.09.2021
Subject: Contact Form - Medical Questions

-----------------

Salutation : Mr./Herr
Firstname : Aaron
Lastname : Abadi
Email : abadi.rne@gmail.com
Telephone : 5166394100
Street : Nassau Street
House-number : 82
ZIP : 10038
City : New York
Country : US
Miles-and-More :
Language : en

Passenger-name : Aaron Abadi
Ticketnumber/Bookingcode :
Flight-date :
Route : JFK-VIE
typeofwheelchair :
wheelchair-weight :
wheelchair-height :
wheelchair-length :
wheelchair-width :
wheelchair-file-upload-name-1 :
wheelchair-file-upload-id-1 :
wheelchair-file-upload-name-2 :
wheelchair-file-upload-id-2 :
wheelchair-file-upload-name-3 :
wheelchair-file-upload-id-3 :
wheelchair-file-upload-name-4 :
wheelchair-file-upload-id-4 :
wheelchair-file-upload-name-5 :
wheelchair-file-upload-id-5 :

Message : I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.


----

END
----

Imprint

Austrian Airlines AG
Office Park 2
Postfach 100
A-1300 Vienna-Airport

www.austrian.com

Contact

Terms & Conditions

Head office:
Austria

Legal form:
Public limited company

Commercial register number:
111 000k, Vienna Commercial Court

Executive Board:
Dr. Alexis von Hoensbroech
Dr. Michael Trestl
Francesco Sciortino

Chair of Supervisory Board:
Christina Foerster

 

#WaltzBackIntoTheWorld

Austrian Airlines AG, registered office: Vienna, registered with Vienna Commercial Court under FN 111000k, DVR 0091740. This e-mail is confidential and is subject to disclaimers. Details can be found at: http://www.austrian.com/disclaimer.