EXHIBIT 30

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | AC Medical <acmedical@aircanada.ca> |
| Sent: | Wednesday, September 1, 2021 3:52 PM |
| To: | abadi.rne@gmail.com |
| Subject: | RE: [EXT] Disability Assistance |

Good day,

Thank you for your email.
To process your request , we would need your Air Canada reservation number.
In the meantime we have stored your Doctors letter in our 'no travel dates' file.

Best regards,
Dimitra

From: abadi.rne@gmail.com <abadi.rne@gmail.com>
Sent: September 1, 2021 3:41 PM
To: AC Medical <acmedical@aircanada.ca>
Subject: [EXT] Disability Assistance

CAUTION! External email: Please do not click links or open attachments unless from a trusted sender.
ATTENTION! Courriel externe: N'ouvrir ni liens ni pièces jointes, sauf si l'expéditeur est fiable.

causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

1

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | Customer Care <CustomerCare.serviceclient@aircanada.ca> |
| **Sent:** | Tuesday, November 9, 2021 1:07 PM |
| **To:** | Aaron Abadi |
| **Subject:** | A Response from Air Canada / Une Réponse d'Air Canada AC:000922000009861 |

We appreciate your feedback. You can rest assured that an Air Canada representative will get back to you as soon as possible. Thank you for your patience as you wait to hear from us.

Please note that this automated message confirms we have received your message and there is no need to re-submit your information.  We're on it!

Your case number is: CAS-3938600-X2Y5P9

----------

Nous vous remercions de vos commentaires. Nous tenons à vous assurer qu'un représentant d'Air Canada communiquera avec vous dès que possible. Nous vous remercions de votre patience dans l'attente de notre réponse.

Ce message automatisé confirme que nous avons reçu votre message. Il n'est pas nécessaire de soumettre vos renseignements de nouveau. Nous nous en occupons !

Votre numéro de dossier est : CAS-3938600-X2Y5P9

1

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | Customer Care <CustomerCare.serviceclient@aircanada.ca> |
| Sent: | Friday, November 12, 2021 4:36 PM |
| To: | Aaron Abadi |
| Cc: | Alexander Taday |
| Subject: | RE: [EXT] Re: AT2021110008 - (AARON ABADI) MZ2300 AC:000192000006144 |

Dear Mr. Abadi,

Thank you for the follow-up email. I am truly sorry you remain dissatisfied with Air Canada.

Although there is little more I can add to my initial explanation, I understand your disappointment.

To look after the special needs of customers, we have specially trained agents at our Call Centre Medical (MEDA) desk. We ask that you contact them directly regarding your request for mask exemption. Please note, the medical certificate must be completed – at https://www.aircanada.com/content/dam/aircanada/portal/documents/PDF/en/covid-medical-certificate-en.pdf. As well, there is a requirement to provide a negative COVID-19 test; the test must be taken within 72 hours of each flight departure.

You can contact MEDA at the following:

Phone:
1-800-667-4732 (toll-free for Canada and the United States)
1-514-369-7039 (long distance charges apply)

Hearing Impaired (TTY) Reservations:
1-800-361-8071 (toll free)

Fax:
1-888-334-7717 or 514-828-0027 (Canada and the United States)

Email:
acmedical@aircanada.ca

We would like to thank you, once again for contacting us, Mr. Abadi. We recognize we did not leave you with a favourable impression on this occasion but we look forward to an opportunity to provide you with a more positive customer service experience in the future.

We appreciate this opportunity to review your concerns.

1

Sincerely,
MaryAnn Hough
Customer Relations



To serve you best, I kindly ask that you do not change the subject line if responding to this email.

------------------- Original Message -------------------
**From:** Aaron Abadi <abadi.rne@gmail.com>;
**Received:** Fri Nov 12 2021 13:26:18 GMT-0700 (Mountain Standard Time)
**To:** Customer Care Email <customercare.serviceclient@aircanada.ca>;
**Cc:** Alexander Taday <alex.taday@dot.gov>;
**Subject:** [EXT] Re: AT2021110008 - (AARON ABADI) MZ2300 AC:000192000006144

**CAUTION**! External email: Please do not click links or open attachments unless from a trusted sender.

**ATTENTION**! Courriel externe: N'ouvrir ni liens ni pièces jointes, sauf si l'expéditeur est fiable.

FYI

Aaron Abadi

> On Nov 12, 2021, at 3:24 PM, Aaron Abadi <abadi.rne@gmail.com> wrote:
>
> "Air Canada is able to request that a passenger provide us with a Medical Certificate completed by their physician when there is medical reasonable doubt that the passenger can complete the flight safely without requiring extraordinary assistance during the flight."

2

You know very well that there is and was no reason to suggest that I may have any issue completing flight safety.
I guess you are just gaslighting.

You have no right within the ACAA laws to treat someone with a disability different than those without. Does every person who requests a wheelchair have to provide proof that they can complete the flight safety?! Of course, not.

You are in violation of the ACAA laws, but even worse than that, your actions and policies are a violation of human rights.

SHAME ON YOU!


Aaron Abadi




> On Nov 12, 2021, at 2:50 PM, Customer Care <CustomerCare.serviceclient@aircanada.ca> wrote:
>
>
> Your case number is: CAS-3938600-X2Y5P9
>
> Dear Mr. Abadi,
>
> Your concerns submitted to the U.S. Department of Transportation (DOT) has been forwarded to Air Canada Customer Relations for our review.
>
> We appreciate your comments regarding your experience with Air Canada and we thank you for the time you have taken to share your observations and the opportunity to reply. I do apologize in advance for the length.
>
> I would first like to assure you that Air Canada is committed to making air travel safe, accessible, and comfortable for our customers with disabilities.
>
> And I'm so sorry to learn we have not met your service expectations. On behalf of Air Canada, I sincerely apologize for your disappointments.

3

Our records indicate you emailed Air Canada's Medical Assistance (MEDA) Desk requesting a mask exemption, and then submitted a complaint to the DOT about our policy. Regretfully, we could not locate any other correspondence with you where we actually provided our policy.

Disability laws require that air carries abide by specific guidelines and we take this obligation very seriously. Based on the information currently available, I must tell you that Air Canada was not in violation of the American disability discrimination law. According to the US Department of Transportation's Rule on "Non-Discrimination on the Basis of Disability in Air Travel" (14 CFR Part 382), Air Canada is able to request that a passenger provide us with a Medical Certificate completed by their physician when there is medical reasonable doubt that the passenger can complete the flight safely without requiring extraordinary assistance during the flight.

The above said, you provided Air Canada with a doctor's letter - which is not sufficient. The Air Canada mask exemption medical certificate must be completed – at https://www.aircanada.com/content/dam/aircanada/portal/documents/PDF/en/covid-medical-certificate-en.pdf. Once that has been submitted, the MEDA desk will review and advise if the mask exemption is approved. As well, there is a requirement to provide a negative COVID-19 test; the test must be taken within 72 hours of each flight departure.

For clarification of our policies regard this matter and to request medical approval, please follow the steps at the following link provided below at least 48 hours before departure.

https://www.aircanada.com/ca/en/aco/home/plan/accessibility.html

Once you are approved for a mask exemption, it will be valid for one year. However, please note, you are required to contact MEDA for each booking made to ensure the exemption is validated and added to each reservation.

If you feel I have not understood or properly addressed your complaint or if you simply have questions or additional comments to share, it would be my pleasure to speak with you.

Mr. Abadi, please know we take our obligation to meet the needs of all our travellers very seriously and we appreciate hearing about your experience. Learning from our customers with

4

disabilities is one of the best ways we have to gauge our service and we will do everything possible to bring about positive change from what you have shared with us. Thank you again.

Sincerely,
MaryAnn Hough
Special Assistance Representative
Executive Centre, Customer Relations



To serve you best, I kindly ask that you do not change the subject line if responding to this email.

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | Customer Care <CustomerCare.serviceclient@aircanada.ca> |
| Sent: | Friday, November 12, 2021 2:51 PM |
| To: | Aaron Abadi |
| Subject: | AT2021110008 - (AARON ABADI) MZ2300 AC:000192000006144 |

Your case number is: CAS-3938600-X2Y5P9

Dear Mr. Abadi,

Your concerns submitted to the U.S. Department of Transportation (DOT) has been forwarded to Air Canada Customer Relations for our review.

We appreciate your comments regarding your experience with Air Canada and we thank you for the time you have taken to share your observations and the opportunity to reply. I do apologize in advance for the length.

I would first like to assure you that Air Canada is committed to making air travel safe, accessible, and comfortable for our customers with disabilities.

And I'm so sorry to learn we have not met your service expectations. On behalf of Air Canada, I sincerely apologize for your disappointments.

Our records indicate you emailed Air Canada's Medical Assistance (MEDA) Desk requesting a mask exemption, and then submitted a complaint to the DOT about our policy. Regretfully, we could not locate any other correspondence with you where we actually provided our policy.

Disability laws require that air carries abide by specific guidelines and we take this obligation very seriously. Based on the information currently available, I must tell you that Air Canada was not in violation of the American disability discrimination law.  According to the US Department of Transportation's Rule on "Non-Discrimination on the Basis of Disability in Air Travel" (14 CFR Part 382), Air Canada is able to request that a passenger provide us with a Medical Certificate completed by their physician when there is medical reasonable doubt that the passenger can complete the flight safely without requiring extraordinary assistance during the flight.

The above said, you provided Air Canada with a doctor's letter - which is not sufficient. The Air Canada mask exemption medical certificate must be completed – at https://www.aircanada.com/content/dam/aircanada/portal/documents/PDF/en/covid-medical-certificate-en.pdf.  Once that has been submitted, the MEDA desk will review and advise if the mask exemption is approved. As well, there is a requirement to provide a negative COVID-19 test; the test must be taken within 72 hours of each flight departure.

For clarification of our policies regard this matter and to request medical approval,

1

please follow the steps at the following link provided below at least 48 hours before departure.

https://www.aircanada.com/ca/en/aco/home/plan/accessibility.html

Once you are approved for a mask exemption, it will be valid for one year. However, please note, you are required to contact MEDA for each booking made to ensure the exemption is validated and added to each reservation.

If you feel I have not understood or properly addressed your complaint or if you simply have questions or additional comments to share, it would be my pleasure to speak with you.

Mr. Abadi, please know we take our obligation to meet the needs of all our travellers very seriously and we appreciate hearing about your experience. Learning from our customers with disabilities is one of the best ways we have to gauge our service and we will do everything possible to bring about positive change from what you have shared with us. Thank you again.

Sincerely,
MaryAnn Hough
Special Assistance Representative
Executive Centre, Customer Relations



To serve you best, I kindly ask that you do not change the subject line if responding to this email.

2