| | | |
|---|---|---|
| **From:** | PMCU | **EXHIBIT 31** |
| **To:** | Aaron Abadi | |
| **Subject:** | Face Mask | |
| **Date:** | Monday, December 14, 2020 4:07:45 AM | |
| **Attachments:** | Outlook-4coe3k3k.png | |

Good morning

Thank you for your email.

Although it is mandatory for all passengers to wear a face mask, we do recognise that this may not be possible for everyone. You will be challenged by Airport Personnel and Cabin Crew, so please be prepared to present your Doctors letter at all times.

Kind regards
Passenger Medical Clearance Unit
British Airways

Tel. 44 (0) 208 738 5444
Fax. 44 (0) 208 738 9644

Revised Office Opening Hours:
Monday - Friday 8am to 4pm
Weekends/Bank Holidays - Closed

**To reply to this email send to: pmcu.pmcu@ba.com **

**DATA PROTECTION**
The personal and medical details you provide will be used by British Airways to handle your request for medical clearance and to arrange the necessary travel assistance. British Airways Plc is the 'data controller' of your personal information under European Union and UK data protection law. In order to assess and manage your request it may be necessary for British Airways to disclose information relating to your health to third parties such as medical professionals, airport staff, the Civil Aviation Authority and border control. In cases where you request mobility assistance we will need to provide your information to the relevant airport operator.

British Airways will retain the information for a period of 13 months after which it will be destroyed.

If you have any questions about the way we use your information, please contact us by writing to: Data Protection Officer, British Airways Plc, Waterside (HCB3), PO Box 365, Harmondsworth UB7 0GB, England or alternatively, refer to our online Private Policy at www.ba.com.



**From:** Aaron Abadi <aa@neg.com>
**Sent:** 13 December 2020 20:12
**To:** PMCU <pmcu.pmcu@ba.com>
**Subject:** Medical Disability

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

The CDC recommendation regarding wearing masks includes the following:
"Wearing masks may be difficult for some people with sensory, cognitive, or behavioral issues. If they are unable to wear a mask properly or cannot tolerate a mask, they should not wear one..."

I am one of those people, unfortunately. I have serious sensory issues and cannot wear a mask for a flight.

The State of New York mandate similarly has exclusions for someone like me and requires that as a person with disabilities, we are accommodated. I believe most mandates concur.

I already had Covid. I tested positive in early October, so there is no actual health risk to other passengers. Additionally, I can provide a recent negative Covid test and a doctor's letter confirming my disability and my recovery from Covid.

Here is my question:
Is it possible for me to fly with your airline and not wear a mask? Would you be able to accommodate my disability?

Thank you,

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100

12/10/2020                                          NYU Langone Health MyChart - Letters

Name: Aaron Abadi | DOB: ███████ MRN: 9141633 | PCP: Yelena Karasina, MD

## Letter Details



**Yelena Karasina, MD**
**NYU LANGONE AMBULATORY CARE WEST SIDE**
355 WEST 52ND ST
NEW YORK NY 10019-6239
Phone: 646-754-2100
Fax: 646-754-2148

December 3, 2020

Patient:        **Mr. Aaron Abadi**
Date of Birth: ███████
Date of Visit: 12/3/2020

To Whom it May Concern:

Mr. Aaron Abadi is suffering from extreme sensitivity to touch, mostly in the area of his head. For this reason he is unable to wear face mask or face shield, and should not be required to do so.
He has already recovered from COVID, and is not contagious.

Sincerely,

Yelena Karasina, MD

*This letter was initially viewed by Aaron Abadi at 12/7/2020 9:41 AM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

https://mychart.nyulmc.org/mychart/inside.asp?mode=letters&id=1&printmode=true

This message is private and confidential and may also be legally privileged. If you have received this message in error, please email it back to the sender and immediately permanently delete it from your computer system. Please do not read, print, re-transmit, store or act in reliance on it or any attachments. British Airways may monitor email traffic data and also the content of emails, where permitted by law, for the purposes of security and staff training and

in order to prevent or detect unauthorised use of the British Airways email system. Virus checking of emails (including attachments) is the responsibility of the recipient. British Airways Plc is a public limited company registered in England and Wales. Registered number: 1777777. Registered office: Waterside, PO Box 365, Harmondsworth, West Drayton, Middlesex, England, UB7 0GB. Additional terms and conditions are available on our website: www.ba.com