EXHIBIT 32

**aa@neg.com**

| | |
|---|---|
| **From:** | Matthew Roberts <matthew.roberts@ba.com> |
| **Sent:** | Monday, February 22, 2021 6:25 PM |
| **To:** | Aaron Abadi |
| **Subject:** | RE: Denied passage to India due to mask disability |

Dear Mr. Abadi,

Thank you for your email. I will follow up with Customer Relations regarding this.

Sincerely,

*Matthew Roberts*



FLYING PROUD

**Matthew J Roberts MSc (he/him)**
**Airport Manager British Airways**
**Washington Dulles, Baltimore & Charleston**

**OPERATIONS**

Cell:   001-571-888-6354
Office: 001-703-572-2455
Email:  matthew.roberts@ba.com
Telex:  IADKPBA

**Mailing Address:**
PO Box 17286
Washington DC 20041

**Courier Address:**
British Airways Operations Office
Suite #M220
Ticket Counter, Kiosk 1
Departures Level
Washington Dulles International Airport
Dulles, VA 20166

**From:** Aaron Abadi <aa@neg.com>
**Sent:** Monday, February 22, 2021 10:23 AM
**To:** Matthew Roberts <matthew.roberts@ba.com>
**Subject:** Re: Denied passage to India due to mask disability

> CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

I have still not received any refund.

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100

> On Feb 12, 2021, at 9:44 PM, Matthew Roberts <matthew.roberts@ba.com> wrote:
>
> Dear Mr. Abadi,
>
> Thank you for your email. I appreciate the outcome of our telephone conversation was disappointing news for you.
>
> Further to your question below, I am the British Airways Complaints Resolution Officer for Washington Dulles. A determination has been made that we are unable to accept you for travel according to TSA, CBP and CDC regulations.
>
> Your refund request, plus the $34, has been passed to our Customer Relations team for processing. For any other claims please contact our Customer Relations Department at;
>
> British Airways Customer Relations
> 2 Park Ave Suite 1100
> New York NY 10016
>
> Or on 1-800-247-9297 or via https://www.britishairways.com/en-us/information/help-and-contacts/contact-us
>
> Sincerely,
>
> Matthew Roberts
> Airport Manager Washington Dulles



2

Matthew J Roberts MSc (he/him)
Airport Manager British Airways
Washington Dulles, Baltimore & Charleston

<image003.jpg>

Cell:    001-571-888-6354
Office:  001-703-572-2455
Email:   matthew.roberts@ba.com
Telex:   IADKPBA

Mailing Address:
PO Box 17286
Washington DC 20041

Courier Address:
British Airways Operations Office
Suite #M220
Ticket Counter, Kiosk 1
Departures Level
Washington Dulles International Airport
Dulles, VA 20166

**From:** Aaron Abadi <aa@neg.com>
**Sent:** Thursday, February 11, 2021 5:43 PM
**To:** Matthew Roberts <matthew.roberts@ba.com>
**Cc:** 'Aaron Abadi' <aa@neg.com>; Lisa Williams <lisa.1.williams@ba.com>; PMCU <pmcu.pmcu@ba.com>
**Subject:** Denied passage to India due to mask disability

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Matt,

Thank you for trying to help me with my Indian Visa issue. If I understood you correctly, the visa was actually valid and the previous three times that I was not allowed to board for having an invalid visa were mistakes. Those dates were Friday January 22, 2021, Wednesday February 3, 2021, and Friday Feb 5, 2021.

I filed a complaint with Customer Relations, number # 22104202

3

Please forward this email to them, so that they can add all three times to the complaint, and this fourth time in Washington DC, today.
As you said to me today, I was right, my Visa was valid all these times, and I was not allowed to travel in error by British Airways. They got mixed up with a previous regulation that was canceled long before I attempted to travel.

I spent money getting to and from the airport in NYC from Philadelphia, and from Philadelphia to Washington DC.. I should be reimbursed for that. My time is valuable, and to be treated this way is wrong and unfair. I should be reimbursed for that too. And I should not be treated this way.

Now I was just turned away by you not because of the Indian Visa, but because of the fact that I have a medical disability and cannot wear a mask. I gave you the letter from my doctor, a copy of two emails from the British Airways Medical Clearance Unit approving me to travel with out a mask, a copy of CDC regulations, and DOT OACP all requiring the airlines to allow me to fly without a mask due to my disability. It's a sensory disability and it is listed clearly on the exemption.
(For the non-medical people who try reading the Doctor's letter and don't understand...If you read the Doctor's letter and you see that it explains that I am sensitive to touch. Touch is one of the five senses. That is what is being described, a sensory disability, clearly as described in the laws.)
Additionally, if you like, I can provide the same proof of exemption for the City of London, for the United Kingdom, and for the City of Bangalore.

In the interim, please fully credit my ticket charges back to my card, as promised, and please include the $25 and $9 extra charges during the flight changes.

**Additionally, please give me the contact info for your Complaint Resolution Official (CRO), as required by the DOT. I would like to speak to him or her and see if they can help resolve this.**

I think it is mean and dehumanizing to force someone with a disability to stay home. My sole source of income relies on my travel for business. I will look into possible legal action, if this persists.
I pose almost no risk at all to other passengers as is clear on my Doctor's Letter, which states that I already recovered from Covid. Yes, some suggest that one can get Covid twice, but the statistical data at this point puts it at less than 0.03%. This means that I am thousands of times less of a risk without my mask as your other passengers are, mask and all.

Please save my contact info and supply it to your superiors. Hopefully, once the panic is over, you all will want to apologize for your part in these reprehensible actions.


Aaron Abadi
CEO
National Environmental Group
Cell 516-639-4100
<image004.jpg>

This message is private and confidential and may also be legally privileged. If you have received this message in error, please email it back to the sender and immediately permanently delete it from your computer system. Please do not read, print, re-transmit, store or act in reliance on it or any attachments. British Airways may monitor email traffic data and also the content of emails, where permitted by law, for the purposes of security and staff training and in order to prevent or detect unauthorised use of the British Airways email system. Virus checking of emails (including attachments) is the responsibility of the recipient. British Airways Plc is a public limited company registered in England and Wales. Registered number: 1777777. Registered office: Waterside, PO Box 365, Harmondsworth,

West Drayton, Middlesex, England, UB7 0GB. Additional terms and conditions are available on our website: www.ba.com

This message is private and confidential and may also be legally privileged. If you have received this message in error, please email it back to the sender and immediately permanently delete it from your computer system. Please do not read, print, re-transmit, store or act in reliance on it or any attachments. British Airways may monitor email traffic data and also the content of emails, where permitted by law, for the purposes of security and staff training and in order to prevent or detect unauthorised use of the British Airways email system. Virus checking of emails (including attachments) is the responsibility of the recipient. British Airways Plc is a public limited company registered in England and Wales. Registered number: 1777777. Registered office: Waterside, PO Box 365, Harmondsworth, West Drayton, Middlesex, England, UB7 0GB. Additional terms and conditions are available on our website: www.ba.com