EXHIBIT 34

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | Customer Care <customercare@cathaypacific.com> |
| Sent: | Monday, October 18, 2021 4:10 AM |
| To: | abadi.rne@gmail.com |
| Subject: | Our Response - Our Ref: 02184341 -    [ ref:_00D90qbmB._5000K2TJOIH:ref ] |



Our Reference: 02184341
Your USDOT Reference: AT2021100049

18 October 2021

Dear Mr Abadi

I am writing to inform you that we have received a complaint you submitted to the U.S. Department of Transportation (USDOT) regarding your recent enquiry about our face covering requirement when travelling with us.

Cathay Pacific Airways is an airline based and registered in Hong Kong Special Administrative Region (HKSAR), China. We are governed by international laws and regulations of countries we operate into, including the regulations of USDOT and the Civil Aviation Department of HKSAR (HK-CAD).

USDOT follows the U.S. Centers for Disease Control and Prevention (CDC)'s Order, which requires the wearing of masks by travellers to prevent spread of the virus that causes COVID-19. While the Order exempts a person with a disability who cannot wear a mask, or cannot safely wear a mask, because of the disability as defined by the Americans with Disabilities Act, HK-CAD follows HKSAR's regulation.

Since we are required to comply with all applicable regulations, and regrettably are unable to provide an answer to your enquiry based on information provided so far, we have asked you to provide us with more information.

USDOT Part 382 has a section that states foreign carriers are not required to violate international or local regulations to comply with Part 382 requirement. In this case, it is HKSAR's regulatory requirement for a person to wear face covering in cabin on a Hong Kong registered carrier.

I trust you would understand that as an international carrier, Cathay Pacific is strictly required to comply with all applicable regulations. Based on the

1

aforementioned, we believe Cathay Pacific did not violate Part 382. If you continue to have concerns over this matter, you can contact USDOT in Washington DC.


Kind regards

Victor Chan
Complaints Resolution Official
Customer Care
Cathay Pacific


ref:_00D90qbmB._5000K2TJOIH:ref


This message, together with any attachment, is intended only for the use of the individual or entity to whom it is addressed and contains information that is confidential. If you are not the intended recipient, please be informed that any dissemination, distribution or reproduction of this message (including any attachment) is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete the original message.



**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | Aaron Abadi <abadi.rne@gmail.com> |
| **Sent:** | Monday, September 13, 2021 4:57 PM |
| **To:** | Customer Care |
| **Subject:** | Re: Your enquiry -   [ ref:_00D90qbmB._5000K2S8ckA:ref ] |

You are not a medical doctor and you are certainly not my medical doctor. In order to use United States airports, you are bound by US law. US laws require you to accommodate me. I sent you my doctor's letter that clearly states that I should not wear a mask for medical reasons.
I'm not required to provide more information. Even what I already provided was not required.
I will ask you again; can I fly with your airline without a mask,  yes or no?
I would advise you to have your attorneys look into this.

Thank you,

Aaron Abadi

On Sep 12, 2021, at 9:03 PM, Customer Care <customercare@cathaypacific.com> wrote:



Our Reference: 02181664

13 September 2021

Dear Mr Abadi

Thank you for your patience.

We have reviewed your case and the letter you provided. Unfortunately, we are unable to provide an answer to you with the information given so far.

Since Cathay Pacific Airways is an airline based and registered in Hong

1

Kong Special Administrative Region (HKSAR), we are governed by international and national laws and regulations of countries we operate into, including the regulations of USDOT and the Civil Aviation Department of HKSAR (HKCAD). We are therefore required to comply with all applicable regulations.

For us to understand the medical diagnosis of your condition, we would appreciate if you can provide us with more information regarding your condition. For example, when referring to 'extreme sensitivity', what are the symptoms and difficulties you will encounter if a mask is worn, such as skin rash, allergic reaction and anaphylaxis; is it possible to ask your doctor to provide us with a letter, detailing the medical condition and description of your diagnosis.

Thank you for your understanding. We look forward to hearing from you.

Kind regards

Victor Chan

Customer Care

Cathay Pacific

ref:_00D90qbmB._5000K2S8ckA:ref

This message, together with any attachment, is intended only for the use of the individual or entity to whom it is addressed and contains information that is confidential. If you are not the intended recipient, please be informed that any dissemination, distribution or reproduction of this message (including any attachment) is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete the original message.

--------------- Original Message ---------------
**From:** Customer Care [customercare@cathaypacific.com]
**Sent:** 09/09/2021, 08:34
**To:**
**Subject:** RE: Your enquiry - [ ref:_00D90qbmB._5000K2S8ckA:ref ]

Our Reference: 02181664

9 September 2021

Dear Mr Abadi

Thank you for providing us with additional information. We are currently reviewing your enquiry with relevant departments. You have our assurance that we will get back to you as soon as we have the necessary information.

Thank you for your patience in the meantime.

Kind regards

Victor Chan

Customer Care

Cathay Pacific

3

ref:_00D90qbmB._5000K2S8ckA:ref

This message, together with any attachment, is intended only for the use of the individual or entity to whom it is addressed and contains information that is confidential. If you are not the intended recipient, please be informed that any dissemination, distribution or reproduction of this message (including any attachment) is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete the original message.

--------------- Original Message ---------------
**From:** [abadi.rne@gmail.com]
**Sent:** 09/09/2021, 00:02
**To:** (customercare@cathaypacific.com)
**Subject:** RE: Your enquiry - [ ref:_00D90qbmB._5000K2S8ckA:ref ]

Please see attached Doctor's letter.

I do not have an itinerary.

First I need a confirmation that I will be permitted to travel

Thank You,

Aaron Abadi

4

**From:** Customer Care <customercare@cathaypacific.com>
**Sent:** Tuesday, September 7, 2021 8:30 PM
**To:** abadi.rne@gmail.com
**Subject:** RE: Your enquiry - [ ref:_00D90qbmB._5000K2S8ckA:ref ]

Our Reference: 02181664

8 September 2021

Dear Mr Abadi

Thank you for your email.

Further to our response on 2 September, for us to assist you further, please kindly provide us with a copy of relevant medical certificates, supplementary information and itinerary to travel.

We look forward to hearing from you.

Kind regards

Victor Chan

Customer Care

5

Cathay Pacific

ref:_00D90qbmB._5000K2S8ckA:ref

This message, together with any attachment, is intended only for the use of the individual or entity to whom it is addressed and contains information that is confidential. If you are not the intended recipient, please be informed that any dissemination, distribution or reproduction of this message (including any attachment) is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete the original message.

--------------- Original Message ---------------
From: [abadi.rne@gmail.com]
Sent: 08/09/2021, 01:05
To: (customercare@cathaypacific.com)
Subject: RE: Your enquiry - [ ref:_00D90qbmB._5000K2S8ckA:ref ]


Please send written response as soon as you can.

Thank you



From: Customer Care <customercare@cathaypacific.com>
Sent: Thursday, September 2, 2021 4:06 AM
To: abadi.rne@gmail.com
Subject: Your enquiry - [ ref:_00D90qbmB._5000K2S8ckA:ref ]

6

Our Reference: 02181664

2 September 2021

Dear Mr Abadi

Thank you for contacting us.

In order for us to assist you with your concerns, kindly provide us with a copy of the relevant medical certificates, supplementary information and itinerary to travel.

Thank you for bringing your concerns to our attention, we look forward to hearing from you.

Kind regards

Victor Chan

Customer Care

Cathay Pacific

ref:_00D90qbmB._5000K2S8ckA:ref

7

This message, together with any attachment, is intended only for the use of the individual or entity to whom it is addressed and contains information that is confidential. If you are not the intended recipient, please be informed that any dissemination, distribution or reproduction of this message (including any attachment) is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete the original message.



8