abadi.rne@gmail.com                                                      EXHIBIT 35

**From:** 95539@csair.com
**Sent:** Friday, September 10, 2021 9:37 PM
**To:** abadi.rne@gmail.com
**Subject:** RE: disability assistance

Dear passenger,
  Hello! This is agent of China Southern Airlines.  Im sorry for the inconvenience brought to you. Now that the epidemic is spreading around the world, masks are generally required. Thank you for your understanding and cooperation.

Thank you for selecting China Southern Airlines.

Tips:
    If you still have any other questions, please directly reply the original email, without need of deleting its content, or call the official customer service hotline 95539(Domestic hotline)、+86-4008695539（Overseas hotline) or log in the official website ,www.csair.com, beaware of fraud.  【China southern airlines】


    Tel：95539（domestic）、+86-4008695539（intemational）
    +86-4008695539（international）
    Email：95539@csair.com
    Website：www.csair.com

日期：2021-09-07 23:10

发件人：abadi.rne@gmail.com

收件人： <95539@csair.com>

标题：RE: disability assistance

Please confirm that if the airport allows me to fly without a mask, then your airline will also allow it.
Thank you,
Aaron Abadi



**From:** 95539@csair <95539 csair=""> **Sent:** Sunday, September 5, 2021 3:00 AM**To:** abadi.rne@gmail**Subject:** RE: disability assistance

Dear passenger, Hello! This is agent of China Southern Airlines. Sorry, this is subject to the airport site response to you

Thank you for selecting China Southern Airlines.

Tips:    If you still have any other questions, please directly reply the original email, without need of deleting its content, or call the official customer service hotline 95539(Domestic hotline)、+86-4008695539（Overseas hotline) or log in the official website ,csair, bee of fraud. 【China southern airlines】

   Tel：95539（domestic）、+86-4008695539（intemational）
   +86-4008695539（international）
   Email：95539@csair
   Website：csair

日期：2021-09-05 00:33

发件人：abadi.rne@gmail

收件人： <95539@csair>

标题：RE: disability assistance

The airports and embassies here in the USA are required to follow US laws based on CDC guidelines.
These laws require them to respect my disability and allow me to fly without a mask.
My question to you is if the airline will cooperate with that and allow me to fly without a mask too?
Thank you

Aaron Abadi


**From:** 95539@csair <95539 csair=""> **Sent:** Friday, September 3, 2021 4:41 AM**To:** abadi.rne@gmailSubject: disability assistance


Dear passenger, Hello! Contact your local airport or embassy for details

Thank you for selecting China Southern Airlines.

Tips:    If you still have any other questions, please directly reply the original email, without need of deleting its content, or call the official customer service hotline 95539(Domestic hotline)、+86-4008695539（Overseas hotline) or log in the official website ,csair, bee of fraud. 【China southern airlines】

   Tel：95539（domestic）、+86-4008695539（intemational）
   +86-4008695539（international）

- Email：95539@csair
- Website：csair

日期：2021-09-02 11:14

发件人：abadi.rne@gmail

收件人： <95539@csair>

标题：disability assistance

I have no other way to reach you.
Please fod this to the correct department.
Thank you!

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection ise
I have already flown several times without a mask on airlines that agreed to amodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an amodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an amodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100