EXHIBIT 36

**aa@neg.com**

---

**From:** Delta Executive Office <deltaexecutiveoffice@delta.com>
**Sent:** Wednesday, February 23, 2022 8:48 AM
**To:** aa@neg.com
**Subject:** Fwd: [EXTERNAL] Disability assistance [ref:_00D1aY3af._5001P1Aq0Xm:ref]


Hello Aaron,

Thank you for your e-mail.

While we would like to offer special consideration in your case, we must have the same process for all passengers with disabilities that prevent them from wearing masks. Our Fly Clear process can only be done at the airport on the day of departure. We regret any inconvenience this may cause.


Regards,

Delise Lemon
Executive Assistant

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:_00D1aY3af._5001P1Aq0Xm:ref]


--------------- Original Message ---------------
**From:** [aa@neg.com]
**Sent:** 2/22/2022 2:45 PM
**To:** deltaexecutiveoffice@delta.com
**Cc:** aabadi@optonline.net
**Subject:** RE: [EXTERNAL] Disability assistance [ref:_00D1aY3af._5001P1Aq0Xm:ref] flight with Delta on Wednesday April 13, 2022 Conf# HKW5PO.


Hi,



I have another flight with Delta on Wednesday April 13, 2022 Conf# HKW5PO.



I have sensory processing disorder and cannot wear a mask.

In the past, as you can see below, I was able to fly with Delta and Air France, and I really appreciate that.

1

The system worked out well, and at the Delta flight check-in they looked at my letter and approved me to travel.

Unfortunately, it isn't an exact science. I know that your system has been set up without any ability to get approved to fly with advance notice.

In a perfect world that should be fine. Sadly, many people are reporting being denied on Delta, in spite of clear documented disabilities.

They are saying that it depends on who you get at the gate or check-in area. This is not rumors. I've spoken to others with similar disabilities. We have somewhat of a support group.

For me it is creating a lot of anxiety. What happens if I get to the gate, and on that particular morning I get an agent who flat out refuses to allow me to fly?

I'm going on a family vacation for the Passover holidays. I cannot postpone the entire trip for all the participants. If I can't make the flight, I will likely miss the main parts of the holiday. My sister and brother-in-law will be there and my own twin girls are expected. I might have to miss it all.

I would really appreciate if there was a way to clear me in advance. Air France did that and it worked great. For people with temporary medical issues, it may be different, but for the multitudes of us with permanent lifetime disabilities, is it really important to put us through the wringer each time?!

I attached my doctor's letter, and a medical chart from NYU Langone Hospital showing my diagnosis of Sensory Integration Disorder which is also known as Sensory Processing Disorder.

The senses that normally send a simple message to the brain that there's something on the face, in my case, they go haywire. It feels like unbearable torture. I cannot even wear the mask for ten minutes.

It's not an issue of discomfort. I CANNOT WEAR A MASK, and I could never wear glasses or sunglasses. I can't wear anything on my face. When I am driving directly at the sun, which happens a lot, there's not much I can do, other than try to block as much as I can with visors.

While I commend Delta Airlines on its accommodating my disability in the past, I do believe that this policy of not approving the disabled in advance is a form of discrimination. All other passengers know there will be no problem for

them to fly. I, a disabled person, has to sit with anxiety for weeks, not knowing for sure where I will be spending this Passover Holiday.

Imagine if there was no confirmation if a wheelchair bound passenger can get a wheelchair. Imagine if all wheelchair passengers came to the airport not knowing if they will be able to get a wheelchair. You come to the airport and pray. Wouldn't you also think that something like that would be discrimination and/or mistreatment of the disabled?!

I would like you to think on this, and get back to me with what can be done to address this.

Much appreciated!

Aaron Abadi

516-639-4100

**From:** Delta Executive Office <deltaexecutiveoffice@delta.com>
**Sent:** Monday, April 26, 2021 11:53 AM
**To:** aa@neg.com
**Cc:** aa@neg.com
**Subject:** RE: [EXTERNAL] Disability assistance [ref:_00D1aY3af._5001P1Aq0Xm:ref]

Hello Aaron,

Thank you so much for sharing your kind compliments for the service you received on your recent flight from Paris to New York. On behalf of everyone at Delta, I thank you so much for taking the time to let us know about the above and beyond service provided by our flight attendants, especially Elizabeth, Karen, Tammy, and Lachcen.

Indeed, it is also nice to hear how smoothly our Clearance To Fly procedure went for you, and that our flight crew was able to notify passengers in proximity to you to avoid any unwanted attention.

Most importantly thank you for your support as a SkyMiles member and for trusting your business to us since you joined the program in 2010. Be assured, we will make every attempt to serve you well; we are focused on the future and look forward to the pleasure of serving you in the months and years to come.

Regards,

Delise Lemon

Executive Assistant

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:_00D1aY3af._5001P1Aq0Xm:ref]

--------------- Original Message ---------------
**From:** aaron abadi [aa@neg.com]
**Sent:** 4/22/2021 5:17 PM
**To:** deltaexecutiveoffice@delta.com
**Cc:** aa@neg.com
**Subject:** RE: [EXTERNAL] Disability assistance [ref:_00D1aY3af._5001P1Aq0Xm:ref]

Flight DL 263 from CDG to JFK on Fri April 9, 2021   Record Locator:  GRNHOV

Dear Delta,

I would like you to report to you about my experiences on Delta last week.

4

My situation is unique, as I require an exemption from wearing a mask for a medical disability.

I know, it sends everyone into anxiety. I already had Covid, so I'm barely a health risk.

I've been dealing with a very difficult challenge to be allowed to fly, as my business requires it.

First of all, your medical clearance process went very smooth, although I was very worried.

Thank you for that. You have no idea how you've helped me, by getting me back to work and out of my cage.

I will report to the DOT complaint Unit, to compliment your process and how well the flight went.

Second, and most important, the crew on that flight were absolutely amazing.

They each came over to greet me. They were helpful, friendly, and compassionate.

They asked permission to notify the nearby passengers that I have a medical reason for not wearing a mask. I said to go ahead.

I appreciated that, because I felt that I won't get the evil eye from my neighbors. And I didn't. It worked.

Additionally, in general they were a great crew. I travel very often and trust me, I can tell.

They were accommodating, helpful, and cheerful. Really nice people.

I made it my business to find out the names of those four that were in my cabin, although they were all excellent.

Elizabeth

Karen

Tammy

Lahcen

I travel (before Covid) over 100,000 miles a year, and I seldom have the opportunity to write such a letter.

I would like to thank you from the bottom of my heart.

5

These 4 people should be training all the newer crew members on how it should be done.

.

Thank you!

Aaron Abadi

CEO

National Environmental Group

Cell 516-639-4100

From: Delta Executive Office <deltaexecutiveoffice@delta.com>
Sent: Monday, January 25, 2021 3:32 PM
To: aa@neg.com
Subject: Fwd: [EXTERNAL] Disability assistance [ref:_00D1aY3af._5001P1Aq0Xm:ref]

Hi Aaron,

Thank you for your e-mail to Heidi Gould. I have been designated to respond on her behalf.

We know that when you fly, you need to trust that your airline has done all it can to make sure your flight is safe, secure and pleasant. We have taken proactive steps to help customers have a safe and healthy flying experience by requiring the use of face masks covering the nose and mouth throughout the travel journey.

We will continue to align with the best practice guidelines from the Centers for Disease Control (CDC). Customers with medical conditions who are unable to wear a mask without compromising their personal safety will be required to complete a Clearance-to-Fly process prior to departure at the airport. I've been advised the Clearance-to-Fly process can only be performed at the airport on the day of travel. We assure you it is conducted quickly and handled with discretion, away from crowds through a simple phone call between you and our Clearance-to-Fly medical team.

For future reference, free to call our Disability Assistance Line at 404-209-3434 for any questions.

Please let us know if you need additional assistance. We look forward to welcoming you aboard your next Delta flight. Stay safe and take care.

Regards,

Delise Lemon

Executive Assistant

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check <u>Delta Privacy Policy</u>.*

[ref:_00D1aY3af._5001P1Aq0Xm:ref]

> **From:** Aaron Abadi <<u>aa@neg.com</u>>
> **Date:** January 24, 2021 at 12:11:47 PM EST
> **To:** "Gould, Heidi" <<u>Heidi.Gould@delta.com</u>>
> **Subject: [EXTERNAL] Disability assistance**

This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.

8

I'm sorry, but I have no idea how to reach the right person about this. Please help.

The CDC recommendation regarding wearing masks includes the following:

"Wearing masks may be difficult for some people with sensory, cognitive, or behavioral issues. If they are unable to wear a mask properly or cannot tolerate a mask, they should not wear one…"

I am one of those people, unfortunately. I have serious sensory issues and cannot wear a mask for a flight.

The State of New York mandate similarly has exclusions for someone like me and requires that as a person with disabilities, we are accommodated. I believe most mandates concur.

I already had Covid. I tested positive in early October, so there is no actual health risk to other passengers. Additionally, I can provide a recent negative Covid test and a doctor's letter confirming my disability and my recovery from Covid.

Here is my question:

Is it possible for me to fly with your airline and not wear a mask? Would you be able to accommodate my disability?

Thank you,

Aaron Abadi

CEO

National Environmental Group

Cell # 516-639-4100