**aa@neg.com**                                    EXHIBIT  37

| | |
|---|---|
| **From:** | DOT DL Customer Care <dotdlcare@delta.com> |
| **Sent:** | Wednesday, April 13, 2022 4:35 PM |
| **To:** | aa@neg.com |
| **Subject:** | AT2022040008 - (AARON ADABI) MZ2300 [ref:_00D1aY3af._5001P1NT7Gu:ref] |

Hello Aaron,

RE: Case 05062007

We've received your message sent to the United States Department of Transportation. They have asked us to respond to you directly regarding your experience traveling with us on Flight 263 from CDG to JFK on March 31.

I can certainly understand your frustration when you didn't receive the wheelchair you had requested when you arrived on Air France Flight 191 from Bangalore to Paris, and you had to walk on your own to your connecting gate with the use of your cane. I can imagine how difficult that was for you. As these concerns were on Air France, please reach out directly to them to share your experience.

I'm sure it was also upsetting when you weren't able to travel as planned because STAT-MD would not approve a mask exemption for your medical condition. I'm so sorry for the inconvenience and difficulties this caused you. I can assure you that nothing is more important to us than the health and safety of our customers and employees.

Our records show that you have been in touch with my colleague regarding your concerns. You should have received a response from Nathalie on April 11. I have included a copy of her response below for your records.

> April 11, 2022
>
> Hello Aaron,
>
> RE: Case 05070428
>
> Thanks for letting me know about your disappointment with our service in Paris for Flight 263 to New York JFK on March 31. Traveling can be challenging and I'm really sorry your request to obtain a mask waiver was denied; this incident must have been difficult.
>
> I've reviewed your concerns and understand that our team in Paris did not waive the mask mandate so you were unable to travel as scheduled and was rescheduled on a later Air France flight. We know that when you fly, you need to trust that your airline has done all it can to make sure your flight is safe, secure and pleasant. We have taken proactive steps to help customers have a safe and healthy flying experience by requiring the use of face masks covering the nose and mouth throughout the travel journey. We will continue to align with the best practice guidelines from the Centers for Disease Control (CDC). Customers with medical conditions who are unable to wear a mask without compromising their personal safety will be required to complete a Clearance-to-Fly process prior to departure at the airport, and as explained by our executive team in your previous communication, this process is only done at the airport. For future reference, free to call our Disability Assistance Line at 404-209-3434 for any questions.
>
> I requested and received a report from our team in Paris. The report stated that our agent followed our policy in contacting Stat-MD for a Clearance-to-Fly; however, Stat-MD denied the request as SPD not a justification. As a result, our records show your request was handled properly and no

violation of 14CFR, Part 382 has occurred. Nevertheless, I'm terribly sorry we are unable to pre-approve the Clearance to Fly and I will be sure to forward your comments on to our leadership team for their consideration. We'll use your feedback to help us improve our service. .

We are committed to providing assistance to all people with disabilities. I'm glad you wrote to us and, if you wish, you may contact the U.S. Department of Transportation about this matter. At your request, our personnel are available to assist you in boarding, deplaning and connecting between flights. Contact us Online via our Accessibility Service Request form in My Trips after you have made your reservation, or by calling us at our accessibility assistance line 404-209-3434 (dial 711 to access the FCC's Telecommunications Relay Service). This service is available 24 hours a day, 7 days per week.

For Future Reference
For extra help, ask our customer service personnel for a Complaint Resolution Official (CRO). Our CROs have been specially trained and are aware of applicable Federal Aviation Administration (FAA) and Department of Transportation (DOT) disability regulations. Our CROs are available at all airport locations, and they will be glad to respond to your concerns. We also ask that you take a look at our website as it has some valuable information for those who need additional assistance.

We're always happy to hear from our customers; it gives us a chance to address and prevent unpleasant situations. We'll do our best to sere you well on your next flight.

Regards,

Nathalie Simon
Customer Care

I realize you remain dissatisfied with the way this situation was handled in CDG. Please know that Delta adopted our Clearance-to-Fly process across our entire network on July 20th, 2020. Although airlines may require documentation of an otherwise unverifiable disability in order to approve a mask exemption, Delta's Clearance-to-Fly process relies on our passengers' verbal assurance of a disability, and documentation is not required to receive an exemption at this time.

As you may be aware, on January 29th, 2021, CDC ordered passengers to wear face masks on all public transportation. Since the Mask Order became effective, exempted disabilities have been prescribed by guidance issued by CDC concurrent with the Order. The Order's guidance substantially narrows the scope of disabilities exempted from mask-wearing, and CDC has clarified that mask exemptions are not meant to cover people with disabilities for whom wearing a mask might only be difficult. I realize you did not get to speak with the doctor; however, you presented documentation regarding the details of your declared reason for the exemption to the agent. That information was relayed to the doctor who was able to determine that the condition was not one that qualified for a mask exemption. While I am sure this was upsetting, I was glad to hear that you were accommodated on an Air France flight.

I can assure you that Delta continues to work alongside government agencies to ensure we follow all regulations as it applies to passengers with disabilities. Safety is always our number one priority and our goal is to ensure a safe and comfortable travel experience for all.

Thank you for writing. Your feedback has been sent to the appropriate leadership teams to ensure our service is the best that it can be.

We look forward to the day (hopefully soon) when our customers will no longer have to wear masks to travel. Until then, we genuinely apologize for the trouble they've caused you.

We've appreciated the chance to review and respond to your concerns. We'll continue to do our best going forward and hope you'll choose to fly with Delta in the future.

Kindest Regards,

Kari Bakken
DOT Specialist
Delta Air Lines

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:_00D1aY3af._5001P1NT7Gu:ref]

-------------- Original Message ---------------
**From:** DOT DL Customer Care [dotdlcare@delta.com]
**Sent:** 4/7/2022 3:10 PM
**To:** aa@neg.com
**Subject:** AT2022040008 - (AARON ADABI) MZ2300 [ref:_00D1aY3af._5001P1NT7Gu:ref]

Hello Aaron,

RE: Case 05062007

We've received your message sent to the United States Department of Transportation. They have asked us to respond to you directly.

Emails and letters are answered in the order they are received. We appreciate your patience while we review your concerns.

Regards,

Kari Bakken
DOT Specialist
Delta Air Lines

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:_00D1aY3af._5001P1NT7Gu:ref]

**Consumer Information**

| Inquirer Type | Name | Address | E-mail Address | Office Phone | Home |
|---|---|---|---|---|---|
| AH | Mr. AARON ADABI | 82 Nassau Street, Apt 140 New York NY 10038 | aa@neg.com | | 516-6 |

**Complaints Information**

| Complaint Code | Carrier Name | Flight Date | Flight Itinerary |
|---|---|---|---|
| MZ2300 | DELTA AIR LINES | 03/31/2022 | Confirmation Code TGSPV9 on March 31, 2022 Delta Airlines flight number DL263 origina |

**Description of Problem/Inquiry**
Well, that certainly didn't happen. First of all, my wheelchair never came and I ended up having to walk with my cane from gate to ga kept going over to the people at the gate to try to confirm that I will be able to fly. They kept telling me that I need to wait for the Del

imagine how nerve-racking that was for me. I had arrived to Paris around 8AM. Eventually, at about 10AM, Ibrahim from Delta came in person. He reviewed my doctor's letter and my passport. He then got on the phone and was talking to Delta in the U.S. After a few mi apologized, and said that Delta will not allow me to fly without a mask. I asked if I can speak to them. He said sorry, but you cannot.