**EXHIBIT 38**

**aa@neg.com**
___

| | |
|---|---|
| **From:** | Nagish <Nagish@elal.co.il> |
| **Sent:** | Wednesday, February 10, 2021 4:02 AM |
| **To:** | Aaron Abadi |
| **Subject:** | RE: Medical Disability |

Dear Aaron,

As I wrote in previous email
We will not prevent you from flying. I asked for your booking reference in order to make sure everything goes smoothly for you and to be able to consult with the company Dr.

Thank you,
Ayala,
EL AL.


**From:** Aaron Abadi <aa@neg.com>
**Sent:** Monday, February 8, 2021 3:40 PM
**To:** Nagish <Nagish@elal.co.il>; MokedAutoReply <MokedAutoReply@elal.co.il>
**Subject:** Re: Medical Disability

As per attached directive and I included my doctor's letter again, please confirm that you will be able to accommodate me to travel without a mask. I have been trying to travel for months now, to no avail.

This directive is clarifying the requirements that should have been in effect all year, although they will only start enforcing it now.
One day, maybe, you will have the decency to apologize properly for taking away my rights to fly with a disability.

Thank you,

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100




On Dec 15, 2020, at 11:36 AM, Aaron Abadi <aa@neg.com> wrote:

1

I cannot book anything if I don't know if I'll be allowed to fly.
Thank you,
Aaron

Sent from my iPad

On Dec 14, 2020, at 7:21 AM, Nagish <Nagish@elal.co.il> wrote:

> Dear Aaron,
>
> Please provide your booking reference or e-ticket number for us to handle your request.
>
> Kindly,
> Ayala,
> EL AL.

From: Aaron Abadi <aa@neg.com>
Sent: Sunday, December 13, 2020 10:34 PM
To: Nagish <Nagish@elal.co.il>; MokedAutoReply <MokedAutoReply@elal.co.il>
Subject: Medical Disability

# Medical Disability

The CDC recommendation regarding wearing masks includes the following:
"Wearing masks may be difficult for some people with sensory, cognitive, or behavioral issues. If they are unable to wear a mask properly or cannot tolerate a mask, they should not wear one..."

I am one of those people, unfortunately. I have serious sensory issues and cannot wear a mask for a flight.

The State of New York mandate similarly has exclusions for someone like me and requires that as a person with disabilities, we are accommodated. I believe most mandates concur.

I already had Covid. I tested positive in early October, so there is no actual health risk to other passengers. Additionally, I can provide a recent negative Covid test and a doctor's letter confirming my disability and my recovery from Covid.

Here is my question:
Is it possible for me to fly with your airline and not wear a mask? Would you be able to accommodate my disability?

Thank you,

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100