**aa@neg.com**                                                                EXHIBIT 39

| | |
|---|---|
| From: | Aaron Abadi <aa@neg.com> |
| Sent: | Monday, May 23, 2022 2:54 AM |
| To: | MEDADEP@elal.co.il |
| Cc: | Nagish |
| Subject: | Re: Medical Disability |
| Attachments: | NYU Langone Health MyChart - Letter re mask.pdf; Untitled attachment 00964.htm; image001.png; Untitled attachment 00967.htm; image002.png; Untitled attachment 00970.htm; image003.jpg; Untitled attachment 00973.htm |

Your website says that I cannot fly without a mask unless I get approved.
This request was sent multiple times and was never responded to.

Please cancel my flight today and process a refund immediately. Not a credit. I expect a full refund on the card that I paid with.

Please confirm ASAP.

Thank you,

Aaron Abadi
Cell # 516-639-4100



> On May 22, 2022, at 9:11 AM, Aaron Abadi <aa@neg.com> wrote:
>
>
> From: Aaron Abadi <aa@neg.com>
> Date: May 22, 2022 at 9:09:03 AM GMT+3
> Subject: Fwd: Medical Disability
>
> I have been waiting for a response to this.
> My flight is tomorrow.
> I attached my doctor's letter again.
> Thank you.
>
> Aaron Abadi
> CEO
> National Environmental Group
> Cell # 516-639-4100

1