# EL AL אל על

Passenger: Abadi Aaron Mr (ADT)
Booking code: VYKA8W
Ticket number: 1142482543732



Issuing office INTERNET BOOKING, ELAL ISRAEL AIRLINES, HEAD OFFICE, BEN-GURION, LOD ISRAEL
Telephone: 972 3 9771111
Date: 13MAY2022

## TICKET RECEIPT

*PLEASE NOTE THIS DOCUMENT IS NOT YOUR BOARDING PASS*

לתשומת ליבך, מסמך זה אינו מהווה כרטיס עליה למטוס

| From | To | Flight | Departure | Arrival | Last check in |
|---|---|---|---|---|---|
| TEL AVIV YAFO BEN GURION INTL Terminal: 3 | NEW YORK JOHN F KENNEDY INTL Terminal: 4 | LY21 | 13:15 23MAY2022 | 18:05 23MAY2022 | |

Class: Economy (H)
Operated by: EL AL
Marketed by: EL AL

Baggage: 1PC (4)
Booking status: OK (1)
NVA: 23MAY2023 (3)

Fare basis: HLOPNA
Frequent flyer number: 10472546
Duration: 11:50

Special Service Request : WCHR - WHEELCHAIR TO AIRCRAFT DOOR REQUEST - CONFIRMED

(1) OK = Confirmed (2) NVB = Not valid before (3) NVA = Not valid after (4) Each passenger can check in a specific amount of baggage at no extra cost as indicated above in the column baggage.
(*) In the event of a change in the type or configuration of the aircraft, including a change to an aircraft operated by another airline, changes may be made to your seat, in accordance with the conditions of carriage.

TICKET REMARKS

For the terms and conditions of the ticket in English, including cancellation and change policies, please click on this link

לצפייה בתנאים ומגבלות הכרטיס, לרבות תנאי ביטול/שינוי העסקה, אנא הקש על קישור זה

**Baggage Policy**
TLVJFK
1st Checked Bag:    Free of Charge    UPTO50LB 23KG AND62LI 158LCM
2nd Checked Bag:    110.00USD         UPTO50LB 23KG AND62LI 158LCM

LB = Weight in Pounds, KG = Weight in Kilos, LI = Linear Inches, LCM = Linear Centimeters, MAX = Maximum Allowed, PC = Number of Pieces. Baggage allowance and charges are provided for information only. Additional discounts may apply depending on advance purchase or Flyer-specific

| PAYMENT DETAILS | | FARE DETAILS | |
|---|---|---|---|
| Fare Calculation: | | Fare: | USD 687.00 |
| TLV LY NYC Q100.00 587.00NUC687.00END ROE1.000000 | | | |
| Form of payment: | | Taxes/Fees/Charges: | USD PD 4.00AP |
| Endorsements: | | | USD PD 30.36IL |
| USD260.00 NONREF-BG LY | | | USD PD 19.70US |
| | | | USD PD 3.96XA |
| | | | USD PD 7.00XY |
| | | | USD PD 6.11YC |
| | | Total Amount: | USD NO ADC |

קיימות מגבלות להטסת חומרים מסוכנים ובפרט סוללות מסוג ליתיום.

חובה לבדוק את התנאים להטסתם באתר אל על.

לפרטים נוספים : https://www.elal.com/he/PassengersInfo/Baggage/Pages/Dangerous-Material.aspx

There are limitations for carriage of hazardous materials, especially lithium batteries.

It is mandatory to check the terms of carrying them on board on the EL AL website.

Please see: https://www.elal.com/en/PassengersInfo/Baggage/Pages/Dangerous-Material.aspx

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

# LEGAL AND PASSENGER NOTICES

## TICKET

**Important notice to passengers traveling to/from U.S**

<u>Advice to International Passengers on Limitations of Liability</u>: Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Security notice**

As part of the check-in process, EL AL Security conducts security checks for all passengers at the check-in counters or boarding gates

כחלק מתהליך הקבלה לטיסה, ביטחון אל על מקיימים בדיקות ביטחוניות לכלל הנוסעים. הבדיקות נערכות בדלפקי הצ'ק-אין או בשערי העלייה למטוס

**Privacy notice**

<u>Data protection notice</u>: Your personal data will be processed in accordance with the applicable carriers privacy policy and, if your booking is made via a Travel Agent with its privacy policy. This is available at http://www.iatatravelcenter.com/privacy or can be obtained from the carrier or Travel Agent directly as and if applicable. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred.

הודעה על הגנת נתונים: הנתונים האישיים שלך יעובדו לפי תנאי מדיניות הפרטיות של המוביל הרלוונטי, ולפי מדיניות הפרטיות הנהוגה אצל סוכן הנסיעות שבאמצעותו ביצעת את ההזמנה שלך. כל מסמכי המדיניות הללו זמינים לצפייה בכתובת: https://www.iatatravelcentre.com/privacy.htm או ניתנים להשגה מהמוביל או סוכן הנסיעות,ככל שרלוונטי, ישירות. אנא קרא את מסמכי המדיניות הרלוונטים להזמנה שלך שמציינים למשל, איך הנתונים האישיים שלך נאספים, מאוחסנים, משומשים, נחשפים ומועברים.

Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference.

תנאי התובלה והשירותים הנלווים המסופקים על ידי המוביל כפופים לתנאי התובלה המצורפים להלן

לצפייה בתנאי התובלה אנא הקש על קישור זה

To view EL AL's terms of contract please click on this link