**aa@neg.com**

EXHIBIT 41

| | |
|---|---|
| **From:** | Etihad Guest <guest@etihadguest.com> |
| **Sent:** | Tuesday, December 15, 2020 4:54 AM |
| **To:** | Aaron Abadi |
| **Subject:** | RE: Medical Disability   [INTR:55054007] |

Dear Aaron Abadi,

Thank you for contacting Etihad Guest.

We would like to inform you that Etihad Guest deals with queries related to Etihad Guest loyalty programme only hence, all queries related to existing reservations are handled by our Global Contact Centre representatives.

For the latest information regarding COVID-19 Travel Updates, we recommend that you visit our Travel guidelines page on www.etihad.com.

As mentioned on our official webpage, each passenger must wear a mask at all times when he/she travels.

You may get in touch with our Wellness Ambassadors via live chat on our Etihad wellness page, or by emailing wellness@etihad.ae to inquire whether any exceptions can be made due to your serious sensory issues.

Should you require any further assistance, please contact us.

Kindest regards,

Sonja Jovanovic

Service Coordinator

Etihad Guest

---- Original Message ----
From : Aaron Abadi
To : guest@etihadguest.com
Subject : Medical Disability
Date : Mon, Dec 14 00:39:03 GST 2020

The CDC recommendation regarding wearing masks includes the following:
"Wearing masks may be difficult for some people with sensory, cognitive, or behavioral issues. If they are unable to wear a mask properly or cannot tolerate a mask, they should not wear one…"

I am one of those people, unfortunately. I have serious sensory issues and cannot wear a mask for a flight.

1

The State of New York mandate similarly has exclusions for someone like me and requires that as a person with disabilities, we are accommodated. I believe most mandates concur.

I already had Covid. I tested positive in early October, so there is no actual health risk to other passengers. Additionally, I can provide a recent negative Covid test and a doctor's letter confirming my disability and my recovery from Covid.

Here is my question:
Is it possible for me to fly with your airline and not wear a mask? Would you be able to accommodate my disability?

Thank you,

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100



**CONFIDENTIALITY / DISCLAIMER NOTICE:**

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorised and may be illegal. Etihad Aviation Group or its employees are not responsible for any auto-generated spurious messages that you may receive from Etihad email addresses.

http://www.etihad.com/.

2