**aa@neg.com**                                                                  EXHIBIT 42

| | |
|---|---|
| **From:** | Feedback <feedback@etihad.ae> |
| **Sent:** | Thursday, September 16, 2021 3:50 AM |
| **To:** | AA@NEG.COM |
| **Cc:** | ALEX.TADAY@DOT.GOV |
| **Subject:** | FW: Etihad Airways- Case Reference 2102112966 CRM:0105246 |

DOT ref: AT2021020041
Our ref: 2102112966
16 September 2021

Via electronic mail to Mr Aaron Abadi at AA@NEG.COM

Dear Mr. Abadi,

We received recent correspondence from DOT under subject AT2021020041 on 15 September 2021 with reference to your concerns raised to us.

We would like to advise that we sent you our response on 04 March 2021 to your email AA@neg.com, however we did not received back an email response from you.

Please find below copy of the email sent to you.

Yours sincerely,

Juliet
Guest Relations
Etihad Aviation Group
New Airport Road, Khalifa City, Abu Dhabi, UAE
etihad.com

------------------- Original Message -------------------
**From:** Feedback@etihad.ae <Feedback@etihad.ae>;
**Received:** Thu Mar 04 2021 15:48:32 GMT+0400 (Gulf Standard Time)
**To:** AA@NEG.COM <AA@NEG.COM>;
**Cc:** ALEX.TADAY@DOT.GOV <ALEX.TADAY@DOT.GOV>;
**Subject:** Etihad Airways- Case Reference 2102112966 CRM:0105246

DOT ref: AT2021020041
Our ref: 2102112966
04 March 2021

Via electronic mail to Mr Aaron Abadi at AA@NEG.COM

Dear Mr. Abadi,

On behalf of Etihad Airways, we respond to your complaint regarding Etihad Airways' face mask policy, which is based on the latest accepted global medical science, applicable regulations, and Etihad's duty of care to all of its passengers. We are sorry that you feel that Etihad's policy is dishonest and unfair. We don't agree with that view. Etihad Airways' face mask requirement is based on sound medical science and our commitment to passenger wellness. See, https://www.etihad.com/en/fly-etihad/health-and-wellness.

1

Current medical guidance as well as applicable regulations do not exempt people who have had COVID-19, or people who have received full doses of an authorized COVID-19 vaccine, from applicable mask mandates. *See, e.g.*, Resolution of the UAE Attorney General No. (38) of 2020 on the Implementation of the List of Violations and Administrative Sanctions Issued under Cabinet Resolution No. 17 of 2020; *See also* United States Executive Order on Promoting COVID-19 Safety in Domestic and International Travel, https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/21/executive-order-promoting-covid-19-safety-in-domestic-and-international-travel/ (which applies only to flights starting or ending in the United States). If your previous COVID-19 diagnosis is the sole basis for your exemption request, as your complaint suggests, we must deny your request.

If, however, your request for an exemption is based upon a disability as set forth in 42 USC 12101, *et seq.*, then Etihad Airways can accept you for travel subject to the following:

**If the aircraft cabin loses pressure Etihad Airways aircraft, like all commercial aircraft, deploy oxygen masks. If you cannot tolerate wearing a facial mask at any time, you should reconsider any air travel on that basis alone as Etihad Airways cannot make a reasonable accommodation for emergency oxygen. You should consult with your physician prior to any travel.**

As for passengers traveling from the US to the UAE or from UAE to the US seeking an exemption from the Etihad Airways face mask mandate, they must:

1. Provide a note from a licensed medical doctor certifying that the person (include full name, date of birth, and passport number) has a disability that prevents him or her from wearing a face mask or safely wearing a face mask because of a disability as defined by 42 USC 12101, *et seq.* Such note must, at a minimum, be issued not less than 21 days from the first departure date. Such note must also certify that notwithstanding the condition that prevents the passenger from wearing a face mask, the passenger is fit to fly for the duration of your journey. For example, if your travel time each direction is 18 hours in the air, the note should make reference to the specific travel time. Assuming the passenger secures such a certified note, the passenger must:
2. Maintain a hard copy of the note for the duration of travel and make it available for inspection at any time by any Etihad Airways employee and any authorized governmental or airport personnel.
3. Present at check-in a negative PCR test consistent with the requirements of the passenger's itinerary (the advance time varies by country and are available on www.etihad.com).
4. Agree to an evaluation at check-in, at Etihad Airways' *sole* discretion, of your fitness to travel, by Etihad Airways' independent medical contractor MedAire https://www.medaire.com/medaire-old/airlines/solutions/medical-advisory-services-medlink. This evaluation will be limited to the passenger's physical fitness to travel.
5. Sit in the seat designated by Etihad Airways – no seat changes are permitted. This requirement is to facilitate, to the extent practical, maintaining social distancing of 1.5 – 2 meters (varies by aircraft) to help mitigate the risk of infection to passengers.
6. Wear a face mask at any time you are out of your assigned seat, or when a member of cabin crew approaches your seat for cabin service (alternatively – you can decline all cabin service). This requirement applies irrespective of any exemption.
7. Do not leave your assigned seat except to:
a. Enter or exit the aircraft;
b. Approach the lavatory or return to your assigned seat from the lavatory;
c. Follow crew instructions; or
d. React to an emergency situation.
8. Wear a full face shield at times when on board the aircraft. *See, e.g.* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7557567/ for acceptable examples.
9. Comply with all crew instructions.

**This procedure is limited Etihad Airways aircraft, and does not ensure that relevant airports, security personnel, and/or immigration authorities will permit you exit, transit, or entry without a mask.** All Etihad passengers are responsible for complying with all applicable departure, transit, and entry requirements at all airports on their journey.  See Etihad Airways Conditions of Carriage, Article 13, *et. seq.*, *available at* https://www.etihad.com/en-us/legal/conditions-of-carriage.  Travel regulations for your trip are available at https://www.etihad.com/en-us/travel-updates/all-destinations-travel-guides and the relevant embassy, consulate, and/or governmental agencies.

**When you book your travel, please respond to this e-mail and include your full itinerary and PNR (passenger reservation number) so that we can ensure that our airport staff and cabin crew are prepared to accommodate you.**

We thank you for the opportunity to respond to your inquiry, and we wish you a pleasant journey.

Yours sincerely,

Juliet
Guest Relations
Etihad Aviation Group
New Airport Road, Khalifa City, Abu Dhabi, UAE
etihad.com

CONFIDENTIALITY / DISCLAIMER NOTICE:

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Etihad airways or its employees are not responsible for any auto-generated spurious messages that you may receive from Etihad email addresses.
Etihad Airways is committed to protecting the privacy of its guests and users of its products and services. For detailed information on Etihad Airways privacy policy, please visit Etihad.com and go to the privacy policy section.

http://www.etihad.com