EXHIBIT 43

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | abadi.rne@gmail.com |
| **Sent:** | Tuesday, October 12, 2021 1:17 AM |
| **To:** | feedback@evaair.com |
| **Subject:** | medical disability |
| **Attachments:** | NYU Langone Health MyChart - Letter re mask.pdf |

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield.  I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask.  Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron  Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

1

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | abadi.rne@gmail.com |
| Sent: | Thursday, September 2, 2021 12:04 AM |
| To: | davidchen@evaair.com |
| Subject: | disability assistance |
| Attachments: | NYU Langone Health MyChart - Letter re mask.pdf |

Please forward to the appropriate dept, as I cannot find any email address on your website.
Thank you

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100