EXHIBIT 45

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | Finnair Medadesk <medadesk@finnair.com> |
| **Sent:** | Friday, September 3, 2021 2:44 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | RE: disability assistance |

Dear Aaron

For the time being, the general recommendation of the Finnish institute of health and welfare THL is that even the fully vaccinated follow the same health safety measures as non-vaccinated (good hand hygiene, safety intervals, mask use when safety intervals are impossible), especially when dealing with unvaccinated or partially vaccinated persons. We cannot know the vaccination status of other passengers and we must be able to guarantee a safe flight for them as well.

If a customer is seeking exemption from wearing a mask (due to medical grounds) we require a MEDIF form and a negative Covid-19 test not older than 72 hrs. This can be requested via our websie once you have a booking

https://www.finnair.com/fi-en/customer-care-and-contact-information/contact-and-request-forms/request-special-assistance

After the documents have been verified at our end we can accept you to travel without wearing a mask.

Best regards

Sami
--
Finnair Plc, Medadesk
Address: HOTT, 01053 FINNAIR
medadesk@finnair.com <mailto:medadesk@finnair.com>
Fax: +358 9 818 4825


**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** 2. syyskuuta 2021 7:23 ap.
**To:** Finnair Services Finnair invoices <Invoices.Finnair@finnair.com>
**Subject:** disability assistance


Please forward to the correct dept

Thank you

1

I have a sensory integration disorder, which is a medical disability that

causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to

that effect, that also states that I already had Covid, which would indicate

that there is no significant health risk, as the CDC clearly states that covid reinfection is rare

I have already flown several times without a mask on airlines that agreed to accommodate me.


CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.

Federal ADA laws require that you provide an accommodation for disabilities.

I would like to travel on your airline.

Can I travel on your airline without a mask?

Or can you provide an accommodation that will allow me to use your airline?


Thank you in advance.


Aaron Abadi

82 Nassau Street apt 140

New York, NY 10038

516-639-4100




ref:_00D24Zb2l._50006573FaK:ref

2