aa@neg.com                                                        EXHIBIT 46

| | |
|---|---|
| **From:** | Frontier Airlines <frontierairlines@mailca.custhelp.com> |
| **Sent:** | Friday, January 29, 2021 9:52 AM |
| **To:** | aa@neg.com |
| **Subject:** | Frontier Airlines: Medical disability [Incident: 210124-000077] |



You requested assistance from our on-line support form. Below is a summary of your request and our response.

Topic: Frontier Airlines: Medical disability

Reference #: 210124-000077

Discussion Thread
**Response By Email (Beth)** (01/29/2021 07:52 AM)
Hi Aaron,

Thank you for reaching out to us.

Frontier along with most carriers, does require all passengers 2 years of age and older to wear a mask at all points of their travel. This is ticket counter, gate area, onboard the aircraft and baggage claim. Respectfully, there are no exemptions.

At this time I believe the only carriers that accept a medical exemption are Delta and Hawaiian.

Sincerely,

Beth
Customer Relations Advocate
Frontier Airlines

**Customer By CSS Email (Aaron Abadi)** (01/28/2021 11:28 PM)
I do not see the response.

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100

>

1

>
>
>
>
>
**Customer By CSS Web (Aaron Abadi) (01/24/2021 10:22 AM)**
The CDC recommendation includes the following:
"Wearing masks may be difficult for some people with sensory, cognitive, or behavioral issues. If they are unable to wear a mask properly or cannot tolerate a mask, they should not wear one..."

I am one of those people, unfortunately. I have serious sensory issues and cannot wear a mask for a flight.

The State of New York mandate similarly has exclusions for someone like me and requires that as a person with disabilities, we are accommodated. I believe most mandates concur.

I already had Covid. I tested positive in early October, so there is no actual health risk to other passengers. Additionally, I can provide a doctor's letter confirming my disability and my recovery from Covid.
Can I fly without a mask?