| | |
|---|---|
| **From:** | Gulf Air Guest Support |
| **To:** | aa@neg.com |
| **Subject:** | Re: SR202228921 |
| **Date:** | Wednesday, June 1, 2022 3:21:19 PM |

EXHIBIT 47

Dear Sir,

Please be advised that for the detailed and updated procedure and information, please visit our website. An online medical form has to be filled up by your consultant doctor.

https://www.gulfair.com/special-assistance/medical-cases

Regards.

---

This is an e-mail from Gulf Air B.S.C. (c). This e mail and any files transmitted with it are or may be confidential or legally privileged and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e mail. Please notify the sender immediately if you have received this e mail by mistake and delete this e mail from your system. If you are not the intended recipient you are notified that disclosing, copying distributing or taking action in reliance on the contents of this information is strictly prohibited. Although Gulf Air B.S.C. (c) has taken reasonable precautions to ensure no viruses are present in this e mail, it accepts no liability for any loss or damage arising from the use of this e mail or its attachments. For details of how we handle your personal data, please see our Privacy Policy at https://www.gulfair.com/transparency/privacy-policy

| From: | aa@neg.com |
|---|---|
| To: | "Gulf Air Guest Support" |
| Cc: | aabadi@optonline.net |
| Subject: | RE: SR202228921: Feedback Acknowledgement |
| Date: | Monday, March 28, 2022 11:48:27 PM |
| Attachments: | NYU Langone Health MyChart - Letter re mask.pdf |

I am trying to book a flight with Gulf Air from Bangalore to New York.

You are required by United States Laws, specifically the Air Carrier Access Act to not discriminate against anyone due to their disability.

I have a medical disability and cannot wear a mask. I attached a letter from my doctor.

Please confirm that I can fly with your airline without a mask.

Thank you.

Aaron Abadi

**From:** Gulf Air Guest Support <guestsupport@gulfair.com>
**Sent:** Sunday, March 20, 2022 4:56 AM
**To:** aa@neg.com
**Subject:** SR202228921: Feedback Acknowledgement

Hello,

Thank you for contacting Gulf Air and providing us with the opportunity to assist you.

Your reference number is SR202228921 which we kindly ask you to include in any further communication with us. We appreciate your patience while we look into your comments and respond to you at the soonest.

Regards,

The Guest Support team

This is an e-mail from Gulf Air B.S.C. (c). This e mail and any files transmitted with it are or may be confidential or legally privileged and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e mail. Please notify the sender immediately if you have received this e mail by mistake and delete this e mail from your system. If you are not the intended recipient you are notified that disclosing, copying distributing or taking action in reliance on the contents of this information is strictly prohibited. Although Gulf Air B.S.C. (c) has taken reasonable precautions to ensure no viruses are present in this e mail, it accepts no liability for any loss or damage arising from the use of this e mail or its attachments. For details of how we handle your personal data, please see our Privacy Policy at https://www.gulfair.com/transparency/privacy-policy

| | |
|---|---|
| **From:** | aa@neg.com |
| **To:** | "Gulf Air Guest Support" |
| **Cc:** | "aabadi@optonline.net" |
| **Subject:** | RE: SR202228921: Feedback Acknowledgement |
| **Date:** | Monday, March 28, 2022 11:48:00 PM |
| **Attachments:** | NYU Langone Health MyChart - Letter re mask.pdf |

I am trying to book a flight with Gulf Air from Bangalore to New York.

You are required by United States Laws, specifically the Air Carrier Access Act to not discriminate against anyone due to their disability.

I have a medical disability and cannot wear a mask. I attached a letter from my doctor.

Please confirm that I can fly with your airline without a mask.

Thank you.

Aaron Abadi

**From:** Gulf Air Guest Support <guestsupport@gulfair.com>
**Sent:** Sunday, March 20, 2022 4:56 AM
**To:** aa@neg.com
**Subject:** SR202228921: Feedback Acknowledgement

Hello,

Thank you for contacting Gulf Air and providing us with the opportunity to assist you.

Your reference number is SR202228921 which we kindly ask you to include in any further communication with us. We appreciate your patience while we look into your comments and respond to you at the soonest.

Regards,

The Guest Support team

This is an e-mail from Gulf Air B.S.C. (c). This e mail and any files transmitted with it are or may be confidential or legally privileged and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e mail. Please notify the sender immediately if you have received this e mail by mistake and delete this e mail from your system. If you are not the intended recipient you are notified that disclosing, copying distributing or taking action in reliance on the contents of this information is strictly prohibited. Although Gulf Air B.S.C. (c) has taken reasonable precautions to ensure no viruses are present in this e mail, it accepts no liability for any loss or damage arising from the use of this e mail or its attachments. For details of how we handle your personal data, please see our Privacy Policy at https://www.gulfair.com/transparency/privacy-policy

| | |
|---|---|
| **From:** | Gulf Air Guest Support |
| **To:** | aa@neo.com |
| **Subject:** | SR202228921: Feedback Acknowledgement |
| **Date:** | Sunday, March 20, 2022 4:56:10 AM |

Hello,

Thank you for contacting Gulf Air and providing us with the opportunity to assist you.

Your reference number is SR202228921 which we kindly ask you to include in any further communication with us. We appreciate your patience while we look into your comments and respond to you at the soonest.

Regards,

The Guest Support team

This is an e-mail from Gulf Air B.S.C. (c). This e mail and any files transmitted with it are or may be confidential or legally privileged and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e mail. Please notify the sender immediately if you have received this e mail by mistake and delete this e mail from your system. If you are not the intended recipient you are notified that disclosing, copying distributing or taking action in reliance on the contents of this information is strictly prohibited. Although Gulf Air B.S.C. (c) has taken reasonable precautions to ensure no viruses are present in this e mail, it accepts no liability for any loss or damage arising from the use of this e mail or its attachments. For details of how we handle your personal data, please see our Privacy Policy at https://www.gulfair.com/transparency/privacy-policy