EXHIBIT 49

**aabadi@optonline.net**

| | |
|---|---|
| **From:** | Aaron Abadi <aabadi@optonline.net> |
| **Sent:** | Tuesday, February 16, 2021 9:39 AM |
| **To:** | JetBlue |
| **Subject:** | Re: Response from JetBlue's Executive Office |

You are obnoxious and don't even have the decency to apologize after what you put me through.

Aaron Abadi

> On Feb 9, 2021, at 2:34 PM, JetBlue <noreplycontactus@jetblue.com> wrote:
>
> Dear Aaron,
>
> Thank you for sharing your concern with JetBlue's Executive Office.
>
> We're sorry to hear of the frustration you've experienced in the past. We appreciate the opportunity to provide current information for future travel with JetBlue.
>
> Federal law requires masks to be worn by all travelers 2 years and older at all times throughout the flight including during boarding and deplaning, and in the airport. Any individual who fails to comply with this law may be subject to denied boarding, removal from the aircraft and/or penalties under federal law. If conditions on board a flight necessitate, masks should be removed to accommodate the placement and wearing of oxygen masks.
>
> Visit https://www.jetblue.com/travel-alerts and www.jetblue.com/safety for more details.
>
> Customers with disabilities who cannot wear a mask, or cannot safely wear a mask because of a permanent disability as defined by the Americans with Disabilities Act may contact us via phone or chat to apply for an exemption from this requirement. Exemptions will be limited on board each flight and will require specific documentation submitted in advance as well as testing and a face shield worn at all times.
>
> Based on this information, we respectfully deny that our service failed to meet the standards set by the Department of Transportation.
>
> I hope I have been able to address your concerns. If you have any other questions, please do not hesitate to contact me. Alternatively, you may contact the U.S. Department of Transportation regarding your concerns and seek enforcement under 14 CFR Part 382.

1

As a future reference, you are welcome to make us aware of how we may best assist you by calling us directly on our Special Services Support Line, 1-855-ADA-LINE (855-232-5463) prior to your departure.

We value you as a JetBlue customer and we hope to serve your future travel needs with a positive experience.

Sincerely,

Debbie Castleton
JetBlue | Customer Support
Executive Offices