

27-01 Queens Plaza North
Long Island City, NY 11101
T: 1-800-JETBLUE
jetblue.com

**EXHIBIT 50**

VIA ELECTRONIC MAIL – aa@neg.com

January 27, 2021

Aaron Abadi
82 Nassau Street #140
New York, NY 10038

      Re:    JetBlue Airways Reservation HICKOO

Dear Mr. Abadi:

This confirms receipt of a copy of your letter to the U.S. Department of Transportation. We appreciate you taking the time to share your recent experience with us.

In response to your complaint, we investigated your experience thoroughly. As previously explained by my colleagues, JetBlue requires that all customers age two and over properly maintain a face covering throughout their travel. We take our role in preventing the spread of COVID-19 and keeping our crewmembers and customers safe very seriously and allow no exceptions to the face covering requirement. We respectfully deny that our actions were in violation of DOT regulations.

We understand that after our crewmembers explained the policy you agreed to adhere to the face covering requirement and traveled on your scheduled flight. We appreciate your willingness to comply with the policy. Thank you again for bringing your feedback to our attention.

Sincerely,

Robert C. Land
Senior Vice President Government Affairs
and Associate General Counsel


cc:    Alex Taday – U.S. Department of Transportation