**From:** abadi.rne@gmail.com
**Sent:** Wednesday, November 3, 2021 3:22 AM
**To:** Aaron Abadi
**Cc:** crnyc
**Subject:** RE: disability assistance

# EXHIBIT 51

Dear Mr. Abadi,

Greetings once again from Royal Jordanian Customer Relations

With reference to your inquiry below, please allow us to clarify that the CDC order exempts certain categories of passengers from the mandate, including individuals who cannot wear a mask or cannot safely wear a mask.

Therefore, you are kindly requested to provide us with the following:

1. a copy of the vaccine certificate with the dates and the type of vaccine.
2. a negative PCR test taken not more than 3 days prior to departure.
3. a medical certificate clarifying your condition and the reason you cannot wear the mask along with all dates of the period you contracted and recovered from the Covid-19.

Once all the above documents are available, you need to make a provisional booking (10 days prior to departure) then we will seek the approval from the RJ Medical Doctor, and make the necessary arrangements for check-in, boarding, and choosing a widely available flight, to make sure to protect the rest of the passengers from getting infected.

Please feel free to contact us back for any further inquiries or assistance.

Thank you for choosing Royal Jordanian Airlines.

Best Regards,

Customer Relations Team
Royal Jordanian Airlines
Tel: +962 6 5202525
5th Circle, Mhd Ali Janah St. Building # 37
Amman – Jordan

1

-----Original Message-----
**From:** Aaron Abadi <abadi.rne@gmail.com>;
**Received:** Fri Oct 29 2021 21:11:19 GMT+0200 (Eastern European Standard Time)
**To:** NYC Area Manager 3 <crnyc@rj.com>; Customer.services@rj.com <customer.services@rj.com>; <customer.services@rj.com>;
**Subject:** RE: disability assistance

I have not received a response yet.
Aaron Abadi

**From:** Customer Services <Customer.Services@rj.com>
**Sent:** Tuesday, October 12, 2021 8:22 AM
**To:** abadi.rne@gmail.com
**Subject:** RE: disability assistance

Dear Mr. Aaron Abadi,

Greetings from Royal Jordanian Customer Relations

This is in reference to your email below, we would like to inform you that your inquiry below was forwarded to our office in New York for better assistance, where you can follow up with them directly at their email address crnyc@rj.com

Thank you for contcatng us.

Best Regards,

Customer Relations Team
Royal Jordanian Airlines
Tel:- +962 6 5202529
5th Circle, Mhd Ali Janah St. Building #37
Amman-Jordan

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Tuesday, October 12, 2021 8:51 AM
**To:** AMMSNRJ <AMMSNRJ@rj.com>
**Subject:** FW: disability assistance

2

CAUTION: External mail. Be careful with links and attachments, unless you recognise the sender and know the content is safe.

This was sent weeks ago, but was not responded to.
Please help.
Thank you,

Aaron Abadi

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Thursday, September 2, 2021 10:06 PM
**To:** rjsacs@rj.com
**Subject:** disability assistance

I have a sensory integration disorder, which is a medical disability that causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to that effect, that also states that I already had Covid, which would indicate that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

3

This e-mail message is intended for the named recipient only. It may be privileged and/or confidential. If you are not the intended recipient of this e-mail then you should not copy it or use it for any purpose, nor disclose its contents to any person. You should contact the sender so that we can take appropriate action. This e-mail and files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. All information is the view of the individual and not necessarily the Company. If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this information and its attachments is strictly prohibited. If you have received this e-mail in error please notify the sender by replying to it and then delete the message from your computer Warning: Although Royal Jordanian has taken reasonable precautions to ensure no viruses are present in this email, Royal Jordanian cannot accept responsibility for any loss or damage arising from the use of this email or attachments.

This e-mail message is intended for the named recipient only. It may be privileged and/or confidential. If you are not the intended recipient of this e-mail then you should not copy it or use it for any purpose, nor disclose its contents to any person. You should contact the sender so that we can take appropriate action. This e-mail and files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. All information is the view of the individual and not necessarily the Company. If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this information and its attachments is strictly prohibited. If you have received this e-mail in error please notify the sender by replying to it and then delete the message from your computer Warning: Although Royal Jordanian has taken reasonable precautions to ensure no viruses are present in this email, Royal Jordanian cannot accept responsibility for any loss or damage arising from the use of this email or attachments.