**abadi.rne@gmail.com**  **EXHIBIT 52**

| | |
|---|---|
| From: | Mulira, Mercy <Mercy.Mulira@kenya-airways.com> |
| Sent: | Friday, September 3, 2021 11:05 AM |
| To: | abadi.rne@gmail.com; Doctor On Call |
| Subject: | Re: Disability Assistance |

Hi Aaron,

Sorry that you have a sensory integration disorder.
Unfortunately, the Airline in conjunction with the Ministry of Health protocols and the Government does not exempt anyone from wearing a face mask unless toddlers below two years.
Therefore, be guided.

Regards.

---

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Friday, September 3, 2021 4:06 AM
**To:** Doctor On Call <Doctors.KQ@kenya-airways.com>
**Subject:** Disability Assistance

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield.  I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask.  Additionally, DOT instructed the airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

CONFIDENTIALITY NOTICE: This email is confidential and is intended solely for the intended named recipient(s).
Unauthorized disclosure, use, dissemination or copying (either wholly or partially) is prohibited, as it contains
information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this

message in error, please notify the sender of the error and delete the message without using, sending or storing it. Thank you