| | | EXHIBIT 53 |
|---|---|---|
| **From:** | engreservation | |
| **To:** | Aaron Abadi | |
| **Subject:** | Re: Disability Assistance | |
| **Date:** | Thursday, November 18, 2021 1:55:04 PM | |

Dear Aaron Abadi

Greetings from Korean Air.

Our sincere apology for the delay in getting back to your end in regards to your inquiry as more time was required to check and confirm with our relevant department.

We would like to share that we have checked with our headquarters in regards to your inquiry to travel without a mask on Korean Air flights due to sensory integration disorder.

Unfortunately, we regret to inform you that we would not be able to accommodate your request as sensory integration disorder is not included under the mask-wearing exempted cases. This decision was made after considering the CDC and TSA guidelines on disability exemption for mask-wearing.

Due to the above reason, a mask would be required should you wish to travel on Korean Air.

Kindly reply to this email if you have other questions. Thank you for choosing Korean Air.

**Regards,**
Nur
**Reservation Team**
**Korean Air Global Service Centre**
Email: **engreservation@koreanair.com**



On Fri, 3 Sept 2021 at 09:06, <abadi.me@gmail.com> wrote:

> I have a sensory integration disorder, which is a medical disability that
>
> causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
>
> that effect, that also states that I already had Covid, which would indicate
>
> that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
>
> I have already flown several times without a mask on airlines that agreed to accommodate me.
>
>
> CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.

Federal ADA laws require that you provide an accommodation for disabilities.

I would like to travel on your airline.

Can I travel on your airline without a mask?

Or can you provide an accommodation that will allow me to use your airline?


Thank you in advance.


Aaron Abadi

82 Nassau Street apt 140

New York, NY 10038

516-639-4100

This e-mail may contain confidential information and is intended only for the individual(s) named above. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received it by mistake and delete it from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, or incomplete. This e-mail may arrive late or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

본 메일에는 비밀정보가 포함되어 있을 수 있으며, 이 메일은 위의 수신자에게만 발송된 것입니다. 위의 수신자가 아니면 본 메일을 유포, 배포, 복사를 해서는 안됩니다. 본 메일이 잘못 전송된 경우 즉시 메일 발신자에게 알려주시고, 아울러 이 메일을 삭제해 주시기 바랍니다. 전자메일은 정보의 도청, 변조, 손실, 훼손, 지연 도착, 일부 멸실, 바이러스 감염 등이 발생할 수 있어 보안성이나 무결성을 보장받지 못합니다. 따라서, 메일 발신자는 전자메일 전송으로 발생하는 내용상 오류 및 누락 등에 관하여 책임을 지지 않습니다.