**abadi.rne@gmail.com**                                                               EXHIBIT 54

| | |
|---|---|
| From: | Claudia Diaz Coronado (LATAM Airlines) <support@casounico.zendesk.com> |
| Sent: | Friday, September 3, 2021 3:50 PM |
| To: | Aaron |
| Subject: | [LATAM] Case resolution #34585847 |

##- Please type your reply above this line -##

### Claudia Diaz Coronado (LATAM)

Sep 3, 2021, 15:49 GMT-4

Dear Aaron:

If you want to travel without a mask, your doctor must complete the attached form, the Latam doctors will study it and give you an answer, however, you must remember, this is an ordinance of the health authorities, so finally at the airport they will say the last word.

Sincerely

Claudia Diaz Coronado
Customer Support
LATAM Airlines

Attachment(s)
MEDIF_LATAM_EN.pdf

Do you need help? Contact us

Follow your case status at our Help Center

For more information, visit www.latam.com

© LATAM Airlines Group S.A. - all rights reserved