**aa@neg.com**

# EXHIBIT 55

| | |
|---|---|
| **From:** | Margarita Corredor (LATAM Airlines) <support@casounico.zendesk.com> |
| **Sent:** | Thursday, November 11, 2021 5:17 PM |
| **To:** | AARON ABADI |
| **Subject:** | [LATAM] Resolución del caso #35531857 |

##- Por favor, escriba su respuesta por encima de esta línea -##

**Margarita Corredor (LATAM)**

11 nov 2021 19:16 UTC -5

RE: DOT AT2021100036 - (AARON ABADI) MG2300 / ZD 35531857

Dear Mr. Abadi,

We are in receipt of your recent claim addressed to the U.S. Department of Transportation regarding your request for information about our face-mask policies for traveling in our flights.  We appreciate the opportunity to reply to your concerns and will address the points mentioned in your correspondence.

Please be advised that for the safety of our passengers due to Covid19 and pursuant to applicable regulation, LATAM Airlines' policy is that on board use of face masks is mandatory. Further information about our COVID19 safety and hygiene measures is available in our COVID-19 Information Center at www.latam.com.

Notwithstanding the foregoing, pursuant to the applicable regulation exemptions, we make reasonable accommodations for persons with a disability or a medical condition who cannot wear a mask, or who cannot safely wear a mask because of a disability or medical condition.

Upon a confirmed reservation, persons with a disability or a medical condition who cannot wear a face mask or cannot wear it safely due to the disability or medical condition must send a medical certificate to our Help Center via our Contact Form, at least 48 hours before the scheduled flight. The medical certificate must be dated within 10 days of the scheduled flight and it must include information from the person's doctor that the person has a medical condition precluding the wearing or safe wearing of a mask. Once the medical certificate is assessed, we will inform you whether you may travel without a face mask.

Finally, below please find our responses to the specific items you addressed in your correspondence:

1. **Request of information about traveling without a mask throughout our Contact Center**: Our records indicate that our Contact Center did not state that you would not be able to travel; they indicated that you needed to fill out a form and send it back for revision. We regret that our personal caused any misunderstanding regarding our process for traveling without a face-mask due to a medical condition or disability.

1. **Discrimination on the basis of disability**. LATAM Airlines promptly provides various special needs services to passengers when requested by or on behalf of passengers with disabilities.  Our records do not indicate that you were discriminated against in any way by LATAM. Nonetheless, we are concerned to hear that our communication was not clear and complete and that it was perceived as uncooperative under the circumstances. We apologize for any lapse in our expected performance. Your comments have been transferred to the responsible area managers for further evaluation and review.

Once more Mr. Abadi, we extend our apologies for any disappointment experienced by the information provided in reference to the use of a mask. We remain available for any future assistance you may need and sincerely hope you will allow us to welcome you onboard our flights again in the future.

Sincerely,

Margarita Corredor
Customer Relations Executive
LATAM Airlines

cc: DOT

Margarita Corredor
Servicio al Cliente
LATAM Airlines

Do you need help? Contact us

Follow your case status at our Help Center

For more information, visit www.latam.com

© LATAM Airlines Group S.A. - all rights reserved