EXHIBIT 56

**abadi.rne@gmail.com**

---

**From:** kontakt=lot.pl@mails.engagor.com on behalf of PLL LOT <kontakt@lot.pl>
**Sent:** Tuesday, October 12, 2021 3:33 AM
**To:** abadi.rne@gmail.com
**Subject:** Re: [external] RE: Services: Other - 2021.11.12



Dear Aaron,

thank you for your message.

Frankly speaking it is possible for you to fly without a mask, but the final decision is left for the personnel at the gate.

Best regards

Anna Paszkiewicz

We are at your service 24 hours a day, 7 days a week.
+1 212 789 0970 (USA); +48 22 577 77 55 (Poland)



Polskie Linie Lotnicze LOT S.A. z siedzibą w Warszawie, przy ul. Komitetu Obrony Robotników 43 (02-146 Warszawa), zarejestrowane w Rejestrze Przedsiębiorców prowadzonym przez Sąd Rejonowy dla m.st. Warszawy, XIV Wydział Gospodarczy KRS pod nr KRS 0000056844, o nr NIP 522-000-23-34 i kapitale zakładowym 203.214.923,28 PLN (opłaconym w całości).

LOT Polish Airlines joint stock company with its head office at 43, Komitetu Obrony Robotnikow St., 02-146 Warsaw, registered in the Register of Entrepreneurs kept by the District Court for the City of Warsaw XIV-th Commercial Division of the Domestic Court Register under the no. KRS 0000056844. Tax Identification Number NIP 522-000-23-34, and equity capital of PLN 203.214.923,23 (paid up in full).

Zanim wydrukujesz, pomyśl o środowisku. / Think about the environment before printing.

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | kontakt=lot.pl@mails.engagor.com on behalf of PLL LOT <kontakt@lot.pl> |
| **Sent:** | Tuesday, October 12, 2021 3:33 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Re: [external] RE: Services: Other - 2021.11.12 |



Dear Aaron,

thank you for your message.

Frankly speaking it is possible for you to fly without a mask, but the final decision is left for the personnel at the gate.

Best regards

Anna Paszkiewicz

We are at your service 24 hours a day, 7 days a week.

+1 212 789 0970 (USA); +48 22 577 77 55 (Poland)



Polskie Linie Lotnicze LOT S.A. z siedzibą w Warszawie, przy ul. Komitetu Obrony Robotników 43 (02-146 Warszawa), zarejestrowane w Rejestrze Przedsiębiorców prowadzonym przez Sąd Rejonowy dla m.st. Warszawy, XIV Wydział Gospodarczy KRS pod nr KRS 0000056844, o nr NIP 522-000-23-34 i kapitale zakładowym 203.214.923,28 PLN (opłaconym w całości).

LOT Polish Airlines joint stock company with its head office at 43, Komitetu Obrony Robotnikow St., 02-146 Warsaw, registered in the Register of Entrepreneurs kept by the District Court for the City of Warsaw XIV-th Commercial Division of the Domestic Court Register under the no. KRS 0000056844. Tax Identification Number NIP 522-000-23-34, and equity capital of PLN 203.214.923,23 (paid up in full).

Zanim wydrukujesz, pomyśl o środowisku. / Think about the environment before printing.

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | abadi.rne@gmail.com |
| **Sent:** | Tuesday, October 12, 2021 1:22 AM |
| **To:** | 'PLL LOT' |
| **Subject:** | RE: Services: Other - 2021.11.12 |
| **Attachments:** | NYU Langone Health MyChart - Letter re mask.pdf |

I understand.
Now, attached is a letter from my doctor.
For the United States government this is sufficient.
Please confirm that I can fly on your airline without a mask.
Thank you,

Aaron Abadi


**From:** kontakt=lot.pl@mails.engagor.com <kontakt=lot.pl@mails.engagor.com> **On Behalf Of** PLL LOT
**Sent:** Wednesday, September 8, 2021 7:12 AM
**To:** abadi.rne@gmail.com
**Subject:** Re: Services: Other - 2021.11.12

Dear Sir,

thank you for your message.

I am writing to inform you that wearing a mask is mandatory during a flight. If there is a lack of possibility of you wearing a mask, you need to have a document stating that you have a disease what prevents you from doing that. What is more, it needs to be in accordance with a current ordinance introduced by the government.

Best regards

Karolina Rutkowska

LOT Polish Airlines

We are at your service 24 hours a day, 7 days a week.
📠+1 212 789 0970 (USA); +48 22 577 77 55 (Poland)



Polskie Linie Lotnicze LOT S.A. z siedzibą w Warszawie, przy ul. Komitetu Obrony Robotników 43 (02-146 Warszawa), zarejestrowane w Rejestrze Przedsiębiorców prowadzonym przez Sąd Rejonowy dla m.st. Warszawy, XIV Wydział Gospodarczy KRS pod nr KRS 0000056844, o nr NIP 522-000-23-54 i kapitale zakładowym 203,214,923,28 PLN (opłaconym w całości).

LOT Polish Airlines joint stock company with its head office at 43, Komitetu Obrony Robotników St., 02-146 Warsaw, registered in the Register of Entrepreneurs kept by the District Court for the City of Warsaw XIV th Commercial Division of the Domestic
Court Register under the no. KRS 0000056844, Tax Identification Number NIP 522-000-23-54, and equity capital of PLN 203,214,923,28 (paid up in full)

Zanim wydrukujesz, pomyśl o środowisku. / Think about the environment before printing.

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | abadi.rne@gmail.com |
| **Sent:** | Wednesday, September 8, 2021 11:46 AM |
| **To:** | 'PLL LOT' |
| **Subject:** | RE: Services: Other - 2021.11.12 |
| **Attachments:** | NYU Langone Health MyChart - Letter re mask.pdf |

Attached is a letter from my Doctor.
Will I be allowed to fly with Lot Polish Airline?

Thank you,

Aaron Abadi

**From:** kontakt=lot.pl@mails.engagor.com <kontakt=lot.pl@mails.engagor.com> **On Behalf Of** PLL LOT
**Sent:** Wednesday, September 8, 2021 7:12 AM
**To:** abadi.rne@gmail.com
**Subject:** Re: Services: Other - 2021.11.12



Dear Sir,

thank you for your message.

I am writing to inform you that wearing a mask is mandatory during a flight. If there is a lack of possibility of you wearing a mask, you need to have a document stating that you have a disease what prevents you from doing that. What is more, it needs to be in accordance with a current ordinance introduced by the government.

Best regards

Karolina Rutkowska

**LOT Polish Airlines**

We are at your service 24 hours a day, 7 days a week.

📞 +1 212 789 0970 (USA); +48 22 577 77 55 (Poland)

Polskie Linie Lotnicze LOT S.A. z siedzibą w Warszawie, przy ul. Komitetu Obrony
Robotników 43 (02-146 Warszawa), zarejestrowane w Rejestrze Przedsiębiorców
prowadzonym przez Sąd Rejonowy dla m. st. Warszawy, XIV Wydział Gospodarczy
KRS pod nr KRS 0000056844, o nr NIP 522-000-23-34 i kapitale zakładowym
203.214.923,28 PLN (opłaconym w całości).

LOT Polish Airlines joint stock company with its head office at 43, Komitetu Obrony
Robotników St., 02-146 Warsaw, registered in the Register of Entrepreneurs kept
by the District Court for the City of Warsaw XIV-th Commercial Division of the
Domestic
Court Register under the no. KRS 0000056844, Tax Identification Number NIP 522-
000-23-34, and equity capital of PLN 203.214.923,28 (paid up in full).

Zanim wydrukujesz, pomyśl o środowisku. / Think about the environment before
printing.

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | kontakt=lot.pl@mails.engagor.com on behalf of PLL LOT <kontakt@lot.pl> |
| **Sent:** | Wednesday, September 8, 2021 7:12 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Re: Services: Other - 2021.11.12 |



POLSKIE LINIE LOTNICZE LOT

A STAR ALLIANCE MEMBER

Dear Sir,

thank you for your message.

I am writing to inform you that wearing a mask is mandatory during a flight. If there is a lack of possibility of you wearing a mask, you need to have a document stating that you have a disease what prevents you from doing that. What is more, it needs to be in accordance with a current ordinance introduced by the government.

Best regards

Karolina Rutkowska

LOT Polish Airlines

We are at your service 24 hours a day, 7 days a week.
+1 212 789 0970 (USA); +48 22 577 77 55 (Poland)



**POLSKIE LINIE LOTNICZE**

A STAR ALLIANCE MEMBER

Polskie Linie Lotnicze LOT S.A. z siedzibą w Warszawie, przy ul. Komitetu Obrony Robotników 43 (02-146 Warszawa), zarejestrowane w Rejestrze Przedsiębiorców prowadzonym przez Sąd Rejonowy dla m.st. Warszawy, XIV Wydział Gospodarczy KRS pod nr KRS 0000056844, o nr NIP 522-000-23-34 i kapitale zakładowym 203.214.923,28 PLN (opłaconym w całości)

LOT Polish Airlines joint stock company with its head office at 43. Komitetu Obrony Robotników 5t , 02-146 Warsaw, registered in the Register of Entrepreneurs kept by the District Court for the City of Warsaw XIV-th Commercial Division of the Domestic
Court Register under the no. KRS 0000056844, Tax Identification Number NIP 522-000-23-34, and equity capital of PLN 203.214.923.28 (paid up in full).

Zanim wydrukujesz, pomyśl o środowisku. / Think about the environment before printing.

8

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | kontakt=lot.pl@mails.engagor.com on behalf of PLL LOT <kontakt@lot.pl> |
| **Sent:** | Wednesday, September 8, 2021 7:12 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Re: Services: Other - 2021.11.12 |



Dear Sir,

thank you for your message.

I am writing to inform you that wearing a mask is mandatory during a flight. If there is a lack of possibility of you wearing a mask, you need to have a document stating that you have a disease what prevents you from doing that. What is more, it needs to be in accordance with a current ordinance introduced by the government.

Best regards

Karolina Rutkowska

LOT Polish Airlines

We are at your service 24 hours a day, 7 days a week.
📠+1 212 789 0970 (USA); +48 22 577 77 55 (Poland)



Polskie Linie Lotnicze LOT S.A. z siedzibą w Warszawie, przy ul. Komitetu Obrony Robotników 43 (02-146 Warszawa), zarejestrowane w Rejestrze Przedsiębiorców prowadzonym przez Sąd Rejonowy dla m.st. Warszawy, XIV Wydział Gospodarczy KRS pod nr KRS 0000056844, o nr NIP 522-000-23-34 i kapitale zakładowym 203.214.923,28 PLN (opłaconym w całości)

LOT Polish Airlines joint stock company with its head office at 43. Komitetu Obrony Robotników St., 02-146 Warsaw, registered in the Register of Entrepreneurs kept by the District Court for the City of Warsaw XIV-th Commercial Division of the Domestic Court Register under the no. KRS 0000056844, Tax Identification Number NIP 522-000-23-34, and equity capital of PLN 203.214.923,28 (paid up in full).

Zanim wydrukujesz, pomyśl o środowisku. / Think about the environment before printing.