**aa@neg.com**                                                    EXHIBIT  57

| | |
|---|---|
| **From:** | Lufthansa Customer Relations <customer.relations@lufthansa.com> |
| **Sent:** | Sunday, December 13, 2020 3:10 PM |
| **To:** | aa@neg.com |
| **Subject:** | Your Feedback to Lufthansa, FB ID 34765790 |

Dear passenger,

Thank you for your request, which we have already handed over to our service team with the reference number (Feedback ID 34765790).

We ask for your understanding that responses are currently delayed due to the extraordinarily high volume of incoming inquiries. You can support us by refraining from further inquiries. We assure you that every feedback received will be processed and you will be contacted as soon as possible. However, inquiries about flights taking place in the next few days will probably not be answered in time.

For assistance with upcoming flights or to have your flight rebooked by Lufthansa, please visit https://www.lufthansa.com/de/en/extended-rebooking-options for further guidance on how to proceed.

We thank you for your understanding and cooperation

With kindest regards
Your Lufthansa customer relations team

For your information:

- Please make sure to always include our eight digit Feedback ID if you are answering to our correspondence. You can find the Feedback ID in the subject of this email.

- For attachments please note the following restrictions: max. 6 each 2MB in size, allowed formats: .pdf, .jpg, or .jpeg.

───────────────────────────

Lufthansa German Airlines | Customer Relations | P.O. Box 710234 | 60492 Frankfurt/Main | Germany

Email        customer.relations@lufthansa.com

Feedback form      www.lh.com/feedback_en

Lufthansa is a member of Star Alliance

Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registration: Amtsgericht Koeln HR B 2168
Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Executive Board: Carsten Spohr (Chairman). Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael Niggemann

1

**aa@neg.com**

| | |
|---|---|
| **From:** | Lufthansa Customer Relations <customer.relations@lufthansa.com> |
| **Sent:** | Tuesday, December 15, 2020 1:24 PM |
| **To:** | aa@neg.com |
| **Subject:** | Your Feedback to Lufthansa, FB ID 34765790 |

Dear Mr. Abadi,

To ensure that your request for an exemption from the mask obligation on your flight is in the right hands and can be promptly processed, we have passed it on to the responsible Lufthansa service team. They will contact you as soon as possible.

Please note that your personal data, collected to assess potential exemptions from the mask obligation, will only be processed in compliance with our General Conditions of Carriage. This data will be irrevocably deleted immediately after the decision has been made.You will receive a confirmation e-mail with the results of the assessment. Additionally, a note either granting or denying an exemption from the mask obligation will be stored in your reservation without reasons for the decision.

We thank you for your understanding and your cooperation.

Sincerely,

Nathan Joe

For your information:

- Please make sure to always include our eight digit Feedback ID if you are answering to our correspondence. You can find the Feedback ID in the subject of this email.

- For attachments please note the following restrictions: max. 6 each 2MB in size, allowed formats: .pdf, .jpg, or .jpeg.

Lufthansa German Airlines | Customer Relations | P.O. Box 710234 | 60492 Frankfurt/Main | Germany

Email      customer.relations@lufthansa.com

Feedback form     www.lh.com/feedback_en

Lufthansa is a member of Star Alliance

Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registration: Amtsgericht Koeln HR B 2168
Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Executive Board: Carsten Spohr (Chairman), Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael Niggemann

**aa@neg.com**

| | |
|---|---|
| **From:** | covid-testexemptions@lufthansa.com |
| **Sent:** | Friday, December 18, 2020 4:01 PM |
| **To:** | aa@neg.com |
| **Subject:** | RE: Lufthansa Customer Relations - FB ID 34765790 // cf- 99 |

Dear Mr. Abadi:

Your email has been forwarded to our office for review for an exception of the requirement of a completed Lufthansa medical form and PCR test when unable to wear a mask during a flight.

The safety and health of all passengers and employees is Lufthansa's highest priority. The obligation to wear a mouth and nose protector or, alternatively, to present a certificate including a Covid-19 negative test is a central element of our hygiene concept. With our regulation we meet the health protection and safety needs of all persons on board. We are well aware that our decision will influence your travel plans.

Please visit https://www.lufthansa.com/de/en/faq-mouth-nose-cover regarding the policies for face coverings and exemptions. You will also find the Lufthansa Group medical certificate on our website that would need to be completed by your licensed health professional.

In order for us to review your request for an exemption of a PCR test, you will need to provide clarification you are unable to wear a mask during the flight due to medical reasons and reason why you are unable to obtain a PCR test result.

Once we receive the requested details for an exemption, we will review your request accordingly.

We sincerely hope you will understand that in this - for all of us exceptional - situation we have to take measures to ensure the greatest possible protection of all passengers and employees.

Respectfully,
Your Lufthansa Customer Relations Team


**From:** Lufthansa Customer Relations <customer.relations@lufthansa.com>
**Sent:** Tuesday, December 15, 2020 1:24 PM
**To:** HE/OS-L, COVID TEST EXEMPTIONS <covid-testexemptions@lufthansa.com>
**Subject:** Lufthansa Customer Relations - FB ID 34765790

Dear colleagues,

Please refer to the attached correspondence. We kindly ask you to follow up with the customer directly with regards to the attached issue.

Your support is greatly appreciated.

Thank you in advance.

Best regards

Nathan Joe

1

Lufthansa Customer Relations

Mindpearl

Sitz der Gesellschaft / Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registereintragung / Registration: Amtsgericht Koeln HR B 2168
Vorsitzender des Aufsichtsrats / Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Vorstand / Executive Board: Carsten Spohr (Vorsitzender / Chairman), Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael Niggemann

**aa@neg.com**

| | |
|---|---|
| **From:** | Aaron Abadi <aa@neg.com> |
| **Sent:** | Wednesday, December 30, 2020 9:43 PM |
| **To:** | covid-testexemptions@lufthansa.com |
| **Subject:** | Re: Lufthansa Customer Relations - FB ID 34765790 // cf- 99 |

Attached is a letter from my Doctor at New York's NYU Langone Hospital that clarifies both points. That I have a sensory disability and should not wear a mask and that I've recently recovered from Covid and therefore am not a health risk.

1

12/10/2020

Name: Aaron

# Letter Details



**Yelena Karasina, MD**
**NYU LANGONE AMBULA**
355 WEST 52ND ST
NEW YORK NY 10019-6239

2

Thank you,

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100

On Dec 18, 2020, at 4:00 PM, covid-testexemptions@lufthansa.com wrote:

Dear Mr. Abadi:

Your email has been forwarded to our office for review for an exception of the requirement of a completed Lufthansa medical form and PCR test when unable to wear a mask during a flight.

The safety and health of all passengers and employees is Lufthansa's highest priority. The obligation to wear a mouth and nose protector or, alternatively, to present a certificate including a Covid-19 negative test is a central element of our hygiene concept. With our regulation we meet the health protection and safety needs of all persons on board. We are well aware that our decision will influence your travel plans.

Please visit https://www.lufthansa.com/de/en/faq-mouth-nose-cover regarding the policies for face coverings and exemptions. You will also find the Lufthansa Group medical certificate on our website that would need to be completed by your licensed health professional.

In order for us to review your request for an exemption of a PCR test, you will need to provide clarification you are unable to wear a mask during the flight due to medical reasons and reason why you are unable to obtain a PCR test result.

Once we receive the requested details for an exemption, we will review your request accordingly.

We sincerely hope you will understand that in this - for all of us exceptional - situation we have to take measures to ensure the greatest possible protection of all passengers and employees.

Respectfully,
Your Lufthansa Customer Relations Team

**From:** Lufthansa Customer Relations <customer.relations@lufthansa.com>
**Sent:** Tuesday, December 15, 2020 1:24 PM
**To:** HE/OS-L, COVID TEST EXEMPTIONS <covid-testexemptions@lufthansa.com>
**Subject:** Lufthansa Customer Relations - FB ID 34765790

Dear colleagues,

Please refer to the attached correspondence. We kindly ask you to follow up with the customer directly with regards to the attached issue.

Your support is greatly appreciated.

Thank you in advance.

3

Best regards

Nathan Joe

Lufthansa Customer Relations

Mindpearl

Sitz der Gesellschaft / Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registereintragung / Registration:
Amtsgericht Koeln HR B 2168
Vorsitzender des Aufsichtsrats / Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Vorstand / Executive Board: Carsten Spohr (Vorsitzender / Chairman), Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael
Niggemann

4

**aa@neg.com**

| | |
|---|---|
| **From:** | covid-testexemptions@lufthansa.com |
| **Sent:** | Thursday, December 31, 2020 9:43 AM |
| **To:** | aa@neg.com |
| **Subject:** | RE: Lufthansa Customer Relations - FB ID 34765790 // cf- 99 |

Dear Mr. Abadi,

Thank you for your email.

In your original correspondence you stated you "can" provide a recent negative test. Are you now requesting an exemption of presenting a negative PCR not more than 48 hours old?

In addition, kindly provide us with your booking details.

Once we receive the clarification, we will review your request.

Sincerely,
Your Lufthansa Customer Relations Team


**From:** Aaron Abadi <aa@neg.com>
**Sent:** Wednesday, December 30, 2020 9:43 PM
**To:** HE/OS-L, COVID TEST EXEMPTIONS <covid-testexemptions@lufthansa.com>
**Subject:** Re: Lufthansa Customer Relations - FB ID 34765790 // cf- 99

Attached is a letter from my Doctor at New York's NYU Langone Hospital that clarifies both points. That I have a sensory disability and should not wear a mask and that I've recently recovered from Covid and therefore am not a health risk.

1

12/10/2020

Name: Aaron

# Letter Details



## Yelena Karasina, MD
## NYU LANGONE AMBULA
355 WEST 52ND ST
NEW YORK NY 10019-6239

2

Thank you,

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100

On Dec 18, 2020, at 4:00 PM, covid-testexemptions@lufthansa.com wrote:

Dear Mr. Abadi:

Your email has been forwarded to our office for review for an exception of the requirement of a completed Lufthansa medical form and PCR test when unable to wear a mask during a flight.

The safety and health of all passengers and employees is Lufthansa's highest priority. The obligation to wear a mouth and nose protector or, alternatively, to present a certificate including a Covid-19 negative test is a central element of our hygiene concept. With our regulation we meet the health protection and safety needs of all persons on board. We are well aware that our decision will influence your travel plans.

Please visit https://www.lufthansa.com/de/en/faq-mouth-nose-cover regarding the policies for face coverings and exemptions. You will also find the Lufthansa Group medical certificate on our website that would need to be completed by your licensed health professional.

In order for us to review your request for an exemption of a PCR test, you will need to provide clarification you are unable to wear a mask during the flight due to medical reasons and reason why you are unable to obtain a PCR test result.

Once we receive the requested details for an exemption, we will review your request accordingly.

We sincerely hope you will understand that in this - for all of us exceptional - situation we have to take measures to ensure the greatest possible protection of all passengers and employees.

Respectfully,
Your Lufthansa Customer Relations Team

**From:** Lufthansa Customer Relations <customer.relations@lufthansa.com>
**Sent:** Tuesday, December 15, 2020 1:24 PM
**To:** HE/OS-L, COVID TEST EXEMPTIONS <covid-testexemptions@lufthansa.com>
**Subject:** Lufthansa Customer Relations - FB ID 34765790

Dear colleagues,

Please refer to the attached correspondence. We kindly ask you to follow up with the customer directly with regards to the attached issue.

Your support is greatly appreciated.

Thank you in advance.

3

Best regards

Nathan Joe

Lufthansa Customer Relations

Mindpearl

Sitz der Gesellschaft / Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registereintragung / Registration:
Amtsgericht Koeln HR B 2168
Vorsitzender des Aufsichtsrats / Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Vorstand / Executive Board: Carsten Spohr (Vorsitzender / Chairman), Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael
Niggemann

Sitz der Gesellschaft / Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registereintragung / Registration: Amtsgericht Koeln HR B 2168
Vorsitzender des Aufsichtsrats / Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Vorstand / Executive Board: Carsten Spohr (Vorsitzender / Chairman), Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael Niggemann

4

**aa@neg.com**

| | |
|---|---|
| **From:** | Aaron Abadi <aa@neg.com> |
| **Sent:** | Thursday, December 31, 2020 12:41 PM |
| **To:** | covid-testexemptions@lufthansa.com |
| **Subject:** | Re: Lufthansa Customer Relations - FB ID 34765790 // cf- 99 |

I don't recall saying that I will provide a negative PCR test, although if that is required, I will probably have one anyway, since many countries require that for entry.

At this point, only 24 people in the planet have officially had the virus more than once. I don't think statistically that is a real risk. They could have easily had one of their positive tests been a false positive. Statistically a person has a higher chance of getting AIDS or Ebola, rather than catching Covid from someone who already had it weeks ago.

In regards to the booking of the flight, I'm waiting to confirm that I will be allowed to fly before booking the flight.

I have a disability that would not allow me to wear a mask, and yet we have been corresponding for days now and I have yet to find out if I can fly.

Please let me know at your convenience and I will plan accordingly.

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100


On Dec 31, 2020, at 9:43 AM, covid-testexemptions@lufthansa.com wrote:

Dear Mr. Abadi,

Thank you for your email.

In your original correspondence you stated you "can" provide a recent negative test. Are you now requesting an exemption of presenting a negative PCR not more than 48 hours old?

In addition, kindly provide us with your booking details.

Once we receive the clarification, we will review your request.

Sincerely,
Your Lufthansa Customer Relations Team


**From:** Aaron Abadi <aa@neg.com>
**Sent:** Wednesday, December 30, 2020 9:43 PM

1

**To:** HE/OS-L, COVID TEST EXEMPTIONS <covid-testexemptions@lufthansa.com>
**Subject:** Re: Lufthansa Customer Relations - FB ID 34765790 // cf- 99

Attached is a letter from my Doctor at New York's NYU Langone Hospital that clarifies both points. That I have a sensory disability and should not wear a mask and that I've recently recovered from Covid and therefore am not a health risk.

<image001.jpg>

Thank you,

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100

On Dec 18, 2020, at 4:00 PM, covid-testexemptions@lufthansa.com wrote:

Dear Mr. Abadi:

Your email has been forwarded to our office for review for an exception of the requirement of a completed Lufthansa medical form and PCR test when unable to wear a mask during a flight.

The safety and health of all passengers and employees is Lufthansa's highest priority. The obligation to wear a mouth and nose protector or, alternatively, to present a certificate including a Covid-19 negative test is a central element of our hygiene concept. With our regulation we meet the health protection and safety needs of all persons on board. We are well aware that our decision will influence your travel plans.

Please visit https://www.lufthansa.com/de/en/faq-mouth-nose-cover regarding the policies for face coverings and exemptions. You will also find the Lufthansa Group medical certificate on our website that would need to be completed by your licensed health professional.

In order for us to review your request for an exemption of a PCR test, you will need to provide clarification you are unable to wear a mask during the flight due to medical reasons and reason why you are unable to obtain a PCR test result.

Once we receive the requested details for an exemption, we will review your request accordingly.

We sincerely hope you will understand that in this - for all of us exceptional - situation we have to take measures to ensure the greatest possible protection of all passengers and employees.

Respectfully,
Your Lufthansa Customer Relations Team

2

**From:** Lufthansa Customer Relations <customer.relations@lufthansa.com>
**Sent:** Tuesday, December 15, 2020 1:24 PM
**To:** HE/OS-L, COVID TEST EXEMPTIONS <covid-testexemptions@lufthansa.com>
**Subject:** Lufthansa Customer Relations - FB ID 34765790

Dear colleagues,

Please refer to the attached correspondence. We kindly ask you to follow up with the customer directly with regards to the attached issue.

Your support is greatly appreciated.

Thank you in advance.

Best regards

Nathan Joe

Lufthansa Customer Relations

Mindpearl

Sitz der Gesellschaft / Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registereintragung / Registration: Amtsgericht Koeln HR B 2168
Vorsitzender des Aufsichtsrats / Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Vorstand / Executive Board: Carsten Spohr (Vorsitzender / Chairman), Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael Niggemann

Sitz der Gesellschaft / Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registereintragung / Registration: Amtsgericht Koeln HR B 2168
Vorsitzender des Aufsichtsrats / Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Vorstand / Executive Board: Carsten Spohr (Vorsitzender / Chairman), Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael Niggemann

**aa@neg.com**

| | |
|---|---|
| **From:** | covid-testexemptions@lufthansa.com |
| **Sent:** | Thursday, January 21, 2021 3:04 PM |
| **To:** | aa@neg.com |
| **Subject:** | RE: Lufthansa Customer Relations - FB ID 34765790 // cf- 99 |

Dear Sir Abadi,

We regret that you will not be able to present a Lufthansa Group Medical Certificate and a Covid-19 PCR test for your flights.

The safety and health of all passengers and employees is a top priority for Lufthansa. The obligation to wear a mouth and nose protector or, alternatively, to present a Lufthansa Group Medical certificate including a Covid-19 negative test is a central element of our hygiene concept. With our regulation we meet the health protection and safety needs of all persons on board. We ask for your understanding that we do not allow any exceptions in this individual case and, as a result, we cannot transport you without presenting a Covid test and Lufthansa Group Medical Certificate.

We are well aware that our decision will influence your travel plans. We, therefore, leave it up to you to rebook your flight or cancel free of charge. If this is an option for you, please contact the Lufthansa Service Center. You will find the worldwide telephone numbers on https://www.lufthansa.com/de/en/help-and-contact.

We sincerely hope you understand that in this - for all of us exceptional - situation we have to take measures to ensure the greatest possible protection of all passengers and employees.

With kindest regards
Your Lufthansa Customer Relations Team

**From:** Aaron Abadi <aa@neg.com>
**Sent:** Thursday, January 21, 2021 12:32 PM
**To:** HE/OS-L, COVID TEST EXEMPTIONS <covid-testexemptions@lufthansa.com>
**Cc:** aa@neg.com
**Subject:** RE: Lufthansa Customer Relations - FB ID 34765790 // cf- 99

I apologize for the confusion.

Please allow me to start this over from scratch.

As per attached Doctor's Letter, I have a sensory condition that causes me not to be able to wear a mask.

I already had Covid19 in October, so the probability of reinfection is minute, if not non-existent. I am certainly less of a health risk without a mask, than the average person who is wearing a mask, but never had Covid.

1

In any case, I have no problem bringing a recent Covid PCR Negative test for each flight. I am not asking for an exemption for that.

What I would like to request is an exemption from filling out the Doctor's form each time that I fly. I fly a lot, often the last minute. At times I can fly three different flights in the same week. It will be a significant burden to require my Doctor to fill out a medical form each time that I fly. I do not have a Doctor on retainer.

Please understand, that although sometimes sensory issues in children are temporary and many do grow out of it, once an adult has this, it's usually for life. This is not a temporary condition. I have had it for 56 years and I expect to have it for the rest of my life. Requiring me to have a Doctor certify immediately prior to each trip will cause unnecessary hardship.

So, the exemption that I am requesting is to the requirement of having a Doctor fill out the medical form each time that I fly.

Thank you for understanding,

Aaron Abadi
CEO
National Environmental Group
Cell 516-639-4100



Sitz der Gesellschaft / Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registereintragung / Registration: Amtsgericht Koeln HR B 2168
Vorsitzender des Aufsichtsrats / Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Vorstand / Executive Board: Carsten Spohr (Vorsitzender / Chairman), Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael Niggemann, Remco Steenbergen

**aa@neg.com**

| | |
|---|---|
| **From:** | heos.l.covid.test.exemptions@dlh.de |
| **Sent:** | Thursday, February 11, 2021 3:34 PM |
| **To:** | aa@neg.com |
| **Subject:** | RE: Lufthansa Customer Relations - FB ID 34765790 // cf- 99 |

Dear Mr. Abadi,

Thank you for reaching out to us again.

Lufthansa Group hereby confirms that you, Aaron Abadi, is exempt from the requirement to present a completed Lufthansa Group
Medical Form under the following conditions:

1. A medical certificate must be presented to covid-testexemptions@lufthansa.com stating you cannot wear a medical
   protective mask (colloquial term "surgical mask") or masks of the FFP2, KN95 and N95 standard due to an underlying
   medical condition. Nevertheless, the person mentioned above is fit to fly. The medical certificate must be dated within one
   year of your departure and submitted no less than 48 hours in advance of your flight.
2. The obligation to present **a negative COVID-19 test (PCR test)** remains the same. The negative test result must be dated
   and issued no more than 48 hours prior to flight departure. This applies to both the outbound and the return flight.
3. For each reservation, you must notify covid-testexemptions@lufthansa.com of your booking referencing ID code CF – 99
   and submit the medical certificate (as stated above).

Once the above requirements are received, we will provide you with written authorization and update your booking with exemption
from the requirement to present a completed Lufthansa Group Medical Form. Kindly note, without written authorization added to
your booking, airport staff will not be able to accept you for travel.

The medical certificate and a written confirmation from covid-testexemptions@lufthansa.com must be carried during the entire
journey and must be shown to Lufthansa Group airport personnel.

Please contact us with any questions.

Sincerely,
Your Lufthansa Customer Relations Team

**From:** Aaron Abadi <aa@neg.com>
**Sent:** Monday, February 8, 2021 8:50 AM
**To:** HE/OS-L, COVID TEST EXEMPTIONS <covid-testexemptions@lufthansa.com>
**Subject:** Re: Lufthansa Customer Relations - FB ID 34765790 // cf- 99

As per attached directive and I included my doctor's letter again, please confirm that you will be able to
accommodate me to travel without a mask. I have been trying to get to India for months now, to no avail.

This directive is clarifying the requirements that should have been in effect all year, although they will only
start enforcing it now.
One day, maybe, you will have the decency to apologize properly for taking away my rights to fly with a
disability.

Thank you,

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100

Sitz der Gesellschaft / Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registereintragung / Registration: Amtsgericht Koeln HR B 2168
Vorsitzender des Aufsichtsrats / Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Vorstand / Executive Board: Carsten Spohr (Vorsitzender / Chairman), Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael Niggemann, Remco
Steenbergen

2

**aa@neg.com**

| | |
|---|---|
| **From:** | Lufthansa Customer Relations <customer.relations@lufthansa.com> |
| **Sent:** | Monday, February 15, 2021 2:56 PM |
| **To:** | aa@neg.com |
| **Cc:** | alex.taday@dot.gov |
| **Subject:** | AT2021020032 - (AARON ABADI) MG2377, Your Feedback to Lufthansa, FB ID 34765790 |

Dear Mr. Abadi,        Case # AT2021020032

Thank you for your correspondence, which has been forwarded by the Department of Transportation. We appreciate the opportunity to respond.

We would like to inform you that Lufthansa is adapting the obligation to wear **FFP2, KN95 and N95 standard or surgical mask** covers while travelling to and from Germany. These have to be worn during boarding, on board and when leaving the aircraft. In order to protect the health of all passengers and employees, we are taking up the regulation from the German federal states which was issued on January 19, 2021.

Exceptions to this regulation can still be made for health reasons. We understand that you have already been in contact with our COVID exception team in order to provide medical documentation by your licensed medical provider since you have a medical sensory condition that precludes the safe wearing of a mask.

We would like to advise you that a medical certificate must be presented to our team at the email address to covid-testexemptions@lufthansa.com stating you cannot wear a medical protective mask due to an underlying medical condition. The medical certificate must be dated within one year of your departure and submitted no less than 48 hours in advance of your flight. In addition, it is necessary to present a negative COVID-19 test (PCR test). The negative test result must be dated and issued no more than 48 hours prior to flight departure. This applies to both the outbound and the return flight. For each reservation that you hold, you must notify covid-testexemptions@lufthansa.com of your booking referencing ID code and submit the medical certificate.

Once the above requirements are received, our staff will provide you with written authorization and update your booking with the exemption. Kindly note, without written authorization added to your booking, airport staff would not be able to accept you for travel. The medical certificate and a written confirmation from our team must be carried during the entire journey and shown to our airport personnel.

We wish you good health and look forward to welcoming you on board your upcoming flights.


Sincerely,


Anita Ayala

Complaint Resolution Official
Customer Relations North America

Lufthansa German Airlines
1400 RXR Plaza West Tower 14th Floor
Uniondale, NY 11556.

Fax: 001 516 296 9838
e-mail: customer.relations@lufthansa.com

1

Feedback form: LH.com/feedback_en

LH.com
austrian.com

Members of Star Alliance

This communication and its attachments, if any, may contain confidential and privileged information. Any use by other persons or entities than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your system without review.

Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Koeln, Registration: Amtsgericht Koeln HR B 2168
Chairman of the Supervisory Board: Dr. Karl-Ludwig Kley
Executive Board: Carsten Spohr (Chairman), Christina Foerster, Harry Hohmeister, Dr. Detlef Kayser, Dr. Michael Niggemann, Remco Steenbergen