**abadi.rne@gmail.com**                                                EXHIBIT 58

| | |
|---|---|
| From: | Southern Airways Express Customer Service <info@iflysouthern.com> |
| Sent: | Monday, September 6, 2021 10:13 PM |
| To: | abadi.rne@gmail.com |
| Subject: | Re: disability assistance |

Good Evening,

Thank you for contacting us concerning this matter. However, face masks are mandatory to fly with us on Southern Airways.
We do appreciate your interest in flying with us, if you have any further questions, please do not hesitative to reach out to us.

Thank you
Regards,
Ronna

**Southern Airways Express Customer Service**



info@iFlySouthern.com
800.329.0485  Call Center
800.741.0727  Corporate Office

www.facebook.com/iFlySouthern
www.twitter.com/iFlySouthern
www.instagram.com/iFlySouthern
www.pinterest.com/iFlySouthern
www.youtube.com/iFlySouthern

Wrttemtlxu#xxkhuq#fhwsbcl#ctwIIcVxxkhuqfrp#tu#trif#tx#dxfFrqhut#Q3365-C87;81

%ZHtclwtPdrftxu#sc|%

---

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Thursday, September 2, 2021 9:29 PM
**To:** Mokulele Airlines Customer Service <info@mokuleleairlines.com>
**Subject:** disability assistance

[EXTERNAL WARNING] DO NOT OPEN ATTACHMENTS WITHOUT CONFIRMATION OF SENDER

1

- I have a sensory integration disorder, which is a medical disability that
- causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to that effect, that also states that I already had Covid, which would indicate that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

2