**abadi.rne@gmail.com**    EXHIBIT 59

| | |
|---|---|
| From: | wecare@pal.com.ph |
| Sent: | Tuesday, October 12, 2021 4:14 AM |
| To: | abadi.rne@gmail.com |
| Subject: | Response from PAL/SM: PAL234009 |

PAL234009

Dear Mr. Abadi,

Good day.
I am Sophia Mercado, Customer Relations Officer from Philippine Airlines.

Thank you for letting us know of your situation. To better assist you regarding this matter, we refer you to our Reservations hotline for the appropriate assistance and so they can further request authorization to allow you to travel without a mask, if possible. Our phone agents can readily confirm this for you.

For immediate assistance, kindly contact our Reservations hotline or visit a PAL ticket office near you.
Manila, Philippines: (+632) 8855-8888
USA/Canada: 1-800-435-9725
https://www.philippineairlines.com/aboutus/contactus

You may also visit our official webpage for more information:
https://www.philippineairlines.com/en/ph/home/covid-19/

If you purchased your ticket through a travel agency/online travel agency/third-party website, please communicate with them directly for any assistance on your booking.

Thank you very much. We hope to see you on board with us soon. Stay safe.

Sincerely,
Sophia
**Philippine Airlines - Customer Experience**
wecare@pal.com.ph | **www.philippineairlines.com**

**Important Notice: PAL Data Privacy Policy**
Before providing your personal information, please read PAL Data Privacy Policy:
https://www.philippineairlines.com/en/ph/Home/AboutUs/LegalNotices/Disclaimer

To understand which Personal Information may be collected from you, the purposes of collecting such Personal Information, the parties whom your Personal Information may be shared, our security measures, and most importantly, your rights as Data Subject under the Data Privacy Act.

By providing us with your Personal Information, you agree that you have read and understood the Data Privacy Policy and hereby give consent to the collection, use monitoring, disclosure, or transfer of your Personal Information in accordance with PAL Data Privacy Policy.

-----------------------------------------------------------------------------------

From: abadi.rne@gmail.com
Received: Oct 12, 2021, 1:35:28 PM

1

To: wecare@pal.com.ph
Subject: Disability Assistance

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor?s letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

2

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | wecare@pal.com.ph |
| **Sent:** | Tuesday, October 12, 2021 1:34 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Philippine Airlines \| We got your feedback! |



Dear Valued Customer,

*Mabuhay!*

Thank you for reaching out to Philippine Airlines.

We have received your email and assigned Reference Number :
PAL234009

A handling officer will evaluate your concern and get in touch with you soon.

You may read on the following resources for quick help:

| | |
|---|---|
| To check the latest travel requirements applicable to your destination: | Departing from the Philippines<br>Arriving in the Philippines<br>Travelling Within the Philippines |
| To check your flight status: | Flight Status |
| To know your booking options: | Rebooking, Refunds, and Travel Vouchers |
| To file for rebooking, refund, travel voucher, or follow-up request: | MyPAL Request Hub |

*For bookings made through Travel Agency, please coordinate directly with your issuing travel agent.*

3

· For concerns with other Philippine Airline offices, you may email them directly:

        Request for Official Receipt        International Baggage Concern
        Request for Certificate of Boarding        Domestic Baggage Concern
        Mabuhay Miles

For urgent request, you may message us via our Facebook or Twitter accounts, call PAL hotlines or visit the nearest ticket office.

**To our passengers with active refund requests**, you may follow up via the myPAL Request Hub. We sincerely apologize for the additional processing time many of you have experienced. Philippine Airlines is committed to fulfill all refund obligations.

Thank you.

*IMPORTANT: NOTICE FOR CUSTOMERS*
*By replying to this message and providing personal information that will allow us to assist you with your concern, you hereby consent to the processing, monitoring, and recording of personal information provided for use of Philippine Airlines products, services, and promotions, its disclosure or transfer by Philippine Airlines to its affiliates, third-party providers, consistent with applicable laws, rules, and regulations.*

*The processing of your personal information is covered by DATA PRIVACY POLICY of Philippine Airlines and that by replying to this message, you hereby acknowledge that you have read and understood the DATA PRIVACY POLICY of Philippine Airlines.*

*This is an automated email.*

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | abadi.rne@gmail.com |
| Sent: | Wednesday, November 3, 2021 10:02 PM |
| To: | res_docs@philippineairlines.com |
| Subject: | FW: Disability Assistance |
| Attachments: | NYU Langone Health MyChart - Letter re mask.pdf |

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Wednesday, November 3, 2021 9:51 PM
**To:** res_docs@philippineairlines.com
**Subject:** FW: Disability Assistance

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | wecare@pal.com.ph |
| **Sent:** | Tuesday, October 12, 2021 4:14 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Response from PAL/SM: PAL234009 |

PAL234009

Dear Mr. Abadi,

Good day.
I am Sophia Mercado, Customer Relations Officer from Philippine Airlines.

Thank you for letting us know of your situation. To better assist you regarding this matter, we refer you to our Reservations hotline for the appropriate assistance and so they can further request authorization to allow you to travel without a mask, if possible. Our phone agents can readily confirm this for you.

For immediate assistance, kindly contact our Reservations hotline or visit a PAL ticket office near you.
Manila, Philippines: (+632) 8855-8888
USA/Canada: 1-800-435-9725
https://www.philippineairlines.com/aboutus/contactus

You may also visit our official webpage for more information:
https://www.philippineairlines.com/en/ph/home/covid-19/

If you purchased your ticket through a travel agency/online travel agency/third-party website, please communicate with them directly for any assistance on your booking.

Thank you very much. We hope to see you on board with us soon. Stay safe.

Sincerely,
Sophia
**Philippine Airlines - Customer Experience**
wecare@pal.com.ph | www.philippineairlines.com

**Important Notice: PAL Data Privacy Policy**
Before providing your personal information, please read PAL Data Privacy Policy:
https://www.philippineairlines.com/en/ph/Home/AboutUs/LegalNotices/Disclaimer

To understand which Personal Information may be collected from you, the purposes of collecting such Personal Information, the parties whom your Personal Information may be shared, our security measures, and most importantly, your rights as Data Subject under the Data Privacy Act.

By providing us with your Personal Information, you agree that you have read and understood the Data Privacy Policy and hereby give consent to the collection, use monitoring, disclosure, or transfer of your Personal Information in accordance with PAL Data Privacy Policy.

---

From: abadi.rne@gmail.com
Received: Oct 12, 2021, 1:35:28 PM

1

To: wecare@pal.com.ph
Subject: Disability Assistance

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor?s letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

2

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | wecare@pal.com.ph |
| Sent: | Tuesday, October 12, 2021 4:14 AM |
| To: | abadi.rne@gmail.com |
| Subject: | Response from PAL/SM: PAL234009 |

PAL234009

Dear Mr. Abadi,

Good day.
I am Sophia Mercado, Customer Relations Officer from Philippine Airlines.

Thank you for letting us know of your situation. To better assist you regarding this matter, we refer you to our Reservations hotline for the appropriate assistance and so they can further request authorization to allow you to travel without a mask, if possible. Our phone agents can readily confirm this for you.

For immediate assistance, kindly contact our Reservations hotline or visit a PAL ticket office near you.
Manila, Philippines: (+632) 8855-8888
USA/Canada: 1-800-435-9725
https://www.philippineairlines.com/aboutus/contactus

You may also visit our official webpage for more information:
https://www.philippineairlines.com/en/ph/home/covid-19/

If you purchased your ticket through a travel agency/online travel agency/third-party website, please communicate with them directly for any assistance on your booking.

Thank you very much. We hope to see you on board with us soon. Stay safe.

Sincerely,
Sophia
**Philippine Airlines - Customer Experience**
wecare@pal.com.ph | **www.philippineairlines.com**

<u>Important Notice: PAL Data Privacy Policy</u>
Before providing your personal information, please read PAL Data Privacy Policy:
https://www.philippineairlines.com/en/ph/Home/AboutUs/LegalNotices/Disclaimer

To understand which Personal Information may be collected from you, the purposes of collecting such Personal Information, the parties whom your Personal Information may be shared, our security measures, and most importantly, your rights as Data Subject under the Data Privacy Act.

By providing us with your Personal Information, you agree that you have read and understood the Data Privacy Policy and hereby give consent to the collection, use monitoring, disclosure, or transfer of your Personal Information in accordance with PAL Data Privacy Policy.

---

From: abadi.rne@gmail.com
Received: Oct 12, 2021, 1:35:28 PM

3

To: wecare@pal.com.ph
Subject: Disability Assistance

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor?s letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | wecare@pal.com.ph |
| **Sent:** | Tuesday, October 12, 2021 1:34 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Philippine Airlines | We got your feedback! |



Dear Valued Customer,

*Mabuhay!*

Thank you for reaching out to Philippine Airlines.

We have received your email and assigned Reference Number :
PAL234009

A handling officer will evaluate your concern and get in touch with you soon.

You may read on the following resources for quick help:

| | |
|---|---|
| To check the latest travel requirements applicable to your destination: | Departing from the Philippines<br>Arriving in the Philippines<br>Travelling Within the Philippines |
| To check your flight status: | Flight Status |
| To know your booking options: | Rebooking, Refunds, and Travel Vouchers |
| To file for rebooking, refund, travel voucher, or follow-up request: | MyPAL Request Hub |

*For bookings made through Travel Agency, please coordinate directly with your issuing travel agent.*

5

- For concerns with other Philippine Airline offices, you may email them directly:

  <u>Request for Official Receipt</u>           <u>International Baggage Concern</u>
  <u>Request for Certificate of Boarding</u>    <u>Domestic Baggage Concern</u>
  <u>Mabuhay Miles</u>

For urgent request, you may message us via our <u>Facebook</u> or <u>Twitter</u> accounts, call <u>PAL hotlines</u> or visit the nearest <u>ticket office</u>.

**To our passengers with active refund requests,** you may follow up via the <u>myPAL Request Hub</u>. We sincerely apologize for the additional processing time many of you have experienced. Philippine Airlines is committed to fulfill all refund obligations.

Thank you.

*IMPORTANT: NOTICE FOR CUSTOMERS*
*By replying to this message and providing personal information that will allow us to assist you with your concern, you hereby consent to the processing, monitoring, and recording of personal information provided for use of Philippine Airlines products, services, and promotions, its disclosure or transfer by Philippine Airlines to its affiliates, third-party providers, consistent with applicable laws, rules, and regulations.*

*The processing of your personal information is covered by <u>DATA PRIVACY POLICY</u> of Philippine Airlines and that by replying to this message, you hereby acknowledge that you have read and understood the DATA PRIVACY POLICY of Philippine Airlines.*

*This is an automated email.*

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | wecare@pal.com.ph |
| **Sent:** | Tuesday, October 12, 2021 1:34 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Philippine Airlines | We got your feedback! |



Dear Valued Customer,

*Mabuhay!*

Thank you for reaching out to Philippine Airlines.

We have received your email and assigned Reference Number :
PAL234009

A handling officer will evaluate your concern and get in touch with you soon.

You may read on the following resources for quick help:

| | |
|---|---|
| To check the latest travel requirements applicable to your destination: | Departing from the Philippines<br>Arriving in the Philippines<br>Travelling Within the Philippines |
| To check your flight status: | Flight Status |
| To know your booking options: | Rebooking, Refunds, and Travel Vouchers |
| To file for rebooking, refund, travel voucher, or follow-up request: | MyPAL Request Hub |

*For bookings made through Travel Agency, please coordinate directly with your issuing travel agent.*

7

For concerns with other Philippine Airline offices, you may email them directly:

<u>Request for Official Receipt</u>     <u>International Baggage Concern</u>
<u>Request for Certificate of Boarding</u>     <u>Domestic Baggage Concern</u>
<u>Mabuhay Miles</u>

For urgent request, you may message us via our <u>Facebook</u> or <u>Twitter</u> accounts, call <u>PAL hotlines</u> or visit the nearest <u>ticket office</u>.

**To our passengers with active refund requests**, you may follow up via the <u>myPAL Request Hub</u>. We sincerely apologize for the additional processing time many of you have experienced. Philippine Airlines is committed to fulfill all refund obligations.

Thank you.

*IMPORTANT: NOTICE FOR CUSTOMERS*
*By replying to this message and providing personal information that will allow us to assist you with your concern, you hereby consent to the processing, monitoring, and recording of personal information provided for use of Philippine Airlines products, services, and promotions, its disclosure or transfer by Philippine Airlines to its affiliates, third-party providers, consistent with applicable laws, rules, and regulations.*

*The processing of your personal information is covered by <u>DATA PRIVACY POLICY</u> of Philippine Airlines and that by replying to this message, you hereby acknowledge that you have read and understood the DATA PRIVACY POLICY of Philippine Airlines.*

*This is an automated email.*