EXHIBIT 60

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | Fatima Daneshwar <fdaneshwar@qatarairways.com.qa> on behalf of Medaccc <medaccc@qatarairways.com.qa> |
| **Sent:** | Thursday, November 4, 2021 6:30 AM |
| **To:** | 'abadi.rne@gmail.com' |
| **Cc:** | Medaccc; PFC DOH |
| **Subject:** | RE: [External]Medical Disability |
| **Attachments:** | NYU Langone Health MyChart - Letter re mask.pdf |

Dear Customer,

Thank you for writing to us,

Please present documents at the airport check-in counter, our team will check with the concerned Medical team for approval.
There are no pre-approvals that can be given on our behalf.

In addition to the below, please be advised that it is mandatory to provide a Fit to travel document from the treating doctor.

You may check below links on our website for exemptions:

1.      Passenger exempted from wearing Mask is specified on Qatar Airways website.
https://www.qatarairways.com/en-qa/safety-measures.html?iid=ALL64611730


Regards,

Customer Contact Centre Qatar

Tel : +974 40230000

qatarairways.com



From: abadi.rne@gmail.com <abadi.rne@gmail.com>
Sent: 04 November 2021 4:17 AM
To: Medaccc <medaccc@qatarairways.com.qa>; PFC DOH <pfcdoh@qatarairways.com.qa>
Subject: [External]Medical Disability

**CYBERSECURITY WARNING:** This email is from an **EXTERNAL** sender – be careful of attachments and links. Please report suspicious emails to

Hi,
I was told to email this to these email addresses when I called your USA office.

I have a sensory integration disorder, which is a medical disability that

1

causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to that effect, that also states that I already had Covid, which would indicate that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

Qatar Airways - Going Places Together



Disclaimer:- This message (including attachments) is intended solely for the addressee named above. It may be confidential, privileged, subject to copyright, trade secret, or other legal rules and may not be forwarded without the author's permission. If you are not the addressee you must not read, copy or disseminate this message. If you have received it in error please notify the sender immediately and delete the message from all storage devices. Any opinions expressed in this message do not necessarily represent the official positions of Qatar Airways. Any agreements (including any warranties, representations, or offers) concluded with Qatar Airways by using electronic correspondence shall only come into existence if an authorized representative of Qatar Airways has explicitly approved such contract formation. To the fullest extent permissible by law, Qatar Airways disclaim all liability for loss or damage to person or property arising from this message being infected by computer virus or other contamination.