**EXHIBIT 61**

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | abadi.rne@gmail.com |
| **Sent:** | Friday, October 29, 2021 3:45 PM |
| **To:** | safarflyer@royalairmaroc.com |
| **Subject:** | FW: Accusé de Réception |N° Requête : 01592856 | Référence : ref:_00D24JNjx._500084KJg6y:ref |

No one responded.
Please let me know one way or another
Aaron Abadi

**From:** RAM Service Client <noreply@royalairmaroc.com>
**Sent:** Tuesday, October 12, 2021 1:46 AM
**To:** abadi.rne@gmail.com
**Subject:** Accusé de Réception |N° Requête : 01592856 | Référence : ref:_00D24JNjx._500084KJg6y:ref

☒

Cher/Chère    ,


Nous accusons réception de votre requête et vous en remercions .

Nous ferons de notre mieux pour répondre à votre requête dans les meilleurs délais.

Pour toute information concernant cette demande, nous vous invitons à utiliser le numéro en objet.


Pour le suivi de votre dossier, nous vous prions de répondre au même mail à l'adresse :
safarflyer@royalairmaroc.com

Nos meilleures salutations.

Equipe Safar Flyer

1

Dear    ,


We acknowledge receipt of your case and thank you.

We'll do our best efforts to process your case as soon as possible.

For any information regarding this claim, please use the number above in the subject


To follow up your case, kindly respond to the same mail to: safarflyer@royalairmaroc.com


With our best regards.

Safar Flyer team



 Référence  ref:_00D24JNjx._500084KJg6y:ref

.

.

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | RAM Service Client <noreply@royalairmaroc.com> |
| **Sent:** | Tuesday, October 12, 2021 1:46 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Accusé de Réception |N° Requête  :  01592856 | Référence : ref:_00D24JNjx._500084KJg6y:ref |



Cher/Chère    ,


Nous accusons réception de votre requête et vous en remercions .

Nous ferons de notre mieux pour répondre à votre requête dans les meilleurs délais.

Pour toute information concernant cette demande, nous vous invitons à utiliser le numéro en objet.


Pour le suivi de votre dossier, nous vous prions de répondre au même mail à l'adresse :
safarflyer@royalairmaroc.com

Nos meilleures salutations.

Equipe Safar Flyer

---

Dear    ,


We acknowledge receipt of your case and thank you.

We'll do our best efforts to process your case as soon as possible.

For any information regarding this claim, please use the number above in the subject


To follow up your case, kindly respond to the same mail to: safarflyer@royalairmaroc.com

With our best regards.

Safar Flyer team

Référence  ref:_00D24JNjx._500084KJg6y:ref





**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | RAM Service Client <noreply@royalairmaroc.com> |
| **Sent:** | Tuesday, October 12, 2021 1:46 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Accusé de Réception |N° Requête   :  01592856 | Référence : ref:_00D24JNjx._500084KJg6y:ref |



Cher/Chère   ,


Nous accusons réception de votre requête et vous en remercions .

Nous ferons de notre mieux pour répondre à votre requête dans les meilleurs délais.

Pour toute information concernant cette demande, nous vous invitons à utiliser le numéro en objet.



Pour le suivi de votre dossier, nous vous prions de répondre au même mail à l'adresse :
safarflyer@royalairmaroc.com

Nos meilleures salutations.

Equipe Safar Flyer

---

Dear   ,


We acknowledge receipt of your case and thank you.

We'll do our best efforts to process your case as soon as possible.

For any information regarding this claim, please use the number above in the subject


To follow up your case, kindly respond to the same mail to: safarflyer@royalairmaroc.com

With our best regards.

Safar Flyer team

Référence  ref:_00D24JNjx._500084KJg6y:ref



