**abadi.rne@gmail.com**　　　　　　　　　　　　　　　　　　**EXHIBIT 62**

| | |
|---|---|
| From: | RM-EU-Medaut <Medaut@sos.eu> |
| Sent: | Friday, September 10, 2021 4:51 AM |
| To: | 'abadi.rne@gmail.com' |
| Cc: | RM-EU-Medaut |
| Subject: | RE: disability assistance |

Dear Aaron Abadi,

Thank you for your recent email.

It is regretfully a requirement for the doctor's certificate to be maximum three months old and this should be presented to the personnel at the airport upon request. We suggest that you obtain an updated document from your doctor prior to your travels.

Best regards,

Helle
SAS Medical
Tel +45 3848 9136

SAS
Scandinavian Airlines System

From: abadi.rne@gmail.com <abadi.rne@gmail.com>
Sent: 4. september 2021 18:41
To: RM-EU-Medaut <Medaut@sos.eu>
Subject: RE: disability assistance

As your medical staff can tell you, a sensory disorder in an adult is a permanent condition.
I don't see why you are putting a three month timeframe on the letter.
It would seem like it is just an added restriction to try to encourage me not to fly with your airline at all.
Attached is a doctor's letter from Dec 2020.
Please confirm that based on this letter, I can travel on your airline.
I understand that you want a negative Covid Test, other than that, I should not be denied access to your airline.
Otherwise, that would be a clear case of disability discrimination and I will stand up for my rights.

Please confirm,

Thank you,

Aaron Abadi


From: RM-EU-Medaut <Medaut@sos.eu>
Sent: Friday, September 3, 2021 1:52 AM

1

To: 'abadi.rne@gmail.com' <abadi.rne@gmail.com>
Cc: RM-EU-Medaut <Medaut@sos.eu>
Subject: RE: disability assistance

Dear Aaron Abadi,

Greetings from SAS Medical.

We kindly ask you to refer to our website for further information about the face mask https://www.flysas.com/en/help-and-contact/faq/safety/do-i-have-to-wear-a-face-mask/

Extract from the SAS website:

If you suffer from a medical condition that restricts you from wearing a face mask covering mouth and nose, you must present a document from a medical doctor stating the reason for not wearing a face mask. This must be written in a Scandinavian language or in English and shall not be older than three months. You will also need a proof of a negative SARS Cov-2 test (PCR or Antigen test) not older than 48 hours. You will need to present the documents to the gate staff before boarding the aircraft. Failure to do so will lead to denied boarding.

Please do not hesitate to contact us if we can be of any further assistance.

Best regards,

**Helle**
SAS Medical
Tel +45 3848 9136

**SAS**
**Scandinavian Airlines System**

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** 3. september 2021 04:28
**To:** RM-EU-Medaut <Medaut@sos.eu>
**Subject:** disability assistance

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140

2

New York, NY 10038
516-639-4100