**abadi.rne@gmail.com**　　　　　　　　　　　　　　　　　　　**EXHIBIT 63**

| | |
|---|---|
| **From:** | Silver Airways Corp <guestrelations@silverairways.com> |
| **Sent:** | Friday, September 10, 2021 4:21 PM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Re: disability assistance |

Dear Abadi Abadi

Thank you for contacting Silver Airways/Seaborne. We want you to know we have received your email and we have reviewed your request. The information needed is as follow:

* Letter from CDC authorizing will be needed for domestic and international flights.
* For international flights CDC authorization and approval from the health department of that specific country will be needed.
* Notice letter to TSA

Once all your all the information is collected you can book your trip please contact our reservation department at 801-401-9100 Mon-Sun, 6AM-9PM  so we can advise agents as well as Airport Authorities. Please mention case number 249264 for faster service.

Sincerely,

RJ
Guest Relations



Seaborne Airlines is a Wholly-Owned subsidiary of Silver Airways

> On Thu, Sep 2 at 10:33 PM , Abadi.rne <abadi.rne@gmail.com> wrote:
> I have a sensory integration disorder, which is a medical disability that
> causes me not to be able to wear a mask or a face shield.  I carry around a doctor's letter (attached) to
> that effect, that also states that I already had Covid, which would indicate
> that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
> I have already flown several times without a mask on airlines that agreed to accommodate me.
>
> CDC Guidelines and federal laws exempt someone like me from wearing a mask.  Additionally, DOT
> instructed the airlines to allow people like me to fly without a mask.
> Federal ADA laws require that you provide an accommodation for disabilities.
> I would like to travel on your airline.
> Can I travel on your airline without a mask?
> Or can you provide an accommodation that will allow me to use your airline?
>
> Thank you in advance.
>
> Aaron  Abadi
> 82 Nassau Street apt 140
> New York, NY 10038
> 516-639-4100

1