EXHIBIT  64

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | US Reservations <US_Reservations@Singaporeair.com.sg> |
| **Sent:** | Wednesday, September 8, 2021 8:38 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | Re: FEEDBACK: Flying with us - Special assistance |

Dear Mr. Aaron Abadi,

Greetings from Singapore Airlines. Hope you are doing well.

This is a courtesy email from Singapore Airlines with regards to your query.

Please be informed, on basis of attach document from doctor and as per US CDC's requirement to wear a mask you does not qualify for exemption of mask requirement.

Thank you for choosing Singapore Airlines.


Yours sincerely,

Nabila Khan.

Singapore Airlines Limited



On 9/7/2021 7:17 PM, Aaron Abadi From: <abadi.rne@gmail.com> wrote:

**External Email**




I have not booked any flight yet.

I'm waiting to find out first if I would be allowed to fly.

Thank you.


Aaron Abadi

On Sep 7, 2021, at 5:13 AM, US Reservations <US_Reservations@singaporeair.com.sg> wrote:

Dear Mr. Aaron Abadi,

Thank you for your email.

In reference to your query, we request you to provide us your preferred departure and arrival city, date and time of travel so that we can check with our concern team to assist you further with your query.

Looking forward for your response.

Thank you for choosing Singapore Airlines.

Yours sincerely,

Samruddhi Khot
Customer Service Officer
Singapore Airlines Limited

On 6/9/2021 6:44 PM, Aaron Abadi From: <abadi.rne@gmail.com> wrote:

**External Email**

I did not book yet.

I'm asking if I can fly with you.
If the answer is yes, then I can book.

Aaron Abadi

On Sep 6, 2021, at 6:19 AM, US Reservations <US_Reservations@singaporeair.com.sg> wrote:

Dear Mr. Aaron Abadi,

Greetings from Singapore Airlines. Hope you are doing well.

This is a courtesy email from Singapore Airlines with regards to your query.

May we request you to provide us booking reference if any so that we can further check with our concern team.

Thank you for choosing Singapore Airlines.

Yours sincerely,

Nabila Khan.

Singapore Airlines Limited

On 9/3/2021 8:09 AM, abadi.rne@gmail.com From: <abadi.rne@gmail.com> wrote:

**External Email**

This is an automatically generated message. Please do not reply to this address.

**Mr Aaron Abadi ,**

**FeedbackReply :**Y
**KrisFlyer Membership No :**
**Email Address :**abadi.rne@gmail.com
**Country Of Residence :**US
**Contact Number :**+1-6394100
**Authenticated :**FALSE
**KFTier :**
**Feedback :**This is a Get-Help request. Refer to Authentication to check on KF; Booking Reference on PNR
verification _____

```
I have a sensory integration disorder, which is a
medical disability that
causes me not to be able to wear a mask or a face
shield.  I carry around a doctor's letter (attached)
```

to
that effect, that also states that I already had
Covid, which would indicate
that there is no significant health risk, as the CDC
clearly states that covid reinfection is rare
I have already flown several times without a mask on
airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me
from wearing a mask.  Additionally, DOT instructed the
airlines to allow people like me to fly without a
mask.
Federal ADA laws require that you provide an
accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me
to use your airline?

Thank you in advance.

Aaron  Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100


**Booking Reference :**
**OnBehalf :**N
**Feedback Type 1 :**
**Feedback Type 2 :**
**Feedback Type 3 :**

**Flight number 1 :**
**Class of Travel 1 :**
**Date Of Travel 1 :**
**Origin 1 :**
**Destination 1 :**
**Flight number 2 :**
**Class of Travel 2 :**
**Date Of Travel 2 :**
**Origin 2 :**
**Destination 2 :**
**Flight number 3 :**
**Class of Travel 3 :**
**Date Of Travel 3 :**
**Origin 3 :**
**Destination 3 :**
**Flight number 4 :**

**Class of Travel 4 :**
**Date Of Travel 4 :**
**Origin 4 :**
**Destination 4 :**
**Flight number 5 :**
**Class of Travel 5 :**
**Date Of Travel 5 :**
**Origin 5 :**
**Destination 5 :**
**Flight number 6 :**
**Class of Travel 6 :**
**Date Of Travel 6 :**
**Origin 6 :**
**Destination 6 :**
**APPID1 :**TURBO
**Submitted Date and Time :**03 Sep, 2021 10:39 AM(Singapore Time)
**Browser Version :**Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.63 Safari/537.36
**Language :**en_uk
**Device :**desktop
**IPAddress :**127.0.0.1

Privacy Policy                                                                            singaporeair.com

© 2014 Singapore Airlines. All Rights Reserved. Singapore Co. reg. No. 1972000078R

This is an automatically generated message. Please do not reply to this address.

This message may contain confidential and privileged information to Singapore Airlines Limited (SIA) and/or its subsidiaries, which include but are not limited to Silkair (Singapore) Pte Ltd, SIA Engineering Company Ltd, Singapore Aviation and General Insurance Company Pte Ltd, and Tradewinds Tours & Travel Private Limited (collectively "SIA and its subsidiaries "). If you are not the intended addressee, please notify SIA and/or its subsidiaries by sending a return message to the sender immediately, and delete the message from your computer. Any use, copy or disclosure of the message or any information contained therein to anyone for any purpose other than as permitted by SIA and/or its subsidiaries is strictly prohibited, and any such use may result in legal proceedings. SIA and its subsidiaries do not guarantee and are not liable for the security of any information electronically transmitted or for the proper and complete transmission of the information contained in this communication, or for any delay in its receipt. SIA and/or its subsidiaries may collect, use and/or disclose information provided in any replies to this e-mail (including any personal data) for purposes of or in connection with the service, related service, or subject matter of the e-mail, for which such information is provided, or if otherwise required or permitted by law. Further information on our privacy policy can be found at www.singaporeair.com.

This message may contain confidential and privileged information to Singapore Airlines Limited (SIA) and/or its subsidiaries, which include but are not limited to Silkair (Singapore) Pte Ltd, SIA Engineering Company Ltd, Singapore Aviation and General Insurance Company Pte Ltd, and Tradewinds Tours & Travel Private Limited (collectively "SIA and its subsidiaries "). If you are not the intended addressee, please notify SIA and/or its subsidiaries by sending a return message to the sender immediately, and delete the message from your computer. Any use, copy or disclosure of the message or any information contained therein to anyone for any purpose other than as permitted by SIA and/or its subsidiaries is strictly prohibited, and any such use may result in legal proceedings. SIA and its subsidiaries do not guarantee and are not liable for the security of any information electronically transmitted or for the proper and complete transmission of the information contained in this communication, or for any delay in its receipt. SIA and/or its subsidiaries may

collect, use and/or disclose information provided in any replies to this e-mail (including any personal data) for purposes of or in connection with the service, related service, or subject matter of the e-mail, for which such information is provided, or if otherwise required or permitted by law. Further information on our privacy policy can be found at www.singaporeair.com.

This message may contain confidential and privileged information to Singapore Airlines Limited (SIA) and/or its subsidiaries, which include but are not limited to Silkair (Singapore) Pte Ltd, SIA Engineering Company Ltd, Singapore Aviation and General Insurance Company Pte Ltd, and Tradewinds Tours & Travel Private Limited (collectively "SIA and its subsidiaries "). If you are not the intended addressee, please notify SIA and/or its subsidiaries by sending a return message to the sender immediately, and delete the message from your computer. Any use, copy or disclosure of the message or any information contained therein to anyone for any purpose other than as permitted by SIA and/or its subsidiaries is strictly prohibited, and any such use may result in legal proceedings. SIA and its subsidiaries do not guarantee and are not liable for the security of any information electronically transmitted or for the proper and complete transmission of the information contained in this communication, or for any delay in its receipt. SIA and/or its subsidiaries may collect, use and/or disclose information provided in any replies to this e-mail (including any personal data) for purposes of or in connection with the service, related service, or subject matter of the e-mail, for which such information is provided, or if otherwise required or permitted by law. Further information on our privacy policy can be found at www.singaporeair.com.