# EXHIBIT 66

**abadi.rne@gmail.com**

---

| | |
|---|---|
| **From:** | Customer Support <Customer.Support@Spirit.com> |
| **Sent:** | Friday, September 3, 2021 10:37 AM |
| **To:** | Aaron Abadi |
| **Subject:** | Disability Assistance NK:010250008014 |

Hi Aaron,

Federal law requires all travelers to wear face coverings in compliance with CDC guidelines on flights and in airports. The only exceptions to this policy are children under age 2 and we allow extremely limited exceptions for Guests who cannot wear or safely wear an appropriate face mask due to a disability recognized by the Americans with Disabilities Act (ADA) and who meet other criteria for travel on or after March 22, 2021. The ADA exemption is narrowly interpreted and will be vetted through a strict approval process. We will not allow a Guest onboard who simply does not want to wear a mask because they find mask-wearing difficult. Individuals with disabilities who may be exempt include individuals who:

- Do not understand how to remove their mask due to cognitive impairment
- Cannot remove a mask on their own due to dexterity/mobility impairments
- Cannot communicate promptly to ask someone else to remove their mask due to speech impairments or language disorders
- Cannot wear a mask because doing so would impede the function of assistive devices/technology

If you meet the criteria above, you then need to meet all the requirements by following the steps listed below:

1. **Contact us 48 hours prior to scheduled departure** to let us know you will be asking for an exemption on the day of your flight. You can contact us through our Chat feature here or via WhatsApp at 855-728-3555 with the words "ADA face mask exemption".

2. **Arrive at the airport 3 hours prior to your flight's scheduled departure** since you may be screened by our medical experts.

3. **Have your medical doctor or medical professional complete the Spirit <u>ADA Face Covering Exemption Form</u> or provide a letter from your medical doctor.** This letter needs to be dated 10 days prior to departure for each flight on your itinerary (including your return flight) and needs to meet all the following requirements:

    - Be on the medical doctor office's official letterhead
    - Acknowledge that you have a disability recognized under the ADA/ACAA that inhibits you from wearing a mask or from safely wearing one
    - Acknowledge that the doctor understands that this exemption is not for a person who simply may find mask wearing difficult
    - State that you are under their care and they specialize in the area pertaining to your disability
    - Contain the medical professional's NPI number (if available)
    - Contain the medical professional's license number, license type, and date license was issued
    - Have the license jurisdiction

    - Contain the medical doctor's business name
    - Contain the medical doctor's business phone number

4. **Present a negative COVID-19 PCR or Antigen test result, taken within 24 hours prior to scheduled departure at the airport.** Please see requirements for testing:

    - The test result can be in written or electronic form and must include information that identifies the person, a specimen collection date and the type of test.

1

- **Guests who have received the COVID-19 vaccine or tested positive for antibodies must still provide a negative viral test result as described above.**

- If you have recovered from COVID-19 within the last 90 days from your date of travel and have met requirements to end your quarantine, you are NOT required to provide a negative test. However, you must provide documentation of your positive viral test result AND a letter from your healthcare provider or a public health official on official letterhead stating that you have been approved to travel.
- If you're returning to the U.S. from an international destination, in order to obtain a mask exemption, your COVID-19 test must still be taken within 24 hours. You will only need to present one negative COVID-19 test taken within 24 hours.
- If at an international location, you must comply with any local face covering requirements before and during boarding.

These measures are being put into effect to further protect our Team Members and Guests, and they are consistent with CDC guidance on the use of face coverings. Spirit is doing all that we can to support the safety of the traveling public.
If you have any additional questions, we're here to help, just reply to this email or visit our COVID-19 Information Center.

Applying does not guarantee that your application will be approved. Please carefully complete each step listed.

We look forward to serving you on your next Spirit flight.


Best,
Mel
Disability Team,
Spirit Support

2