| abadi.rne@gmail.com | EXHIBIT 67 |
|---|---|

| | |
|---|---|
| **From:** | Accessibility <Accessibility@suncountry.com> |
| **Sent:** | Sunday, October 31, 2021 12:16 AM |
| **To:** | abadi.rne@gmail.com; Accessibility |
| **Subject:** | RE: [EXTERNAL] FW: Disability Assistance |

Good Evening Aaron,

Thank you for your inquiry.
Passengers requesting an exemption must adhere to the following process:

**Mask Exemption Procedure:**

Passengers with a disability who cannot wear a mask, or cannot safely wear a mask, because of that disability as defined by the Americans with Disabilities Act (42 U.S.C. 12101 et seq.) can apply for a face mask exemption to the CDC order. This is a **narrow exemption** and is not meant to cover persons for whom mask-wearing may only be difficult. Passengers requesting an exemption must adhere to the following process:

**At least 5 days prior to departure**

- Submit the completed Mask Exemption Form from a licensed medical provider to accessibility@suncountry.com

- Sun Country will contact your licensed medical provider to validate the document

- Any passenger who presents falsified medical documentation will be subject to suspension of their privileges for future travel on Sun Country

**At the airport on each day of travel**

- Passengers must check-in at the Sun Country ticket counter a minimum of two (2) hours prior to departure

- Passenger must provide proof of a negative COVID-19 test taken within 3 days of the flight or documentation of having recovered from COVID-19 within 90 days of the flight

    o Acceptable viral test types include antigen tests or a nucleic acid amplification test (NAAT), such as reverse transcription polymerase chain reaction (RT-PCR).

    o Proof of having recovered from COVID-19 includes documentation of your positive viral test results within the past 90 days **and** a letter from your healthcare provider or a public health official that states you have been cleared for travel.

- These testing requirements apply to all flight segments and may require a negative COVID-19 test for both your outbound and return flight. The negative test must be taken within 3 days of departure.

Click here for **Face Mask Requirement** on suncountry.com

Kindly,

1

**Kristin**
**Reservations Support Specialist**

Sun Country Airlines
2425 Enterprise Drive Suite 800
Mendota Heights, MN 55120


**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Friday, October 29, 2021 2:47 PM
**To:** Accessibility <Accessibility@suncountry.com>
**Subject:** RE: [EXTERNAL] FW: Disability Assistance

I did not book yet. Why would I book if I still don't know if you will allow me to board.
Please respond to my question.

Thank you,

Aaron Abadi



**From:** Accessibility <Accessibility@suncountry.com>
**Sent:** Tuesday, October 12, 2021 9:30 AM
**To:** abadi.rne@gmail.com; Accessibility <Accessibility@suncountry.com>
**Subject:** RE: [EXTERNAL] FW: Disability Assistance

Hello Aaron,

Thank you for reaching out to us for your Face Mast exempt request.
Can you please provide us you 6 letter Reservation code with Sun country airlines .

Regards,

**Rizwan**
**Reservations Support Specialist**

Sun Country Airlines
2005 Cargo Rd
Minneapolis, MN 55450


**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Tuesday, October 12, 2021 12:55 AM
**To:** Accessibility <Accessibility@suncountry.com>
**Subject:** [EXTERNAL] FW: Disability Assistance

I have not received any response.
Please help
Thanks

2

Aaron Abadi

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Thursday, September 2, 2021 10:57 PM
**To:** accessibility@suncountry.com
**Subject:** Disability Assistance

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?


I did see on your website a special form to fill out with rules.
Is that really necessary?!
Please look at the attached letter, and that should be sufficient.
I travel at least on 40 flights per year.
If I had to get a special Doctor's form filled out each time, I would need to hire a personal physician,
And all they're doing is confirming what I attached to this email.

Please let me know ASAP.


Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100