**abadi.rne@gmail.com**                                                                                          **EXHIBIT 68**

| | |
|---|---|
| **From:** | SWISS Contact Us <contactus@swiss.com> |
| **Sent:** | Wednesday, September 8, 2021 10:08 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | RE: General information (CID:$f3bv3066g3mpwvdjb) |
| **Attachments:** | lx-medical-certificate-mask-en.pdf |

Dear Mr. Abadi,

Thank you for your email correspondence.

Please ensure to carry that document with you when you travel, in addition we kindly request that the attached medical certificate on the official SWISS form is filled and stamped by your Doctor or physician in combination with a negative COVID-19 test (PCR test). The negative test result must be dated and issued no more than 48 hours prior to the flight departure. This applies to both the outbound and the return flight.

Should you require further assistance, please do not hesitate to contact us. Due to the high volume of incoming requests, we may not be able to provide timely assistance via this channel. Your understanding in this matter is highly appreciated.

We thank you for choosing SWISS and we wish you a pleasant day further.

Kind Regards,

Rachael Talemaitoga

Consultant Customer Travel Services / R1S

Swiss International Air Lines Ltd.
contactus@swiss.com
**SWISS.COM**

-----Original Message-----
**From:** abadi.rne@gmail.com [mailto:abadi.rne@gmail.com]
**Sent:** Tuesday, September 07, 2021 12:51:23 PM
**To:** SWISS Contact Us
**Subject:** General information (CID:$f3bv3066g3mpwvdjb)

1

Attached is a doctor's letter confirming both issues.

Thank you

*Aaron Abadi*

CEO

National Environmental Group

Cell 516-639-4100



**From:** SWISS Contact Us <contactus@swiss.com>
**Sent:** Monday, September 6, 2021 7:01 PM
**To:** abadi.rne@gmail.com
**Subject:** RE: General information (CID:$f3bv3066g3mpwvdjb)

Dear Mr. Abadi,

Thank you for your email.

2

We have reviewed your query and would like to inform you that travers are required to provide a medical certificate in circumstance they cannot wear a face mask. Furthermore, you may also need to provide a recovery certificate stating that you have had a full recovery and able to travel.

You may also check with your local consulate with regards to the updated travel regulation or entry entry restriction.

We hope that the above information we have provided have been of great assistance.

We thank you for choosing SWISS and we look forward to welcoming you on board.

Kind Regards,

Mereoni Nacola
Consultant

Customer Travel Services / R1S

SWISS International Air Lines Ltd.
contactus@swiss.com

SWISS.COM

-----Original Message-----

**From:** noreply@swiss.com [mailto:noreply@swiss.com]

**Sent:** Friday, September 03, 2021 3:05:06 PM

**To:** SWISS Contact Us,ANONYMO VOCHUB, HE/OP

**Subject:** General information

3

**gender:**1

**firstname:**Aaron

**lastname:**Abadi

**email:**abadi.rne@gmail.com

**milesmore:**

**outbound:**

**outbound-code:**

**inbound:**

**inbound-code:**

**outbounddate:**

**inbounddate:**

**message:**I have a sensory integration disorder, which is a medical disability that causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter to that effect, that also states that I already had Covid, which would indicate that there is no significant health risk, as the CDC clearly states that covid reinfection is rare I have already flown several times without a mask on airlines that agreed to accommodate me. CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask. Federal ADA laws require that you provide an accommodation for disabilities. I would like to travel on your airline. Can I travel on your airline without a mask? Or can you provide an accommodation that will allow me to use your airline? Thank you in advance. Aaron Abadi 82 Nassau Street apt 140 New York, NY 10038 516-639-4100