EXHIBIT 69

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | US CallCenter <res.us@airtahitinui.com> |
| **Sent:** | Tuesday, October 12, 2021 2:48 PM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | RE: Medical Disability    [ ref:_00D1tDv0d._5002o2sTWry:ref ] |

Dear Mr. Abadi,

Thank you for contacting Air Tahiti Nui

Please send us a doctor's letter detailing the medical condition, as well as the doctor's signature and stamp.

Should you require any further assistance, do not hesitate to contact us back.

Kind Regards,



--------------- Original Message ---------------
**From:** [abadi.rne@gmail.com]
**Sent:** 12/10/2021 16:15
**To:** res.us@airtahitinui.com
**Subject:** Medical Disability

I have a sensory integration disorder, which is a medical disability that

causes me not to be able to wear a mask or a face shield.  I carry around a doctor's letter (attached) to that effect, that also states that I already had Covid, which would indicate

that there is no significant health risk, as the CDC clearly states that covid reinfection is rare

I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask.  Additionally, DOT instructed the airlines to allow people like me to fly without a mask.

Federal ADA laws require that you provide an accommodation for disabilities.

I would like to travel on your airline.

1

Can I travel on your airline without a mask?

Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron  Abadi

82 Nassau Street apt 140

New York, NY 10038

516-639-4100



ref:_00D1tDv0d._5002o2sTWry:ref

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | Aaron Abadi <abadi.rne@gmail.com> |
| **Sent:** | Thursday, October 14, 2021 6:46 PM |
| **To:** | US CallCenter |
| **Subject:** | Re: Medical Disability    [ ref:_00D1tDv0d._5002o2sTWry:ref ] |

There is no need for updating the doctors note, as a sensory processing disorder doesn't change every few months. It is a permanent condition.

Aaron Abadi

> On Oct 14, 2021, at 6:36 PM, US CallCenter <res.us@airtahitinui.com> wrote:
>
> Dear Mr. Abadi,
>
> Thank you for swift response.
>
> Please take note that, after reviewing the letter attached, we discovered that it was dated December 3, 2020.
>
> Please send us the most recent doctor's note with the most recent date in order to be exempted from wearing a mask.
>
> Looking forward to hear from you.
>
> Kind Regards,



> --------------- Original Message ---------------
> **From:** US CallCenter [res.us@airtahitinui.com]
> **Sent:** 15/10/2021 10:18
> **To:** abadi.rne@gmail.com
> **Subject:** Re: Medical Disability [ ref:_00D1tDv0d._5002o2sTWry:ref ]
>
> Dear Mr. Abadi,
>
> Thank you for your prompt response.
>
> Please provide Air Tahiti Nui with a more recent doctor's note, as this one is dated more than 6 months

ago.

Thank you,

Air Tahiti Nui

-------------- Original Message --------------
**From:** Aaron Abadi [abadi.rne@gmail.com]
**Sent:** 14/10/2021 15:02
**To:** res.us@airtahitinui.com
**Subject:** Re: Medical Disability [ ref:_00D1tDv0d._5002o2sTWry:ref ]

See attached doctor's letter.

Thank you.

Aaron Abadi

2