# EXHIBIT 70

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | abadi.rne@gmail.com |
| **Sent:** | Thursday, September 2, 2021 11:10 PM |
| **To:** | customer@tapmilesandgo.com |
| **Subject:** | disability assistance |
| **Attachments:** | NYU Langone Health MyChart - Letter re mask.pdf |

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the
airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

1

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | abadi.rne@gmail.com |
| Sent: | Tuesday, October 12, 2021 2:12 AM |
| To: | customer@tapmilesandgo.com; marketing@tap.pt |
| Subject: | FW: disability assistance |
| Attachments: | NYU Langone Health MyChart - Letter re mask.pdf |

I need help.
I am not getting any response.


From: abadi.rne@gmail.com <abadi.rne@gmail.com>
Sent: Thursday, September 2, 2021 11:10 PM
To: customer@tapmilesandgo.com
Subject: disability assistance

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt someone like me from wearing a mask. Additionally, DOT instructed the airlines to allow people like me to fly without a mask.
Federal ADA laws require that you provide an accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100

**abadi.rne@gmail.com**

| | |
|---|---|
| From: | TAP Feedback <feedback.fc@flytap.com> |
| Sent: | Tuesday, January 11, 2022 10:16 AM |
| To: | abadi.rne@gmail.com |
| Cc: | alex.taday@dot.gov |
| Subject: | RE: AT2021120016 - (AARON ABADI) MZ2300 2021-0002682730 |

Dear Mr. Abadi,

Thank you for contacting TAP Air Portugal.
We regret the delay in our reply and that our service did not meet your expectation.

We attempted to search for a reservation under your name and were unsuccessful. Did you make a booking to travel with TAP or were you inquiring about traveling with TAP?

As per the CDC all passengers are required to wear a face mask on
board. https://www.cdc.gov/quarantine/masks/mask-travel-guidance.html

Yes, certainly there are exemptions for people with disabilities who are not able to wear face masks. TAP would not deny your travel if the proper airline procedures were to be followed. All passengers with a medical disability who require special services/exemptions on TAP are required to fill out our medical form. We regret that this form poses an inconvenience but, it is an airline policy followed by all.

Furthermore, you were not advised to be tested for COVID due to your disability. All passengers travelling to/from Europe require to be tested for COVID-19. The testing policies are not implemented by the airline but by each country that the airlines travel to/from. This information is available on each countries government webpage, the US State Department website, as well as TAP´s website.

If you are still looking to travel with TAP you can make your booking on TAP´s website and fill out the requested medical form, all can be done electronically.

We reiterate our apologies and hope to welcome you onboard soon.

Thank you!

TAP Air Portugal



ref:_00D1rd9pp._500693w22hf:ref

1

| | |
|---|---|
| **From:** | Aaron Abadi |
| **To:** | Medical Cases |
| **Bcc:** | abadi.rne@gmail.com |
| **Subject:** | Re: disability assistance |
| **Date:** | Friday, November 12, 2021 4:35:31 PM |

That is a violation of US ACAA laws, as it is discrimination against a disability. People without disabilities are not required to do all that.

Aaron Abadi

On Nov 12, 2021, at 4:19 PM, Medical Cases <medical.cases@tap.pt> wrote:

Dear Sir,

In order to request to be excused for the use of the face mask for short periods of time it is needed to have a reference code and the MEDIF filled in by your medical assistant.

If you prefer you can make a reservation through our webpage with the functionality "time to think" that has the cost of about EUR20 and then we could postpone the deadline for the issuance until feedback from our medical team.

It will also be required for you to deliver a PCR negative test within the 48h of the departure as well as the answering of a COVID-19 query within the 72h of the flight.

We will be waiting for your reply in order to proceed.

Muito Obrigada/Thank you kindly

Melhores cumprimentos /Best Regards
Carla Cardoso
**Medical Cases**

**Email:** medical.cases@tap.pt

<image001.gif>

Meet our Clean & Safe commitment here

flytap.com | milesandgo.flytap.com
flytap.com | victoria.flytap.com

**From:** Aaron Abadi <abadi.rne@gmail.com>
**Sent:** 12 de novembro de 2021 01:43
**To:** Medical Cases <medical.cases@tap.pt>
**Subject:** Re: disability assistance

CAUTION: External mail. Be careful with links and attachments.

I will not be booking anything until I know if you will allow me to fly.
Please answer my question.

This is the fourth time I presented this question to your airline, and you have yet to respond.
You are bound by the Air Carrier Access Act ACAA, and by U.S. law I shouldn't have such difficulty getting an answer and flying without a mask.

I will await your response.

Thank you,

Aaron Abadi


> On Nov 11, 2021, at 6:31 PM, Medical Cases <medical.cases@tap.pt> wrote:
>
>
> Dear Mr. Aaron Abadi,
>
> TAP Air Portugal thanks you for your preference.
>
> In reference to you e-mail, we inform that in order to proceed with any we will need a booking reference to be able to evaluate your request.
>
> Best Regards,
>
> **Inês Simões**
>
> Medical Cases
>
> **Email:** medical.cases@tap.pt
> <image001.png>

Veja aqui o nosso vídeo
flytap.com | milesandgo.flytap.com

---

CONFIDENCIAL: Esta comunicação (incluindo ficheiros anexos) é confidencial e reservada apenas ao conhecimento do(s) seu(s) destinatário(s). Qualquer utilização, alteração, divulgação ou cópia do seu conteúdo é estritamente proibida. Se recebeu esta comunicação por engano, agradecemos que informe o remetente e que a elimine imediatamente (juntamente com quaisquer ficheiros anexos).

CONFIDENTIAL: This message (including attachments) is confidential and solely intended for the knowledge of its recipient(s). Any use, alteration, dissemination or copying of its content is strictly prohibited. If you have received this message by mistake, please notify the sender and delete it immediately (together with any attachments).

---

**From:** Aaron Abadi <abadi.rne@gmail.com>
**Sent:** 11 de novembro de 2021 20:55
**To:** Medical Cases <medical.cases@tap.pt>
**Subject:** Fwd: disability assistance

CAUTION: External mail. Be careful with links and attachments.

Aaron Abadi

Begin forwarded message:

> **From:** Aaron Abadi <abadi.rne@gmail.com>
> **Date:** November 11, 2021 at 3:54:24 PM EST
> **Subject: Fwd: disability assistance**
>
> Aaron Abadi
>
> Begin forwarded message:
>
>> **From:** abadi.rne@gmail.com

**Date:** November 11, 2021 at 3:50:07 PM EST
**To:** medicalcases@tap.pt
**Cc:** abadi.rne@gmail.com
**Subject: FW: disability assistance**

I have been trying to get this responded to for moths now.
Please help.
Thanks

Aaron Abadi

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Tuesday, October 12, 2021 2:12 AM
**To:** customer@tapmilesandgo.com; marketing@tap.pt
**Subject:** FW: disability assistance

I need help.
I am not getting any response.

**From:** abadi.rne@gmail.com <abadi.rne@gmail.com>
**Sent:** Thursday, September 2, 2021 11:10 PM
**To:** customer@tapmilesandgo.com
**Subject:** disability assistance

I have a sensory integration disorder, which is a medical disability that
causes me not to be able to wear a mask or a face shield. I carry around a doctor's letter (attached) to
that effect, that also states that I already had Covid, which would indicate
that there is no significant health risk, as the CDC clearly states that covid reinfection is rare
I have already flown several times without a mask on airlines that agreed to accommodate me.

CDC Guidelines and federal laws exempt

someone like me from wearing a mask.
Additionally, DOT instructed the airlines to
allow people like me to fly without a mask.
Federal ADA laws require that you provide an
accommodation for disabilities.
I would like to travel on your airline.
Can I travel on your airline without a mask?
Or can you provide an accommodation that will
allow me to use your airline?

Thank you in advance.

Aaron Abadi
82 Nassau Street apt 140
New York, NY 10038
516-639-4100