**abadi.rne@gmail.com**

# EXHIBIT 71

| | |
|---|---|
| From: | noreply.tkcustomer@thy.com |
| Sent: | Saturday, September 11, 2021 1:15 PM |
| To: | abadi.rne@gmail.com |
| Subject: | TK-5298426 #S1-14101594# Regarding Your Feedback |

Dear Aaron ABADI,

The use of masks is mandatory at the entrance to the plane and throughout the flight, as well as inside the airport. You can only use surgical masks (vented masks are not accepted). Since disposable surgical masks need to be changed every 4 hours, our passengers using these masks will need to have a sufficient number of masks ready.

It is mandatory to wear a mask when entering the terminal, and a hygiene kit, which includes a mask and disinfectant wipes, is distributed by the hygienist at the beginning of the aircraft.

We kindly submit for your information and wish to accompany you in all your travels for many years to come.

Sincerely Yours,

Tugba Y.
Customer Representative


TURKISH AIRLINES INC.
Customer Contact Center


**"You may contact with us regarding our response via clicking here and creating a new feedback. If you reply this e-mail, your response will not be received."**