EXHIBIT 72

**aa@neg.com**

---

**From:** customer.care@united.com
**Sent:** Friday, December 18, 2020 8:20 AM
**To:** aa@neg.com
**Subject:** Flight experience

Hello Mr. Abadi:

Please understand I was merely sharing why we have our policy in hopes to foster a better understanding between us. It was not my intention to upset you and I apologize.

It is unfortunate you have a condition that makes it difficult for you to wear a face mask or other permitted face covering. As I indicated in my earlier correspondence with you, United has determined the possibility of asymptomatic transmission of COVID-19 in the confined space of an airplane is a direct threat to the health and safety of our passengers and crew that can only be mitigated by all onboard wearing a face mask. United has made this determination based on a review of current medical knowledge and CDC guidance. A person with a disability is just as likely to be an asymptomatic spreader of Covid-19 as any other passenger. While it is rare, we have been advised reinfection is possible.

While I certainly understand your point of view, United isn't in violation of the Air Carrier Access Act, since this regulation does not require us to permit an exception to United's face covering requirements during the Covid-19 pandemic, at this time.

We're committed to ensuring all of our customers have access to the same services. Each airport has trained agents (Complaint Resolution Officials, CRO) who are available upon request to resolve service issues for customers with disabilities. In the future, please ask for a CRO if you need assistance. Prior to travel, you can view information on united.com > Travel information > Special travel needs.

While we don't want you to feel you have to file a complaint against us, we respect that it's your decision and right to do so. We wish you the best with all of your future travel.

Regards,

Susan Campbell
DOT/CRO/Disability Specialist
Corporate Customer Care
Case ID: 160789154037420

1

*United Airlines is committed to making air travel safe, accessible, and comfortable for our passengers with disabilities. Customers may also contact the U.S. Department of Transportation (DOT). It's important to note that the DOT does not determine nor influence the issuance of personal compensation by an airline.*

---

::: ORIGINAL EMAIL :::

From: aa@neg.com

Message: That's technically dishonest, as I made it very clear that I have already recovered from Covid. There's no health risk at all. If you want to say it is company policy, that's one thing. But saying there's a "direct threat" is an absolute lie.

I will file a complaint against your company for discrimination against a disability.

One day, we will all look back at this period, and you will have to look at yourself and live with the crimes that you have been responsible for.

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100


On Dec 17, 2020, at 8:49 AM, customer.care@united.com wrote:

Hello Mr. Abadi,


Thank you for reaching out to us.


It is unfortunate you have a condition that makes it difficult for you to wear a face mask or other permitted face covering. United has determined the possibility of asymptomatic transmission of COVID-19 in the confined space of an airplane is a direct threat to the health and safety of our passengers and crew that can only be mitigated by all onboard wearing a face mask. United has made this determination based on a review of current medical knowledge and CDC guidance. A person with a disability is just as likely to be an asymptomatic spreader of Covid-19 as any other passenger. As noted on our website we are only making exceptions for passengers that are younger than 2 years old.


We're grateful for your understanding during this time and hope to welcome you aboard a flight in the future.


Regards,

Susan Campbell
DOT/CRO/Disability Specialist

Corporate Customer Care
Case ID: 160789154037420

::: ORIGINAL EMAIL :::

From: aa@neg.com

Message: Medical Disability The CDC recommendation regarding wearing masks includes the following: "Wearing masks may be difficult for some people with sensory, cognitive, or behavioral issues. If they are unable to wear a mask properly or cannot tolerate a mask, they should not wear one..." I am one of those people, unfortunately. I have serious sensory issues and cannot wear a mask for a flight. The State of New York mandate similarly has exclusions for someone like me and requires that as a person with disabilities, we are accommodated. I believe most mandates concur. I already had Covid. I tested positive in early October, so there is no actual health risk to other passengers. Additionally, I can provide a recent negative Covid test and a doctor's letter confirming my disability and my recovery from Covid. Here is my question: Is it possible for me to fly with your airline and not wear a mask? Would you be able to accommodate my disability? Thank you,