aa@neg.com

# EXHIBIT 73

| | |
|---|---|
| **From:** | customercare@united.com |
| **Sent:** | Tuesday, January 19, 2021 3:37 PM |
| **To:** | Aaron Abadi |
| **Subject:** | United Airlines - Face Mask Policy - Case: 18995897 (AT2021010054)   (KMM71801076V88620L0KM) |

Dear Mr. Abadi,

We received your concern submitted to the U.S. Department of Transportation regarding United Airlines' requirement to wear a face covering.

I see that you've received responses from my colleague previously and it's not my intent to add to your frustration by repeating the same thing. Although our position remains the same, in that all employees and customers are required to wear a mask, your feedback and dissatisfaction has been duly noted in our Customer Care Reports. We are continuously monitoring the COVID-19 crisis and adhering to the directives of the CDC. Likewise, we are continuously reviewing our policies and procedures, as we continue to navigate through this pandemic.

I realize that your concern to the DOT may have been submitted more as a prompt for action from them. I'm required to state, as stated previously, United is not violating any federal disability regulation. We are committed to the safety of all employees and customers and ensuring all customers have equal access to the same services. Complaint Resolution Officials (CRO) are specially trained agents who are available upon request at each airport to help resolve any disability service issues you might have during your travel with us. Prior to travel, you can view information on united.com > Travel information > Special travel needs or you can contact a CRO 24/7 at (800) 228-2744.

Mr. Abadi, on behalf of United Airlines, we thank you for your business, MileagePlus loyalty, and honest feedback. We will share your feedback and hope to have the privilege of welcoming you onboard United in the future. Until then, stay well.

Sincerely,

Donita Mincey
Complaint Resolution Official (CRO)
DOT/Disability Specialist – Corporate Customer Care
Case: 18995897

*United Airlines is committed to making air travel safe, accessible, and comfortable for our passengers with disabilities. Customers may also contact the U.S. Department of Transportation (DOT). It's important to note that DOT involvement does not determine nor influence the issuance of personal compensation by an airline.*