# EXHIBIT 74

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | cuentanos@vivaair.com |
| **Sent:** | Tuesday, October 19, 2021 9:58 AM |
| **To:** | abadi.rne@gmail.com |
| **Subject:** | RE:Viva - Tu solicitud ha tomado vuelo / Your request has taken off 6006871 6116677 |

Hello Aaron, ¡Thanks for contacting us!

We want to tell you that to fly with the Viva Air airline it is necessary to wear your mask. In case you do not take it, it will not be possible to board the flight.

Sincerely,

Equipo de Servicios al Cliente
Viva
¡Vuela más!

Zona E, vía porvenir 500mts después del tablazo,
Sector Llanogrande
Rionegro,
Antioquia-Colombia

https://www.vivaair.com/#/co/es/atencion-al-cliente_canales-de-atencion

I have a medical disability, a sensory processing disorder, and I can't wear a mask.
Federal law requires that I be accommodated.
Can I fly with your airline without a mask?

Attached is a doctors letter.

Aaron Abadi

Atención: El remitente del anterior correo no pertenece a VIVACOLOMBIA o VIVAAIR. Si no reconoces al remitente o tienes dudas sobre el contenido del correo, te pedimos por favor no hagas click o abras los archivos adjuntos.

1