**abadi.rne@gmail.com**                                                EXHIBIT 75

| | |
|---|---|
| From: | Miguel Gazca (Volaris) <support@volaris.zendesk.com> |
| Sent: | Friday, October 1, 2021 8:02 PM |
| To: | Abadi Rne |
| Subject: | Actualización de ticket |

**Miguel Gazca** (Volaris)

Hi Aaron,

Airport biosecurity protocols require the use of a face mask during the entire trip.

Remember to add us to your contact list to receive our emails in your inbox!

Please do not hesitate to contact us through this media for any further assistance.

*Thanks for flying with us!*

**Miguel Gazca**
Costumer care Volaris

This email is a service from Volaris. Delivered by **Zendesk**

**Precios que te hacen viajar.**

Descarga nuestra App: **iPhone | Android**

**Contáctanos | Política de Privacidad**

Av. Antonio Dovalí Jaime No. 70, Torre B, Piso 13 Col. Zedec Santa Fe, Del. Álvaro Obregón, C.P. 01210 Ciudad de México, México.

Si ya no desea recibir este tipo de correos, pulse aquí

1

**abadi.rne@gmail.com**

| | |
|---|---|
| **From:** | Volaris <support@volaris.zendesk.com> |
| **Sent:** | Tuesday, November 9, 2021 9:02 PM |
| **To:** | Abadi Rne |
| **Subject:** | Solicitud #2449216: ¿Cómo calificaría el soporte que recibió? |




Queremos pedirle unos minutos para evaluar nuestro servicio de solución. Por favor de click a la opción que evalúa su grado de satisfacción.

 

Este mensaje está relacionado con el asunto de la siguiente solicitud #2449216.

**Kevin Sotelo** (Volaris)

Dear Abadi Rne,

We understand the situation due to the COVID, and we inform you that you can take your flights according to Volaris policies about the facemasks, however, you will need a medical letter that confirms you need to put off your mask.

The letter should contain the following information:

· Name of the doctor.
· Sign and professional license number of the doctor.
· Name of the patient.
· Condition of the passenger.
· Dates of incapacity (it's important to cover the dates of the flight to prevent the rejection of this petition).
· Letterhead (with the seal or logo of the clinic, hospital, or doctor's office with the address and cellphone number of the corresponding one).

1

*It is worth mentioning that this only applies to flights to and from the USA and that you must also comply with the other requirements for flights to the United States, such as the negative covid test.*

Please do not hesitate to contact us through this media for any further assistance.

Kevin Sotelo
*Customer Advocacy*

**Abadi Rne**

You are welcome to send me an email.
Aaron Abadi

**From:** Adrian Perdomo (Volaris) <support@volaris.zendesk.com>
**Sent:** Tuesday, November 9, 2021 2:27 PM
**To:** Abadi Rne <abadi.rne@gmail.com>
**Subject:** Actualización de ticket

**Adrian Perdomo** (Volaris)

Dear Mr. Abadi

We have made several attempts to contact you by phone at the number: 516 639 4100 with no success. It is important for us to provide the service and resolution you deserve, for this reason, we kindly ask you to provide us with another phone number and the proper time to reach you.

Please do not hesitate to contact us through this media for any further assistance.

Adrian Perdomo
Customer Advocacy

2

**Esperamos verte a bordo muy pronto.**

This email is a service communication. Delivered by **Zendesk**

**Precios que te hacen viajar.**

Descarga nuestra App: **iPhone | Android**

**Contáctanos | Política de Privacidad**

Av. Antonio Dovalí Jaime No. 70, Torre B, Piso 13 Col. Zedec Santa Fe, Del. Álvaro Obregón, C.P. 01210 Ciudad de México, México.

Si ya no desea recibir este tipo de correos, pulse **aquí**