| aa@neg.com | EXHIBIT 76 |
|---|---|

**From:** Morel, Miguel <MAMorel@littler.com>
**Sent:** Monday, December 27, 2021 1:03 PM
**To:** aa@neg.com; aabadi@optonline.net
**Subject:** RE: Wall v Southwest - Request to fly
**Attachments:** Important Travel Notices _ Spirit Airlines.pdf

Dear Mr. Abadi:

Thank you for your e-mail. I hope you are having a nice holiday season as well.

We will agree to disagree regarding the characterizations contained in your e-mail below. That being said, please review Spirit's website under its FAQ's for information regarding what is required to request a face mask medical exemption. You can access the website by clicking on the following link: https://www.spirit.com/notices#FAQs A .pdf of the FAQ's section of the website is attached for your convenience. I hope this helps.

Regards,

**Miguel Morel**
Attorney at Law
MAMorel@littler.com

**Littler**

Fueled by Ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700, Miami, FL 33131

**From:** aa@neg.com <aa@neg.com>
**Sent:** Sunday, December 26, 2021 12:54 AM
**To:** Morel, Miguel <MAMorel@littler.com>
**Cc:** aabadi@optonline.net
**Subject:** RE: Wall v Southwest - Request to fly

**[EXTERNAL E-MAIL]**

Hope you had an enjoyable holiday. Maybe you traveled, maybe you stayed home. I stayed home, as I could not travel due to your client's violation of my constitutional right to travel, and due to their disability discrimination. You know the law. My disability doesn't allow me to wear a mask and I do not pose a direct threat. I sent in a doctor's letter that confirmed that I already had Covid, and CDC says Covid reinfection is rare. You know all that.

You may want to review the laws, as in addition to your client being in violation of many laws, you, as their attorney, are crossing into dangerous territory. You know the law, and I shouldn't have to teach it to you. I asked you previously if you can get me confirmation from your client that I can fly with them without a mask. You never responded, and it's been a while.

Your client is violating my civil rights, and you are participating in it; even aiding and abetting. Violating civil rights has federal and state laws, both criminal and civil. Take a look at 42 USC 21 § 1985 & 1986 Conspiracy to interfere with civil rights & neglecting to prevent the same. Check out 18 U.S. Code § 241 - Conspiracy against civil rights- criminal, and § 242 which is deprivation of rights under color of law. 18 USC § 371 makes all participants in the conspiracy responsible criminally, subject to fines and imprisonment. There are so many violations here from all the multiple ACAA violations, to State and City violations, and much more.

I don't know why you would advise your client to violate these laws openly, and I don't know why you would be willing to participate and protect them.
I asked for a simple permission to travel as the law dictates. I'm not looking for anyone's head on a stake, but I promise you that I will not stop protecting my rights until I get what is legally mine. We have a vibrant legal system, and I intend to take advantage of that. I strongly advise you to review the laws, and then carefully choose your decisions wisely.

It has been two weeks since I made this request. Every day that goes by that I cannot travel adds to the risk of the business projects that I am working on failing. Anyone and everyone causing this will ultimately be responsible. I look forward to hearing from you with a quick resolution to the immediate issue of me being allowed to fly unhampered. I will give you till Wednesday December 29 to take care of this issue.

Thank you & happy holidays,

*Aaron Abadi*
Cell 516-639-4100


**From:** aa@neg.com <aa@neg.com>
**Sent:** Thursday, December 16, 2021 10:11 PM
**To:** 'Morel, Miguel' <MAMorel@littler.com>
**Cc:** 'aabadi@optonline.net' <aabadi@optonline.net>
**Subject:** RE: Wall v Southwest - Request to fly

I have not received any response to this
Aaron Abadi

**From:** aa@neg.com <aa@neg.com>
**Sent:** Saturday, December 11, 2021 10:19 PM
**To:** 'Morel, Miguel' <MAMorel@littler.com>
**Cc:** 'aabadi@optonline.net' <aabadi@optonline.net>
**Subject:** Wall v Southwest - Request to fly

Dear counsel,

As you represent Spirit Airlines, please respond to the following.

As I am sure that you are aware, the Department of Transportation ("DOT") has finally begun addressing the complaints of September and October of 2020, in respect to disability discrimination. It has declared in clear English that the ACAA laws remain in effect and that these actions of denying such a person as myself, who has a disability and cannot wear a mask, from flying, are violations of the ACAA, and considered disability discrimination.

Your client should have received these communications from the DOT by now. If you need, I can provide a few samples.

I have a sensory processing disorder. Previously, I sent in a request to your client with a copy of a letter from my doctor (attached).

I was denied access to fly and I was discriminated against due to my disability. Hence, I am requesting to join this lawsuit, and am included in the amended complaint.

The past will be addressed in court and through the DOT complaints that I filed.

My question to you is referring to from today, going forward.

Can I, Aaron Abadi, fly on your client's airline without being discriminated against and without having to wear a mask?

That means, I book a flight, come to the airport, notify your client's staff about my disability, and without any hinderance or harassment, I get to fly to where I would like to go.

Is that possible? Have they now modified their rules and procedures to comply with the DOT's determinations? Can I now travel with their airline?

Before you respond, please be aware that I have some very lucrative business prospects that I have been pursuing, and so far have been unsuccessful due to my inability to wear a mask and your client not allowing me to fly on their airlines. If they continue to deny me the right to fly without discrimination, I will almost certainly suffer significant losses. Please understand that I will hold your client responsible for that.

3

Thank you for your efforts to resolve this. I look forward to hearing from you shortly, as I must travel within the next few days in order to accomplish what I need to in the pursuit of those business opportunities.

*Aaron Abadi*

Cell 516-639-4100

------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.