### Do I need to wear a face-covering or mask on my flight with Spirit?

Yes, airlines and airports remain subject to federal law requiring Guest to wear an appropiate face covering at airports and on flights. Children under the age of 2 years old are exempt. There may be other limited exceptions for a Guest with a disability recognized under the Americans with Disabilities Act (ADA) who meet certain criteria. To see if you're eligible for this exemption, please review the Frequently Asked Question "I have an upcoming flight and cannot wear a face mask due to a disability. Do I have to wear a face covering or mask onboard a Spirit flight?" that can be found in the next FAQ.

### I have an upcoming flight and cannot wear a face mask due to a disability. Do I have to wear a face covering or mask onboard a Spirit flight?

Federal law requires all Guests to wear an appropriate face covering throughout the entire duration of your flight, including during boarding and deplaning. Children under 2 years old are exempted, and we allow limited exceptions for Guests who cannot wear or safely wear an appropriate face covering due to a disability recognized by the Americans with Disabilities Act (ADA) who meet certain criteria. The ADA exemption is narrowly interpreted and will be vetted through a strict approval process. We will not allow a Guest onboard who simply does not want to wear a covering because they find mask-wearing difficult. Individuals with disabilities who may be exempt include individuals who:

- Do not understand how to remove their mask due to cognitive impairment.
- Cannot remove a mask on their own due to dexterity/mobility impairments.
- Cannot communicate promptly to ask someone else to remove their mask due to speech impairments or language disorders.
- Cannot wear a mask because doing so would impede the function of assistive devices/technology.

In order to be approved for the exception, a Guest with a qualifying disability must do the following:

1. Contact us through our Chat feature here or via WhatsApp at 855-728-3555 with the words "ADA face mask exemption" 48 hours prior to scheduled departure to let us know you will be asking for an exemption on the day of your flight.
2. Arrive at the airport 3 hours prior to your flight's scheduled departure since you may be screened by our medical experts.
3. Have your medical doctor or medical professional complete the Spirit ADA Face Covering Exemption Form or provide a letter from your medical doctor that must meet all of the following requirements:

- Be on the medical doctor office's official letterhead
- Dated within 10 calendar days prior to each flight on your itinerary (including return flights)
- Acknowledge that you have a disability recognized under the ADA/ACAA that inhibits you from wearing a mask or from safely wearing one
- Acknowledge that the doctor understands that this exemption is not for a person who simply may find mask wearing difficult
- State that you are under their care and they specialize in the area pertaining to your disabilit
- Contain the medical professional's NPI number (if available)
- Contain the medical professional's license number, license type, and date license was issued

- Have the license jurisdiction
- Contain the medical doctor's business name
- Contain the medical doctor's business phone number
- **Note:** Spirit reserves the right to contact the medical professional and verify the form or letter. Also, if the form or letter is found to be forged or fraudulent, you will be banned from future flights with Spirit Airlines

4. Present a negative COVID-19 PCR or Antigentest result, taken within **24 hours** prior to scheduled departure at the airport.

- The test result can be in written or electronic form and must include information that identifies the person, a specimen collection date and the type of test.
- **Guests who have received the COVID-19 vaccine or tested positive for antibodies must still provide a negative viral test result as described above**.
- If you have recovered from COVID-19 within the last 90 days from your date of travel and have met requirements to end your quarantine, you are NOT required to provide a negative test. However, you must provide documentation of your positive viral test result AND a letter from your healthcare provider or a public health official on official letterhead stating that you have been approved to travel.

## International Travel:

- If at an international location, you must comply with any local face covering requirements before and during boarding.
- If you're returning to the U.S. from an international destination, in order to obtain a mask exemption, your COVID-19 test must still be taken within 24 hours. You will only need to present one negative COVID-19 test taken within 24 hours.

**Additional information:**

- Guests who are unable to meet these requirements will need to wear an appropriate face mask orwill not be allowed to travel on that flight.
- Spirit agents may contact our third-party medical professionals to determine if you're fit to fly without a mask.
- We may place you on a flight that has a lower number of Guests.
- You may be moved to the back of the aircraft.
- If you don't meet the 48-hour advance notice requirement or the 3-hour check-in time, we will attempt to validate your exemption request, but it may not be possible to validate before your flight departs.