

## India Mid-east

Bengaluru, India
Feb 18 - Mar 25, 2020 (37 days)
Travelers: Aaron Abadi

EXHIBIT 78

**Tue, Feb 18 2020**

9:25 PM
GMT+2



### TLV - DEL

**Flight Number AI 140**
Confirmation J8M29
Terminal 3
Arrive 2/19/2020 7:25 AM

Duration  6 hours, 30 minutes                    Total Cost  USD 371.06

Aircraft  Boeing 787-8

Stops  nonstop

Distance  2,513 mi

Name  Aaron Abadi

**Wed, Feb 19 2020**



2 hours, 20 minutes layover in Delhi

9:45 AM
GMT+5:30



### DEL - BLR

**Flight Number AI 506**
Confirmation J8M29
Terminal T3, Gate 27A
Arrive 2/19/2020 12:30 PM

Duration  2 hours, 45 minutes                    Total Cost  USD 371.06

Aircraft  Airbus A321 (sharklets)

Stops  nonstop

Distance  1,061 mi

Name  Aaron Abadi

### Sheraton Grand Bangalore Hotel at Brigade Gateway

Check In 3:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  82397661

Room Description  Premier Deluxe, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade Gateway

Supplier Phone  +91-80-42521000

Total Cost  31,270.00 INR

Restrictions  You may cancel your reservation for no charge before 11:59 PM local hotel time on Tuesday, February 18, 2020 (1 day(s) before arrival). Please note that we will assess a fee of 11,210.00 INR if you must cancel after this

deadline. Please note that a change in the length or dates of your reservation may result in a rate change.

**Sat, Feb 22 2020**



### Sheraton Grand Bangalore Hotel at Brigade Gateway

Check out 12:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

| | |
|---|---|
| Confirmation 82397661 | Supplier Name Sheraton Grand Bangalore Hotel at Brigade Gateway |
| Room Description Premier Deluxe, Guest room, 1 King, City view | Supplier Phone +91-80-42521000 |
| Number of Rooms 1 | Total Cost 31,270.00 INR |
| Number of Guests 1 | Restrictions You may cancel your reservation for no charge before 11:59 PM local hotel time on Tuesday, February 18, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 11,210.00 INR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change. |
| Name Aaron Abadi | |
| Loyalty Account XXXXX0988 | |

**10:10 AM GMT+5:30**



### BLR - HYD

Flight Number 6E 537

Confirmation EMRNXN

Terminal 1

Arrive 2/22/2020 11:25 AM

| | |
|---|---|
| Duration 1 hour, 15 minutes | Booking Date 2020-02-17 |
| Aircraft Airbus A320 | Total Cost INR 4,328.00 |
| Stops nonstop | |
| Distance 282 mi | |
| Name Aaron Abadi | |



### ITC Kohenur

Check in 2:00 PM GMT+5:30

Plot No. 5 , Hyderabad Knowledge City Madhapur,Hyderabad, Telengana ?500 081, India

| | |
|---|---|
| Confirmation 19685684 | Supplier Name ITC Kohenur |
| Room Description Executive Club Double Non Smoking | Supplier Phone +91 40 67660101 |
| Number of Rooms 1 | Booking Rate 7,200.00 INR |
| Number of Guests 1 | Restrictions In the event of cancellation 48 hours beyond scheduled arrival, please do retain the cancellation number to ensure that no retention is levied. Guests are urged to reconfirm their departure date and time during check-in as an early departure fee is charged to guests who shorten their stay without notification upon arrival |
| Name Aaron Abadi | |
| Loyalty Account A41748149820 | |

**Sun, Feb 23 2020**

### ITC Kohenur

Check out 12:00 PM GMT+5:30

Plot No. 5 , Hyderabad Knowledge City Madhapur,Hyderabad, Telengana ?500 081, India

| | |
|---|---|
| Confirmation  19685684 | Supplier Name  ITC Kohenur |
| Room Description  Executive Club Double Non Smoking | Supplier Phone  +91 40 67660101 |
| Number of Rooms  1 | Booking Rate  7,200.00 INR |
| Number of Guests  1 | Restrictions  In the event of cancellation 48 hours beyond |
| Name  Aaron Abadi | scheduled arrival, please do retain the |
| Loyalty Account  A41748149820 | cancellation number to ensure that no |
| | retention is levied. Guests are urged to |
| | reconfirm their departure date and time during |
| | check-in as an early departure fee is charged |
| | to guests who shorten their stay without |
| | notification upon arrival |



**Sheraton Grand Bangalore Hotel at Brigade Gateway**

Check in 3:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

| | |
|---|---|
| Confirmation  94227108 | Supplier Name  Sheraton Grand Bangalore Hotel at Brigade |
| | Gateway |
| Room Description  Premier Deluxe Pool View, Guest room, | |
| 2 Twin/Single Bed(s), Pool view | Supplier Phone  +91-80-42521000 |
| Number of Rooms  1 | Total Cost  32,019.30 INR |
| Number of Guests  1 | Restrictions  You may cancel your reservation for no charge |
| Name  Aaron Abadi | before 11:59 PM local hotel time on Saturday, |
| Loyalty Account  XXXXX0988 | February 22, 2020 (1 day[s] before arrival). |
| | Please note that we will assess a fee of |
| | 10,035.90 INR if you must cancel after this |
| | deadline. Your current rate may be available if |
| | your modified reservation still includes: A stay |
| | of 3 night(s) or more. Please note that a |
| | change in the length or dates of your |
| | reservation may result in a rate change. |

**Wed, Feb 26 2020**



**Sheraton Grand Bangalore Hotel at Brigade Gateway**

Check out 12:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

| | |
|---|---|
| Confirmation  94227108 | Supplier Name  Sheraton Grand Bangalore Hotel at Brigade |
| | Gateway |
| Room Description  Premier Deluxe Pool View, Guest room, | |
| 2 Twin/Single Bed(s), Pool view | Supplier Phone  +91-80-42521000 |
| Number of Rooms  1 | Total Cost  32,019.30 INR |
| Number of Guests  1 | Restrictions  You may cancel your reservation for no charge |
| Name  Aaron Abadi | before 11:59 PM local hotel time on Saturday, |
| Loyalty Account  XXXXX0988 | February 22, 2020 (1 day[s] before arrival). |
| | Please note that we will assess a fee of |
| | 10,035.90 INR if you must cancel after this |
| | deadline. Your current rate may be available if |
| | your modified reservation still includes: A stay |
| | of 3 night(s) or more. Please note that a |
| | change in the length or dates of your |
| | reservation may result in a rate change. |

**9:40 AM**
**GMT+5:30**



**BLR - BOM**

Flight Number UK 852

Confirmation MJXMXB

Arrive 2/26/2020 11:20 AM

Duration 1 hour, 40 minutes

Booking Date 2020-02-24

Aircraft Boeing 737-800 (winglets) Passenger/BBJ2

Total Cost INR 5519

Stops nonstop

Distance 517 mi

Fare Class K Economy Class)

Name Aaron Abadi

Ticket 228 2403309980

Loyalty Account 133302772



### JW Marriott Mumbai Sahar IA Project Road, Chhatrapati Shivaji International Airport, Andheri...

Check in 11:30 AM GMT+5:30

Note Here's a reservation I wanted to share. GUEST Aaron
Abadi DATES Wednesday, February 26 to Thursday,
February 27, 2020 Check-In: 11:30 AM Check-out:
12:00 PM HOTEL JW Marriott Mumbai Sahar IA
Project Road, Chhatrapati Shivaji International Airport,
Andheri Mumbai, India +91 2268828888
https://www.marriott.com/BOMSA Aaron Abadi CEO
National Environmental Group Cell # 516-639-4100

Supplier Name JW Marriott Mumbai Sahar IA Project Road,
Chhatrapati Shivaji International Airport,
Andheri...

**Thu, Feb 27 2020**



### JW Marriott Mumbai Sahar IA Project Road, Chhatrapati Shivaji International Airport, Andheri...

Check out 11:00 AM GMT+5:30

Note Here's a reservation I wanted to share. GUEST Aaron
Abadi DATES Wednesday, February 26 to Thursday,
February 27, 2020 Check-In: 11:30 AM Check-out:
12:00 PM HOTEL JW Marriott Mumbai Sahar IA
Project Road, Chhatrapati Shivaji International Airport,
Andheri Mumbai, India +91 2268828888
https://www.marriott.com/BOMSA Aaron Abadi CEO
National Environmental Group Cell # 516-639-4100

Supplier Name JW Marriott Mumbai Sahar IA Project Road,
Chhatrapati Shivaji International Airport,
Andheri...



### JW Marriott Mumbai Sahar

Check in 3:00 PM GMT+5:30

IA Project Road, Chhatrapati Shivaji International Airport, Andheri Mumbai 400099 India

Confirmation 73859746

Supplier Name JW Marriott Mumbai Sahar

Room Description Deluxe, Guest room, 2 Twin/Single
Bed(s)

Supplier Phone +91-22-68828888

Number of Rooms 1

Restrictions You may cancel your reservation for no charge
before 11:59 PM local hotel time on Tuesday,
February 25, 2020 (2 day(s) before arrival).
Please note that a change in the length or
dates of your reservation may result in a rate
change.

Number of Guests 1

Name Aaron Abadi

Loyalty Account XXXXX0988

Note Non-Smoking Room

**Fri, Feb 28 2020**



### JW Marriott Mumbai Sahar

Check out 12:00 PM GMT+5:30

IA Project Road, Chhatrapati Shivaji International Airport, Andheri Mumbai 400099 India

Confirmation  73859746

Room Description  Deluxe, Guest room, 2 Twin/Single
                  Bed(s)

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Note  Non-Smoking Room

Supplier Name  JW Marriott Mumbai Sahar

Supplier Phone  +91-22-68828888

Restrictions  You may cancel your reservation for no charge
              before 11:59 PM local hotel time on Tuesday,
              February 25, 2020 (2 day[s] before arrival).
              Please note that a change in the length or
              dates of your reservation may result in a rate
              change.



## Holiday Inn Mumbai International Airport

Check in 3:00 PM GMT+5:30

Sakinaka Junction, Andheri Kurla Road, Andheri East, Mumbai 400072

Confirmation  27032083

Room Description  Superior Room

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  557448719

Supplier Name  Holiday Inn Mumbai International Airport

Supplier Phone  91-22-40851800

Restrictions  Canceling your reservation or failing to show
              will result in a charge for 1 night per room to
              your credit card. Taxes may apply. Failing to
              call or show before check-out time after the
              first night of a reservation will result in
              cancellation of the remainder of your
              reservation. Points + Cash bookings are
              charged immediately in USD, and cancellations
              are refunded in points only.

**Sat, Feb 29 2020**



## Holiday Inn Mumbai International Airport

Check out 12:00 PM GMT+5:30

Sakinaka Junction, Andheri Kurla Road, Andheri East, Mumbai 400072

Confirmation  27032083

Room Description  Superior Room

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  557448719

Supplier Name  Holiday Inn Mumbai International Airport

Supplier Phone  91-22-40851800

Restrictions  Canceling your reservation or failing to show
              will result in a charge for 1 night per room to
              your credit card. Taxes may apply. Failing to
              call or show before check-out time after the
              first night of a reservation will result in
              cancellation of the remainder of your
              reservation. Points + Cash bookings are
              charged immediately in USD, and cancellations
              are refunded in points only.

**4:40 PM
GMT+5:30**



## BOM - BLR

Flight Number AI 607

Confirmation JQY27

Terminal 2

Arrive 2/29/2020 6:30 PM

Duration  1 hour, 50 minutes

Aircraft  Airbus A321 (sharklets)

Stops  nonstop

Distance  517 mi

Booking Date  2020-02-29

Total Cost  76 .99

Fare Class  Coach

Name  Aaron Abadi

Ticket  0987446532923



**ITC Windsor, a Luxury Collection Hotel, Bengaluru**

Check in 2:00 PM GMT+5:30

Windsor Square, 25, Golf Course Road Bengaluru, Karnataka 560052 India

| | |
|---|---|
| Confirmation  77560314 | Supplier Name  ITC Windsor, a Luxury Collection Hotel, Bengaluru |
| Room Description  Executive Club, Guest room, 1 Queen, City/Pool view | Supplier Phone  +91-80-22269898 |
| Number of Rooms  1 | Total Cost  9,440.00 INR |
| Number of Guests  1 | Restrictions  To ensure that you receive this special rate, we will charge your credit card a prepayment of 9,440.00 INR. You may cancel your reservation for no charge before 11:59 PM local hotel time on Thursday, February 27, 2020 (2 day[s] before arrival). Please note that we will assess a fee of 9,440.00 INR if you must cancel after this deadline. Your current rate may be available if your modified reservation still includes: A stay of 1 night(s). Please note that a change in the length or dates of your reservation may result in a rate change. |
| Name  Aaron Abadi | |
| Loyalty Account  XXXXX0988 | |

**Sun, Mar 1 2020**



**ITC Windsor, a Luxury Collection Hotel, Bengaluru**

Check out 12:00 PM GMT+5:30

Windsor Square, 25, Golf Course Road Bengaluru, Karnataka 560052 India

| | |
|---|---|
| Confirmation  77560314 | Supplier Name  ITC Windsor, a Luxury Collection Hotel, Bengaluru |
| Room Description  Executive Club, Guest room, 1 Queen, City/Pool view | Supplier Phone  +91-80-22269898 |
| Number of Rooms  1 | Total Cost  9,440.00 INR |
| Number of Guests  1 | Restrictions  To ensure that you receive this special rate, we will charge your credit card a prepayment of 9,440.00 INR. You may cancel your reservation for no charge before 11:59 PM local hotel time on Thursday, February 27, 2020 (2 day[s] before arrival). Please note that we will assess a fee of 9,440.00 INR if you must cancel after this deadline. Your current rate may be available if your modified reservation still includes: A stay of 1 night(s). Please note that a change in the length or dates of your reservation may result in a rate change. |
| Name  Aaron Abadi | |
| Loyalty Account  XXXXX0988 | |



**Sheraton Grand Bangalore Hotel at Brigade Gateway**

Check in 3:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

| | |
|---|---|
| Confirmation  80582580 | Supplier Name  Sheraton Grand Bangalore Hotel at Brigade Gateway |
| Room Description  Premier Deluxe, Guest room, 1 King, City view | Supplier Phone  +91-80-42521000 |
| Number of Rooms  1 | Total Cost  8,848.82 INR |
| Number of Guests  2 | |

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Restrictions  You may cancel your reservation for no charge before 11:59 PM local hotel time on Saturday, February 29, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 8,848.82 INR if you must cancel after this deadline. Your current rate may be available if your modified reservation still includes: An arrival on Friday,Saturday,Sunday. Please note that a change in the length or dates of your reservation may result in a rate change.

**Mon, Mar 2 2020**



### Sheraton Grand Bangalore Hotel at Brigade Gateway

**Check out 12:00 PM GMT+5:30**

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  80582580

Room Description  Premier Deluxe, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  2

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade Gateway

Supplier Phone  +91-80-42521000

Total Cost  8,848.82 INR

Restrictions  You may cancel your reservation for no charge before 11:59 PM local hotel time on Saturday, February 29, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 8,848.82 INR if you must cancel after this deadline. Your current rate may be available if your modified reservation still includes: An arrival on Friday,Saturday,Sunday. Please note that a change in the length or dates of your reservation may result in a rate change.



### Sheraton Grand Bangalore Hotel at Brigade Gateway

**Check in 3:00 PM GMT+5:30**

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  81510712

Room Description  Premier Deluxe, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  2

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade Gateway

Supplier Phone  +91-80-42521000

Total Cost  11,217.08 INR

Restrictions  You may cancel your reservation for no charge before 11:59 PM local hotel time on Sunday, March 1, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 11,217.08 INR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.

**Tue, Mar 3 2020**



### Sheraton Grand Bangalore Hotel at Brigade Gateway

**Check out 12:00 PM GMT+5:30**

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  81510712

Room Description  Premier Deluxe, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  2

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade Gateway

Supplier Phone  +91-80-42521000

Total Cost  11,217.08 INR

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Restrictions  You may cancel your reservation for no charge before 11:59 PM local hotel time on Sunday, March 1, 2020 (1 day[s] before arrival). Please note that we assess a fee of 11,217.08 INR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.



### Sheraton Grand Bangalore Hotel at Brigade Gateway

Check in 3:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  83692739

Room Description  Premier Deluxe, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade Gateway

Supplier Phone  +91-80-42521000

Total Cost  21,971.60 INR

Restrictions  You may cancel your reservation for no charge before 11:59 PM local hotel time on Monday, March 2, 2020 (1 day[s] before arrival). Please note that we assess a fee of 10,754.52 INR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.

**Thu, Mar 5 2020**



### Sheraton Grand Bangalore Hotel at Brigade Gateway

Check out 12:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  83692739

Room Description  Premier Deluxe, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade Gateway

Supplier Phone  +91-80-42521000

Total Cost  21,971.60 INR

Restrictions  You may cancel your reservation for no charge before 11:59 PM local hotel time on Monday, March 2, 2020 (1 day[s] before arrival). Please note that we assess a fee of 10,754.52 INR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.

**Sat, Mar 7 2020**



### Sheraton Grand Bangalore Hotel at Brigade Gateway

Check in 3:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  89799790

Room Description  Premier Deluxe, Guest room, 2
Twin/Single Bed(s), City view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade
Gateway

Supplier Phone  +91-80-42521000

Total Cost  7,510.70 INR

Restrictions  You may cancel your reservation for no charge
before 11:59 PM local hotel time on Friday,
March 6, 2020 (1 day(s) before arrival). Please
note that we will assess a fee of 7,510.70 INR if
you must cancel after this deadline. Please
note that a change in the length or dates of
your reservation may result in a rate change.

**Sun, Mar 8 2020**



### Sheraton Grand Bangalore Hotel at Brigade Gateway

**Check out 12:00 PM GMT+5:30**

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  89799790

Room Description  Premier Deluxe, Guest room, 2
Twin/Single Bed(s), City view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade
Gateway

Supplier Phone  +91-80-42521000

Total Cost  7,510.70 INR

Restrictions  You may cancel your reservation for no charge
before 11:59 PM local hotel time on Friday,
March 6, 2020 (1 day(s) before arrival). Please
note that we will assess a fee of 7,510.70 INR if
you must cancel after this deadline. Please
note that a change in the length or dates of
your reservation may result in a rate change.



### Sheraton Grand Bangalore Hotel at Brigade Gateway

**Check in 3:00 PM GMT+5:30**

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  90733702

Room Description  Premier Deluxe, Guest room, 1 King, City
view

Number of Rooms  1

Number of Guests  2

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade
Gateway

Supplier Phone  +91-80-42521000

Restrictions  You may cancel your reservation for no charge
before 11:59 PM local hotel time on Friday,
March 6, 2020 (2 day(s) before arrival). Please
note that a change in the length or dates of
your reservation may result in a rate change.

**Mon, Mar 9 2020**



### Sheraton Grand Bangalore Hotel at Brigade Gateway

**Check out 12:00 PM GMT+5:30**

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  90733702

Room Description  Premier Deluxe, Guest room, 1 King, City
view

Number of Rooms  1

Number of Guests  2

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade
Gateway

Supplier Phone  +91-80-42521000

Restrictions  You may cancel your reservation for no charge
before 11:59 PM local hotel time on Friday,
March 6, 2020 (2 day(s) before arrival). Please

Name  Aaron Abadi

Loyalty Account  XXXXX0988

note that a change in the length or dates of
your reservation may result in a rate change.



**Sheraton Grand Bangalore Hotel at Brigade Gateway**

Check in 3:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  91871332

Room Description  Premier Deluxe, Guest room, 1 King, City
view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade
Gateway

Supplier Phone  +91-80-42521000

Total Cost  10,736.82 INR

Restrictions  You may cancel your reservation for no charge
before 11:59 PM local hotel time on Saturday,
March 7, 2020 (1 day[s] before arrival). Please
note that we will assess a fee of 10,736.82 INR
if you must cancel after this deadline. Your
current rate may be available if your modified
reservation still includes: An arrival on
Monday,Tuesday. Please note that a change in
the length or dates of your reservation may
result in a rate change.

**Tue, Mar 10 2020**



**Sheraton Grand Bangalore Hotel at Brigade Gateway**

Check out 12:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  91871332

Room Description  Premier Deluxe, Guest room, 1 King, City
view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade
Gateway

Supplier Phone  +91-80-42521000

Total Cost  10,736.82 INR

Restrictions  You may cancel your reservation for no charge
before 11:59 PM local hotel time on Saturday,
March 7, 2020 (1 day[s] before arrival). Please
note that we will assess a fee of 10,736.82 INR
if you must cancel after this deadline. Your
current rate may be available if your modified
reservation still includes: An arrival on
Monday,Tuesday. Please note that a change in
the length or dates of your reservation may
result in a rate change.

**Thu, Mar 12 2020**

4:20 AM
GMT+5:30

**BLR - DXB**

Flight Number EK 569

Confirmation LAKZ72

Arrive 3/12/2020 6:50 AM

Duration  4 hours

Baggage Claim  01

Aircraft  Boeing 777-300ER

Stops  nonstop

Distance  1,673 mi

Fare Class  Coach - ECOSAVER

Booking Date  2020-03-11

Total Cost  686 .20

Name  Aaron Abadi

Ticket  1767447960069



1 hour, 40 minutes layover in Dubai

**8:30 AM**
**GMT+4**

**DXB - JFK**

Flight Number EK 201

Confirmation LAKZ72

Terminal 3, Gate B15

Arrive 3/12/2020 2:25 PM

| | |
|---|---|
| Duration  13 hours, 55 minutes | Booking Date  2020-03-11 |
| Aircraft  Airbus A380-800 Passenger | Total Cost  686 .20 |
| Stops  nonstop | |
| Distance  6,832 mi | |
| Fare Class  Coach - ECOSAVER | |
| Name  Aaron Abadi | |
| Ticket  1767447960069 | |



## Israel Seminary

Tel Aviv, Israel
Jan 25 - Feb 8, 2020 (15 days)
Travelers: Aaron Abadi

**Sat, Jan 25 2020**

| | |
|---|---|
| 11:30 AM EST |  |

**JFK - GYD**

Flight Number J2 102

Confirmation EX55G

Terminal 1

Arrive 1/26/2020 7:30 AM

Duration  11 hours

Aircraft  Boeing 787-8

Stops  nonstop

Distance  5,813 mi

Name  Aaron Abadi

Ticket  771-9490229101

Name  Azerbaijan Airlines are subject to their Terms and... More

**Sun, Jan 26 2020**

 2 hours, 5 minutes layover in Baku

| | |
|---|---|
| 9:35 AM GMT+4 |  |

**GYD - TLV**

Flight Number J2 21

Confirmation EX55G

Terminal 1, Gate 5

Arrive 1/26/2020 11:00 AM

Duration  3 hours, 25 minutes

Aircraft  Airbus A320

Stops  nonstop

Distance  1,024 mi

Name  Aaron Abadi

Ticket  771-9490229101

Name  Azerbaijan Airlines are subject to their Terms and... More

**Tue, Jan 28 2020**



**Europcar**

Pick up 1:00 PM GMT+2

19 KING DAVID STREET, JERUSALEM

| | |
|---|---|
| Confirmation  1118685717 | Supplier Name  Europcar |
| Car Type  FO FIESTA 1.4 (EDAR) or similar | Total Cost  USD 215.18 |

Car Details  Economy, 4 Doors, 5 Seats, Luggage Capacity :
2, Automatic Transmission, Minimum age : 18
years...

Mileage Charges  Unlimited mileage

Hours of Operation  8:00 AM - 6:00 PM

Phone  +972 (2) 5001800

Name  AARON ABADI

Restrictions  Payment at the rental location: Modifications to
your booking are free of charge up to the time
of pick-up (though new rental prices may
apply) Cancellation is free of charge up to 48
hours before the time of pick-up and helps us
allocate the vehicle to another customer. You
may cancel by using the same booking
channel as the one used for your reservation
or by contacting our local Call Center. If you fail
to collect the vehicle in due time and have not
cancelled the reservation, a fee of 95 EUR/
GBP 102/ AUD 165/ 700 DKK (depending on
local currency) or the whole price of rental if
value is lower, will be charged. If you lodged
your credit card details to guarantee your
booking then you agree that we may charge a
fee of USD 50.00 against that credit card if you
have not cancelled your booking and fail to
collect the vehicle on the day of pick-up.
Online pre-payment: Modifications to your
booking are free of charge (though new rental
prices may apply). Cancellation is free of
charge up to 48h before the start of the rental
day. If you cancel your reservation less than 48
hours before the due pick up date and time, a
fee of EUR 50 / GBP 45/ AUD 65/ NZD 50/ 370
DKK (depending on local currency), or the
whole price of rental if value is lower, will be
charged. If you fail to collect the vehicle in due
time, and have not cancelled, a fee of 95 EUR/
GBP 102/ AUD 95/ NZD 95/ 700 DKK
(depending on local currency), or the whole
price of rental if value is lower, will be charged.
If you return the vehicle to us before the end of
the agreed rental period then you will not be
entitled to a refund for any unused days.

5:00 PM
EST

**JFK - TLV**

**Flight Number LY 2**

**Confirmation KLG67W**

**Terminal 4**

**Arrive 1/29/2020 10:20 AM**

Duration  10 hours, 20 minutes

Aircraft  Boeing 787-9

Stops  nonstop

Distance  5,662 mi

Fare Class  Economy (U)

Meal  BREAKFAST, HOT MEAL

Name  Shira Abadi

Ticket  1142480412422

Name  Michelle Abadi

Ticket  114-2480412421

Total Cost  **$798.96**

**Tue, Feb 4 2020**

1:00 PM
GMT+2

**TLV - JFK**

**Flight Number LY 7**

**Confirmation KLG67W**

Terminal 3
Arrive 2/4/2020 6:00 PM

Duration 12 hours                                                    Total Cost $798.96

Aircraft Boeing 787-9

Stops nonstop

Distance 5,662 mi

Fare Class Economy (U)

Meal BREAKFAST, HOT MEAL

Name Shira Abadi

Ticket 1142480412422

Name Michelle Abadi

Ticket 114-2480412421

**Wed, Feb 5 2020**



Europcar
Drop off 1:00 PM GMT+2
19 KING DAVID STREET, JERUSALEM

Confirmation 1118685717                         Supplier Name Europcar

Car Type FO FIESTA 1.4 (EDAR) or similar        Total Cost USD 215.18

Car Details Economy, 4 Doors, 5 Seats, Luggage Capacity :   Restrictions Payment at the rental location: Modifications to
2, Automatic Transmission, Minimum age : 18                 your booking are free of charge up to the time
years...                                                    of pick-up (though new rental prices may
                                                            apply) Cancellation is free of charge up to 48
Mileage Charges Unlimited mileage                           hours before the time of pick-up and helps us
                                                            allocate the vehicle to another customer. You
Hours of Operation 8:00 AM - 6:00 PM                        may cancel by using the same booking
                                                            channel as the one used for your reservation
Phone +972 (2) 5001800                                      or by contacting our local Call Center. If you fail
                                                            to collect the vehicle in due time and have not
Name AARON ABADI                                            cancelled the reservation, a fee of 95 EUR/
                                                            GBP 102/ AUD 165/ 700 DKK (depending on
                                                            local currency) or the whole price of rental if
                                                            value is lower, will be charged. If you lodged
                                                            your credit card details to guarantee your
                                                            booking then you agree that we may charge a
                                                            fee of USD 50.00 against that credit card if you
                                                            have not cancelled your booking and fail to
                                                            collect the vehicle on the day of pick-up.
                                                            Online pre-payment: Modifications to your
                                                            booking are free of charge (though new rental
                                                            prices may apply). Cancellation is free of
                                                            charge up to 48h before the start of the rental
                                                            day. If you cancel your reservation less than 48
                                                            hours before the due pick up date and time, a
                                                            fee of EUR 50 / GBP 45/ AUD 65/ NZD 50/ 370
                                                            DKK (depending on local currency), or the
                                                            whole price of rental if value is lower, will be
                                                            charged. If you fail to collect the vehicle in due
                                                            time, and have not cancelled, a fee of 95 EUR/
                                                            GBP 102/ AUD 95/ NZD 95/ 700 DKK
                                                            (depending on local currency), or the whole
                                                            price of rental if value is lower, will be charged.
                                                            If you return the vehicle to us before the end of
                                                            the agreed rental period then you will not be
                                                            entitled to a refund for any unused days.

 **TripIt** *a Part of Concur*

# Vegas

Las Vegas, NV
Jan 4 - 17, 2020 (14 days)
Travelers: Aaron Abadi

**Sat, Jan 4 2020**

**5:45 PM**
**EST**

### PHL - ATL

**Flight Number DL 1661**

**Confirmation F87RPE**

**Terminal D, Gate D14**

**Arrive 1/4/2020 8:08 PM**

| | |
|---|---|
| Duration  2 hours, 23 minutes | Booking Date  2019-12-05 |
| Baggage Claim  4 | Total Cost  $5.60 USD |
| Aircraft  Boeing (Douglas) MD-90 | |
| Stops  nonstop | |
| Distance  665 mi | |
| Fare Class  Basic Economy (N) | |
| Name  Aaron Abadi | |
| Ticket  0062409569986 | |
| Loyalty Account  2426362360 | |

1 hour, 8 minutes layover in Atlanta

**9:16 PM**
**EST**

### ATL - LAS

**Flight Number DL 2187**

**Confirmation F87RPE**

**Terminal S, Gate T6**

**Arrive 1/4/2020 10:54 PM**

| | |
|---|---|
| Duration  4 hours, 38 minutes | Booking Date  2019-12-05 |
| Aircraft  Boeing 757-300 Passenger | Total Cost  $5.60 USD |
| Stops  nonstop | |
| Distance  1,742 mi | |
| Fare Class  Basic Economy (N) | |
| Name  Aaron Abadi | |
| Ticket  0062409569986 | |
| Loyalty Account  2426362360 | |

### Excalibur Hotel & Casino

Check in 11:50 PM PST

3850 S Las Vegas Blvd, Las Vegas, NV 89109, USA



Confirmation  M03B46773

Room Description  Resort Tower King Room

Name  Aaron

Supplier Name  Excalibur Hotel & Casino

Supplier Website  https://www.excalibur.com/en.html?
icid=GMB_Hotel_Excalibur

Supplier Phone  +1 702-597-7777

Total Cost  $102.36

Restrictions  Your reservation deposit is refundable if
cancelled before Jan 1, 2020 12:00 AM in the
hotel's local time.

**Mon, Jan 6 2020**



**Excalibur Hotel & Casino**

Check out 11:00 AM PST

3850 S Las Vegas Blvd, Las Vegas, NV 89109, USA

Confirmation  M03B46773

Room Description  Resort Tower King Room

Name  Aaron

Supplier Name  Excalibur Hotel & Casino

Supplier Website  https://www.excalibur.com/en.html?
icid=GMB_Hotel_Excalibur

Supplier Phone  +1 702-597-7777

Total Cost  $102.36

Restrictions  Your reservation deposit is refundable if
cancelled before Jan 1, 2020 12:00 AM in the
hotel's local time.



**Enterprise Rent-A-Car**

Pick up 12:00 PM PST

4517 W Flamingo Rd Las Vegas, NV 89103

Confirmation  1950336790

Car Type  Transmission Type

Car Details  Ford F150 or Similar

Hours of Operation  Monday: 7:00 AM - 5:00 PM

Phone  7023656662

Name  AARON ABADI

Loyalty Account  KMBJZVJ

Supplier Name  Enterprise Rent-A-Car

Total Cost  $183.51



**Budget**

Pick up 12:00 PM PST

3041 Las Vegas Blvd,, LAS VEGAS, NV 89109 US

Confirmation  20509266US1

Car Type  Toyota Rav4 or similar

Car Details  Automatic Transmission

Mileage Charges  Unlimited free miles

Hours of Operation  Sun - Sat 7:30 AM - 4:30 PM

Phone  (1) 702-568-2241

Name  AARON

Supplier Name  Budget

Total Cost  $204.09

**Tue, Jan 7 2020**



**Hampton Inn & Suites St. George SunRiver**

Check in 3:00 PM MST

1250 West SunRiver Parkway St George UT 84790 US

| | | |
|---|---|---|
| Confirmation 96812327 | Supplier Name Hampton Inn & Suites St. George SunRiver | |
| Room Description 2 QUEENS MICROWV/FRIDGE | Supplier Phone 14356569900 | |
| Number of Rooms 1 | | |
| Number of Guests 1 | | |
| Name AARON ABADI | | |
| Loyalty Account 047533913 | | |
| Note Total price for Stay: 21,000 Points | | |

**Wed, Jan 8 2020**



**Hampton Inn & Suites St. George SunRiver**

Check out 11:00 AM MST

1250 West SunRiver Parkway St George UT 84790 US

| | | |
|---|---|---|
| Confirmation 96812327 | Supplier Name Hampton Inn & Suites St. George SunRiver | |
| Room Description 2 QUEENS MICROWV/FRIDGE | Supplier Phone 14356569900 | |
| Number of Rooms 1 | | |
| Number of Guests 1 | | |
| Name AARON ABADI | | |
| Loyalty Account 047533913 | | |
| Note Total price for Stay: 21,000 Points | | |

**Thu, Jan 9 2020**



**Fairfield Inn & Suites Twentynine Palms-Joshua Tree National Park**

Check in 3:00 PM PST

6333 Encelia Avenue Twentynine Palms California 92277 USA

| | |
|---|---|
| Confirmation 72484418 | Supplier Name Fairfield Inn & Suites Twentynine Palms-Joshua Tree National Park |
| Room Description Studio, 1 King, Sofa bed | Supplier Phone +1-760-361-5000 |
| Number of Rooms 1 | |
| Number of Guests 1 | Restrictions You may cancel your reservation for no charge before 11:59 PM local hotel time on Tuesday, January 7, 2020 (2 day(s) before arrival). Please note that a change in the length or dates of your reservation may result in a rate change. |
| Name Aaron Abadi | |
| Loyalty Account XXXXX0988 | |
| Note Non-Smoking Room | |

**Fri, Jan 10 2020**



**Fairfield Inn & Suites Twentynine Palms-Joshua Tree National Park**

Check out 12:00 PM PST

6333 Encelia Avenue Twentynine Palms California 92277 USA

| | |
|---|---|
| Confirmation 72484418 | Supplier Name Fairfield Inn & Suites Twentynine Palms-Joshua Tree National Park |
| Room Description Studio, 1 King, Sofa bed | |

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Note  Non-Smoking Room

Supplier Phone  +1-760-361-5000

Restrictions  You may cancel your reservation for no charge
before 11:59 PM local hotel time on Tuesday,
January 7, 2020 (2 day[s] before arrival). Please
note that a change in the length or dates of
your reservation may result in a rate change.

**Sun, Jan 12 2020**



### Rio All-Suite Hotel & Casino Las Vegas

Check in 3:00 PM PST

3700 W. Flamingo Road Las Vegas, NV 89103

Confirmation  6VCMZ

Room Description  Deluxe Suite

Number of Rooms  1

Number of Guests  2

Name  AARON ABADI

Note  2 Queens, Strip View, Non-Smoking

Supplier Name  Rio All-Suite Hotel & Casino Las Vegas

Supplier Phone  866-746-7671

Total Cost  $112.02

**Mon, Jan 13 2020**



### Enterprise Rent-A-Car

Drop off 12:00 PM PST

4517 W Flamingo Rd Las Vegas, NV 89103

Confirmation  1950336790

Car Type  Transmission Type

Car Details  Ford F150 or Similar

Name  AARON ABADI

Loyalty Account  KMBJZVJ

Supplier Name  Enterprise Rent-A-Car

Total Cost  $183.51



### Budget

Drop off 12:00 PM PST

3041 Las Vegas Blvd,, LAS VEGAS, NV 89109 US

Confirmation  20509266US1

Car Type  Toyota Rav4 or similar

Car Details  Automatic Transmission

Mileage Charges  Unlimited free miles

Hours of Operation  Sun - Sat 7:30 AM - 4:30 PM

Phone  (1) 702-568-2241

Name  AARON

Supplier Name  Budget

Total Cost  $204.09

**Tue, Jan 14 2020**



### Rio All-Suite Hotel & Casino Las Vegas

Check out 11:00 AM PST

3700 W. Flamingo Road Las Vegas, NV 89103

Confirmation  6VCMZ

Supplier Name  Rio All-Suite Hotel & Casino Las Vegas

Room Description  Deluxe Suite

Supplier Phone  866-746-7671

Number of Rooms  1

Total Cost  $112.02

Number of Guests  2

Name  AARON ABADI

Note  2 Queens, Strip View, Non-Smoking

---

**11:05 PM**
**PST**

### LAS - CLT

**Flight Number AA 525**
**Confirmation MGPUAP**
**Terminal 1, Gate D5**
**Arrive 1/15/2020 6:09 AM**

Duration  4 hours, 4 minutes

Total Cost  $52.15

Baggage Claim  B

Aircraft  Airbus A321

Stops  nonstop

Distance  1,910 mi

Fare Class  Coach (B)

Meal  Food For Purchase

Name  AARON ABADI

Ticket  0012392567822

**Wed, Jan 15 2020**

1 hour, 16 minutes layover in Charlotte

---

**7:25 AM**
**EST**

### CLT - EWR

**Flight Number AA 2187**
**Confirmation MGPUAP**
**Gate D13**
**Arrive 1/15/2020 9:18 AM**

Duration  1 hour, 53 minutes

Total Cost  $52.15

Aircraft  Boeing 737-800 Passenger

Stops  nonstop

Distance  528 mi

Fare Class  Coach (B)

Name  AARON ABADI

Ticket  0012392567822

---



### Avis

Pick up 9:30 AM EST
28 Newark Airport, Newark, NJ 07114 US

Confirmation  29768335US2

Supplier Name  Avis

Car Type  Toyota Corolla or similar                    Total Cost  $21.94

Mileage Charges  Unlimited

Hours of Operation  Sun - Sat open 24 hrs

Phone  (1) 973-961-4300

Name  AARON

**Thu, Jan 16 2020**



### Avis

**Drop off 9:30 AM EST**

1 Belmont Avenue (at City Avenue), GSB Building, Bala Cynwyd, PA 19004 US

Confirmation  29768335US2                              Supplier Name  Avis

Car Type  Toyota Corolla or similar                    Total Cost  $21.94

Mileage Charges  Unlimited

Hours of Operation  Sun 8:00 AM - 2:00 PM; Mon - Fri 7:00
                    AM - 7:00 PM; Sat 8:00 AM - 2:00 PM

Phone  (1) 610-667-2191

Name  AARON



## PowerGen 2019

New Orleans, LA
Nov 19 - 21, 2019 (3 days)
Travelers: Aaron Abadi

**Tue, Nov 19 2019**

5:46 PM
EST



### PHL - MSY

Flight Number F9 2341

Confirmation R9K2VM

Terminal E, Gate E10

Arrive 11/19/2019 7:54 PM

Duration  3 hours, 8 minutes                    Total Cost  **$28.62**

Aircraft  Airbus A320

Stops  nonstop

Distance  1,087 mi

Name  Aaron Abadi

Loyalty Account  90093801673

8:01 PM
CST

### E1 City Park 8:01 & 8:41

9:00 PM
CST

### Uber Or Street Car



### SpringHill Suites New Orleans Downtown/Canal Street

Check in 4:00 PM CST

1600 Canal Street New Orleans Louisiana 70112 USA

Confirmation  91827999

Room Description  Studio, 2 Queen, Sofa bed

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Note  Non-Smoking Room

Supplier Name  SpringHill Suites New Orleans Downtown/Canal Street

Supplier Phone  +1-504-702-6800

Total Cost  125.33 USD

Restrictions  You may cancel your reservation for no charge before 11:59 PM local hotel time on Saturday, November 16, 2019 (3 day[s] before arrival). Please note that we will assess a fee of 125.33 USD if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.

**Wed, Nov 20 2019**



### SpringHill Suites New Orleans Downtown/Canal Street

Check out 11:00 AM CST

1600 Canal Street New Orleans Louisiana 70112 USA

Confirmation  91827999                    Supplier Name  SpringHill Suites New Orleans Downtown/Canal Street

Room Description  Studio, 2 Queen, Sofa bed

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Note  Non-Smoking Room

Supplier Phone  +1-504-702-6800

Total Cost  125.33 USD

Restrictions  You may cancel your reservation for no charge
before 11:59 PM local hotel time on Saturday,
November 16, 2019 (3 day[s] before arrival).
Please note that we will assess a fee of 125.33
USD if you must cancel after this deadline.
Please note that a change in the length or
dates of your reservation may result in a rate
change.

**2:30 PM**
**EST**



### Jefferson Transit E1

Note  $2 to New Orleans or pay $6 for 24 hours unlimited Jet & RTA. "Regional Ride" Bus is called "E1 Veterans Downtown
Airport " Last bus 7:20pm Drop off at Canal & Claiborne (after Canal & Galvez) walk to hotel Return from Poydras Street
& Magazine Street a few blocks from the Convention center 3:27pm arrives 4:35pm at airport for 6pm flight. 2:32
arrives 3:40

**5:56 PM**
**CST**



### MSY - PHL

Flight Number F9 2338

Confirmation R9K2VM

Arrive 11/20/2019 9:37 PM

Duration  2 hours, 41 minutes

Aircraft  Airbus A320

Stops  nonstop

Distance  1,087 mi

Name  Aaron Abadi

Loyalty Account  90093801673

Total Cost  $28.62



## Raquel's Divorce

Phoenix, AZ
Oct 30 - Nov 6, 2019 (8 days)
Travelers: Aaron Abadi

**Wed, Oct 30 2019**

**7:59 PM**
**EDT**

**EWR - PHX**

**Flight Number UA 230**

**Confirmation MY6WXA**

**Terminal C, Gate 80**

**Arrive 10/30/2019 10:37 PM**

Duration  5 hours, 38 minutes

Baggage Claim  4

Aircraft  Airbus A319

Stops  nonstop

Distance  2,127 mi

Fare Class  Economy

Name  AARON ABADI

Name

Loyalty Account  367 666 559

Note  12,500 + $7.30

Booking Date  2019-10-30

Total Cost  $7.30

**Fri, Nov 1 2019**



**Hampton Inn & Suites Childress**

**Check in 3:00 PM CDT**

**400 Madison Avenue Childress TX 79201 US**

Confirmation  96875052

Room Description  2 QUEEN BEDS NONSMOKING

Number of Rooms  1

Number of Guests  3

Name  AARON ABADI

Supplier Name  Hampton Inn & Suites Childress

Supplier Phone  19409373500

Total Cost  121.81 USD

**Sat, Nov 2 2019**

**Hampton Inn & Suites Childress**

**Check out 11:00 AM CDT**

**400 Madison Avenue Childress TX 79201 US**

Confirmation  96875052

Room Description  2 QUEEN BEDS NONSMOKING

Number of Rooms  1

Number of Guests  3

Supplier Name  Hampton Inn & Suites Childress

Supplier Phone  19409373500

Total Cost  121.81 USD

Name  AARON ABADI



**The Westin Dallas Park Central**

Check in 3:00 PM CDT

12720 Merit Drive Dallas Texas 75251 USA

Confirmation  98562875

Room Description  Guest room, 2 Double

Number of Rooms  1

Number of Guests  4

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Note  Non-Smoking Room

Supplier Name  The Westin Dallas Park Central

Supplier Phone  +1-972-385-3000

Total Cost  262.12 USD

Restrictions  You may cancel your reservation for no charge
before 11:59 PM local hotel time on Thursday,
October 31, 2019 (2 day[s] before arrival).
Please note that we will assess a fee of 124.48
USD if you must cancel after this deadline.
Please note that a change in the length or
dates of your reservation may result in a rate
change.

**Mon, Nov 4 2019**



**The Westin Dallas Park Central**

Check out 12:00 PM CST

12720 Merit Drive Dallas Texas 75251 USA

Confirmation  98562875

Room Description  Guest room, 2 Double

Number of Rooms  1

Number of Guests  4

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Note  Non-Smoking Room

Supplier Name  The Westin Dallas Park Central

Supplier Phone  +1-972-385-3000

Total Cost  262.12 USD

Restrictions  You may cancel your reservation for no charge
before 11:59 PM local hotel time on Thursday,
October 31, 2019 (2 day[s] before arrival).
Please note that we will assess a fee of 124.48
USD if you must cancel after this deadline.
Please note that a change in the length or
dates of your reservation may result in a rate
change.

**8:00 PM
CST**



**DFW - EWR**

Flight Number UA 1834

Confirmation M4R63Z

Terminal E, Gate 6

Arrive 11/5/2019 12:19 AM

Duration  3 hours, 19 minutes

Baggage Claim  4

Aircraft  Airbus A320

Stops  nonstop

Distance  1,369 mi

Fare Class  Economy

Name  AARON ABADI

Name

Loyalty Account  367 666 559

Note  12,500 + $7.30

Booking Date  2019-10-30

Total Cost  $7.30



## Saudi/India

Riyadh, Saudi Arabia
Sep 18 - Oct 25, 2019 (38 days)
Travelers: Aaron Abadi

**Mon, Sep 23 2019**



10:00 PM
EDT

**PHL - LHR**

**Flight Number** BA 68

**Confirmation** PDCTJS

**Terminal A, Gate 16**

**Arrive 9/24/2019 10:20 AM**

Duration  7 hours, 20 minutes

Aircraft  Boeing 777

Stops  nonstop

Distance  3,533 mi

Fare Class  World Traveller

Name  AARON ABADI

Ticket  125-8799399622

Loyalty Account  61349144

Booking Date  2019-09-22

Total Cost  USD 238.70

**Tue, Sep 24 2019**



4 hours, 40 minutes layover in London

3:00 PM
GMT+1



**LHR - AUH**

**Flight Number** EY 20

**Confirmation** HKIEQV

**Terminal 4, Gate 10**

**Arrive 9/25/2019 1:10 AM**

Duration  7 hours, 10 minutes

Aircraft  Airbus A380-800 Passenger

Stops  nonstop

Distance  3,426 mi

Fare Class  Economy (N)

Meal  Meals

Name  Aaron Abadi

Ticket  0012379351228

Loyalty Account  F94B140

Booking Date  2019-09-22

Total Cost  $191.83

**Wed, Sep 25 2019**



1 hour, 5 minutes layover in Abu Dhabi

**2:15 AM**
**GMT+4**

### AUH - RUH

Flight Number EY 315

Confirmation HKIEQV

Terminal 3

Arrive 9/25/2019 3:15 AM

| | |
|---|---|
| Duration  2 hours | Booking Date  2019-09-22 |
| Baggage Claim  B11 | Total Cost  $191.83 |
| Aircraft  Boeing 777-300ER | |
| Stops  nonstop | |
| Distance  500 mi | |
| Fare Class  Economy (N) | |
| Meal  Refreshment | |
| Name  Aaron Abadi | |
| Ticket  0012379351228 | |
| Loyalty Account  F94B140 | |



### Enterprise Rent-A-Car

Pick up 4:00 AM GMT+3

Airport Riyadh, 11483

| | |
|---|---|
| Confirmation  1608532627 | Supplier Name  Enterprise Rent-A-Car |
| Car Type  Transmission Type | Booking Rate  $219.08 |
| Car Details  Chevrolet Tahoe or Similar | Total Cost  $437.07 |
| Hours of Operation  Tuesday: 12:00 AM - 11:59 PM | |
| Phone  920000028 | |
| Name  AARON ABADI | |



### Burj Rafal Hotel Riyadh

Check in 3:00 PM GMT+3

King Fahd Road, Exit 4, As Sahafah District, Riyadh 13315, Saudi Arabia

| | |
|---|---|
| Note  Aaron Abadi CEO National Environmental Group Cell  # 516-639-4100 | Supplier Name  Burj Rafal Hotel Riyadh |
| | Supplier Website  http://www.burjrafalhotel.com/ |
| | Supplier Phone  +966 11 511 7777 |

**Thu, Sep 26 2019**

### Burj Rafal Hotel Riyadh

Check out 1:00 PM GMT+3

King Fahd Road, Exit 4, As Sahafah District, Riyadh 13315, Saudi Arabia

| | |
|---|---|
| Note  Aaron Abadi CEO National Environmental Group Cell  # 516-639-4100 | Supplier Name  Burj Rafal Hotel Riyadh |
| | Supplier Website  http://www.burjrafalhotel.com/ |

Supplier Phone  +966 11 511 7777



## Madinah Marriott Hotel

Check in 2:00 PM GMT+3

King Faisal Street, Opposite Madinah Governor Office, P.O. Box 25711 Madinah 41476 Saudi Arabia

Confirmation  99949893

Room Description  Standard Twin Room, Guest room, 2
Double

Number of Rooms  2

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Madinah Marriott Hotel

Supplier Phone  +966-14-818-0000

Total Cost  377.74 SAR

Restrictions  You may cancel your reservation for no charge
until Wednesday, September 25, 2019 (1 day[s]
before arrival). Please note that we will assess
a fee of 377.74 SAR if you must cancel after this
deadline. Please note that a change in the
length or dates of your reservation may result
in a rate change.



## Avis

Pick up 3:30 PM GMT+3

Domestic Terminal, Riyadh, SA

Confirmation  19064514US0

Car Type  Hyundai Tucson 4x4 or similar

Mileage Charges  1400 kilometres included

Hours of Operation  Sun - Sat open 24 hrs

Phone  00966 1122 02635

Name  AARON

Supplier Name  Avis

Total Cost  $338.80



## Enterprise Rent-A-Car

Drop off 7:00 PM GMT+3

Airport Riyadh, 11483

Confirmation  1608532627

Car Type  Transmission Type

Car Details  Chevrolet Tahoe or Similar

Hours of Operation  Thursday: 12:00 AM - 11:59 PM

Phone  920000028

Name  AARON ABADI

Supplier Name  Enterprise Rent-A-Car

Booking Rate  $219.08

Total Cost  $437.07

**Fri, Sep 27 2019**



## Madinah Marriott Hotel

Check out 12:00 PM GMT+3

King Faisal Street, Opposite Madinah Governor Office, P.O. Box 25711 Madinah 41476 Saudi Arabia

Confirmation  99949893

Room Description  Standard Twin Room, Guest room, 2
Double

Number of Rooms  2

Number of Guests  1

Supplier Name  Madinah Marriott Hotel

Supplier Phone  +966-14-818-0000

Total Cost  377.74 SAR

Restrictions  You may cancel your reservation for no charge
until Wednesday, September 25, 2019 (1 day[s]
before arrival). Please note that we will assess

Name  Aaron Abadi

Loyalty Account  XXXXX0988

a fee of 377.74 SAR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.



### Four Points by Sheraton Makkah Al Naseem

Check in 4:00 PM GMT+3

Third Ring Road, Al Naseem District at Al Rajhi Mosque Makkah 21955 Saudi Arabia

Confirmation  70974723

Room Description  Standard King City View, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Four Points by Sheraton Makkah Al Naseem

Supplier Phone  +966-12-5508999

Total Cost  152.13 SAR

Restrictions  You may cancel your reservation for no charge until Thursday, September 26, 2019 (1 day[s] before arrival). Please note that we will assess a fee of 137.99 SAR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.

**Sat, Sep 28 2019**



### Four Points by Sheraton Makkah Al Naseem

Check out 12:00 PM GMT+3

Third Ring Road, Al Naseem District at Al Rajhi Mosque Makkah 21955 Saudi Arabia

Confirmation  70974723

Room Description  Standard King City View, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Four Points by Sheraton Makkah Al Naseem

Supplier Phone  +966-12-5508999

Total Cost  152.13 SAR

Restrictions  You may cancel your reservation for no charge until Thursday, September 26, 2019 (1 day[s] before arrival). Please note that we will assess a fee of 137.99 SAR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.



### Four Points by Sheraton Makkah Al Naseem

Check in 4:00 PM GMT+3

Third Ring Road, Al Naseem District at Al Rajhi Mosque Makkah 21955 Saudi Arabia

Confirmation  70986876

Room Description  Standard King City View, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Four Points by Sheraton Makkah Al Naseem

Supplier Phone  +966-12-5508999

Total Cost  152.13 SAR

Restrictions  You may cancel your reservation for no charge until Friday, September 27, 2019 (1 day[s] before arrival). Please note that we will assess a fee of 137.99 SAR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.

**Sun, Sep 29 2019**





**Four Points by Sheraton Makkah Al Naseem**

Check out 12:00 PM GMT+3

Third Ring Road, Al Naseem District at Al Rajhi Mosque Makkah 21955 Saudi Arabia

| | |
|---|---|
| Confirmation  70986876 | Supplier Name  Four Points by Sheraton Makkah Al Naseem |
| Room Description  Standard King City View, Guest room, 1 King, City view | Supplier Phone  +966-12-5508999 |
| Number of Rooms  1 | Total Cost  152.13 SAR |
| Number of Guests  1 | Restrictions  You may cancel your reservation for no charge until Friday, September 27, 2019 (1 day[s] before arrival). Please note that we will assess a fee of 137.99 SAR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change. |
| Name  Aaron Abadi | |
| Loyalty Account  XXXXX0988 | |

**Holiday Inn Jeddah Gateway**

Check in 3:00 PM GMT+3

Madinah Road, An Nuzha District, Jeddah 21462

| | |
|---|---|
| Confirmation  28628949 | Supplier Name  Holiday Inn Jeddah Gateway |
| Room Description  Deluxe Room | Supplier Phone  966-12-5108666 |
| Number of Rooms  2 | Restrictions  Canceling your reservation before 6:00 PM (local hotel time) on Sunday, 29 September, 2019 will result in no charge. Canceling your reservation after 6:00 PM (local hotel time) on 29 September, 2019, or failing to show, will result in a charge equal to the first night's stay per room to your credit card. Taxes may apply. Failing to call or show before check-out time after the first night of a reservation will result in cancellation of the remainder of your reservation. |
| Number of Guests  2 | |
| Name  Aaron Abadi | |
| Loyalty Account  557448719 | |

Tue, Oct 1 2019





**Holiday Inn Jeddah Gateway**

Check out 12:00 PM GMT+3

Madinah Road, An Nuzha District, Jeddah 21462

| | |
|---|---|
| Confirmation  28628949 | Supplier Name  Holiday Inn Jeddah Gateway |
| Room Description  Deluxe Room | Supplier Phone  966-12-5108666 |
| Number of Rooms  2 | Restrictions  Canceling your reservation before 6:00 PM (local hotel time) on Sunday, 29 September, 2019 will result in no charge. Canceling your reservation after 6:00 PM (local hotel time) on 29 September, 2019, or failing to show, will result in a charge equal to the first night's stay per room to your credit card. Taxes may apply. Failing to call or show before check-out time after the first night of a reservation will result in cancellation of the remainder of your reservation. |
| Number of Guests  2 | |
| Name  Aaron Abadi | |
| Loyalty Account  557448719 | |



**Holiday Inn Jeddah Gateway**

Check in 3:00 PM GMT+3

Madinah Road, An Nuzha District, Jeddah 21462

Confirmation  29947103

Room Description  Deluxe Room

Number of Rooms  2

Number of Guests  2

Name  Aaron Abadi

Loyalty Account  557448719

Supplier Name  Holiday Inn Jeddah Gateway

Supplier Phone  966-12-5108666

Restrictions  Canceling your reservation before 6:00 PM
(local hotel time) on Tuesday, 1 October, 2019
will result in no charge. Canceling your
reservation after 6:00 PM (local hotel time) on 1
October, 2019, or failing to show, will result in a
charge of 1 night per room to your credit card.
Taxes may apply. Failing to call or show before
check-out time after the first night of a
reservation will result in cancellation of the
remainder of your reservation.

**Wed, Oct 2 2019**



**Holiday Inn Jeddah Gateway**

**Check out 12:00 PM GMT+3**

**Madinah Road, An Nuzha District, Jeddah 21462**

Confirmation  29947103

Room Description  Deluxe Room

Number of Rooms  2

Number of Guests  2

Name  Aaron Abadi

Loyalty Account  557448719

Supplier Name  Holiday Inn Jeddah Gateway

Supplier Phone  966-12-5108666

Restrictions  Canceling your reservation before 6:00 PM
(local hotel time) on Tuesday, 1 October, 2019
will result in no charge. Canceling your
reservation after 6:00 PM (local hotel time) on 1
October, 2019, or failing to show, will result in a
charge of 1 night per room to your credit card.
Taxes may apply. Failing to call or show before
check-out time after the first night of a
reservation will result in cancellation of the
remainder of your reservation.

**11:30 PM**
**GMT+3**



**JED - BOM**

**Flight Number SG 69**

**Confirmation V8ZC4S**

**Terminal N**

**Arrive 10/3/2019 7:10 AM**

Duration  5 hours, 10 minutes

Aircraft  Boeing 737 Passenger

Stops  nonstop

Distance  2,185 mi

Name  AARON ABADI

Booking Date  2019-10-01

Total Cost  273.40 USD

**Thu, Oct 3 2019**

**11:35 AM**
**GMT+5:30**

**BOM - GOI**

**Flight Number SG 488**

**Confirmation V8ZC4S**

**Terminal 2, Gate 49A**

**Arrive 10/3/2019 1:00 PM**

Duration  1 hour, 25 minutes

Aircraft  Boeing 737 Passenger

Stops  nonstop

Booking Date  2019-10-01

Total Cost  273.40 USD

Distance  263 ml

Name  AARON ABADI



**DoubleTree by Hilton Goa - Panaji**

Check in 3:00 PM GMT+5:30

Kadamba Plateau, Panjim Old Goa Bypass Road, Velha Goa Panaji 403006 IN

Confirmation  3155051669                       Supplier Name  DoubleTree by Hilton Goa - Panaji

Room Description  KING EXECUTIVE RIVER VIEW    Supplier Phone  918322491900

Number of Rooms  1                             Total Cost  19,080.60 INR

Number of Guests  2

Name  AARON ABADI



**Avis**

Drop off 3:30 PM GMT+3

Saudi Arabian Airlines, Terminal Only, Jeddah, SA

Confirmation  19064514US0                      Supplier Name  Avis

Car Type  Hyundai Tucson 4x4 or similar        Total Cost  $338.80

Mileage Charges  1400 kilometres Included

Hours of Operation  Sun - Sat open 24 hrs

Phone  (966) 2685 5544

Name  AARON

**Fri, Oct 4 2019**

**6:05 AM**
**GMT+5:30**



**BLR - GOI**

Flight Number I5 1324

Confirmation CQB22V

Arrive 10/4/2019 7:20 AM

Duration  1 hour, 15 minutes                   Total Cost  4926 INR

Aircraft  Airbus A320

Stops  nonstop

Distance  299 mi

Name  DL Keshavamurthy



**DoubleTree by Hilton Goa - Panaji**

Check in 3:00 PM GMT+5:30

Kadamba Plateau, Panjim Old Goa Bypass Road, Velha Goa Panaji 403006 IN

Confirmation  3156634112                        Supplier Name  DoubleTree by Hilton Goa - Panaji

Room Description  KING GUEST ROOM              Supplier Phone  918322491900

Number of Rooms  1                             Total Cost  7,227.50 INR

Number of Guests  1

Name  AARON ABADI

**Sat, Oct 5 2019**



**DoubleTree by Hilton Goa - Panaji**

Check out 11:00 AM GMT+5:30

Kadamba Plateau, Panjim Old Goa Bypass Road, Velha Goa Panaji 403006 IN

Confirmation  3155051669

Supplier Name  DoubleTree by Hilton Goa - Panaji

Room Description  KING EXECUTIVE RIVER VIEW

Supplier Phone  918322491900

Number of Rooms  1

Total Cost  19,080.60 INR

Number of Guests  2

Name  AARON ABADI



**DoubleTree by Hilton Goa - Panaji**

Check out 11:00 AM GMT+5:30

Kadamba Plateau, Panjim Old Goa Bypass Road, Velha Goa Panaji 403006 IN

Confirmation  3156634112

Supplier Name  DoubleTree by Hilton Goa - Panaji

Room Description  KING GUEST ROOM

Supplier Phone  918322491900

Number of Rooms  1

Total Cost  7,227.50 INR

Number of Guests  1

Name  AARON ABADI

5:05 PM
GMT+5:30

**GOI - BLR**

Flight Number I5 1321

Confirmation V3DT4A

Arrive 10/5/2019 6:05 PM

Duration  1 hour

Total Cost  5956 INR

Aircraft  Airbus A320

Stops  nonstop

Distance  299 mi

Name  DL Keshavamurthy

5:05 PM
GMT+5:30

**GOI - BLR**

Flight Number I5 1321

Confirmation S8479B

Arrive 10/5/2019 6:05 PM

Duration  1 hour

Total Cost  5745 INR

Aircraft  Airbus A320

Stops  nonstop

Distance  299 mi

Name  Aaron Abadi



**Le Méridien Bangalore**

Check in 2:00 PM GMT+5:30

No. 28 Sankey Road, P.B. No. 174 (Opposite Bangalore Golf Club) Bengaluru, Karnataka 560052 India

Confirmation  85297780

Supplier Name  Le Méridien Bangalore

Room Description  Deluxe Room, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Phone  +91-80-22262233

Booking Rate  6,000.00 INR

Total Cost  14,160.00 INR

Restrictions  You may cancel your reservation for no charge until Thursday, October 3, 2019 (2 day[s] before arrival). Please note that we will assess a fee of 7,080.00 INR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.

**Mon, Oct 7 2019**



### Le Méridien Bangalore

Check out 12:00 PM GMT+5:30

No. 28 Sankey Road, P.B. No. 174 (Opposite Bangalore Golf Club) Bengaluru, Karnataka 560052 India

Confirmation  85297780

Room Description  Deluxe Room, Guest room, 1 King, City view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Le Méridien Bangalore

Supplier Phone  +91-80-22262233

Booking Rate  6,000.00 INR

Total Cost  14,160.00 INR

Restrictions  You may cancel your reservation for no charge until Thursday, October 3, 2019 (2 day[s] before arrival). Please note that we will assess a fee of 7,080.00 INR if you must cancel after this deadline. Please note that a change in the length or dates of your reservation may result in a rate change.

**4:00 PM
GMT+5:30**



### BLR - COK

**Flight Number 6E 347**

**Arrive 10/7/2019 4:55 PM**

Duration  55 minutes

Aircraft  Airbus A320

Stops  nonstop

Distance  228 mi

Name  Aaron Abadi



### Le Méridien Kochi

Check In 3:00 PM GMT+5:30

Maradu Kochi, Kerala 682304 India

Confirmation 88021551

Room Description Deluxe Room, Guest room, 1 King, Pool
access

Number of Rooms 1

Number of Guests 1

Name Aaron Abadi

Loyalty Account XXXXX0988

Supplier Name Le Méridien Kochi

Supplier Phone +91-484-2705777

Booking Rate 3,920.00 INR

Total Cost 13,171.20 INR

Restrictions You may cancel your reservation for no charge
until Sunday, October 6, 2019 (1 day[s] before
arrival). Please note that we will assess a fee of
4,390.40 INR if you must cancel after this
deadline. Please note that a change in the
length or dates of your reservation may result
in a rate change.

**Thu, Oct 10 2019**



### Le Méridien Kochi

Check out 12:00 PM GMT+5:30

Maradu Kochi, Kerala 682304 India

Confirmation 88021551

Room Description Deluxe Room, Guest room, 1 King, Pool
access

Number of Rooms 1

Number of Guests 1

Name Aaron Abadi

Loyalty Account XXXXX0988

Supplier Name Le Méridien Kochi

Supplier Phone +91-484-2705777

Booking Rate 3,920.00 INR

Total Cost 13,171.20 INR

Restrictions You may cancel your reservation for no charge
until Sunday, October 6, 2019 (1 day[s] before
arrival). Please note that we will assess a fee of
4,390.40 INR if you must cancel after this
deadline. Please note that a change in the
length or dates of your reservation may result
in a rate change.

**1:35 PM**
**GMT+5:30**

### COK - BLR

Flight Number I5 1322

Confirmation ZSD7HI

Arrive 10/10/2019 2:55 PM

Duration 1 hour, 20 minutes

Aircraft Airbus A320

Stops nonstop

Distance 228 mi

Name Unable to walk long distance

Name Premium Flex

Name Complimentary Meal

### Sheraton Grand Bangalore Hotel at Brigade Gateway

Check in 3:00 PM GMT+5:30

26/1 Dr. Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation 92692619

Room Description Premier Deluxe, Guest room, 1 King, City
view

Number of Rooms 1

Supplier Name Sheraton Grand Bangalore Hotel at Brigade
Gateway

Supplier Phone +91-80-42521000

Booking Rate 8,000.00 INR

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Total Cost  41,064.00 INR

Restrictions  You may cancel your reservation for no charge
until Wednesday, October 9, 2019 (1 day[s]
before arrival). Please note that we will assess
a fee of 10,738.00 INR if you must cancel after
this deadline. Please note that a change in the
length or dates of your reservation may result
in a rate change.

**Tue, Oct 22 2019**



**Sheraton Grand Bangalore Hotel at Brigade Gateway**

Check out 12:00 PM GMT+5:30

26/1 Dr Rajkumar Road, Malleswaram-Rajajinagar Bengaluru, Karnataka 560055 India

Confirmation  92692619

Room Description  Premier Deluxe, Guest room, 1 King, City
view

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  XXXXX0988

Supplier Name  Sheraton Grand Bangalore Hotel at Brigade
Gateway

Supplier Phone  +91-80-42521000

Booking Rate  8,000.00 INR

Total Cost  41,064.00 INR

Restrictions  You may cancel your reservation for no charge
until Wednesday, October 9, 2019 (1 day[s]
before arrival). Please note that we will assess
a fee of 10,738.00 INR if you must cancel after
this deadline. Please note that a change in the
length or dates of your reservation may result
in a rate change.

**Wed, Oct 23 2019**

**3:05 AM**
**GMT+5:30**

**BLR - FRA**

**Flight Number LH 755**

**Confirmation RNSUFA**

**Terminal 1, Gate 40**

**Arrive 10/23/2019 9:00 AM**

Duration  9 hours, 25 minutes

Aircraft  Boeing 747-8 Passenger

Stops  nonstop

Distance  4,596 mi

Fare Class  First

Name

Loyalty Account  367 666 559

Name  AARON ABADI

Note  105,000 + $656.80

Booking Date  2019-10-19

Total Cost  $656.80

1 hour, 15 minutes layover in Frankfurt

**10:15 AM**
**GMT+2**

**FRA - MUC**

**Flight Number LH 100**

**Confirmation RNSUFA**

**Terminal 1, Gate A24**

Arrive 10/23/2019 11:10 AM

| | |
|---|---|
| Duration 55 minutes | Booking Date 2019-10-19 |
| Aircraft Airbus A320 (sharklets) | Total Cost $656.80 |
| Stops nonstop | |
| Distance 185 mi | |
| Fare Class Business | |
| Name | |
| Loyalty Account 367 666 559 | |
| Name AARON ABADI | |
| Note 105,000 + $656.80 | |

 1 hour, 15 minutes layover in Munich

**12:25 PM**
**GMT+2**

**MUC - JFK**

**Flight Number LH 410**

**Confirmation RNSUFA**

**Terminal 2, Gate L21**

**Arrive 10/23/2019 3:25 PM**

| | |
|---|---|
| Duration 9 hours | Booking Date 2019-10-19 |
| Aircraft Airbus A340-600 | Total Cost $656.80 |
| Stops nonstop | |
| Distance 4,025 mi | |
| Fare Class First | |
| Name | |
| Loyalty Account 367 666 559 | |
| Name AARON ABADI | |
| Note 105,000 + $656.80 | |

**Avis**

**Pick up 4:00 PM EDT**

**305 Federal Circle, Jamaica, NY 11430 US**

| | |
|---|---|
| Confirmation 22396887US2 | Supplier Name Avis |
| Car Type Ford Escape or similar | Total Cost $174.79 |
| Car Details Automatic Transmission | |
| Mileage Charges Unlimited | |
| Hours of Operation Sun - Sat open 24 hrs | |
| Phone (1) 718-244-5400 | |
| Name AARON | |

**Fri, Oct 25 2019**

 **Avis**

**Drop off 4:00 PM EDT**

1 Belmont Avenue (at City Avenue), GSB Building, Bala Cynwyd, PA 19004 US

| | |
|---|---|
| Confirmation  22396887US2 | Supplier Name  Avis |
| Car Type:  Ford Escape or similar | Total Cost  $174.79 |

Car Details  Automatic Transmission

Mileage Charges  Unlimited

Hours of Operation  Sun 8:00 AM - 2:00 PM; Mon - Fri 7:00
AM - 7:00 PM; Sat 8:00 AM - 2:00 PM

Phone  (1) 610-667-2191

Name  AARON



# LA Nexgen Aug 2019

Los Angeles, CA
Aug 2 - 14, 2019 (13 days)
Travelers: Aaron Abadi

**Fri, Aug 2 2019**



**10:46 PM**
**EDT**

### LGA - DEN

Flight Number F9 503

Confirmation TH2JUE

Terminal C, Gate C41

Arrive 8/3/2019 12:59 AM

| | |
|---|---|
| Duration  4 hours, 13 minutes | Total Cost  $301.30 |
| Aircraft  Airbus A320 | |
| Stops  nonstop | |
| Distance  1,614 mi | |
| Name  Aaron Abadi | |
| Loyalty Account  90093801673 | |

**Sat, Aug 3 2019**



### Avis

Pick up 1:30 AM MDT

25500 East 78th Avenue, Denver, CO 80249 US

| | |
|---|---|
| Confirmation  14457166US3 | Supplier Name  Avis |
| Car Type  Ford Explorer AWD or similar | Total Cost  $290.60 |
| Car Details  Automatic Transmission | |
| Mileage Charges  Unlimited | |
| Hours of Operation  Sun - Sat open 24 hrs | |
| Phone  (1) 303-342-5500 | |
| Name  AARON | |

**Sun, Aug 4 2019**



### Rio All-Suite Hotel & Casino Las Vegas

Check in 3:00 PM PDT

3700 W. Flamingo Road Las Vegas, NV 89103

| | |
|---|---|
| Confirmation  MVLCG | Supplier Name  Rio All-Suite Hotel & Casino Las Vegas |
| Room Description  Deluxe Masquarade Tower | Supplier Phone  866-746-7671 |
| Number of Rooms  1 | Total Cost  $36.28 |
| Number of Guests  2 | |
| Name  AARON ABADI | |
| Note  Strip View, 1 King, Non-Smoking | |

**Mon, Aug 5 2019**



**Rio All-Suite Hotel & Casino Las Vegas**

Check out 11:00 AM PDT

3700 W. Flamingo Road Las Vegas, NV 89103

Confirmation  MVLCG

Room Description  Deluxe Masquarade Tower

Number of Rooms  1

Number of Guests  2

Name  AARON ABADI

Note  Strip View, 1 King, Non-Smoking

Supplier Name  Rio All-Suite Hotel & Casino Las Vegas

Supplier Phone  866-746-7671

Total Cost  $36.28



**Holiday Inn Los Angeles - LAX**

Check in 3:00 PM PDT

9901 S La Cienega Boulevard, Los Angeles, CA 90045

Confirmation  47465623

Room Description  1 King Bed Nonsmoking

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  557448719

Supplier Name  Holiday Inn Los Angeles - LAX

Supplier Phone  1-310-6495151

Total Cost  $152.78 USD

Restrictions  Canceling your reservation or failing to show will result in a charge for 1 night per room to your credit card. Taxes may apply. Failing to call or show before check-out time after the first night of a reservation will result in cancellation of the remainder of your reservation.

**Tue, Aug 6 2019**



**Holiday Inn Los Angeles - LAX**

Check out 12:00 PM PDT

9901 S La Cienega Boulevard, Los Angeles, CA 90045

Confirmation  47465623

Room Description  1 King Bed Nonsmoking

Number of Rooms  1

Number of Guests  1

Name  Aaron Abadi

Loyalty Account  557448719

Supplier Name  Holiday Inn Los Angeles - LAX

Supplier Phone  1-310-6495151

Total Cost  $152.78 USD

Restrictions  Canceling your reservation or failing to show will result in a charge for 1 night per room to your credit card. Taxes may apply. Failing to call or show before check-out time after the first night of a reservation will result in cancellation of the remainder of your reservation.

**Mon, Aug 12 2019**



**Avis**

Drop off 1:30 AM PDT

7135 Gilespie Street, Las Vegas, NV 89119 US

Confirmation  14457166US3

Car Type  Ford Explorer AWD or similar

Car Details  Automatic Transmission

Supplier Name  Avis

Total Cost  $290.60

Mileage Charges  Unlimited

Hours of Operation  Sun - Sat open 24 hrs.

Phone  (1) 702-531-1500

Name  AARON



**Rio All-Suite Hotel & Casino Las Vegas**

Check in 3:00 PM PDT

3700 W. Flamingo Road Las Vegas, NV 89103

Confirmation  BFGVP

Room Description  Deluxe Masquarade Tower

Number of Rooms  1

Number of Guests  2

Name  AARON ABADI

Note  Strip View, 2 Queens, Non-Smoking

Supplier Name  Rio All-Suite Hotel & Casino Las Vegas

Supplier Phone  866-746-7671

Total Cost  $88.44

**Tue, Aug 13 2019**



**Rio All-Suite Hotel & Casino Las Vegas**

Check out 11:00 AM PDT

3700 W. Flamingo Road Las Vegas, NV 89103

Confirmation  BFGVP

Room Description  Deluxe Masquarade Tower

Number of Rooms  1

Number of Guests  2

Name  AARON ABADI

Note  Strip View, 2 Queens, Non-Smoking

Supplier Name  Rio All-Suite Hotel & Casino Las Vegas

Supplier Phone  866-746-7671

Total Cost  $88.44

**10:03 PM PDT**

**LAS - PHL**

Flight Number F9 2142

Confirmation PBCS8D

Terminal 3, Gate D19

Arrive 8/14/2019 6:00 AM

Duration  4 hours, 57 minutes

Aircraft  Airbus A320

Stops  nonstop

Distance  2,170 mi

Name  Aaron Abadi

Loyalty Account  90093801673

Total Cost  $203.30



## Florida Pesach 2019

Miami Beach, FL
Apr 13 - 25, 2019 (13 days)
Travelers: Aaron Abadi, michal.abadi

**Thu, Apr 18 2019**

**11:35 AM**
**EDT**



**EWR - PBI**

Flight Number B6 1043

Confirmation NNZKEG

Terminal A, Gate 16

Arrive 4/18/2019 2:22 PM

Duration  2 hours, 47 minutes

Aircraft  Airbus A320

Stops  nonstop

Distance  1,025 mi

Name  SHIRA ABADI

Ticket  2792123340234

Name  MICHELLE ABADI

Ticket  2792123340233



**Residence Inn Miami Airport West**

Check in 3:00 PM EDT

3450 NW 91st Avenue Doral, Florida 33172 USA

Confirmation  94963074

Room Description  Studio, 1 King, Sofa bed

Number of Rooms  1

Number of Guests  3

Name  AARON ABADI

Supplier Name  Residence Inn Miami Airport West

Supplier Phone  +17868148427

Restrictions  You may cancel your reservation for no charge until April 16, 2019 (2 day[s] before arrival). Please note that we will assess a fee if you must cancel after this deadline. If you have made a prepayment, we will retain all or part of your prepayment. If not, we will charge your credit card.

**Fri, Apr 19 2019**



**Residence Inn Miami Airport West**

Check out 11:00 AM EDT

3450 NW 91st Avenue Doral, Florida 33172 USA

Confirmation  94963074

Room Description  Studio, 1 King, Sofa bed

Number of Rooms  1

Number of Guests  3

Name  AARON ABADI

Supplier Name  Residence Inn Miami Airport West

Supplier Phone  +17868148427

Restrictions  You may cancel your reservation for no charge
until April 16, 2019 (2 day[s] before arrival).
Please note that we will assess a fee if you
must cancel after this deadline. If you have
made a prepayment, we will retain all or part of
your prepayment. If not, we will charge your
credit card.



### The Gates Hotel South Beach – a DoubleTree by Hilton

Check in 4:00 PM EDT

2360 Collins Avenue, Miami Beach FL 33139, US

Confirmation  97417172

Room Description  2 QUEEN BEDS

Number of Rooms  1

Number of Guests  1

Name  AARON ABADI

Supplier Name  The Gates Hotel South Beach – a
DoubleTree by Hilton

Supplier Phone  +1 3058609444

Total Cost  966.87 USD

Restrictions  It's free to cancel or update your reservation by
11:59pm local hotel time on Apr-16-2019

**Mon, Apr 22 2019**



### The Gates Hotel South Beach – a DoubleTree by Hilton

Check out 11:00 AM EDT

2360 Collins Avenue, Miami Beach FL 33139, US

Confirmation  97417172

Room Description  2 QUEEN BEDS

Number of Rooms  1

Number of Guests  1

Name  AARON ABADI

Supplier Name  The Gates Hotel South Beach – a
DoubleTree by Hilton

Supplier Phone  +1 3058609444

Total Cost  966.87 USD

Restrictions  It's free to cancel or update your reservation by
11:59pm local hotel time on Apr-16-2019



## Florida Midwinter

Miami, FL
Jan 16 - 29, 2019 (14 days)
Travelers: Aaron Abadi, michal.abadi

**Wed, Jan 16 2019**



**Hampton Inn Miami-Airport West**

Check in 3:00 PM EST

3620 NW 79th Avenue, Doral FL 33166, US

Confirmation  90041178

Room Description  2 DOUBLE BEDS NONSMOKING

Number of Rooms  1

Number of Guests  1

Name

Supplier Name  Hampton Inn Miami-Airport West

Supplier Phone  +1 3055130777

Total Cost  193.62 USD

**10:50 PM EST**

**LGA - MIA**

Flight Number F9 2881

Confirmation P2YLNB

Terminal C, Gate D1

Arrive 1/17/2019 2:12 AM

Duration  3 hours, 22 minutes

Baggage Claim  10

Aircraft  Airbus A320

Stops  nonstop

Distance  1,098 mi

Name  AARON ABADI

Name  Michelle Abadi

Name  Shira Abadi

**Thu, Jan 17 2019**



**Hampton Inn Miami-Airport West**

Check out 11:00 AM EST

3620 NW 79th Avenue, Doral FL 33166, US

Confirmation  90041178

Room Description  2 DOUBLE BEDS NONSMOKING

Number of Rooms  1

Number of Guests  1

Name

Supplier Name  Hampton Inn Miami-Airport West

Supplier Phone  +1 3055130777

Total Cost  193.62 USD

**12:30 PM EST**



**UBER to Escape Campervan**

To: 1239 Alton Rd #7, Miami Beach, FL 33139, USA



**Car Rental**

Pick up 1:00 PM EST

1239 Alton Rd Suite Number 7 Miami Beach

Confirmation  MIM42931                                           Booking Date  2018-10-18

Car Type  The Escape Big Sur

Name  Aaron ABADIBIG SURSLEEPER



**Oleta River State Park**

Check in 4:00 PM EST

FL

Confirmation  2-36288386                                         Supplier Name  Oleta River State Park

Room Description  Site: 008, Site Type: Cabin, Equipment:       Supplier Phone  1-888-433-0287
0, Vehicles: 1

Number of Guests  4

Note  The park gates close at sunset. If you plan to arrive
late please contact the park prior to 5 PM on the day
of your arrival. Cabins are available year-round. For
everyone's enjoyment, including pets, please observe
the following pet camping rules. Failure to abide by
these rules may result in the camper being asked to
board the pet outside the park or check out of the
campground. Domestic pets are permitted in
designated day-use areas at all Florida State Parks.
For the complete Florida State Parks Pet Policy, click
here. Pets are not allowed in any state park cabins or
cabin areas. The number of pets allowed is variable
by park depending on the campsite types and buffer
zones available, but shall not exceed four. All pets
must be confined, leashed, or otherwise under the
physical control of a person at all times. Leashes may
not exceed six feet in length. This rule does not apply
to horses and pack animals brought in for equestrian
trail use. Pets must be well-behaved at all times. In
campgrounds, pets must be confined in the owner's
camping unit during designated quiet time hours, 11
p.m. to 7 a.m. At other times, pets may be left
unattended on the owner's campsite for no more than
30 minutes and must be leashed. Pet owners are
required to pick up after their pets and properly
dispose of all pet droppings in trash receptacles. Pets
that are noisy, vicious, dangerous, disturbing or
intimidating to other persons or pets, or which
damage park resources, are considered to be
nuisances and will not be permitted to remain in the
park. Non-furbearing pets, such as reptiles, birds or
fish, must be confined or under the physical control of
the owner. Some animals may be prohibited on park
property. Captive wild species, whether native or non-
native and barnyard animals, except horses, are
prohibited. Dogs, cats and other pets must be
vaccinated as per Chapter 828, F.S. Florida Law.
Owners do not need written proof of vaccination
when registering to camp. Equestrians are required,
upon request, to provide proof of negative Coggins
test (EIA test) for each horse on areas administered
by the division in accordance with F.A.C. 5C-18.010,
5C-18.011. This also applies to miniature horses that
are service animals. Pets are not allowed at Ellie
Schiller Homosassa Springs State Park because of
the captive wildlife. The park provides complimentary

kennels at the main entrance of the park on US 19 for
those visitors traveling with pets. They are self-
service and free. Service animals are welcome in all
areas of the park where visitors are normally allowed.
No one younger than 18 may camp overnight unless
accompanied by a responsible adult, who will remain
onsite for the period rented.

**Fri, Jan 18 2019**



### Oleta River State Park

Check out 11:00 AM EST

FL

Confirmation  2-36288386

Supplier Name  Oleta River State Park

Room Description  Site: 008, Site Type: Cabin, Equipment:
0, Vehicles: 1

Supplier Phone  1-888-433-0287

Number of Guests  4

Note  The park gates close at sunset. If you plan to arrive
late please contact the park prior to 5 PM on the day
of your arrival. Cabins are available year-round. For
everyone's enjoyment, including pets, please observe
the following pet camping rules. Failure to abide by
these rules may result in the camper being asked to
board the pet outside the park or check out of the
campground. Domestic pets are permitted in
designated day-use areas at all Florida State Parks.
For the complete Florida State Parks Pet Policy, click
here. Pets are not allowed in any state park cabins or
cabin areas. The number of pets allowed is variable
by park depending on the campsite types and buffer
zones available, but shall not exceed four. All pets
must be confined, leashed, or otherwise under the
physical control of a person at all times. Leashes may
not exceed six feet in length. This rule does not apply
to horses and pack animals brought in for equestrian
trail use. Pets must be well-behaved at all times. In
campgrounds, pets must be confined in the owner's
camping unit during designated quiet time hours, 11
p.m. to 7 a.m. At other times, pets may be left
unattended on the owner's campsite for no more than
30 minutes and must be leashed. Pet owners are
required to pick up after their pets and properly
dispose of all pet droppings in trash receptacles. Pets
that are noisy, vicious, dangerous, disturbing or
intimidating to other persons or pets, or which
damage park resources, are considered to be
nuisances and will not be permitted to remain in the
park. Non-furbearing pets, such as reptiles, birds or
fish, must be confined or under the physical control of
the owner. Some animals may be prohibited on park
property. Captive wild species, whether native or non-
native and barnyard animals, except horses, are
prohibited. Dogs, cats and other pets must be
vaccinated as per Chapter 828, F.S. Florida Law.
Owners do not need written proof of vaccination
when registering to camp. Equestrians are required,
upon request, to provide proof of negative Coggins
test (EIA test) for each horse on areas administered
by the division in accordance with F.A.C. 5C-18.010,
5C-18.011. This also applies to miniature horses that
are service animals. Pets are not allowed at Ellie
Schiller Homosassa Springs State Park because of
the captive wildlife. The park provides complimentary
kennels at the main entrance of the park on US 19 for
those visitors traveling with pets. They are self-
service and free. Service animals are welcome in all

areas of the park where visitors are normally allowed.
No one younger than 18 may camp overnight unless
accompanied by a responsible adult, who will remain
onsite for the period rented.



**The Gates Hotel South Beach – a DoubleTree by Hilton**

Check in 3:00 PM EST

2360 Collins Avenue, Miami Beach FL 33139, US

Confirmation  97233815

Room Description  2 QUEEN BEDS

Number of Rooms  1

Number of Guests  1

Name

Supplier Name  The Gates Hotel South Beach – a
DoubleTree by Hilton

Supplier Phone  +1 3058609444

Total Cost  720.32 USD

**Sun, Jan 20 2019**



**The Gates Hotel South Beach – a DoubleTree by Hilton**

Check out 11:00 AM EST

2360 Collins Avenue, Miami Beach FL 33139, US

Confirmation  97233815

Room Description  2 QUEEN BEDS

Number of Rooms  1

Number of Guests  1

Name

Supplier Name  The Gates Hotel South Beach – a
DoubleTree by Hilton

Supplier Phone  +1 3058609444

Total Cost  720.32 USD



**Oleta River State Park**

Check in 4:00 PM EST

FL

Confirmation  2-36289562

Room Description  Site: 004, Site Type: Cabin, Equipment:
0, Vehicles: 1

Number of Guests  4

Supplier Name  Oleta River State Park

Supplier Phone  1-888-433-0287

Note  The park gates close at sunset. If you plan to arrive
late please contact the park prior to 5 PM on the day
of your arrival. Cabins are available year-round. For
everyone's enjoyment, including pets, please observe
the following pet camping rules. Failure to abide by
these rules may result in the camper being asked to
board the pet outside the park or check out of the
campground. Domestic pets are permitted in
designated day-use areas at all Florida State Parks.
For the complete Florida State Parks Pet Policy, click
here. Pets are not allowed in any state park cabins or
cabin areas. The number of pets allowed is variable
by park depending on the campsite types and buffer
zones available, but shall not exceed four. All pets
must be confined, leashed, or otherwise under the
physical control of a person at all times. Leashes may
not exceed six feet in length. This rule does not apply
to horses and pack animals brought in for equestrian
trail use. Pets must be well-behaved at all times. In
campgrounds, pets must be confined in the owner's
camping unit during designated quiet time hours, 11
p.m. to 7 a.m. At other times, pets may be left

unattended on the owner's campsite for no more than 30 minutes and must be leashed. Pet owners are required to pick up after their pets and properly dispose of all pet droppings in trash receptacles. Pets that are noisy, vicious, dangerous, disturbing or intimidating to other persons or pets, or which damage park resources, are considered to be nuisances and will not be permitted to remain in the park. Non-furbearing pets, such as reptiles, birds or fish, must be confined or under the physical control of the owner. Some animals may be prohibited on park property. Captive wild species, whether native or non-native and barnyard animals, except horses, are prohibited. Dogs, cats and other pets must be vaccinated as per Chapter 828, F.S. Florida Law. Owners do not need written proof of vaccination when registering to camp. Equestrians are required, upon request, to provide proof of negative Coggins test (EIA test) for each horse as administered by the division in accordance with F.A.C. 5C-18.010, 5C-18.011. This also applies to miniature horses that are service animals. Pets are not allowed at Ellie Schiller Homosassa Springs State Park because of the captive wildlife. The park provides complimentary kennels at the main entrance of the park on US 19 for those visitors traveling with pets. They are self-service and free. Service animals are welcome in all areas of the park where visitors are normally allowed. No one younger than 18 may camp overnight unless accompanied by a responsible adult, who will remain onsite for the period rented.

**Mon, Jan 21 2019**

**11:00 AM**
**EST**

### JFK - FLL

Flight Number B6 2901

Confirmation YLLWCK

Terminal 5, Gate 11

Arrive 1/21/2019 2:15 PM

Duration  3 hours, 15 minutes                    Total Cost  USD44.80

Aircraft  Airbus A321

Stops  nonstop

Distance  1,070 mi

Name  Emma Daniel

Ticket  2792109511727

Loyalty Account  2202038466

Name  Ethan J Daniel

Ticket  2792109511728

Loyalty Account  2146520133

Name  Simon Daniel

Ticket  2792109511725

Loyalty Account  7100304093

Name  Ariella Daniel

Ticket  2792109511726

Loyalty Account  2113221121

**Tue, Jan 22 2019**

3:45 PM
EST



**JFK - MIA**

Flight Number AA 243

Terminal 8, Gate 41

Arrive 1/22/2019 7:18 PM

Duration  3 hours, 33 minutes

Baggage Claim  25

Aircraft  Boeing 767-300 Passenger

Stops  nonstop

Distance  1,091 mi

**Thu, Jan 24 2019**

**Oleta River State Park**

Check out 11:00 AM EST

FL

Confirmation  2-36289562

Room Description  Site: 004, Site Type: Cabin, Equipment:
0, Vehicles: 1

Number of Guests  4

Supplier Name  Oleta River State Park

Supplier Phone  1-888-433-0287

Note  The park gates close at sunset. If you plan to arrive
late please contact the park prior to 5 PM on the day
of your arrival. Cabins are available year-round. For
everyone's enjoyment, including pets, please observe
the following pet camping rules. Failure to abide by
these rules may result in the camper being asked to
board the pet outside the park or check out of the
campground. Domestic pets are permitted in
designated day-use areas at all Florida State Parks.
For the complete Florida State Parks Pet Policy, click
here. Pets are not allowed in any state park cabins or
cabin areas. The number of pets allowed is variable
by park depending on the campsite types and buffer
zones available, but shall not exceed four. All pets
must be confined, leashed, or otherwise under the
physical control of a person at all times. Leashes may
not exceed six feet in length. This rule does not apply
to horses and pack animals brought in for equestrian
trail use. Pets must be well-behaved at all times. In
campgrounds, pets must be confined in the owner's
camping unit during designated quiet time hours, 11
p.m. to 7 a.m. At other times, pets may be left
unattended on the owner's campsite for no more than
30 minutes and must be leashed. Pet owners are
required to pick up after their pets and properly
dispose of all pet droppings in trash receptacles. Pets
that are noisy, vicious, dangerous, disturbing or
intimidating to other persons or pets, or which
damage park resources, are considered to be
nuisances and will not be permitted to remain in the
park. Non-furbearing pets, such as reptiles, birds or
fish, must be confined or under the physical control of
the owner. Some animals may be prohibited on park
property. Captive wild species, whether native or non-
native and barnyard animals, except horses, are
prohibited. Dogs, cats and other pets must be
vaccinated as per Chapter 828, F.S. Florida Law.
Owners do not need written proof of vaccination
when registering to camp. Equestrians are required,

upon request, to provide proof of negative Coggins test (EIA test) for each horse on areas administered by the division in accordance with F.A.C. 5C-18.010, 5C-18.011. This also applies to miniature horses that are service animals. Pets are not allowed at Ellie Schiller Homosassa Springs State Park because of the captive wildlife. The park provides complimentary kennels at the main entrance of the park on US 19 for those visitors traveling with pets. They are self-service and free. Service animals are welcome in all areas of the park where visitors are normally allowed. No one younger than 18 may camp overnight unless accompanied by a responsible adult, who will remain onsite for the period rented.

**9:42 PM EST**

**MIA - JFK**

**Flight Number AA 1357**

**Terminal N, Gate D25**

**Arrive 1/25/2019 12:30 AM**

Duration  2 hours, 48 minutes

Baggage Claim  9

Aircraft  Boeing 757 Passenger

Stops  nonstop

Distance  1,091 mi

**Fri, Jan 25 2019**

**7:55 AM EST**

**FLL - JFK**

**Flight Number B6 1302**

**Confirmation YLLWCK**

**Terminal 3, Gate E6**

**Arrive 1/25/2019 10:46 AM**

Duration  2 hours, 51 minutes                         Total Cost  USD44.80

Aircraft  Airbus A321

Stops  nonstop

Distance  1,070 mi

Name  Emma Daniel

Ticket  2792109511727

Loyalty Account  2202038466

Name  Ethan J Daniel

Ticket  2792109511728

Loyalty Account  2146520133

Name  Simon Daniel

Ticket  2792109511725

Loyalty Account  7100304093

Name  Ariella Daniel

Ticket  2792109511726

Loyalty Account  2113221121



**8:00 AM**
**EST**



**Scooter Rental @ Disney Swan**

Note  https://www.applescooter.com/Confirm_Reservation.asp?
U=&Venue=Orlando&Reservation=&CCPost=&S=0&Range=&Help=&AC=Checked&DD=01/25/2019&PUD=01/27/2019&D
H=8&DM=00&DAMPM=AM&PUH=8&PUM=00&PAMPM=AM&OD=1/19/2019&HN=Walt%20Disney%20Swan%20Resort%
20Orlando&CR=Bell%20Captain&Attract=&OL=&SI=&NS=&Model=V103&Device=&Rate_OR=&DC_OR=&PUC_OR=&Ins
_OR=&Laun_OR=&Tax_OR=&First_Name=Aaron&Last_Name=Abadi&Address1=82%20Nassau%20Street&Address2=14
0&City=New%20York&State=NY&Zip_Code=10038&Email_Address=aa@neg.com&Mobile_Phone_Number=516-639-
4100&Credit_Card_Number=5262193097914654&CardStatus=.%20&RateScheme=Rate_OFL_010119&Card2=Valid&Ca
rdType=MasterCard&Note=&InCardStatus=&P_User=&P_Date=&CC_Exp_Date=05/21&Salesman=I&E=&Visit1=&NOS=1&
PUCheck=&Weight=2&Site= Aaron

**Walt Disney World Swan**

Check in 2:00 PM EST

1200 Epcot Resort Boulevard, Lake Buena Vista, Florida 32830 United States

| | |
|---|---|
| Confirmation  402645434 | Supplier Name  Walt Disney World Swan |
| Room Description  Traditional Non-smoking: 2 Queen Beds | Supplier Phone  +1 407 934-3000 |
| Number of Rooms  1 | Booking Rate  USD 277.88 |
| Number of Guests  2 | Total Cost  USD 277.88 |
| Name  AARON ABADI | |

Note  340 sq ft/32 sq m • Heavenly Bed And Bath • Non-
smoking • Mini-fridge • Hollywood Bath • Smoke-free

**Sat, Jan 26 2019**



**Walt Disney World Swan**

Check out 4:00 PM EST

1200 Epcot Resort Boulevard, Lake Buena Vista, Florida 32830 United States

| | |
|---|---|
| Confirmation  402645434 | Supplier Name  Walt Disney World Swan |
| Room Description  Traditional Non-smoking: 2 Queen Beds | Supplier Phone  +1 407 934-3000 |
| Number of Rooms  1 | Booking Rate  USD 277.88 |
| Number of Guests  2 | Total Cost  USD 277.88 |
| Name  AARON ABADI | |

Note  340 sq ft/32 sq m • Heavenly Bed And Bath • Non-
smoking • Mini-fridge • Hollywood Bath • Smoke-free

**Sun, Jan 27 2019**

**6:41 AM**
**EST**



**PBI - JFK**

Flight Number B6 54

Confirmation SYEWNA

Gate C16

Arrive 1/27/2019 9:20 AM

| | |
|---|---|
| Duration  2 hours, 39 minutes | Total Cost  $298.40 |
| Aircraft  Airbus A321 | |
| Stops  nonstop | |
| Distance  1,029 mi | |
| Name  Michelle Abadi | |
| Ticket  2792111721924 | |

Name  Shira Abadi

Ticket  2792111721910



**Car Rental**

**Drop off 10:00 AM EST**

**1239 Alton Rd Suite Number 7 Miami Beach**

Confirmation  MIM42931                    Booking Date  2018-10-18

Car Type  The Escape Big Sur

Name  Aaron ABADIBIG SURSLEEPER



**Avis**

**Pick up 11:00 AM EST**

**2318 Collins Avenue (at 23rd Street) , South Beach, Miami Beach, FL 33139 US**

Confirmation  44388931US6                 Supplier Name  Avis

Car Type  Ford Edge or similar            Total Cost  $75.81

Car Details  Automatic Transmission

Mileage Charges  Unlimited

Hours of Operation  Sun 9:00 AM - 5:00 PM; Mon - Fri 8:00
                    AM - 6:00 PM; Sat 9:00 AM - 5:00 PM

Phone  (1) 305-538-4441

Name  AARON

**Mon, Jan 28 2019**



**Avis**

**Drop off 10:30 AM EST**

**11005 Terminal Access Road, Fort Myers, FL 33913 US**

Confirmation  44388931US6                 Supplier Name  Avis

Car Type  Ford Edge or similar            Total Cost  $75.81

Car Details  Automatic Transmission

Mileage Charges  Unlimited

Hours of Operation  Sun - Sat 5:00 AM - 12:30 AM

Phone  (1) 239-225-2700

Name  AARON

**6:30 AM**                    **RSW - CLT**
**EST**
**Flight Number AA 1638**

**Confirmation OBUZVA**

**Gate D1**

**Arrive 1/28/2019 8:26 AM**

Duration  1 hour, 56 minutes              Booking Date  2019-01-24

Baggage Claim  C                          Total Cost  USD 5.60

Aircraft  Airbus A320

Stops  nonstop

Distance  600 mi

Fare Class  Economy

Name  AARON ABADI

Ticket  125-8786261729

Loyalty Account  61349144

1 hour, 34 minutes layover in Charlotte

**10:00 AM
EST**

**CLT - EWR**

**Flight Number AA 1539**

**Confirmation OBUZVA**

**Gate B14**

**Arrive 1/28/2019 12:01 PM**

Duration  2 hours, 1 minute

Baggage Claim  A8

Aircraft  Boeing 737-800 Passenger

Stops  nonstop

Distance  528 mi

Fare Class  Economy

Name  AARON ABADI

Ticket  125-8786261729

Loyalty Account  61349144

Booking Date  2019-01-24

Total Cost  USD 5.60