

EXHIBIT 79

# Bruhat Bengaluru Mahanagara Palike
### Office of the Executive Engineer-2, Solid Waste Management-1, Dassappa Hospital Compound, N.R.Road, Bengaluru – 560 002

No: EE-2/ SWM/ PR/ 182 / 2021-22           Date: 08.02.2022

## NOTICE II

To,
M/s. National Environment Group (NEG),
# 5/21, M.S. Mansion,
N.G.F Layout, Sanjaynagara,
Bengaluru – 560 094.

    Sub: Establishment of 600 MTPD capacity Waste to Energy Plant at Mavallipura on Design, Build, Finance, Operate and Transfer (DBOT) basis.

    Ref: 1. Government order No: UDD 405 MNY 2016 Bengaluru, Dated 11.11.2019.
          2. LOA issued EE-2/ SWM-1/ PR/ 136/ 19-20, Dated 22.11.2019.
          3. This office letter dated: 30.12.2021.
          4. Your office letter dated: 05.01.2022.

\*\* \*\* \*\*

    With respect to the above subject, you were informed to submit Performance Security for an amount of Rs. 2,50,00,000/- (Rupees two crores fifty lakhs only) in the form of Bank Guarantee vide ref (2) and (3) above and execute the Concessionaire Agreement.

    In response to this, in your letter dated 05.01.2022 you have given the reason that your organization is awaiting a final approval from the RBI to permit the transfer of amount to ICICI bank and you have given the assurance that all the processes will be completed in coming two weeks.

    But, so far we have not received the Performance Security. Therefore, you are hereby instructed to visit this office within 7 days from the receipt of this letter and submit Performance Security along with the signed Concessionaire Agreement. Else, action will be initiated as per Government order under ref (1) above. Please treat this as a Final Notice and no further time will be given for submission of Performance Security.

Executive Engineer-2
Solid waste Management

**Copy submitted to:**
1. The Learned Chief Commissioner for kind information.
2. The Special Commissioner (SWM) for kind information.
3. The Joint Commissioner (SWM) for kind information.

4. The Superintendent Engineer, SWM for kind information.
5. Office copy.