Case 1:23-cv-04033-LJL    Document 3-88    Filed 05/01/23    Page 1 of 1

4/25/23, 8:13 PM        S.J.Res.37 - 117th Congress (2021-2022): A joint resolution providing for congressional disapproval under chapter 8 of title 5, Unit...

# CONGRESS.GOV                                    EXHIBIT 83

## S.J.Res.37 - A joint resolution providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by Centers for Disease Control and Prevention relating to "Requirement for Persons To Wear Masks While on Conveyances and at Transportation Hubs".

117th Congress (2021-2022)

**Sponsor:** Sen. Paul, Rand [R-KY] (Introduced 02/10/2022)
**Committees:** Senate - Health, Education, Labor, and Pensions
**Latest Action:** Senate - 03/15/2022 Passed Senate without amendment by Yea-Nay Vote. 57 - 40. Record Vote Number: 81. (text: CR S1171) (All Actions)
**Roll Call Votes:** There has been 1 roll call vote
**Tracker:** ❶    [ Introduced ⟩ **Passed Senate** ]

**Summary(2)**    Text(3)    Actions(4)    Titles(1)    Amendments(0)    Cosponsors(21)    Committees(1)    Related Bills(1)

≡  ◀) Listen  ▶

There are 2 summaries for S.J.Res.37.    Passed Senate (03/15/2022)  

Bill summaries are authored by CRS.

**Shown Here:**
**Passed Senate (03/15/2022)**
This joint resolution nullifies the rule issued by the Centers for Disease Control and Prevention on February 3, 2021, that requires the use of face masks on planes, trains, buses, and other public conveyances and at transportation hubs to prevent the transmission of COVID-19.