```
                    U.S. DISTRICT COURT
             NORTHERN DISTRICT OF TEXAS
                         FILED
                      MAY - 1 2023
              CLERK, U.S. DISTRICT COURT
              By_____
                            Deputy
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

AARON ABADI
Plaintiff

v.

AMERICAN AIRLINES GROUP, INC. et al
Defendant

**2-23CV-074-Z**

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Aaron Abadi, Plaintiff

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Aaron Abadi

| | |
|---|---|
| Date: | 4/26/2023 |
| Signature: | *[signature]* |
| Print Name: | Aaron Abadi |
| Bar Number: | pro se |
| Address: | 82 Nassau Street Apt 140 |
| City, State, Zip: | New York, NY 10038 |
| Telephone: | 516-639-4100 |
| Fax: | |
| E-Mail: | aa@neg.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.





FROM: Abadi
82 Nassau St #40
NY, NY 10038

TO: Court Clerk
US District Court
205 SE 5th Ave Rm 133
Amarillo TX 79101-1559