AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas ▼

| | |
|---|---|
| AARON ABADI | ) |
| *Plaintiff* | ) |
| v. | ) |
| BRITISH AIRWAYS PLC, et al, | ) |
| *Defendant* | ) |

Case No.   2-23-CV-074-Z

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRITISH AIRWAYS, PLC                                                                                    .

Date:      05/03/2023

*Attorney's signature*

Anthony U. Battista (2802775NY)
*Printed name and bar number*
Condon & Forsyth LLP
7 Times Square, 18th Floor
New York, NY 10036

*Address*

abattista@condonlaw.com
*E-mail address*

(212) 490-9100
*Telephone number*

(212) 370-4453
*FAX number*