AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| AARON ABADI ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2-23-CV-074-Z |
| BRITISH AIRWAYS PLC, et al, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MATTHEW ROBERTS                                                                 .

Date:    05/03/2023

*Attorney's signature*

Anthony U. Battista (2802775NY)
*Printed name and bar number*
Condon & Forsyth LLP
7 Times Square, 18th Floor
New York, NY 10036

*Address*

abattista@condonlaw.com
*E-mail address*

(212) 490-9100
*Telephone number*

(212) 370-4453
*FAX number*