JURY,M/IFP

# U.S. District Court
## Northern District of Texas (Amarillo)
## CIVIL DOCKET FOR CASE #: 2:23−cv−00074−Z

Abadi v. American Airlines Group Inc, et al
Assigned to: Judge Matthew J. Kacsmaryk
Cause: 42:1983 Civil Rights Act

Date Filed: 05/01/2023
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Aaron Abadi**                                   represented by   **Aaron Abadi**
82 Nassau Street
Apt 140
New York, NY 10038
516−639−4100
Email: aabadi@optonline.net
PRO SE

V.

**Defendant**

**American Airlines Group Inc, et al**

**Defendant**

**British Airways PLC**                           represented by   **Anthony U Battista**
Condon & Forsyth LLP
7 Times Square
18th Floor
New York, NY 10036
212−490−9100
Fax: 212−370−4482
Email: abattista@condonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Matthew Roberts**                               represented by   **Anthony U Battista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2023 | 1 | New Case Notes: A filing fee has not been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (No magistrate judge |

| | | |
|---|---|---|
| | | assigned). Clerk to provide copy to plaintiff if not received electronically. (awc) (Entered: 05/02/2023) |
| 05/01/2023 | Ï2 | Notice and Instruction to Pro Se Party. (awc) (Entered: 05/02/2023) |
| 05/01/2023 | Ï3 | COMPLAINT WITH JURY DEMAND against American Airlines Group Inc, et al filed by Aaron Abadi. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Complaint cont., # 2 Complaint cont., # 3 Cover Sheet, # 4 Cover Letter, # 5 Proposed Summons Forms, # 6 Exhibit(s) 1, # 7 Exhibit(s) 2, # 8 Exhibit(s) 3, # 9 Exhibit(s) 4, # 10 Exhibit(s) 5, # 11 Exhibit(s) 6, # 12 Exhibit(s) 7, # 13 Exhibit(s) 8, # 14 Exhibit(s) 9, # 15 Exhibit(s) 10, # 16 Exhibit(s) 11, # 17 Exhibit(s) 12, # 18 Exhibit(s) 13) (awc) (Additional attachment(s) added on 5/2/2023: # 19 Exhibit(s) 14, # 20 Exhibit(s) 15, # 21 Exhibit(s) 16, # 22 Exhibit(s) 17, # 23 Exhibit(s) 18, # 24 Exhibit(s) 19, # 25 Exhibit(s) 20, # 26 Exhibit(s) 21, # 27 Exhibit(s) 22, # 28 Exhibit(s) 23, # 29 Exhibit(s) 24, # 30 Exhibit(s) 25, # 31 Exhibit(s) 26, # 32 Exhibit(s) 27, # 33 Exhibit(s) 28, # 34 Exhibit(s) 29, # 35 Exhibit(s) 30, # 36 Exhibit(s) 31, # 37 Exhibit(s) 32, # 38 Exhibit(s) 33) (awc). (Additional attachment(s) added on 5/2/2023: # 39 Exhibit(s) 34, # 40 Exhibit(s) 35, # 41 Exhibit(s) 36, # 42 Exhibit(s) 37) (awc). (Additional attachment(s) added on 5/2/2023: # 43 Exhibit(s) 38, # 44 Exhibit(s) 39, # 45 Exhibit(s) 40, # 46 Exhibit(s) 41, # 47 Exhibit(s) 42, # 48 Exhibit(s) 43) (awc). (Additional attachment(s) added on 5/2/2023: # 49 Exhibit(s) 44, # 50 Exhibit(s) 45, # 51 Exhibit(s) 46, # 52 Exhibit(s) 47, # 53 Exhibit(s) 48, # 54 Exhibit(s) 49, # 55 Exhibit(s) 50, # 56 Exhibit(s) 51, # 57 Exhibit(s) 52, # 58 Exhibit(s) 53, # 59 Exhibit(s) 54, # 60 Exhibit(s) 55, # 61 Exhibit(s) 56, # 62 Exhibit(s) 57, # 63 Exhibit(s) 58, # 64 Exhibit(s) 59) (awc). (Additional attachment(s) added on 5/2/2023: # 65 Exhibit(s) 60, # 66 Exhibit(s) 61, # 67 Exhibit(s) 62, # 68 Exhibit(s) 63, # 69 Exhibit(s) 64, # 70 Exhibit(s) 65, # 71 Exhibit(s) 66, # 72 Exhibit(s) 67, # 73 Exhibit(s) 68, # 74 Exhibit(s) 69, # 75 Exhibit(s) 70, # 76 Exhibit(s) 71, # 77 Exhibit(s) 72, # 78 Exhibit(s) 73) (awc). (Additional attachment(s) added on 5/2/2023: # 79 Exhibit(s) 74, # 80 Exhibit(s) 75, # 81 Exhibit(s) 76, # 82 Exhibit(s) 77, # 83 Exhibit(s) 78, # 84 Exhibit(s) 79, # 85 Exhibit(s) 80, # 86 Exhibit(s) 81, # 87 Exhibit(s) 82, # 88 Exhibit(s) 83) (awc). (Entered: 05/02/2023) |
| 05/01/2023 | Ï4 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Aaron Abadi. (Clerk QC note: No affiliate entered in ECF.) (awc) (Entered: 05/02/2023) |
| 05/01/2023 | Ï5 | MOTION for Leave to Proceed in forma pauperis filed by Aaron Abadi. (awc) (Entered: 05/02/2023) |
| 05/01/2023 | Ï6 | MOTION to Appoint Counsel filed by Aaron Abadi. (awc) (Entered: 05/02/2023) |
| 05/03/2023 | Ï7 | NOTICE of Attorney Appearance by Anthony U Battista on behalf of British Airways PLC. (Filer confirms contact info in ECF is current.) (Battista, Anthony) (Entered: 05/03/2023) |
| 05/03/2023 | Ï8 | NOTICE of Attorney Appearance by Anthony U Battista on behalf of Matthew Roberts. (Filer confirms contact info in ECF is current.) (Battista, Anthony) (Entered: 05/03/2023) |
| 05/08/2023 | Ï9 | ORDER Transferring to Another District: Case transferred to Southern District of New York. (Ordered by Judge Matthew J. Kacsmaryk on 5/8/2023) (nht) (Entered: 05/08/2023) |