AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AARON ABADI <br> *Plaintiff* <br> v. <br> AMERICAN AIRLINES GROUP, INC. et al <br> *Defendant* | ) ) ) ) ) Case No. 1:23-CV-04033-UA |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GULF AIR HOLDING B.S.C.

Date:   09/20/2023

*Attorney's signature*

Natalie D. Cox
*Printed name and bar number*
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174

*Address*

natalie.cox@clydeco.us
*E-mail address*

(212) 710-3900
*Telephone number*

(212) 710-3950
*FAX number*