AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AARON ABADI ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-04033-LJL |
| AMERICAN AIRLINES GROUP INC, et al, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Airlines, Inc., Delta Air Lines, Inc., JetBlue Airways Corp., Southwest Airlines Co., United Air Lines, Inc., Roy Goldberg, Robert Land, Debbie Castleton, and Nathalie Sacha.

Date: September 22, 2023

/s/ Kieran M. Corcoran
*Attorney's signature*

Kieran M. Corcoran (KC4935)
*Printed name and bar number*

100 Wall Street, Suite 201
New York, NY 10005
*Address*

kieran.corcoran@stinson.com
*E-mail address*

(646) 883-7471
*Telephone number*

(646) 883-7472
*FAX number*