AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AARON ABADI ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-CV-04033-LJL |
| AMERICAN AIRLINES GROUP, INC. et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LATAM Airlines Group S.A.

Date:   09/25/2023

*Attorney's signature*

Anthony U. Battista, Esq. (2802775)
*Printed name and bar number*

Condon & Forsyth LLP
7 Times Square - 18th Floor
New York, New York 10036
*Address*

abattista@condonlaw.com
*E-mail address*

(212) 490-9100
*Telephone number*

(212) 370-4453
*FAX number*