AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AARON ABADI, ) | |
| _Plaintiff_ ) | |
| v. ) | Case No.    1:23-cv-04033-LJL |
| AMERICAN AIRLINES GROUP INC., et al ) | |
| _Defendant_ ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aerovias de Mexico S.A. de C.V.  dba Aeromexico                                                              .

Date:     09/26/2023

_Attorney's signature_

John Maggio - JM6814
_Printed name and bar number_

Condon & Forsyth LLP
7 Times Square
New York, New York  10036

_Address_

jmaggio@condonlaw.com
_E-mail address_

(212) 894-6792
_Telephone number_

(212) 370-4453
_FAX number_