AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| AARON ABADI, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-04033-LJL |
| AMERICAN AIRLINES GROUP INC., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Concesionaria Vuela Compañía de Aviación, S.A.P.I. de C.V. dba Volaris.

Date:   09/26/2023

*Attorney's signature*

John Maggio - JM6814
*Printed name and bar number*

Condon & Forsyth LLP
7 Times Square
New York, New York  10036

*Address*

jmaggio@condonlaw.com
*E-mail address*

(212) 894-6792
*Telephone number*

(212) 370-4453
*FAX number*