UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON ABADI

Plaintiff(s)

- v -

AMERICAN AIRLINES GROUP
INC., et al.,

Defendant(s)

RULE 7.1 STATEMENT

1:23-cv-04033-LJL

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

JetBlue Airways Corporation

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

JetBlue Airways Corporation is a publicly traded entity. There are no corporate entities that own more than 10% of the shares of JetBlue Airways Corporation.

JetBlue Airways Corporation has no parent corporation, no other entity has reported holdings of over 10%, and there is not any other entity related to, or affiliated with JetBlue Airways Corporation that has a financial interest in the outcome of the claims asserted against it in this case.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

N/A

9/28/23
Date

/s/ Kieran M. Corcoran
Signature of Attorney

KC4935
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022