UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON ABADI

Plaintiff(s)

- v -

AMERICAN AIRLINES GROUP
INC., et al.,

Defendant(s)

---

RULE 7.1 STATEMENT

1:23-cv-04033-LJL
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

United Airlines, Inc.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

United Airlines, Inc. is a wholly-owned subsidiary of United Airlines Holdings, Inc., which is a publicly held corporation. No publicly held corporations owns more than 10% of the shares of United Airlines, Inc.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

N/A

9/28/23
Date

/s/ Kieran M. Corcoran
Signature of Attorney

KC4935
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022