AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| AARON ABADI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-04033-LJL |
| AMERICAN AIRLINES GROUP INC., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Transportes Aéreos Portugueses, S.A.

Date:     09/28/2023

*Attorney's signature*

JONATHAN E. DEMAY (JD 3604)
*Printed name and bar number*

CONDON & FORSYTH LLP
7 TIMES SQUARE, 18TH FLOOR
NEW YORK, NEW YORK 10036
*Address*

JDEMAY@CONDONLAW.COM
*E-mail address*

(212) 894-6816
*Telephone number*

(212) 370-4453
*FAX number*