

Kieran Corcoran
**PARTNER**
DIRECT: 646.883.7480
OFFICE: 646.883.7471

kieran.corcoran@stinson.com

October 2, 2023

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15C
New York, NY 10007

Re:   <u>Abadi v. American Airlines Group Inc., et al.</u>, No.: 1:23-cv-04033(LJL)

Dear Judge Liman:

      We represent, among others, named defendant American Airlines Group Inc., in the above-captioned case. After consulting with Plaintiff, the parties have agreed to stipulate that the accurate name of the named defendant "American Airlines Group, Inc." is "American Airlines, Inc.". At the direction of Your Honor's chambers, we write to respectfully request substitution in accordance therewith. While Defendants defer to the Court's discretion, it may be appropriate for the Court or the Clerk of the Court to formally change the caption of the case in that respect. Thus, pursuant to Federal Rule of Civil Procedure 15, we respectfully request an order for the substitution of the aforementioned named Defendant and for an amendment of the case caption.

      Filed separately and for the Court's review, please find a stipulation and proposed order intended to accomplish the substitution of party and for the amendment of caption.

                                               Respectfully submitted,

                                               <u>/s/ Kieran M. Corcoran</u>
                                               **Stinson LLP**

cc: All counsel of record (via ECF)