UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AARON ABADI,

      Plaintiff,

v.

AMERICAN AIRLINES GROUP
INC, et al.,

      Defendants.

Case No. 1:23-cv-04033-LJL
Hon. Lewis J. Liman

**STIPULATION AND PROPOSED ORDER FOR SUBSTITUTION OF PARTY
AND FOR AMENDMENT OF CAPTION**

Plaintiff and named defendant American Airlines Group, Inc., individually and/or by and through their respective attorneys, hereby stipulate as follows:

1. That the named defendant American Airlines Group, Inc. is removed from this case, including from the case caption as a party defendant;

2. That American Airlines, Inc., a separately incorporated and DOT-certificated entity that operates the American Airlines air carrier, is substituted in the place and stead of named defendant American Airlines Group, Inc., as a party defendant;

3. That references in the summons and complaint to named defendant American Airlines Group, Inc., will be understood to refer to substituted defendant American Airlines, Inc.;

4. That nothing in this stipulation may be construed as changing any of the parties' claims and defenses, it being the intention of the parties that this stipulation shall have the sole purpose and effect of substituting American Airlines, Inc. as a party defendant in the place of American Airlines Group, Inc.;

5. That the caption of the case is amended to reflect the substitution of American Airlines, Inc. in the place and stead of named-defendant American Airlines Group, Inc.; and,

6. That the Court may make the following order.

| | |
|---|---|
| *Aaron Abadi* | */s/ Kieran M. Corcoran*_____ |
| **Signature of plaintiff** | Stinson LLP |
| 82 Nassau Street Apt 140 | 100 Wall St., Suite 201 |
| **Address** | New York, NY 10005 |
| | (646) 883-7471 |
| New York, NY 10038 | |
| **City, State & Zip Code** | ***Attorneys for Defendants American Airlines Group, Inc., et al.*** |
| 516-639-4100 | |
| **Telephone Number** | |
| Dated: September 25, 2023 | Dated: September 25, 2023 |

So Ordered: _____

        Hon. Lewis J. Liman
        United States District Judge