UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
AARON ABADI

                                  Plaintiff,      Case No. 1:23-cv-04033

                - *v* -

AMERICAN AIRLINES, INC., ET AL.        **MOTION FOR ADMISSION PRO HAC VICE**

                                Defendants.
-------------------------------------------------------------------x

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Defendants American Airlines Group Inc., et al. move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants American Airlines, Inc., Delta Air Lines, Inc., JetBlue Airways Corp., Southwest Airlines Co., United Air Lines, Inc., Roy Goldberg, Robert Land, Debbie Castleton and Nathalie Sacha in the above-captioned action.

       I am in good standing of the bar of the state of District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 3, 2023
      New York, New York

                                                  **STINSON LLP**
                                                  */s/ M. Roy Goldberg*
                                                  M. Roy Goldberg
                                                  1775 Pennsylvania Avenue, N.W.
                                                  Suite 800
                                                  Washington, D.C. 20006
                                                  Telephone: (202) 728-3005
                                                  roy.goldberg@stinson.com
                                                  *Attorneys for Defendants*