UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AARON ABADI

                                              Plaintiff,      Case No. 1:23-cv-04033

- v -

AMERICAN AIRLINES, INC., ET AL.

**AFFIDAVIT OF M. ROY GOLDBERG IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

                                              Defendants.
------------------------------------------------------------------x

STATE OF WASHINGTON        )
                                               ss.:
COUNTY OF DISTRICT OF COLUMBIA  )

      M. ROY GOLDBERG, being duly sworn, deposes and says:

      1.      I am an attorney with the law firm Stinson LLP, based in its Washington, D.C. office. I am admitted to practice law by the bars of the District of Columbia and Maryland, and was initially admitted in 1987 in Colorado, although that is now inactive. I submit this affidavit pursuant to Local Rule 1.3, as co-counsel for Defendants American Airlines, Inc., Delta Air Lines, Inc., JetBlue Airways Corp., Southwest Airlines Co., United Air Lines, Inc., Roy Goldberg, Robert Land, Debbie Castleton and Nathalie Sacha, to seek an Order granting me admission pro hac vice to appear and participate in this action on behalf of these Defendants.

      2.      I am a member of good standing in all of the jurisdictions in which I am admitted to practice. I have never been disciplined by any court, and no disciplinary proceedings are pending against me. Annexed hereto is certificate of good standing for District of Columbia to which I was admitted in 1989.

      3.      If this motion is granted, I will be associated with the New York office of Stinson LLP, and Stinson LLP will remain attorney of record.

184825046

4. My acquired knowledge and experience in these types of matters are important to Defendants' defense of this action and will promote an effective and efficient presentation in the proceedings before this Court. I have served as lead counsel for the airline defendants referenced above in multiple cases throughout the country involving very similar if not identical claims for relief. The interests of the Defendants and of judicial economy support my admission pro hac vice.

5. I am familiar with and will comply with the standards of professional conduct imposed upon members of the New York bar, including the rules of court governing the conduct of attorneys and the Rules of Professional Conduct.

6. I agree to be subject to the jurisdiction of this Court with respect to any acts occurring during the court of my participation in this matter.

_M. Roy Goldberg_
M. Roy Goldberg

Sworn to before me this
3 day of October, 2023

_Siobhan Noelle Rudolph_
Notary Public

Siobhan Noelle Rudolph
Notary Public, District of Columbia
My Commission Expires January 1, 2027



184825046