UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AARON ABADI

                                                   Plaintiff,        Case No. 1:23-cv-04033

                        - *v* -

AMERICAN AIRLINES, INC., ET AL.          **ORDER FOR ADMISSION PRO HAC VICE**

                                                 Defendants.
------------------------------------------------------------------x

       The Motion of M. Roy Goldberg, for admission to practice Pro Hac Vice in the above captioned action is granted.

       Applicant has declared that he is a member in good standing of the bar of the State of District of Columbia; and that his contact information is as follows:

       M. Roy Goldberg
       Stinson LLP
       1775 Pennsylvania Avenue, N.W., Suite 800
       Washington, D.C. 20006
       Tel: (202) 785-9100

       Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants American Airlines, Inc., Delta Air Lines, Inc., JetBlue Airways Corp., Southwest Airlines Co., United Air Lines, Inc., Roy Goldberg, Robert Land, Debbie Castleton and Nathalie Sacha in the above entitled action;

       IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                         _____

                                                                                   United States District / Magistrate Judge