AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AARON ABADI ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-CV-04033-UA |
| AMERICAN AIRLINES GROUP, INC. et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AIR CANADA                                          .

Date:   10/3/2023

*Attorney's signature*

Andrew J. Harakas
*Printed name and bar number*
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174

*Address*

Andrew.Harakas@clydeco.us
*E-mail address*

(212) 710-3900
*Telephone number*

(212) 710-3950
*FAX number*