UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| AARON ABADI, | : |
| Plaintiff, | : Case No. 1:23-cv-04033-LJL |
| - against - | : **STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| AMERICAN AIRLINES GROUP INC., et al, | : |
| Defendants. | : |

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant ROYAL AIR MAROC certifies that the following are parent corporations and any publicly held corporation that owns more than 10% of stock of ROYAL AIR MAROC:

    None

Dated:    New York, New York
            October 3, 2023

                                              CONDON & FORSYTH LLP

                                              By_____
                                                  John Maggio (JM 6814)
                                                  jmaggio@condonlaw.com
                                                  7 Times Square
                                                  New York, New York 10036
                                                  (212) 490-9100

                                                  Attorneys for Defendant
                                                  ROYAL AIR MAROC