# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aaron Abadi, | ) |
|     Plaintiff, | ) **Rule 7.1 Statement** |
| vs. | ) Civil Action No. 1:23-cv-04033-LJL |
| American Airlines Group, Inc., *et al.*, | ) |
|     Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for **FINNAIR OYJ**, certifies the following:

1. Finnair OYJ does not have a parent company nor does a corporate affiliate, subsidiary or publicly held corporation own 10% or more of its shares.

2. A foreign state, the government of Finland owns the majority of Finnair OYJ.

Dated: October 3, 2023

Respectfully submitted,

By: Andrew J. Harakas, 2221745
Natalie D. Cox, 5748595
Clyde & Co US LLP
405 Lexington Avenue
New York, New York 10174
T: (212) 710-3900
F: (212) 710-3950
Andrew.harakas@clydeco.us
Natalie.cox@clydeco.us