UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AARON ABADI,                                  :

                Plaintiff,         :
                                                                          Case No. 1:23-cv-04033-LJL

       - against -                                 :   **STATEMENT PURSUANT TO**
                                                                        **FEDERAL RULE OF CIVIL**
AMERICAN AIRLINES GROUP INC., et al,          :   **PROCEDURE 7.1**

                Defendants.       :
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant AEROVÍAS DE MÉXICO, S.A. DE C.V. DBA AEROMEXICO ("AEROMEXICO") gives notification that GRUPO AEROMÉXICO S.A.B. DE C.V. is the parent corporation of AEROMEXICO, and DELTA AIR LINES INC., a publicly held corporation, holds 10% or more of the stock of AEROMEXICO.

Dated:   New York, New York
            October 3, 2023

                                          CONDON & FORSYTH LLP

                                          By_____
                                              John Maggio (JM 6814)
                                        jmaggio@condonlaw.com
                                        7 Times Square
                                        New York, New York 10036
                                        (212) 490-9100

                                        Attorneys for Defendant
                                        AEROVÍAS DE MÉXICO, S.A. DE C.V.
                                         DBA AEROMEXICO