UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AARON ABADI,                                          :

                  Plaintiff,            :         Case No. 1:23-cv-04033-LJL

           - against -                                  :         **STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

AMERICAN AIRLINES GROUP INC., et al,        :

                  Defendants.            :
------------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant CONCESIONARIA VUELA COMPAÑÍA DE AVIACIÓN, S.A.P.I. DE C.V. DBA VOLARIS certifies that CONTROLADORA VUELA COMPAÑÍA DE AVIACIÓN, S.A.B. DE C.V. is its parent company and owns 10% or more of its stock.

Dated:    New York, New York
            October 4, 2023

                                            CONDON & FORSYTH LLP

                                            By_____
                                                John Maggio (JM 6814)
                                           jmaggio@condonlaw.com
                                           7 Times Square
                                           New York, New York 10036
                                           (212) 490-9100

                                           Attorneys for Defendant
                                           CONCESIONARIA VUELA COMPAÑÍA DE
                                           AVIACIÓN, S.A.P.I. DE C.V. DBA VOLARIS