AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| AARON ABADI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-04033-LJL |
| AMERICAN AIRLINES, INC., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
American Airlines, Inc., Delta Air Lines, Inc., JetBlue Airways Corp., Southwest Airlines Co., United Air Lines, Inc., Roy Goldberg, Robert Land, Debbie Castleton, and Nathalie Sacha.

Date: 10/05/2023

/s/ Paul Lackey
*Attorney's signature*

Paul Lackey (5965132)
*Printed name and bar number*
2200 Ross Ave., Suite 2900
Dallas, TX 75201

*Address*

paul.lackey@stinson.com
*E-mail address*

(214) 560-2201
*Telephone number*

(214) 560-2203
*FAX number*