IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Aaron Abadi, | ) | |
| | ) | |
| Plaintiff, | ) | **Rule 7.1 Statement of Etihad Airways P.J.S.C.** |
| vs. | ) | |
| | ) | |
| American Airlines Group, Inc., *et al.*, | ) | Civil Action No. 1:23-cv-04033-LJL |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for **ETIHAD AIRWAYS P.J.S.C.** (hereinafter "Etihad"), certifies the following:

Etihad Aviation Group is the parent company of Etihad and no other corporate affiliate, subsidiary or publicly held corporation owns 10% or more of Etihad shares.

Dated: October 5, 2023

Respectfully submitted,

By_____
   Andrew J. Harakas (2221745)
   Natalie D. Cox (5748595)
Clyde & Co US LLP
405 Lexington Avenue
New York, New York 10174
T: (212) 710-3900
F: (212) 710-3950
Andrew.harakas@clydeco.us
Natalie.cox@clydeco.us