UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>      Plaintiff,<br><br>-against-<br><br>**AMERICAN AIRLINES GROUP, INC., et al.,**<br><br>      Defendants. | **Case 23-CV-4033 (LJL)** |

### LETTER FOR CLERK - UPDATED ADDRESS FOR U.S. MARSHALLS

Attention Court Clerk:

The U.S. Marshall filed a form (Doc. 78), requesting "a new address for Defendant Avianca S.A. I apologize for the wrong address.

The following is their office address here in Manhattan:

Avianca S.A.
122 E 42nd Street, Suite #2525
New York, NY 10168

Respectfully submitted this 4th day of October, 2023.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com