

Beverly M. Barr
Attorney at Law
Admitted in NJ, NY

**Request granted.**
The clerk of court is
respectfully directed to add
Defendant Center for
Emergency Medicine of
Western Pennsylvania, Inc. dba
STATMD to the docket.
10/10/2023

914-358-3290
Fax: 888-811-7144
bbarr@dmclaw.com

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

October 10, 2023

**VIA ELECTRONIC MAIL: LimanNYSDChambers@nysd.UScourts.gov**
Hon. Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:    **Aaron Abadi v. American Airlines Group Inc., et al**
       **23 Civ. 4033**
       **Served Defendant Not Listed in ECF**

Dear Judge Liman:

This letter is being submitted on behalf of Defendant Center for Emergency Medicine of Western Pennsylvania, Inc. dba STATMD (STATMD"), a served Defendant who is not currently listed for electronic filing in the above captioned matter.

As formally retained counsel for STATMD, we have executed the Acknowledgement of Service on behalf of Plaintiffs and Defendants in connection with the above captioned matter. We have returned the signed Acknowledgement to the US Marshall as required. A copy is attached.

We have attempted to enter a formal appearance with the Court but our client is not included in the Court's list of over fifty named Defendants. The Clerk for the Southern District Court recommended we write to your Honor and request our client be added to the list of Defendants.

We are unable to file our appearance until STATMD is included in ECF. The return of the Acknowledgement of Service has started our time within which to appear and respond. We are therefore formally requesting Center for Emergency Medicine of Western Pennsylvania, Inc. dba STATMD be added to ECF as a Defendant.

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW
MAIN: 914-358-3290  FAX: 888-811-7144
445 HAMILTON AVENUE, SUITE 1102 | WHITE PLAINS, NY 10601-1832 | WWW.DMCLAW.COM

CALIFORNIA | DELAWARE | MICHIGAN | NEW JERSEY
NEW YORK | NORTH CAROLINA | OHIO
PENNSYLVANIA | SOUTH CAROLINA | WEST VIRGINIA

Aaron Abadi v. American Airlines Group Inc., et al
Index No. 23 Civ. 4033
Served Defendant Not Listed in ECF
October 10, 2023
Page 2


    Should you have any questions regarding the above, we are available to provide additional information.

Respectfully submitted,

Beverly M. Barr, Esq.
Dickie McCamey & Chilcote
Attorneys for Defendant
Center for Emergency Medicine of
Western Pennsylvania, Inc. dba STATMD
bbarr@dmclaw.com
914-358-3290


BMB/lt
cc:    Aaron Abadi, Plaintiff
       82 Nassau Street, Apt. 140
       New York, New York 10038