UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
AARON ABADI,

        Plaintiff,                Civil Action No.: 1:23-cv-4033

  -against-

AMERICAN AIRLINES GROUP      **CORPORATE DISCLOSURE**
INC, et al.,,                                 **STATEMENT OF DEFENDANT**
                                                      **TRANSPORTES AÉREOS**
        Defendants.              <u>**PORTUGUESES, S.A.**</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Transportes Aéreos Portugueses, S.A. (hereinafter "TAP") states that TAP has no parent corporation, and that no publicly held corporation owns more than 10% of the stock of TAP.

Dated:  New York, New York
          October 11, 2023

                                            Respectfully submitted,

                                            CONDON & FORSYTH LLP

                                            By:   /s/Jonathan E. DeMay
                                                      Jonathan E. DeMay (JD 3604)
                                            jdemay@condonlaw.com
                                            7 Times Square
                                            New York, New York 10036
                                            (212) 490-9100

                                            *Attorneys for Defendant*
                                            TRANSPORTES AEREOS PORTUGUESES, S.A.