| U.S. Department of Justice | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| United States Marshals Service | RECEIVED | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Abadi | 23cv4033 |
| DEFENDANT | TYPE OF PROCESS |
| American Airlines Group Inc, et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AIR CHINA LIMITED
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
701 BRAZOS SUITE 1050 AUSTIN, TX 78701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
T. Arora
DATE: 9/5/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 57
District of Origin No. D54
District to Serve No. D80
Date: 9/28/23

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 5 Oct. 2023
Time: 1215 ☒ pm
Signature of U.S. Marshal or Deputy: DENT DUSM

**REMARKS**
10TH FLOOR AT ADDRESS LISTED IS VACANT. NO TENANTS IN SUITE 1050.

Form USM-285
Rev. 03-21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv4033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
                                 on *(date)*      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    , who is designated by law to accept service of process on behalf of *(name of organization)*
                                 on *(date)*      ; or

☒ I returned the summons unexecuted because NO CONTACT AT ADDRESS: NO ONE IN SUITE 1050 ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5 Oct. 2023

*Server's signature*: TDent DUSM

*Printed name and title*: T. Dent DUSM

*Server's address*: 501 W 5TH ST Austin, TX 78701

Additional information regarding attempted service, etc: