UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Aaron Abadi,

               Plaintiff,               Civil Action No. 23cv4033

    -against-

American Airlines Group Inc., et al

              Defendants.

------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court. I appear in this case as counsel for Defendant, Center for Emergency Medicine of Western Pennsylvania, Inc. d/b/a STAT-MD.

This appearance is not a waiver of any defenses or other rights with regard to response to Plaintiff's pleadings.

Dated: White Plains, New York
         October 12, 2023

                                        Beverly M. Barr, Esq. (BB2665)
                                        DICKIE MCCAMEY & CHILCOTE, P.C.
                                        Attorneys for Defendant
                                        Center for Emergency Medicine of Western PA,
                                        Inc. d/b/a STAT-MD
                                        445 Hamilton Avenue
                                        Suite 1102
                                        White Plains, NY 10601
                                        T: 914-358-3290
                                        F: 888-811-7144
                                        bbarr@dmclaw.com

To:    Aaron Abadi
        82 Nassau Street – Apt 140
        New York, New York 10038