**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| AARON ABADI, | CIVIL ACTION |
| *Plaintiff*, | No.: 23-CV-04033-LJL |
| -against- | |
| AMERICAN AIRLINES GROUP, INC, et al., | NOTICE OF APPEARANCE |
| *Defendants*. | |

---

To:   The Clerk of the Court and all Parties of Record:

I am admitted to practice in the Court (SDNY No. EK0712; NYS Bar No. 4401543), and I hereby appear in the above-captioned action as counsel for Defendants, FRONTIER AIRLINES, INC. and ALLEGIANT AIR, LLC.

Dated: October 12, 2023

Evan Kwarta
NY Bar No.: 4401543
SDNY Bar No.: EK0712
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Phone: (212) 471-6200
Fax:    (212) 935-1166
Email: ekwarta@hinshawlaw.com

61560\314986182.v1