UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>              Plaintiff,<br><br>-against-<br><br>**AMERICAN AIRLINES GROUP, INC., et al.,**<br><br>              Defendants. | **Case 23-CV-4033 (LJL)** |

### **LETTER FOR CLERK - UPDATED ADDRESS FOR U.S. MARSHALLS**

Attention Court Clerk:

The U.S. Marshall filed a form (Doc. 90), stating that the office address for Air China was vacant. I apologize for the wrong address. This was their registered address.

The following is their office address here in Manhattan:

Air China Limited
350 Fifth Ave. Suite 6905
New York, NY 10118

Respectfully submitted this 12th day of October, 2023.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com