IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aaron Abadi, | ) |
| | ) |
| Plaintiff, | ) **Rule 7.1 Statement** |
| | ) |
| vs. | ) |
| | ) Civil Action No. 1:23-cv-04033-LJL |
| American Airlines Group, Inc., *et al.*, | ) |
| | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for **GULF AIR HOLDING B.S.C. (c)** (sued herein as GULF AIR HOLDING B.S.C.") certifies that **GULF AIR HOLDING B.S.C. (c)** is wholly owned by Bahrain Mumtalakat Holding Co. B.S.C. (c).

Dated: October 13, 2023

Respectfully submitted,

By _____
   Andrew J. Harakas (2221745)
   Natalie D. Cox (5748595)
Clyde & Co US LLP
405 Lexington Avenue
New York, New York 10174
T: (212) 710-3900
F: (212) 710-3950
Andrew.harakas@clydeco.us
Natalie.cox@clydeco.us

Counsel for Defendant
GULF AIR HOLDING B.S.C. (c)