UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>                                Plaintiff,<br><br>-against-<br><br>AMERICAN AIRLINES, INC., et al.<br><br>                                Defendants. | Civil Action No.<br>23-cv-4033<br><br><br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Riyaz G. Bhimani of the law firm Eckert Seamans Cherin & Mellott, LLC, an attorney admitted to practice law before this Court hereby appears as counsel for Defendant Air Tahiti Nui and requests service of all notices given or required to be given in this case, and all papers served or required to be served in this case.

**PLEASE TAKE FURTHER NOTICE** that this appearance does not constitute a waiver of any available claims, rights or defenses, nor shall be deemed or construed to be a waiver of any claims, rights or defenses.

Dated: October 17, 2023
           White Plains, New York

                                                            Respectfully Submitted,

                                                             *s/ Riyaz G. Bhimani*
                                                            Riyaz G. Bhimani
                                                            Eckert Seamans Cherin & Mellott, LLC
                                                            10 Bank Street, Suite 700
                                                            White Plains, New York 10606
                                                            rbhimani@eckertseamans.com
                                                            (914) 286-2806

                                                            *Attorneys for Defendant*
                                                            *Air Tahiti Nui*