UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON ABADI,

                        Plaintiff,

       -against-

AMERICAN AIRLINES, INC., et al.

                        Defendants.

Civil Action No.
23-cv-4033

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Air Tahiti Nui states that Air Tahiti Nui does not have a parent company, and there are no corporate affiliates, subsidiaries, or publicly held corporations which own 10% or more of its stock.

Dated: October 17, 2023
       White Plains, New York

                                            Respectfully Submitted,

                                            *s/ Riyaz G. Bhimani*
                                            Riyaz G. Bhimani
                                            Eckert Seamans Cherin & Mellott, LLC
                                            10 Bank Street, Suite 700
                                            White Plains, New York 10606
                                            rbhimani@eckertseamans.com
                                            (914) 286-2806

                                            *Attorneys for Defendant*
                                            *Air Tahiti Nui*