**U.S. Department of Justice**
United States Marshals Service
Southern District of New York



500 Pearl Street, Suite 400, New York, NY 10007

## STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

**A.  STATEMENT OF SERVICE BY MAIL**

United States District Court
for the
Southern District of New York

September 13, 2023

Civil File Number 23 Civ. 4033

**AARON ABADI v. AMERICAN AIRLINES GROUP INC., et al.**

TO:  Emirates
3700 North Terminal Road
George Bush Intercontinental Airport Terminal D
Houston, TX 77032

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and section 312-a of the New York Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date, and complete the acknowledgment part of this form and mail or deliver this original completed form to the U.S. Marshals Service within 30 days from the date you receive this form. A self-addressed envelope has been included for your convenience. You should keep a copy for your records or for your attorney.

If you do not complete and return the form to the U.S. Marshals Service within 30 days, you (or the party on whose behalf you are being served) may be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint or petition.

Under a standing order of the Court, filed December 30, 2013, if a defendant or defendant's agent returns the acknowledgment form within 30 days of receipt, the defendant will have 60 days from the date the defendant or defendant's agent mails or delivers to the U.S. Marshals Service the completed Acknowledgment of Receipt of Service by Mail to file and serve an answer or other responsive pleading. If you wish to consult with an attorney, you should do so as soon as possible before the 60 days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

OVER>

CIVIL ACTION FILE NUMBER: <u>23 Civ. 4033</u>

<u>AARON ABADI v. AMERICAN AIRLINES GROUP INC. et al.</u>

**B.    ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR PETITION**

I received a summons and complaint. PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

    1. _x_  I am not in military service.

    2. ___ I am in military service, and my rank, serial number and branch of service are as follows:

Rank:_____
Serial Number:_____
Branch of Service:_____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

Date: <u>October 1, 2023</u>
(Date this acknowledgment is executed)

I affirm the above as true under penalty of perjury.

_[Signature]_
Signature

Andrew J. Harakas, Esq., Clyde & Co US LLP
Print Name

Attorney for Emirates

Relationship to Entity/Authority to Receive Service of Process (i.e., self, officer, attorney, etc.)

PLEASE RETURN <u>BOTH</u> PAGES.

USMS OFFICIAL