

Request granted. The clerk of court
is respectfully directed to add Defendant
MedAire, Inc. to the docket.
Date: 10/19/2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Barry S. Alexander
Direct Dial 646-585-4322
Direct Fax 646-585-4324
E-mail: balexander@victorrane.com

Brittany C. Wakim
Direct Dial 267-297-3356
Direct Fax 267-297-3484
E-mail: bwakim@victorrane.com

October 17, 2023

**VIA ELECTRONIC MAIL**
Hon. Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007
LimanNYSDChambers@nysd.uscourts.gov

> **Re:**  *Aaron Abadi v. American Airlines Group, Inc., et al.*
> **United States District Court for the Southern District of New York**
> **Civil Action No. 1:23-cv-04033-LJL**
> *Served Defendant MedAire, Inc. not listed in ECF*

Dear Judge Liman:

This letter is being submitted on behalf of Defendant MedAire, Inc. ("MedAire"), a served Defendant who is not currently listed for electronic filing in the above-captioned matter.

As formally retained counsel for MedAire, we have executed the Acknowledge of Recent of Summons and Complaint or Petition in connection in the above-captioned matter. We have returned the signed Acknowledgement to the US Marshals as required. A copy is attached.

We have attempted to enter a formal appearance with the Court but our client is not included in the Court's list of over fifty named Defendants. The Clerk of the Southern District Court recommended we write to your Honor and request our client be added to the list of Defendants.

We are unable to file our appearance until MedAire is included in ECF. The return of the Acknowledgement of Service has stated our time within which to appear and respond. We are therefore formally requesting MedAire, Inc. to be added to ECF as a Defendant.

Should you have any questions regarding the above, we are available to provide additional information.

A Professional Law Corporation | victorrane.com

Aaron Abadi v. American Airlines Group, Inc., et al.
Case No. 1:23-cv-04033
Served Defendant not listed in ECF
October 17, 2023
Page 2

Thank you in advance for your time and attention to this matter.

Respectfully submitted,

Barry S.    Alexander
Brittany C. Wakim
For VICTOR RANE

BCW
Enclosures

CC:     Brittany C. Wakim, Esquire (via electronic mail)

Aaron Abadi, Plaintiff (via electronic and regular mail)
82 Nassau Street, Apt. 140
New York, New York 10038



Barry S. Alexander
Direct Dial 646-585-4322
Direct Fax 646-585-4324
E-mail: balexander@victorrane.com

Brittany C. Wakim
Direct Dial 267-297-3356
Direct Fax 267-297-3484
E-mail: bwakim@victorrane.com

October 17, 2023

**<u>VIA ELECTRONIC AND REGULAR MAIL</u>**

U.S. Department of Justice
United States Marshals Service
Southern District of New York
500 Pearl Street, Suite 400
New York, New York 10007
USMS.NYScivil@usdoj.gov

> **Re:** *Aaron Abadi v. American Airlines Group, Inc., et al.*
> **United States District Court for the Southern District of New York**
> **Civil Action No. 1:23-cv-04033-LJL**
> *Acknowledgement of Receipt of Summons and Complaint*

Dear Sir/Madam:

Enclosed please find the Acknowledgement of Receipt of Summons on behalf of MedAire, Inc. in the above-referenced matter.

Please contact the undersigned with any questions regarding the attached.

Thank you in advance for your time and attention to this matter.

Very truly yours,

Barry S. Alexander
Brittany C. Wakim
For VICTOR RANE

BCW
Enclosures
CC:    Brittany C. Wakim, Esquire (via electronic mail)

Aaron Abadi, Plaintiff (via electronic and regular mail)
82 Nassau Street, Apt. 140
New York, New York 10038

**U.S. Department of Justice**
United States Marshals Service
Southern District of New York



500 Pearl Street, Suite 400, New York, NY 10007

## STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

### A.    STATEMENT OF SERVICE BY MAIL

United States District Court
for the
Southern District of New York

September 18, 2023

Civil File Number **23 Civ. 4033**

**AARON ABADI v. AMERICAN**

**AIRLINES GROUP INC. et al.**

TO:    MedAire, Inc
4722 North 24th St., Suite 450,
Phoenix, AZ 85016

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and section 312-a of the New York Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date, and complete the acknowledgment part of this form and mail or deliver this original completed form to the U.S. Marshals Service within 30 days from the date you receive this form. A self-addressed envelope has been included for your convenience. You should keep a copy for your records or for your attorney.

If you do not complete and return the form to the U.S. Marshals Service within 30 days, you (or the party on whose behalf you are being served) may be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint or petition.

Under a standing order of the Court, filed December 30, 2013, if a defendant or defendant's agent returns the acknowledgment form within 30 days of receipt, the defendant will have 60 days from the date the defendant or defendant's agent mails or delivers to the U.S. Marshals Service the completed Acknowledgment of Receipt of Service by Mail to file and serve an answer or other responsive pleading. If you wish to consult with an attorney, you should do so as soon as possible before the 60 days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

OVER>

CIVIL ACTION FILE NUMBER: **23 Civ. 4033**

ΛΛRON ΛBADI v. AMERICAN AIRLINES GROUP INC, et al.

## B. ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR PETITION

I received a summons and complaint. PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

      1. $\underline{X}$   I am not in military service.

      2. __ I am in military service, and my rank, serial number and branch of service are as follows:

Rank:_____
Serial Number:_____
Branch of Service:_____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

    Date:___October 17, 2023
        (Date this acknowledgment is executed)

I affirm the above as true under penalty of perjury.

_____
Signature

Barry S. Alexander
Print Name

_Attorney_____
Relationship to Entity/Authority to Receive Service
of Process (i.e., self, officer, attorney, etc.)

PLEASE RETURN **BOTH** PAGES.

USMS OFFICIAL

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| Aaron Abadi | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  23cv4033 |
| | ) | |
| American Airlines Group Inc, et al | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  See Attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        09/05/2023

_T. Arora_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  23cv4033

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                               _____
                                                          *Printed name and title*

                                               _____
                                                          *Server's address*


Additional information regarding attempted service, etc:

## DEFENDANTS AND SERVICE ADDRESSES[2]

1.    American Airlines Group, Inc.
      1 Skyview Drive
      Fort Worth, Texas 76155

2.    PJSC AEROFLOT - RUSSIAN AIRLINES DBA AEROFLOT
      254 SEQUAMS LANE CENTER
      WEST ISLIP, NY, UNITED STATES, 11795

3.    Aerovias de Mexico, S.A. de C.V. DBA Aeromexico Airlines
      2702 N LOOP W STE 410
      HOUSTON, TX 77092- 8904

4.    Allegiant Air, LLC
      211 E. 7TH STREET SUITE 620
      AUSTIN, TX 78701

5.    Asiana Airlines Inc.
      3530 WILSHIRE BLVD, 1700
      LOS ANGELES, CA, UNITED STATES, 90010

6.    AVIANCA S.A.
      501 THE MAIN BLDG
      HOUSTON, TX 77032

7.    Azul Linhas Aereas Brasileiras *SIA*
      28 LIBERTY STREET
      NEW YORK, NY, 10005

8.    Austrian Airlines AG
      c/o LEGAL DEPARTMENT
      1400 RXR PLAZA WEST TOWER
      UNIONDALE, NY 11556

9.    Air Canada
      Terminal E at Dallas Fort Worth Airport (DFW)
      DFW Airport, TX, 75261

10.   AIR CHINA LIMITED
      701 BRAZOS SUITE 1050
      AUSTIN, TX 78701

---

[2] Addresses copied directly from Plaintiff's complaint. All capitalization is as in the complaint. (ECF No. 3 at 5-26.)

11.  British Airways PLC
     11 West 42nd Street, 24th Floor
     New York, NY 10036

12.  Cathay Pacific Airways Ltd.
     2520 WEST AIRFIELD DRIVE, SUITE 301
     DFW AIRPORT, TX 75261

13.  China Southern Airlines Company Limited
     295 MADISON AVENUE, SUITE 4500
     NEW YORK, NY 10017

14.  Delta Air Lines, Inc.
     211 E. 7TH STREET SUITE 620
     AUSTIN, TX 78701

15.  EL AL ISRAEL AIRLINES LTD.
     100 Wall Street, 4th floor
     New York, NY 10005

16.  Emirates
     3700 North Terminal Road George Bush Intercontinental Airport
     Terminal D
     Houston, TX 77032

17.  ETIHAD AIRWAYS PJSC DBA ETIHAD AIRWAYS COMPANY
     211 E. 7TH STREET, SUITE 620
     AUSTIN, TX 78701

18.  Eva Airways Corporation
     1999 BRYAN ST., STE. 900
     DALLAS, TX 75201

19.  Finnair OYJ
     11 W 42ND ST FL 24
     NEW YORK, NY 10036-8002

20.  FRONTIER AIRLINES, INC.
     211 E. 7TH STREET SUITE 620
     AUSTIN, TX 78701

21.  GULF AIR HOLDING B.S.C
     3050 Post Oak Blvd, Suite 1320
     Houston, TX 77056

22. Iberia Lineas Aereas de Espana, S.A. Operadora, Sociedad Unipersonal,
    DBA Iberia Airlines
    1 World Way
    Los Angeles, CA 90045

23. JetBlue Airways Corporation
    211 E. 7th Street, Suite 620
    Austin, TX 78701

24. Alia - The Royal Jordanian Airlines Company, DBA Royal Jordanian Airlines
    Los Angeles International Airport
    380 World Way
    Los Angeles, California 90045

25. Lot Polish Airlines SA
    C/O CONDON AND FORSYTH LLP
    7 TIMES SQUARE, SUITE 1800
    NEW YORK, NY 10036

26. Lufthansa Systems Americas, Inc.
    1999 BRYAN ST., STE. 900
    DALLAS, TX 75201

27. SOUTHERN AIRWAYS EXPRESS, LLC DBA Mokulele Airlines
    355 Hukilike Street, Suite 103
    Kahului, HI 96732-2973

28. PHILIPPINE AIRLINES
    5959 West Century Blvd., Suite 600
    Los Angeles, CA 90045

29. QATAR AIRWAYS Q.C.S.C. DBA QUATAR AIRWAYS Q.C.S.C.
    CORPORATION
    211 E. 7TH STREET, SUITE 620
    AUSTIN, TX 78701

30. Royal Air Maroc, LTD.
    ONE ROCKEFELLER PLAZA, SUITE 1630
    NEW YORK, NY 10020

31. SCANDINAVIAN AIRLINES OF NORTH AMERICA INC. DBA SAS
    206 E. 9TH STREET, SUITE 1300
    AUSTIN, TX 78701

32. Silver Airways LLC
    1999 BRYAN ST SUITE 900
    DALLAS, TX 75201

33. Singapore Airlines
3870 N Terminal Rd
Houston, TX 77032

34. Southwest Airlines Co.
10801 Airport Blvd.
Amarillo, TX 79111

35. SPIRIT AIRLINES, INC.
211 E. 7TH STREET SUITE 620
AUSTIN, TX 78701

36. Sun Country, Inc. DBA Sun Country Airlines
129 S. IRVING
SAN ANGELO, TX 76902

37. Swiss International Air Lines AG
14694 FM 1050
UTOPIA, TX 78884

38. Air Tahiti Nui
5901 WEST CENTURY BLVD. SUITE 1414
LOS ANGELES CA 90045

39. TAP Portugal, Inc.
263 Lafayette Street, 3rd FL
Newark, NJ 07105

40. Turkish Airlines, Inc.
1400 OLD COUNTRY RD STE 304
WESTBURY, NY 11590-5119

41. United Airlines, Inc.
10801 Airport Blvd.
Amarillo, TX 79111

42. Fast Colombia S.A.S., DBA Viva Air Colombia
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

43. Concesionaria Vuela Compafiia de Aviaci6n, S.A.B. de C.V. OBA Volaris
9800 AIRPORT BLVD.
SAN ANTONIO, TX 78216

44.    Matthew Roberts
       Airport Manager for British Air at Washington Dulles Airport and at the
       Baltimore International Airport
       P.O. Box# 17286
       Washington, DC 20041

45.    Roy Goldberg
       An attorney with STINSON LLP
       1775 Pennsylvania Avenue, N.W. Suite 800
       Washington, D.C. 20006

46.    Miguel Morel
       An attorney with STINSON LLP
       Wells Fargo Center
       333 SE 2nd Avenue, Suite 2700
       Miami, FL 33131

47.    Nathalie Simon
       An employee of Delta in their Customer Care Department
       Delta Air Lines, Inc.
       1030 Delta Boulevard
       Atlanta, Ga 30354-1989

48.    MedAire, Inc.
       4722 North 24th St., Suite 450
       Phoenix, AZ 85016

49.    Center for Emergency Medicine of Western Pennsylvania, Inc., OBA STATMD
       200 Lothrop St. #Fl301
       Pittsburgh, PA 15213

50.    Robert C. Land
       Senior Vice President Government Affairs and Associate General Counsel for
       JetBlue
       2701 Queens Plaza N. STE 1
       Long Island City, NY 11101-4021

51.    Debbie Castleton
       Customer Support for JetBlue
       2701 Queens Plaza N. STE 1
       Long Island City, NY 11101-4021

52.    Anita Ayala
       Complaint Resolution Official ("CRO") for the Customer Relations North
       America, of Lufthansa
       1400 RXR Plaza West Tower 14th Floor
       Uniondale, NY 11556

53.    NATIONAL INSTITUTES OF HEALTH
       9000 ROCKVILLE PIKE
       BETHESDA, MARYLAND 20892

54.    Anthony Stephen Fauci (FORMERLY OF NIH IN HIS PERSONAL
       CAPACITY)
       31 Center Dr. Bldg 31
       Bethesda, MD 20892

55.    CENTERS FOR DISEASE CONTROL & PREVENTION
       1600 CLIFTON ROAD
       ATLANTA, GA 30329

56.    Robert Ray Redfield Jr. (FORMERLY OF CDC BEING SUED IN HIS
       PERSONAL CAPACITY)
       725 W. Lombard St.
       Baltimore, MD 21201

57.    US DEPARTMENT OF HEALTH & HUMAN SERVICES
       200 INDEPENDENCE AVENUE, S.W.
       WASHINGTON, D.C. 20201