UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
          :
AARON ABADI,          :
          :
         Plaintiff,     :    Civil Action No. 1:23-CV-04033-UA
          :
   -against-      :    **RULE 7.1 DISCLOSURE STATEMENT**
          :    **OF DEFENDANT MEDAIRE, INC.**
AMERICAN AIRLINES GROUP, INC., et al., :
          :
         Defendants.     :
          :
-----------------------------------------------------------x

     Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant, MedAire, Inc. certifies that the following are parent corporations and any publicly held corporation that owns more than 10% of the stock of MedAire, Inc.

     International SOS (The Americas) LP.

Dated: New York, New York
       October 23, 2023

                             Respectfully Submitted,

                             By: _____
                                Barry S. Alexander
                             Victor Rane
                             14 Wall Street, 20th Floor
                             New York, New York 10005
                             Tel: (646) 585-4320
                             Email: balexander@victorrane.com
                             *Attorneys for Defendant*
                             *MedAire, Inc.*