

PO BOX 648

14694 FM 1050

UTOPIA, TX 78884-0648

FAX: 830-966-3795

*swissair@swtexas.net*

TACLA27513C

October 18, 2023

To Whom It May Concern:

This letter is regarding Civil Action No 23cv4033. Swiss Air, LLC received this summons packet by Fed Ex. The summons lists Swiss International Air Lines AG with our address. This information is incorrect. We are not associated with Swiss Air Lines.

Please correct the address for Swiss International Air Lines.

Thank you,

France D'Spain

Owner

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Aaron Abadi | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 23cv4033 |
| | ) |
| American Airlines Group Inc, et al | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*T. Arora*

Signature of Clerk or Deputy Clerk

Date:   09/05/2023

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv4033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____                           _____
                                                                 *Server's signature*

                                                                 _____
                                                                 *Printed name and title*


                                                                 _____
                                                                 *Server's address*

Additional information regarding attempted service, etc:

## DEFENDANTS AND SERVICE ADDRESSES[2]

1. American Airlines Group, Inc.
   1 Skyview Drive
   Fort Worth, Texas 76155

2. PJSC AEROFLOT - RUSSIAN AIRLINES DBA AEROFLOT
   254 SEQUAMS LANE CENTER
   WEST ISLIP, NY, UNITED STATES, 11795

3. Aerovias de Mexico, S.A. de C.V. DBA Aeromexico Airlines
   2702 N LOOP W STE 410
   HOUSTON, TX 77092- 8904

4. Allegiant Air, LLC
   211 E. 7TH STREET SUITE 620
   AUSTIN, TX 78701

5. Asiana Airlines Inc.
   3530 WILSHIRE BLVD, 1700
   LOS ANGELES, CA, UNITED STATES, 90010

6. AVIANCA S.A.
   501 THE MAIN BLDG
   HOUSTON, TX 77032

7. Azul Linhas Aereas Brasileiras *SIA*
   28 LIBERTY STREET
   NEW YORK, NY, 10005

8. Austrian Airlines AG
   c/o LEGAL DEPARTMENT
   1400 RXR PLAZA WEST TOWER
   UNIONDALE, NY 11556

9. Air Canada
   Terminal E at Dallas Fort Worth Airport (DFW)
   DFW Airport, TX, 75261

10. AIR CHINA LIMITED
    701 BRAZOS SUITE 1050
    AUSTIN, TX 78701

---

[2] Addresses copied directly from Plaintiff's complaint. All capitalization is as in the complaint. (ECF No. 3 at 5-26.)

11. British Airways PLC
    11 West 42nd Street, 24th Floor
    New York, NY 10036

12. Cathay Pacific Airways Ltd.
    2520 WEST AIRFIELD DRIVE, SUITE 301
    DFW AIRPORT, TX 75261

13. China Southern Airlines Company Limited
    295 MADISON AVENUE, SUITE 4500
    NEW YORK, NY 10017

14. Delta Air Lines, Inc.
    211 E. 7TH STREET SUITE 620
    AUSTIN, TX 78701

15. EL AL ISRAEL AIRLINES LTD.
    100 Wall Street, 4th floor
    New York, NY 10005

16. Emirates
    3700 North Terminal Road George Bush Intercontinental Airport
    Terminal D
    Houston, TX 77032

17. ETIHAD AIRWAYS PJSC DBA ETIHAD AIRWAYS COMPANY
    211 E. 7TH STREET, SUITE 620
    AUSTIN, TX 78701

18. Eva Airways Corporation
    1999 BRYAN ST., STE. 900
    DALLAS, TX 75201

19. Finnair OYJ
    11 W 42ND ST FL 24
    NEW YORK, NY 10036-8002

20. FRONTIER AIRLINES, INC.
    211 E. 7TH STREET SUITE 620
    AUSTIN, TX 78701

21. GULF AIR HOLDING B.S.C
    3050 Post Oak Blvd, Suite 1320
    Houston, TX 77056

22. Iberia Lineas Aereas de Espana, S.A. Operadora, Sociedad Unipersonal, DBA Iberia Airlines
    1 World Way
    Los Angeles, CA 90045

23. JetBlue Airways Corporation
    211 E. 7th Street, Suite 620
    Austin, TX 78701

24. Alia - The Royal Jordanian Airlines Company, DBA Royal Jordanian Airlines
    Los Angeles International Airport
    380 World Way
    Los Angeles, California 90045

25. Lot Polish Airlines SA
    C/O CONDON AND FORSYTH LLP
    7 TIMES SQUARE, SUITE 1800
    NEW YORK, NY 10036

26. Lufthansa Systems Americas, Inc.
    1999 BRYAN ST., STE. 900
    DALLAS, TX 75201

27. SOUTHERN AIRWAYS EXPRESS, LLC DBA Mokulele Airlines
    355 Hukilike Street, Suite 103
    Kahului, HI 96732-2973

28. PHILIPPINE AIRLINES
    5959 West Century Blvd., Suite 600
    Los Angeles, CA 90045

29. QATAR AIRWAYS Q.C.S.C. DBA QUATAR AIRWAYS Q.C.S.C. CORPORATION
    211 E. 7TH STREET, SUITE 620
    AUSTIN, TX 78701

30. Royal Air Maroc, LTD.
    ONE ROCKEFELLER PLAZA, SUITE 1630
    NEW YORK, NY 10020

31. SCANDINAVIAN AIRLINES OF NORTH AMERICA INC. DBA SAS
    206 E. 9TH STREET, SUITE 1300
    AUSTIN, TX 78701

32. Silver Airways LLC
    1999 BRYAN ST SUITE 900
    DALLAS, TX 75201

33. Singapore Airlines
    3870 N Terminal Rd
    Houston, TX 77032

34. Southwest Airlines Co.
    10801 Airport Blvd.
    Amarillo, TX 79111

35. SPIRIT AIRLINES, INC.
    211 E. 7TH STREET SUITE 620
    AUSTIN, TX 78701

36. Sun Country, Inc. DBA Sun Country Airlines
    129 S. IRVING
    SAN ANGELO, TX 76902

37. Swiss International Air Lines AG
    14694 FM 1050
    UTOPIA, TX 78884

38. Air Tahiti Nui
    5901 WEST CENTURY BLVD. SUITE 1414
    LOS ANGELES CA  90045

39. TAP Portugal, Inc.
    263 Lafayette Street, 3rd FL
    Newark, NJ 07105

40. Turkish Airlines, Inc.
    1400 OLD COUNTRY RD STE 304
    WESTBURY, NY 11590-5119

41. United Airlines, Inc.
    10801 Airport Blvd.
    Amarillo, TX 79111

42. Fast Colombia S.A.S., DBA Viva Air Colombia
    C T CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION, FL 33324

43. Concesionaria Vuela Compañia de Aviación, S.A.B. de C.V. OBA Volaris
    9800 AIRPORT BLVD.
    SAN ANTONIO, TX 78216

44. Matthew Roberts
    Airport Manager for British Air at Washington Dulles Airport and at the
    Baltimore International Airport
    P.O. Box# 17286
    Washington, DC 20041

45. Roy Goldberg
    An attorney with STINSON LLP
    1775 Pennsylvania Avenue, N.W. Suite 800
    Washington, D.C. 20006

46. Miguel Morel
    An attorney with STINSON LLP
    Wells Fargo Center
    333 SE 2nd Avenue, Suite 2700
    Miami, FL 33131

47. Nathalie Simon
    An employee of Delta in their Customer Care Department
    Delta Air Lines, Inc.
    1030 Delta Boulevard
    Atlanta, Ga 30354-1989

48. MedAire, Inc.
    4722 North 24th St., Suite 450
    Phoenix, AZ 85016

49. Center for Emergency Medicine of Western Pennsylvania, Inc., OBA STATMD
    200 Lothrop St. #F1301
    Pittsburgh, PA 15213

50. Robert C. Land
    Senior Vice President Government Affairs and Associate General Counsel for
    JetBlue
    2701 Queens Plaza N. STE 1
    Long Island City, NY 11101-4021

51. Debbie Castleton
    Customer Support for JetBlue
    2701 Queens Plaza N. STE 1
    Long Island City, NY 11101-4021

52. Anita Ayala
    Complaint Resolution Official ("CRO") for the Customer Relations North
    America, of Lufthansa
    1400 RXR Plaza West Tower 14th Floor
    Uniondale, NY 11556

53. NATIONAL INSTITUTES OF HEALTH
    9000 ROCKVILLE PIKE
    BETHESDA, MARYLAND 20892

54. Anthony Stephen Fauci (FORMERLY OF NIH IN HIS PERSONAL CAPACITY)
    31 Center Dr. Bldg 31
    Bethesda, MD 20892

55. CENTERS FOR DISEASE CONTROL & PREVENTION
    1600 CLIFTON ROAD
    ATLANTA, GA 30329

56. Robert Ray Redfield Jr. (FORMERLY OF CDC BEING SUED IN HIS PERSONAL CAPACITY)
    725 W. Lombard St.
    Baltimore, MD 21201

57. US DEPARTMENT OF HEALTH & HUMAN SERVICES
    200 INDEPENDENCE AVENUE, S.W.
    WASHINGTON, D.C. 20201