UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>      Plaintiff,<br><br>-against-<br><br>**AMERICAN AIRLINES GROUP, INC., et al.,**<br><br>      Defendants. | **Case 23-CV-4033 (LJL)** |

### LETTER FOR CLERK - UPDATED ADDRESS FOR U.S. MARSHALLS

Attention Court Clerk:

    Swiss Air Heating filed a form (Doc. 110), stating that the address we provided was NOT the Swiss Air airline. I apologize for the wrong address.

    The following is their correct office address here in New York State:

**SWISS INTERNATIONAL AIR LINES AG**

**625 RXR Plaza**

**Uniondale, NY 11553**


Respectfully submitted this 25th day of October, 2023.

*s/Aaron Abadi*

AARON ABADI, Plaintiff

82 Nassau Street Apt 140

New York, NY 10038

Tel: 516-639-4100

Email: abadi.rne@gmail.com