| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Aaron Abadi | COURT CASE NUMBER<br>23cv4033 |
|---|---|
| DEFENDANT<br>American Airlines Group Inc, et al | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aerovias de Mexico, S.A. de C.V. DBA Aeromexico Airlines
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2702 N LOOP W STE 410 HOUSTON, TX 77092- 8904

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Aaron Abadi<br>82 Nassau Street<br>Apt. 140<br>New York, NY 10038 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*



Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*T. Arora*
TELEPHONE NUMBER
DATE 9/5/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/57 | No. 064 | No. 079 | | 9/27/2023 |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served *(if not shown above)*
Date 10/12/13   Time 2:30 ☒ pm

Address *(complete only if different than shown above)*
Signature of U.S. Marshal or Deputy  DUSM
William Simon #3732

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Endeavor address does not exist. Need a different address with correct information. 18 miles

Form USM-285
Rev. 03/21