| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Abadi | 23cv4033 |
| DEFENDANT | TYPE OF PROCESS |
| American Airlines Group Inc, et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SCANDINAVIAN AIRLINES OF NORTH AMERICA INC. DBA SAS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
206 E. 9TH STREET, SUITE 1300 AUSTIN, TX 78701

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| Aaron Abadi | Number of parties to be served in this case | |
| 82 Nassau Street | | |
| Apt. 140 | Check for service on U.S.A. | |
| New York, NY 10038 | | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
T. Arora
TELEPHONE NUMBER
DATE: 9/5/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 44/57 | District of Origin No. 054 | District to Serve No. 080 | Signature of Authorized USMS Deputy or Clerk | Date: 10/19/2023 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 10/20/23   Time: 11:50 [X] am [ ] pm
Signature of U.S. Marshal or Deputy: Yolanda Pena

Address (complete only different than shown above)

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Brandi Garza @ Crowdstrike on floor 14 advised
No such address. Vacant

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv4033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scandinavian Airlines of North America
was received by me on *(date)* 10/20/23 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  address listed was vacant  ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/20/23

Yolanda Pesina
*Server's signature*

Yolanda Pesina, DUSM
*Printed name and title*

501 W. 5th St, Ste 3300, Austin, TX 78701
*Server's address*

Additional information regarding attempted service, etc: