The clerk of court is respectfully directed to change Defendant Swiss International Air Lines AG to the following address:
625 RXR Plaza
Uniondale, NY 11553
Date: October 30, 2023

SO ORDERED.

*[signature]*

LEWIS J. LIMAN
United States District Judge

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **AARON ABADI,** | |
| Plaintiff, | |
| -against- | **Case 23-CV-4033 (LJL)** |
| **AMERICAN AIRLINES GROUP, INC., et al.,** | |
| Defendants. | |

## LETTER FOR CLERK - UPDATED ADDRESS FOR U.S. MARSHALLS

Attention Court Clerk:

Swiss Air Heating filed a form (Doc. 110), stating that the address we provided was NOT the Swiss Air airline.   I apologize for the wrong address.

The following is their correct office address here in New York State:

**SWISS INTERNATIONAL AIR LINES AG**

**625 RXR Plaza**

**Uniondale, NY 11553**

Respectfully submitted this 25th day of October, 2023.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com