UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>       Plaintiff,<br><br>-against-<br><br>**AMERICAN AIRLINES GROUP, INC., et al.,**<br><br>       Defendants. | **Case 23-CV-4033 (LJL)** |

**LETTER FOR CLERK - UPDATED ADDRESS FOR U.S. MARSHALLS**

Attention Court Clerk:

The US Marshalls filed a form (Doc. 115), stating that the address we provided was the wrong address for the SCANDINAVIAN AIRLINES OF NORTH AMERICA INC. DBA SAS.  I apologize for the wrong address.

The following is their correct office address here in New York City:

**SCANDINAVIAN AIRLINES OF NORTH AMERICA INC. DBA SAS**

**122 E. 42ND STREET, 18TH FLOOR, NEW YORK, NY 10168**

Respectfully submitted this 30th day of October, 2023.

*s/Aaron Abadi*

AARON ABADI, Plaintiff

82 Nassau Street Apt 140

New York, NY 10038

Tel: 516-639-4100

Email: abadi.rne@gmail.com