IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AARON ABADI,                              )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )        Case No. 1:23-cv-04033-LJL
                                          )
AMERICAN AIRLINES, INC., et al.,          )
                                          )
                    Defendants.           )

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated October 30, 2023, the exhibits thereto, and upon all prior pleadings and proceedings in this action, Defendants American Airlines, Inc., Delta Airlines, Inc., JetBlue Airways Corporation, Southwest Airlines Co., Unites Airlines, Inc., Robert Land, Roy Goldberg, Debbie Castleton and Nathalie Simon (collectively, the "Moving Defendants"), by and through their attorneys, Stinson LLP, shall move this Court at the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007, before the Honorable Lewis J. Liman, United States District Judge, on a date and time to be set by the Court, for an order dismissing each of Plaintiff's 31 separate counts against them in the Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state claims upon which relief can be granted, and for any other relief deemed appropriate by the Court.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will be required to respond pursuant to a briefing schedule to be set by the Court (or, in the absence of a specific order, by Local Rule 6.1(b)).

Dated: New York, New York
October 30, 2023

Respectfully submitted,

**STINSON LLP**

By:    */s/ Kieran M. Corcoran*
Kieran M. Corcoran (KC4935)
100 Wall Street, Suite 201
New York, New York 10005
Tel: (646) 883-7480
Fax: (646) 883-7472
kieran.corcoran@stinson.com

Paul Lackey (PL7651)
2200 Ross Avenue, Suite 2900
Dallas, TX 75201
Tel: (214) 560-2206
Email: paul.lackey@stinson.com

M. Roy Goldberg *(Admitted Pro Hac Vice)*
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3005
Email: roy.goldberg@stinson.com

**_Attorneys for Defendants American Airlines, Inc., et al._**