| U.S. Department of Justice<br>United States Marshals Service | | | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|---|---|---|
| PLAINTIFF<br>Aaron Abadi | | | | COURT CASE NUMBER<br>23cv4033 | |
| DEFENDANT<br>American Airlines Group Inc, et al | | | | TYPE OF PROCESS<br>Summons & Complaint | |

RECEIVED SDNY PRO SE OFFICE
2023 OCT 31 AM 11: 17

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Delta Air Lines, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
T. Arora
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER
DATE: 9/5/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 57
District of Origin No. 54
District to Serve No. D80
Signature of Authorized USMS Deputy or Clerk
Date: 10/26/23

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
NEISH GROSS

Address (complete only different than shown above)

Date: 10-27-23
Time: 10:10 [X] am [ ] pm
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv4033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __NEISH GROSS_____ , who is
designated by law to accept service of process on behalf of *(name of organization)* __DELTA AIRLINES__
_____ on *(date)* __10-27-23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10-27-23__

_John Botello_
Server's signature

__DUSM John Botello__
Printed name and title

__501 W 5th ST, Austin, TX 78701__
Server's address

Additional information regarding attempted service, etc: