| U.S. Department of Justice | RECEIVED | PROCESS RECEIPT AND RETURN |
|---|---|---|
| United States Marshals Service | SDNY PRO SE OFFICE | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Abadi | 23cv4033 |
| DEFENDANT | TYPE OF PROCESS |
| American Airlines Group Inc, et al | Summons & Complaint |

2023 OCT 31  AM 11: 17

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

JetBlue Airways Corporation

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

211 E. 7th Street, Suite 620 Austin, TX 78701

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| Aaron Abadi<br>82 Nassau Street<br>Apt. 140<br>New York, NY 10038 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| T. Arora | | | 9/5/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>57 | District of Origin<br>No. 54 | District to Serve<br>No. 80 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/26/23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☒ am |
|---|---|---|---|
| Neish Gross | 10/27 | 10:10 | ☐ pm |

Address *(complete only if different than shown above)*

211 E. 7th St

Signature of U.S. Marshal or Deputy

Yolanda Pena

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

WESTERN DISTRICT/TEXAS AUSTIN DIVISION  2023 OCT 26 PM 12:02  U.S. MARSHALS SERVICE RECEIVED

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JetBlue Airways Corp
was received by me on *(date)* 10-27-23 .

☒ I personally served the summons on the individual at *(place)* 211 E 7th St Ste 620 Austin, TX 7   on *(date)* 10/27/23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/27/23

Yolanda Pesina
*Server's signature*

Yolanda Pesina
*Printed name and title*

501 W 5th St Ste 3300 Austin TX 78701
*Server's address*

Additional information regarding attempted service, etc: