IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AARON ABADI, § § Plaintiff, § § v. § § AMERICAN AIRLINES GROUP, INC., § ET AL., § § Defendants. § | | Case No. 1:23-cv-04033-LJL |

### DEFENDANT SILVER AIRWAYS, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Silver Airways, LLC ("Silver") provides the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

Pursuant to Rule 7.1(a)(1), Silver identifies Argent Financing, LLC as the parent corporation for Silver. No publicly held corporation owns more than 10% of its stock.

Dated: November 1, 2023

Respectfully submitted,

*/s/ Gary A. Gardner*
Gary A. Gardner
New York State Bar No. 2680015
**CUNNINGHAM SWAIM, LLP**
200 Broadhollow Road, Suite 207
Melville, NY 11747
Tel: (917) 538-2774
Fax: (214) 613-1163
gagardner@cunninghamswaim.com

Don Swaim
*Pro Hac Vice* Forthcoming
Alex J. Whitman
*Pro Hac Vice* Forthcoming
**CUNNINGHAM SWAIM, LLP**
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone: (214) 646-1495
Facsimile: (214) 613-1163
dswaim@cunninghamswaim.com
awhitman@cunninghamswim.com

**ATTORNEYS FOR DEFENDANT
SILVER AIRWAYS, LLC**

# CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that a copy of this document is being served via CM/ECF on all counsel of record who have agreed to accept service electronically in accordance with the applicable Local Rules and Federal Rules of Civil Procedure on November 1, 2023.

*/s/ Gary A. Gardner*
Gary A. Gardner