Per the Court's Individual Practices, Plaintiff's opposition to Defendant Silver Airways, LLC's motion to dismiss is due four weeks from the date the motion was filed, on Wednesday, November 29.
Date: November 2, 2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

**AARON ABADI,**

    Plaintiff,

-against-

**AMERICAN AIRLINES, INC., et al.,**

    Defendants.

Case 23-CV-4033 (LJL)

---

### LETTER FOR THE COURT – Re: Motion Response Due Date

To the Honorable Judge:

    Today, November 1, 2023, Defendant Silver Airways, LLC filed a Motion to Dismiss (Doc. 131). In the description it states "Responses Due by 11/15/2023.

**Notice of Electronic Filing**

The following transaction was entered by Gardner, Gary on 11/1/2023 at 12:30 PM EDT and filed on 11/1/2023
Case Name:       Abadi v. American Airlines Inc., et al
Case Number:     1:23-cv-04033-LJL
Filer:           Silver Airways, LLC
Document Number: 131

Docket Text:
MOTION to Dismiss . Document filed by Silver Airways, LLC. Responses due by 11/15/2023.(Gardner, Gary)

    I am confused, as in "The Individual Practices in Civil Cases" for this courtroom specifically, it states that a pro se litigant can take (4) four weeks to

respond.  Please clarify for us when my response to the motion to dismiss is actually due.

> The following special rules for the timing of motion filings in *pro se* cases apply: unless otherwise ordered by the Court, papers filed in opposition to a motion in a *pro se* case must be served and filed within four weeks of service of the motion papers, and reply papers, if any, must be served and filed within two weeks of receipt of opposition papers.

Much appreciated,

Respectfully submitted this 1ˢᵗ day of November, 2023.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com