**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED
SDNY PRO SE OFFICE

2023 NOV -3 PM 3:57

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Abadi | 23cv4033 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| American Airlines Group Inc, et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alia - The Royal Jordanian Airlines Company, DBA Royal Jordanian Airlines

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
380 World Way Los Angeles, California 90045

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
*T. Arora*

TELEPHONE NUMBER

DATE: 9/5/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process 43/57 | District of Origin No. 084 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 10/31/23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 11/2/23   Time: 0900 ☒ am ☐ pm

Address (complete only if different than shown above)

Signature of U.S. Marshal or Deputy

31974

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

CANNOT BE SERVED AT AIRLINE TICKET COUNTER. NEED BETTER ADDRESS.

Form USM-285
Rev 03/21