UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Aaron Abadi,

              Plaintiff,

    -v.-

American Airlines Inc., et al,

             Defendants.

Civil Action No. 23-cv-04033 (LJL)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants Asiana Airlines Inc. and Philippine Airlines, in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following attorney, duly admitted to practice before this Court:

> David W. Haller
> COVINGTON & BURLING LLP
> 620 Eighth Avenue
> New York, New York 10018
> Tel: (212) 841-1000
> dhaller@cov.com

Dated: November 6, 2023

              COVINGTON & BURLING LLP

              By: s/ *David W. Haller*

              David W. Haller
              COVINGTON & BURLING LLP
              620 Eighth Avenue
              New York, New York 10018
              Tel: (212) 841-1057
              dhaller@cov.com