**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

AARON ABADI,                                                    CIVIL ACTION

                 *Plaintiff*,                          No.: 23-CV-04033-LJL

    -against-

AMERICAN AIRLINES GROUP, INC, et al.,            **RULE 7.1 DISCLOSURE**
                                                 **STATEMENT OF ALLEGIANT**
                                                 **AIR, LLC**

                 *Defendants*.

_____

      Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Allegiant Air, LLC discloses

that it is wholly owned by Allegiant Travel Company, which is a publicly traded corporation.

Dated:  New York, New York
         November 6, 2023

                                    _____

                                    Evan Kwarta
                                    NY Bar No.: 4401543
                                    SDNY Bar No.: EK0712
                                    HINSHAW & CULBERTSON LLP
                                    800 Third Avenue, 13th Floor
                                    New York, NY 10022
                                    Phone: (212) 471-6200
                                    Fax:    (212) 935-1166
                                    Email: ekwarta@hinshawlaw.com