**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AARON ABADI,

        *Plaintiff*,

-against-

AMERICAN AIRLINES GROUP, INC, et al.,

        *Defendants*.

CIVIL ACTION

No.: 23-CV-04033-LJL

**RULE 7.1 DISCLOSURE STATEMENT OF FRONTIER AIRLINES, INC.**

---

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Frontier Airlines, Inc. discloses that it is wholly owned by Frontier Airlines Holdings, Inc. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Dated: New York, New York
       November 6, 2023

 

_____
Evan Kwarta
NY Bar No.: 4401543
SDNY Bar No.: EK0712
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Phone: (212) 471-6200
Fax:    (212) 935-1166
Email: ekwarta@hinshawlaw.com