UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aaron Abadi,<br><br>      Plaintiff,<br><br> -v.-<br><br>American Airlines Inc., et al,<br><br>      Defendants. | Civil Action No. 23-cv-04033 (LJL)<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies as follows:

  1. **Asiana Airlines Inc.** Defendant Asiana Airlines Inc. has approximately 31% of its stock owned by Kumho Engineering & Construction Co., Ltd., and a publicly held company Kumho Petrochemical Co., Ltd. owns approximately 11% of its stock.

  2. **Philippine Airlines.** Defendant Philippine Airlines has a publicly held parent company PAL Holdings, Inc.

Dated: November 6, 2023

                     COVINGTON & BURLING LLP

                     By: s/ *David W. Haller*

                     David W. Haller
                     COVINGTON & BURLING LLP
                     620 Eighth Avenue
                     New York, New York 10018
                     Tel: (212) 841-1057
                     dhaller@cov.com