UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AARON ABADI<br>　　Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC.,<br>et al.,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:23-CV-04033-LJL |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Gary Don Swaim hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Silver Airways, LLC in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 10, 2023

Respectfully submitted,

*/s/ Gary Don Swaim*
Applicant's Name: Gary Don Swaim
Firm Name: Cunningham Swaim, LLP
Address: 4015 Main Street, Suite 200
City/State/Zip: Dallas, Texas 75226
Telephone/Fax: (214) 646-1495/(214) 613-1163
Email: dswaim@cunninghamswaim.com

## CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that a copy of this document is being served via CM/ECF on all counsel of record who have agreed to accept service electronically in accordance with the applicable Local Rules and Federal Rules of Civil Procedure on November 10, 2023.

                                      /s/ Don Swaim
                                      Don Swaim