# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AARON ABADI<br>　　Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP,<br>INC., *et al.*,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:23-CV-04033-LJL |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of <u>Gary Don Swaim</u> for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>Texas</u>; and that his/her contact information is as follows (please print):

Applicant's Name: <u>Gary Don Swaim</u>

Firm Name: <u>Cunningham Swaim, LLP</u>

Address: <u>4015 Main Street, Suite 200</u>

City/ State/ Zip: <u>Dallas, Texas 75226</u>

Telephone/ Fax: <u>(214) 646-1495/(214) 613-1163</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Silver Airways, LLC</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge