UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI<br>    Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP,<br>INC., *et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ CASE NO. 1:23-CV-04033-LJL<br>§<br>§<br>§ |

### AFFIDAVIT OF GARY DON SWAIM

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

1. My name is Gary Don Swaim. I am an attorney with the Law Firm of Cunningham Swaim, LLP, 4015 Main Street, Suite 200, Dallas, Texas 75226; telephone number 214-646-1495 and counsel for Defendant Silver Airways, LLC in the action referenced above.

2. I am admitted to the following bars:

    State Bar of Texas on May 13, 1983
    USDC for the Northern District of Texas on May 10, 1985
    USDC for the Southern District of Texas on February 18, 1994
    USDC for the Western District of Texas on January 12, 1989
    USDC for the Eastern District of Texas on March 25, 1985
    USDC for the Central District of Illinois on June 2, 1997
    USCOA 5th Circuit on November 10, 1992
    US Supreme Court on April 18, 1994
    USCOA 11th Circuit on May 16, 2018

3. I am in good standing in all Bars wherever admitted, no disability, disciplinary or grievance proceedings have been filed or are pending against me and I have never had a request for pro hac vice admission denied or revoked.

4. I have not established domicile in the State of New York.

5. I have not established a place in New York from which I hold myself out to the public as practicing New York law, nor am I soliciting or accepting New York clients.

6. I have not previously sought pro hac vice admission in New York.

7. The party represented is Defendant Silver Airways, LLC in this matter. I have notified them of the Motion requesting permission for me to appear in this matter in this New York Court.

Signed this 10th day of November, 2023.

_____
Gary Don Swaim

The above and foregoing Affidavit was subscribed and sworn to or affirmed before me this 10th day of November, 2023 by Gary Don Swaim.

[SEAL]     Chelsea Endicott
                                 _____
                                 Notary Public in and for the
                                 State of Texas

My commission expires: 02/25/2024