# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**  Plaintiff,  -against-  **AMERICAN AIRLINES, INC., et al.,**  Defendants. | Case 23-CV-4033 (LJL) |

### LETTER FOR CLERK - UPDATED ADDRESS FOR U.S. MARSHALLS

Attention Court Clerk:

The U.S. Marshall filed a form (Doc. 143), stating that the office address for National Institutes of Health was not clear as to a point of contact and they could not reach the General Counsel's office. I apologize for the unclear address. This is the direct address.

The following is the office address for the General Counsel of NIH:

Office of the General Counsel, Public Health Division, NIH Branch

31 Center Drive --- Building 31, Rm 2B 50

Bethesda, MD 20892

Respectfully submitted this 9th day of November, 2023.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com