UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AARON ABADI<br>Plaintiffs, | § § § | |
| v. | § § | |
| AMERICAN AIRLINES GROUP,<br>INC., *et al.*,<br>Defendants. | § § § § | CASE NO. 1:23-CV-04033-LJL |

## AFFIDAVIT OF ALEX J. WHITMAN

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

1. My name is Alex J. Whitman. I am an attorney with the Law Firm of Cunningham Swaim, LLP, 4015 Main Street, Suite 200, Dallas, Texas 75226; telephone number 214-646-1495 and counsel for Defendant Silver Airways, LLC in the action referenced above.

2. I am admitted to the following bars:

    State Bar of Texas on May 4, 2012
    State Bar of Florida on October 6, 2010
    USDC for the Northern District of Texas on August 17, 2011
    USDC for the Southern District of Texas on September 27, 2012
    USDC for the Western District of Texas on September 28, 2015
    USDC for the Eastern District of Texas on August 7, 2012
    USDC for the Southern District of Florida on April 18, 2012
    USDC for the Northern District of Florida on May 24, 2012
    USDC for the Middle District of Florida on May 28, 2014
    USDC for the Southern District of Indiana on July 08, 2015

3. I am in good standing in all Bars wherever admitted, no disability, disciplinary or grievance proceedings have been filed or are pending against me and I have never had a request for pro hac vice admission denied or revoked.

4. I have not established domicile in the State of New York.

5. I have not established a place in New York from which I hold myself out to the public as practicing New York law, nor am I soliciting or accepting New York clients.

6. I have not previously sought pro hac vice admission in New York.

7. The party represented is Defendant Silver Airways, LLC in this matter. I have notified them of the Motion requesting permission for me to appear in this matter in this New York Court.

Signed this 7th day of November, 2023.

_____
Alex J. Whitman

The above and foregoing Affidavit was subscribed and sworn to or affirmed before me this 7th day of November, 2023 by Alex J. Whitman.

_____
Notary Public in and for the
State of Texas

[SEAL]
JODI L. JESSER
Notary Public, State of Texas
Comm. Expires 06-25-2024
Notary ID 8032087

My commission expires: 6.25.24