# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**ALEX JOSEPH WHITMAN**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **OCTOBER 6, 2010**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this NOVEMBER 7, 2023.*

_____
Clerk of the Supreme Court of Florida