# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

U.S. Department of Justice
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** Aaron Abadi | **COURT CASE NUMBER** 23cv4033 |
| **DEFENDANT** American Airlines Group Inc, et al | **TYPE OF PROCESS** Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cathay Pacific Airways Ltd
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2520 WEST AIRFIELD DRIVE, SUITE 301 DFW AIRPORT, TX 75261

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*T. Arora*
TELEPHONE NUMBER
DATE: 9/5/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 14/67
District of Origin: No. 054
District to Serve: No. 077
Signature of Authorized USMS Deputy or Clerk
Date: 9/6/2023

☐ I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Dustin Barnard Manager
Date: 10/26/23  Time: 400  ☑ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy: DT

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**
2 hrs (6 miles)

Form USM-285
Rev. 03/21