**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Abadi | 23cv4033 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| American Airlines Group Inc, et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Fast Colombia S.A.S., DBA Viva Air Colombia C T CORPORATION SYSTEM

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*T. Arora*
TELEPHONE NUMBER:
DATE: 9/5/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 23/57
District of Origin No.: 054
District to Serve No.: 004
Signature of Authorized USMS Deputy or Clerk
Date: 9/6/2023

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 11-2-23   Time: 12:33 [X] pm
Address (complete only if different than shown above):
Signature of U.S. Marshal or Deputy
# 3986

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**
1 AUSM Hours: $65
22 MILES = $14.41

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv4033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fsot Columbia SAS, DNA Air Columbia
was received by me on *(date)* 11-2-23

☑ I personally served the summons on the individual at *(place)* CT Corporation Systems 1200 S. Pine Island RD Plantation, FL 33324 on *(date)* 11-2-23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11-2-23

*Server's signature*

DAVID STEINMERB, DUSM # 3570
*Printed name and title*

United States Marshals Service
299 E. Broward Boulevard
Room 312
Ft. Lauderdale, FL 33301
*Server's address*

Additional information regarding attempted service, etc: