AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AARON ABADI, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-04033-LJL |
| AMERICAN AIRLINES GROUP, INC., et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Qatar Airways Group Q.C.S.C.

Date: 11/15/2023

s/Judith R. Nemsick
*Attorney's signature*

Judith R. Nemsick - JN2810
*Printed name and bar number*
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019

*Address*

judy.nemsick@hklaw.com
*E-mail address*

(212) 513-3200
*Telephone number*

(212) 385-9010
*FAX number*