UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>   *Plaintiff,*<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC., *et al.*,<br><br>   *Defendants.* | Civ. Action No. 1:23-cv-04033-LJL<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF QATAR AIRWAYS GROUP Q.C.S.C.** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Qatar Airways Group Q.C.S.C. ("Qatar Airways") (incorrectly sued herein as "Qatar Airways Q.C.S.C. d/b/a Qatar Airways Q.C.S.C. Corporation"), by and through its attorneys, Holland & Knight LLP, certifies the following:

  Qatar Airways is owned by the Government of the State of Qatar, and no publicly held corporations own 10% or more of the stock of Qatar Airways.

Dated: New York, New York
   November 15, 2023

               HOLLAND & KNIGHT LLP

               By: : */s/Judith R. Nemsick*
                 Judith R. Nemsick
               31 West 52nd Street
               New York, NY 10019
               Telephone: (212) 513-3200
               Facsimile: (212) 385-9010
               Email: judy.nemsick@hklaw.com

               *Attorneys for Defendant*
               *Qatar Airways Group Q.C.S.C.*