UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>      Plaintiff,<br><br>-against-<br><br>**AMERICAN AIRLINES GROUP, INC., et al.,**<br><br>      Defendants. | **Case 23-CV-4033 (LJL)** |

### **LETTER FOR CLERK - UPDATED ADDRESS FOR U.S. MARSHALLS**

Attention Court Clerk:

The U.S. Marshall filed a form (Doc. 156), stating that the office address for ELAL Israel Airlines LTD. has changed. I apologize for the wrong address. This is their new address.

The following is their new principal address:

ELAL Israel Airlines LTD.

5297 W Copans Road - Suite 300

Margate, FL 33063

Respectfully submitted this 15th day of November, 2023.

*s/Aaron Abadi*

AARON ABADI, Plaintiff

82 Nassau Street Apt 140

New York, NY 10038

Tel: 516-639-4100

Email: abadi.rne@gmail.com