# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>        Plaintiff,<br><br>-against-<br><br>**AMERICAN AIRLINES GROUP, INC., et al.,**<br><br>        Defendants. | **Case 23-CV-4033 (LJL)** |

### LETTER FOR CLERK - UPDATED ADDRESS FOR U.S. MARSHALLS

Attention Court Clerk:

The U.S. Marshall filed a form (Doc. 158), stating that the office address for AZUL LINHAS AÉREAS BRASILEIRAS S/A was incorrect. I apologize for the wrong address. This is their correct address.

AZUL LINHAS AÉREAS BRASILEIRAS S/A
526 SW 34th STREET
BLDG 6
FORT LAUDERDALE, FL 33315

Respectfully submitted this 15th day of November, 2023.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com