

Beverly M. Barr
Attorney at Law
Admitted in NJ, NY

914-358-3290
Fax: 888-811-7144
bbarr@dmclaw.com

November 17, 2023

**VIA ECF**
Hon. Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

    Re:    **Aaron Abadi v. American Airlines Group Inc., et al**
              **1:23 Civ. 4033 (LJL)**
              **Request for Extension of Time**

Dear Hon. Judge Liman:

       We represent defendant, Center for Emergency Medicine of Western Pennsylvania, Inc. d/b/a STAT-MD ("STATMD") in the above-referenced action.

       This letter request for extension of time is being submitted on behalf of Defendant STATMD with the consent of Plaintiff *pro se* Aaron Abadi.

       The current deadline for responding to Plaintiff's Complaint is December 5, 2023. We respectfully request that the time for STATMD to respond to Plaintiff's Complaint be extended up to and including December 20, 2023. Plaintiff *pro se* Aaron Abadi has consented to this request for extension of time.

       This would be STATMD's first request for an extension of time to respond to the Complaint. There is no currently scheduled conference in this matter. STATMD continues to reserve all of its rights and defenses, none of which are waived by this request.

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW
MAIN: 914-358-3290  FAX: 888-811-7144
445 HAMILTON AVENUE, SUITE 1102 | WHITE PLAINS, NY 10601-1832 | WWW.DMCLAW.COM

CALIFORNIA | DELAWARE | MICHIGAN | NEW JERSEY
NEW YORK | NORTH CAROLINA | OHIO
PENNSYLVANIA | SOUTH CAROLINA | WEST VIRGINIA

Aaron Abadi v. American Airlines Group Inc., et al
Index No. 23 Civ. 4033
November 17, 2023
Page 2

      Please contact the undersigned should you have any questions regarding the above request.

                              Respectfully submitted,

                              Beverly M. Barr, Esq. (BB2665)
                              Dickie McCamey & Chilcote
                              Attorneys for Defendant
                              Center for Emergency Medicine of
                              Western Pennsylvania, Inc. dba STATMD
                              bbarr@dmclaw.com
                              914-358-3290

BMB/lt
cc:    Aaron Abadi, Plaintiff *Pro Se* (via email)
       All Counsel of Record via ECF