AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AARON ABADI ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-04033-LJL |
| AMERICAN AIRLINES GROUP INC., et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Spirit Airlines, Inc.

Date:   11/17/2023

*Attorney's signature*

JONATHAN E. DEMAY (JD 3604)
*Printed name and bar number*

CONDON & FORSYTH LLP
7 TIMES SQUARE, 18TH FLOOR
NEW YORK, NEW YORK 10036

*Address*

JDEMAY@CONDONLAW.COM
*E-mail address*

(212) 894-6816
*Telephone number*

(212) 370-4453
*FAX number*