UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
AARON ABADI,                          :
                                      :
       Plaintiff,              :   Civil Action No.: 1:23-cv-04033-LJL
                                      :
  -against-                          :
                                      :   **CORPORATE DISCLOSURE**
AMERICAN AIRLINES GROUP               :   **STATEMENT OF DEFENDANT**
INC, et al.,                          :   **<u>SPIRIT AIRLINES, INC.</u>**
                                      :
       Defendants.             :
                                      :
------------------------------------ X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Spirit Airlines, Inc. (hereinafter "Spirit Airlines") states that Spirit Airlines has no parent corporation, and that no publicly held corporation owns more than 10% of the stock of Spirit Airlines.

Dated:  New York, New York
         November 17, 2023

                                      Respectfully submitted,

                                      CONDON & FORSYTH LLP

                                      By: /s/Jonathan E. DeMay
                                           Jonathan E. DeMay (JD 3604)
                                      jdemay@condonlaw.com
                                      7 Times Square – 18th Floor
                                      New York, New York 10036
                                      (212) 490-9100

                                      *Attorneys for Defendant*
                                      SPIRIT AIRLINES, INC.