AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AARON ABADI ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-04033-LJL |
| AMERICAN AIRLINES GROUP, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SINGAPORE AIRLINES LIMITED.

Date:  11/20/2023

/s/ Bartholomew J. Banino
*Attorney's signature*

Bartholomew J. Banino (BB 4164)
*Printed name and bar number*

CONDON & FORSYTH LLP
7 TIMES SQUARE, 18TH FLOOR
NEW YORK, NEW YORK 10036

*Address*

bbanino@condonlaw.com
*E-mail address*

(212) 490-6818
*Telephone number*

(212) 370-4453
*FAX number*