UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

AARON ABADI,                                        :

                          Plaintiff,       :       Case No. 1:23-cv-04033-LJL

      - against -                              :

AMERICAN AIRLINES GROUP INC., et al,         :

                         Defendants.      :

-------------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated November 20, 2023 and upon all prior pleadings and proceedings in this action, Defendants Concesionaria Vuela Compañía de Aviación, S.A.P.I. de C.V., Royal Air Maroc, Aerovías de México S.A. de C.V., Transportes Aéreos Portugueses, S.A., Spirit Airlines, Inc., Avianca S.A., Singapore Airlines, LATAM Airlines Group S.A., Iberia Líneas Aéreas De España, S.A. Operadora, Sociedad Unipersonal, LOT Polish Airlines, SA, British Airways P.L.C., and Matthew Roberts (the "C&F-represented Defendants") hereby move this Court under Rule 12 of the Federal Rules of Civil Procedure for an Order dismissing the Complaint on the ground that it fails to state a claim for which relief may be granted, and, with respect to Defendant Matthew Roberts, the Court lacks personal jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that opposing papers and affidavits, if any, are to be served on or before December 18, 2023 in accordance with the Court's Individual Practice Rule 2(K). Pursuant to the Court's Individual Rule of Practice 2(I), the C&F-represented Defendants and Plaintiff have agreed to the following page limits for briefing: (1) 47 pages for the opening Memorandum of Law; (2) 47 pages for Plaintiff's Opposition; and (3) 25 pages for Defendants' Reply.

Dated: New York, New York
November 20, 2023

                      CONDON & FORSYTH LLP

By: /s/ Bartholomew Banino
    Bartholomew Banino
    bbanino@condonlaw.com
    Anthony U. Battista
    abattista@condonlaw.com
    Jonathan E. DeMay
    jdemay@condonlaw.com
    Zachary Groendyk
    zgroendyk@condonlaw.com
    Marissa Lefland
    mlefland@condonlaw.com
    John Maggio
    Jmaggio@condonlaw.com
7 Times Square, 18th Floor
New York, New York 10036
(212) 490-9100

*Attorneys for Defendants*

Concesionaria Vuela Compañía de Aviación, S.A.P.I. de C.V., Royal Air Maroc, Aerovías de México S.A. de C.V., Transportes Aéreos Portugueses, S.A., Spirit Airlines, Inc., Avianca S.A., Singapore Airlines, LATAM Airlines Group S.A., Iberia Líneas Aéreas De España, S.A. Operadora, Sociedad Unipersonal, LOT Polish Airlines, SA, British Airways P.L.C., and individual Defendant Matthew Roberts

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Beatriz Romero, duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Monroe, New York. That on the 20th day of November 2023, deponent served a copy of the within **NOTICE OF MOTION TO DISMISS** with supporting Memorandum of Law and exhibit upon:

Aaron Abadi, *pro se*
82 Nassau Street, Apt. 140
New York, NY 10038

via ECF filing and at the address designated by said pro se litigant for that purpose by depositing same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Beatriz Romero

Sworn to before me this
20th day of November, 2023

_____
Notary Public

MARIA L PAGAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PA0010233
Qualified in Queens County
My Commission Expires 6/20/27