UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

AARON ABADI,

             Plaintiff,

vs.

AMERICAN AIRLINES GROUP, et al.,

             Defendant.

------------------------------------------------------------ x

Civil Action No. 1:23-cv-04033-LJL

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AVIANCA, INC., by and through its attorneys of record, Condon & Forsyth LLP, hereby makes the following Disclosure Statement:

    Avianca, Inc. certifies that its parent company, owning 100% of its stock, is Avianca Group International Limited (formerly Avianca Holdings S.A.). Avianca Group International Limited certifies that it has no parent company and that no company owns more than 10% of its stock.

Dated: November 20, 2023
       New York, New York

                              Respectfully submitted,

                              CONDON & FORSYTH LLP

                              By  /s/Bartholomew J. Banino
                                    Bartholomew J. Banino (BB 4164)
                                    Marissa N. Lefland (ML 8217)
                              Times Square Tower
                              7 Times Square, 18th Floor
                              New York, New York 10036
                              Tel: (212) 490-9100
                              bbanino@condonlaw.com
                              mlefland@condonlaw.com

                              *Attorneys for Defendant*
                              AVIANCA, INC.