UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
AARON ABADI,

               Plaintiff,

vs.

AMERICAN AIRLINES GROUP, et al.,

               Defendant.

---------------------------------------------------------------- x

Civil Action No. 1:23-cv-04033-LJL

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SINGAPORE AIRLINES LIMITED, by and through its attorneys of record, Condon & Forsyth LLP, hereby makes the following Disclosure Statement:

Singapore Airlines Limited certifies that Napier Investments (Private) Limited and Temasek Holdings (Private) Limited each hold 10% or more of its stock.

Dated: November 20, 2023
       New York, New York

                                  Respectfully submitted,

                                  CONDON & FORSYTH LLP

                                  By  /s/Bartholomew J. Banino
                                       Bartholomew J. Banino (BB 4164)
                                       Marissa N. Lefland (ML 8217)
                                  Times Square Tower
                                  7 Times Square, 18th Floor
                                  New York, New York 10036
                                  Tel: (212) 490-9100
                                  bbanino@condonlaw.com
                                  mlefland@condonlaw.com

                                  *Attorneys for Defendant*
                                  SINAGPORE AIRLINES LIMITED