UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| AARON ABADI, | : | |
|---|---|---|
| | | Case No. 1:23-cv-04033-LJL |
| Plaintiff, | : | |
| | | |
| - against - | : | **STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| AMERICAN AIRLINES GROUP INC., et al, | : | |
| | | |
| Defendants. | : | |

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BRITISH AIRWAYS PLC certifies that the International Consolidated Airlines Group, S.A., is the parent company of BRITISH AIRWAYS PLC, that there is no parent company of International Consolidated Airlines Group, S.A., and that no other publicly held corporation owns 10% or more stock of British Airways PLC.

Dated:   New York, New York
         November 20, 2023

                                        CONDON & FORSYTH LLP

                                        By _____
                                            Anthony U. Battista (AB 0783)
                                            Marissa N. Lefland (ML 5375)
                                        Times Square Tower
                                        7 Times Square, 18th Floor
                                        New York, New York 10036
                                        Tel: (212) 490-9100
                                        abattista@condonlaw.com
                                        mlefland@condonlaw.com

                                        *Attorneys for Defendant*
                                        BRITISH AIRWAYS PLC