UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AARON ABADI,                                          :

                Plaintiff,           :       Case No. 1:23-cv-04033-LJL

   - against -                                        :       **STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

AMERICAN AIRLINES GROUP INC., et al,     :

                Defendants.          :
------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant IBERIA LINEAS AEREAS DE ESPANA, S.A. OPERADORA, SOCIEDAD UNIPERSONAL a/k/a IBERIA AIRLINES ("Iberia") by and through its attorneys, Condon & Forsyth LLP, certifies the following:

Iberia's parent company is International Consolidated Airlines Group, S.A.  No other publicly held corporation owns 10% or more of Iberia's stock.

Dated: New York, New York
       November 20, 2023

                           CONDON & FORSYTH LLP

                     By_____
                        Anthony U. Battista (AB 0783)
                        Marissa N. Lefland (ML 5375)
                   Times Square Tower
                 7 Times Square, 18th Floor
                 New York, New York 10036
                 Tel: (212) 490-9100
                 abattista@condonlaw.com
                 mlefland@condonlaw.com

                 *Attorneys for Defendant*
                 IBERIA LINEAS AEREAS DE ESPANA, S.A.
                 OPERADORA, SOCIEDAD UNIPERSONAL
                 a/k/a IBERIA AIRLINES