UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

AARON ABADI,                                    :

                                Plaintiff,      :        Case No. 1:23-cv-04033-LJL

          - against -                           :        **STATEMENT PURSUANT TO**
                                                         **FEDERAL RULE OF CIVIL**
AMERICAN AIRLINES GROUP INC., et al,            :        **PROCEDURE 7.1**

                                Defendants.     :

-------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LATAM AIRLINES

GROUP S.A., by and through its attorneys, certifies that it has no parent corporation and the

following publicly held entities own more than 10% of its stock:

- Banco de Chile por Cuenta de State Street
- Banco de Chile por Cuenta de Terceros No Residentes
- Delta Air Lines, Inc.
- Qatar Airways Investments (UK) Ltd.

Dated:  New York, New York
        November 20, 2023

                          CONDON & FORSYTH LLP

                          By_____
                             Anthony U. Battista (AB 0783)
                             Marissa N. Lefland (ML 5375)
                          Times Square Tower
                          7 Times Square, 18th Floor
                          New York, New York 10036
                          Tel: (212) 490-9100
                          abattista@condonlaw.com
                          mlefland@condonlaw.com

                          *Attorneys for Defendant*
                          LATAM AIRLINES GROUP S.A.