UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| AARON ABADI, | : |
| | Case No. 1:23-cv-04033-LJL |
| Plaintiff, | : |
| - against - | : **STATEMENT PURSUANT TO** |
| | **FEDERAL RULE OF CIVIL** |
| AMERICAN AIRLINES GROUP INC., et al, | : **PROCEDURE 7.1** |
| Defendants. | : |

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant POLSKIE LINIE LITNICZE LOT S.A., sued herein as LOT POLISH AIRLINES SA., certifies that it has no parent corporation and no other publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
November 20, 2023

                                         CONDON & FORSYTH LLP

                               By _____
                                   Anthony U. Battista (AB 0783)
                                   Marissa N. Lefland (ML 5375)
                               Times Square Tower
                               7 Times Square, 18th Floor
                               New York, New York 10036
                               Tel: (212) 490-9100
                               abattista@condonlaw.com
                               mlefland@condonlaw.com

                               *Attorneys for Defendant*
                               POLSKIE LINIE LITNICZE LOT, S.A. a/k/a
                               LOT POLISH AIRLINES SA