**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

David W. Haller

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1057
dhaller@cov.com

November 21, 2023

*By ECF*

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

   *Re:  Abadi v. American Airlines Group Inc., et al., 23 Civ. 4033 (LJL)*
     *Request for Extension of Time*

Dear Judge Liman:

  I represent defendants Asiana Airlines and Philippine Airlines, and write respectfully to request an extension of time to respond to Plaintiff's Complaint up to and including January 9, 2024.  This would align our response deadline with that of sixteen additional non-U.S. airlines.  *See* Dkt. 165 granting Dkt. 161.  Plaintiff *pro se* Aaron Abadi consents to this relief.

  The current deadline for defendant Asiana Airlines to respond to the Complaint is December 4, 2023, and the current deadline for defendant Philippine Airlines to respond is December 18, 2023.  This is Asiana Airlines' and Philippine Airlines' first request for an extension of time to respond to the Complaint.  There is no currently scheduled conference in this matter.

             Respectfully submitted,

             s/ *David W. Haller*

             David W. Haller

cc: Aaron Abadi, Plaintiff *Pro Se* (by e-mail)
   All Counsel of Record via ECF