UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>　　　　　*Plaintiff*,<br><br>vs.<br><br>AMERICAN AIRLINES GROUP, INC. et al.,<br><br>　　　　　*Defendants*. | Docket No: 23-cv-04033-LJL<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Brian T. Maye hereby moves this Court for an Order for admission Pro Hac Vice to appear as counsel for Allegiant Air, LLC and Frontier Airlines, Inc. in the above-captioned action.

　　　　I am in good standing of the bars of Illinois, North Carolina, and Washington D.C., and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: New York, New York
　　　　November 27, 2023　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　By: */s Brian Maye*
　　　　　　　　　　　　　　　　　　　　　　　　Brian Maye
　　　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP
　　　　　　　　　　　　　　　　　　　　　　151 North Franklin Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　Tel: (312) 422-5313
　　　　　　　　　　　　　　　　　　　　　　Fax: (312) 704-3001
　　　　　　　　　　　　　　　　　　　　　　Email:  bmaye@hinshawlaw.com