UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI, | Docket No.   23-cv-04033-LJL |
| *Plaintiff*, | |
| -against- | **AFFIDAVIT OF BRIAN MAYE    IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |
| AMERICAN AIRLINES GROUP, INC., et al., | |
| *Defendants*. | |

I, Brian Maye, Esq., after first being duly sworn upon oath, deposes and states as follows:

1.     I am a duly licensed and practicing attorney, and a member in good standing of the bars listed below:

| **Jurisdiction** | **Admission Date** |
|---|---|
| North Carolina | August 1997 |
| District of Columbia | April 2000 |
| Illinois | June 2006 |
| U.S. District Court-Northern District of Illinois | December 2005 |
| U.S. District Court-Eastern District of Michigan | April 2008 |
| U.S. Court of Appeals for the Seventh Circuit | December 2008 |
| U.S. District Court-Eastern District of Wisconsin | December 2011 |
| U.S. District Court-Eastern District of Colorado | February 2013 |
| U.S. District Court-Eastern District of Indiana | March 2014 |

I reside in Mount Prospect, Illinois and maintain my principle office for the practice of law at 151 North Franklin Street, Suite 2500, Chicago, IL 06060. My Illinois bar registration number is 6288778.

I have been retained as counsel for Allegiant Air, LLC and Frontier Airlines, Inc. in the above-captioned action now pending in this Court.

2.     I was admitted to the Bar in the State of Illinois in June 2006, and I am duly licensed

1

to practice law in the State of Illinois.  A certificate of Good Standing from Illinois, which oversees attorney licensing in the jurisdiction in which I principally practice law, is annexed hereto as exhibit "A."

3. I was admitted to the Bar in the State of North Carolina in August 1997, and I am duly licensed to practice law in the State of North Carolina.  A certificate of Good Standing from North Carolina is annexed hereto as exhibit "B."

4. I was admitted to the Bar of Washington DC in April 2000, and I am duly licensed to practice law in the State of North Carolina.  A certificate of Good Standing from Washington D.C. is annexed hereto as exhibit "C."

5. I have not been admitted *pro hac vice* in the U.S. District Court for the Southern District of New York.

6. I have not been denied admission *pro hac vice* or had an admission *pro hac vice* revoked by any court in any jurisdiction.

7. I have never been reprimanded either publicly or privately, suspended, disbarred, or in any other manner disciplined or sanctioned for professional misconduct in any jurisdiction.

8. There are no pending disciplinary actions or investigations concerning my conduct before the Board of Professional Responsibility of the Supreme Court of Illinois or any other jurisdiction including any United States District Court.

9. I am familiar with the New York Rules of Professional Conduct and the rules governing the proceedings of the court before which I seek to practice.

10. I agree to be bound by the New York Rules of Professional Conduct and any other rules of conduct applicable to lawyers generally admitted in the Southern District of New York.

11. I am a Partner at Hinshaw & Culbertson LLP, which, in addition to its offices in

Chicago, Illinois, also has an office at 800 Third Avenue, 13th Floor, New York, New York 10022. I would associate with the New York office in connection with this case.

    **12.**    I have paid all fees required by this Rule in connection with the motion for admission *pro hac vice.*

    Respectfully Submitted,

By: */s Brian Maye*
       Brian Maye
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 422-5313
Fax: (312) 704-3001
Email:  bmaye@hinshawlaw.com