# EXHIBIT B

AO 136 (Rev. 10/13) Certificate of Good Standing



UNITED STATES DISTRICT COURT
for the
**Middle District of North Carolina**

CERTIFICATE OF GOOD STANDING

I, **John S. Brubaker,** Clerk of this Court,

certify that **BRIAN T. MAYE**, North Carolina Bar # **058366**, was duly admitted to practice in this

Court on **January 19, 2022**, and is in good standing as a member of the Bar of this Court.

Dated at: **Greensboro, North Carolina** on November 14, 2023



John S. Brubaker
*Clerk of Court*