UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>            *Plaintiff*,<br><br>vs.<br><br>AMERICAN AIRLINES GROUP, INC., et al.,<br><br>            *Defendants*. | Docket No: 23-cv-04033-LJL<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Brian Maye, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the of Illinois, North Carolina, and Washington D.C., and that his contact information is as follows:

    Brian T. Maye
    HINSHAW & CULBERTSON LLP
    151 North Franklin Street, Suite 2500
    Chicago, IL  60606
    Tel. (312) 422-5713
    Fax  (312) 704-3001

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Allegiant Air, LLC and Frontier Airlines, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ __, 2023

                                                             _____
                                                             United States District / Magistrate Judge