**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Aaron Abadi | COURT CASE NUMBER<br>23cv4033 |
|---|---|
| DEFENDANT<br>American Airlines Group Inc, et al | TYPE OF PROCESS<br>Summons & Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | Swiss International Air Lines AG |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>14694 FM 1050 UTOPIA, TX 78884 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Aaron Abadi<br>82 Nassau Street<br>Apt. 140<br>New York, NY 10038 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

RECEIVED PRO SE OFFICE NOV 27 202

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT<br>*T. Arora* | TELEPHONE NUMBER | DATE<br>9/5/2023 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 054 | District to Serve<br>No. 080 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/14/23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>*Stacy Trannell , office Assistor* | Date<br>11/14/23 | Time<br>1300 | ☐ am ☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

FILED U.S. DISTRICT COURT 2023 NOV 22 S.D. OF N.Y.

Form USM-285
Rev. 03/21