| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Aaron Abadi | COURT CASE NUMBER<br>23cv4033 |
|---|---|
| DEFENDANT<br>American Airlines Group Inc, et al | TYPE OF PROCESS<br>Summons & Complaint |

RECD USMS/HI 11/13/23 06:22

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SOUTHERN AIRWAYS EXPRESS, LLC DBA Mokulele Airlines
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
355 Hukilike Street, Suite 103 Kahului, HI 96732-2973

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285: 
Number of parties to be served in this case: 
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
T. Arora
TELEPHONE NUMBER
DATE 9/5/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 54 | District to Serve<br>No. 22 | Signature of Authorized USMS Deputy or Clerk<br>ok | Date<br>11/13/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
JARED DILLER (CAPTAIN MOKULELE AIRLINES)
Date: 11-20-23    Time: 930 ☒ am ☐ pm

Address (complete only if different than shown above)
355 HUKILIKE ST. SUITE 102
KAHULUI, HI 96732

Signature of U.S. Marshal or Deputy

REMARKS
SERVED AT SUITE 102 NOT SUITE 103.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv4033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SOUTHERN AIRWAYS EXPRESS, LLC DBA MOKULELE AIRLINES
was received by me on *(date)* 11-16-2023.

☑ I personally served the summons on the individual at *(place)* 355 HUKILIKE ST. SUITE 102 KAHULUI, HI 96732 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 302.86 for travel and $ 780.— for services, for a total of $ 1082.86 / 0.00

I declare under penalty of perjury that this information is true.

Date: 11-21-2023

*Server's signature*
DEXTER GAPUSAN
DEPUTY U.S. MARSHAL
*Printed name and title*

300 ALA MOANA BLVD.
HONOLULU, HI 96850
*Server's address*

Additional information regarding attempted service, etc:
SERVED MOKULELE AIRLINES CAPTAIN JARED DILLER.