**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Abadi | 23cv4033 |
| DEFENDANT | TYPE OF PROCESS |
| American Airlines Group Inc, et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nathalie Simon An employee of Delta in their Customer Care Department Delta Air Lines, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1030 Delta Boulevard Atlanta, Ga 30354-1989

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

[RECEIVED NOV 27 2023 PRO SE OFFICE stamp]

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
T. Arora
TELEPHONE NUMBER
DATE: 9/5/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 46/67
District of Origin No. 054
District to Serve No. 19
Signature of Authorized USMS Deputy or Clerk
Date: 9/6/2023

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Alisha Smith (CSC Coordinator)
Date: 11/14/2023  Time: 2:15  ☒ pm

Address (complete only different than shown above):
2 Sun Ct. NW Suite 400
Norcross, GA 30092

Signature of U.S. Marshal or Deputy
31248

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

42 miles round trip

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv4033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nathalie Simon (Delta Airlines)
was received by me on *(date)* 11/13/2023

☐ I personally served the summons on the individual at *(place)*
    on *(date)*                            ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
    , a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Alisha Smith (CSC Coordinator), who is
    designated by law to accept service of process on behalf of *(name of organization)* Delta Airlines
    on *(date)* 11/14/2023    ; or

☐ I returned the summons unexecuted because                            ; or

☐ Other *(specify)*:


My fees are $ 27.51  for travel and $ 65.00  for services, for a total of $ 92.51  ~~0.00~~ JD

I declare under penalty of perjury that this information is true.

Date: 11/15/2023

*Server's signature*

Jhonner Donoso, Deputy U.S. Marshal
*Printed name and title*

75 Ted Turner Dr. SW Atlanta, GA 30303
*Server's address*

Additional information regarding attempted service, etc: