## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>              Plaintiff,<br><br>-against-<br><br>**AMERICAN AIRLINES, INC., et al.,**<br><br>              Defendants. | **Case 23-CV-4033 (LJL)** |

## PLAINTIFF'S LETTER/MOTION RE EXTENSION OF TIME TO SERVE SUMMONS & COMPLAINT

Honorable Judge,

The Court previously ordered on August 31, 2023, for the Clerk of Court to issue summonses for all Defendants, complete the USM-285 forms with Defendants' addresses, and deliver all documents necessary to effect service to the U.S. Marshals (Doc. 18).

Between those Defendants that were decent enough to send back their waivers, and the ones served by the U.S. Marshals, we have reached about 50 Defendants (a few were promised to be on their way).  There are about 18 left that need to be served.

Plaintiff hereby requests an extension of time for an additional 90 days to complete this service, as Plaintiff was relying on the U.S. Marshals to do the service, and this has not yet been completed.

Thank you for your consideration.

Respectfully submitted this 29th day of November, 2023.

s/Aaron Abadi

Aaron Abadi
82 Nassau Street Apt 140
New York, NY 10038 - Tel 516-639-4100
Email- abadi.rne@gmail.com