# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

**AARON ABADI,**

        Plaintiff,

-against-

**AMERICAN AIRLINES GROUP, INC., et al.,**

        Defendants.

**Case 23-CV-4033 (LJL)**

---

## LETTER FOR CLERK - UPDATED ADDRESS FOR U.S. MARSHALLS

Attention Court Clerk:

        The U.S. Marshall filed a form (Doc. 191), stating that the office address for Sun Country, Inc. was incorrect, as they no longer reside there.  I apologize for the wrong address.


This is their registered address in New York State.

Sun Country, Inc.

C/O CORPORATION SERVICE COMPANY

80 STATE STREET

ALBANY, NY 12207


Their headquarters are located at the following address:

Sun Country, Inc.

2005 CARGO ROAD

MINNEAPOLIS, MN 55450

Respectfully submitted this 29th day of November, 2023.


*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com