# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Abadi | 23cv4033 |
| DEFENDANT | TYPE OF PROCESS |
| American Airlines Group Inc, et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Concesionaria Vuela Compañia de Aviaci6n, S.A.B. de C.V. OBA Volaris
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9800 AIRPORT BLVD. SAN ANTONIO, TX 78216

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
*T. Arora*
TELEPHONE NUMBER:
DATE: 9/5/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 54
District to Serve No.: 80
Signature of Authorized USMS Deputy or Clerk: [signature]
Date:

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Gabriela Land
Date: 11/27/23   Time: 12:23 pm
Address (complete only if different than shown above): Same as above
Signature of U.S. Marshal or Deputy: A. Salinas 37832

REMARKS:
Served to Gabriela Land, supervisor on duty, at Volaris ticketing station at address shown above.

Nothing follows //

Form USM-285
Rev. 03/21