UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>           Plaintiff,<br><br>-against-<br><br>AMERICAN AIRLINES, INC., et al.,<br><br>           Defendants. | Civil Action No.:<br>1:23-cv-04033 LJL |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Air Tahiti Nui's Motion to Dismiss, dated December 5, 2023, and upon all prior pleadings and proceedings in this action, Defendant Air Tahiti Nui ("Defendant"), by and through its attorneys, Eckert Seamans Cherin & Mellott, LLC, shall move this Court at the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007, before the Honorable Lewis J. Liman, United States District Judge, on a date and time to be set by the Court, for an order dismissing each of Plaintiff's 30 separate counts against it in the Complaint, pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, and for any other relief deemed appropriate by the Court.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will be required to respond pursuant to a briefing schedule to be set by the Court or, in the absence of a specific order, consistent with this Court's *Individual Practices in Civil Cases*.

Dated: December 5, 2023
White Plains, New York

        Respectfully Submitted,

        Eckert Seamans Cherin & Mellott, LLC

        By: *s/ Riyaz G. Bhimani*
        Riyaz G. Bhimani
        10 Bank Street, Suite 700
        White Plains, New York 10606
        rbhimani@eckertseamans.com
        (914) 286-2806

        *Attorneys for Defendant*
        *Air Tahiti Nui*

## Certificate of Service

I, Riyaz G. Bhimani, hereby certify that a true and correct copy of foregoing **NOTICE OF MOTION** to dismiss on behalf of Defendant Air Tahiti Nui was served on December 5, 2023 upon all counsel of record including the Plaintiff *pro se* (at the e-mail address below) via the Court's CM/ECF Filing Portal, through which service is complete upon the transmission and receipt of the notice of docket activity of this (these) document(s):

        Mr. Aaron Abadi
        Abadi.rne@gmail.com
        *Plaintiff Pro Se*

        *s/ Riyaz G. Bhimani*
        Riyaz G. Bhimani