**S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Abadi | 23cv4033 – 16 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| American Airlines Group Inc, et al | Summons & Complaint |

RECEIVED
SDNY PRO SE OFFICE
2023 DEC -4 PM 3:41

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CENTERS FOR DISEASE CONTROL & PREVENTION

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1600 CLIFTON ROAD ATLANTA, GA 30329

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
T. Arora
TELEPHONE NUMBER
DATE: 9/5/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 57
District of Origin No.: 54
District to Serve No.: 19
Signature of Authorized USMS Deputy or Clerk: Antonio Perry
Date: 11/09/20

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 11/22/2023   Time: 1130   ☒ am  ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: Antonio Perry

Costs shown on attached USMS Cost Sheet >>

**REMARKS** An investigation revealed that service of process for the CDC be forwarded to the Office of the General Counsel.

The General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv4033-**16**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Centers for Disease control & Prevention**
was received by me on *(date)* **11/09/2023**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because **Forwarded To OGC in washington D.C.** ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11/22/2023**

*Antonio Perez*
Server's signature

**ANTONIO PEREZ   DUSM**
Printed name and title

**75 Ted Turner Dr SW**
**Atlanta, GA 30303**
Server's address

Additional information regarding attempted service, etc:
**SERVICE of PROCESS To be Forwarded To the address Listed:**

**The General Counsel**
**Department of Health and Human Services**
**200 Independence Avenue S.W.**
**Washington DC 20201**