| U.S. Department of Justice<br>United States Marshals Service | RECEIVED<br>SDNY PRO SE OFFICE<br>2023 DEC -4  PM 3:41 | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>Aaron Abadi | COURT CASE NUMBER<br>23cv4033 |
|---|---|
| DEFENDANT<br>American Airlines Group Inc, et al | TYPE OF PROCESS<br>Summons & Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>US DEPARTMENT OF HEALTH & HUMAN SERVICES |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>200 INDEPENDENCE AVENUE, S.W. WASHINGTON, D.C. 20201 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| Aaron Abadi<br>82 Nassau Street<br>Apt. 140<br>New York, NY 10038 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of:<br>T. Arora | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>9/5/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>56/57 | District of Origin<br>No. ~~APH~~ | District to Serve<br>No. A16 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/9/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>11/28/2023 | Time<br>10:00 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br>3216 | | |

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

11/22/23: Attempted service and was refused by security personnel and given no alternative to serve process.

11/24/23: Called and left a voicemail for the OGC office for Health and Human Services to determine if there was an alternative to serve.

11/28/23: Attempted service again and was refused. Will return unexecuted.

Deputy was not able to serve process, but the summons + complaint was sent by Fedex and delivery was confirmed.

SERVED BY CERTIFIED MAIL
RECEIPT # 77369487072Y (Dept of Health)
RECEIPT # 7736949116a5 (U.S. AG)
DATE MAILED 10/10/2023

Form USM-285
Rev. 03-21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv4033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Department of Health + Human Services
was received by me on *(date)* 11/9/2023 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because   unable to locate   ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/24/23

*Server's signature*

CEstrada, D USM
*Printed name and title*

333 Constitution Ave NW, Washington, DC 20001
*Server's address*

Additional information regarding attempted service, etc:

**FedEx.**

November 28, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 773694870724

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | P.ZEIDMAN | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | WASHINGTON, DC, |
| | | Delivery date: | Oct 12, 2023 11:33 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 773694870724 | Ship Date: | Oct 11, 2023 |
| | | Weight: | 5.0 LB/2.27 KG |
| Recipient: | | Shipper: | |
| WASHINGTON, DC, US, | | New York, NY, US, | |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.