# EXHIBIT 1

| | |
|---|---|
| **From:** | Aaron Abadi |
| **To:** | Kwarta, Evan |
| **Cc:** | Maye, Brian T. |
| **Subject:** | Re: Page Limits |
| **Date:** | Monday, November 20, 2023 7:26:18 PM |

**\*\*\*External email\*\*\***
This message came from outside your organization.

No problem

Aaron Abadi

On Nov 20, 2023, at 6:50 PM, Kwarta, Evan <ekwarta@hinshawlaw.com> wrote:

Dear Mr. Abadi:

As you know, we represent Allegiant and Frontier in action 2-23-CV-074 in which you are a plaintiff.

You have asserted approximately the same number of counts against our clients as against other airlines. You have reached agreement with many of those airlines whereby, when filing a motion to dismiss, they collectively receive 45 pages for their moving papers and you the same for you same for your opposition. On behalf of Frontier and Allegiant, we request that we enter into the same agreement you did with those other defendants.

Please advise.

Regards,
Evan

**Evan Kwarta**
Partner
**Hinshaw & Culbertson LLP**
800 Third Avenue, 13th Floor, New York, NY 10022

**O:** 212-655-3839 | **F:** 212-935-1166
ekwarta@hinshawlaw.com
My Bio | hinshawlaw.com

<image001.jpg>

Follow us on    <image002.jpg>

<image003.jpg>

<image004.jpg>

<image005.jpg>

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.