| Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Aaron Abadi | COURT CASE NUMBER<br>23cv4033 |
|---|---|
| DEFENDANT<br>American Airlines Group Inc, et al | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Roy Goldberg An attorney with STINSON LLP

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1775 Pennsylvania Avenue, N.W. Suite 800 Washington, D.C. 20006

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
T. Arora
TELEPHONE NUMBER
DATE  9/5/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 054 | District to Serve<br>No. A16 | Signature of Authorized USMS Deputy or Clerk<br>Kayhn Br | Date<br>11/29/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Nanette Banks - Receptionist

Date 11/29/2023  Time 11:30  ☒ am  ☐ pm

Address *(complete only if different than shown above)*

Signature of U.S. Marshal or Deputy
Kayhn R

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
11/24/2023 10:45 First endeavor done. The office was closed.
11/29/2023 11:30 Served to the receptionist for Stinson LLP.

Form USM-285
Rev 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv4033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☑ I personally served the summons on the individual at *(place)* 1775 Pennsylvania Ave. NW Suite 600 Washington DC 20006 on *(date)* 11/29/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*                  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                          , who is designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*                  ; or

☐ I returned the summons unexecuted because                                          ; or

☐ Other *(specify)*:

My fees are $          for travel and $          for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/29/2023

*Server's signature*

Deputy United States Marshal Kayleen Bretz
*Printed name and title*

333 Constitution Ave. NW Washington D.C. 20001
*Server's address*

Additional information regarding attempted service, etc: