U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 8, 2023

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Abadi v. American Airlines, Inc., et al.*, No. 23 Civ. 4033 (LJL)

Dear Judge Liman:

This Office represents the U.S. Department of Health and Human Services, the Centers for Disease Control and Prevention, Dr. Anthony Fauci, and Dr. Robert Redfield (together, the "Federal Defendants") in the above action.[1]  The U.S. Department of Health and Human Services and Centers for Disease Control and Prevention's deadline to respond to the Complaint is December 18, 2023.  Dr. Redfield's deadline to respond to the Complaint is December 27, 2023.  Dr. Fauci's deadline to respond to the Complaint is January 12, 2024.  We write to respectfully request an extension of time for all of the Federal Defendants to respond to the Complaint to February 1, 2024.

The reason for this request is that the Office requires additional time to gather information relevant to the Complaint and prepare a response.  This is the first request for an extension of time to respond to the Complaint.  Plaintiff consents to the extension.  I thank the Court for its consideration of this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ *Danielle J. Marryshow*
Danielle J. Marryshow
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2689
Email: Danielle.Marryshow@usdoj.gov

---

[1] In addition, Dr. Robert Redfield has not yet been added to the docket.  We also write to respectfully request that Dr. Robert Redfield be added to ECF as a Defendant.