AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| AARON ABADI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-04033-LJL |
| AMERICAN AIRLINES GROUP, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC.

Date: 12/15/2023

/s/ Bartholomew J. Banino
*Attorney's signature*

Bartholomew J. Banino (BB 4164)
*Printed name and bar number*

CONDON & FORSYTH LLP
7 TIMES SQUARE, 18TH FLOOR
NEW YORK, NEW YORK 10036

*Address*

bbanino@condonlaw.com
*E-mail address*

(212) 490-6816
*Telephone number*

(212) 370-4453
*FAX number*