IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
AARON ABADI, :
: Civil Action No. 1:23-cv-04033-LJL
*Plaintiff*, :
:
v. : **DEFENDANT SCANDINAVIAN**
: **AIRLINES OF NORTH**
AMERICAN AIRLINES GROUP, et al., : **AMERICA, INC.'s NOTICE OF**
: **BANKRUPTCY**
*Defendants*. :
:
------------------------------------------------------------x

     PLEASE TAKE NOTICE that on July 5, 2022, Defendant Scandinavian Airlines of North America, Inc. (sued herein as Scandinavian Airlines of North America, Inc. d/b/a SAS) filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (Case No. 22-10930 (MEW)). See Exhibit A, respectively. The Bankruptcy Court ordered the joint administration of the aforementioned case with several other chapter 11 cases for procedural purposes only under *In re SAS AB*, Case No. 22-10925 (MEW). See Exhibit B.

     PLEASE TAKE FURTHER NOTICE that the filing of a bankruptcy case operates as an automatic stay of, among other things, the commencement or continuation of a judicial action against the debtor that was or could have been commenced before the filing of the bankruptcy case and any act to obtain possession or control of property of the estate. See 11 U.S.C. §§ 362(a)(1) and (3). The automatic stay is applicable to all entities, including the plaintiff in the above-captioned proceeding. See 11 U.S.C. § 362(a).

     PLEASE TAKE FURTHER NOTICE that the debtors in *In re SAS AB* are SAS AB, SAS Danmark A/S (*aka* Scandinavian Airlines System A/S), SAS Norge AS, SAS Sverige AB,

Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America, Inc., Gorm Asset Management Limited, Gorm Dark Blue Limited, Gorm Deep Blue Limited, Gorm Sky Blue Limited, Gorm Warm Red Limited, Gorm Light Blue Limited, Gorm Ocean Blue Limited, and Gorm Engine Management Limited.

Dated: December 15, 2023

                                            Respectfully submitted,

                                            CONDON & FORSYTH LLP

                                            By: /s/ Bartholomew J. Banino
                                                  Bartholomew J. Banino
                                                  bbanino@condonlaw.com
                                                  Marissa N. Lefland
                                                  mlefland@condonlaw.com

                                                  7 Times Square, 18th Floor
                                                  New York, New York 10036
                                                  (212) 490-9100

                                          *Attorneys for Defendant*
                                          *SCANDINAVIAN AIRLINES OF*
                                          *NORTH AMERICA, INC.*

**TO (via ECF):**

AARON ABADI
82 Nassau Street
Apt. 140
New York, NY 10038
(516) 639 4100

*Pro se*