**EXHIBIT A**

**Fill in this information to identify the case:**

United States Bankruptcy Court for the <u>Southern District of New York</u>

Case number (*if known*): _____ Chapter <u>11</u>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Scandinavian Airlines System Denmark-Norway-Sweden |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | The Consortium; SAS Scandinavia; and Konsortiet |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | N/A |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| Frösundaviks Allé 1 | |
| Number   Street | Number   Street |
| | |
| | P.O. Box |
| SE-169 70 Solna, Sweden | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Stockholm | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)   https://www.sasgroup.net

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        Page 1

| Debtor | Scandinavian Airlines System Denmark-Norway-Sweden | Case number (if known) | 22-____ (__) |
|---|---|---|---|
| | Name | | |

22-10925-mew Doc 33 Filed 07/05/22 Entered 07/05/22 05/21:21 Main Document
Pg 2 of 18

Case 1:23-cv-04033 Document 28-4 Filed 02/05/25 Page 3 of 19

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax- exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4811 – Scheduled Air Transportation

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, a**nd it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes   District _____   When _____   Case number _____
                              MM/ DD/ YYYY

       District _____   When _____   Case number _____
                              MM / DD/ YYYY

Debtor  Scandinavian Airlines System Denmark-Norway-Sweden        Case number (if known) 22-____ (   )
        Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No ☒ Yes | Debtor | See Schedule 1 | Relationship | See Schedule 1 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | District | Southern District of New York | When | July 5, 2022 |
| | List all cases. If more than 1, attach a separate list. | | Case number, if known | | | MM / DD/ YYYY |

| 11. | Why is the case filed in this district? | *Check all that apply:* |
| --- | --- | --- |

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
| --- | --- | --- |

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number        Street

_____  _____  _____
City                    State               ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact Name _____
       Phone _____

---

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
| --- | --- | --- |

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors (on a consolidated basis with all affiliated debtors) | ☐ 1-49 ☐ 50-99 ☐ 100-199 ☐ 200-999 | ☐ 1,000-5,000 ☐ 5,001-10,000 ☒ 10,001-25,000 | ☐ 25,001-50,000 ☐ 50,001-100,000 ☐ More than 100,000 |
| --- | --- | --- | --- | --- |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        Page 3

| Debtor | Scandinavian Airlines System Denmark-Norway-Sweden | Case number (if known) | 22-____ (__) |
|---|---|---|---|
| | Name | | |

| 15. | **Estimated assets** (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☒ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|
| 16. | **Estimated liabilities** (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 5, 2022
MM / DD/ YYYY

✗ /s/ Erno Hildén                          Erno Hildén
Signature of authorized representative of debtor        Printed name

Authorized Representative
Title

**18. Signature of attorney**

✗ /s/ Gary T. Holtzer                      Date  July 5, 2022
Signature of attorney for debtor                          MM / DD / YYYY

Gary T. Holtzer
Printed Name

Weil, Gotshal & Manges LLP
Firm Name

767 Fifth Avenue
Address

New York, New York 10153
City/State/Zip

(212) 310-8000
Contact Phone

Gary.Holtzer@weil.com
Email Address

2401859                New York
Bar Number             State

## Schedule 1

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"). A motion will be filed with the Court requesting that the chapter 11 cases of each entity listed below be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of SAS AB.

| COMPANY |
| --- |
| SAS AB |
| SAS Danmark A/S |
| SAS Norge AS |
| SAS Sverige AB |
| Scandinavian Airlines System Denmark-Norway-Sweden |
| Scandinavian Airlines of North America Inc. |
| Gorm Asset Management Limited |
| Gorm Dark Blue Limited |
| Gorm Deep Blue Limited |
| Gorm Sky Blue Limited |
| Gorm Warm Red Limited |
| Gorm Light Blue Limited |
| Gorm Ocean Blue Limited |
| Gorm Engine Management Limited |

|  |  |
|---|---|
|  | Minutes No. 504 kept of resolutions by circulation *(per capsulam)* of the board of directors ("**Board**") of SCANDINAVIAN AIRLINES SYSTEM Denmark-Norway-Sweden (reg. no. 902001-7720) (the "**Company**") on July 4, 2022 |
| Participating Board members: | Anco van der Werff<br>Simon Pauck Hansen<br>Kjetil Håbjørg<br>Carina Malmgren Heander<br>Erik Westman<br>Charlotte Svensson<br>Kim John Christiansen<br>Jens Lippestad<br>Tommy Nilsson |

§ 1
MINUTES AND APPROVAL

It was noted that the resolutions were adopted by way of circulation and that all members of the Board by signing these minutes confirm their approval of the resolutions set out herein.

§ 2
COMMENCEMENT OF CHAPTER 11 CASE

It was noted that the Board, with the assistance of (i) financial advice from financial advisors and management of the Company, (ii) legal advice from outside counsel to the Company, and (iii) management of the Company, had fully reviewed and considered each of the strategic alternatives available to the Company and has had the opportunity to ask questions about the materials presented by management and the financial and legal advisors of the Company regarding the liabilities and liquidity of the Company and the strategic alternatives available to the Company. The presentation circulated to the Board members prior to approving these resolutions was attached as Appendix A hereto. The Board resolved, after due consultation with the management and the legal and financial advisors of the Company, and taking into consideration among other things the union strike, the Company's current liquidity position and forecast, the Company's indebtedness, the status of the SAS FORWARD plan and the limited progress in the negotiations with various stakeholders, that it is desirable and in the best interests of the Company, including its creditors, that a petition be filed by the Company as soon as possible seeking relief under the provisions of chapter 11 of title 11 of the United States Bankruptcy Code.

The Board further resolved that each of Anco van der Werff and Erno Hildén (each, an "**Authorized Person**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, all petitions, schedules, statements, motions, lists, applications, pleadings, orders, plans, and other documents in the United States Court for the Southern District of New York (the "**Bankruptcy Court**"), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals, and to take and

22-10925-mew Doc 133-1 Filed 07/05/22 Entered 07/05/22 15:23:21 Main Document
Case 1:23-cv-04033 Document 28-1 Filed 12/15/23 Page 8 of 19
Pg 7 of 18

2

perform any and all further acts and deeds which such Authorized Person, who may act without the joinder of any other Authorized Person, deems necessary, proper, or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**"), including negotiating, executing, delivering, and performing any and all documents, agreements, certificates, and instruments in connection with the transactions and professional retentions set forth in this resolution.

The Board <u>resolved</u> on retention of advisors for the Chapter 11 case in accordance with the following:

      that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

      that the law firm of Mannheimer Swartling AB, located at Norrlandsgatan 21, 111 43 Stockholm, Sweden, is hereby retained as attorneys for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

      that FTI Consulting, Inc., located at 3 Times Square, 9th Floor, New York, New York 10036, is hereby retained as financial advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

      that Seabury Securities LLC, located at 1350 Avenue of the Americas, 31st Floor, New York, New York 10019, is hereby retained as investment banker for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

      that Skandinaviska Enskilda Banken AB, located at Kungsträdgårdsgatan 8, 106 40 Stockholm, Sweden, is hereby retained as investment banker for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and

      that Kroll Restructuring Advisors, located at 55 East 52nd Street, 17th Floor, New York, New York 10055, is hereby retained as claims, noticing and solicitation agent for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

The Board <u>resolved</u> that each Authorized Person be, and each, acting alone, hereby is, authorized, empowered and directed, for and on behalf of the Company to do and perform all such acts and things and enter into, execute, acknowledge, deliver, and file all such certificates, agreements, acknowledgments, instruments, contracts, statements, and other documents and to take such further actions as such Authorized Person may deem necessary or appropriate to effect the intent and accomplish the purposes of the foregoing resolutions, with the taking of any such action by such Authorized Person being conclusive evidence that the same did meet such standards as set forth above.

The Board further resolved that any and all actions taken by an Authorized Person prior to the date of adoption of the foregoing resolutions, which would have been authorized by the foregoing resolutions but for the fact that such actions were taken prior to such date, be, and each hereby is, ratified, approved, confirmed, and adopted as a duly authorized act of the Company in all respects and for all purposes.

§ 3
CONDITIONS

The Board <u>resolved</u> that the resolutions approved in § 2 are conditional upon SAS AB (Reg. No. 556606-8499) having resolved to file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Bankruptcy Code.

_____

Approved by:

| | |
|---|---|
| *Anco van der Werff* (DocuSigned, 42844A01508C48A...)<br>Anco van der Werff | *Simon Pauck Hansen* (DocuSigned, 82653058CF08458...)<br>Simon Pauck Hansen |
| *Kjetil Håbjørg* (DocuSigned, 6583440BCF1F477...)<br>Kjetil Håbjørg | *C. M.* (DocuSigned, DB32E53852A544C...)<br>Carina Malmgren Heander |
| *[signature]* (DocuSigned, 36BEBA36A3B448A...)<br>Erik Westman | *Charlotte Svensson* (DocuSigned, E6027161A2144D2...)<br>Charlotte Svensson |
| *Kim John Christiansen* (DocuSigned, CB6A98A5DB054E5...)<br>Kim John Christiansen | *Jens Lippestad* (DocuSigned, D1844FBF4CF1433...)<br>Jens Lippestad |
| *[signature]* (DocuSigned, 62954817F191463...)<br>Tommy Nilsson | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name: Scandinavian Airlines System Denmark-Norway-Sweden | |
| United States Bankruptcy Court for the Southern District of New York (State) | |
| Case number (If known): 22-_____ ( ) | ☐ Check if this is an amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of consolidated creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Intertrust (Sweden) AB<br>Attn.: Shankar Iyer, CEO<br>Sveavägen 9, 10th Floor<br>Stockholm 111 57<br>Sweden | Attn.: Shankar Iyer, CEO<br>Phone: +46 8 402 72 00<br>Facsimile: +46 8 402 72 99<br>Email: trustee@intertrustgroup.com | State Hybrid Bonds | | | | $599,424,352.40 |
| 2. | Intertrust (Sweden) AB<br>Attn.: Shankar Iyer, CEO<br>Sveavägen 9, 10th Floor<br>Stockholm 111 57<br>Sweden | Attn.: Shankar Iyer, CEO<br>Phone: +46 8 402 72 00<br>Facsimile: +46 8 402 72 99<br>Email: trustee@intertrustgroup.com | Commercial Hybrid Bonds | | | | $161,363,435.45 |
| 3. | Kingdom of Denmark<br>Attn.: Nicolai Halby Wammen, Minister of Finance<br>The Danish Ministry of Finance<br>Christiansborg Slotsplads 1<br>Copenhagen 1218<br>Denmark | Attn.: Nicolai Halby Wammen, Minister of Finance<br>Phone: +45 3392 3333<br>Email: fm@fm.dk<br>        adblb@fm.dk<br>        anrje@fm.dk | Danish Term Loan | | | | $154,274,443.15 |
| 4. | Eksportfinansiering Norge<br>Attn.: Tone Lunde Bakker, CEO<br>PB 1763 Vika<br>Oslo N 0122<br>Norway | Attn.: Tone Lunde Bakker, CEO<br>Phone: +47 22 87 62 00<br>Facsimile: +47 22 01 22 02<br>Email: post@eksfin.no | Nordea Loan | | | | $150,732,766.73 |
| 5. | Swedish National Debt Office<br>Attn.: Karolina Ekholm, Director General<br>The National Debt Office<br>Stockholm 103 74<br>Sweden | Attn.: Karolina Ekholm, Director General<br>Phone: +46 8 613 45 00<br>Facsimile: +46 8 21 21 63<br>Email: guarantees-loans@riksgalden.se | Swedish Term Loan | | | | $149,586,277.50 |
| 6. | Citibank N.A., Zurich<br>Attn.: Jane Fraser, CEO<br>Prime Tower<br>Hardstrasse 201<br>Zurich 8010<br>Switzerland | Attn.: Jane Fraser, CEO<br>Phone: +41 58 750 50 00<br>Facsimile: +41 58 750 55 88<br>Email: jane.fraser@citi.com;<br>jane.fraser@citigroup.com | Swiss Bond | | | | $133,937,328.71 |

Official Form 204          List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders          Page 1

| Debtor | Scandinavian Airlines System Denmark-Norway-Sweden | Case number (if known) | 22-_____ ( ) |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7. | Københavns Lufthavne A/S<br>Attn.: Thomas Woldbye, CEO<br>Postboks 74<br>Lufthavnsboulevarden 6<br>Kastrup 2770<br>Denmark | Attn.: Thomas Woldbye, CEO<br>Phone:<br>Email: trainingplanning.cc@sas.se | Authorities | | | | $25,560,924.95 |
| 8. | Avinor AS<br>Attn.: Abraham Foss, CEO<br>Postboks 150<br>Gardermoen 2061<br>Norway | Attn.: Abraham Foss, CEO<br>Phone: +47 64 81 20 01<br>Facsimile: +47 67 03 00 00<br>Email: linda.bath@avinor.no | Authorities | | | | $14,122,454.90 |
| 9. | Eurocontrol<br>Attn.: Eamonn Brennan, Director General<br>Den Danske Bank<br>Holmens Kanal 2-12<br>København K 1092<br>Denmark | Attn.: Eamonn Brennan, Director General<br>Phone: +32 2 729 90 11<br>Facsimile: +32 2 729 90 44<br>Email: eamonn.brennan@eurocontrol.int | Authorities | | | | $11,827,687.73 |
| 10. | Swedavia AB<br>Attn.: Jonas Abrahamsson, CEO<br>Stockholm Arlanda Airport<br>Stockholm-Arlanda SE-190 45<br>Sweden | Attn.: Jonas Abrahamsson, CEO<br>Phone: +46 (0) 10 109 00 00<br>Facsimile: +46 (0) 10-109 05 00<br>Email: jacob.jensen@swedavia.se<br>avs@swedavia.se | Authorities | | | | $7,848,128.02 |
| 11. | JAI Aviation Fund 2016-01 LLC<br>Attn.: President or General Counsel<br>c/o Sakura Horwath & Co<br>1-11 Kanda Jimbocho<br>Chiyoda Ku<br>Tokyo<br>Japan | Attn.: President or General Counsel<br>Phone: +91 9326879845<br>Email: AR@willislease.com;<br>info@jaiaviation.com | Fleet - Leases | | | | $6,276,152.00 |
| 12. | Rolls Royce PLC<br>Attn.: Warren East CBE, CEO<br>P.O. Box 31<br>Derby DE248BJ<br>United Kingdom | Attn.: Warren East CBE, CEO<br>Phone: 01332 242424<br>Facsimile: 01332 249936<br>Email: warren.east@roll-royce.com;<br>eu.affairs@rolls-royce.com | Aircraft Maintenance | | | | $5,078,875.93 |
| 13. | Lufthansa Technik AG<br>Attn.: Soeren Stark, CEO<br>P.O. Box 630 300<br>Hamburg 22313<br>Germany | Attn.: Soeren Stark, CEO<br>Phone: +49 40 8818 7102<br>Email: abadzfe@iht.dlh.de | Aircraft Maintenance | | | | $4,765,041.77 |
| 14. | Regional Jet OU<br>Attn.: President or General Counsel<br>Lennujaama Tee 13<br>Tallinn 11101<br>Estonia | Attn.: President or General Counsel | Wet Lease | | | | $4,655,693.53 |

| Debtor | Scandinavian Airlines System Denmark-Norway-Sweden | Case number (if known) | 22-_____ ( ) |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15. | CityJet<br>Attn.: Pat Byrne, Executive Chairman<br>Swords Business Campus<br>Balheary Road<br>Swords<br>Ireland | Attn.: Pat Byrne, Executive Chairman<br>Phone: +353872414751<br>Facsimile: +353 1 87 00 115 | Wet Lease | | | | $4,273,738.32 |
| 16. | Jin Shan 7 Ireland Company Limited<br>Attn.: President or General Counsel<br>2 Grand Canal Square<br>Grand Canal Harbour<br>Dublin 2<br>Ireland | Attn.: President or General Counsel | Aircraft Lessor | | | | $3,895,644.00 |
| 17. | Tata Consultancy Services Sverige AB<br>Attn.: Rajesh Gopinathan, CEO<br>Mäster Samuelsgatan 42<br>Stockholm 111 57<br>Sweden | Attn.: Rajesh Gopinathan, CEO<br>Phone: +91-22-6778 9999<br>Facsimile: +91-22-6778 3000<br>Email: tcs.sasinvoicepo@tcs.com | Digital & IT | | | | $3,731,917.89 |
| 18. | Geodis Denmark A/S<br>Attn: Marie-Christine Lombard, CEO<br>Oliefabriksvej 29-43<br>Kastrup DK2770<br>Denmark | Attn: Marie-Christine Lombard, CEO<br>Phone: +91-22-6778-9999<br>Facsimile: +45 36 99 80 81<br>Email: ursula.breull@geodis.com | Logistics | | | | $3,685,354.05 |
| 19. | Workforce Logiq Sweden AB<br>Attn.: Kevin Akeroyd, CEO<br>Sveavägen 13, 11 TR<br>Stockholm 111 57<br>Sweden | Attn.: Kevin Akeroyd, CEO<br>Phone: +46 (0)8-6648000<br>Facsimile: +46 (0)8-6648001<br>Email: sas@workforcelogiq.com | Professional Services | | | | $3,515,491.15 |
| 20. | Altuna Hangar KB<br>Attn.: President or General Counsel<br>Tornvägen 17A<br>Stockholm-Arlanda 190 60<br>Sweden | Attn.: President or General Counsel<br>Phone: +46 77 570 00 00 | Authorities | | | | $3,459,457.95 |
| 21. | CFM International SA<br>Attn.: Gaël Méheust, President & CEO<br>2 BLD DU General Martial Valin<br>Paris Cedex 75724<br>France | Attn.: Gaël Méheust, President & CEO<br>Email: laurence.crepet@safrangroup.com | Aircraft Maintenance | | | | $2,917,724.39 |
| 22. | Hellenic Fuels and Lubricants Industrial and Commercial S.A.<br>Attn: John Costopoulos, CEO<br>Athens Tower, Messogion Ave 2<br>Athens<br>Greece | Attn: John Costopoulos, CEO<br>Phone: 30 2106302000<br>Facsimile: 30 2106302510<br>Email: e.moshovou@eko.gr | Fuel | | | | $2,316,270.42 |
| 23. | Gate Gourmet Denmark APS<br>Attn.: Christoph Schmitz, CEO<br>Kystvejen 42<br>Hovedstaden<br>Kastrup 2770<br>Denmark | Attn.: Christoph Schmitz, CEO<br>Phone: +41 44 533 7000<br>Facsimile: +41 44 533 7172 | Customer Products & Services | | | | $2,110,115.40 |

| Debtor | Scandinavian Airlines System Denmark-Norway-Sweden | Case number (if known) | 22-_____ ( ) |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24. | Jackson Square Aviation Ireland Limited  Attn.: Kevin McDonald, CEO  5th Floor, 3 Ballsbridge Park  Ballsbridge  Dublin D04 C7H2  Ireland | Attn.: Kevin McDonald, CEO  Phone: +353 1 551 8883  Facsimile: +353 1 634 9985 | Aircraft Lessor | | | | $2,074,353.00 |
| 25. | TRANSPORTSTYRELSEN  Attn.: Jonas Bjelfvenstam, Director General  Tunnlandsgatan 1  Örebro 701 81  Sweden | Attn.: Jonas Bjelfvenstam, Director General  Phone: +46 771 503 503  Facsimile: 019-26 26 12  Email: | Authorities | | | | $1,879,776.22 |
| 26. | SYKES Sweden AB  Attn.: Chuck Sykes, President & CEO  Box 631  Stockholm 101 32  Sweden | Attn.: Chuck Sykes, President & CEO  Phone: +46 8 590 095 00  Email: searn-op-fakturaunderlag@sykes.com | Professional Services | | | | $1,825,154.43 |
| 27. | Select Service Partner AS  Attn: Patrick Coveney, CEO  Henirk Ibsens VEG 7 Flyporten  Gardermoen, Akershus  Gardermoen 2060  Norway | Attn: Patrick Coveney, CEO  Phone: +47 982 05 555  Email: hilde.hogstad@ssp.no | Ground Operation | | | | $1,432,741.33 |
| 28. | Wideroe Ground Handling AS  Attn.: Stein Nilsen, CEO  Langstranda 6  Postboks 247  Bodo 8003  Norway | Attn.: Stein Nilsen, CEO  Phone: +47 75 51 35 00  Facsimile: +47 75 51 35 81 | Ground Operations | | | | $1,410,676,49 |
| 29. | Gate Gourmet Denmark APS  Attn.: Christoph Schmitz, CEO  P.O. Box 124  Stockholm-Arlanda 2060  Sweden | Attn.: Christoph Schmitz, CEO  Phone: +46 720 858 763  Facsimile: +41 44 533 7172 | Customer Products & Services | | | | $1,315,023.77 |
| 30. | Flying Food Group  Attn.: David Cotton, CEO  1650 Northwest 70th Avenue  Miami, Florida 33126-1312 | Attn.: David Cotton, CEO  Phone: (305) 718-3800  Facsimile: (305) 718-4049 | Customer Products & Services | | | | $1,264,203.36 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                    :       Chapter 11
                                                         :
SCANDINAVIAN AIRLINES SYSTEM                             :       Case No. 22-[_____] (___)
DENMARK-NORWAY-SWEDEN,                                   :
                                                         :
                       Debtor.                           :
------------------------------------------------------------x

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT
TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), attached hereto as **Exhibit A** is an organizational chart reflecting certain of the ownership interests in SAS AB (the "**Parent**") and its debtor subsidiaries, as proposed debtors and debtors in possession (collectively, the "**Debtors**"). The Debtors respectfully represent as follows:

1. The Kingdom of Denmark owns approximately 21.8% of the equity interests in the Parent, and the Kingdom of Sweden, represented by the Government Offices of Sweden, owns approximately 21.8% of the equity interests in the Parent. To the best of the Debtors' knowledge and belief, no other entity owns, directly or indirectly, 10% or more of the equity interests in the Parent.

2. The Parent directly owns 100% of the equity interests in:

    a. Gorm Asset Management Limited;

    b. SAS Danmark A/S;

    c. SAS Norge AS; and

    d. SAS Sverige AB.

3. SAS Danmark A/S directly owns 28.6% of the equity interests in Scandinavian Airlines System Denmark-Norway-Sweden (the "**Consortium**"), SAS Norge AS directly owns 28.6% of the equity interests in the Consortium, and SAS Sverige AB directly owns 42.8% of the equity interests in the Consortium.

4. The Consortium directly owns 100% of the equity interests in Scandinavian Airlines of North America Inc.

5. Gorm Asset Management Limited directly owns 100% of the equity interests in:

   a. Gorm Dark Blue Limited;

   b. Gorm Sky Blue Limited;

   c. Gorm Light Blue Limited;

   d. Gorm Deep Blue Limited;

   e. Gorm Warm Red Limited;

   f. Gorm Ocean Blue Limited; and

   g. Gorm Engine Management Limited.

**Exhibit A**

**Organizational Chart**



| Fill in this information to identify the case: |
|---|
| Debtor name: <u>Scandinavian Airlines System Denmark-Norway-Sweden</u> |
| United States Bankruptcy Court for the <u>Southern District of New York</u><br>(State) |
| Case number (*If known*):     22-_____ (   ) _____ |

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration <u>Consolidated Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>July 5, 2022</u>     **X**   <u>/s/ Erno Hildén</u>
           MM /DD /YYYY        Signature of individual signing on behalf of debtor

                                        <u>Erno Hildén</u>
                                          Printed name

                                          <u>Authorized Representative</u>
                                          Position or relationship to debtor