UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN AIRLINES, INC., *et al.*,<br><br>*Defendants.* | Civ. Action No. 1:23-cv-04033-LJL<br><br>**STIPULATION AND ORDER GRANTING SUBSTITUTION OF COUNSEL** |

The undersigned hereby stipulate and consent to the substitution of the law firm of Clyde & Co US LLP, by and through its attorney, Andrew J. Harakas, as attorney of record for Defendant Qatar Airways Group Q.C.S.C. (incorrectly sued herein as "Qatar Airways Q.C.S.C. d/b/a Qatar Airways Q.C.S.C. Corporation") in the above-captioned action in place and instead of the law firm of Holland & Knight LLP, and its attorney, Judith R. Nemsick.

Dated: New York, New York
         December 5, 2023

QATAR AIRWAYS GROUP Q.C.S.C.

By: _____/s/_____  Craig Thomas
                     VP Sales - Americas

HOLLAND & KNIGHT LLP

By: : */s/Judith R. Nemsick*
         Judith R. Nemsick
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010

Email: judy.nemsick@hklaw.com

CLYDE & CO US LLP

By: _____
     Andrew J. Harakas
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York  10174
Telephone: (212) 710-3900
Facsimile: (212) 710-3950
Email: andrew.harakas@clydeco.us

SO ORDERED:

_____
Hon. Lewis J. Liman

Date: December 20, 2023