# EXHIBIT B

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 23, 1997, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Brian T. Maye

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this December 6, 2023.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of North Carolina

### CERTIFICATE OF GOOD STANDING

I, **John S. Brubaker,** Clerk of this Court,

certify that **BRIAN T. MAYE**, North Carolina Bar # **058366**, was duly admitted to practice in this

Court on **January 19, 2022**, and is in good standing as a member of the Bar of this Court.

Dated at: **Greensboro, North Carolina** on November 14, 2023



John S. Brubaker
*Clerk of Court*