UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>    *Plaintiff*,<br><br>vs.<br><br>AMERICAN AIRLINES GROUP, INC. et al.,<br><br>    *Defendants*. | Docket No: 23-cv-04033-LJL<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Brian T. Maye hereby moves this Court for an Order for admission Pro Hac Vice to appear as counsel for Allegiant Air, LLC and Frontier Airlines, Inc. in the above-captioned action.

  I am in good standing of the bars of Illinois, North Carolina, and Washington D.C., and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: New York, New York
    December 20, 2023

                   Respectfully Submitted,


                   By: */s Brian Maye*
                     Brian Maye
                   HINSHAW & CULBERTSON LLP
                   151 North Franklin Street, Suite 2500
                   Chicago, IL 60606
                   Tel: (312) 422-5313
                   Fax: (312) 704-3001
                   Email: bmaye@hinshawlaw.com