

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
16th Floor
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com
Andrew.harakas@clydeco.us
Direct Line: +1 212 710 3920

December 18, 2023

*VIA ECF*
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

**Re:  Abadi v. American Airlines Group Inc.,** *et al.*
       **Case No. 1:23-cv-04033-LJL**

Dear Judge Liman:

We represent defendant Qatar Airways Group Q.C.S.C. (sued herein as "Qatar Airways Q.C.S.C. d/b/a/ Qatar Airways Q.C.S.C. Corporation" and hereinafter "Qatar Airways") and the following fifteen defendants in the above-captioned case: Austrian Airlines AG, Air Canada, Cathay Pacific Ltd., Emirates, Etihad Airways P.J.S.C., Eva Airways Corporation, Finnair OYJ, Gulf Air Holding B.S.C., Alia - The Royal Jordanian Airlines Company, Kenya Airways, Korean Air Lines Co., Ltd., Lufthansa Systems Americas, Inc., Anita Ayala, Swiss International Air Lines AG and Turkish Airlines, Inc. (collectively "Defendants").

Qatar Airways filed one previous request for an extension of time to file a responsive pleading and that request was granted. Qatar Airways' response is currently due on December 26, 2023. The Defendants' response is currently due on January 9, 2024. To facilitate effective use of the Court's resources, Qatar Airways respectfully requests that the Court extend the deadline to respond to the Complaint to **January 9, 2024**. This will allow Qatar Airways to join the Defendants' single joint responsive pleading.

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Long Beach, Los Angeles, Miami, New Jersey, New York, Orange County, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.



Hon. Lewis J. Liman
United States District Judge
November 15, 2023
Page 2


Parties met and conferred via e-mail on December 18, 2023.  Plaintiff does not object to the foregoing.  There are no upcoming scheduled court conferences.

Respectfully yours,

*[signature]*

Andrew J. Harakas
Christopher Carlsen

cc:     All counsel of record (via ECF)