# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**  <br> Plaintiff <br> V. <br> **AMERICAN AIRLINES, INC., et al** | **CASE #  1:23-cv-04033-LJL** |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT SILVER AIRWAYS, LLC's NOTICE OF JOINDER IN MOTION TO DISMISS FILED BY CO-DEFENDANTS AMERICAN AIRLINES, INC., ETC.

BY:

AARON ABADI
Pro Se Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email:  aa@neg.com

1

Plaintiff hereby responds in opposition to Defendant Silver Airways, LLC's ("Silver") Notice of Joinder (Doc. 220) with the Motion to Dismiss filed by Stinson LLP attorneys for nine Co-Defendants American Airlines, Inc., Delta Airlines, Inc., JetBlue Airways Corporation, Southwest Airlines Co., United Airlines, Inc., Robert Land, Roy Goldberg, Debbie Castleton, and Nathalie Simon (Docs 121-122). The Motion to Dismiss by Stinson for the nine Co-Defendants was filed on October 30, 2023.

This was responded to by Plaintiff on November 16, 2023 (Doc. 172). The Co-Defendants replied to the response on November 28, 2023 (Doc. 199). After all that occurs, Defendant Silver would like to join the original Motion to Dismiss. Plaintiff asks this Court to deny that.

This Defendant already filed a Motion to Dismiss on November 1, 2023 (Doc. 131), which was responded to (Doc. 170) on November 16, 2023, and Silver replied (Doc. 189) on November 27, 2023. Then a while later, Silver is asking to be included in an additional 47 pages, that Plaintiff never agreed to.

Additionally, this was forty-seven pages that Plaintiff agreed to to Stinson LLP specifically, only by being tricked into it. As you will see in Plaintiff's Letter/Motion (Doc. 200), where Plaintiff describes how he was conned into allowing the extra pages. He certainly did not make any such agreements with

Silver. If Silver wanted to present all those arguments, he should have done that initially.

WHEREFORE Plaintiff asks the Court to deny Defendant Silver's Notice of Joinder.

Respectfully submitted this 24th Day of December, 2023.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
516-639-4100
Email: aa@neg.com