

Direct Dial: (212) 894-6816
Direct Fax:  (212) 370-4453
jdemay@condonlaw.com

December 26, 2023

**VIA ECF**

Honorable Paul Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007

Re:  Abadi v. American Airlines, et al.
      Case No.: 23-cv-04033(LJL)

Dear Judge Liman:

We represent Defendant Miguel Morel, outside counsel for Spirit Airlines, who has been sued in his individual capacity in this action.

Attorney Morel was served by the U.S. Marshals Service on December 4, 2023, making his response due today, December 26, 2023.  *See* [DE 225].  The undersigned was retained to defend Attorney Morel on Friday, December 22, 2023.  Plaintiff has agreed to extend the deadline for Mr. Morel to respond to the Complaint up to and including January 8, 2024.

We respectfully request that the Court enter an order extending Defendant Miguel Morel's deadline to respond to the Complaint through January 8, 2024 pursuant to the Court's Individual Practice Rule 1.D.  This is Attorney Morel's first request for an extension of his time to respond to the Complaint and all opposing parties (*i.e.*, Plaintiff) consent.

Respectfully Submitted,

*Jonathan E. DeMay signature*

Jonathan E. DeMay

cc: All counsel of record (via electronic filing)

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF NEW YORK             )

     Heather L. Jackson, duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Lynbrook, New York.  That on the 26th day of December 2023, deponent served a copy of the within **LETTER TO HONORABLE PAUL LEWIS J. LIMAN** upon:

     Aaron Abadi, p*ro se*
     82 Nassau Street, Apt. 140
     New York, NY 10038

at the address designated by said pro se litigant for that purpose by depositing same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                         Heather L. Jackson

Sworn to before me this
26th day of December, 2023

_____
     Notary Public

JOHN GIORDANO
Notary Public - State of New York
No. 01GI4747282
Qualified in Suffolk County
Commission Expires Sept. 02, 202(