AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No. |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

Heather L. Jackson, duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Lynbrook, New York. That on the 26th day of December 2023, deponent served a copy of the within **APPEARANCE OF COUNSEL - MOREL** upon:

Aaron Abadi, pro se
82 Nassau Street, Apt. 140
New York, NY 10038

at the address designated by said pro se litigant for that purpose by depositing same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Heather L. Jackson

Sworn to before me this
26th day of December, 2023

_____
Notary Public

JOHN GIORDANO
Notary Public - State of New York
No. 01GI4747282
Qualified in Suffolk County
My Commission Expires Sept. 02, 2026