

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
16th Floor
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com
Andrew.harakas@clydeco.us
Direct Line: +1 212 710 3920

December 27, 2023

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

    **Re:**    **Abadi v. American Airlines Group Inc.,** *et al.*
             **Case No. 1:23-cv-04033-LJL**

Dear Judge Liman:

On November 15, 2023 this office filed a letter motion (ECF No. 161) indicating that it represents Defendant China Southern Airlines in the above-captioned case. However, China Southern Airlines has not yet signed a retainer agreement. Accordingly, this office does not represent China Southern Airlines.

Plaintiff was advised on December 1, 2023 that this office does not represent China Southern Airlines and that service must be effected as set forth by the Court's August 23, 2023 Order.

We will promptly notify the Court and all parties if China Southern signs a retainer agreement.

Respectfully yours,

*[signature]*

Andrew J. Harakas
Christopher Carlsen

cc:    All counsel of record (via ECF)

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Long Beach, Los Angeles, Miami, New Jersey, New York, Orange County, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.