EXHIBIT A

  

# SOLUTIONS FOR ASSISTING PASSENGERS WITH DISABILITIES & SPECIAL NEEDS



# HELPING YOU PROVIDE CONSISTENT CARE TO CREW AND PASSENGERS IN THE AIR AND ON THE GROUND

MedAire is the leading provider of medical, training, equipment and security solutions in the aviation industry. No other provider can match MedAire's extensive knowledge of a carrier's operations, governing regulations and three decades of in-flight medical assistance. Our integrated approach helps you provide consistent care to crew and passengers in the air and on the ground.

Our training courses cover a wide spectrum of topics from First Aid for In-flight Medical Events to Travel Security Awareness. Each of our training courses teaches the critical skills needed to successfully respond to the events a crewmember or ground staff may encounter at the gate, in the air or while on duty travel.

Our courses follow the recommendations set forth by ICAO & IATA they meet regulations set forth by global Civil Aviation Authorities all the while leveraging our 30+ years of real world experience from our best in class assistance platforms MedLink and the Global Response Centre.

MedAire courses conform to every learning style including active student participation, scenario based hands-on exercises, instructor skill evaluation and a suite of audio and visual tools to reinforce key topics.



SCENARIOS BASED ON ACTUAL EVENTS



TAILORED TO YOUR AIRLINE ENVIRONMENT



INTEGRATED WITH MEDAIRE'S MEDLINK, MEDICAL KITS, CRO ASSIST PROGRAM, AND SPECIALTY EQUIPMENT



FLEXIBLE TRAINING OPTIONS



THE US DOT HAS LEVIED FINES TO BOTH AMERICAN AND FOREIGN

## CARRIERS TOTALING

# $4,050,000

FOR ACAA VIOLATIONS SINCE 2014.

NEARLY **70%** OF THOSE FINES WERE TO FOREIGN CARRIERS

EXPERT CARE, **EVERYWHERE.**

www.medaire.com

# DISABILITY AWARENESS TRAINING



## HELPING AIRPORT AND AIRLINE PERSONNEL TO BEST ASSIST PASSENGERS WITH DISABILITIES.

Ensure consistent, sensitive, efficient service is provided to customers with disabilities and those with special medical requirements.

Every interaction a passenger has with an airline employee impacts their overall travel experience and image of your operation.

Through Disability Awareness Training, you can gain confidence that your personnel and crew will provide consistent, sensitive, efficient care to customers with disabilities and those with special medical requirements.

The flexible, skills-based training options allow personnel to learn skills and techniques to provide sensitive, proficient care to customers with disabilities and those with special medical requirements. The result is quality customer service and operational compliance.

## FLEXIBLE TRAINING SOLUTIONS

- Initial and recurrent training
- Train-the-trainer solutions
- Crew-direct training
- Computer-based training

## PASSENGER WITH SPECIAL NEEDS

- Visual impairment
- Mobility impairment
- Hearing impairment
- Sensory impairment
- Cognitive or developmental impairment

## SKILLS-BASED WORKSHOPS

- Hands-on exercises
- Scenarios to adapt theory into practice
- Real-world examples & case studies
- Complaint resolution techniques

carriers required to comply with disability laws, including: Regulation (EC) No.1107/2006 of the European Parliament and the Council concerning the rights of disabled persons and persons with reduced mobility when travelling by air. Air Carrier Access Act (ACAA) and its implementing regulations, 14 CFR (part 382).

### GLOBAL RELATIONSHIPS, LOCAL STANDARDS

MedAire's course was designed in collaboration with the leading associations and advocates for assisting people with disabilities.

# AIR CARRIER ACCESS ACT COMPLIANCE SOLUTIONS

## COMPLAINTS RESOLUTION OFFICIAL (CRO) TRAINING FOR ACAA COMPLIANCE

A clear complaints resolution process is imperative to ensure quality customer service and compliance.

This course reviews the responsibilities of the airline as well as those of passengers with disabilities; discusses applicable regulations and regulatory reporting procedures; and teaches skills to successfully resolve conflicts.

MedAire provides both Initial and Recurrent CRO Training.






BY PHONE

AMERICAS: +1 480 333 3700
EUROPE: +44 1252 517 951
ASIA PACIFIC: +65 6330 9534
MIDDLE EAST & AFRICA: +971 42 536020

BY EMAIL

AMERICAS: INFO@MEDAIRE.COM
EUROPE: INFO-EU@MEDAIRE.COM
ASIA, PACIFIC, MIDDLE EAST & AFRICA: INFO-APMEA@MEDAIRE.COM

EXPERT CARE, **EVERYWHERE.**    www.medaire.com