**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Abadi | 23cv4033 |
| DEFENDANT | TYPE OF PROCESS |
| American Airlines Group Inc, et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
British Airways PLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
11 West 42nd Street, 24th Floor New York, NY 10036

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
T. Arora
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER
DATE: 9/5/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 12/57 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date 11/8/2023 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
ELVIS TURCIOS (Desk manager)

Date 12/21/23   Time 1234 pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:
1st endeavor - 11/16/23 @ 1228 - No was present @ the office.

2nd endeavor - 11/28/23 @ 1235 - was denied access to company floor by Jacob Haker (212-771-7106). Also advise no one was present @ the office

3rd endeavor - ~~12/21/23 @ 1228~~

3rd endeavor - 12/21. Documents accepted by desk manager (Elvis Torcios)

Form USM-285
Rev. 03/21