**CLYDE&CO**
US LLP

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212 710 3900
Facsimile: 212 710 3950
www.clydeco.us

January 4, 2024

**Via ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   Abadi v. American Airlines Group Inc., *et al.*
      Case No. 1:23-cv-04033-LJL

Dear Judge Liman:

This office represents the following sixteen defendants in the above-captioned case: Austrian Airlines AG, Air Canada, Cathay Pacific Ltd., China Southern Airlines Company Limited, Emirates, Etihad Airways P.J.S.C., Eva Airways Corporation, Finnair OYJ, Gulf Air Holding B.S.C., Alia - The Royal Jordanian Airlines Company, Kenya Airways, Korean Air Lines Co., Ltd., Lufthansa Systems Americas, Inc., Anita Ayala, Swiss International Air Lines AG and Turkish Airlines, Inc. (collectively "Defendants").

I am writing to request a one-week extension of time for these defendants to file their motion to dismiss. This is our second request for an extension. Pursuant to the Court's Order dated November 16, 2023, the motion currently is due by January 9, 2024. I am requesting the one-week extension, to January 16, 2024, because I am responsible for drafting the motion, and I just recovered from a Covid infection that kept me out of the office for 9 days, resulting in an unexpected backup of all my work.

Pro se Plaintiff Aaron Abadi today advised me that he has no objection to this requested extension.

Respectfully,

Christopher Carlsen

cc:   All counsel of record (via ECF)

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Long Beach, Los Angeles, Miami, New Jersey, New York, Orange County, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.