# de Castro Decl. Ex. A

REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

**RESOLUTION NO. 141-B**
Series of 2021
September 30, 2021

**WHEREAS,** Section 15 Article II of the 1987 Constitution states that the State shall protect and promote the right to health of the people and instill health consciousness among them;

**WHEREAS,** Section 2 (b) of Executive Order No. 168 (s.2014) mandates the Inter-Agency Task Force for the Management of Emerging Infectious Diseases (IATF) to prevent and/or minimize the entry of suspected or confirmed patients with emerging infectious diseases into the country;

**WHEREAS,** IATF Resolution No. 119 (s.2021), as amended, prescribed guidelines that shall govern the inbound international travel of all fully vaccinated individuals who have been vaccinated in the Philippines to any port of the Philippines;

**WHEREAS,** IATF Resolution No. 128-A (s.2021) and IATF Resolution No. 136 (s.2021) issued on 03 September 2021, provided for the governing guidelines of inbound international travel to any port of the Philippines of all individuals coming from countries/territories/jurisdictions classified as "Green," "Yellow," and "Red" based on their respective incidence rates and case counts as primary criteria, and testing data as secondary criteria;

**WHEREAS,** pursuant to the Memorandum from the Executive Secretary dated 10 September 2021, the IATF was authorized to approve any modifications to the list of Red Countries, subject to the favorable recommendations of the Department of Health and Department of Foreign Affairs.

**NOW, THEREFORE, BE IT RESOLVED,** as it is hereby resolved, that upon the recommendations of the Sub-technical Working Group on Data Analytics and the Technical Advisory Group that the countries/jurisdictions/territories listed hereunder have met the prescribed criteria, and upon the favorable recommendation of the DOH and DFA, the following countries/jurisdictions/territories are classified for purposes of being considered as "Green" relative to IATF Resolution No. 128-A (s.2021), and "Yellow" and "Red" relative to IATF Resolution No. 136 (s.2021):



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

| **GREEN LIST** | | |
|---|---|---|
| American Samoa | Burkina Faso | Cameroon |
| Cayman Islands | Chad | China (mainland) |
| Comoros | Republic of the Congo | Djibouti |
| Falkland Islands (Malvinas) | Hungary | Madagascar |
| Mali | Federated States of Micronesia | Montserrat |
| New Zealand | Niger | Northern Mariana Islands |
| Palau | Poland | Saba (Special Municipality of the Kingdom of Netherlands) |
| Saint Pierre and Miquelon | Sierra Leone | Sint Eustatius |
| Taiwan | Algeria | Bhutan |
| Cook Islands | Eritrea | Kiribati |
| Marshall Islands | Nauru | Nicaragua |
| Niue | North Korea | Saint Helena |
| Samoa | Solomon Islands | Sudan |
| Syria | Tajikistan | Tanzania |
| Tokelau | Tonga | Turkmenistan |
| Tuvalu | Uzbekistan | Vanuatu |
| Yemen | | |

| **RED LIST** |
|---|
| Bermuda |

| **YELLOW LIST** |
|---|
| *All other countries/territories/jurisdictions not otherwise listed hereinabove* |

**RESOLVED FURTHER,** that classification of "Green," "Yellow," and "Red" shall be effective from 01 October 2021 until 15 October 2021.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

**RESOLVED FINALLY,** that the Chairperson and the Co-Chairperson shall be duly authorized to sign this Resolution for and on behalf of the Inter-Agency Task Force.

**APPROVED** during the 141st Inter-Agency Task Force Meeting, as reflected in the minutes of the meeting, held this September 30, 2021, via video conference.

**KARLO ALEXEI B. NOGRALES**
Secretary, Office of the Cabinet Secretariat
IATF Co-Chairperson



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

### CERTIFICATION

This is to certify that:

1.  I am presently an Undersecretary of the Department of Health;

2.  I am the Head of the Secretariat of the Inter-Agency Task Force (IATF) on the Management of Emerging Infectious Diseases created under Executive Order No. 168, (s.2014) and chaired by the Department of Health (DOH);

3.  The IATF Secretariat holds office in the DOH Main Office, San Lazaro Compound, Tayuman, Sta. Cruz, Manila;

4.  I am the custodian of the records of the IATF, including the Minutes of Meetings and Resolutions;

5.  In the Regular Meeting of the IATF held on **30 September 2021** via teleconference during which a quorum was present and acted throughout, IATF Resolution No. **141-B** was unanimously approved and adopted;

6.  The foregoing resolution has been signed by Secretary Francisco T. Duque III and/or Secretary Karlo Alexei B. Nograles upon the authority of the IATF Members;

7.  The aforesaid resolution has not been altered, modified nor revoked and the same is now in full force and effect;

8.  I am executing this Certification for whatever legitimate purpose this may serve.

**IN WITNESS WHEREOF,** I have hereunto affixed my signature this **30th** day of September 2021, Manila.

**ATTY. CHARADE B. MERCADO-GRANDE**
*Undersecretary of Health*
*Head Secretariat, IATF*

4