**de Castro Decl. Ex. D**



REPUBLIC OF THE PHILIPPINES
# INTER-AGENCY TASK FORCE
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

## RESOLUTION NO. 18
Series of 2020
April 1, 2020

## RECOMMENDATIONS RELATIVE TO THE MANAGEMENT OF THE CORONAVIRUS DISEASE 2019 (COVID-19) SITUATION

**WHEREAS,** on March 8, 2020, recognizing that the COVID-19 pandemic requires the mobilization of a whole-of-government response, President Rodrigo Roa Duterte declared a State of Public Health Emergency in the entire Philippines through Proclamation No. 922;

**WHEREAS,** on March 16, 2020, to prevent the sharp rise of COVID-19 cases in the country, the President placed the entirety of Luzon under Enhanced Community Quarantine until April 14, 2020;

**WHEREAS,** on the same date, to provide the necessary flexibility for government agencies and Local Government Units (LGUs) to utilize appropriate emergency funds for disaster response, the President declared a country-wide State of Calamity through Proclamation No. 929;

**WHEREAS,** to develop a science-based approach in determining whether the Enhanced Community Quarantine in Luzon should be totally or partially lifted, extended, or expanded to other areas, the Inter-Agency Task Force (IATF) convened a Technical Working Group tasked to define parameters in assessing recent developments in the the Philippine COVID-19 situation;

**WHEREAS,** as of April 1, 2020, there are two thousand three hundred and eleven (2,311) confirmed COVID-19 cases in the Philippines.

**NOW, THEREFORE, BE IT RESOLVED,** as it is hereby resolved, that the IATF approves the following:

> A. Pursuant to the policy of allowing the unhampered movement of all cargoes, LGUs and local health units (LHUs) are hereby enjoined not to issue orders that run counter to said directive, such as, but not limited to, requiring asymptomatic drivers and crews of cargo or service delivery vehicles to undergo mandatory fourteen (14)-day home quarantine. For this purpose, Paragraph I(g) of IATF Resolution No. 14, series of 2020, exempting such vehicles, with or without load, with not more than three (3) personnel onboard, is reaffirmed. *Provided*, that strict social distancing measures must be strictly observed, which may include, if necessary, the putting up of additional safe and humane seats or space in the vehicles;



**RESOLUTION NO. 18**
Series of 2020
April 1, 2020

B. In accordance with initial directive of the IATF under Paragraph (G) of Resolution No. 17, series of 2020, the sub-technical working group (TWG) chaired by the Department of Health (DOH) is hereby directed to finalize the analytical model for deciding on the eventual total or partial lifting, or the possible extension or expansion of the Enhanced Community Quarantine in Luzon. Its membership shall consist of the National Economic and Development Authority (NEDA), Philippine Institute for Development Studies (PIDS), Department of Science and Technology (DOST), including technical experts, the academe, and such other representatives from the health, economic, and security sectors as may be determined by the DOH. *Provided,* that recommendations by the sub-TWG shall be subject to approval, amendment, or modification by the IATF;

C. The Interim Guidelines on the Repatriation of Overseas Filipinos Working in Cruise Ships as proposed by the DOH is hereby approved;

D. Without prejudice to the subsequent approval, amendment, or modification by the IATF, the Bureau of Quarantine is likewise directed to update the existing algorithm for the triage of patients with possible COVID-19 infection in ports of entry, which shall apply to land-based Overseas Filipino Workers (OFWs) who may be repatriated through the efforts of the national government;

E. A sub-TWG composed of the Department of Labor and Employment (DOLE), Department of Tourism (DOT), Department of Transportation (DOTr), Department of Foreign Affairs (DFA), Department of the Interior and Local Government (DILG), and the DOH is directed to convene to formulate guidelines to manage and ensure the welfare of repatriated Overseas Filipino Workers (OFWs);

F. LGUs are hereby strongly enjoined to allow the unhampered transit of OFWs who have been issued DOH or LGU certificate of completion of 14-day facility-based quarantine, or those who may be required by the DOH or LGUs to undergo a mandatory 14-day home quarantine;

G. The New Clark City Athlete's Village shall continue to be designated as a temporary quarantine facility;

H. Pursuant to the provisions of Republic Act No. 11469 providing for a minimum of thirty (30)-day grace period on residential rents, a thirty (30)-day grace period is likewise hereby extended to commercial rents falling due upon micro, small and medium enterprises (MSMEs) within the period of the ECQ, without



**RESOLUTION NO. 18**
Series of 2020
April 1, 2020

incurring interests, penalties, fees, and other charges. The Department of Trade and Industry is hereby authorized to issue the necessary guidelines to implement this directive;

I. Supermarkets, public and private wet markets, grocery stores, agri-fishery supply stores, pharmacies, drug stores, and other retail establishments engaged in the business of selling basic necessities are strongly encouraged to extend their store operations to a maximum of twelve (12) hours. LGUs are directed to allow such establishments to operate pursuant to the foregoing. *Provided* that in the operation of wet markets, LGUs are encouraged to adopt reasonable schemes to ensure compliance with strict social distancing measures, such as, but not limited to, providing for specific daily schedules per sector, barangay, or *purok*, as the case may be;

J. For areas placed under ECQ, the IATF hereby adopts the policy of mandatory wearing by all residents of face masks, earloop masks, indigenous, reusable or do-it-yourself masks, face shields, handkerchiefs, or such other protective equipment that can effectively lessen the transmission of COVID-19, whenever allowed to go out of their residences pursuant to existing guidelines issued by the national government. Concerned LGUs are hereby enjoined to issue the necessary executive order or ordinance to that effect, and impose such penalties as may be appropriate;

K. The Emergency Subsidy Program as recommended by the IATF TWG on Social Amelioration headed by the Department of Social Welfare and Development (DSWD) is hereby approved. Such program shall provide outright cash benefits for an estimated eighteen (18) million beneficiary households, ranging from P5,000 to P8,000 based on regional thresholds as promulgated by the DSWD, DOLE, DILG, Department of Trade and Industry (DTI), Department of Agriculture (DA), Department of Budget and Management (DBM), and the Department of Finance (DOF) through Joint Memorandum Circular No. 1, series of 2020; and

L. The implementation plan of the National Task Force COVID-19 Task Group on Resource Management and Logistics as presented and revised is hereby approved. Said Task Group is directed to include the Department of Public Works and Highways (DPWH), the Philippine International Trading Corporation (PITC), the Procurement Service of the DBM, the Government Procurement Policy Board (GPPB), the National Food Authority (NFA), and the Anti-Red Tape Authority (ARTA) in its membership, as well as in such sub-task groups as may be appropriate;



**RESOLUTION NO. 18**
Series of 2020
April 1, 2020

**APPROVED** during the 19th Inter-Agency Task Force Meeting, as reflected in the minutes of the meeting, held this 1st of April, 2020 *via* video conference.

**FRANCISCO T. DUQUE III**
Secretary, Department of Health

**EDUARDO M. AÑO**
Secretary, Department of the Interior and Local Government

**BERNADETTE ROMULO-PUYAT**
Secretary, Department of Tourism

**SILVESTRE H. BELLO III**
Secretary, Department of Labor and Employment

**MENARDO I. GUEVARRA**
Secretary, Department of Justice

**GREGORIO B. HONASAN II**
Secretary, Department of Information and Communications Technology

**ARTHUR P. TUGADE**
Secretary, Department of Transportation

**RESOLUTION NO. 18**
Series of 2020
April 1, 2020

**BRIGIDO J. DULAY**
Undersecretary, Department of Foreign Affairs

*Conforme*:

**KARLO ALEXEI B. NOGRALES**
Cabinet Secretary, Cabinet Secretariat of the Philippines

**RICARDO BERNABE III**
Undersecretary, Office of the Executive Secretary

**DARREN L. SALIPSIP**
Assistant Secretary, Office of the Chief Presidential Legal Counsel

**HERMOGENES C. ESPERON**
Director-General, National Security Council

**CARLITO G. GALVEZ JR.**
Secretary, Office of the Presidential Adviser on the Peace Process

**JOSE RUPERTO MARTIN M. ANDANAR**



**RESOLUTION NO. 18**
Series of 2020
April 1, 2020

Secretary, Presidential Communications Operations Office

**RAMON M. LOPEZ**
Secretary, Department of Trade and Industry

**WILLIAM D. DAR**
Secretary, Department of Agriculture

**ROY A. CIMATU**
Secretary, Department of Environment and Natural Resources

**LEONOR M. BRIONES**
Secretary, Department of Education

**ERNESTO M. PERNIA**
Secretary, National Economic and Development Authority

**CESAR B. YANO**
Undersecretary, Department of National Defense

**BAYANI H. AGABIN**
Undersecretary, Department of Finance

**RENE GLEN O. PAJE**



**RESOLUTION NO. 18**
Series of 2020
April 1, 2020

Undersecretary, Department of Social Welfare and Development

**ROLANDO U. TOLEDO**
Assistant Secretary, Department of Budget and Management

**RICARDO B. JALAD**
Administrator, Office of the Civil Defense

**ARCHIE FRANCISCO F. GAMBOA**
Chief, Philippine National Police

**FELIMON T. SANTOS, JR.**
Chief of Staff, Armed Forces of the Philippines

**JOEL S. GARCIA**
Commandant, Philippine Coast Guard

**DANILO D. LIM**
Chairman, Metro Manila Development Authority

**JEREMIAH B. BELGICA**
Director-General, Anti-Red Tape Authority