# de Castro Decl. Ex. E



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

## OMNIBUS GUIDELINES ON THE IMPLEMENTATION OF COMMUNITY QUARANTINE IN THE PHILIPPINES

**WHEREAS,** Article II, Section 15 of the 1987 Constitution provides that the State shall protect and promote the right to health of the people and instill health consciousness among them;

**WHEREAS,** Executive Order No. (E.O.) 168, s. 2014 created the the Inter-Agency Task Force for the Management of Emerging Infectious Diseases (IATF) to facilitate inter-sectoral collaboration to establish preparedness and ensure efficient government response to assess, monitor, contain, control, and prevent the spread of any potential epidemic in the Philippines;

**WHEREAS,** Section 2(c) of E.O. 168 mandates the IATF to prevent and/or minimize the local spread of emerging infectious diseases in the country through the establishment or reinforcement of a system in screening possible patients infected with emerging infectious diseases, contact tracing, identification of the mode of exposure to the virus, and implementation of effective quarantine and proper isolation procedures;

**WHEREAS,** on 28 January 2020, the IATF convened, and thereafter issued regular recommendations for the management of the 2019 Novel CoronaVirus Acute Respiratory Disease which is now known as CoronaVirus Disease 2019 (COVID-19);

**WHEREAS,** the 18 March 2020 Memorandum from the Office of the Executive Secretary directed all heads of departments, agencies, and instrumentalities of government, including the Philippine National Police (PNP), Armed Force of the Philippines (AFP), and the Philippine Coast Guard (PCG), government-owned and controlled corporations (GOCCs), Government Financial Institutions (GFIs), State Universities and Colleges (SUCs), and Local Government Units (LGUs) to adopt, coordinate, and implement guidelines which the IATF may issue on the COVID-19 situation, consistent with the respective agency mandates and relevant laws, rules, and regulations;

**WHEREAS,** on 30 April 2020, Executive Order (E.O.) No. 112, s. 2020 was issued imposing an Enhanced Community Quarantine (ECQ) in high-risk geographic areas of the Philippines and a General Community Quarantine (GCQ) in the rest of the country from 01 to



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

15 May 2020, adopting the Omnibus Guidelines on the Implementation thereof, and for other purposes;

**WHEREAS,** the IATF approved the Guidelines on the Implementation of the Modified Enhanced Community Quarantine (MECQ) and the zoning concept and corresponding qualification and its phased response or intervention.

**WHEREAS,** there is a need to revise existing guidelines on community quarantine to streamline rules which will be applicable to transitional community quarantine classifications;

**WHEREAS,** Section 3 of E.O. 112 secthe IATF to amend or modify the Omnibus Guidelines on the Implementation of Community Quarantine in the Philippines.

**NOW, THEREFORE,** in consideration of the premises set forth herein, the IATF issues these Revised Omnibus Guidelines to harmonize and codify existing policies of the IATF and member-agencies pertaining to community quarantine, which shall be applied to all regions, provinces, cities, municipalities and barangays placed under community quarantine.

**SECTION [1] DEFINITION OF TERMS.** For purposes of these Guidelines, the following shall be defined as follows:

1. **Comorbidity -** refers to the presence of a pre-existing chronic disease condition.

2. **Community Quarantine -** refers to the restriction of movement within, into, or out of the area of quarantine of individuals, large groups of people, or communities, designed to reduce the likelihood of transmission of COVID-19 among persons in and to persons outside the affected area.

3. **COVID-19 -** refers to the Coronavirus Disease 2019 which is caused by the virus known as the severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2).

4. **Enhanced Community Quarantine -** refers to the implementation of temporary measures imposing stringent limitations on movement and transportation of people, strict regulation of operating industries, provision of food and essential services, and heightened presence of uniformed personnel to enforce community quarantine protocols.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

5. **Essential goods and services -** covers health and social services to secure the safety and well being of persons, such as but not limited to, food, water, medicine, medical devices, public utilities, energy and others as may be determined by the IATF.

6. **General Community Quarantine** - refers to the implementation of temporary measures limiting movement and transportation, regulation of operating industries, and presence of uniformed personnel to enforce community quarantine protocols.

7. **Health and emergency frontline services -** refers to services provided by public health workers [all employees of the Department of Health (DOH), DOH Hospitals, Hospitals of LGUs, and Provincial, City, and Rural Health Units, and Drug Abuse Treatment and Rehabilitation Centers including those managed by other government agencies (*e.g.* police and military hospitals/clinics, university medical facilities), uniformed medical personnel], private health workers, such as but not limited to medical professionals, hospital and health facility administrative and maintenance staff, and aides from private health facilities, as well as their service providers, health workers and volunteers of the Philippine Red Cross and the World Health Organization, and employees of Health Maintenance Organizations (HMOs), the Philippine Health Insurance Corporation (PHIC), health insurance providers, disaster risk reduction management officers, and public safety officers.

8. **Interzonal movement -** the movement of people, goods and services across areas placed under different Community Quarantine classifications.

9. **Intrazonal movement -** the movement of people, goods and services between localities under the same community quarantine classification, without transiting through an area placed under a different classification.

10. **Minimum public health standards** - refers to guidelines set by the DOH, as well as sector-relevant guidelines issued by government agencies, to aid all sectors in all settings to implement non-pharmaceutical interventions (NPI), which refer to public health measures that do not involve vaccines, medications or other pharmaceutical interventions, which individuals and communities can carry out in order to reduce transmission rates, contact rates, and the duration of infectiousness of individuals in the population to mitigate COVID-19.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

11. **Modified Enhanced Community Quarantine -** refers to the transition phase between ECQ and GCQ, when these temporary measures are relaxed: stringent limiting movement and transportation of people, strict regulation of operating industries, provision of food and essential services, and heightened presence of uniformed personnel to enforce community quarantine protocols become less necessary.

12. **Modified General Community Quarantine** - refers to the transition phase between GCQ and New Normal, when these temporary measures are relaxed: limiting movement and transportation, the regulation of operating industries, and the presence of uniformed personnel to enforce community quarantine protocols become less necessary.

13. **New Normal** - refers to the emerging behaviors, situations, and minimum public health standards that will be institutionalized in common or routine practices and remain even after the pandemic while the disease is not totally eradicated through means such as widespread immunization. These include actions that will become second nature to the general public as well as policies such as bans on large gatherings that will continue to remain in force.

14. **Operational capacity -** refers to such a maximum number of employees or workers who can be permitted or required to physically report to work on-site in a particular office or establishment.

15. **Skeleton workforce** - refers to the operational capacity which utilizes the smallest number of people needed for a business or organization to maintain its basic function

**SECTION [2] GUIDELINES FOR AREAS PLACED UNDER ENHANCED COMMUNITY QUARANTINE.** Areas placed under ECQ shall observe the following protocols:

1. Minimum public health standards shall be complied with at all times for the duration of the ECQ.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

2. Strict home quarantine shall be observed in all households, and the movement of all residents shall be limited to accessing essential goods and services, and for work in permitted offices or establishments as well as activities listed hereunder.

3. Any person below twenty-one (21) years old, those who are sixty (60) years old and above, those with immunodeficiency, comorbidities, or other health risks, and pregnant women, including any person who resides with the aforementioned, shall be required to remain in their residences at all times, except when indispensable under the circumstances for obtaining essential goods and services, or for work in industries and offices or such other activities permitted in this Section.

4. The following are allowed to work or operate with a skeleton workforce unless a different operational capacity is provided:

   a. All agencies and instrumentalities of the government, including GOCCs, as well as LGUs, especially health and emergency frontline, border control, and other critical services, as well as government vehicles;

   b. Officials and employees of foreign diplomatic missions and international organizations accredited by the Department of Foreign Affairs (DFA), whenever performing diplomatic functions and subject to the guidelines issued by the DFA;

   c. Industries involved in agriculture, forestry, and fishery and their workers, including farmers, Agrarian Reform Beneficiaries (ARBs), fisherfolk, and agri-fishery stores, and such other components of the food value chain, at full operational capacity;

   d. Private establishments and their employees involved in the provision of essential goods and services, and activities in the value chain related to food and medicine production, such as but not limited to, public markets, supermarkets, grocery stores, convenience stores, laundry shops, food preparation establishments insofar as take-out and delivery services, water-refilling stations, hospitals, medical, dental, and optometry clinics, pharmacies, and drug stores. *Provided,* that for dental procedures, the wearing of Personal Protective Equipment (PPEs) by dentists and attendants shall be mandatory, with strict observance to infection prevention and control protocols;

   e. Manufacturing and processing plants of basic food products, medicine and vitamins, medical supplies, devices and equipment, and essential products such



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

as but not limited to soap and detergents, diapers, feminine hygiene products, toilet papers and wet wipes, and disinfectants. *Provided*, that establishments involved in the production, manufacturing, packaging, processing, and distribution of food may operate at a maximum of fifty percent (50%) of their respective workforces, unless the supply level of a basic food product warrants a higher operational capacity. In which case, the Department of Trade and Industry (DTI) is hereby authorized to approve the temporary increase of workforce capacity. *Provided, further,* that manufacturers of medicines, medical supplies, devices and equipment, including but not limited to suppliers of input, packaging, and distribution, shall be allowed to operate at full capacity;

f.  Delivery services, whether in-house or outsourced, transporting food, medicine, or other essential goods. Delivery of clothing, accessories, hardware, housewares, school and office supplies, as well as pet food and other veterinary products, shall likewise be allowed;

g.  Banks, money transfer services, microfinance institutions and cooperatives, excluding pawnshops not performing money transfer, and credit cooperatives, including their armored vehicle services, if any;

h.  Capital markets, including but not limited to the Bangko Sentral ng Pilipinas, Securities and Exchange Commission, Philipppine Stock Exchange, Philippine Dealing and Exchange Corporation, Philippine Securities Settlement Corporation, and Philippine Depository and Trust Corporation;

i.  Power, energy, water, information technology and telecommunications supplies and facilities, including waste disposal services, as well as property management and building utility services;

j.  Energy companies, their third-party contractors and service providers, including employees involved in electric transmission and distribution, electric power plant and line maintenance, electricity market and retail suppliers, as well as those involved in the exploration, operations, trading and delivery of coal, oil, crude or petroleum and by-products (gasoline, diesel, liquefied petroleum gas, jet oil, kerosene, lubricants), including refineries and depots or any kind of fuel used to produce electricity;

k.  Telecommunications companies, internet service providers, cable television providers, including those who perform indirect services such as the technical, sales, and other support personnel, as well as the employees of their third-party contractors doing sales, installation, maintenance and repair works;



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

l.  Business process outsourcing establishments (BPOs) and export-oriented business with work-from-home, on-site or near site accommodation, or point-to-point shuttling arrangements. For this purpose, BPOs and their service providers and export-oriented businesses shall be allowed to install and transport the necessary work-from-home equipment, to enhance their operations by deploying their workers under on-site or near-site accommodation arrangements, or provide point-to-point shuttle services from their near-site accommodations to their offices.

m.  Airline and aircraft maintenance employees, including pilots and crew, and ship captains and crew;

n.  Media establishments, at a maximum operational capacity of fifty percent (50%) of their total permanent staff complement as registered under the Department of Labor and Employment (DOLE), inclusive of reporters and other field employees, as accredited by the Presidential Communications Operations Office;

o.  Essential projects, whether public or private, such as but not limited to quarantine and isolation facilities for Persons under Monitoring (PUMs), and suspect and confirmed COVID-19 patients, facilities for the health sector including those dealing with PUMs, and suspect and confirmed COVID-19 patients, facilities for construction personnel who perform emergency works, flood control, and other disaster risk reduction and rehabilitation works, sewerage projects, water service facilities projects, and digital works. Priority public infrastructure projects, as well as priority private construction projects defined as those that refer to food production, agriculture, fishery, fishport development, energy, housing, communication, water utilities, manufacturing, and Business Process Outsourcing (BPOs) shall likewise be allowed to operate in accordance with guidelines issued by the DPWH.

p.  Manufacturing companies and suppliers of equipment or products necessary to perform construction works;

q.  Workers accredited by the Department of Transportation (DOTr) to work on utility relocation works, and specified limited works across thirteen (13) railway projects, including replacement works for the Manila Metro Rail Transit System Line 3. *Provided*, that where applicable, on-site or near-site accommodations and/or point-to-point shuttle services should be arranged;

r.  Employees of the Philippine Postal Corporation at an operational capacity necessary to maintain the prompt delivery of services to its clients;



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

    s. The Philippine Statistics Authority, at an operational capacity necessary to conduct data gathering and survey activities related to COVID-19 and the registration and implementation of the national identification (ID) system;

    t. Funeral and embalming services. *Provided,* that funeral service operators are directed to provide shuttling services and/or housing accommodations for their personnel and staff;

    u. Humanitarian assistance personnel from civil society organizations (CSOs), non-government organizations (NGOs), and United Nations-Humanitarian Country Teams, as well as individuals performing relief operations to augment the government's response against COVID-19 and other disasters or calamities that may occur. *Provided,* that they are authorized by the appropriate government agency or LGU;

    v. Pastors, priests, rabbis, imams or such other religious ministers whose movement shall be related to the conduct of necrological or funeral rites. In this connection, immediate family members of the deceased from causes other than COVID-19 shall be allowed to move from their residences to attend the wake or interment of the deceased upon satisfactory proof of their relationship with the latter and social distancing measures;

    w. Veterinary clinics; and

    x. Security personnel;

For purposes of the foregoing, transit by permitted persons to and from the above establishments anywhere within the area covered by ECQ shall be allowed.

5. The co-equal or independent authority of the legislature (Senate and the House of Representatives), the judiciary (the Supreme Court, Court of Appeals, Court of Tax Appeals, Sandiganbayan, and the lower courts), the Office of the Ombudsman, and the constitutional commissions to operate and accredit their skeleton workforces, or implement any other alternative work arrangements, is recognized.

6. No hotels or similar establishments shall be allowed to operate, except those accommodating the following:

    a. For areas outside Luzon, guests who have existing booking accommodations for foreigners as of 01 May 2020;

    b. Guests who have existing long-term bookings;



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

     c. Distressed Overseas Filipino Workers (OFWs) and stranded Filipinos or foreign nationals;

     d. Repatriated OFWs in compliance with approved quarantine protocols;

     e. Non-OFWs who may be required to undergo mandatory facility-based quarantine; and

     f. Health care workers and other employees from exempted establishments under these Revised Omnibus Guidelines and applicable Memoranda from the Executive Secretary.

*Provided that* in all of the foregoing, hotel operations shall be limited to the provision of basic lodging to guests.

7. Mass gatherings such as but not limited to, movie screenings, concerts, sporting events, and other entertainment activities, community assemblies, religious gatherings, and non-essential work gatherings shall be prohibited.

8. Residential or face-to-face classes at all levels shall be suspended for the duration of the ECQ.

9. Public transportation shall be suspended. This notwithstanding, commissioned shuttle services for employees of permitted offices or establishments, as well as point-to-point transport services provided by the government for healthcare workers including frontline and emergency personnel, shall be allowed to operate at reduced vehicle capacity while observing minimum health standards in accordance with these Revised Omnibus Guidelines.

10. Agencies and their regional offices in the executive branch are hereby directed to issue accreditation, office, or travel orders to identify their respective skeleton workforces for critical services operating for the duration of the ECQ. *Bona fide* IDs issued by the respective agencies shall be sufficient for movement within the contained areas. Skeleton workforces may use official agency vehicles.

11. Regulatory agencies with jurisdiction over permitted establishments or persons are likewise tasked to issue official IATF accreditation IDs. *Bona fide* IDs issued by establishments exempted from the strict home quarantine requirement shall likewise be honored by law enforcement agencies.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

12. The RapidPass system shall be complementary to the existing IATF IDs issued by the member-agencies which shall continue to be honored in all quarantine checkpoints. Enrollment for RapidPass IDs shall be voluntary and shall only cover qualified private sector entities or persons. The movement of cargo vehicles shall be unhampered. Cargo vehicles as well as vehicles used by public utility companies, BPOs, and export-oriented establishments shall not be subject to an ID system.

13. Government offices and private corporations are encouraged to process payrolls online. However, for those who cannot, payroll managers, and such other employees that may be required to process payrolls and print payrolls shall be allowed to travel and operate covering the periods of ECQ.

14. Other exemptions from the home quarantine requirement through previous IATF resolutions or issuances by the Office of the President shall be honored.

**SECTION [3] GUIDELINES FOR AREAS PLACED UNDER MODIFIED ENHANCED COMMUNITY QUARANTINE.** Areas placed under MECQ shall observe the following protocols:

1. Minimum public health standards as prescribed by the DOH and such related protocols or guidelines issued by the appropriate government agencies on the ECQ shall be applied to the MECQ and shall be complied with at all times.

2. Strict home quarantine shall be observed in all households, and the movement of all residents shall still be limited to accessing essential goods and services, and for work in permitted offices or establishments or such other activities listed hereunder.

3. Any person below twenty-one (21) years old, those who are sixty (60) years old and above, those with immunodeficiency, comorbidities, or other health risks, and pregnant women, including any person who resides with the aforementioned, shall be required to remain in their residences at all times, except when indispensable under the circumstances for obtaining essential goods and services, for work in industries and offices or such other activities permitted in this Section.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

4. Industries, establishments and offices enumerated under Section 2(4) shall be allowed to operate or work at the same operational capacity and under the same conditions provided therein in areas under ECQ. The following, however, may operate at full operational capacity:

    a. Media establishments;
    b. Establishments involved in the production of cement and steel;
    c. BPOs and export-oriented establishments, without need to set up onsite or near-site accommodation arrangements;
    d. Mining and quarrying;
    e. E-commerce companies;
    f. Postal, courier and delivery services;
    g. Rental and leasing, other than real estate, such as vehicles and equipment for permitted sectors;
    h. Employment activities that involves the recruitment and placement for permitted sectors;
    i. Repair of computers, personal and household goods; and
    j. Housing services activities.

5. The following offices, establishments or individuals conducting or providing the following activities or services are allowed to operate at fifty percent (50%) operational capacity, while encouraging work-from-home and other flexible work arrangement, where applicable:

    a. Other manufacturing industries classified as beverages, including alcoholics drinks; electrical machinery; wood products and furniture; non-metallic products; textiles and clothing/wearing apparels; tobacco products; paper and paper products; rubber and plastic products; coke and refined petroleum products; other non-metallic mineral products; computers, electronic and optical products; electrical equipment; machinery and equipment; motor vehicles, trailers and semi-trailers; other transport equipment; and others;
    b. Real estate and leasing activities;
    c. Administrative and office support such as, but not limited to, providing photocopying and billing services;



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

    d. Other financial services such as, but not limited to, money exchange, insurance, microfinance and credit cooperatives, reinsurance and non-compulsory pension funding;

    e. Legal and accounting services;

    f. Management consultancy services or activities;

    g. Architectural and engineering activities that includes technical testing and analysis;

    h. Science and technology, and research and development;

    i. Recruitment and placement agencies for overseas employment.

    j. Advertising and market research;

    k. Computer programming and information management services;

    l. Publishing and printing services;

    m. Film, music and television production;

    n. Photography, fashion, and industrial, graphic and interior design;

    o. Wholesale and retail trade of vehicles and their parts and components, whether such vehicles be fuel, electric or human powered;

    p. Repair and maintenance of vehicles as defined in the immediate preceding provision as well as its parts or components;

    q. Malls and commercial centers, subject to the guidelines issued by the DTI relative to operation of the same;

    r. Dining and restaurants, but for delivery and take-out only;

    s. Hardware stores;

    t. Clothing and accessories;

    u. Bookstore and school and office supplies;

    v. Baby or infant care supplies;

    w. Pet food and pet care supplies;

    x. Information technology, communications and electronic equipment;

    y. Flower, jewelry, novelty, antique and perfume shops; and

    z. Toy stores: *Provided,* that their playgrounds and amusement areas, if any, shall remain closed;

    aa. Firearms and ammunition trading establishments, subject to strict regulation of the Firearms and Explosives Office;

    bb. Pastors, priests, rabbi, imams, and other religious ministers insofar as providing home religious services to households. *Provided* that proper protocols shall be observed such as social distancing, wearing of face masks and the like; and



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

6. Work in all government offices shall operate under a skeleton workforce and with the rest under such alternative work arrangements as the agencies may deem proper in accordance with the relevant rules and regulations issued by the Civil Service Commission (CSC).

7. Accredited diplomatic missions and international organizations shall be advised to operate under a skeleton workforce, without prejudice to alternative work arrangements as the said missions or organizations may deem proper.

8. Hotels or similar establishments shall not be allowed to operate, except those accommodating the following:

   a. For areas outside Luzon, guests who have existing booking accommodations for foreigners as of 01 May 2020;
   b. Guests who have existing long-term bookings;
   c. Distressed OFWs and stranded Filipinos or foreign nationals;
   d. Repatriated OFWs in compliance with approved quarantine protocols;
   e. Non-OFWs who may be required to undergo mandatory facility-based quarantine; and;
   f. Health care workers and other employees from exempted establishments under these Revised Omnibus Guidelines and applicable Memoranda from the Executive Secretary.

9. Public gatherings that are unauthorized, non-work essential or are entertainment related - such as movie screenings, concerts, and sporting events - are prohibited. While adhering to the prescribed minimum health standards, religious gatherings are highly restricted and shall be limited to not more than five (5) persons.

10. Residential or face-to-face classes at all levels shall be suspended for the duration of the MECQ.

11. Public transportation shall be suspended. This notwithstanding, commissioned shuttle services for employees of permitted offices or establishments, as well as point-to-point transport services provided by the government shall be allowed to operate, giving priority to healthcare workers.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

12. Private transportation such as company shuttles and personal vehicles utilized by persons authorized outside their residences are allowed subject to the guidelines provided by DOTR. The use of bikes and other non-motorized transportation is strongly encouraged.

13. Limited operations in malls and shopping centers shall be allowed, except for leisure establishments and services which shall continue to be closed. *Provided,* that establishments and services allowed to operate in malls and shopping centers may only operate at a capacity consistent with items (4) and (5) of this Section. *Provided, further*, that those with immunodeficiency, comorbidities, or other health risks, and pregnant women, including any person who resides with the aforementioned, may not enter malls and shopping centers, except when indispensable under the circumstances for obtaining essential goods and services or for work in establishments located therein. *Provided, finally,* that such operations must comply with the updated guidelines as may be issued by the DTI.

14. In addition to those allowed and enumerated construction projects under Section 2 of these Guidelines, other essential and priority public and private construction projects shall be allowed, subject to compliance with the DPWH construction safety guidelines: *Provided,* however, that small scale-projects as defined and set by the DPWH shall not be allowed.

15. The following shall not be allowed to operate within an area under MECQ:

    a. Tourist destinations such as water parks, reservation service and related services;
    b. Entertainment industries such as cinemas, theaters, and karaoke bars;
    c. Kid amusement industries such as playroom and kiddy rides;
    d. Libraries, archives, museums and cultural centers;
    e. Gyms, fitness studios and sports facilities; and
    f. Personal care services such as massage parlors, sauna, facial care and waxing.

16. The provisions relative to processing of payrolls, the RapidPass system, use of government owned or hired vehicles and identification cards for humanitarian assistance actors and public and private employees in areas under ECQ shall likewise apply in areas under MECQ.

 REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

17. Individual outdoor exercise such as outdoor walks, jogging, running or biking are allowed within MECQ areas. *Provided,* that the minimum health standards and precautions such as the wearing of masks and the maintenance of social distancing protocols are observed.

18. Other exemptions from the ECQ through previous IATF resolutions or issuances by the Office of the President shall also be applied in MECQ.

**SECTION [4] GUIDELINES FOR AREAS UNDER GENERAL COMMUNITY QUARANTINE.** Areas placed under GCQ shall observe the following protocols:

1. Minimum public health standards shall be complied with at all times for the duration of the GCQ.

2. The movement of all persons in areas placed under GCQ shall be limited to accessing essential goods and services, and for work in the offices or industries permitted to operate hereunder. *Provided*, that movement for leisure purposes shall not be allowed.

3. Any person below twenty-one (21) years old, those who are sixty (60) years old and above, those with immunodeficiency, comorbidities, or other health risks, and pregnant women, including any person who resides with the aforementioned, shall be required to remain in their residences at all times, except when indispensable under the circumstances for obtaining essential goods and services or for work in permitted industries and offices.

4. Work in all government offices may be at full operational capacity, or under such alternative work arrangements as agencies may deem proper in accordance with the relevant rules and regulations issued by the Civil Service Commission (CSC). *Provided that* for offices requiring employees to report physically, commissioned shuttle services as well as point-to-point transport services may be provided.

5. Accredited diplomatic missions and international organizations may operate at fifty percent (50%) capacity. Alternative work arrangements such as flexible work arrangements, compressed work week, telework, and telecommuting is strongly encouraged.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

6. In addition to sectors permitted to operate under Sections 2 and 3 of these Guidelines at an operational capacity provided therein, unless a higher operational capacity is allowed under this Section, the following sectors or industries shall be allowed to operate:

    a. **Category I Industries -** Power, energy, water, and other utilities, agriculture, fishery, and forestry industries, food manufacturing and food supply chain businesses, including food retail establishments such as supermarkets, grocery stores, and food preparation establishments insofar as take-out and delivery services, food delivery services, health-related establishments, the logistics sector, information technology and telecommunication companies, the media, at full operational capacity;

    b. **Category II Industries -** Mining and other manufacturing, and electronic commerce companies, as well as other delivery, repair and maintenance, and housing and office services, at anywhere between 50% up to full operational capacity, and without prejudice to work-from-home and other alternative work arrangements; and

    c. **Category III Industries -** Financial services, legal and accounting, and auditing services, professional, scientific, technical, and other non-leisure services, and other non-leisure wholesale and retail establishments, at 50% work-on-site arrangement, and without prejudice to work-from-home and other alternative work arrangements.

    Specific industries under each category are reflected on a separate document issued by the DTI.

7. Limited operations in malls and shopping centers shall be allowed, except for leisure establishments and services which shall continue to be closed. *Provided,* that establishments and services allowed to operate in malls and shopping centers may only operate at a capacity consistent with item (6) of this Section. *Provided, further*, those ages below twenty-one (21) years old, and those sixty (60) years old and above may not enter malls and shopping centers, except when indispensable under the circumstances for obtaining essential goods and services or for work in establishments located therein. *Provided, finally,* that such operations must be subject to updated guidelines issued by the DTI.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

8. All public and private construction projects shall be allowed, but with strict compliance to the issued construction safety guidelines for the implementation of infrastructure projects during the COVID-19 pandemic by the DPWH.

9. Amusement, gaming, and fitness establishments, as well as those in the kids and the tourism industries, and all **Category IV** industries may not operate. Industries in **Category IV** are reflected on the separate DTI issuance mentioned above.

10. No hotels or similar establishments shall be allowed to operate, except those accommodating the following:

   a. For areas outside Luzon, guests who have existing booking accommodations for foreigners as of 01 May 2020;
   b. Guests who have existing long-term bookings;
   c. Distressed OFWs and stranded Filipinos or foreign nationals;
   d. Repatriated OFWs in compliance with approved quarantine protocols;
   e. Non-OFWs who may be required to undergo mandatory facility-based quarantine; and
   f. Healthcare workers and other employees from exempted establishments under these Revised Omnibus Guidelines and applicable Memoranda from the Executive Secretary.

   *Provided that* in all of the foregoing, hotel operations shall be limited to the provision of basic lodging to guests.

11. Residential or face-to-face classes shall be suspended for the duration of the GCQ. For Academic Year 2020-2021, the following shall be observed for the conduct of classes:

   a. For basic education, the Basic Education Learning Continuity Plan of the Department of Education (DepEd) is adopted the essential points of which are as follows:
      i.   Opening of classes for the basic education shall be on 24 August 2020 and shall end on 30 April 2021;
      ii.  Opening of private schools will be allowed within the period provided by law. *Provided,* that school learning continuity plan shall be submitted; no face-to-face classes will be allowed earlier than 24 August 2020; and,



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

from 24 August, face-to-face learning shall only be allowed when the local risk severity grading permits, and subject to compliance with minimum health standards;

iii. Adoption of various learning delivery options such as but not limited to face-to-face, blended learnings, distance learnings, and homeschooling and other modes of delivery shall be implemented depending on the local COVID Risk Severity Classification and compliance with minimum health standards; and

iv. Conduct of curricular and co-curricular activities involving gatherings such as science fairs, showcase of portfolios, trade fairs, school sports, campus journalism, festival of talents, job fairs, and other similar activities is cancelled, except those conducted online.

b. For higher education, the recommendations of the Commission on Higher Education (CHED) for higher education institutions (HEIs) are hereby adopted, the specifics of which are as follows:

i. The rolling opening of classes will be based on education delivery mode, with compliance with minimum health standards and the situation on the ground:
1. HEIs using full online education can open anytime;
2. HEIs using flexible learning can open anytime in August 2020;
3. HEIs using significant residential (face-to-face/in-person) mode can open not earlier than 01 September 2020;
4. No residential or face-to-face classes until 31 August 2020.

ii. Private HEIs are encouraged to change their academic calendar and open in August 2020;

12. Mass gatherings that are unauthorized, non-work essential or are entertainment related - such as movie screenings, concerts, and sporting events - are prohibited. While adhering to the prescribed minimum health standards, religious gatherings are not encouraged but in any case should be not more than ten (10) persons;

13. Individual outdoor exercise such as outdoor walks, jogging, running or biking are allowed within GCQ areas. *Provided,* that the minimum health standards and precautions such as the wearing of masks and the maintenance of social distancing



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

protocols are observed. Any aforementioned provision notwithstanding, all persons below 21 years old, those who are 60 years old and above, those with immunodeficiency, comorbidities, or other health risks, and pregnant women, including any person who resides with the aforementioned, may go outdoors for the purpose of individual exercise; and

14. The road, rail, maritime, and aviation sectors of public transportation shall operate at a reduced operational and vehicle capacity in accordance with guidelines issued by the DOTr. *Provided,* that in all public transports, a strict one (1) meter distance between passengers shall be observed and appropriate engineering controls in place.

**SECTION [5] GUIDELINES FOR AREAS PLACED UNDER MODIFIED GENERAL COMMUNITY QUARANTINE.** Areas placed under MGCQ shall observe the following protocols:

1. Minimum public health standards as prescribed by the DOH and such related protocols or guidelines issued by the appropriate government agencies for the GCQ shall be applied to the MGCQ and shall be complied with at all times.

2. All persons shall now be allowed outside their residence.

3. Individual and group outdoor exercises including non-contact sports such as golf, tennis, table tennis, swimming, etc. shall be allowed provided that minimum public health standards shall be strictly enforced, as appropriate.

4. Public gatherings such as but not limited to, movie screenings, concerts, sporting events, and other entertainment activities, community assemblies, religious gatherings, and non-essential work gatherings shall be allowed provided that participants shall be limited to 50% of the venue or seating capacity.

5. Residential or face-to-face classes may be conducted in Higher Education Institutions (HEIs) provided there is strict compliance with minimum health standards, consultation with local government units, and compliance with guidelines set by CHED. HEI activities that involve mass gathering of students shall continue to be prohibited.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

For K-12 Basic Education, the Basic Education Learning Continuity Plan of the DepEd shall be adopted.

6.  Work in all public and private offices shall be allowed to resume physical work in full capacity with alternative arrangements for persons who are sixty (60) years old and above, those with immunodeficiency, comorbidities, or other health risks, and pregnant women.

7.  The road, rail, maritime, and aviation sectors of public transportation shall be allowed to operate at the capacity in accordance with guidelines issued by the DOTr. *Provided,* that in all public transports, a strict one (1) meter distance between passengers shall be observed and appropriate engineering controls are in place.

8.  Private transportation such as company shuttles and personal vehicles utilized by persons authorized outside their residences are allowed subject to the guidelines provided by DOTr. The use of bikes and other non-motorized transportation are strongly encouraged.

9.  All public and private construction projects shall be allowed, but with strict compliance to the issued construction safety guidelines for the implementation of infrastructure projects during the COVID-19 pandemic by the DPWH.

10. Offices, establishments or individuals conducting or providing activities or services are allowed to operate or work under the following conditions while compliant with item (6) of this Section:

    a.  Category I and II industries, at maximum operational capacity;
    b.  Category III industries, at maximum operational capacity. Nevertheless, barber shops, salons, and other personal care service establishments shall be allowed to operate at a maximum of 50% venue capacity. Dine-in service in food retail establishments such as supermarkets, grocery stores, and food preparation establishments shall be allowed provided that the seating capacity may not exceed 50%; and
    c.  Category IV and all other establishments not permitted to operate under previous Sections of these Guidelines, at a maximum of 50% operational capacity.



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

11. Work in government offices may be at full operational capacity, or under such alternative work arrangements as agencies may deem appropriate in accordance with the relevant rules and regulations issued by the Civil Service Commission (CSC). Accredited diplomatic missions and international organizations may resume full operations.

**SECTION [6] POST-COMMUNITY QUARANTINE SCENARIO.** Areas where no community quarantine is in place can be considered as being under the new normal.

**SECTION [7] GUIDELINES FOR INTERZONAL AND INTRAZONAL MOVEMENT.**

1. The movement of all types of cargoes by land, air, or sea within and across areas placed under any form of community quarantine shall be unhampered. Workers in the logistics sector, such as cargo, trucking, courier delivery and port operations shall likewise be allowed to transit across areas placed under any form of community quarantine. All LGUs are directed to strictly abide by this national policy. *Provided,* that only a maximum of five (5) personnel may operate cargo and delivery vehicles by land, with or without load.

   LGUs and local health units (LHUs) are hereby enjoined not to issue orders contrary to or inconsistent with said directive, such as, but not limited to, requiring asymptomatic drivers and crew of cargo or service delivery vehicles to undergo mandatory fourteen (14)-day home quarantine. *Provided, further,* that strict social distancing measures must be strictly observed, which may include, if necessary, the putting up of additional safe and humane seats or space in the vehicles. *Provided, finally*, that the PNP retains its authority to conduct inspection procedures in checkpoints for the purpose of ensuring that protocols on strict home quarantine are observed.

2. The movement as such of the following persons within and across areas placed under any form of community quarantine shall be permitted: (1) health and emergency frontline services personnel, (2) government officials and government frontline personnel, (3) duly-authorized humanitarian assistance actors (HAAs), (4) persons traveling for medical or humanitarian reasons, (4) persons going to the airport for travel abroad, (5) returning or repatriated OFWs and other Overseas Filipinos (OFs) returning to their places of residence, and (6) other persons transported through the efforts of the national government upon observance of the necessary quarantine protocols and with the



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

concurrence of the receiving LGUs. Authorized shuttle services shall be allowed to travel within and across areas placed under any form of community quarantine, with priority given to persons rendering health and emergency frontline services.

Land, air or sea travel by uniformed personnel, government officials and employees for official business with the corresponding travel authority, and authorized HAAs, especially those transporting medical supplies and laboratory specimens related to COVID-19, and other relief and humanitarian assistance, shall be allowed.

OFWs, students enrolled abroad and participants accepted in exchange visitor programs, permanent residents of foreign jurisdictions, and stranded foreign nationals, or those leaving for medical and other humanitarian reasons  may leave for abroad through any of the airports or seaports in the country. *Provided that* this provision shall not be interpreted to allow outbound travel by Filipinos to countries where travel restrictions are in place. *Provided, further,* that departing passengers may be accompanied by not more than one (1) person when traveling to any international port, who shall be allowed to return to his/her point of origin.

OFWs whether land-based or sea-based shall be allowed to be deployed abroad upon the execution of a *Declaration* signifying their knowledge and understanding of the risks involved as advised by the Philippine Government. For this purpose, recruitment and placement agencies shall likewise be allowed to operate in areas under MECQ, GCQ or MGCQ, subject to the observance of minimum health standards. *Further,* government offices and agencies involved in the processing of their deployment are hereby directed to establish "Green Lanes" to enable their prompt processing and deployment. *Further still,* to facilitate the ease of deployment, the OFWs and employees of these recruitment and placement agencies shall be allowed unhampered transit to and from appropriate government offices during MECQ, GCQ or MGCQ for the processing of their requirements and facilities such as airports, ferries, bus terminals, etc., notwithstanding any Local Government Unit pronouncement to the contrary. The said free access shall extend to the vehicles carrying the aforementioned individuals in order for them to reach their final destination. No fee or any other requirement shall be imposed by LGUs in this regard.

Repatriated OFWs or returning non-OFWs who have been issued a DOH or LGU certificate of completion of fourteen (14)-day facility-based quarantine, those who may



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

be required to undergo a mandatory fourteen (14)-day home quarantine, and those who are issued with travel authority upon testing negative for COVID-19, shall be granted unhampered transit across zones *en route* to their final destination in the Philippines. For this purpose, LGUs are enjoined to allow maritime vessels or aircraft transporting the aforementioned OFWs and non-OFWs to dock or land at their ports of destination.

3. The non-essential entry of persons to an area placed under ECQ shall be prohibited, except for those permitted to render work or conduct activities inside the ECQ zone.

4. The non-essential entry of persons to an area placed under MECQ shall likewise be prohibited, except for those entering the MECQ zone to render work or conduct activities permitted under Section 2 of these Guidelines. For workers from areas outside MECQ zones who shall render work or conduct activities permitted under Section 3, business establishments may provide point-to-point shuttle services, or on-site or near-site arrangements inside the MECQ zone.

5. The non-essential exit of persons from an area placed under MECQ or ECQ shall likewise be prohibited, except for those temporarily permitted entry under items (3) and (4) of this Section. Furthermore, those authorized to render work or perform activities in areas under ECQ as provided by Section 2 of these Guidelines shall likewise be allowed to exit MECQ or ECQ zones and move across areas placed under any form of community quarantine to render or perform said work or activities.

6. The movement of persons across areas placed under GCQ or MGCQ for any purpose other than leisure shall be permitted.

7. Movement to and from an area placed under GCQ to an area where no community quarantine is in place shall be permitted, except for the sole purpose of leisure. The movement of persons for any purpose across areas placed under MGCQ and areas where no community quarantine is in place shall be permitted.

## SECTION [8] GENERAL PROVISIONS

1. LGUs are enjoined to enact the necessary ordinances to enforce curfew only for non-workers in jurisdictions placed under GCQ and to penalize, in a fair and humane



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES

manner, violations of the restrictions on the movement of people as provided under these Revised Omnibus Guidelines.

2. As a matter of declared national policy and pursuant to paragraphs (aa) and (bb), Section 4 of the Republic Act No. 11469, all banks, quasi-banks, financing companies, lending companies, and other financial institutions, public and private, including the Government Service Insurance System, Social Security System and Pag-ibig Fund, are directed to implement a minimum of a thirty (30)-day grace period from due date or until such time that the community quarantine is lifted, whichever is longer, for the payment of all loans, including but not limited to salary, personal, housing, and motor vehicle loans, as well as credit card payments, falling due within the period of ECQ and MECQ, and without incurring interests, penalties, fees, or other charges. Persons with multiple loans shall likewise be given a minimum 30-day grace period from due date or until such time that the community quarantine is lifted, whichever is longer, shall be observed for every loan.

   For residential and commercial rents falling due within the duration of the ECQ, MECQ, and GCQ, on residential lessees and micro-, small, and medium enterprises (MSMEs) and sectors not permitted to operate during said period, a grace period of thirty (30) days from the last due date or until such time that the community quarantine is lifted, shall be observed, whichever is longer, without incurring interests, penalties, fees, or other charges.

3. The operation of industries and establishments identified in preceding sections are subject to the visitorial and enforcement powers of the Department of Labor and Employment and Department of Trade and Industry and other appropriate agencies to ensure compliance with these Omnibus Guidelines especially the provisions on maximum allowable operational capacity in establishments, as well as minimum health standards and protocols.

4. Compliance with Joint DTI-DOLE Return-to-Work Guidelines and DOH Return-to-Work Guidelines shall be considered sufficient compliance with minimum health standards. In no case shall the testing of all returning workers be construed as a condition precedent for his/her return.

5. All persons are mandated to wear face masks, earloop masks, indigenous, reusable, do-it-yourself masks, or face shields, handkerchiefs, or such other protective equipment or any combination thereof, which can effectively lessen the transmission of COVID-19,



REPUBLIC OF THE PHILIPPINES
**INTER-AGENCY TASK FORCE**
**FOR THE MANAGEMENT OF EMERGING INFECTIOUS DISEASES**

whenever they go out of their residences, pursuant to existing guidelines issued by the national government. Concerned LGUs are hereby enjoined to issue the necessary executive order or ordinance to that effect, and to provide fair and humane penalties.

6. Supermarkets, public and private wet markets, grocery stores, agri-fishery supply stores, veterinary supply stores, pharmacies, drug stores, and other retail establishments engaged in the business of selling essential goods are strongly encouraged to extend their store operations to a maximum of twelve (12) hours. LGUs are directed to allow such establishments to operate pursuant to the foregoing. *Provided that* in the operation of wet markets, LGUs are encouraged to adopt reasonable schemes to ensure compliance with strict social distancing measures, such as, but not limited to, providing for specific daily schedules per sector, barangay, or purok, as the case may be. In no case shall such schemes involve narrowing the hours of operation of the foregoing establishments.

7. Acts of discrimination inflicted upon healthcare workers, repatriated OFWs and non-OFWs, COVID-19 cases, whether confirmed, recovered or undergoing treatment, as well as suspect and probable cases, and Persons under Monitoring are denounced in the strongest of terms. Acts in furtherance of discrimination, such as, but not limited to, coercion, libel, slander, physical injuries and the dishonor of contractual obligations such as contracts of lease or employment, shall be dealt with criminally, civilly, and/or administratively. LGUs are enjoined to issue the necessary executive orders and/or enact ordinances prohibiting and penalizing these discriminatory acts.

**SECTION [9] EFFECTIVITY.** These Guidelines shall take effect immediately upon publication in the Official Gazette or any newspaper of general circulation.

**APPROVED** during the 37th Inter-Agency Task Force Meeting held this 15th of May, 2020 *via* video conference.

**FRANCISCO T. DUQUE III**
Secretary, Department of Health
IATF Chairperson

**KARLO ALEXEI B. NOGRALES**
Cabinet Secretary, Office of the Cabinet Secretary
IATF Co-Chairperson

OMNIBUS GUIDELINES FOR COMMUNITY QUARANTINE| 25