# de Castro Decl. Ex. G



# Omnibus Public Transport Protocols/Guidelines covering Road Transport, Aviation, Maritime, and Railways sectors



# AVIATION

The following flights are <span style="color:red">allowed</span> to operate for areas under GCQ:

1) Government and military flights;
2) International flights subject to existing IATF-EID/BOQ protocols;
3) Air ambulance and medical supplies;
4) Flight check and weather mitigation flights
5) Maintenance and utility flights;
6) Emergency flights



# AVIATION

Only passengers with VALID documents may enter airport premises where the following shall be observed:







Wearing of face masks/shields, PPEs, etc

Checking of body temperature

Social distancing



# AVIATION

Security procedures shall be done through "NO CONTACT MEANS". This includes use of walk through x-ray machines, portable scanners, handheld metal detectors, among others.





# AVIATION



Maximum allowable hand carried bags/items shall be strictly implemented.



COVID-19 Rapid Testing facilities installed at all airports are managed by qualified healthcare providers.



# AVIATION

- All facilities in terminals should be equipped with alcohol and/or soap.

- Foot baths should be installed in all entry and exit points of the airport.

- All airport facilities and equipment shall be regularly disinfected and sanitized.



# AVIATION

- Safety precaution posters and other health guidelines shall be displayed at strategic places.

- Alert bulletins shall be shown through airport flight information display systems, and public announcements.



# AVIATION

- Digital enablers (websites/Mob Apps/On-ground Kiosk) and communication, as well as education programs through social media, shall be utilized to inform and engage with passengers.

- All arriving and departing passengers are required to fill-out Health Declaration and Passenger Locator Forms.



# MARITIME



Passenger capacity in ships and other passenger vessels SHALL BE REDUCED TO 50%.



# AVIATION



Upon entering the port premises and terminals, all individuals must fill-out health protocol forms and have their body temperatures checked.



# AVIATION

SOCIAL DISTANCING measures shall be strictly observed inside ports, ships, and other passenger vessels, at all times.

In port facilities, particularly areas for frontline services, physical distancing shall be observed.



# AVIATION

In order to maintain cleanliness and sanitation,

- Disinfecting facilities (e.g. foot baths, handwashing stations, and sanitation tents) will be established at all entrance and exit points.
- Ships, passenger vessels, ports, terminals and facilities, as well as various equipment will be regularly disinfected.



# AVIATION

In order to maintain cleanliness and sanitation,

- Information on hygiene and sanitary practices will be disseminated through different media platforms in strategic locations of the ports and terminals.



# ROAD

All permitted PUVs, transport terminals and operators must follow three essential components - SAFETY, CAPACITY and COVERAGE/SCOPE.



# ROAD



SAFETY refers to guidelines that REDUCE contact, transmission, and spread of the virus through the MANDATORY USE of face masks and gloves for drivers. Thorough DISINFECTING practices of vehicles, terminals, and even among passengers are also required.



# ROAD

- CAPACITY and passenger load factors will be required to ensure that physical distancing is followed.

- Passenger load for public utility buses (PUBs) and public utility jeepneys (PUJs) SHOULD NOT EXCEED 50 percent or half of the vehicle's capacity, excluding driver and conductor.



# ROAD

- For UV Express and taxis, passenger load SHOULD NOT EXCEED TWO PASSENGERS PER ROW, except for the driver's row where only one passenger is allowed.

- Tricycles must NOT EXCEED ONE PASSENGER in the side-car, while back riding will not be allowed.



# ROAD

- Motorcycles are PROHIBITED from having BACKRIDE passengers.

- BICYCLES and similar devices are also highly encouraged, and LGUs are also encouraged to identify bike-lanes, or bike-only roads.



# ROAD

The mode of PUV that will operate in each route will be guided by the number of passengers to be transported.

Order of prioritization for PUV operations:
1. Buses
2. PUVMP compliant PUVs
3. PUJ's and UV Express
4. Tricycles



# ROAD

The LTFRB has issued special permits to allow PUVs to operate. Drivers and operators may apply for the permit, free of charge, through LTFRB offices or by email through LTFRB's online channels.

Those who VIOLATE the guidelines will be SANCTIONED and PENALIZED.



# RAIL

Operations of LRT-1, LRT-2, MRT-3 and PNR will resume with LIMITED CAPACITY after the lifting of the Enhanced Community Quarantine (ECQ) imposed in Metro Manila, or on May 16, 2020.



# RAIL

Upon the resumption of operations, all rail lines will observe 1-meter SOCIAL DISTANCING inside the trains and stations.

Presence of markings, signages, tarpaulins and other logistics will be utilized to ensure its firm implementation.



# RAIL

The following passengers will not be allowed to enter the station:

1. Passengers without proper face mask;
2. Passengers showing COVID-19 symptoms or with a body temperature of 37.8°C or higher; and
3. Senior citizens, passengers aged 0-20, and pregnant women



# RAIL

Regular disinfection and sanitation of train interiors, station premises and facilities will be conducted. In addition, disinfectant stations will be installed to adhere to sanitary measures set by DOH.

ANY MODE of public transportation in areas under the extended enhanced community quarantine (ECQ), including Metro Manila, are prohibited.

