# de Castro Decl. Ex. H

**Republic of the Philippines**
# DEPARTMENT OF TRANSPORTATION

## MEMORANDUM CIRCULAR NO. 2020-014

| | | |
|---|---|---|
| For | : | **Undersecretaries** |
| | | **Assistant Secretaries** |
| | | **Heads of Sectoral Offices and Attached Agencies** |
| | | **And Corporations** |
| | | This Department |
| Subject | : | **MANDATORY WEARING OF FACE SHIELDS FOR PASSENGERS USING PUBLIC TRANSPORTATION** |
| Date | : | **03 AUGUST 2020** |

As instructed by the Secretary, this is to mandate all officials/heads of various transportation sectors to enjoin within their respective jurisdictions the **mandatory wearing of face shields** (aside from face masks) **for ALL passengers** in areas where public transportation is allowed, effective on 15 August 2020.

In line with this, the official/s concerned are required to issue the necessary announcements to properly inform the riding public of the abovementioned mandate.

For strict compliance.

**ATTY. ARTEMIO U. TUAZON JR.**
OIC, Undersecretary for Administrative Service

DOTR Compound
Apo Court, Pinatubo Serge Osmena Streets
2009 Clark Freeport Zone, Pampanga

TRUNKLINE: 790-8400/790-8300
DOTR ACTION CENTER: 7890
www.dotr.gov.ph