# de Castro Decl. Ex. J



MALACAÑAN PALACE
MANILA

## BY THE PRESIDENT OF THE PHILIPPINES

### EXECUTIVE ORDER NO. 07

**ALLOWING VOLUNTARY WEARING OF FACE MASKS IN INDOOR AND OUTDOOR SETTINGS, REITERATING THE CONTINUED IMPLEMENTATION OF MINIMUM PUBLIC HEALTH STANDARDS DURING THE STATE OF PUBLIC HEALTH EMERGENCY RELATIVE TO THE COVID-19 PANDEMIC**

**WHEREAS**, Section 15, Article II of the 1987 Constitution provides that the State shall protect and promote the right to health of the people and instill health consciousness among them;

**WHEREAS**, as a result of continued immunization, countries around the world have been instituting measures such as reopening of international borders, and relaxation of health and safety protocols and requirements, resulting in immediate positive impacts to their economies;

**WHEREAS**, countries in the Association of Southeast Asian Nations, as well as various countries across the world, have begun liberalizing face mask mandates with no significant increase in the number of COVID-19 cases recorded;

**WHEREAS**, Executive Order (EO) No. 3 (s. 2022) allowed the voluntary wearing of face masks in outdoor settings or in open spaces and non-crowded outdoor areas with good ventilation, provided that not-fully vaccinated individuals, senior citizens and immunocompromised individuals were highly encouraged to wear face masks, and that physical distancing shall be observed at all times;

**WHEREAS**, as of 26 October 2022, 73.5 million individuals in the Philippines are fully-vaccinated, while 20.5 million individuals have booster doses;

**WHEREAS**, 88 of the country's 121 provinces, highly urbanized cities and independent cities, and 696 of the country's component cities and municipalities are under Alert Level 1;

**WHEREAS**, through its Resolution No. 3 (s. 2022), the Inter-Agency Task Force for the Management of Emerging Infectious Diseases (IATF) recommended the further liberalization of the face mask mandate to make the wearing of masks in indoor settings optional or voluntary, except in: healthcare facilities, medical transport, and public transportation by land, air or sea;

THE PRESIDENT OF THE PHILIPPINES

**WHEREAS**, in the same Resolution, the IATF recommended that senior citizens, individuals with comorbidities, immunocompromised individuals, pregnant women, and unvaccinated individuals be highly encouraged to wear face masks in indoor settings;

**WHEREAS**, a policy of voluntary wearing of face masks in both indoor and outdoor settings is a positive step towards normalization, and a welcome development that would encourage activities and boost efforts toward the full reopening of the economy;

**WHEREAS**, Section 17, Article VII of the Constitution provides that the President shall have control of all the executive departments, bureaus and offices, and shall ensure the faithful execution of the laws;

**NOW, THEREFORE, I, FERDINAND R. MARCOS, JR.,** President of the Philippines, by virtue of the powers vested in me by the Constitution and existing laws, do hereby order:

**Section 1. Voluntary Wearing of Face Masks in Indoor and Outdoor Spaces.** The wearing of face masks in indoor and outdoor settings shall be voluntary except in the following settings:

a. Healthcare facilities, including, but not limited to, clinics, hospitals, laboratories, nursing homes and dialysis clinics;
b. Medical transport vehicles, such as ambulance and paramedic rescue vehicles; and
c. Public transportation by land, air or sea.

Mask wearing is still encouraged for the:

a. Elderly;
b. Individuals with comorbidities;
c. Immunocompromised individuals;
d. Pregnant women;
e. Unvaccinated individuals; and
f. Symptomatic individuals.

**Section 2. Minimum Public Health Standards.** The minimum public health standards (MPHS) to effectively prevent and minimize the spread of COVID-19 in the country shall continue to be implemented consistent with the principles of shared accountability, evidence-based decision-making, socioeconomic equity and rights-based approach.

The DOH is directed to continuously update the MPHS guidelines in accordance with this Order. The general public, in compliance with the MPHS, is hereby enjoined to exercise diligence in carrying out health protocols, such as the practice of good hygiene, frequent hand-washing, observance of physical distancing, and maintenance of good ventilation especially in indoor settings.

2

**Section 3. Vaccination and Booster Coverage.** All local government units (LGUs) are directed to submit regular reports on their vaccination status to the Department of Health. Provinces, highly-urbanized cities, independent component cities and municipalities which are currently at low risk classification, but at Alert Level 2 status because of failure to meet vaccination targets to warrant de-escalation, are highly encouraged to undertake efforts to further expand their vaccination and booster coverage.

**Section 4. Assistance and Cooperation of Agencies and LGUs.** All departments, agencies and instrumentalities of the government, including state universities and colleges, government-owned or -controlled corporations, and government financial institutions, and LGUs are directed to render full assistance to and cooperation with the IATF for the effective and orderly implementation of this Order.

**Section 5. Separability.** If any section or part of this Order is declared to be unconstitutional or invalid, the other sections or provisions not otherwise affected shall remain in full force and effect.

**Section 6. Repeal.** EO No. 3 (s. 2022) is hereby repealed. All other orders, rules and regulations, or parts thereof, which are inconsistent with the provisions of this Order are hereby repealed, modified or amended accordingly.

**Section 7. Effectivity.** This Order shall take effect immediately upon its publication in the Official Gazette or in a newspaper of general circulation.

**DONE**, in the City of Manila, this 28th day of    October        in the Year of our Lord, Two Thousand and Twenty-Two.



By the President:

**LUCAS P. BERSAMIN**
Executive Secretary

REPUBLIC OF THE PHILIPPINES
PBBM000881

Office of the President
MALACAÑANG RECORDS OFFICE

CERTIFIED COPY

ATTY. CONCEPCION ZENY E. FERROLINO-ENAD
DIRECTOR IV

3