# de Castro Decl. Ex. K



MALACAÑAN PALACE
MANILA

**BY THE PRESIDENT OF THE PHILIPPINES**

**PROCLAMATION NO. 297**

**LIFTING OF THE STATE OF PUBLIC HEALTH EMERGENCY THROUGHOUT THE PHILIPPINES DUE TO COVID-19**

**WHEREAS,** under Section 15, Article II of the Philippine Constitution, it is the State's Policy to protect and promote the right to health of the people;

**WHEREAS,** Proclamation No. 922 (s. 2020) promulgated on 08 March 2020 declared a State of Public Health Emergency throughout the Philippines due to COVID-19, which declaration shall remain in force unless lifted or withdrawn;

**WHEREAS,** Executive Order (EO) No. 121 (s. 2020) authorized the Food and Drug Administration (FDA) to issue Emergency Use Authorization (EUA) for COVID-19 vaccines, which shall be valid only within the duration of the declared public health emergency;

**WHEREAS,** as a result of continued immunization and decrease in the number of COVID-19 cases, measures such as reopening of international borders and relaxation of health and safety protocol requirements were instituted by the government, as well as by other countries;

**WHEREAS,** while COVID-19 remains to be a serious concern for certain subpopulations and requires continued public health response, the country has maintained sufficient healthcare system capacity and low hospital bed utilization rates even after the liberalization of COVID-19 health protocols;

**WHEREAS,** on 04 May 2023, the International Health Regulations (IHR) (2005) Emergency Committee of the World Health Organization highlighted the decreasing trend in COVID-19 deaths, the decline in COVID-19 related hospitalizations and intensive care unit admission, and the high levels of population immunity to SARS-CoV-2;

**WHEREAS,** on 05 May 2023, the WHO Director-General concurred with the advice offered by the Committee regarding the ongoing COVID-19 pandemic and determined that COVID-19 is now an established and ongoing health issue which no

longer constitutes a public health emergency of international concern and advised that it is time to transition to long-term management of the COVID-19 pandemic; and

**WHEREAS,** on 08 May 2023, the Inter-Agency Task Force for the Management of Emerging Infectious Diseases, in its Resolution No. 08 (s. 2023), requested the lifting of the State of Public Health Emergency throughout the Philippines;

**NOW, THEREFORE, I, FERDINAND R. MARCOS, JR.,** President of the Philippines, by virtue of the powers vested in me by the Constitution and existing laws, do hereby lift the Public Health Emergency throughout the Philippines due to COVID-19, effective immediately.

All prior Orders, Memoranda, and issuances that are effective only during the State of Public Health Emergency shall be deemed withdrawn, revoked or canceled and shall no longer be in effect. All EUA issued by the FDA pursuant to EO No. 121 (s. 2020) shall remain valid for a period of one (1) year from date of lifting of the State of Public Health Emergency for the sole purpose of exhausting the remaining vaccines.

All agencies are enjoined to ensure that their policies, rules and regulations shall take into consideration the lifting of the State of Public Health Emergency and to amend existing or promulgate new issuances, as may be appropriate.

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the seal of the Republic of the Philippines to be affixed.

**DONE** in the City of Manila, this 21st of July in the year of Our Lord, Two Thousand and Twenty-Three.

By the President:

**LUCAS P. BERSAMIN**
Executive Secretary





2