# Kim Decl. Ex. A

MOFA    Presidential Office                                    Consulate-General Social Media    English

**Embassy of the Republic of Korea to the Republic of Singapore**                    PO

About the Mission | Consular/Visa Service | Bilateral Relations | About Korea

# About the Mission

## Embassy Notice                                    Font Size

About the Mission   Embassy Notice

---

## [MUST READ]14 Days Quarantine for All Inbound Travelers Entering Korea from 01 April 2020 (UPDATED)

DATE : 2020-07-16

- Ambassador's Greetings
- Embassy Notice
- Location/Contact
- Embassy Information
- Embassy Activities

| FILE | For Entrants to Korea Instructions for Quarantine Subjects(영문).pdf | view |
|---|---|---|
|  | 200909 Agreement to Facility Quarantine.pdf | view |
|  | Quarantine Exemption Application 20210216.pdf | view |

### < 14 days quarantine for all inbound travellers entering Korea >

In view of the COVID-19 pandemic, all inbound travellers (including returning Korean nationals) are required to quarantine themselves for 14 days upon their arrival in Korea starting from 01 April 2020.

1. Korean nationals and foreign nationals who reside in Korea will self-quarantine at their place of residence for 14 days.

2. ① Foreign nationals who are short-term visitors in Korea, ② Korean nationals and/or foreign residents whose place of residence is deemed not suitable for quarantine, will serve the quarantine at a designated government facility at their own cost (KRW2,100,000 per person). The Facility Quarantine Agreement (refer to attachment) must be completed and submitted to the airlines.

※ The spouse and lineal descendants of Korean national or long-term residents of Korea may self-quarantine in the Korean national/long-term resident's place of residence instead of government facility by providing official family relations documents.

※ Lineal descendants refer to direct line of descent such as grandparents, parents, child. Siblings are not included.

<u>Exceptions</u>

1. A-1, A-2 and A-3 visa holders with negative test results from COVID-19 diagnostic testing will be subjected to "Active Monitoring" (instead of 14 days quarantine), which includes daily submission of health status information via the 'Self Diagnosis App' and phone calls from health authorities throughout their stay in Korea.

    2. Visitors who are issued with "Quarantine Exemption Certificate" from the Embassy of the Republic of Korea before the trip.

**< Application of Quarantine Exemption Certificate >**

In order to apply for "Quarantine Exemption Certificate", the visit must be
    (i) related to IMPORTANT AND URGENT business (contract, investment, technical advisory) / academy / humanitarian reasons.

    (ii) If the above purposes are met, you may apply for "Quarantine Exemption Certificate" by submitting the following:

| Important & Urgent Business Purposes | Please Check<br>~~ROK-Singapore Fast Lane for Essential Travel (Link)~~ *Temporarily suspended |
|---|---|
| Humanitarian reason<br>(death of a family member in Korea) | [Must] Passport (original and copy) |
| | [Must] NRIC/Long term pass in Singapore (original and copy) |
| | [Must] Quarantine Exemption Application (refer to attachment) |
| | [Must] Death certificate of deceased |
| | [Must] Family relations certificate |
| | [Must] Confirmed flight itinerary |

Processing time: At least 4 working days if there is no urgent issue.

**< Download app prior departure to Korea >**

  1. For Korean nationals and foreign nationals who are long term residents in Korea, please download the latest version of 'Self-Quarantine Safety Protection App' (refer to attachment)

  2. For short term visitors, A1, A-2, A-3 visa holders and foreigners who received the 'Quarantine Exemption Certificate', please download the latest version of 'Self Diagnosis App' (click)

**< Introduction of safety wrist band for non-compliant quarantine subjects >**

  With effect from 27 April 2020, a person in quarantine who violates quarantine guidelines will be required to wear a safety wrist band. Those who refuse to wear the safety wrist band will be transferred to a designated quarantine facility and may be required to pay for the use of the facility.

  Please refer to attchement for details.

### < All inbound travellers to be tested for COVID-19 within 14 days of arrival >

In addition to continuous importation of COVID-19 cases from Europe and Americas, the number of imported cases from Middle East and Africa has also increased recently.

As such, entry procedures will be further strengthened.

Starting from 11 May 2020, ALL inbound travellers will be tested for COVID-19 within 14 days of their arrival regardless of symptoms being present/absent.

### < Crew members to be tested for COVID-19 and 14 days quarantine>

With effect from 06 July 2020, all crew members who disembark from vessels/cruises/ships will be tested for COVID-19.

With effect from 13 July 2020, all crew members who disembark from vessels/cruises/ships will be required to serve 14 days quarantine.

### < Enhancement of COVID-19 testing for those who quarantine at government facilities >

Due to the recent increase in the number of imported COVID-19 cases, the Republic of Korea will enforce more through COVID-19 testing for those in quarantine at a temporary living facility. This measure intends to ensure early diagnosis and immediate treatment during the period of their admission.

Please be aware that, as of July 20, all residents of temporary living facilities except for those coming China and Vietnam will undergo three rounds of diagnostic testing upon arrival, on the tenth day of admission, and either on the fourteenth day of admission or upon exit.

List

| | |
|---|---|
| Prev | 2021 KF Support for Policy-Oriented Research Program |
| Next | 「The Washington Post」 The international community must guarantee e… |

**Embassy of the Republic of Korea to the Republic of Singapore**

Address : 47 Scotts Road #08-00(Embassy Office), #16-03, 04(Consular Office) Goldbell Towers Singapore 228233

Tel : 65-6256-1188 (VISA enquiries via email ONLY), Fax : 65-6254-3191
Hours of Operation : - Embassy Office : 09:00-12:30, 14:00-18:00 (Mon-Fri)
- Consular Office : 09:00-12:30, 14:00-17:00 (Mon-Fri, Visa Matters: 09:00-11:30)

Select a Continent

Select a Country

Privacy Guidelines  •  Contact Us

Copyright © Ministry of Foreign Affairs. All Rights Reserved.



## For Entrants to Korea
# Instructions for Quarantine Subjects

For COVID-19 prevention, **you are required to enter quarantine on the day of your entry and remain in quarantine for the next 14 days** in accordance with **the Quarantine Act and the Infectious Disease Control and Prevention Act.**
(For example, if you arrived on 1 April, you are required to home quarantine (self-quarantine) until 24:00 of 15 April)

## Precautions for Arrival at Airport

- ✅ **Foreign nationals for short-term stay** should **go into isolation at a facility** designated by the Korean government **at their own expense.**
  - If you are a foreigner on a short-term visit who boarded from Europe or US, you will be tested at an open walk-thru screening station at airport and enter quarantine/isolation at a temporary living facility. Other foreigners on a short-term visit will enter quarantine at a temporary living facility and be tested if symptoms occur during quarantine.

- ✅ Note) **Exempted from quarantine*** should **undergo the diagnostic tests** and be under active surveillance in which **designated public officials check on their health conditions for 14 days.**
  *Exempted from quarantine: Entrants acquiring pre-approved waiver through the Ministry of Foreign Affairs
  Those holding A1 (Diplomat), A2 (Government official) visa or acquiring "Quarantine exemption document" in advance of entry issued by the Korean Embassy.

- ✅ **Foreigners who are long-term** should **go into self-quarantine** in their homes.
  - If you are a foreigner on a long-term stay (i.e., living in Korea) who boarded from Europe, you will be tested at an open walk-thru screening station at airport and wait for the result at a temporary living facility. If the result is negative, you will be allowed to leave the facility and enter home quarantine.
  - **Asymptomatic foreign nationals for long-term stay from the United States should undergo diagnostic tests within three days of self-quarantine.**
  - **Asymptomatic entrants from all parts of the world except for Europe or the United States** should **Under go the diagnostic tests** when **any symptom appears** while being quarantined In homes.
    * The following measures will be taken according to the test results.

- ✅ Must **wear a facemask all the time** and **minimize contact or conversation with others.**

- ✅ When heading to home, **using your private car or** should use **specially designated airport limousine bus and KTX (designated cars).**
  *You should directly go home and **dropping by other places is not allowed.**

- ✅ **Right after arriving home,** should dial **to local health centers** and inform them **you are under quarantine.**

- ✅ **Should move to the designated quarantine facilities by specially designated cars.**

- ✅ Install the **'self-quarantine safety protection app'** developed by the Ministry of the Interior and Safety mandatorily.

| Android | Google play | App store | Usage of self-quarantine safety protection app |
|---|---|---|---|
|  |  |  | *All koreans and foreign nationals for long-term stay are mandated to install the **'self-quarantine safety protection app' developed by the Ministry of the Interior and Safety,** and follow self-diagnosis and self-quarantine rules for 14 days. (ID : CORONA) (If there is a change in your phone number or in the location of your actual residence, you must notify your local public health center.) |
| http://url.kr/9dqRor | http://url.kr/5rntzH | http://url.kr/f7dmWs | |

- ✅ Follow self-diagnosis and self-quarantine rule for 14 days.

April 23, 2020

  
## For Entrants to Korea
# Instructions for Quarantine Subjects

## Guideline for Quarantine Subjects

### ✅ Guideline for Quarantine
- Refrain from going out of the isolation place to prevent infection from spreading
- Self-quarantine subjects should stay in a separate place and common rooms are frequently ventilated
- If it is not possible to stay alone in a separate place, ask help from local health centers
- In case outing is necessary, such as medical appointment, make sure you contact to local health center first
- Avoid sharing your personal items (personal towels, eating utensils, cell phones, etc.) with your family members or housemates
- In case of symptoms such as fever, cough, respiratory difficulties, immediately report to the local health center

### ✅ Guideline for Families and Housemates of Quarantine
- Family members or housemates refrain from contact with self-quarantine subject as much as possible
- When contact with the subject is unavoidable, wear a facemask and maintain a 2-meter distance
- Closely monitor health condition of self-quarantine subject
- Frequently clean commonly touched surfaces including tabletops, door knobs, bathroom fixtures, keyboards, and etc.
- If your work involves coming into contact with many people or if you work in a publicly used venue (including but not limited to school, private classes, preschool, kindergarten, social welfare facility, postpartum care center, and healthcare institution), you need to limit or reduce your work capacity as best as possible to minimize contact until the end of the quarantine period.

## Guideline for Quarantine Subjects

- ✅ Wash your hands thoroughly with soap and running water for over 30 seconds
- ✅ Cover your nose and mouth using your upper sleeves when coughing
- ✅ Do not touch your eyes, nose, or mouth with unwashed hands
- ✅ Frequently ventilate your rooms
- ✅ Wear a mask in case any symptom appears including fever, or respiratory symptom, or you visit a medical institution

*If you leave your quarantine area without permission during your home quarantine period or otherwise fail to comply with quarantine guidelines, you will be required to wear a safety band on wrist. If you still refuse to comply, you will be ordered to quarantine at a facility. (You may be required to pay for the use of the facility.)

If you do not fully comply with those stated above, you will **face up to 1 year in prison or a 10-million won fine** in accordance with the relevant laws. In case the infectious disease spreads or additional infection control measure is implemented including facility closure due to violation of the regulations, such violators may **be subject to claims for damages.** Also, they could **face cancellation of visa (residency status), deportation, or ban on reentry into Korea,** etc.

April 23, 2020

## Agreement to Facility Quarantine

| Name | Date of Birth |
|---|---|
| Nationality | Ship·Flight No. |
| Passport No. | Date of Arrival |

<Note>
In response to the global COVID-19 outbreak, as of 00:00 April 1st, 2020 (arrival time), the Republic of Korea requires all inbound travelers to be subject to self-quarantine or facility quarantine.
 - Facility Quarantine : Foreign nationals holding B-1, B-2, C-1, C-3, C-4, or G-1 visa, and H-2, F-4 visa holders who are nationals of high infection rate countries
 - Self-Quarantine : Foreign nationals holding visas other than those mentioned above, and Korean nationals

<Subjects of submission and Consequences for non-submission>
Foreign nationals subject to facility quarantine should complete and submit this agreement to the government of the Republic of Korea. If the person fails to submit the agreement or does not agree with all categories below, the government of the Republic of Korea may deny the entry of that foreign national in accordance with the 『Immigration Act』, 『Quarantine Act』, etc.

<Facility Quarantine>
I, as a foreign national without a Self-Isolation Exemption Certificate and being subject to facility quarantine, agree to be quarantined at a facility designated by the government of the Republic of Korea for 14 days after entry, in accordance with Article 42 of the 『Infectious Disease Control and Prevention Act』, Article 16 of the 『Quarantine Act』, etc.
☐ Agree                                                     ☐ Disagree

<Expenses>
I, in compliance with the instructions of the government of the Republic of Korea, agree to pay all expenses (maximum 2,100,000 KRW per person) for accommodation, meal, transportation, etc. incurred by facility quarantine for 14 days.
☐ Agree                                                     ☐ Disagree

<Measures for Departure>
I, in compliance with the instructions of the government of the Republic of Korea, agree to accept the responsibility to pay the expenses incurred by facility quarantine for 14 days, and agree to unconditionally abide by the government measures including departure orders, if I fail to follow through.
☐ Agree                                                     ☐ Disagree

<Prohibition of Departure in Quarantine>
I agree that departure from Korea is not allowed before being released from 14-days quarantine.
☐ Agree                                                     ☐ Disagree

| Date<br>(MM/DD/YYYY) | Completed by<br>(Signature) |
|---|---|

### Government of the Republic of Korea

# 1. Quarantine Exemption Application

(front side)

| Applicant | Name | | Sex | [ ] Male [ ] Female |
|---|---|---|---|---|
| | Nationality | | Date of birth | |
| | Passport no. | | Applicant's mobile phone no. | |
| | Status of stay (in case of foreign nationals) | | Emergency contact no. in Korea (inviting company, family, etc.) | |
| | Address in Korea (Please provide a full address) | | (Tel.: ) | |
| | Affiliation (company name, title) | | Contact no. of inviting company and person in charge | |
| | Country of departure for Korea | | Date of departure and flight no. | |
| | Expected date of arrival in Korea | | Quarantine exemption period | |
| | Expected date of departure from Korea | | Place of event (funeral, etc.) | |

| Reasons of applying for quarantine exemption | ※ Please provide reasons in detail with the purpose of visit, such as important business meetings (contract, investment, etc) or academic, public, or humanitarian purposes. |
|---|---|
| Documents to be submitted | ※ Please attach a copy of the applicant's passport, documents to prove the stated purpose of the visit, and airline tickets, etc. |

Although I, the applicant, am aware that entrants to the Republic of Korea are subject to the Special Entry Procedure upon arrival and quarantine for 14 days after the entry in compliance with the country's measures to prevent the spread of COVID-19, I, _____ , hereby submit this application **to the Minister of _____ / the Ambassador or Consul-General of the Republic of Korea to _____** to apply for exemption from quarantine for reasons as stated above.

> ※ I agree that my personal information will be collected, used, and provided to a third party, including public administrative agencies and medical institutions related to COVID-19 control and prevention, such as the Ministry of Health and Welfare, the Korea Disease Control and Prevention Agency, the Ministry of Foreign Affairs and diplomatic offices abroadits overseas missions, the Ministry of Justice, the Ministry of Land, Infrastructure, and Transport, the National Police Agency, healthcare and medical centers, or hospitals, pursuant to Article 15 and Article 17 of the Personal Information Protection Act.                    (agree ☐   disagree ☐)

**Date**:     yy     mm     dd
**Applicant's name**:           (signature)
**Guarantor** (representative of inviting company or organization):
(Company name) _____ / (Guarantor's name) _____     (signature)

| Received by | (Organization)        (title)        (name) |
|---|---|
| Date of receipt | yy     mm     dd |
| Note | 1. Providing false information on the Quarantine Exemption Application will result in criminal punishment in accordance with the Infectious Disease Control and Prevention Act.<br>2. A person exempt from quarantine must faithfully execute his/her obligations to receive a diagnostic test, conduct active monitoring, comply with infection prevention guidelines, adhere to the Itinerary for Quarantine Exemption Period, and follow quarantine/isolation orders.<br>3. The Quarantine Exemption Applications submitted to the relevant Minister and the Ambassador or Consul-General of the Republic of Korea should be identical. |

# Itinerary for Quarantine Exemption Period
(back side)

○ Itinerary for each day (filled in by the applicant or the inviting company or organization)

※ Please provide detailed plans for the entire period of quarantine exemption (up to 14 days, up to 7 days in case of visits on a humanitarian purpose). This should include information on the places and people to visit and transport to use during the travel such as a personal car or a vehicle provided by the inviting company. **Please be reminded that you are not allowed to use public transportation.** You may attach additional pages to provide detailed plans, as needed.

I understand and agree that providing false information **to the Minister of _____ / the Ambassador or Consul-General of the Republic of Korea to _____** on the Itinerary for Quarantine Exemption Period will result in criminal punishment in accordance with the Infectious Disease Control and Prevention Act, and/or denial of entry, deportation, or criminal punishment in accordance with the Immigration Act.

> ※ I agree that my personal information will be collected, used, and provided to a third party, including public administrative agencies and medical institutions related to COVID-19 control and prevention, such as the Ministry of Health and Welfare, the Korea Disease Control and Prevention Agency, the Ministry of Foreign Affairs and its overseas missions, the Ministry of Justice, the Ministry of Land, Infrastructure, and Transport, the National Police Agency, healthcare and medical centers, or hospitals, pursuant to Article 15 and Article 17 of the Personal Information Protection Act.                                (agree ☐     disagree ☐)

Applicant's name _____ (signature)

**Date** :       yy       mm       dd
**Applicant's name** :              (signature)
**Guarantor's name** (representative of inviting company or organization) :            (signature)

- 2 -

## 2. Agreement to the Terms and Conditions

1. I, the applicant for quarantine exemption, hereby agree to comply with **all the obligations\* specified under the Note on the Quarantine Exemption Certificate**.

   \* Obligations to receive a diagnostic test upon entering the Republic of Korea and wait for the test result; get a diagnostic test within 5-7 days of entry and submit a copy of negative COVID-19 test result within 8 days of entry; conduct active monitoring, including installing the Self-Check Mobile App, reporting daily health status via the app, and answering phone calls from the health authoritiescall center; comply with infection prevention guidelines; adhere to the Itinerary for Quarantine Exemption Period; and comply with isolation orders made by the disease control authorities as necessary, especially when testing positive for COVID-19

2. I understand and agree that the validity of the quarantine exemption will terminate, and I will be subject to self-quarantine or facility quarantine at my own expense, **if I fail to provide proof of a negative COVID-19 PCR test result issued within 72 hours prior to the departure date upon arrival, or fail to receive a diagnostic test within 5-7 days of entry and do not submit the negative COVID-19 PCR test result within 8 days of entry.**

3. I accept and agree that my activities in the Republic of Korea will be limited only to the very purpose of my visit as stated on my application for quarantine exemption. I understand and agree that the validity of the quarantine exemption will immediately terminate and that I will be subject to self-quarantine or facility quarantine\*, if I pursue any activities on a purpose other than the stated purpose of my visit or if I am identified as a contact of a confirmed case or a suspected case of COVID-19.

   \* Those who are placed under facility quarantine are required to pay for the fee up to KRW 150,000 per day.

4. I understand and agree that providing false information on the Quarantine Exemption Application and failing to comply with any of the obligations stated above under the first paragraph will result in criminal punishment in accordance with the Infectious Disease Control and Prevention Act, and/or denial of entry, deportation, or criminal punishment in accordance with the Immigration Act.

※ I agree that my personal information will be collected, used, and provided to a third party, including public administrative agencies and medical institutions related to COVID-19 control and prevention, such as the Ministry of Health and Welfare, the Korea Disease Control and Prevention Agency, the Ministry of Foreign Affairs and its overseas missions, the Ministry of Justice, the Ministry of Land, Infrastructure, and Transport, the National Police Agency, healthcare and medical centers, or hospitals, pursuant to Article 15 and Article 17 of the Personal Information Protection Act.                    (agree ☐    disagree ☐)

Date :       yy       mm       dd
Applicant's name :              (signature)

# 3. Pledge of Supervision

1. I, _____, the representative of the inviting company or organization, hereby pledge to the Minister of _____ to establish COVID-19 preventive measures for _____, the traveler of _____ nationality born on _____, (hereinafter "the traveler"), including minimizing the movement and activities of the traveler, and faithfully follow, execute and manage the measures in accordance with the disease prevention guidelines of the Republic of Korea.

2. I pledge to take full responsibility for supervising the traveler to ensure him/her faithfully comply with the obligations* specified under the Note on the Quarantine Exemption Certificate.

    * Obligations to receive a diagnostic test for COVID-19 upon entering the Republic of Korea and wait for the test result; get a diagnostic test within 5-7 days of entry and submit a copy of the negative COVID-19 test result within 8 days of entry; conduct active monitoring, including installing the Self-Check Mobile App, reporting daily health status via the app, and answering phone calls from the health authorities; comply with infection prevention guidelines; adhere to the Itinerary for Quarantine Exemption Period; and comply with isolation orders made by the disease control authorities as necessary, especially when testing positive for COVID-19

3. I pledge to ensure that the traveler's activities in the Republic of Korea are limited to the very purpose of his/her visit as stated on the traveler's application for quarantine exemption. I pledge to fully cooperate with the disease control authorities for epidemiological investigation and quarantine orders for the traveler as necessary.

4. I accept and agree that providing false information on the Quarantine Exemption Application, Quarantine Exemption Certificate, and the Itinerary for Quarantine Exemption Period will result in criminal or civil punishment in accordance with relevant laws and regulations, such as the Infectious Disease Control and Prevention Act.

> ※ I agree that my personal information will be collected, used, and provided to a third party, including public administrative agencies and medical institutions related to COVID-19 control and prevention, such as the Ministry of Health and Welfare, the Korea Disease Control and Prevention Agency, the Ministry of Foreign Affairs and its overseas missions, the Ministry of Justice, the Ministry of Land, Infrastructure, and Transport, the National Police Agency, healthcare and medical centers, or hospitals, pursuant to Article 15 and Article 17 of the Personal Information Protection Act.                (agree ☐     disagree ☐)

Date :       yy       mm       dd
Name :              (signature)