# Kim Decl. Ex. B



> # 변경된
> # 실내·외 마스크 착용 지침
> # 알아볼까요?





실내 마스크?



예방접종 마스크?

항상 착용해요!



**실외 착용 상황:**

○ 실외에서 다른 사람과 2m 이상 거리 유지가 되지 않는 경우

○ 공연·집회·운동·행사·유세 등 실외 많은 인원이 모이는 경우

* 지자체에서 별도로 마스크 의무 착용 장소 지정

예방접종자도 혼잡한 야외 활동 시 마스크 착용이 예외가 될 수 없어요.

하지만, 사람이 많지 않은 곳에서는 예방접종자라면 마스크 착용이 필요 없습니다.

질병관리청


질병관리청

## 실외 이지만 마스크 의무 착용 장소
### - 위반 시 과태료 부과 -

**밀집성과 접촉의 빈도로 인해 감염의 위험이 있는**
다음의 실외 장소에서는 예방접종자도 마스크를 의무 착용 해야 돼요!

**예방접종력 및 거리 두기 관계없이 마스크 착용**

## 다수가 밀접하게 모이는
## 행사·집회·공연

거리 집회, 전시회, 연주회, 박람회, 지역축제 등

**3**/10


질병관리청

## 실외 이지만 마스크 의무 착용 장소
### - 위반 시 과태료 부과 -

**밀집성과 접촉의 빈도로 인해 감염의 위험이 있는**
다음의 실외 장소에서는 예방접종자도 마스크를 의무 착용 해야 돼요!

**거리 두기 관계없이 마스크 착용**

### 실외 유원시설
놀이공원, 워터파크,
동물원, 식물원 등

### 실외 체육시설
야구장, 축구장, 경륜장, 경마장,
경정장 관람 시

### 실외 쇼핑 공간
전통시장,
실외 복합 쇼핑몰

**4**/10

Case 1:23-cv-04033-LJL    Document 266-2    Filed 01/09/24    Page 6 of 21

 질병관리청

## 과태료 부과

**마스크 착용 의무화 장소에서 미착용 시, 과태료가 부과됩니다!**



감염병 예방법에 따라 행정명령권 자는
감염병 전파가 우려되는 경우 마스크 착용 등 방역지침의
준수를 명령할 수 있으며, 명령에 따르지 않는 경우
과태료 부과가 가능합니다!

**시설·장소 관리자·운영자 300만 원 이하, 위반 당사자 10만 원 이하**

**5**/10

 질병관리청



## 지자체별 상황 및 여건에 따라
## 과태료 부과 지역을 추가 지정할 수 있어요!

*장소(예시)



**⊕ 개장시기 해수욕장 ⊕**



**⊕ 혼잡한 시간대의 쇼핑거리 ⊕**



**⊕ 사람이 많이 모이는 수변 공원 ⊕**

## ✛ 예방접종자의 실외 활동별 과태료 부과 ✛

| 예방접종자의 실외 활동 | 마스크 미착용 시 과태료 부과 대상* | 마스크 착용 권고** |
|---|:---:|:---:|
| 실외 체육시설 경기 관람 시<br>(예) 야구장, 축구장, 경륜장, 경마장, 경정장 등 | ✔ | |
| 실외 유원시설 이용 시<br>(예) 놀이공원, 워터파크, 동물원, 식물원 등 | ✔ | |
| 실외 판매시설 이용 시<br>(예) 전통시장, 실외 복합 쇼핑몰 등 | ✔ | |
| 실외 집회·공연<br>(예) 거리 집회, 연주회, 전시회, 박람회 등 | ✔ | |
| 산책, 운동, 등산, 물놀이, 관광 등<br>여가·레저활동 | | ✔ |

\*  사회적 거리 두기 조정 대상 시설 모두를 포함함

\*\* 지자체별 상황및 여건에 따라 과태료 부과 대상을 추가 지정할 수 있음
   (예: 개장시기 해수욕장, 혼잡한 시간대의 쇼핑거리, 사람이 많이 모이는 수변공원)

7/10







과태료 부과 여부와 별개로 사람이 많은 곳에서는
예방접종자라도 마스크를 착용하는 것을 권고합니다.

2021.7.1.

 질병관리청

# 자주 묻는 질문



## Q 야외 결혼식장에서 마스크를 착용해야 하나요?

실외라 하더라도, '행사'에 해당되며,
동시에 결혼식장과 관련한 시설 방역수칙을
따르게 되어 마스크 착용의 의무가 있습니다.

*신랑신부 및 양가부모님은 결혼식 중 마스크 착용 예외



## Q 계곡 물놀이중 마스크를 착용해야 하나요?

계곡 물놀이 시에는 마스크 착용은 권고사항이지만,
지자체에서 계곡의 일정 구역을 마스크 의무 착용
장소로 지정하였을 경우, 마스크 미착용 시
과태료 부과 대상이 될 수 있습니다.

 질병관리청



**마스크 착용은 최소한의 개인방역 수단으로 사회적 거리 두기 및 예방접종 여부와 관계없이 모두가 지켜야 할 의무입니다.**

**10**/10

2021. 7. 1.                                                                    KDCA

# "Shall we take a look at Updated Indoor/Outdoor Masking policy?"

2021. 7. 1.                                                                    KDCA

## Q. Indoor?

Always wear mask!

## Q. Outdoor?

**Wear mask in case of the following:**

- You are unable to maintain distance 2meters or more with other people

- People congregate to attend an event such as assembly, concert, or any performances.

    *Local government may designate additional places for mandatory mask requirement.

Those who are vaccinated may be exempted from wearing mask outdoor.

But will be required to wear mask if he/she is in crowded area.

**2 / 10**

2021. 7. 1.                                                                            KDCA

# Outdoor places where you would be still required to wear mask

## -Penalty will be imposed in case of any disobedience-

In case of any risk of infection due to frequency of crowding and contact, you will be obligated to wear mask in the following outdoor area even if you are vaccinated!

**Crowded event · concert · assembly**

Street rally, exhibition, concert, expo, local festivals and etc.

2021. 7. 1.                                                                              KDCA

# Outdoor places where you would be still required to wear mask

## -Penalty will be imposed in case of any disobedience-

In case of any risk of infection due to frequency of crowding and contact, you will be obligated to wear mask in the following outdoor area even if you are vaccinated!

**Amusement facilities**

Amusement park, waterpark, zoo, botanical garden and etc.

**Outdoor physical training facilities**

Baseball park, soccer field, bicycle racing track, racecourse

**Outdoor shopping area**

Traditional market, Outdoor complex shopping mall

2021. 7. 1.                                                                                          KDCA

# Imposition of penalty

## If you do not wear mask at the required places, you will be fined!

In accordance with Infectious Disease Act, a person authorized with administrative order may request to comply with infection prevention policy including the mask requirement and may impose penalties in case of any disobedience.

Managers or operators of the facilities or public area will be fined KRW3million or less, and any violator will be fined KRW100,000 or less.

2021. 7. 1.                                                                                              KDCA

## Designated area to subject to imposition of penalty may be added depending on the circumstances and conditions of each district!

*Example

**Beach**

**Busy shopping street**

**Crowded waterfront park**

2021. 7. 1.                                                                                    KDCA

## Penalty cases for outdoor activities by vaccinated people

| Outdoor activity of vaccinated people | Subject to penalty if not wearing mask* | Wearing mask is recommended ** |
|---|---|---|
| Watching outdoor sporting event<br>Eg) baseball, soccer, bicycle racing, horse racing, boat racing and etc. | √ | |
| Outdoor amusement facility<br>Eg) amusement park, water park, zoo, botanical garden and etc. | √ | |
| Outdoor shopping facilities<br>Eg) traditional market, outdoor complex shopping mall and etc. | √ | |
| Outdoor assembly · concert<br>Eg) street rally, concert, exhibition, expo and etc. | √ | |
| Taking a walk, exercising, mountain climbing, playing in the water and other leisure activities | | √ |

*Includes all places subject to social distancing area

** Designated area to subject to imposition of penalty may be added depending on the circumstances and conditions of each district (eg. beach, busy shopping street, crowded waterfront park).

2021. 7. 1.                                                                KDCA

## However, imposition of penalty will be exempted in case of any personal leisure activities such as walking in the park.

Regardless of the imposition of penalty, it is recommended to wear mask in crowded area even if you are vaccinated.

2021. 7. 1.                                                                          KDCA

# Frequently asked questions

**Q) Do you have to wear mask at the outdoor wedding ceremony?**

Even if the ceremony was undertaken outdoor, it is categorized as an "event" and the related facility is obligated to follow the masking policy; therefore, it is obligated to wear mask.

*Bride and groom, and their parents will be exempted to wear mask during the ceremony.

**Q) Do you have to wear mask while playing in a mountain stream or water in a valley?**

It is recommended to wear mask while playing in water in a valley. However, if the local government designates such place as required area, then you may be subject to penalty for not wearing mask.

**9 / 10**

2021. 7. 1.                                                                                KDCA

**As a minimum personal infection prevention measure, everyone is obligated to wear mask regardless of social distancing and vaccination.**