# Kim Decl. Ex. C

# 코로나19 영향 운항리스크 감축을 위한
# 항공기 안전운항 대응지침(2판)

Guideline for Air Operators - Responding to COVID-19 related Flight Operational Risk

## 2021. 8. 9.



국 토 교 통 부
항 공 정 책 실

# 코로나19 항공기 안전운항 대응지침 안내

## 개요 및 구성

○ **(배경)** 코로나19 대응을 위한「**생활 속 거리 두기 세부지침**」의 **대중교통 편**을 기본으로 다른 대중교통 수단과 일부 상이한 **항공기 운항 환경·특성, 국제규칙 등**[*]을 반영한 **맞춤형 지침** 마련 필요

  [*] 전자장비 운용, 밀폐된 공간, 다양한 조종실·객실 안전절차, 국제선 운항 등

○ **(목적)** 항공사의 **코로나19 대응체계 보완**, 항공교통에 대한 국민신뢰도 제고, 국제경쟁력 확보 등을 통해 우리 **항공산업**의 **수요회복 뒷받침**

○ **(중점 고려사항)** 항공사·종사자 및 승객이 함께 항공기 운항중에도 **감염 예방을 위한 거리 두기**에 참여하여 **코로나19 확산예방 및 항공안전 확보**

  - **'생활 속 거리두기 단계'**(국내선), **'운항노선의 코로나19 위험도 등급'** (국제선) 등을 고려하여 **기내 거리두기 수칙**을 **최대한**으로 **적용**하고 **안전문화**의 **일환**으로 정착 유도

○ **(구성)** **항공기 운영·관리, 승무원 행동수칙, 객실운영 등** 내용으로 구성

  - **(항공기운영)** 운항중 **기내의 원활한 공기정화**를 위한 항공기에어컨 운영 및 관리, **기내 소독**(조종실 전자장비 등) 등에 관한 **주의사항**

  - **(승무원 행동수칙)** 운항안전을 책임지는 **승무원 감염예방** 및 **의심증상** 발현 시 **대응조치, 보호장비 착용기준, 조종실 안전절차** 등에 관한 사항

  - **(객실운영)** 화장실 등 **공동시설·물품 소독, 객실 좌석배정, 기내식 간소화, 객실구역 간 이동제한, 손소독제 사용주의** 등에 관한 사항

※ 본 지침은 과학적 증빙자료, 이행경험 등을 토대로 지속 업데이트 할 예정임.

# 목    차

## 제1장 일반사항

제1조 목적 ································································ 1

제2조 적용 ································································ 1

제3조 정의 ································································ 2

제4조 기본 방역수칙 ··················································· 4

제5조 소독제의 보관 및 사용 ········································· 4

제6조 국제선 노선별 위험도 구분 ···································· 4

## 제2장 항공기 운영 및 관리

제7조 기내 공기정화 ··················································· 5

제8조 운항전후 에어컨 운영 ·········································· 5

제9조 운항중 에어컨 운영 ············································· 7

제10조 에어컨 관련 장치에 대한 고장관리 ························· 7

제11조 헤파필터 교체 ·················································· 7

제12조 항공기 청소 및 소독 ·········································· 8

제13조 조종실 소독 ···················································· 10

제14조 객실 소독 ······················································ 11

제15조 화물칸 소독 ···················································· 12

제16조 항공기 정비 및 운영상태 모니터링 ························· 12

## 제3장 승무원 행동수칙 일반

제17조 자가 건강진단 ·················································· 13

제18조 보호장비 지급 및 착용 ········································ 13

제19조 공용물품 사용 중단 ············································ 14

제20조 산소마스크 착용 ··············································· 15

# 목  차

제21조 승무원 전용 화장실 지정 ···································· 15

제22조 객실승무원의 의심증상 대응 ···························· 16

제23조 객실 내 주의사항 ············································ 16

제24조 외국체류중 건강관리 ········································ 17

## 제4장 운항승무원 행동수칙

제25조 운항승무원 감염예방 ········································ 18

제26조 운항전 브리핑 및 항공기 외부점검 ···················· 19

제27조 조종실내 보호장비 착용 등 ······························ 20

제28조 임무조종사의 의심증상 대응 ···························· 21

## 제5장 승객 안내 및 관리

제29조 예약 및 발권 시 안내 ······································ 22

제30조 탑승 전 및 대기 중 안내 등 ···························· 22

제31조 이륙 전, 운항 중 안내 및 조치 ························· 23

## 제6장 객실운영

제32조 좌석배치 등 객실 내 거리두기 ·························· 24

제33조 식사 및 음료 서비스 ········································ 26

제34조 객실 구역 구분 ·············································· 27

제35조 객실운영 ······················································ 29

제36조 화장실 운영 및 소독 ········································ 30

제37조 운항중 감염의심 승객에 대한 조치 ···················· 31

제38조 장애인 등 교통약자에 대한 서비스 ···················· 32

제39조 방역마스크 등의 폐기 ······································ 32

# 목    차

## 제7장 승무원 검사 등

제40조 의심 증상자에 대한 검역 ···················· 33

제41조 승무원 격리 및 코로나19 검사 ················ 33

제42조 항공종사자 자격증명에 관한 조치 ············· 34

## 제8장 기타사항

제43조 기장의 권한 ······························· 34

제44조 안전보고 ································· 35

제45조 유효기간 ································· 35

부칙 ········································ 35

별표 1. 생활 속 거리두기 세부지침: 대중교통 편 ········· 36

  2. 국제노선 운항리스크 매트릭스 ················ 38

  3. 종사자 보호장비 착용 권고 ················· 39

  4. 소독지침(질병관리청) ····················· 41

  5. 코로나19 항공안전 자율보고 홍보물 ··········· 43

  6. 세계보건기구 항공분야 대응지침('20.3월) ········ 44

  7. 국제민간항공기구 항공회복 대응지침('20.5월) ······ 49

## < 표 1. 지침내용 별 담당부서 연락처 >

| 지침명 | 소관부처 | 연락처 |
|---|---|---|
| ▶ 코로나19 관련 항공기 안전운항 총괄 | 국토교통부 항공안전정책과 | 044-201-4245, 4246<br>044-201-4255, 4257<br>(종사자 자격담당) |
| ▶ 공항·항공사 방역관리 총괄 및 방역당국 협조·연락 담당 | 국토교통부 항공정책과<br>국토교통부 국제항공과 | 044-201-4184, 4183<br>044-201-4215, 4216 |
| ▶ 항공운송사업 총괄, 소비자 보호 등 | 국토교통부 항공산업과 | 044-201-4224, 4222 |
| ▶ 기내 액체, 곌류 반입 등 | 국토교통부 항공보안과 | 044-201-4238 |
| ▶ 항공기 운항 및 정비 | 국토교통부 항공운항과 | 044-201-4292 |
| ▶ 항공기 지속감항성 | 국토교통부 항공기술과 | 044-201-4285, 4292 |
| ▶ 환자이송 관련 관제 협조 | 국토교통부 항공교통과 | 044-201-4295, 4296 |
| ▶ 공항 이동지역 관리 | 국토교통부 공항안전환경과 | 044-201-4344 |
| ▶ 국가방역정책 총괄 | 중앙사고수습본부 | 044-202-3805 |
| | 질병관리청 검역정책팀 | 043-719-9201 |
| | 중앙방역대책본부 지침관리팀 | 043-719-9313 |
| | 중앙방역대책본부 검역관리팀 | 043-719-9313, 9314 |

## <표 2. 참고지침 등>

| 발행기관 | 제목 |
|---|---|
| ▶ World Health Organization (WHO) | Operational considerations for managing COVID-19 cases or outbreak in aviation (18 March 2020)<br>- Management of a suspected case (On Board) |
| ▶ International Civil Aviation Organization (ICAO) | ICAO Council Aviation Recovery TF Report and Take-off guidance (제3판, March 2021)  – Aircraft, Crew 부문 |
| | Annex 6 (Aircraft Operation) – 항공기 운항 |
| | PANS-ATM (Doc 4444) – 항공교통관리 |
| ▶ 질병관리본부 등 중앙방역대책본부 | 생활 속 거리 두기 세부지침 (제4판, 2020.11) |
| | 코로나바이러스감염증-19 집단시설·다중이용시설 소독 안내 (제3·4판, 2020.8.20) |
| | 코로나바이러스감염증-19 검역대응 지침 (제10-1판, 2021.7.5) |
| ▶ 식약처 | 마스크 사용지침(2020.3.3.) |
| ▶ 기타 | Guidance for Cabin Operations During and Post Pandemic, IATA (Edition 4  –  08 Sep 2020) |
| | Asymptomatic Transmission of SARS-CoV-2 on Evacuation Flight, Emerging infectious diseases (November 2020) – US Centers for Disease Control and Prevention |
| | Assessment of SARS-CoV-2 Transmission on an International Flight and Among a Tourist Group, JAMA Network Open 2020 |
| | Flight-Associated Transmission of Severe Acute Respiratory Syndrome Coronavirus 2 Corroborated by Whole-Genome Sequencing, Emerging Infectious Disease 2020 |
| | Risk of COVID-19 During Air Travel, JAMA 2020 |
| | Transmission of the Severe Acute Respiratory Syndrome on Aircraft, The New England Journal of Medicine Dec. 18 2003 |

# 제1장 일반사항

**제1조(목적)** ① 본 지침은 코로나바이러스감염증-19(이하 "코로나19"라 한다)와 관련하여 우리나라의 항공운송사업자가 운영하는 항공기가 운항중 코로나19의 확산을 방지하고 항공기 안전운항을 확보하는 것을 목적으로 한다. ② 본 지침은 항공편의 좌석예약, 특별 관광상품 운영 등 항공운송사업자의 경제활동을 제한하는 것은 아니며, 다음 각 호에 해당하는 법령 및 상위 지침에 근거를 둔다.

 1. 「항공안전법」제58조 및 같은 법 시행규칙 제131조제2호 및 제132조제1항제2호에 따른 항공안전 위험도 관리

 2. 국제민간항공기구 이사회가 회원국을 대상으로 권고하는 「항공수요 회복 보고서에 따른 권고사항 및 대응지침」[1]

 3. 「감염병의 예방 및 관리에 관한 법률」, 「코로나19 생활 속 거리 두기 세부지침」(이하 "거리두기 지침"이라 한다), 「코로나19 집단시설·다중이용시설 소독 안내」(이하 "소독지침"이라 한다) 및 「코로나19 검역대응 지침」(이하 "검역지침"이라 한다) 등 코로나19 관련 공중보건에 관한 각종 법률·규정 및 지침 등

**제2조(적용)** ① 본 지침은 다음 각 호에 따른 자에게 적용된다.

 1. 국제항공운송사업자(이하 "항공사"라 한다)가 운용하는 항공기로 운항하는 정기 및 부정기 항공편

 2. 항공사에 소속된 운항승무원 및 객실승무원(이하 "승무원"이라 한다),

---

[1] 코로나19 사태로 위축된 항공산업의 안전하고 지속 가능한 회복을 위해 ICAO이사회(Council Aviation Recovery Task Force)가 마련한 보고서에 따른 권고사항 및 이행지침

항공정비사, 운항관리사 등 종사자

② 항공사는 본 지침에 포함된 사항을 각 항공편의 탑승률 등 여건을 고려하여 최대한 적용하는 것을 원칙으로 한다.

③ 인천국제공항공사 및 한국공항공사(이하 "공항공사"라 한다),「항공안전법」제83조에 해당하는 업무를 수행하는 항공교통관제기관 등은 본 지침을 이행하는 제1항에 해당하는 자가 코로나19에 적절히 대응할 수 있도록 긴밀히 협조한다.


제3조(정의) 본 지침에 따른 각종 용어의 정의는 다음과 같으며 본 조에서 정의된 용어 이외의 용어에 대해서는 「항공사업법」,「항공안전법」및「공항시설법」에 명시된 용어정의는 생략한다.

 1. 감염의심자 :  다음 각 목의 어느 하나에 해당하는 사람을 말한다.

   가.「감염병 예방 및 관리에 관한 법률」에 따른 감염병환자, 감염병의사환자 및 병원체보유자와 접촉하거나 접촉이 의심되는 사람

   나.「검역법」에 따른 검역관리지역 또는 중점검역관리지역에 체류하거나 그 지역을 경유한 사람으로서 감염이 우려되는 사람

   다. 감염병병원체 등 위험요인에 노출되어 감염이 우려되는 사람

 2. 마스크 :「감염병의 예방 및 관리에 관한법률 시행규칙」제31조의4제1호에서 명시하는「약사법」제2조제7호에서 따른 의약외품에 해당하는 마스크를 말하는 것으로 다음 각목에 해당하는 사항을 포함한다.

   가. 수술용 마스크: 진료, 치료 또는 수술 시 감염 예방을 목적으로 사용하는 제품

   나. 보건용 마스크: 황사, 미세먼지 등 입자성 유해물질 또는 감염원으로

- 2 -

부터 호흡기 보호를 목적으로 사용하는 제품

다. 비말차단용 마스크: 일상생활에서 비말감염을 예방하기 위한 목적으로 사용하는 제품

3. 보호장비 :「감염병의 예방 및 관리에 관한법률 시행규칙」제31조의4제3호에 따라 감염병 예방을 위하여 착용하는 보호장비를 말한다.

4. 손소독제 :「감염병의 예방 및 관리에 관한법률 시행규칙」제31조의4제2호서 명시하는「약사법」제2조제7호에서 따른 의약외품에 해당하는 손소독용 외용 소독제를 말한다.

5. 감염예방 의료용구(Universal Precaution Kit): 감염의심자에 대한 객실승무원 서비스 등에 대비하여 탑재하는 의료용구로 세부사항 및 항공기별 탑재수량 등은「항공안전법 시행규칙」별표 15를 따른다.

6. 운항승무원 불능상태(Pilot incapacitation) : 승무원이 정신적 또는 신체적으로 운항업무를 수행할 수 없는 상태로 다음 각 목에 해당하는 사항을 포함한다.

가. 10,000ft 이상의 고도에서 기압계통의 고장·결함 등으로 인한 저산소증(산소 부족)

나. 공기 중의 화재 또는 에어컨 시스템 오염과 관련된 연기 등으로 인해 운항업무가 불가한 환경이 지속되는 경우

다. 심각한 위장염과 같은 위장 장애, 식품 알레르기 등

라. 수면 상태

마. 심장마비, 뇌졸중 또는 발작, 일시적인 정신 이상과 같은 건강 상태

바. 조류 충돌 또는 기타 사건 등으로 인해 초래한 신체 부상

사. 난폭한 승객에 의한 폭행, 테러 행위 또는 소형 무기 발포와 같은 악

의적이거나 적대적인 행위 또는 지상의 사람에 의한 고출력 레이저로 항공기를 악의적으로 조준하는 행위 등으로 인해 일시적 혹은 지속적으로 운항업무가 불가한 상태

**제4조(기본 방역수칙)** 방역수칙에 관한 기본사항은 거리두기 지침의 '대중교통편'(별표 1), 소독지침(별표 4) 및 검역지침 등 중앙방역대책본부에서 발간한 지침 등을 따른다.

**제5조(소독제의 보관 및 사용)** ① 항공사는 운항중 탑승자 및 각종 설비 소독 등을 위한 소독제를 조종실, 객실 또는 주방(Gally) 등에 비치하고 필요한 경우 이를 활용한 소독을 실시할 수 있도록 한다.

② 특히, 화장실 소독, 조종사 근무교대 전후 등 여러 명이 접촉하는 기내 설비 및 장비는 수시로 소독을 실시(일일 1회 이상)한다.

③ 제1항에 따라 사용하는 소독약품은 다수가 알코올 성분으로 제작되어 가연성이 높고 상온에서 마찰열에 따른 화상 우려가 있을 수 있어, 사용 및 보관에 각별한 주의2)가 필요한바, 관련 주의사항을 숙지하고 이를 승객에게도 안내한다.

④ 제3항과 더불어, 항공사는 탑승객에게 개인용 손소독제가「항공보안법」제14조(승객의 안전 및 항공기의 보안)에 따라, 개인별 100ml 용기 10개까지 기내 객실 반입이 가능한 액체·겔류 등에 해당하는 사항임을 항공권 구입·발권 단계에서 알리고, 공항공사는 항공보안검색 시 용량이 초과되는 손소독제에 대해 압수, 폐기 등 필요한 조치를 한다.

---

2) Boeing사가 포함된 국제항공제작협회는 소독제(이소프로필알코올 70% 함량 기준)를 화기·전기로부터 최소 15cm 떨어진 상태에서 사용·보관할 것을 권고 (예: 객실에서는 전기콘센트, LCD 모니터 등 전기설비 주의 필요)

**제6조(국제선 노선별 위험도 구분)** ① 항공사는 국제선 항공편 출발지(경유지를 포함한다)의 코로나19 심각도, 비행시간, 여객 탑승률(load factor) 등을 종합적으로 검토하여 그 위험도를 산출하여 차등 관리한다.

② 제1항에 따른 위험도 구분에 관한 산출방법은 별표 2를 적용한다.

③ 항공사는 제2항에서 산출한 노선의 위험도 중 "고위험 노선"에 해당하는 결과가 산출된 경우에는 비행계획의 브리핑 단계에서 이를 해당 기장에게 알린다.

## 제2장 항공기 운영 및 관리

**제7조(기내 공기정화)** 항공기 에어컨은 기내 공기의 정화를 위해 제8조 및 제9조에 따른 사항에 따라 적절히 운영되어야 한다.

【그림 1. 항공기 내 공기 흐름도】



그림 1-1. 항공기 측면                    그림 1-2. 항공기 단면

① 항공기 외부에서 엔진을 통해 맑은 공기가 기내로 유입되어 에어컨을 통해 냉각된다.

② 에어컨을 통해 냉각된 공기는 항공기 공조장치를 통해 기내에 객실 내 골고루 공급된다.(천장에서 아래 방향으로 냉각된 공기가 객실에 확산)

③ 객실 내 공급된 공기는 창문 아래쪽으로 배출되어 일부는 객실여압통제장치(Cabin Pressure Control Valve)를 통해 항공기 밖으로 배출되며, 일부는 헤파필터로 정화된다.

④ 헤파필터를 통해 정화된 공기는 공기순환 팬을 지나 외부에서 새롭게 유입되어 에어컨을 통해 냉각된 공기와 섞인 후 다시 객실에 공급된다.

**제8조(운항전후 에어컨 운영)** ① 출발 전(before chock-off) 및 도착 후 (after chock-in), 항공사는 기내 에어컨의 공기팽창냉각장치(PACK, air conditioning pack) 또는 공항 이동지역에 설치된 외부 냉난방공급장치(PCA, pre-conditioned air)를 활용하여 에어컨을 작동시킨다. 고성능공기정화필터 (이하 "헤파필터"라 한다)가 장착된 경우에는 공기순환 팬[3](Recirculation Fan)을 작동시킨다.

② 제1항의 과정에서 공기팽창냉각장치의 작동을 위해 보조동력장치(APU, Auxiliary power unit)의 사용이 필요할 수 있는바, 공항공사는 이를 공항에 서 사용할 수 있도록 한다.

③ 항공사는 다음 각 호에 관한 사항을 포함하여 공기 순환시스템(air circulation system)을 작동시킨다.

 1. 에어컨장착 항공기 : 탑승자가 항공기에 탑승하기 전 또는 후 최소 10 분 이상, 보조동력장치 및 엔진 등을 작동시켜 블리드 에어(bleed air) 또는 외부 공기(PCA)를 기내에 공급하며, 헤파필터를 장착한 항공기는 기종별 특성에 따라 공기 순환시스템을 작동시킨다.

---

3) 헤파필터가 장착된 항공기의 경우, 공기순환 팬(Recirculation Fan) 작동 시 기내 전체 공기 흐름을 증가시키고, 기내 앞/뒤 공기 흐름을 최소화하여 공기 중 오염물질을 희석 시키는데 기여함. 공기순환 팬 작동으로 기내에서 공기가 다시 순환하는 경우, 헤파필터는 해당 공기의 오염물질을 정화하는 역할을 함.

2. 에어컨 미장착 항공기 : 항공기 회송시간(turn-around time) 동안 항공
  기 객실 및 화물칸 등의 도어를 열어두어 기내 환기를 실시하여야 한다.

**제9조(운항중 에어컨 운영)** ① 헤파필터를 장착한 항공기는 모든 PACK
을 "AUTO"로 설정하고, 공기순환 팬(recirculation fan)을 작동시킨 상태에
서 환경통제장치(environmental control system)를 운영한다.
② 제1항에도 불구하고 이륙 중 항공기시스템의 경보에 따라 팩을 "OFF"
상태로 설정하여야 하는 경우에는 "OFF"상태로 설정을 변경하되, 항공기
추력이 허용되는 시점에 최대한 빨리 다시 "AUTO"상태로 설정을 변경한다.

**제10조(에어컨 관련 장치에 대한 고장관리)** ① 항공사는 기내 에어컨의
공기정화성능이 효과적으로 유지될 수 있도록 항공기 제작사가 제시하는
요건에 따라 정비 등 유지·관리가 적절히 이행되도록 노력하여야 한다.
② 공기배출장치(outflow valve)의 작동상태에 따라 공기정화 성능이 보다
향상되는 항공기 기종의 경우에는 모기지에 도착 시 이에 대한 정비도 이
월되지 않도록 노력하여야 한다.

**제11조(헤파필터 교체)** ① 항공사는 제작사에서 권장하는 코로나19에 따
른 헤파필터의 사용주기(또는 비행시간)가 도래하면 이를 새로운 헤파필터
로 교체하여야 한다.
② 제1항에 따른 헤파필터 교체를 위해 투입되는 정비인력의 방역을 위해
별표 3에 따른 보호장비가 적절히 지급되어야 한다.
③ 헤파필터 교체는 제작사 매뉴얼에 따라 실시하며, 항공기 정비인력에

대한 방역조치를 실시한 후에 교체하도록 하여야 한다. 교체되는 헤파필터는 비닐봉지에 밀봉하여 폐기처리 하여야 한다.

④ 제3항의 작업을 수행한 정비인력은 작업 후 손 소독을 실시한 후, 방역당국이 안내한 사항(질병관리청 홈페이지)에 따라 보호장비를 제거하고 손을 깨끗이 세척 또는 소독하여야 한다.


**제12조(항공기 청소 및 소독)** ① 항공사는 사내에 방역관리자를 지정하고 취항하는 국내의 공항, 사업장 등 인근 지역 보건소 담당자의 연락망을 확보하는 등 방역 협력체계를 구축하여야 한다.

② 항공사는 항공기 탑승자가 공동으로 사용하는 기내 설비 등(출입구 손잡이 등)을 매일 1회 이상 소독한다.

③ 항공기 내 구역별 소독에 관한 세부사항은 별표 4의 질병관리청 소독지침에서 정하는 '감염 예방을 위한 일상 청소·소독'을 따르되, 본 지침의 제13조·제14조·제15조를 우선 적용한다.

④ 제2항에도 불구하고, 항공기 운항 중 종사자가 업무를 수행하는 조종실, 주방 등은 업무교대 시 마다 공동으로 사용하는 손잡이 등 기내 설비에 대한 간단한 소독을 실시할 것을 권장한다.

⑤ 항공사는 운항 후 목적지에서 체류 중 다음 항공편에 탑승하는 탑승자의 위생을 위해 기내 청소를 한다. 단, 여건이 제한된 경우에는 화장실 및 주방(galley) 청소를 우선적으로 실시한다.

⑥ 항공사는 제2항과 별도로 항공기 전반에 관한 소독을 다음 각 호와 같이 실시하도록 권고한다.

 1. 국내선 항공편: 표 3과 같이 거리두기 단계에 따라 소독을 실시한다.

【표 3. 국내선 항공기 소독 주기 권고】

| 사회적 거리두기 단계 | | 최소 방역소독 주기 | 비고 |
|---|---|---|---|
| 평상시(코로나19 무관) | | 월 1회 | 감염병예방법 제51조 |
| 코로나19 대응시 | 1-3단계 | 일 1회 이상 | - |
| | 4단계 | 매 비행 후 | 도착공항 사정으로 소독이 불가한 경우에는 다음 목적지 공항 도착 후 소독 실시 |

2. 국제선 항공편: 표 4와 같이 노선의 위험도에 따라 소독을 실시한다.

【표 4. 국제선 항공기 소독 주기 권고】

| 노선의 위험도(별표 2) | | 최소 방역소독 주기 | 비고 |
|---|---|---|---|
| 평상시(코로나19 무관) | | 월 1회 | 감염병예방법 제51조 |
| 코로나19 대응시 | 고위험 노선 | 매 비행 후 | 도착공항 사정으로 소독이 불가한 경우에는 제2항에 따른 소독으로 대체 |
| | 일반 노선 | 일 1회 | - |

⑦ 감염의심자 및 확진자가 탑승한 것으로 보건당국으로부터 통보를 받은 경우에는 보건당국이 정한 절차 및 요건에 따라 추가적인 소독을 반드시 실시한다. 단, 표 4의 고위험 노선에 따른 항공기 전반에 대한 소독이 실시되어 비행을 실시하지 않은 상태에서 연속 2회 이상 소독을 실시하게 되는 경우에는 그러하지 아니한다.

⑧ 제7항에도 불구하고, 외국공항에서 출발 준비 중 감염의심자가 착석한 좌석에 대한 소독을 제7항과 같이 실시할 수 없는 경우에는 해당 좌석의 팔걸이 등 공용으로 사용하는 설비를 소독용 티슈로 소독하고 다음 각 호에 따른 조치를 실시한다.[4] 단, 항공기 출발 전 감염의심자가 확진자 인 것으로 해당 국가의 방역당국이 항공사에 통보한 경우에는 제7항에 따라 반드시 소독을 실시하여야 한다.

1. 감염의심자의 좌석이 위치한 열을 포함하여 앞뒤 각각 2개 열(총 5개

---

[4] 관련 근거: 「항공사업법」 제61조(항공교통이용자 보호 등)

열) 및 사용한 화장실을 폐쇄하고 해당 구역에 탑승예정된 승객의 좌석

을 다른 좌석으로 재배정한다.

2. 탑승률 등의 사유로 제1호에 따른 조치가 어려운 경우에는 감염의심자

의 좌석구역(Pitch×Width) 테두리를 기준으로 전 방향 최소 1m 범위에

내에 있는 좌석(이하 "1m반경 좌석"이라 한다)은 폐쇄[5]하고(제34조 그림

2 참조) 탑승예정 승객에게 관련 정보제공, 좌석 재배정 등을 실시한다.

단, 탑승률이 매우 높아 1m 반경 좌석의 폐쇄를 위한 탑승예정자 좌석

재배정이 불가한 경우에는 이를 설명하고 대체 항공편 이용을 유도한다.

3. 탑승률 등의 사유로 제1호에서 정하는 좌석 폐쇄구역 내(1m 반경 좌

석은 제외한다) 탑승자의 좌석을 재배정하기 어려운 경우에는 관련 정보를

제공하고 희망하는 경우, 대체 항공편으로 일정을 변경 안내한다.

4. 제1호부터 제3호까지에 따라 탑승자에게 좌석 재배정 사유를 전달할

때에는 감염의심자에 관한 개인정보가 보호될 수 있도록 한다.

⑨ 청소 및 소독 관련 개인 보호장비에 관한 사항은 별표 3을 참조한다.

⑩ 제6항에 따른 소독은 실시 전후로 충분한 환기를 실시하여야 하며, 「감

염병 예방법」제54조제1항 및 같은 법 시행규칙 제40조제2항에 따른 소독

요건을 충족하도록 소독을 실시하여야 한다.

⑪ 공항공사는 본 조에 따른 청소 및 방역이 원활하게 실시될 수 있도록

관계자에 대한 출입조치에 적극 협조하여야 한다.


**제13조(조종실 소독)** ① 항공사는 조종실 소독 시 다음 각 호에 해당하는

사항을 적용하여 실시한다.

---

[5] 세계보건기구의 지침에 따르면, 일반석 기준으로 전 방향 약 2개의 좌석씩 폐쇄조치하는 것이 적절하다.

1. 청소에 사용하는 장비 등을 활용하여 조종실 의자, 벽, 장비의 스위치 등 공용으로 사용하는 물체·표면 등을 소독한다.

2. 소독 과정에서 조종실 장비의 성능 및 유지보수 차원에서 제작사에서 권고하는 소독용 약품을 활용하여야 하며, 승무원의 손이 자주 접촉되는 장비·설비의 경우에는 약품 살포가 아닌 소독 티슈를 이용하여 소독하도록 한다.

3. 제2호에 따른 소독 보다 강도가 높은 소독이 필요하다고 판단되는 경우에는 이를 제작사 또는 국제항공제작협회6) 등과 협의하여 실시한다.

4. 산소마스크, 관제통신장비 등 조종사의 경구가 닿을 수 있는 장비에 대한 소독은 각별한 주의가 필요하며, 소독 후 장비의 성능점검을 실시한다.

5. 조종실 소독을 실시한 이후에는 조종실 내 각종 장비와 연결되어 있는 스위치, 버튼 등의 상태가 다음 비행 또는 비행준비를 위해 올바르게 설정되어 있는지 확인하고 필요시 해당 스위치, 버튼 등을 정 위치로 설정하여야 한다.

② 조종실의 소독에 활용되는 약품은 가능한 적은 용량의 용기에 담아 해당 약품이 각종 장비에 쏟아졌을 때 고장·결함 등의 우려를 최소화한다.


**제14조(객실 소독)** ① 항공사는 객실 소독 시 다음 각 호에 해당하는 사항을 적용하여 실시한다.

1. 항공사는 걸레 또는 장비 등을 활용하여 의자, 벽, 선반, 객실 설비 등을 소독한다.

2. 객실 내 각종 전자장비, 콘센트 등의 고장·결함을 예방하기 위해 전자장비 등에 약품을 직접 살포하여서는 아니 된다.

---

6) ICCAIA(International Coordinating Council of Aerospace Industries) 보잉, 에어버스 등 항공기 조립, 시스템 제작 등을 하는 사업자의 권익을 위해 구성된 단체

3. 제2호에 따른 소독 보다 강도가 높은 소독이 필요한 경우에는 이를 제
작사 또는 국제제작협회에 문의 후 관련 권고에 따라 소독을 실시한다.

② 제1항에 따른 객실 소독에 활용되는 소독약품은 가능한 적은 용량의 용
기에 담아 해당 약품이 각종 전자장비 등에 쏟아졌을 때의 영향을 최소화하
여야 한다.

③ 항공사는 감염병 확산을 최대한 방지하기 위하여 많은 사람들의 손이
접촉되는 손잡이 등 객실 설비의 접촉빈도를 최소로 한다.


**제15조(화물칸 소독)** ① 항공사는 화물칸 소독을 다음 각 호의 사항을 적용
하여 실시한다.

1. 청소용 걸레 및 장비 등을 활용하여 소독을 실시한다. 단, 화물칸 내 화
재경보기, 전자 개폐장치, 화재진압 시스템 등의 고장·결함을 예방하기
위해 해당 전자장비 등에 방역약품을 직접 살포하지 않도록 한다.

2. 소독 후에는 각종 장비의 스위치, 판넬 등의 정위치 상태를 점검하는 절
차를 반드시 추가하여 운항관련 오류가 발생하지 않도록 하여야 한다.

3. 제1호에 따른 소독 보다 강도가 높은 소독이 필요한 경우에는 이를 제
작사 또는 국제항공제작협회에 문의후 관련 권고에 따라 소독을 실시한다.

② 화물칸 내 소독에 활용되는 약품은 가능한 적은 용량의 용기에 담아 해
당 약품이 각종 장비에 쏟아졌을 때의 영향을 최소화하여야 한다.

③ 항공사는 감염병 확산을 최소화하기 위해 많은 사람들의 손이 접촉되
는 손잡이 등 화물칸 설비의 접촉빈도를 최소로 한다.


**제16조(항공기 정비 및 운영상태 모니터링)** ① 항공사는 항공기의 공기정

화장치(에어컨시스템), 물 공급시스템 등에 대한 규칙적 정비, 정비이월 최소화 등 감염예방을 위한 노력을 하여야 한다.

② 항공사는 본 장에 따른 방역, 소독 등의 활동으로 인한 항공기 기체 부식 등의 영향이 있는 경우 제작사의 기술자료 검토 등을 통해 잠재된 위해요인을 발굴하기 위한 노력을 하고 필요시 「항공안전법」제33조(고장‧결함 보고)에 따른 조치를 한다.


# 제3장 승무원 행동수칙 일반


제17조(자가 건강진단) ① 출근 전, 승무원은 자신의 신체 컨디션, 발열증상 등의 여부를 자체적으로 진단하고, 체온이 37.5℃ 이상, 감기증상(기침‧인후통‧근육통 등) 등 신체 컨디션에 난조가 있는 경우에는 소속 항공사에 이를 알리고 병가처리 등 출근을 하지 않도록 한다.

② 모든 승무원은 항공기 탑승 전 반드시 발열체크를 실시하고, 탑승이후 업무 중 또는 객실 내 대기 중에는 발열증상이 있는 것으로 추정되는 등 체온측정이 필요한 경우 수시로 체온을 측정한다.

③ 제2항의 과정에서 체온이 37.5℃ 이상인 객실승무원(휴식중인 운항승무원을 포함한다)은 제22조에 따라 조치하고, 임무중인 운항승무원에 해당하는 경우에는 제28조에 따라 조치한다.


제18조(보호장비 지급 및 착용) ① 항공사는 운항승무원 및 객실승무원에 대한 방역관리를 위해 승무원용 개인보호 장비를 별표 3에 따라 제공하여야 한다. 단, 제공한 장비의 권장 사용기간이 초과하였거나, 오염되었을 확

률이 있는 경우에는 이를 교체할 수 있도록 조치하여야 한다.

② 국내선을 운항하는 승무원은 다음 각 호에 해당하는 사항에 따라 마스크를 착용하여야 한다.

 1. 마스크는 코와 입을 완전히 가리고 얼굴에 밀착되게 착용하여야 한다. 승무원은 손 오염을 방지하기 위해 마스크를 착용하거나 제거할 때 방역마스크의 겉면을 손으로 만지지 않도록 하여야 한다.

 2. 마스크가 분비물로 축축해지거나 다른 오염원에 의해 오염되면 즉시 새로운 마스크로 교체해야 하며, 교체 전후로 손소독제를 사용하여 손소독을 하거나 물과 비누로 30초 이상 손을 씻어야 한다.

③ 국제선을 운항하는 승무원은 다음 각 호에 해당하는 사항에 따라 보호장비를 착용하여야 한다.

 1. 마스크는 코와 입을 완전히 가리고 얼굴에 밀착되게 착용하여야 한다. 승무원은 손 오염을 방지하기 위해 마스크를 착용하거나 제거할 때 마스크 겉면을 손으로 만지지 않아야 한다.

 2. 마스크가 분비물로 축축해지거나 다른 오염원에 의해 오염되면 즉시 새 것으로 교체해야 하며, 교체 전후로 손소독제를 사용하여 손 소독을 하거나 물과 비누로 30초 이상 손을 씻어야 한다.

 3. 승무원은 승무원 휴게실에 있는 동안에도 마스크를 착용해야 한다.

 4. 일부 고글 등 재사용 가능한 보호 장비는 살균조치를 실시한 이후 이를 재사용 할 수 있다.


**제19조(공용물품 사용 중단)** 항공사는 승무원이 운항 중 다음 각 호에 해당하는 공용물품의 경우 재사용하지 않도록 비행 후 교체하는 등의 조치

를 하여야 한다. 단, 해당 물품에 대한 소독조치를 하고 재사용하는 경우에는 그러하지 아니하다.

1. 비상대응 사태에 대비한 시현에 활용하는 산소마스크 및 구명조끼 등
2. 휴식 중 활용하는 침구류(개인용 침구 및 보관용 주머니 등으로 교체)
3. 기타 항공사가 탑재한 공용물품

**제20조(산소마스크 착용)** 항공사는 유사시에 모든 탑승자가 마스크를 반드시 벗고 산소마스크를 착용하도록 각종 교육 및 안내 등을 하여야 한다.

**제21조(승무원 전용 화장실의 지정)** ① 항공사는 국내선 구간을 운항하는 항공기의 화장실 중 전면 화장실을 표 5와 같이 승무원 전용 화장실로 지정한다. 단, 기내 화장실의 시설고장 등 불가피한 상황이 발생하여 승무원 전용 화장실을 지정할 수 없는 경우에는 승무원이 화장실을 사용하기 전, 가능한 소독용 티슈를 활용하여 소독을 한 후 화장실을 사용하도록 한다.

【표 5. 국내선 구간 승무원 전용 화장실 지정 권고】

| 사회적 거리두기 단계 | | 적 용 | 비고 |
|---|---|---|---|
| 코로나19 대응시 | 1-2단계 | 항공사 선택사항 | - |
| | 3단계 | 승무원 전용 화장실 가능한 지정 | |
| | 4단계 | 승무원 전용 화장실 지정 | |

※ 사회적 거리두기 단계는 운항 노선과 관계없이 서울·수도권의 거리두기 단계를 적용한다.

② 항공사는 국제선 노선을 운항하는 항공기의 화장실을 다음 각 호와 같이 운영한다.

1. 조종실 근처에 있는 전면 화장실을 가능한 승무원 전용으로 지정한다. 단, 기내 화장실의 설비고장 등 불가피한 상황이 발생하여 승무원 전용 화장실을 지정할 수 없는 경우, 각 승무원들은 화장실 사용 전에 소독을

하고 화장실을 사용한다.

2. 제1호에도 불구하고, 고위험 노선을 운항하는 항공기의 경우에는 승무원 전용 화장실을 반드시 지정하되, 운항승무원 및 객실승무원의 전용 화장실을 가능한 분리하여 지정한다.


**제22조(객실승무원의 의심증상 대응)** ① 객실승무원은 자신의 건강 상태에 세심한 주의를 기울여야 하며, 의심증상이 있는 경우에는 즉시 업무에서 배제하여 제34조에서 정하는 격리구역에 격리될 수 있도록 하여야 한다.

② 의심증상이 있는 승무원은 손소독제(소독용 물티슈 포함)로 개인위생 조치 후, 마스크 및 일회용 장갑을 착용하도록 한다.


**제23조(객실 내 주의사항)** ① 객실승무원은 기내 서비스 중 다음에 해당하는 사항을 가능한 준수하도록 노력한다.

1. 보호장비를 착용하지 않은 경우에는 승객과의 접촉을 피한다.

2. 가능한 지정된 구역에서 서비스를 제공 할 수 있도록 배치하고, 반드시 필요한 경우가 아니면, 여러 구역에 대한 서비스 제공을 지양하도록 한다.

3. 국제선에서는 반드시 필요한 서비스만이 제공되어야 하며, 근무구역, 승객 좌석구역 및 격리구역의 서비스는 가능한 분업 한다. 특히 운항 중 감염의심증상자가 발생하여 제34조에 따른 격리구역을 운영하는 경우에는 해당 구역에 대한 서비스를 담당하는 승무원이 다른 구역의 서비스를 수행하지 않도록 하여야 한다.

4. 식사 전후, 화장실 사용 전후 및 승객과의 접촉 전후에 손소독제를 사용하여 손 소독을 실시한다. 씻지 않은 손의 청결상태에 대한 확신이 없

을 경우에는 눈, 코, 입을 손으로 만지는 것을 삼간다.

5. 재채기나 기침을 할 때에는 머리를 숙이거나 근처의 승객 및 다른 승무원에 대해 등을 지고 휴지로 코·입 등을 막거나 팔꿈치를 구부려 코·입 등을 덮어야 한다.

6. 폐기물을 만지거나 처리한 후에는 손소독제를 활용하여 손 소독을 하거나, 물과 비누로 30초 이상 손을 씻어야 한다.

7. 식사 전에 손을 소독해야 한다.

8. 기내에서 식사를 하는 경우에는 일정거리(예시: 2m 이상)를 유지한 상태에서 개인별로 식사를 하며 식사를 마친 후에는 반드시 마스크를 다시 착용한다.


**제24조(외국체류 중 건강관리)** 외국에 체류하는 승무원은 개인의 건강관리에 유의하고 본인의 건강 상태를 예의 주시하여야 하며, 다음 각 호의 사항을 최대한 준수하도록 한다.

1. 사람들의 밀집도가 높은 장소의 방문을 자재하고 불필요한 외출은 삼가하여야 한다. 단, 외출시에는 반드시 마스크를 착용한다.

2. 기장 또는 객실 승무원의 장은 모든 승무원의 건강상태를 관찰하고 의심증상 발현 시 체온측정 등을 하고 필요한 경우 소속 항공사에 이를 알려야 한다.

3. 단체 식사 등을 피하고 가능한 1인분에 해당하는 식사를 배달 또는 포장하여 섭취하는 등 개인별로 식사하는 것을 권장한다. 숙소의 구내식당에서 식사를 하는 경우에는 좌석 간 거리를 최대한(가급적 2m 간격) 두어야 하며, 서로 마주보고 앉아 대화를 나누지 않도록 노력하고 식사

전후에는 반드시 마스크를 착용한다.

4. 환기가 잘 되지 않는 장소를 방문하는 것을 피해야 하며 엘리베이터(버튼 등은 팔꿈치로 누름)를 타거나 타인과 접촉할 때는 마스크를 착용하여야 하고 가급적 2m 이상의 거리를 유지하여야 한다.

5. 승무원의 방은 가능한 1인 1실을 권장하고 자주 환기되어야 하며 잠재적인 실내 대기오염과 바이러스 확산을 방지하기 위해 매일 쓰레기를 치우고 음식물 쓰레기는 실내에 두지 않는 등 청결과 위생 유지에 유의해야 한다. 입실 후에는 먼저 빈번하게 접촉하는 물체표면(손잡이, 전원스위치, 좌석 팔걸이 등)을 소독하여야 한다.

6. 공공장소에서 숙소로 돌아온 후에는 간접접촉 및 바이러스 확산 위험을 줄이기 위해 적시에 손 소독제를 이용하여 손 소독을 하거나, 물과 비누로 30초 이상 손을 씻어야 한다.

7. 항공사는 승무원들에게 해당 국가의 감염병 확산경향을 적시에 알려 감염병 확산에 비례하여 충분한 수량으로 다양한 보호 장비를 제공하여야 한다.

8. 해당 항공사의 외국지점은 승무원이 해외체류 감염예방에 관한 사항, 코로나19 의심증상 발현 또는 확진 시 치료 및 본국이송에 관한 사항 등을 적극 지원한다.

## 제4장 운항승무원 행동수칙

**제25조(운항승무원 감염예방)** ① 항공사는 항공기가 목적지까지 안전하게

운항할 수 있도록 운항승무원이 코로나19로 인한 불능상태에 처하지 않도록 관리절차를 수립하고 이를 적용하여야 한다.

② 항공사는 제1항에 따른 운항승무원의 불능상태 예방을 위해 다음 각 호에 해당하는 감염을 예방하는 절차 또는 조치를 마련하여 적용한다. 이 경우, 항공사는 운항승무원과 충분한 소통을 통해 예방조치의 효과를 극대화하도록 한다.

 1. 기내 공기오염(에어컨시스템 고장 등)으로 인한 감염을 최소화하기 위해 제10조에 따른 에어컨시스템 관련 장치에 대한 정비 등을 최대한 조치한다.

 2. 오염된 음식물 섭취로 인한 감염을 예방하기 위해 운항 중에는 위생적으로 밀봉된 식품을 식사로 준비하고 기장-부기장간 섭취하는 음식의 종류 및 식사 시기를 반드시 상이하게 하도록 한다.

 3. 일상생활, 출퇴근 및 업무 중 타인으로부터의 전염을 예방하기 위한 충분한 거리두기 수단(공항 내 이동안내 및 교통수단 제공 등)을 제공한다.

③「항공안전법」에 따라 운항승무원의 비행근무시간 등을 초과하지 않도록 하기 위해 추가로 탑승하는 운항승무원은 회사가 지정한 좌석에 탑승하고 마스크를 반드시 착용하도록 한다. 가능한 경우, 지정 좌석 주변 2m (최소 1m)에 해당하는 좌석은 비워두거나, 주변 좌석과 칸막이가 있는 좌석을  배정토록 권장한다.


**제26조(운항전 브리핑 및 항공기 외부 점검)** ① 운항승무원은 브리핑 중 반드시 마스크를 착용하고 악수 등 신체적 접촉을 자제하고 필요한 경우,

객실승무원과의 합동브리핑은 비대면으로 실시할 수 있다.

② 운항 전후에 실시하는 항공기 외부 점검은 임무 중인 조종사 중 1인이 실시한다.

③ 외부점검 중에는 반드시 마스크를 착용하여야 하며, 조업 등 다른 사람들과 가능한 대면하지 않도록 한다. 다만, 외부점검 중에 항공기 상태에 미흡한 점이 발견된 경우에는 전화 등 무선통신을 활용하여 이에 대한 보완조치를 관계자에게 요구하고, 그럼에도 불구하고 반드시 대면이 필요한 경우 마스크를 착용한 상태에서 가급적 2m(최소 1m)이상의 거리를 유지한다.

**제27조(조종실내 보호장비 착용 등)** ① 운항승무원은 조종실 안에서 별표 3에 따라 보호장비를 착용할 수 있다. 다만, 같이 임무중인 다른 조종사와의 의사소통, 관제시설과의 통신, 비상시 산소마스크 착용 등에 어려움이 있다고 기장이 판단하는 경우에는 조종실 출입문이 닫힌 상태에서 마스크를 착용하지 아니할 수 있다.

② 제1항에 따라 마스크를 착용하지 아니한 조종사가 자리를 이석하여야 하는 경우에는 반드시 마스크를 다시 착용하여야 하며, 마스크 착용에 앞서 조종실문을 열지 않도록 한다.

③ 조종사가 비행 중 다른 조종사와 임무교대를 하는 경우에는 해당 조종사가 사용한 의자 팔걸이, 장비 스위치, 손잡이 등을 제12조를 참고하여 소독제로 소독하고 임무교대를 하여야 한다. 다만, 해당 소독 등이 비행안전을 저해할 수 있는 경우에는 이를 생략할 수 있다.

④ 운항승무원은 조종실 밖으로의 이동을 최소화하고 객실승무원과의 대화는 가능한 인터폰을 활용하여 실시한다.

**제28조(임무조종사의 의심증상에 대한 조치)** ① 항공사는 조종업무를 수행하고 있는 운항승무원이 코로나19 의심증상이 있는 경우에 대비하여 관련 대응조치에 관한 절차를 마련하고 적용하여야 한다.

② 기장(Pilot in command)은 감염의심 증상이 있는 조종사가 발생한 경우에는 의심증상의 심각도, 잔여 비행시간, 운항안전에 대한 위해요인 등을 종합적으로 검토하여 항공기의 운항안전을 확보하도록 하여야 하며, 필요시 국토교통부장관으로부터 승인받은 운항규정 등에 포함된 '운항승무원 불능상태 대응절차'를 적용하여 조치를 한다.

③ 운항승무원은 제2항에 따른 조치에 따라, 회항·비상선언 등을 하는 경우에는 교신 중인 관제시설에 이를 알려 안전한 운항, 착륙 및 의료시설 지원 등을 위한 요청을 한다.

④ 항공교통관제기관은 관제중인 항공기가 제3항의 상황에 처한 것을 알게 된 경우에는 해당 항공기의 안전한 운항 및 적절한 의료조치 등을 위해 필요시 착륙 우선순위 부여, 공항공사 및 소방기관 등 관계기관에 전파한다.

⑤ 공항공사는 제4항과 같이 의료 비상 항공기가 도착할 예정임을 관제기관으로부터 통보받은 경우에는 적절한 의료지원 등을 위해 최대한 협조한다.

⑥ 제2항의 의심증상 조종사의 증상이 임무 불능상태로 발전하였고, 대체 운항승무원이 없는 경우에는 「항공안전법」 및 국제민간항공협약에 따라 관할 항공당국, 국토교통부 및 항공철도사고조사위원회 등에 항공기준사고 보고를 하여야 한다.

# 제5장 승객 안내 및 관리

**제29조(예약 및 발권 시 안내)** ① 항공사는 항공권 예약 및 발권단계(공항공사에서 운영하는 비대면 발권기(KIOSK 등)를 활용하여 발권을 하는 경우도 포함)에서 다음에 해당하는 사항을 안내한다.

 1. 화장실 사용 등 개인위생에 관한 용무는 가능한 탑승 전 공항터미널에서 마무리하도록 안내

 2. 부피가 큰 가방 및 기내에서 불필요한 소지품 등은 가급적 위탁수화물로 탑재 권고

 3. 제32조에 따른 좌석배치에 대한 안내

 4. 기내 마스크 착용 의무에 관한 사항

 5. 발열 또는 호흡기 증상이 있는 경우 탑승 제한

 6. 항공기 탑승 및 하기 단계에서의 거리두기 실천 등

② 탑승 전 발열(37.5℃이상) 등 의심 증상을 보이는 승객의 경우에는 탑승이 거절될 수 있음을 안내한다.


**제30조(탑승 전 및 대기 중 안내 등)** ① 항공사는 탑승 전 비접촉식 체온측정장비 등을 사용하여 탑승 전 탑승객 전원에 대한 체온을 측정한다. (다만, 국내선의 경우 공항당국에서 탑승구 입장 전에 체온측정을 실시한 경우에는 이를 갈음할 수 있다.)

② 항공사는 탑승구 입구에서 탑승을 대기하는 승객을 대상으로 다음에 해당하는 사항을 안내하고 이행하여야 한다.

 1. 탑승구에 승객의 손 위생을 위해 손소독제를 비치하고 소독을 하도록

한다.

 2. 마스크 미착용 시 항공기 탑승 불가 안내 및 마스크 미착용자 탑승을

  거부하여야 한다. (다만, 질병청 등 방역당국에서 마스크 착용 예외로 정

  하고 있는 사항에 해당하는 경우에는 예외로 한다.)

③ 항공사는 탑승 전 발열(37.5℃이상) 등 의심 증상을 보이는 승객이 있거

나, 탑승대기자 중 확진자로 확인된 자가 있는 경우에는 해당 확진자가

「감염병 예방법」에 따라 치료를 받도록 항공기 탑승을 거부하고 검역당

국의 지침에 따라 조치한다.

④ 공항공사는 제1항부터 제3항까지에 해당하는 항공사의 방역활동이 원

활히 실시될 수 있도록 최대한 협조한다.

⑤ 항공사는 원격계류장에 주기된 항공기에 탑승하기 위해 버스를 이용하

여 이동해야 하는 경우에는 차내가 혼잡하지 않도록 탑승률을 적절히 조

절하고 차량의 운행 전후 환기를 하여야 한다.


**제31조(이륙 전, 운항 중 안내 및 조치)** ① 항공사는 이륙 전 또는 이륙

후에 다음 각 호의 사항을 승객에게 안내하여 운항 중 기내 감염병 예방

을 위한 승무원의 활동에 지장이 없도록 협조 요청한다. 특히, 제1호부터

제4호까지 및 제8호에 해당하는 사항은 반드시 안내하여야 한다.

 1. 기내 마스크 착용 의무에 관한 사항

 2. 국내선 항공편에서의 취식 제한(다만, 노약자·어린이 등은 승무원의

  판단에 따라 음료 섭취 가능)

 3. 기침예절 및 대화 최소화

 4. 산소마스크를 착용하여야 하는 경우, 착용 중인 마스크를 반드시 벗고

산소마스크를 착용하도록 하는 안내(승객의 올바른 이해를 위하여 비상 탈출 시현 중 또는 직후에 이를 안내한다)

5. 손소독제 사용 시 안전주의 사항

6. 화장실 사용 시 거리두기, 화장실 사용 전후 손 씻기 등 화장실 사용 예절 에 관한 사항

7. 마스크를 기내에서 교체하는 경우, 마스크 폐기에 관한 사항. (예: 좌석 주머니에 비치된 비닐봉지에 넣고 밀폐하여 지정된 쓰레기봉투에 버릴 것 등)

8. 발열 등 의심증상 발현시 대응방법 및 감염의심자 격리협조에 관한 사항

9. 승무원의 안내 및 통제에 대한 협조 등 그밖에 필요한 사항

② 항공사는 국제선 항공편의 경우 좌석 앞주머니에 위생봉투를 비치하여 승객이 착용한 마스크 등을 폐기할 수 있도록 하고, 위생봉투 소진 시 이를 추가 제공한다.


# 제6장 객실운영

**제32조(좌석배치 등 객실 내 거리두기)** ① 기내 탑승한 모든 사람들은 가능한 경우 다른 사람과 2m(최소 1m) 이상 거리두기를 실시한다. 다만, 탑승률이 높아 물리적으로 거리두기를 실시하기 어려운 경우, 항공기의 무게중심(weight & balance)을 유지하기 위해 일부 구역에 대한 거리두기가 불가한 경우 등은 제외한다.

② 제1항에 따라, 항공사는 승객의 좌석배치를 다음 각 호에 해당하는 사

항을 가능한 포함하여 실시한다. 단, 탑승률 등의 요인으로 다음에 해당하는 좌석배치를 실시할 수 없는 경우에는 탑승자 간 코로나19 감염의 위험도를 경감하기 위한 차선책을 마련하여 좌석배치를 한다.

1. 항공편 출발 시, 조종실 내 업무를 수행하고 있는 운항승무원 외에 비행중 업무교대, 해당 항공편에 대한 귀국 편 운항 등을 위해 별도의 운항승무원이 추가로 탑승하는 경우에는 가능한 해당 운항승무원이 객실 가장 앞 열에 탑승하도록 좌석을 배치한다.

2. 일반석(이코노미 석)의 배치는 다음 각 목과 같이 실시하거나 이와 유사한 효과가 있는 대체방식으로 실시한다.

   가. 탑승률 50% 이하인 항공편 : 좌석 별 같은 줄 및 같은 칸을 최소 한 개 좌석 이상 비운다. 이 경우, 복도는 좌석 한 칸과 동일한 공간으로 취급할 수 있다.

   나. 탑승률 51~70%인 항공편 : 창문 쪽 좌석을 시작으로 좌석을 한 칸 이상 씩 비우고 좌석을 배치한다. 이 경우, 복도는 좌석 한 칸과 동일한 공간으로 취급할 수 있다.

   다. 탑승률 71% 이상인 항공편 : 어린이·노약자·임산부 등 코로나19에 취약한 자에 대한 좌석 주변을 가목 및 나목 등의 방식으로 가능한 비운다.

3. 비즈니스 좌석의 배치는 다음 각 목과 같이 실시한다.

   가. 비즈니스 좌석에 대한 탑승률이 50% 이하인 항공편 : 좌석 별 같은 줄 및 같은 칸을 최소 한 개 좌석 이상을 비운다. 이 경우, 복도는 좌석 한 칸과 동일한 공간으로 취급할 수 있다.

   나. 비즈니스 좌석에 대한 탑승률이 51% 이상인 항공편 : 어린이·노약

- 25 -

자·임산부 등 코로나19에 취약한 자에 대한 좌석 주변을 가목 등의 방식으로 가능한 비운다.

4. 1등석 좌석의 배치는 다음 각 목과 같이 실시한다.

가. 같은 줄의 좌석 간 한 칸 이상을 가능한 비운다.

나. 거리두기를 위한 같은 칸 앞뒤 좌석 간 비우기는 적용하지 않는다.

③ 항공사는 고위험 노선의 경우 운항중 의심증상 발현자를 위한 격리구역을 운영할 가능성에 대비하여 승객 탑승률을 85% 이하로 유지하도록 노력한다.


**제33조(식사 및 음료 서비스)** ① 국내선 항공편의 음료 서비스는 제한하되, 노약자 또는 어린이 등에게 부득이하게 음료서비스를 해야 하는 경우에는 표 6과 같이 사회적 거리두기 단계 별로 차등화하여 서비스하는 것을 권장한다.

【표 6. 국내선 항공기 음료서비스 권고】

| 사회적 거리두기 단계 | | 적 용 | 비 고 |
|---|---|---|---|
| 코로나19 대응시 | 1-2단계 | 서비스 간소화 | |
| | 3단계 | 밀봉된 상태의 음료 제공 | |
| | 4단계 | | |

※ 사회적 거리두기 단계는 운항 노선과 관계없이 서울·수도권의 거리두기 단계를 적용한다.

② 제1항에도 불구하고 「항공사업법」 제61조의2에 따른 이동지역에서의 지연(tarmac delay)에 해당하는 국내선 항공편에서는 식사 및 음료서비스의 제공이 가능하다.

③ 항공사는 국제선 항공편 및 관광목적의 부정기 항공편에 대한 식사 및 음료 서비스를 다음 각 호에 해당하는 사항을 고려하여 제공한다. 이는 모

든 좌석등급에 동일하게 적용한다.

 1. 미가공된 수산물·육류 등은 메뉴에서 제외

 2. 식사는 가능한 뚜껑을 덮은 상태로 포장하여 승객에게 제공

 3. 음료는 가능한 입구가 밀봉된 상태로 제공하며, 식용얼음 제공 최소화

④ 객실승무원은 식사 준비 전후에 반드시 손을 세척 또는 소독하고 서비스는 가능한 간소화 한다.

**제34조(객실 구역 구분)** ① 항공사는 다음 각 호에 해당하는 사항을 고려하여 비행중 기내 감염의심자 격리구역을 지정한다.

 1. 격리구역은 에어컨 공기흐름, 객실운영, 감염의심자 하기 순서 등을 고려하여 가능한 항공기 객실 후방으로 지정하는 것을 권장한다.

 2. 제1호에도 불구하고, 감염의심자와 다른 탑승자와의 접촉 가능성 증가 등이 우려되어 객실 내 다른 구역을 격리구역으로 지정해야 할 필요성이 있는 경우에는 객실 내 격리구역 위치를 변경하여 운영할 수 있다.

 3. 발생한 감염의심자가 격리구역으로 이동하는 과정에서 다수의 다른 탑승자와의 접촉이 발생할 우려가 있는 경우에는 감염의심자 주변에 착석한 탑승자를 다른 좌석으로 안내하여 감염의심자를 격리조치 할 수 있다.

 4. 일반석에 지정하는 격리구역은 항공기 기종과 관계없이 다음 각목에서 정하는 사항에 따라 지정한다.

　 가. 격리구역은 검역지침에 따라 감염의심자의 좌석 열을 기준으로 해당 열 및 앞뒤 각 2개열(총 5개 열)을 지정하는 것을 권장한다.

　 나. 가목에도 불구하고 항공기 객실 구조상 5개 열을 격리구역으로 지정할 수 없는 경우에는 다음과 같이 한다.

1) 감염의심자의 좌석이 항공기 뒤에서 첫 번째 열에 해당하는 경우에는 뒤쪽으로 지정하는 2개 열의 지정은 제외한다.

2) 감염의심자의 좌석이 항공기 뒤에서 두 번째 열에 해당하는 경우에는 뒤쪽으로 지정하는 1개 열의 지정은 제외한다.

3) 감염의심자의 좌석이 항공기 앞에서 첫 번째 열에 해당하는 경우에는 앞쪽으로 지정하는 2개열의 지정은 제외한다.

4) 감염의심자의 좌석이 항공기 앞에서 두 번째 열에 해당하는 경우에는 앞쪽으로 지정하는 1개 열의 지정은 제외한다.

5. 제4호에도 불구하고, 비행 중  탑승률 사유로 5개 열을 격리구역으로 지정 할 수 없는 경우에는 감염의심자의 좌석구역에서 가장 가까운 좌석 (좌석구역으로부터 최소 1m 반경부터 적용한다, 그림 2 참조)에 착석한 탑승객부터 우선적으로 좌석을 재배정하는 등 제4호에 따른 사항을 최대한 충족하기 위해 노력한다.[7]

【그림 2. 감염의심자 좌석을 기준으로 한 격리구역 적용 예시】



-그림 2-1. 객실통로가 1개인 항공기에 대한 적용 사례-

---

[7] WHO지침. ① **Suspected case on board an aircraft.** Separate the ill person from the other passengers by minimum of 1 meter (usually about two seats left empty in all directions, depending on the cabin design) from the seat occupied by the suspected case. Where possible this should be done by moving other passengers away. ② **Definition of contacts on board the aircraft.** Any person sitting within 2 metres of the suspected case.



-그림 2-2. 객실통로가 2개인 항공기에 대한 적용 사례(측면좌석 발생/중앙좌석 발생)-

6. 비즈니스 등급 이상의 좌석은 일반석(약 77cm×42cm×5열)의 좌석구역 넓이에 준하는 범위에서 좌석배치에 따라 격리구역을 지정하고 탑승률에 따라 감염의심자의 좌석구역 외곽에서 가까운 좌석부터 우선적으로 폐쇄하는 등의 조치를 한다.

7. 바이러스가 공기 중으로 확산될 수 있는 우려를 최소화하기 위해 감염의심자를 가능한 창가 쪽 좌석으로 착석하도록 한다.

② 기내 화장실이 4개 이상 되는 항공기의 경우, 객실승무원은 탑승자가 배정된 좌석구역을 벗어나지 않도록 안내한다.

③ 제2항에 해당하는 항공기의 경우, 항공사는 객실승무원에게 담당구역을 지정하고 가능한 지정된 구역을 가능한 벗어나지 않도록 한다.


제35조(객실운영) ① 항공사는 감염 위험도 등을 고려하여 노선에 따라 필요 시 개인용 침구(담요, 방석 등)를 제공하지 아니할 수 있다.

② 항공사는 고위험 노선의 좌석 앞의 주머니에 비치된 잡지 등을 회수하고 각 좌석별 침구는 표 7과 같이 제공한다. 단, 안전정보 등 비행 중 필수정보를 포함하는 서류 등은 비치할 수 있다.

【표 7. 국제선 고위험 구간 좌석별 침구 제공 권고】

| 사회적 거리두기 단계 | | 적 용 | 비 고 |
|---|---|---|---|
| 비행시간 | 8시간 이상 또는 야간 비행 | 좌석별 침구를 제공 (단, 승객 주의 안내 필요) | * 야간비행 구간 : 출발지 또는 도착지 기준 자정부터 오전 6시 사이에 비행하는 구간 (비행시간과 관계없음) |
| | 8시간 미만 (야간 비행 제외) | 좌석별 침구 미제공 (단, 노약자·어린이 등 제외) | |

**제36조(화장실 운영 및 소독)** ① 항공사는 승객이 화장실 사용을 위한 대기 중에도 가능한 사회적 거리두기가 유지할 수 있도록 관련 절차를 마련하고 이를 승객에게 안내한다.

② 항공사는 기내(Galley 내 승객이 접근하기 쉬운 장소)에 공용 손소독제(가능한 알코올이 함유되지 않은 소독제 사용 권장)를 비치하고 화장실 내 감염예방을 위해 탑승자에게 다음 각 호에 해당하는 사항을 이행하도록 안내한다.

 1. 화장실 변기 덮개를 닫고 물 내리기

 2. 변기의 피부접촉 부분에 대한 소독 강화 및 위생커버 사용

 3. 마스크 미착용 시간 최소화(양치 등)

 4. 화장실 출입 시 손 소독 또는 손 세척 등 철저

③ 항공사는 제34조제1항에 따른 감염의심자 격리구역을 운영하는 경우에는 해당 격리구역에서 가장 가까운 화장실을 감염의심자 전용 화장실로 지정한다.

④ 항공사는 비행 전 및 비행 중 수시로 손, 신체부위 등의 접촉이 잦은 기내 화장실 설비(손잡이, 화장실 변기 덮개, 수도꼭지 등)에 대한 간단한 소독을 실시한다.

⑤ 제4항에 따른 업무를 수행하는 승무원 또는 관계자는 별표 3에 따른 보호장비를 착용한다.

⑥ 제4항에 따른 소독에 활용하는 약품은 제작사가 권고하는 약품을 사용하고, 기내 화재경보시스템 작동 가능성 등의 사유로 스프레이 형태의 소독제의 사용은 가능한 지양한다.

**제37조(운항 중 감염의심 승객에 대한 조치)** ① 항공사는 운항 중 발열 및 기타 의심 증상이 있는 탑승자가 발생한 경우에는 다음 절차에 따라 즉각 대처한다.

 1. 객실승무원은 승객 중 증상이 발현된 감염의심자에게 보건용 마스크, 소독용 물티슈 및 일회용 의료고무장갑 등을 제공하고 이를 사용토록 한다.

 2. 승무원은 의심스러운 증상을 보이는 승객이나 전염성 오염물질(구토물, 배설물 또는 혈액 등) 또는 오염된 물품이나 표면에 접촉하기 앞서 감염예방의료용구(Universal Precaution Kit)에 포함된 마스크·고글·장갑·가운 등을 착용하거나 별표 3에 따른 개인 보호장비를 착용한다.

 3. 격리구역 전용 화장실의 지정은 제36조제3항을 따른다.

 4. 격리자가 발생한 경우에는 격리구역에 대한 서비스를 위한 전용승무원 지정을 권장한다. 안전운항 관련 사항을 제외하고, 지정된 승무원은 다른 승무원과의 접근을 최소화하여야 한다.

② 항공사는 제1항제1호에 해당하는 사항과 같이 항공기 객실이 운항 중 혈액, 분비물, 배설물, 토사물 및 기타 액체 오염물질에 의해 오염된 경우에는 운항 중에도 별표 4의 소독지침에 따른 '환자 이용 공간 청소·소독' 관련 사항에 따라 청소 및 소독을 실시한다.

③ 제2항에 따른 조치를 할 때에도 별표 3에 따른 보호장비를 반드시 착용하고 조치를 마무리 한 이후에는 관련 폐기물을 제39조에 따라 처리하고 손을 반드시 세척 및 소독한다.

④ 항공사는 격리구역에 착석한 감염의심자의 증상이 위독한 경우에는 기장의 판단에 따라, 인근 공항 등으로 회항을 할 수 있으며, 이 경우에는 관할 항공교통관제기관에 이를 알리고 의료·비상대응 지원 등을 요청한다.

⑤ 항공교통관제기관은 제4항과 같은 상황이 발생된 경우에는 제28조제4항에 따른 조치를 하고, 공항공사는 제28조제5항과 같이 조치한다.

⑥ 항공사는 감염의심자가 방역당국의 검사과정을 통해 확진자로 확인된 경우에는 방역당국의 검역지침에 따른 근접좌석탑승객에 대한 접촉자 관리에 적극 협조한다.


**제38조(장애인 등 교통약자에 대한 서비스)** 기내 휠체어 서비스 등 교통약자를 위한 서비스를 제공하는 항공사는 휠체어 등 물품·장비 사용 후 소독, 교통약자에 대한 거리두기 절차 마련 등을 실시할 것을 권고한다.


**제39조(방역마스크 등의 폐기)** ① 항공사는 운항중 감염의심자 등이 사용한 모든 일회용 보호장비, 분비물 등을 전용 쓰레기봉투(biohazard bag)에 담아 별표 4에 따른 소독지침에 포함된 '코로나19 관련 폐기물 안전관리 특별대책' 등에 따라 도착 공항 요건에 맞추어 밀봉·처리한다.

② 공항공사는 항공기의 청소·방역 등을 통해 배출되는 폐기물에 대해 관계 법령 및 지침에 따른 처리 방법을 항공사에게 알려야 한다.

# 제7장 승무원 검사 등 검역에 관한 사항

**제40조(의심 증상자에 대한 검역)** 항공사는 「검역법」에 따라, 탑승자 중 감염의심증상이 있는 경우에는, 관할 검역소에 해당 사실을 알려야 한다. 단, 해외에서는 해당 방역당국의 지침에 따라 최대한 조치한다.

**제41조(승무원 격리 및 코로나19 검사)** ① 휴무 중인 승무원이 발열, 피로, 마른기침 등의 증상을 보이고 역학적(해외에서도 해당된다)으로 감염의심자, 확진자 등을 접한 경험이 14일 이내에 있는 경우에는, 방역당국의 지침에 따라 필요한 경우 선별진료소에서 코로나19 검사를 신속하게 받아야 한다.

② 제1항의 경우에는 증상이 발현된 당일이나 직전의 2일 동안 해당 승무원과 동일한 노선에서 업무를 수행하였거나 밀접하게 접촉한 승무원도 방역당국의 지침에 따라 필요한 경우 선별진료소에서 코로나19 검사를 신속하게 받아야 한다.

③ 운항 중 코로나19 의심증상이 있거나, 21일 이내에 코로나19 의심증상이 있었던 승무원은 입국 시 검역관에게 해당사실을 알린 후 방역당국의 지침에 따른다. 단, 해외에서는 해당 방역당국의 지침에 따라 최대한 조치한다.

④ 승무원이 질병관리청의 정보에 따라, 확진자 또는 의심자의 반경 2m 이내에 착석 또는 위치에서 업무를 수행한 경우에는 보건당국의 지침에 따라 필요한 경우 코로나19 검사 및 자가격리를 실시한다. 단, 해당 승무원이 본 지침에서 규정한 보호장비를 충실하게 착용하였다고 관할 검역당

국이 판단하는 경우에는 그러하지 아니하다.


**제42조(항공종사자 자격증명 신체검사증명에 관한 조치)** ① 확진이 된 운항승무원은「항공안전법」제42조 및 같은 법 시행규칙 제93조별표9제1호라목에 따라, 신체검사증명의 효력이 실질적으로 정지된다.

② 제1항에 해당하는 승무원 또는 해당 승무원의 소속 항공사는 확진사실을 국토교통부장관(항공안전정책과장)에게 신속히 알려야 한다.

③ 제1항에 해당하는 운항승무원은 완치 판정을 받은 후, 항공전문의사의 검사 등을 통해 신체검사증명의 효력을 복원하거나 재발급 받을 수 있다.


## 제8장 기타사항


**제43조(기장의 권한)** ① 기장은「항공안전법」제62조제3항 및「항공보안법」제23조제7항에 따라, 항공기 안전 및 운항에 관하여 필요한 사항을 명할 수 있다.

② 코로나19의 확산은 1차적으로는 공중보건에 관한 문제이나, 2차적으로는 항공기 안전 및 운항에 부정적 영향을 끼칠 수 있는 위해요인으로 기장은 항공안전을 확보하기 위해 동 지침에 따른 기내 방역수칙을 준수하지 않는 모든 탑승자에게 제1항의 권한에 따라 하기 또는 탑승거부를 명할 수 있다.

③ 운항 중 기장 등의 정당한 마스크 착용지시를 3회 이상 반복적으로 위반한 승객의 경우, 「항공보안법」제23조제4항의 의무를 위반한 것으로 간주하며, 「항공보안법」 제25조제1항에 따라 국가 경찰관서에 인도한다.

**제44조(안전보고)** ① 코로나19로 인한 직간접적 영향으로 항공기 운항안전이 저해되었거나 저해될 우려가 있었던 사건·상황·상태를 인지 또는 목격한 경우에는「항공안전법」제61조에 따라 항공안전자율보고를 할 수 있다. 단, 항공종사자는「항공안전법」제59조에 따른 의무보고 대상을 목격하거나 인지한 경우에는 항공안전의무보고를 반드시 하여야 한다.

② 한국교통안전공단은 제1항에 따라 접수한 항공안전자율보고에 대한 보고자 및 항공편 등을 익명·가명 처리하여 이를 월 단위로 국토교통부장관에게 보고한다. 단, 긴급하게 전파가 필요한 것으로 분석된 보고서의 경우에는 분석결과가 도출된 즉시 이를 익명·가명 처리하여 국토교통부장관에게 보고하고 관계기관 등에 전파 필요성 여부를 협의하여야 한다.

**제45조(유효기간)** 본 지침은 보건복지부장관이 코로나19 확산이 종식되었다는 정부의 공식 발표 시까지 유효하며, 필요시 지속 현행화하여 적용할 수 있다.

부    칙<2020.10.14.>

본 지침은 2020년 10월 14일부터 시행하다.

부    칙 <2021.8.9.>

본 지침은 2021년 8월 9부터 시행하다.

[별표 1]

## 생활속 거리두기 세부지침 : 대중교통 편

## 1 이용자

| 구분 | 내용 |
|---|---|
| 공통사항 | ○ 발열 또는 호흡기 증상(기침, 인후통 등)이 있거나 최근 14일 이내 해외여행을 한 경우 이용 자제하기 |
| | ○ 다른 사람과 2m(최소 1m) 이상 거리 두기 |
| | ○ 흐르는 물과 비누로 30초 이상 손을 씻거나 손 소독제로 손 소독하기 |
| | ○ 기침이나 재채기를 할 때는 휴지, 옷소매로 입과 코 가리기 |
| | ○ 침방울이 튀는 행위(큰소리로 대화, 불필요한 대화, 통화 등)나 신체접촉(악수, 포옹 등) 자제하기 |
| | ○ 실내 다중이용시설을 이용하는 경우 마스크 착용하기 |
| | ○ 실외에서 2m 거리 유지가 안되는 경우 마스크 착용하기 |
| 해당 유형 적용사항 | ○ 버스, 지하철, 택시, 기차, 항공 이용 시 마스크 착용하고 대화 자제하기 |
| | ○ 대중교통 이용 시 또는 항공 보안검색과 입출국 심사 시 최대한 다른 사람과 거리 유지하기 |
| | ○ 기차·고속버스·항공 등 좌석제 대중교통 좌석 예매 시 한 좌석 띄워(창가 좌석 우선 예매 등) 예매하고, 가능한 비대면 서비스(모바일 체크인 등) 우선하여 이용하기 |
| | ○ 차내가 혼잡할 경우에는 가능하면 다음 차 이용하기 |
| | ○ 택시 이용 시 비대면 자동결제 방식, 신용카드 등 전자결제를 활용하기 |
| | ○ 대중교통 내에서 전화 통화할 때도 마스크 착용하기 |
| | ○ 대중교통 내에서 음식물 섭취 자제하기 |

## ② 책임자·종사자

| 구분 | 내용 | 관련 조항 |
|------|------|-----------|
| 공통사항 | ○ 방역관리자 지정 및 지역 보건소 담당자의 연락망을 확보하는 등 방역 협력체계 구축하기 | 제12조 |
| | ○ 공동체 내 밀접 접촉이 일어나는 동일 부서, 동일 장소 등에 2~3명 이상의 유증상자가 3~4일 내에 발생 시 유증상자가 코로나19 검사를 받도록 안내하며, 유증상자가 추가 발생 시 보건소에 집단감염 가능성을 신고하기 | 제22조, 제28조, 제40조, 제41조 |
| | ○ 종사자가 발열 또는 호흡기 증상이 있는 경우 출근 중단 및 즉시 퇴근 조치하기 | 제17조, 제24조 |
| | ○ 사람 간 간격을 2m(최소 1m) 이상 거리 두기 | 제23조, 제24조, 제25조, 제26조 |
| | ○ 손을 씻을 수 있는 시설 또는 손 소독제를 비치하고, 손 씻기 및 기침예절 준수 안내문 게시하기 | 제5조 |
| | ○ 자연 환기가 가능한 경우 창문을 상시 열어두고, 에어컨 사용 등으로 상시적으로 창문을 열어두기 어려운 경우 2시간마다 1회 이상 환기하기 | 제7조, 제8조, 제9조, 제10조, 제11조 |
| | ○ 공용으로 사용하는 물건(출입구 손잡이 등) 및 표면은 매일 1회 이상 자주 소독하기 | 제12조 |
| | ○ 고객(이용자)을 직접 응대하는 경우 마스크 착용하기 | 제18조, 제23조 |
| | ○ 발열 또는 호흡기 증상이 있거나 최근 14일 이내 해외여행을 한 경우 이용 자제 안내하기 | 제29조 |
| | ○ 실내 다중이용시설을 이용하는 경우 마스크 착용 안내하기 | 제29조, 제30조, 제31조 |
| | ○ 실외에서 2m 거리 유지가 안되는 경우 마스크 착용 안내하기 | 제29조, 제30조 |
| 해당 유형 적용 사항 | ○ 대중교통(항공 포함) 이용시 마스크 착용, 최대한 다른 사람과 거리를 유지하도록 안내하기 | 제29조, 제31조 |
| | ○ 환기가 가능한 교통 수단에 대해서는 운영 전후 자주 환기하기 | 제7조, 제8조, 제9조, 제10조, 제11조 |
| | ○ 대중교통 밀집도 완화를 위해 혼잡 시간대를 수시로 파악하여 유연하게 배차 조정하기 | 적용 불가 |
| | ○ 철도, 항공, 고속·시외버스 등 예약 시 창가 우선 배정 등 승객 간 좌석을 띄워 배정하기 | 제32조 |
| | ○ 승차권 예약 또는 택시 호출 시 결제 방법을 비대면 자동결제 방식으로 유도하기 | 旣 시행중 |
| | ○ 전광판, 안내방송 등을 통해 이용자 준수 예방수칙 홍보하기 | 제29조, 제30조, 제31조 |

[별표 2]

## 국제노선 운항리스크 매트릭스8)

| 위험도(가점) | 1점 | 2점 | 3점 | 4점 | 5점 |
|---|---|---|---|---|---|
| 가. 항공편 출발지의 위험정도9) | - | - | - | 추이감시 국가 | 방역강화 국가 |
| 나. 탑승률 (%)10) | 0~50 | 51~85 | 85초과 | - | - |
| 다. 계획된 비행시간 (시간) | 5시간 미만 | 5~10시간 | 10시간 초과 | - | - |
| 라. *(선택 자율사항)* *사업자 선정하는 평가항목"11)* | | | | | |
| 위험도(감점) | 1점 | 0점 | -1점 | -2점 | -3점 |
| 마. 백신접종률 - 항공편 출발지의 백신접종률 | 10% 미만 | 10 ~ 30%미만 | 30 ~ 50%미만 | 50 ~ 70%미만 | 70%이상 |

※ 위험도 산출 방법 : 지표 별 산출된 점수의 합계의 경우의 수 중 상위 24%12)에 해당하는 점수를 '고위험 노선'으로 지정

– 예를 들면, 상기 3개 지표만을 활용하여 노선의 위험도를 산출하는 경우, 점수 합계 (가+나+다)에 대한 "경우의 수"는 26가지이고 이에 대한 24%에 해당하는 상위 6개 점수를 다음과 같이 고위험 노선에 해당하는 것으로 지정한다.

| 점수 | 경우의 수 | 고위험노선 여부 | 비고 |
|---|---|---|---|
| 2점 | 1가지 | – | |
| 3점 | 2가지 | – | |
| 4점 | 3가지 | – | |
| 5점 | 2가지 | – | |
| 6점 | 2가지 | – | |
| 7점 | 3가지 | – | |
| 8점 | 4가지 | – | |
| 9점 | 5가지 | 고위험 노선 | *'방역강화 대상국'이 포함되는 3개 경우만 해당* |
| 10점 | 3가지 | 고위험 노선 | |
| 11점 | 1가지 | 고위험 노선 | |
| 합계 | 26 | – | |

---

8) 출처. IATA, Guidance for Cabin Operations During and Post Pandemic
9) 코로나바이러스감염증−19중앙사고수습본부에서 지정한 '방역강화국가', '추이감시국가' 해당여부(국토부에서 별도 통보 중)
10) 해당 운항편의 공급좌석 대비 탑승좌석 비율에 대한 산출결과 (화물운송편은 0%로 산출)
11) 각 항공사별로 필요로 하는 그 밖의 위험도평가 요소를 작성하여 산출할 수 있다.
12) 24%를 고위험으로 지정한 근거는 국토교통부 훈령 「항공안전데이터 처리 및 활용에 관한 규정」의 위험도평가 매트릭스의 고위험도 비율

[별표 3]

## 종사자 보호장비의 착용 권장[13]

## ① 보호장비의 지급

| 상황, 행위 | | 개인보호구 | | | | | | | 비고 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 호흡기 보호 | | 전신 보호 | | | | 눈 보호 | |
| | | KF80 동급의 호흡기 보호구 | KF94 동급의 호흡기 보호구 | 일회용 장갑[14] | 일회용 긴팔가운(선택사항)[15] | 일회용 방수성 긴팔가운[16] | 전신보호복(덧신포함) | 고글 (또는 안면보호구) | |
| 운항 승무원 | 국내선 | ● | | | | | | | 단, 조종실 내에서는 안전업무 수행을 위해 기장의 권한으로 제거 가능 |
| | 국제선(일반) | ● | | | | | | | |
| | 국제선 – 위험국 | ● | | ● | | | | ● | |
| 객실 승무원 | 운항중 일반적인 상황 국내선 | ● | | ● | | | | | – |
| | 운항중 일반적인 상황 국제선(일반) | ● | | ● | ● | | | | 선별진료소 접수, 안내 |
| | 운항중 일반적인 상황 국제선-위험국 | | ● | ● | ● | | | ● | |
| | 의심자 격리구역 담당 국제선·국내선 | | | ● | ● | | ● (선택) | ● | 의심환자 병실출입, 진료, 간호 등 |
| | 운항중 기내소독을 하는 경우(응급처치 포함) 국제선·국내선 | | | ● | ● | | ● (선택) | ● | 구급차 소독 |
| | 운항중 승객 화장실 소독 국제선·국내선 | | | ● | ● | ● | | | – |
| 정비사 | 항공기 에어컨 필터 교체 | | | ● | | | ● | ● | – |
| | 방역 감독 모든방역 국제선·국내선 | | | ● | | | ● | ● | 병실 청소 소독 |
| 청소·방역 | 모든방역-국제선·국내선 | | | ● | | | ● | ● | 병실 청소 소독 |
| | 방역 전 청소-국제선·국내선 | | | ● | | | ● | ● | 병실 청소 소독 |
| | 일반청소 국제선·국내선 | | | ● | | | | | – |

## ② 보호장비의 종류

| 보호구 | 위해요소 | 특성 및 용도(indications for use) | 참고사진 |
| --- | --- | --- | --- |
| 일회용 장갑(Glove) | 접촉 | • 손 오염 방지<br>• 노출정도를 고려하여 재질 선택<br>• 파우더 알러지 있을 경우 파우더 없는 제품 또는 나이트릴 제품 사용 |  |
| 일회용 방수성 긴팔가운(Gown) | 비말 혈액 체액이 전신이나 의복에 튐 | 바이러스 비말이 전신과 의복에 오염되어 간접 전파 되는 것을 방지 |  |

---

13) 출처. 중앙방역대책본부 「코로나19 검역대응 지침」의 부록4(코로나19 대응 상황별 개인보호구 권장 범위) 및 식약처 「마스크 사용지침」을 참고하여 마련
14) 의심·확진 환자 구역에서 서비스를 한 경우 장갑 파손 위험, 감염 노출 위험을 고려하여 이중장갑 착용
15) 중앙방역대책본부에서 정하는 가운에 포함되지 않은 가운 등 가능(환자방문용 등)
16) Universal Precaution Kit에 포함된 가운으로 대체 가능

| 보호구 | 위해요소 | 특성 및 용도(indications for use) | 참고사진 |
|---|---|---|---|
| 전신보호복<br>(Coveralls) | 비말 혈액 체액이<br>전신이나 의복에 튐 | 바이러스 비말이 전신과 의복에<br>오염되어 간접 전파 되는 것을 방지 | |
| 덧신<br>(Shoe covers) | | | |
| 장화<br>(Boots) | 혈액, 체액이<br>신발에 튐 | 신발덮개 대신 착용<br>• 바닥이 젖거나 오염이 심할 경우<br>• 노출위험에 따라 선택 | |
| 헤어캡<br>(Hair cap) | 머리의 오염 | 비말이 머리에 오염되는 것을 방지 | |
| 고글<br>(Goggle) | 혈액, 체액이 눈의<br>점막에 튐 | 눈의 점막 오염 방지<br>고글 재용 시 바이러스에 효과적인<br>소독제로 소독 후 사용, 보관 | |
| 안면보호구<br>(Face shield) | 혈액, 체액이 눈의<br>점막에 튐 | – 눈의 점막과 안면부 오염 방지<br>– 노출 위험 정도에 따라 고글 대신 착용<br>– 안면보호구 재사용 시 바이러스에 효과적인 소<br>독제로 소독 처리 후 사용, 보관 | |
| 호흡기보호구<br>: KF94 동급<br>이상의<br>호흡기보호구 | 비말 또는<br>에어로졸 흡입 | – 코, 입 점막을 통해 호흡 시 병원체 입자가<br>유입되는 것을 방지.<br>– 적용상황 예 :<br>• 의심/확진 환자 격리병실 입실 시(의료 종사<br>자, 방문객 포함한 모든 출입자)<br>• 기침유도 시술 시<br>• 에어로졸 생성 처치 시<br>• 의심/확진환자 이송 시 등 | |
| 호흡기보호구<br>: PAPR | 비말 또는<br>에어로졸 흡입 | – 코와 입의 점막을 통한 감염원 흡입 방지<br>– 전지충전, 필터교환, 장비 소독 등 철저한 점<br>검, 관리가 필요함<br>– 파손, 오작동 여부를 사전 점검하여 사전 수<br>리, 교체 또는 폐기하여야 함<br>– 재사용이 불가피하면 소독 처리 후 사용, 보관 | |

| ① 안내 업무 수행자 | 감염의심자에 대한 직접적인 의료서비스를 실시하는 자 | | |
|---|---|---|---|
| | ② 긴팔가운 4종 세트 | 또<br>는 | ③ 전신보호복(레벨 D) |

※ 보호장비 착용원칙 등에 관한 사항 : 질병청 홈페이지→ 알림·자료→ 홍보자료 등 참조

[별표 4]

## 소독지침 (질병관리청)

## □ 대중교통 청소·소독방법(발췌)

| IV | 예방을 위한 일상 청소·소독 |
|---|---|

※ 코로나19 유행 시 지역사회 일상 소독방법을 제시

**【코로나19 대응 올바른 소독방법】**
① 공기 중의 오염원이 외부로 배출될 수 있도록 충분히 환기를 시키고
② 환경부에서 승인신고받은 소독제를 준비하여 천을 적셔서 손길이 닿는 벽면과 자주 사용하는 모든
  부위를 닦고 일정시간 이상 유지한 후,
③ 깨끗한 물로 적신 천으로 표면을 닦는 것

**1. 청소·소독방법**

○ (적용 대상) 대중교통, 다중이용시설, 공공건물, 사무실, 직장, 학교 등

○ **청소·소독 전 과정 중 환기를 위해 창문을 열어 두기**

○ 청소·소독 시작 전에 **방수성 장갑, 보건용 마스크 등 개인보호구를 착용**하며 소독
  을 하는 동안 얼굴(눈, 코, 입)을 만지지 말 것

○ (소독제 준비) 환경부 승인·신고 소독제를 선택하여 제조사의 설명서에 따라 희석
  ※ 차아염소산나트륨을 사용하는 경우, 표면소독은 500ppm, 화장실 소독은 1,000ppm을 사용하며,
    금속을 부식시키는 특성이 있으므로 금속표면은 알코올(70% 에탄올) 사용

○ **(청소 방법)** 세제(또는 비누)와 물을 사용하여 자주 사용하는 부위를 닦음
  ※ 청소만으로도 병원체 수가 감소하여 감염 노출 감소하나, 추가로 소독하면 청소 후
    표면에 남아있는 감염성 병원체를 사멸시켜 감염 노출 더욱 감소

○ **(소독 방법)** 소독제로 천(헝겊 등)을 적신 후 **손길이 닿는 벽면과 자주 사용하는 모든
  부위를 닦고 일정시간 이상 유지** 후, 깨끗한 물로 적신 천(헝겊 등)으로 표면을 닦음
  - (횟수) 하루 1회 이상

【소독 부위 예시】

① 손잡이, 난간, 문고리, 팔걸이, 콘센트, 스위치 등 사람들의 접촉이 많은 물건 표면
② 사무실에서 자주 접촉하는 표면 (예 :키보드, 책상, 의자, 전화 등)
③ 화장실 수도꼭지, 화장실 문 손잡이, 변기 덮개 및 욕조 및 화장실 표면

\* 소독제 종류에 따라 다름

\*\* 차아염소산나트륨은 피부 조직을 손상시키거나 습진, 불쾌한 냄새로 인한 두통 등을
유발할 가능성이 있으므로 사용 시에는 반드시 창문을 개방하고 환풍기를 사용할 것을 권고

☞ [붙임 7], [붙임 8] 참조

- 각 건물의 **출입문 및 엘리베이터** 등은 더 자주 청소 및 소독

  \* 출퇴근 등 이용이 빈번한 장소의 경우 청소·소독 담당자는 소독제가 충분히 묻은 천으로
  문 손잡이와 엘리베이터 버튼을 닦는 방법으로 소독함

- **(화장실)** 소독제(예: 차아염소산나트륨 1,000ppm 희석액)를 사용하여 변기를 포함
  하여 손길이 닿는 화장실 표면을 소독제로 닦음

  \* 변기 물을 내릴때 에어로졸이나 물방울이 튀지 않도록 변기 뚜껑을 덮고 사용하고
  변기 내부를 청소한 솔은 변기외부 소독에 중복 사용하지 말 것

- **(청소·소독 도구)** 소독 업무 종료 시 재사용 가능한 도구는 소독한 후 건조 보관

  \* (예시) 차아염소산나트륨 희석액(1000ppm), 30분 이상 침적

- **소독제를 분무/분사하는 소독방법은 감염원 에어로졸 발생·흡입 위험을 증가
  시키고 소독제와 표면의 접촉범위가 불분명하여 소독효과가 미흡하므로 표면
  소독에 적용하지 않음**

**2. 유의사항**

○ 시설 관리자는 청소·소독 담당자에게 청소, 소독 및 용품 (소독제, 종이타월 및
  마스크 등)을 충분히 제공

○ 청소·소독 실시한 **직원에게 발열 또는 호흡기 증상이 발생시 시설 내 지정장소**에
  머물게 하고, 보건소나 질병관리본부 콜센터(1339 또는 지역번호+120)에 문의

□ **출처**: 코로나 바이러스 감염증-19 대응 집단시설·다중이용시설 소독
  안내(방대본, 중수본)

○ 전체본은 질병관리청 홈페이지 참조(위 지침은 최신 개정내용을 적용한다)
  (http://ncov.mohw.go.kr/duBoardList.do?brdId=2&brdGubun=25)

[별표 5]

<u>코로나19 항공안전 자율보고 홍보물</u>



[별표 6]

## 세계보건기구 항공분야 대응지침(2020년 3월 발행)

# Operational considerations for managing COVID-19 cases or outbreak in aviation

Interim guidance
18 March 2020



## Background

This document is based on the evidence currently available about coronavirus disease (COVID-19) transmission (human-to-human transmission primarily via respiratory droplets from, or direct contact with, an infected individual). It should be used in conjunction with WHO's Handbook for the Management of Public Health Events in Air Transport.[1]

The target audience is any authority involved in public health response to a public health event in aviation, including International Health Regulations (IHR) National Focal Points (NFP), health authorities at airports, local, provincial and national health surveillance and response systems, as well as civil aviation authorities, airport operators, aircraft operators, airports and airlines.

## Awareness of aviation personnel

Airport operators, aircraft operators, airlines, and airports should provide guidance to crew and ground staff on the recognition of signs and symptoms of COVID-19. Crew and ground personnel should be further reminded about measures to prevent transmission of COVID-19, including social distancing, hand hygiene, respiratory etiquette, environmental cleaning, waste disposal, when and how to use a mask, avoidance of contact with people presenting respiratory symptoms, and seeking medical advice early if signs and symptoms develop.

Medical face masks should be reserved for persons with respiratory symptoms (and who can tolerate them) to avoid contamination to others.

Personnel should be trained on hand hygiene and how to put on and remove personal protective equipment (PPE). Personnel in close contact with symptomatic persons (e.g. when providing first aid) should wear a medical mask, eye protection (face shield or goggles), gloves, and gown.

WHO advice and technical guidance for COVID-19 is available on the WHO website.

**Advice for crew and ground staff working or staying in areas where local or community transmission is being reported**

- Be familiar with local protocols for the reporting and management of ill travellers and their possible contacts, in the context of COVID-19.
- Take precautionary measures to reduce the possibility of infection:
  - Avoid rush hours in public transport and use private transport when possible, minimizing

contact with other people while moving between the airport and ground transportation.
- Minimize time spent in public areas, applying social distancing whenever out in public by maintaining a distance of at least 1 meter (3 feet) from other people.
- Wash hands frequently with soap and water or use an alcohol-based hand rub if hands are not visibly dirty.
- Avoid touching eyes, nose, and mouth
- Self-monitoring: If you develop fever, cough, or difficulty breathing, immediately isolate yourself according to local health procedures, wear a mask, report the situation to your employer, and seek medical attention. The aircraft operator or airline concerned should report it to the local health authority immediately.
- If you develop fever, cough, and difficulty breathing during flight, discontinue your work duties as soon as it is safe to do so, inform other crew, and follow the measures required for a suspected case, as described in Global Surveillance for human infection with coronavirus disease (COVID-19).[2]

## Management of a suspected case

### Case definitions

Please refer to the Global Surveillance for human infection with coronavirus disease (COVID-19)[2] for the latest WHO case definitions for suspected case of COVID-19.

### Suspected case at airport

Suspected cases should be managed under the framework of the airport public health contingency plan in coordination with airport health authorities. For further detail, please refer to WHO guidance document on the Management of ill travellers at Points of Entry – international airports, seaports and ground crossings – in the context of COVID-19.[3]

Suspected cases should also be managed in accordance with ICAO Annex 9 (Facilities required for implementation of public health measures) and the aerodrome emergency plan (ICAO Annex 14), coordinating the response with the all agencies that could be of assistance in responding to an emergency. Please refer to ICAO Annexes 9 and 14 and the ICAO guidance documents (Facilitation Manual and Model National Air Transport Facilitation Programme) available at: https://www.icao.int/Security/COVID-19/Pages/default.aspx.

Support services may include aircraft cleaners, cargo and baggage handlers, water handling services, and waste

1

removal services. The port health authorities should inform service providers about the health event on board and the associated health risk, so they can implement safe handling procedures and reduce the risk of further infection. Personnel responsible for waste management at airport should apply regular procedures for hazardous waste disposal.

**Suspected case on board an aircraft**

### 1. Activating the on-board procedures for cabin crew to manage ill traveller (s)

Universal precaution kits should be carried on aircraft that are required to operate with at least one cabin crew member, as prescribed in the International Civil Aviation Organization ICAO Standards and Recommended Practices (SARPs) and guidelines.[4] They include:

- Dry powder that can convert small liquid spills into a sterile granulated gel
- Germicidal disinfectant/wipes for surface cleaning
- Face/eye mask (separate – goggles and medical mask or combined – face shield)
- Gloves (disposable)
- Protective apron
- Full-length long-sleeved gown (if available)
- Biohazard disposable waste bag (if available)

If a traveller develops symptoms of acute respiratory infection or shows signs or symptoms compatible with a communicable disease, including COVID-19, as documented in the Aircraft General Declaration (the IHR Annex 8, ICAO Annex 9, Appendix 1), efforts should be made to minimize contact of passengers and cabin crew with the ill person. Crews should follow the International Air Transport Association (IATA) procedures.[5]

- Separate the ill person from the other passengers by minimum of 1 meter (usually about two seats left empty in all directions, depending on the cabin design) from the seat occupied by the suspected case. Where possible this should be done by moving other passengers away.
- Ask the ill person to wear a medical mask and practice respiratory hygiene when coughing or sneezing. If the medical mask cannot be tolerated by the ill person, provide tissues to cover mouth; discard tissue immediately into a biohazard disposal waste bag carried in the Universal Precaution kit.[4] If no biohazard disposal waste bag is available, place it into an intact plastic bag, seal it, and consider it "biohazard" waste; wash hands with soap and water or alcohol-based hand rub.
- Designate one crew member to serve the ill person, preferably a crew member trained in infection prevention and control measures and not necessarily the crew member that has already been attending to this traveller.
- If possible, designate one toilet for use only by the ill person.
- When attending to an ill traveller coming from an area with local or community COVID-19 virus transmission who displays fever, persistent cough, or difficulty breathing, always use personal protective equipment (PPE) (provided in the Universal Precaution Kit), including mask, eye protection, gloves, and a gown.

- Wear disposable gloves when tending to an ill traveller or touching body fluids or potentially contaminated objects and surfaces. Remove gloves carefully to avoid contaminating yourself, dispose of them and other disposable items that had contact with ill person in a biohazard bag and wash hands with soap and water or alcohol-based hand rub.
- Crew should make sure not to touch other service utensils or cutlery after tending to an ill traveller.
- Crew members should be provided with instructions for communicating with an ill person suspected of COVID-19 (see Annex 1). It is also important for crew members to be aware that it is ok to touch or comfort a suspected or a confirmed COVID-19 case on the condition that they are wearing appropriate PPE.

### 2. Obligations for aircraft operators, airlines, and aircraft with suspected case(s) on board

**Reporting**

In accordance with the International Health Regulations (2005), pilots shall make known to airport control as early as possible before arrival at the airport of destination any cases of illness indicative of a disease of an infectious nature or evidence of a public health risk on board as soon as such illnesses or public health risks are made known to the pilot in command.[6]

Crews should follow the procedures in accordance with ICAO Annex 9 and Procedures for Air Navigation Services - Air Traffic Management (PANS-ATM, Doc 4444) when reporting a suspected case on board.

**Implementing public health measures**

Aircraft operators/airlines shall comply with the health measures recommended by WHO and national authorities and inform travellers of the health measures implemented by ground personnel and crews on board.

Aircraft operators/airlines may be required to provide to the airport health authorities the Health part of the Aircraft General Declaration, as per Annex 9 of the International Health Regulations, upon arrival to conduct preliminary risk assessment.

Aircraft operators/airlines may be asked to provide to the airport health authorities the Passenger Manifest (ICAO Annex 9 Appendix 2) and/or the Passenger Locator Form (PLF), preferably the IATA model[7] (see Annex 2) (ICAO Annex 9 Appendix 13), if a passenger or crew member has developed signs/symptoms of acute respiratory illness (as defined above) onboard The PLF must be completed for the ill person and all potential contacts on board.

Information collected should be held by health authorities in accordance with applicable law and used only for authorized public health purposes. Until the Public Health Emergency of International Concern (PHEIC) in relation to COVID-19 is terminated, an adequate number of PLFs should be available onboard passenger aircraft.

Depending on local risk assessment, some airport health authorities or national authorities may ask all passengers and crew to complete a PLF. The completed PLFs must be

2

collected and delivered to the airport health authority upon arrival at the airport.

### 3. Disembarkation of suspected case(s)

Symptomatic travellers should disembark the aircraft according to instructions from the airport health authority to minimise the risk of contaminating other passengers, crew members, and ground personnel. Symptomatic travellers will be assessed for their condition and exposure at the designated facility of the airport and, if they fulfil the definition of a suspected case, will be transferred to a designated health care facility. Management of contacts will take place in accordance with instructions from the local public health authority. The airport health authority should rapidly update the airline on the outcome of examinations and if further actions must be taken.

Personnel involved in the transportation of the suspected case should apply IPC measures according to WHO guidance:[3,8]

- Ensure that the suspected case is wearing a medical mask
- Transport personnel should routinely perform hand hygiene and wear a medical mask, eye protection, gloves, and gown when loading suspected COVID-19 patients into the ambulance.
- If more than one suspected case is being disembarked, personnel and health personnel should change their PPE between each patient to avoid possible cross-contamination. They should dispose of the used PPE appropriately in containers with a lid in accordance with national regulations for infectious waste.
- The driver of the ambulance should stay separated from the cases. No protection is required if a physical separation exists between the driver and the suspected case. If possible, the driver should not be involved in loading the patient into the ambulance. If assisting with the loading of the suspected COVID-19 patient the driver should wear PPE, including a mask, gloves, gown, and eye protection.
- Transport staff should frequently clean their hands with alcohol-based hand rub of at least 60% alcohol or soap and water and should ensure that they clean their hands before putting on PPE and after removing PPE.
- Ambulance or transport vehicles should be cleaned and disinfected with special attention to the areas in contact with the suspected case. Cleaning should be done with regular household disinfectant containing 0.5% sodium hypochlorite (i.e. equivalent to 5000 ppm or 1-part bleach to 99 parts of water) should be applied. After the bleach has been allowed to remain in contact with the surface for at least 1 minute, it may be rinsed off with clean water. As an alternative to bleach, ambulances may use hospital-grade disinfectant products. Those products should be used according to manufacturer's guidelines and may be rinsed off with clean water after appropriate contact time.

### 4. Notification and reporting requirements

The airport health authority shall inform immediately its NFP if a suspected case of COVID-19 has been identified following the predefined procedures for communication between points of entry and the NFP in the point of entry public health emergency plan. If the suspected case tests positive for COVID-19, then the NFP shall inform WHO.

If some travel restrictions are envisaged after the identification of a confirmed case, the NFP should ensure compliance with IHR Article 43 on Additional Health Measures. In particular, Article 43 states that State Parties implementing additional health measure that significantly interfere with international traffic (refusal of entry or departure of international travellers and/or aircraft or delay for more than 24 hours) shall provide to WHO the public health rationale for it and relevant scientific information.

## Identification and management of contacts

The identification of contacts should begin immediately after a suspected case has been identified on board.

### Definition of contacts on board the aircraft

Applying the general definition of a contact[2] to the specific context of an aircraft, a contact in an aircraft can be identified as follows:

- Any person sitting within 2 metres of the suspected case
- Any travel companions or persons providing care who had close contact with the suspected case
- Any cabin crew member designated to look after the ill traveller(s), and crew members serving in the section of the aircraft where the suspected case(s) was seated. Cockpit crew are not concerned if they have not circulated into the cabin and come close to the ill traveller(s).
- If the severity of the symptoms or numerous movements of the case(s) indicate more extensive exposure, passengers seated in the entire section or, depending on aircraft design and assessment on arrival by airport health authorities, all passengers on the aircraft may be considered contacts.[9]

Upon landing and arrival at the airport, the suspected case(s) and their identified contacts should be kept under public health observation at the airport until they are able to be safely assessed for risks and advised or transferred according to public health advice. Note: Persons having interacted with a non-symptomatic person who meets the definition of a contact are not themselves contacts.

If the laboratory result of a suspected case is positive following a flight, then WHO recommends that all contacts be quarantined (preferably in a dedicated facility or at home) or isolated, depending on national policy. WHO has developed a guidance document on the Considerations for quarantine of individuals in the context of coronavirus disease (COVID-19).[10]

If the laboratory result of the suspected case is positive, then all other passengers onboard the aircraft who do not fulfil the definition of a contact may be considered as having low-risk exposure and may be advised to implement precautionary measures. They should be asked to self-monitor for COVID-19 symptoms, including fever, cough, or difficulty breathing, for 14 days from the date of the flight. Should they develop symptoms indicative of COVID-19 within 14 days, they

should immediately self-isolate and contact local health services. These precautionary measures can be modified and adapted to the risk assessments conducted by the public health authorities. All travellers considered to have had a low-risk exposure should be provided with information about the disease, its transmission, and preventive measures.

## Cleaning and disinfection

### At the airport

Hygiene services should be enhanced in accordance with national health authority's recommendations. Guidance from Airport Council International (ACI) should be followed: https://aci.aero/about-aci/priorities/health/documentation/

A written plan for enhanced cleaning and disinfection should be agreed between the airport health authority, airport operators, and service providers, according to the standard operating procedures outlined in the WHO Guide to Hygiene and Sanitation in Aviation.[11] If no symptomatic passengers were identified during or immediately after the flight, routine operating procedures for cleaning aircraft, managing solid waste, and wearing PPE should be followed.

If symptomatic passengers were identified during or immediately after the flight, cleaning procedures should be followed. The following should be implemented:

- Service providers should be trained in the preparation, handling and application, and storage of these products.
- Service providers should wear gowns, heavy-duty gloves, face shield/googles and medical mask when cleaning.
- Surfaces should be cleaned with detergent followed by regular household disinfectant containing 0.1% sodium hypochlorite (that is, equivalent to 1000 ppm). Surfaces should be rinsed with clean water after 10 minutes contact time for chlorine.
- In case a surface has been soiled with respiratory secretions or other body fluids, wipe the surfaces with absorbent (paper) towels first, dispose of towel, and then clean and disinfect as described above.
- Any contaminated items must be handled appropriately to mitigate the risk of transmission; disposable items (e.g. hand towels, gloves, masks, tissues) should be placed in a disposable bag and disposed of according to national regulations for infectious waste.
- Ventilation systems should be kept running while cleaning crews are working aboard the airplane.

### In the aircraft

Post-event cleaning and disinfection procedures should meet the requirements under 3.2.4 and Annex F of Guide to Hygiene and Sanitation in Aviation, ICAO Annex 9 Chapter 2 (E) requirements. IATA Guidelines for cleaning crew to manage affected aircraft carrying suspected communicable disease, also outlines general considerations.[12]

Advice on cleaning, disinfecting, and decontamination may be provided by environmental health officers upon arrival. It is critical that all products used on board the aircraft have been approved by the aircraft manufacturer, are compatible with aircraft surfaces and components, and used according to label instructions.

During short layovers, special attention should be given to the zone of risk in the cabin area (e.g. seats, headrests, tabletops, handsets, windows, window shades, video monitors and other materials coming in contact with the suspected case) where the case(s) was originally and finally seated and surroundings including the lavatory used by the ill traveller(s) as well as all shared facilities and high-touch surfaces.[3,8] The service staff who clean and disinfect the aircraft should be trained to be able to apply the standard procedures for cleaning and disinfecting contaminated surfaces with infectious agents suitable for aircraft, using the appropriate PPE.

WHO advises the following procedures for cleaning and disinfection in case a public health event has occurred on board:

- Ensure any disinfection is conducted using products licensed for use in the country. The disinfection products should have a label claim against coronaviruses. The disinfectants must be tested by a certified laboratory according to the specifications of the aircraft manufacturers for material compatibility tests, and not be corrosive or detrimental to aircraft components. The disinfectant should be applied according to the label instructions (e.g. concentration, method and contact time).
- Any contaminated items must be handled appropriately to mitigate the risk of transmission: Disposable items (hand towels, gloves, masks tissues) should be put in the biohazard bag or double plastic bags and disposed of according to national regulations for infectious waste.
- Ensure that the cleaning and other measures meet the conditions required by the airport health authority to address the public health risks

## References

1. World Health Organization. Handbook for the Management of Public Health Events in Air Transport. Updated with information on Ebola virus disease and Middle East respiratory syndrome coronavirus: World Health Organization; 2015.

2. World Health Organization. Global Surveillance for human infection with coronavirus disease (COVID-19) (accessed 16 March 2020)

3. World Health Organization. Management of ill travellers at Points of Entry – international airports, seaports and ground crossings – in the context of COVID -19 outbreak (accessed 16 March 2020)

4. International Civil Aviation Organization. ICAO Health Related Documents

5. International Air Transport Association. IATA. Suspected Communicable Disease: General Guidelines for Cabin Crew. 2017.

6. World Health Organization. International health regulations (2005). Third edition, Geneva 2016.

7. International Air Transport Association. IATA. Passenger locator form

8. World Health Organization. Infection prevention and control during health care when novel coronavirus (nCoV) infection is suspected: Interim guidance. 2020.

9. European Centre for Disease Prevention and Control. Risk assessment guidelines for infectious diseases transmitted on aircraft (RAGIDA) Middle East Respiratory Syndrome Coronavirus (MERS-CoV). January 2020.

10. World Health Organization. Considerations for quarantine of individuals in the context of containment for coronavirus diseases.

11. World Health Organization. Guide to Hygiene and Sanitation in Aviation.

12. International Air Transport Association. IATA. Suspected Communicable Disease: Guidelines for cleaning crew

## Acknowledgements

WHO thanks ICAO, IATA and ACI representatives, as well as the WHO Collaborating Centre for the International Health Regulations: Points of entry, University of Thessaly, for their contributions to the development of the document.

WHO continues to monitor the situation closely for any changes that may affect this interim guidance. Should any factors change, WHO will issue a further update. Otherwise, this interim guidance document will expire 2 years after the date of publication.

© World Health Organization 2020. Some rights reserved. This work is available under the CC BY-NC-SA 3.0 IGO licence.

WHO reference number: WHO/2019-nCoV/Aviation/2020.1

[별표 7]

## 국제민간항공기구 항공회복 지침(제3판, 2021년 3월 발행)

https://www.icao.int/covid/cart/Pages/default.aspx 참조

# Guideline for Air Operators – Responding to COVID-19 related Flight Operational Risk

**2021. 8. 9.**

**Ministry of Land, Infrastructure and Transport**

**Civil Aviation Office**

**Section not translated**

# Table of Contents

## Chapter 1. General Matters

Article 1. Purpose...............................................................................................1

Article 2. Application.........................................................................................1

Article 3. Definition..........................................................................................2

Article 4. Basic Quarantine Guidelines...........................................................4

rticle 5. Storage and Usage of Disinfectant...................................................4

Article 6. Risk Classification of International Routes....................................4

## Chapter 2. Operation and Management of the Aircraft

Article 7. Inflight Air Purification..................................................................5

Article 8. Operation of Air Conditioner Before and After the Flight...........5

Article 9. Operation of Air Conditioner During the Flight...........................7

Article 10. Trouble Management for Air Conditioning Related Devices.....................7

Article 11. Change of HEPA Filter...................................................................7

Article 12. Cleaning and Sterilization of the Aircraft....................................8

Article 13. Sterilization of Cockpit.................................................................10

Article 14. Sterilization of Cabin....................................................................12

Article 15. Sterilization of Freight Area.........................................................12

Article 16. Monitoring of Aircraft Maintenance and Operation Condition...............12

## Chapter 3. General Code of Conduct for the Cabin Crew

Article 17. Self-Health Check..........................................................................13

Article 18. Providing and Wearing Protective Equipment...........................13

Article 19. Suspension of Using Common Goods...........................................14

Article 20. Wearing Oxygen Mask...................................................................15

## Table of Contents

**Article 21. Designation of Toilet for the Crew...............................................................15**

**Article 22. Responding Suspected Symptoms of Cabin Crew....................................16**

**Article 23. Precautions in the Cabin....................................................................................16**

**Article 24. Health Management during Overseas Stay.......................................................17**

**Chapter 4. Code of Conduct for the Cockpit Crew**

**Article 25. Infection Prevention of the Cockpit Crew...........................................................18**

**Article 26. Briefing Prior to Flight and Exterior Inspection of the Aircraft.........................19**

**Article 27. Wearing Protective Equipment in the Cockpit and Etc.....................................20**

**Article 28. Responding Suspected Symptoms of Assigned Pilot........................................21**

**Chapter 5. Passenger Guidance and Management**

**Article 29. Guidance during Reservation and Ticketing.......................................................22**

**Article 30. Guidance prior to Boarding and Standby, and Etc...........................................22**

**Article 31. Guidance and Taking Actions prior to Takeoff and during the Flight................23**

**Chapter 6. Operation of Cabin**

**Article 32. Maintenance of Social Distance with the Distribution of the Seats and etc....24**

**Article 33. Meal and Beverage Services..............................................................................26**

**Article 34. Separation of Cabin Area....................................................................................27**

**Article 35. Operation of Cabin..............................................................................................28**

**Article 36. Operation and Sterilization of Toilet...................................................................30**

**Article 37. Taking Measures for Passengers Suspected of Infection during the Flight.....31**

**Article 38. Services for the Disabled Passengers................................................................32**

**Article 39. Discharge of Quarantine Masks and Etc............................................................32**

# Table of Contents

## Chapter 7. Testing of the Crew and Etc.

Article 40. Quarantine of those with Suspected Symptoms....................................................33

Article 41. Quarantine of the Crew and COVID19 Test............................................................33

Article 42. Taking Measures for the Verification of Qualification for the Aviation Worker....34

## Chapter 8. Other Matters

Article 43. Authority of the Captain..........................................................................................34

Article 44. Safety Report...........................................................................................................35

Article 45. The Term of Validity.................................................................................................35


Supplementary Provision.............................................................................................................35


Attachment 1. Detailed Guidelines for Daily Life Social Distancing: Public Transport..............36

2. Flight Risk Metrix for International Routes..........................................................38

3. Recommendation of Wearing Protective Equipment for Workers...................39

4. Disinfection Guidelines (The Korea Disease Control and Prevention Agency)...41

5. Promotional Materials for Autonomous Report of COVID 19 Aviation Safety...43

6. World Health Organization Guidelines for Aviation Field ('20.3).....................44

7. ICAO Aviation Recovery Guidelines ('20. 5).......................................................49

**Not Translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

### Chapter 5. Passengers Guidance and its management

**Article 29 (Guidance at reservation and ticketing)**

① While making a reservation and ticketing (including KIOSK), air carrier shall inform passengers of the following:

1. That the usage of toilet or any affairs relating to the personal hygiene must be completed at the airport terminal prior to boarding.

2. It is recommended to load voluminous baggage or any unnecessary belongings as checked baggage

3. Guidance regarding seating arrangement

4. Matters regarding mandatory inflight mask requirements

5. Boarding restrictions in case of any fever or respiratory symptoms

6. Maintaining social distance while boarding and getting off the aircraft

② Air carrier must inform that any passenger with suspected symptoms including fever (with body temperature 37.5℃ or higher) may be denied to board the aircraft.

**Article 30 (Guidance prior to boarding and while waiting)**

① Air carrier shall measure the body temperature of all passengers with no-touch thermometer (in case of domestic flight, body temperature check undertaken at the entrance of the airport will suffice).

② Air carrier shall provide guidance and undertake the following with the passengers waiting at the gate:

1. Instruct the passengers to sterilize their hands with furnished hand sanitizer

2. Inform that any passengers without mask will be restricted to board the aircraft, and deny any passengers who are not wearing the mask (However, there are certain exceptions recognized by Korea Disease Control and Prevention Agency (KDCA)).

**Sections below ③ not translated.**

- 22 -

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

**Section not translated**

[Attachment 1]

### Detailed Guidelines for Daily Life Social Distancing: Public Transport

[1] User

| Category | Content |
|---|---|
| **Common factors** | ● Refrain from the usage in case of fever, respiratory symptoms (coughing, sore throat and etc.) or took overseas trip within 14 days. |
| | ● Keep social distance of 2m (minimum 1m) from others |
| | ● Wash hands with running water and soap for more than 30 seconds or sterilize with hand sanitizers. |
| | ● Cover mouth and nose with tissues or sleeves while coughing or sneezing. |
| | ● Refrain from any act that would cause spitting (loud conversation, unnecessary conversation, phone calls and etc.) or any bodily contact (handshake, hugging and etc.). |
| | ● Wear mask when using indoor multiuse facilities. |
| | ● Wear mask if outdoor social distancing of 2m is not feasible. |
| **Relevant types of application** | ● Wear mask and refrain from talking when using bus, subway, taxi, train, and aircraft. |
| | ● Keep social distance at the maximum distance possible when using public transport or aviation security search and immigration examination. |
| | ● When reserving the seats for public transport including train · highway bus · aircraft, leave one empty seat between each person (prioritize reserving window seats and etc.), and use contract free service (mobile check-in and etc.) if possible. |
| | ● If inside the vehicle is crowded, then use next vehicle if possible. |
| | ● Wear mask while making telephone calls inside the public transport. |
| | ● Refrain from eating inside the public transport. |

**[2] of [Attachment 1] not translated.**

**[Attachment 2] not translated.**

**[Attachment 3] not translated**

**Not translated.**

**[Attachment 4] not translated.**

**Not translated.**

**[Attachment 5] not translated.**

**[Attachment 6] not translated.**

**Not translated.**

**Not translated.**

**Not translated.**

**Not translated.**

**[Attachment 7] not translated.**