# Kim Decl. Ex. D

| 붙임 1 | 마스크 착용 의무화 관련 주요 내용 |

○ **마스크, 이럴 땐 꼭 착용하실 것을 권고합니다!**
- **(실내)** 마스크 상시 착용
- **(실외)** ❶집회·공연·행사 등 다중이 모이는 경우는 거리두기에 관계없이 마스크 착용,
  ❷다른 사람과 2m 이상 거리두기가 어려운 경우 마스크 착용
  ☞ 다만, 불특정 다수가 이용하여 감염확산 우려가 크고 고위험군이 많아 **감염 차단 필요성이 큰 시설에서 마스크 미착용시는 10만원 이하의 과태료가 부과될 수 있음**

○ **마스크, 이럴 땐 착용하지 않아도 돼요!**
- **(실내)** 집·개인 사무실 등 분할된 공간에 혼자 있거나, 외부인 없이 가족 등 동거인과 함께 있을 때
- **(실외)** 실외에서 다른 사람과 **2m 이상 거리두기가 가능할 때**(조깅, 공원산책 등)
- **(기타) 마스크를 착용하고 하기 어려운 활동**을 하는 경우(음식섭취, 수영목욕, 세수양치, 공연, 운동경기 등)

<마스크 착용 행정명령에 따른 과태료 부과기준 안내>

○ **행정명령 및 과태료 부과 대상 및 기간**
- **(법적근거)** 감염병예방법 제49조(감염병의 예방조치), 제83조(과태료)
- **(행정명령기간)** 감염병 위기경보 수준 **"경계·심각" 단계**에서 **행정명령권자**(보건복지부장관, 질병관리청장, 시·도지사 또는 시장·군수·구청장)**가 필요하다고 인정하는 기간**
- **(과태료 부과)** 계도기간 **1개월**('20.10.13.~'20.11.12.) 후 **2020년 11월 13일부터 부과 가능**
  ※ 위반행위 적발 시 당사자에게 **마스크를 착용할 것을 먼저 지도하고, 불이행시 과태료 부과**
- **(과태료 금액)** 위반당사자 **10만원 이하** 및 관리·운영자 300만원 이하(1차 위반 150만원, 2차 이상 위반 300만원)
- **(마스크 종류)** 보건용 마스크(KF94, KF80 등), **비말차단용 마스크**(KF-AD), **수술용 마스크**, 입과 코를 가릴 수 있는 **천(면) 마스크**, **일회용 마스크 착용**
  * 망사형 마스크, 밸브형 마스크, 스카프 등의 옷가지로 얼굴을 가리는 것은 인정하지 않음
- **(착용법)** 마스크는 입과 코를 완전히 가리도록 착용
  * 마스크를 착용하지 않았거나, 마스크를 착용하였으나 입과 코를 완전히 가리지 않은 경우는 미착용으로 간주

○ **(과태료 부과대상 장소)** ※ 다음을 공통으로 하되, 코로나19 상황 등을 고려하여 지자체별 추가 가능(관할 지자체의 명령 확인)

| 부과 장소 | 부과 대상 |
|---|---|
| **중점·일반관리시설** ※ 거리두기 조치 변동 시 조정가능 | 사회적 거리두기 조치에 따른 **중점·일반관리시설의 관리자(운영자)·이용자** |
| **대중교통** | 버스·지하철·택시 등 **대중교통의 이용자** |
| **집회·시위장** | 다중이 군집하는 **집회의 관리자(주최자)·이용자(참석자)** |
| **의료기관·약국** | **의료기관·약국의 관리자(운영자)·이용자** |
| **요양시설, 주·야간보호시설** | 입소자·이용자를 돌보는 **관리자(운영자)·종사자** |
| **종교시설** | **종교시설의 관리자(운영자)·이용자** |
| **실내 스포츠경기장** | **실내 스포츠 경기장의 관리자(운영자)·이용자** |
| **고위험 사업장** | **고위험 사업장(콜센터, 유통물류센터)의 관리자(운영자)·이용자** |
| **지자체 신고·협의된 500인 이상 모임·행사** | **지자체 신고·협의된 500인 이상 모임·행사의 관리자(주최자)·이용자(참석자)** |

* 이용자라 함은 관리자·운영자·종사자 등 해당시설에 출입하는 모든 사람을 의미한다.

○ **(과태료 부과 예외자 및 예외상황)**

| 예외자 | • 만 14세가 되지 않은 사람<br>• 뇌병변·발달장애인 등 **주변의 도움 없이 스스로 마스크를 착용하거나 벗기 어려운 사람**<br>• 호흡기질환 등 마스크 착용시 호흡이 어렵다는 의학적 소견을 가진 사람 |
|---|---|
| 예외 상황 | • 음식·음료를 먹거나 마실 때<br>• 수영장·목욕탕 등 **물속·탕 안에 있을 때**<br>• 세수, 양치 등 **개인위생 활동을 할 때**<br>• 검진, 수술, 치료, 투약 등 **의료행위 중 마스크 착용이 어려울 때**<br>• 얼굴을 보여야 하는 **공연**(무대에 머물때로 한정), **방송 출연**(촬영할 때로 한정, 유튜브 등 개인방송은 사적 공간에서 촬영할 때로 한정) **및 사진 촬영**(행사 등에서 공식적인 촬영을 할 때로 한정), **수어통역을 할 때**<br>• **운동선수, 악기 연주자가 시합·경기 및 공연·경연을 할 때**<br>• **결혼식장에서 신랑, 신부, 양가 부모님이 예식을 할 때**<br>• 업무 수행 중 **마스크가 안전업무 수행을 저해할 우려**(항공기 조종사 등)**가 있을 때**<br>• 본인 확인을 위한 **신원확인 등 마스크를 벗어야 할 때** |

**Annex 1. Mandatory mask requirement**

◯ **Mask, it is recommended to wear on following situations!**

- **(Indoor)** Always wear mask

- **(Outdoor)** ① In case of gathering of many people such as assembly · concert · events, wear mask regardless of social distancing

② If it is difficult to maintain 2m or more with other person, wear mask.

☞ However, fine of KRW100,000 or less may be imposed in case he/she does not wear mask at large facilities where such place is used by many random people susceptible of infections.

◯ **Mask is not required in following situation!**

- **(Indoor)** When alone at separated space such as home, personal office and etc., and when accompanied by family or housemate without any outsiders.

- **(Outdoor)** If social distancing of 2m or more is feasible (jogging, walking at the park and etc.)

- **(Others)** In case of any activities which make it difficult to wear mask (eating, swimming, washing face, tooth brushing, performing, sports competition and etc.)

==**<Standard for Imposition of penalty under administrative order>**==

◯ **Period and subject of administrative order and imposition of penalty**

- **(Legal basis)** Article 49 (Preventive Measures against Infectious Diseases) of Infectious Disease Control and Prevention Act, Article 83 (Administrative Fines)

- **(Period of the administrative order)** Any period where the authority (Minister of Health and Welfare, Commissioner of Disease Control, Governor or Mayor) deems necessary at the "Alert · Serious" phase of Infectious Disease Crisis Level.

- **(Imposition of Fines)** Fine will be imposed as of **November 13, 2020** after the transitional period of 1 month (October 13, 2020~November 12, 2020).

※ In case of any violation, the offender will be requested to wear the mask at first, and be penalized in case of any disobedience.

- **(Amount of penalty)** In case of the offender: KRW100,000 or less, and in case of manager/operator KRW3,000,000 or less (1st violation: KRW1,500,000, 2nd or more violation: KRW3,000,000).

- **(Types eligible mask)** Medical masks (KF94, KF80 and etc.), Cough guard mask (KF-AD), Surgical mask, cloth mask that covers mouth and nose, disposable masks

- **(How do wear)** Mask should completely cover mouth and nose

*If mask does not properly cover the mouth and nose, it will be deemed to not have worn the mask.

○ **(Applicable places for the penalty)** ※ **Local government may add other places depending on the COVID-19 situations.**

| Place | Target |
|---|---|
| General facilities ※subject to change depending on the social distancing measures | Manager(Operator) · visitors of general facilities under the social distance measures. |
| Public transportation | Passengers of public transport including bus, subway, taxi and etc. |
| Place of assembly | Operator(Host) · visitors of crowded assembly |
| Medical institution · Pharmacy | Manager (Operator) · visitors |
| Nursing hospitals, Day-night shelter | Manager (Operator) · visitors |
| Religious facilities | Manager (Operator) · visitors |
| Indoor sports center/stadium | Manager (Operator) · visitors |
| High risk business place | Manager (Operator) · visitors |
| Any reported/permitted gathering of 500 or more | Manager (Operator) · visitors |

*Visitors shall mean any person including managers, operators and workers entering into the applicable facilities.

○ **(Exceptions and exempted situations of the penalty)**

| Exceptions | ● Minor under age of 14<br>● Any person with brain lesion, developmental disorder or any disabilities who is unable to wear or take off the mask without help of others<br>● Any person who has a medical opinion that s/he has difficulty breathing when a mask is worn such as in the case of having a respiratory disease. |
|---|---|
| **Exempted situations** | ● While eating or drinking<br>● While swimming or taking bath<br>● While taking care of personal hygiene such as washing face and brushing teeth<br>● When it is difficult to wear mask during medical treatment such as medical check-up, surgery, therapy, taking pills and so on.<br>● During performance at stage where showing of face is necessary, appearance on broadcasting (taking off mask is only allowed while broadcasting, and in case of any private broadcasting such as |

|  | Youtube, taking off mask is only allowed in private area), and while undertaking sign language interpretation.<br>● Athlete and musicians while participating or performing event<br>● Bride, groom and their parents during wedding ceremony<br>● In case wearing mask could undermine the safety of one's task (such as aircraft pilots and so on).<br>● When taking off mask is required to confirm one's identification. |
|---|---|