# Kim Decl. Ex. E


국토교통부

# 국토교통부



수신   수신자 참조
(경유)
제목   실내 마스크 착용 의무범위 조정 안내

1. 중앙방역대책본부-4174(2023.3.15), 국토교통부 교통정책총괄과-1193(2023.3.16.) 및 항공안전정책과-2461(2022.6.2.)의 관련 입니다.

2. 안정적 방역상황 유지 등을 고려하여 '23.3.20.(월) 0시부터 아래와 같이 실내 마스크 착용 의무 유지시설이 조정되었음을 알려드립니다.

- 조정 내용 -

| 구분 | 실내 마스크 착용 의무 유지시설 ||
|---|---|---|
| | < 조정 전 > | < 조정 후 > |
| 내용 | 감염취약시설 중 입소형 시설, 의료기관·약국 및 대중교통수단의 실내 | 감염취약시설중 입소형 시설, 의료기관 및 약국의 실내<br><br>※ 대형시설(마트·역사 등) 내 개방형 약국 이용 시 과태료 부과 예외 상황임 |

※ 항공기 등 대중교통 : 실내 마스크 착용 의무 해제.  끝.

**국토교통부장관**

수신자   대한항공, 아시아나항공, 제주항공, (주)진에어 대표이사, 에어부산 안전보안실, 이스타항공(주), 티웨이항공, 에어인천, 에어서울 주식회사, 플라이강원 주식회사, 에어로케이항공 안전보안실, 에어프레미아(주), 주)하이에어 안전보안실, 항공정책과장, 국제항공과장, 항공산업과장, 항공운항과장, 항공기술과장, 항공교통과장, 항행위성정책과장, 항공보안정책과장, 서울지방항공청장(항공안전과장), 서울지방항공청장(항공운항과장), 서울지방항공청장(항공검사과장), 서울지방항공청장(관제과장), 부산지방항공청장(항공안전과장), 부산지방항공청장(항공운항과장), 부산지방항공청장(항공검사과장), 부산지방항공청장(항공관제국장), 제주지방항공청장(안전운항과장), 제주지방항공청장(항공관제과장), 항공교통본부장(항공교통안전과장), 항공교통본부장(항공교통조정과장), 항공교통본부장(항공관제과장)

| 사무관대우 | **김홍일** | 항공사무관 | **강경범** | 항공안전정책과전결 2023.3.17. 장 | **유경수** |

협조자

시행   항공안전정책과-1394   (2023. 3. 17.)   접수

우  30103   세종특별자치시 도움6로 11(어진동) 국토교통부   / http://www.molit.go.kr

전화번호 044-201-4246   팩스번호 044-201-5628   / c172@molit.go.kr   / 비공개(5)

"2030 부산세계박람회 반드시 유치하겠습니다."

**Ministry of Land, Infrastructure and Transportation (MOLIT)**

Recipients: Refer to below

Subject: Revision of Indoor Mask Requirement

1. Reference is made to Headquarter of Central Disease Control Policy-4174 (2023. 3. 15.), Division of Transport Policy of MOLIT-1193 (2023. 3. 16) and Aviation Policy Division-2461 (2022. 6. 2.)

2. Beginning from **00:00 March 20 (Monday), 2023**, in light of current stabilization of quarantine conditions, the indoor mask requirement revision is made as follows:

- Contents of the Revision –

| Classification | Facilities to maintain indoor mask requirement | |
|---|---|---|
| | **<Before>** | **<After>** |
| Content | High risk facilities, medical institution · pharmacy and public transportation | High risk facilities, medical institution · pharmacy<br><br>※ Any pharmacies at large facilities (Mart · stations and etc.) may be exempted. |

※ Public transportation including aircraft: Indoor mask requirement is lifted.

**Minister of MOLIT**

**Recipient not translated**