UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AARON ABADI,

                Plaintiff,          Case No.: 1:23-cv-04033-LJL

    -against-

AMERICAN AIRLINES GROUP INC, et al,

                Defendants.
------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the pleadings and proceedings in the above captioned matter, and the accompanying Memorandum of Law and supporting Declarations, Defendants AIR CANADA, AUSTRIAN AIRLINES AG, CATHAY PACIFIC AIRWAYS LIMITED, EMIRATES, ETIHAD AIRWAYS PJSC DBA ETIHAD AIRWAYS COMPANY, EVA AIRWAYS CORPORATION, FINNAIR OYJ, GULF AIR HOLDING B.S.C., QATAR AIRWAYS Q.C.S.C. DBA QATAR AIRWAYS CORPORATION, ALIA – THE ROYAL JORDANIAN AIRLINES COMPANY DBA ROYAL JORDANIAN AIRLINES, KENYA AIRWAYS, KOREAN AIR LINES CO., LTD., DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT (LUFTHANSA), SWISS INTERNATIONAL AIR LINES AG, TURK HAVA YOLLARI ANONIM ORTAKLIGI and ANITA AYALA, will move this Court, on a date to be scheduled by the Court, for an Order dismissing Plaintiff's Complaint and Supplemental Complaint pursuant to Rule 12(b)(1), Rule 12(b)(2) and Rule 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction, lack of personal jurisdiction, and for failure to state a claim upon which relief can be granted.

Dated: January 16, 2024
       New York, New York

Respectfully submitted,

By: _____

Andrew J. Harakas
Christopher Carlsen
Nicholas Magali
Natalie D. Cox
**CLYDE & CO US LLP**
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900

*Attorneys for Defendants*
*Air Canada, Austrian Airlines AG, Cathay Pacific Airways, Limited, Emirates, Etihad, Airways PJSC dba Etihad Airways Company, Eva Airways Corporation, Finnair OYJ, Gulf Air Holding B.S.C., Qatar Airways Q.C.S.C. dba Qatar Airways Corporation, Alia-The Royal Jordanian Airlines Company dba Royal Jordanian Airlines, Kenya Airways, Korean Air Lines Co., Ltd., Deutsche Lufthansa Aktiengesellschaft, Swiss International Air Lines AG, Turk Hava Yollari Anonim Ortakligi, and Anita Ayala*