UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Aaron Abadi,

                    Plaintiffs,

    -against-

American Airlines Group, Inc., *et al.*,

                    Defendant.

-------------------------------------------------------------X

Case No.: 1:23-cv-04033-LJL

**DECLARATION IN SUPPORT OF CATHAY PACIFIC AIRWAYS LIMITED'S MOTION TO DISMISS**

I, Isaac Ho, hereby declare and state as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am employed as a Customer Support Executive with Cathay Pacific Airways Limited ("Cathay Pacific") in its Customer Care Department located in Hong Kong Special Administrative Region, China. As a result of my employment, I am familiar with the relevant aspects of Cathay Pacific's business operations.

3. I submit this Declaration in support of Cathay Pacific's Motion to Dismiss plaintiff's Complaint.

4. Cathay Pacific is a corporation organized and existing under the laws of Hong Kong Special Administrative Region, China. Cathay Pacific's headquarters and principal place of business are located in Hong Kong.

5. Cathay Pacific has never maintained a principal place of business in any state in the United States, including New York or Texas.

2

6. Attached as Exhibit 34 to plaintiff's Complaint are copies of email communications between plaintiff and Victor Chan in Cathay Pacific's Customer Care Department. The emails from Mr. Chan were sent from Cathay Pacific's Customer Care Department located in Hong Kong.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 17 January 2024

_____
Isaac Ho