# EXHIBIT A

# Aaron Abadi

| | |
|---|---|
| **From:** | ekreservations@emirates.com |
| **Sent:** | Monday, February 8, 2021 5:46 PM |
| **To:** | aa@neg.com |
| **Cc:** | MEDAattachments@emirates.com |
| **Subject:** | Re: Medical Disability |

Hi Aaron,

Thank you for your email.

A Medical Information form (MEDIF) must be completed.

The treating doctor must indicate on MEDIF Part 2 why you can't wear a face mask for the duration of the flight.

You can use a new form here or can also send the completely filled out and readable MEDIF to MEDAattachments@emirates.com

You can't attach any documents when replying to this email.

Our Medical Team needs 48 hours to process any medical request.

If you have any questions, you can call us.

Regards,

Josephine Mateo
Emirates Team



On 09/02/2021 01:06, Aaron Abadi wrote:

> NOTE: This email originated from outside The Emirates Group. Please exercise caution when clicking on links or opening attachments.

> I'm not sure what is required for an official medical report.
> I have a letter from my doctor attached.
> I also attached the laws from the Dept. of Transportation in the US, requiring an exemption for people who have medical reasons and cannot wear a mask.
> It's really difficult for someone like me to get on a plane anywhere.
> I am not even a health risk, as I already had Covid, as you can see on the Doctor's letter.

If I wanted to fly from either NYC or IAD to Bangalore this weekend, what would be needed?

Thank you,


Aaron Abadi
CEO
National Environmental Group
Cell 516-639-4100




**From:** ekreservations@emirates.com <ekreservations@emirates.com>
**Sent:** Monday, December 14, 2020 7:03 AM
**To:** aa@neg.com
**Subject:** Medical Disability

Dear Aaron,
Thanks for writing to us.
Emirates priority is the safety and security of customers.
Wearing a mask through-out the customer journey is implemented as a safety measure.
It is mandatory for all customers to wear a mask except for the following:

1. Children under 6 years of age
2. Customers with cognitive, intellectual and sensory conditions with an official medical report (MEDIF)
3. Customers who require supplemental oxygen or have respiratory conditions with an official medical report (MEDIF)

Let me know if you have any queries.


Kind regards,

**Nargisa Mavlyanova**
**Emirates Dubai**
**Tell us what you think about your experience with us today in our 10 second survey?**


**From:** Aaron Abadi [mailto:]
**Sent:** 13 December 2020 23:59
**To:** MEDA Attachments <MEDAattachments@emirates.com>
**Subject:** Medical Disability

   NOTE: This email originated from outside The Emirates Group. Please exercise caution when clicking on links or opening attachments.

2

Hi,

The CDC recommendation regarding wearing masks includes the following:
"Wearing masks may be difficult for some people with sensory, cognitive, or behavioral issues. If they are unable to wear a mask properly or cannot tolerate a mask, they should not wear one..."

I am one of those people, unfortunately. I have serious sensory issues and cannot wear a mask for a flight.

The State of New York mandate similarly has exclusions for someone like me and requires that as a person with disabilities, we are accommodated. I believe most mandates concur.

I already had Covid. I tested positive in early October, so there is no actual health risk to other passengers. Additionally, I can provide a recent negative Covid test and a doctor's letter confirming my disability and my recovery from Covid.

Here is my question:
Is it possible for me to fly with your airline and not wear a mask? Would you be able to accommodate my disability?

Thank you,

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100