

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
16th Floor
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com
christopher.carlsen@clydeco.us
+1 212 710 3900

January 18, 2024

***VIA ECF***
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   Abadi v. American Airlines Group Inc., *et al.*
      Case No. 1:23-cv-04033-LJL

Dear Judge Liman:

We represent various defendants that filed a motion to dismiss (ECF No. 272) in the above-referenced matter. It has come to our attention that an exhibit to that motion (ECF No. 291, Attachment 2, Exhibit B) was inadvertently filed without redaction of a personal data identifier. That exhibit has been temporarily sealed pursuant to the Emergency Sealing Request that we filed pursuant to ECF Rule 21.7. We respectfully request that the Court permanently seal ECF No. 291, Attachment 2, Exhibit B, so that we may electronically file a redacted version of that filing.

Respectfully yours,

Christopher Carlsen

cc:   All counsel of record (via ECF)

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Long Beach, Los Angeles, Miami, New Jersey, New York, Orange County, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.