# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

RECEIVED

2024 JAN 19 PM 4:14

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Abadi | 23cv4033 |
| DEFENDANT | TYPE OF PROCESS |
| American Airlines Group Inc, et al | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PJSC AEROFLOT - RUSSIAN AIRLINES DBA AEROFLOT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
254 SEQUAMS LANE CENTER WEST ISLIP, NY, UNITED STATES, 11795

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Aaron Abadi
82 Nassau Street
Apt. 140
New York, NY 10038

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

T. Arora

TELEPHONE NUMBER

DATE: 9/5/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 87/57
District of Origin No. 054
District to Serve No. A53

Signature of Authorized USMS Deputy or Clerk

Date: 1/19/2024

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 1/16/24   Time: 1105 ☒ am ☐ pm

Address (complete only different than shown above)

Denis Dodd Ramirez is homeowner @ 254 Sequams. He stated he has no knowledge of PJSC or any type of airline. He has lived at this residence for 7 years.

Signature of U.S. Marshal or Deputy: Cullari, Rob

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21