![DOJ Seal]

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 23, 2024

SO ORDERED.
Date: 1/23/24

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Abadi v. American Airlines, Inc., et al.*, No. 23 Civ. 4033 (LJL)

Dear Judge Liman:

    This Office represents the U.S. Department of Health and Human Services, the Centers for Disease Control and Prevention, the National Institutes of Health, Dr. Anthony Fauci, and Dr. Robert Redfield (together, the "Federal Defendants") in the above action.

    The National Institutes of Health has not yet been added to the docket. We write to respectfully request that the Court direct the Clerk of Court to add the National Institutes of Health to ECF as a Defendant.

    I thank the Court for its consideration of this matter.

                                  Respectfully,

                                  DAMIAN WILLIAMS
                                  United States Attorney

      By:      /s/ *Danielle J. Marryshow*
                Danielle J. Marryshow
                Assistant United States Attorney
                86 Chambers Street, Third Floor
                New York, NY 10007
                Tel.: (212) 637-2689
                Email: Danielle.Marryshow@usdoj.gov