AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Aaron Abadi ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23 Civ. 4033 (LJL) |
| American Airlines, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Institutes of Health.

Date: 01/24/2024

/s/ Danielle Marryshow
*Attorney's signature*

AUSA Danielle J. Marryshow
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
*Address*

danielle.marryshow@usdoj.gov
*E-mail address*

(212) 637-2689
*Telephone number*

(212) 637-2750
*FAX number*