## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,** | |
| Plaintiff | **CASE #  1:23-cv-04033-LJL** |
| V. | |
| **AMERICAN AIRLINES, INC., et al** | |

## PLAINTIFF'S SUPPLEMENTAL BRIEF

## REGARDING STANDING

BY:

AARON ABADI
Pro Se Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email:  aa@neg.com

COMES NOW Plaintiff, *pro se*, and responds to the Court's own Order (doc. 269). The Court asked Plaintiff for a Supplemental Brief to show why he has standing with respect to a specific group of Airline Defendants. The Complaint was pretty thorough and did address many of the issues raised in this Order.

Plaintiff, Aaron Abadi, has sensory processing disorder. He cannot wear a mask or glasses, or anything on his head or face. When the airlines started requiring masks, they refused to allow Plaintiff to fly, and/or discriminated against him constantly. He was yelled at, denied access to fly, and even once left stranded in France. This lasted throughout the mask policies and mandates. He provided evidence of his disability, but these airlines did not care.

The inability to travel, caused severe financial injuries to Plaintiff, who is currently penniless and had to file this with the generous help of the Court, through an IFP Motion. Plaintiff had his entire income destroyed and ability to make income was taken from him.

The honorable Judge signed an Order filed on January 16, 2024, giving Plaintiff three weeks to respond, but then stating that the response is due February 3, 2024, which is less than three weeks. Plaintiff is content, however, that he was able to respond in time without needing to request an extension.

## STANDING

The Court is requesting clarification from the Plaintiff regarding his standing, particularly in cases where tickets were not purchased for the specified airlines. Additionally, some of these airlines seemingly do not operate in the direction the Plaintiff claimed to require. The Plaintiff acknowledges the Court's inquiry into the possibility of him being a "tester," whom are typically associated with non-profits or human rights lawyers who seldom file pro se, although it is not impossible. It is crucial to emphasize that the Plaintiff is not a tester and genuinely needed to fly with at least some of the mentioned airlines. The extent of the injuries suffered would have been mitigated had five airlines, for instance, accommodated the Plaintiff's travel needs.

In the Complaint, Plaintiff explains that he needed to travel for work/business, and would have liked to travel for pleasure too.

In Paragraph 197 of the Complaint Plaintiff wrote with respect to Defendant Aeroflot: "This airline could have flown me to various countries where I could have completed my business transactions."

Yet, Plaintiff never suggested that he has business in Russia, as he does not. Yet, he alleged that Aeroflot, the Russian airline could have flown him to his business meetings.

Please allow me to explain.  Most people think of an airline as a destination. If you take a Spanish airline, you must be going to Spain. That is not exactly how it works. A typical trip to India usually consists of multiple flights, and often more than one airline.

Please see my itineraries that I attached as an Exhibit to the Complaint (Exhibit 78 of the Complaint on Page 25). You will see a flight leaving from Philadelphia, PA, heading to Riyadh, in the Kingdom of Saudi Arabia. You will see the following itinerary:

The first flight was over 7 hours on British Airways (flight # BA68) from Philadelphia to LHR (London) with a 4hr and 40 minute layover in London.

The next leg was from LHR to Abu Dhabi International Airport (AUH) in the United Arab Emirates.  This flight was on Etihad Airlines (EY20). This flight was also over 7 hours. There was a 1 hour and 5 minute layover there.

Then the final leg of that particular trip was from Abu Dhabi to Riyadh. That was a two hour flight, also with Etihad Airlines.

If Plaintiff were to fly direct, it would have been much more expensive, and very limited flights. The norm for this Plaintiff and travelers in general going that far around the world, they stop over at least once and often twice or more. The return flight from that trip (Page 35 Complaint Exh 78) was from Bangalore, India. Now, while I was lucky enough to be on the one Lufthansa airline for the entire

trip back home, but there were two stopovers on the way.  I do not always get that lucky.  Usually, I end up on more than one airline on any given trip to that region.

Interestingly, on the flights back from that region, it is almost the same travel time to cross the Atlantic Ocean by stopping in Europe, as it is to cross the Pacific by stopping in Asia.  These trips seldom take less than an aggregate of 24 hours straight.

Plaintiff wrote in the Complaint in Paragraph 839, "Any one of these airlines could have gotten him to some of those destinations. For example, Aeroflot's flight to Russia would get him to Moscow and from there he can get a flight to India. The airlines did not allow this Plaintiff to travel."  This was explained in the Complaint in several places.

Most of those long trips that Plaintiff has taken in the past have been with stopovers and usually with more than one airline.  Often Plaintiff will stopover for a night and day, just to make the trip more bearable.  Traveling straight 24 hours, is brutal.

This Plaintiff had to fly for business and wanted to fly for pleasure too. He listed in the Complaint some of the destinations that he wanted or needed to reach.

He writes in Paragraph 838 of the Complaint, " Plaintiff's business prospects required him to fly to California, England, Switzerland, Israel, Florida, Texas, Chicago, India, Saudi Arabia, United Arab Emirates, and many other destinations."

Plaintiff initially bought tickets during the period where there was the mask policy and/or mandate.  He bought on British Airways, he bought on JetBlue, he bought on Delta, he bought on American, and likely bought a few more.  Once he realized what he was facing, that airlines refused to follow the law, and refused to allow him to travel, he understood that his business could suffer significantly.  He realized that he needs to figure out a way to travel, other than by rowboat.

At that point, he started calling airlines.  He found a list of about seventy airlines on the Dept of Transportation's website. He started reaching out to the airlines that he was reasonably familiar with, like Lufthansa, Etihad, Emirates, and so on. All these airlines are from other countries, but one can easily fly to Germany on Lufthansa and then head to India or Saudi Arabia from there. When they all turned him down, he eventually reached out to every airline on the list.  Almost all turned him down.  Eventually, after first turning him down, Air France revisited the issue and allowed Plaintiff to fly with them, through Paris, to India.  Unfortunately, finding available flights wasn't very easy, and many were cancelled randomly.

The other airlines were a problem.  Plaintiff did not sue all the sixty-nine airlines.  He only listed here as Defendants the ones that could have helped him reach any of his destinations.  There are probably over twenty airlines that were

deliberately omitted from this lawsuit, because Plaintiff did not think they could have helped him significantly.

The Court listed the following airlines, and asked for Plaintiff to explain how he would have standing to sue them.  The question is, how could they have assisted you in getting to where you needed to go.  The other question was, since you didn't buy a ticket, it looks like you really weren't needing to go, or at least, that is how I understood it.

I explained why I couldn't buy tickets on 70 airlines or 46 airlines, just in order to prove that I wanted to fly.  I did buy several tickets, and I did eventually get to fly a few times on Air France, back and forth to India.  I was successfully able to fly on Delta to Israel once.  I had a hard time getting back though.  I've done a lot of driving wherever possible.  That was also brutal.

But to be sure, Plaintiff could not afford to buy multiple tickets at over $1,000 a piece just to see if they will let him fly.  Anyone who has experience with the airlines can attest to the fact that if they do give you a refund, it doesn't come quickly. Besides, there was no need to buy the ticket, if I can quickly determine if they will allow me to fly, by sending them an email.

See the Complaint Paragraph 179, where Plaintiff quotes the following decision:

"…the ADA does not "require a person with a disability to engage in a futile gesture if such person has actual notice that a person or organization covered by [Title III of the ADA] does not intend to comply with its provisions." Equal Rights Center v. Uber Technologies, Inc. (D.D.C. 2021) 525 F.Supp.3d 62, 76.

Now, while that is an ADA case law, the Courts usually treat Air Carrier Access Act ("ACAA") cases in the same way as ADA without any clear legislation to the contrary.

There is no law or requirement for Plaintiff to buy a ticket in order to be protected by the ACAA disability laws.

With regards to the specific airlines and Plaintiff's ability to get to any of his destinations with each of them, let us analyze that. Plaintiff will list each airline and show how that airline could have helped him get to some of his destinations:

**Southwest Airlines Co**. flies from the East Coast to an extensive list of destinations all over the United States (Exhibit A).

**Silver Airways** flies to less areas than Southwest, but Plaintiff was in Alabama several times during that period, and needed to get to Florida, and the Dominican Republic.  Silver has routes in that region (Exhibit B).

**Concesionaria Vuela Compania de Aviacion**, S.A.P.I. de C.V. DBA **Volaris;** while this airline does not go direct to any of my locations listed, but they do get there indirectly (Exhibit C). If they would have allowed me to fly, I would have driven to Washington DC, or even Chicago, and flown to San Francisco by stopping in Guadalajara, Mexico.  It sounds like it is out of the way, but firstly, it can be done in about 9 hours.  A typical stopover flight from DC to California is about 7 or 8 hours.  And of course, at this point the expression that comes to mind is "beggars can't be choosy." Sure, I would love to have a simpler flight, but it was extremely urgent for the financing of my business plans, that I desperately needed to get to California. I could not get there.  I did drive to California twice, but that was very difficult, and would take weeks. When I really needed to be there, I could not get there.

**Royal Air Maroc**, is an easy one.  I have used them in the past on my way to and/or from India, Saudi, and U.A.E.  I attached an itinerary from New York to United Arab Emirates (Exhibit D), but they have multiple options to get me to that region.

**Aerovias de Mexico S.A. de C.V. DBA Aeromexico**; this airline can be used like Volaris to get to California, but it also has many destinations in Europe (Exhibit E).  Once I get to Europe, I can go to my meetings there, and then I can

find a flight to India from there. Typically, when people fly from New York to India, they stop in Europe on the way anyway.

**Transportes Aereos Portugueses, S.A., DBA TAP Air Portugal;** This airline is a perfect stopover location for Europe, India, and the Middle East. I have used them in the past for traveling to Israel. They have an extensive list of destinations (Exhibit F).

**Spirit Airlines, Inc.,** flies from the East Coast to an extensive list of destinations all over the United States and some international (Exhibit G).

**Avianca S.A**., has destinations in New York, Mexico, Colombia, and even Europe (Exhibit H). Plaintiff could have reached many of his desired destinations, if they would have allowed him to fly.

**Singapore Airlines**, this is a great airline that goes to India, and the Middle East from the United States.  They have multiple destinations around the world (Exhibit I).

**LATAM Airlines Group S.A**., has flights to south America, but also goes to Madrid, Spain (Exhibit J). Plaintiff could get to certain locations in the US with

Latam, but getting to Spain is ideal, as from there he can have options to get around Europe and over to the Middle East and India.

**Iberia** Lineas Aereas De Espana, S.A., Operadora, Sociedad Unipersonal; This airline is a perfect stopover location for Europe, India, and the Middle East. I have used them in the past. They go all over Europe and to Israel. They have an extensive list of destinations (Exhibit K).

**LOT Polish Airlines**, S.A. this is a great airline that goes to India, Europe, and the Middle East from the United States.  They have multiple destinations around the world (Exhibit L).

From Plaintiff's Complaint and Exhibits, it is clear that Plaintiff needed to travel to multiple locations, both foreign and domestic. Once Plaintiff saw the problems that he was having with the first few airlines, and how the airlines conspired to ignore the ACAA laws, he stopped buying tickets, and would only purchase a ticket if the airline agreed to take him.  That in no way means that he wasn't trying to fly with them.  On the contrary, he spent hundreds of hours trying to get airlines to carry him.

All these airlines had flights that this Plaintiff could have benefitted from. Had they allowed him to fly, he most certainly would have done so.


## **CONCLUSION**

With respect to the Court, Plaintiff hopes that the above response in conjunction with the Complaint itself should sufficiently resolve any of the issues brought up by this Court with regards to standing.

Respectfully submitted this January 31, 2024.

s/Aaron Abadi

AARON ABADI, Plaintiff (pro se)
82 Nassau Street Apt 140
New York, NY 10038
516-639-4100
Email:  aa@neg.com



**EXHIBIT A**

# List of Southwest Airlines destinations

As of November 2023, Southwest Airlines has scheduled flights to over 100 destinations[1] in 42 states, Puerto Rico, Mexico, Central America and the Caribbean, the newest being Syracuse, New York on November 14, 2021. The airline has 15 focus cities and operates over 4,000 flights each day.[2]

## Destinations

Southwest does not use the "hub and spoke" system of other major airlines, preferring instead the "point-to-point" system with focus cities.[3] It has large operations in certain airports. An average of 80 percent of Southwest passengers are local passengers—only 20 percent are connecting passengers, a lower percentage than on most major airlines, where many passengers connect in hub cities. However, at Southwest's focus cities, the percentage of connecting passengers can reach 30 percent.[4] As part of its effort to control costs, Southwest historically used secondary airports in cities where the primary airports have high costs, such as Chicago, Dallas/Fort Worth, Houston and Miami. In recent years however, the airline has been expanding into primary airports as well.[5]

In most cities where Southwest uses both a primary and secondary airport, the secondary airport is used more than the primary for flights (such as Oakland instead of San Francisco), with some exceptions such as the Los Angeles metro area, where Los Angeles International is a Southwest base and secondary airports (such as Burbank, Long Beach, Santa Ana and Ontario) have limited Southwest operations despite having a higher market share at the smaller airports. Until 2006, Southwest did not fly into Denver,[6] which is now its most popular destination.

Unlike most other U.S. airlines, Southwest does not fly outside North America, and it does not fly to Canada due to its payment system not being set up for Canadian dollars (however, Southwest does market Bellingham to cater to Canadian passengers in the Vancouver and Southern BC area as a low cost alternative to Vancouver International Airport).[7]



Southwest B737 on final approach to San Jose International Airport.

### International service

Southwest began planning international service when it acquired AirTran Airways, which already served international destinations. Southwest's first approach to international service came on April 19, 2012, when it signed a contract with the Amadeus IT Group to launch an international reservation system. This agreement gave the airline the capability to begin flying to destinations outside of the United States.[8]

Southwest debuted the international reservation system on January 27, 2014, when its first international flights went on sale. This was followed by the first international flights which began on July 1, 2014, to Aruba (AUA), Montego Bay, Jamaica (MBJ) and Nassau, Bahamas (NAS).

Southwest built a 5-gate international terminal at William P. Hobby Airport that opened in 2015. Southwest also built a 5-gate international terminal in Fort Lauderdale that opened in 2017.[9] In 2021, a 5-gate extension of terminal A at Baltimore/Washington International Airport opened. Southwest is the sole occupant of Terminal A and it invested significantly in the creation of the extension.[10]

## Busiest airports

As of January 03, 2024, there are 20 airports at which Southwest Airlines has over 80 daily departures.[11]

| Rank | City | Airport | Number of Flights | Number of Cities Served | Number of Gates |
|------|------|---------|-------------------|-------------------------|-----------------|
| 1 | Denver | Denver International Airport | 322 | 96 | 33 |
| 2 | Las Vegas | Harry Reid International Airport | 269 | 68 | 21 |
| 3 | Chicago | Midway International Airport | 259 | 79 | 37 |
| 4 | Baltimore | Baltimore/Washington International Airport | 233 | 73 | 26 |
| 5 | Dallas | Dallas Love Field | 208 | 79 | 18 |
| 6 | Phoenix | Sky Harbor International Airport | 203 | 58 | 32 |
| 7 | Orlando | Orlando International Airport | 183 | 61 | 20 |
| 8 | Houston | William P. Hobby Airport | 177 | 70 | 20 |
| 9 | Nashville | Nashville International Airport | 165 | 62 | 16 |
| 10 | St. Louis | St. Louis Lambert International Airport | 133 | 62 | 17 |
| 11 | Atlanta | Hartsfield-Jackson Atlanta International Airport | 123 | 43 | 18 |
| 12 | Tampa | Tampa International Airport | 122 | 45 | 15 |
| 13 | Austin | Austin-Bergstrom International Airport | 121 | 51 | 8 |
| 14 | Oakland | Oakland International Airport | 113 | 34 | 11 |
| 15 | San Diego | San Diego International Airport | 113 | 32 | 6 |
| 16 | Sacramento | Sacramento International Airport | 98 | 27 | 11 |
| 17 | San Jose | Norman Y. Mineta San Jose International Airport | 97 | 27 | 18 |
| 18 | Fort Lauderdale | Fort Lauderdale–Hollywood International Airport | 92 | 40 | 9 |
| 19 | Los Angeles | Los Angeles International Airport | 89 | 27 | 13 |
| 20 | Kansas City | Kansas City International Airport | 83 | 41 | 15 |

## Current destinations

As of October 2023, Southwest Airlines flies to 121 destinations.

| Country | City | Airport | Notes | Refs |
|---|---|---|---|---|
| Aruba | Oranjestad | Queen Beatrix International Airport | | |
| Bahamas | Nassau | Lynden Pindling International Airport | | |
| Belize | Belize City | Philip S. W. Goldson International Airport | | |
| Cayman Islands | George Town | Owen Roberts International Airport | | |
| Costa Rica | Liberia | Daniel Oduber Quirós International Airport | | |
| | San José | Juan Santamaría International Airport | | |
| Cuba | Havana | José Martí International Airport | | |
| Dominican Republic | Punta Cana | Punta Cana International Airport | | |
| Jamaica | Montego Bay | Sangster International Airport | | |
| Mexico | Cancún | Cancún International Airport | | |
| | Cozumel | Cozumel International Airport | | |
| | Puerto Vallarta | Lic. Gustavo Díaz Ordaz International Airport | | |
| | San José del Cabo | Los Cabos International Airport | | |
| Turks and Caicos Islands | Providenciales | Providenciales International Airport | | |
| United States (Alabama) | Birmingham | Birmingham–Shuttlesworth International Airport | | |
| United States (Arizona) | Phoenix | Phoenix Sky Harbor International Airport | Focus city | |
| | Tucson | Tucson International Airport | | |
| United States (Arkansas) | Little Rock | Little Rock National Airport | | |
| United States (California) | Burbank | Hollywood Burbank Airport | | |
| | Fresno | Fresno Yosemite International Airport | | |
| | Long Beach | Long Beach Airport | | |
| | Los Angeles | Los Angeles International Airport | Focus city | |
| | Oakland | Oakland International Airport | Focus city | |
| | Ontario | Ontario International Airport | | |
| | Orange County/Santa Ana | John Wayne Airport | | |
| | Palm Springs | Palm Springs International Airport | | |
| | Sacramento | Sacramento International Airport | | |
| | San Diego | San Diego International Airport | | |
| | San Francisco | San Francisco International Airport | | |
| | San José | San Jose International Airport | | |
| | Santa Barbara | Santa Barbara Municipal Airport | | |
| United States (Colorado) | Denver | Denver International Airport | Focus city | |
| | Steamboat Springs | Yampa Valley Regional Airport | | |
| | Telluride (Montrose) | Montrose Regional Airport | | |
| | Colorado Springs | Colorado Springs Airport | | |

| Country | City | Airport | Notes | Refs |
|---|---|---|---|---|
| United States (Connecticut) | Hartford | Bradley International Airport | | |
| United States (Florida) | Destin | Destin-Fort Walton Beach Airport | | |
| | Fort Lauderdale | Fort Lauderdale–Hollywood International Airport | | |
| | Fort Myers | Southwest Florida International Airport | | |
| | Jacksonville | Jacksonville International Airport | | |
| | Orlando | Orlando International Airport | Focus city | |
| | West Palm Beach | Palm Beach International Airport | | |
| | Panama City | Northwest Florida Beaches International Airport | | |
| | Pensacola | Pensacola International Airport | | |
| | Miami | Miami International Airport | | |
| | Sarasota | Sarasota–Bradenton International Airport | | |
| | Tampa | Tampa International Airport | | |
| United States (Georgia) | Atlanta | Hartsfield–Jackson Atlanta International Airport | Focus city | |
| | Savannah | Savannah/Hilton Head International Airport | | |
| United States (Hawaii) | Honolulu | Daniel K. Inouye International Airport | | |
| | Kahului | Kahului Airport | | |
| | Kailua–Kona | Kona International Airport | | |
| | Hilo | Hilo International Airport | | |
| | Lihue | Lihue Airport | | |
| United States (Idaho) | Boise | Boise Airport | | |
| United States (Illinois) | Chicago | Midway International Airport | Focus city | |
| | | O'Hare International Airport | | |
| United States (Indiana) | Indianapolis | Indianapolis International Airport | | |
| United States (Iowa) | Des Moines | Des Moines International Airport | | |
| United States (Kansas) | Wichita | Wichita Dwight D. Eisenhower National Airport | | |
| United States (Kentucky) | Cincinnati/Covington | Cincinnati/Northern Kentucky International Airport | | |
| | Louisville | Louisville International Airport | | |
| United States (Louisiana) | New Orleans | Louis Armstrong New Orleans International Airport | | |
| United States (Maine) | Portland | Portland International Jetport | | |
| United States (Maryland) | Baltimore | Baltimore/Washington International Airport | Focus city | |
| United States (Massachusetts) | Boston | Logan International Airport | | |
| United States (Michigan) | Detroit | Detroit Metropolitan Airport | | |
| | Grand Rapids | Gerald R. Ford International Airport | | |

| Country | City | Airport | Notes | Refs |
|---|---|---|---|---|
| United States (Minnesota) | Minneapolis/Saint Paul | Minneapolis–Saint Paul International Airport | | |
| United States (Mississippi) | Jackson | Jackson-Medgar Wiley Evers International Airport | | |
| United States (Missouri) | Kansas City | Kansas City International Airport | | |
| | St. Louis | St. Louis Lambert International Airport | | |
| United States (Montana) | Bozeman | Bozeman Yellowstone International Airport | | |
| United States (Nebraska) | Omaha | Eppley Airfield | | |
| United States (Nevada) | Las Vegas | Harry Reid International Airport | Focus city | |
| | Reno/Tahoe | Reno-Tahoe International Airport | | |
| United States (New Hampshire) | Manchester | Manchester–Boston Regional Airport | | |
| United States (New Mexico) | Albuquerque | Albuquerque International Sunport | | |
| United States (New York) | Albany | Albany International Airport | | |
| | Buffalo | Buffalo Niagara International Airport | | |
| | Long Island/Islip | Long Island MacArthur Airport | | |
| | New York City | LaGuardia Airport | | |
| | Rochester | Greater Rochester International Airport | | |
| | Syracuse | Syracuse Hancock International Airport | | |
| United States (North Carolina) | Charlotte | Charlotte Douglas International Airport | | |
| | Raleigh/Durham | Raleigh–Durham International Airport | | |
| United States (Ohio) | Cleveland | Cleveland Hopkins International Airport | | |
| | Columbus | John Glenn Columbus International Airport | | |
| United States (Oklahoma) | Oklahoma City | Will Rogers World Airport | | |
| | Tulsa | Tulsa International Airport | | |
| United States (Oregon) | Eugene | Eugene Airport | | |
| | Portland | Portland International Airport | | |
| United States (Pennsylvania) | Philadelphia | Philadelphia International Airport | | |
| | Pittsburgh | Pittsburgh International Airport | | |
| United States (Puerto Rico) | San Juan | Luis Muñoz Marín International Airport | | |
| United States (Rhode Island) | Providence | Rhode Island T. F. Green International Airport | | |
| United States (South Carolina) | Charleston | Charleston International Airport | | |
| | Greenville/Spartanburg | Greenville–Spartanburg International Airport | | |
| | Myrtle Beach | Myrtle Beach International Airport | | |
| United States (Tennessee) | Memphis | Memphis International Airport | | |
| | Nashville | Nashville International Airport | Focus city | |
| United States (Texas) | Amarillo | Rick Husband Amarillo International Airport | | |

| Country | City | Airport | Notes | Refs |
|---|---|---|---|---|
| | Austin | Austin–Bergstrom International Airport | | |
| | Corpus Christi | Corpus Christi International Airport | | |
| | Dallas | Dallas Love Field | Focus city | Headquartered in Dallas |
| | El Paso | El Paso International Airport | | |
| | Harlingen/South Padre Island | Valley International Airport | | |
| | Houston | George Bush Intercontinental Airport | | |
| | | William P. Hobby Airport | Focus city | |
| | Lubbock | Lubbock Preston Smith International Airport | | |
| | Midland/Odessa | Midland International Airport | | |
| | San Antonio | San Antonio International Airport | | |
| United States (Utah) | Salt Lake City | Salt Lake City International Airport | | |
| United States (Virginia) | Norfolk | Norfolk International Airport | | |
| | Richmond | Richmond International Airport | | |
| | Washington, D.C. | Dulles International Airport | | |
| | | Ronald Reagan Washington National Airport | | |
| United States (Washington) | Bellingham | Bellingham International Airport | | |
| | Seattle/Tacoma | Seattle–Tacoma International Airport | | |
| | Spokane | Spokane International Airport | | |
| United States (Wisconsin) | Milwaukee | Milwaukee Mitchell International Airport | | |

## Terminated destinations

| Country (State/Province) | City | Airport | Begin | End | Refs |
|---|---|---|---|---|---|
| Cuba | Santa Clara | Abel Santamaría Airport | 2016 | 2017 | [12] |
| Cuba | Varadero | Juan Gualberto Gómez Airport | 2016 | 2017 | [12] |
| Mexico | Mexico City | Mexico City International Airport | 2012 (AirTran) | 2019 | [13] |
| United States (Colorado) | Denver | Stapleton International Airport | 1983 | 1995 [a] | [14] |
| United States (Florida) | Key West | Key West International Airport | 2012 | 2014 | [15] |
| United States (Michigan) | Detroit | Coleman A. Young International Airport | 1988 | 1993 | [14] |
| United States (Michigan) | Flint | Bishop International Airport | 2013 | 2018 | [16] |
| United States (Missouri) | Branson | Branson Airport | 2013 | 2014 | [15] |
| United States (New Jersey) | Newark | Newark Liberty International Airport | 2011 | 2019 | [17] |
| United States (Ohio) | Akron/Canton | Akron-Canton Regional Airport | 2012 (AirTran) | 2017 | [18] |
| United States (Ohio) | Dayton | Dayton International Airport | 2012 (AirTran) | 2017 | [18] |
| United States (Texas) | Austin | Robert Mueller Municipal Airport | 1977 | 1999[a] | [19] |
| United States (Texas) | Beaumont/Port Arthur | Jack Brooks Regional Airport | 1979 | 1980 | [14] |
| United States (Wyoming) | Jackson Hole | Jackson Hole Airport | 1985 | 1986 | |

Notes:

a. Operations ended when airport closed

# References

1. "Southwest Airlines - Route Map" (https://www.southwest.com/flight/routemap_dyn.html). *www.southwest.com*.

2. "Southwest Corporate Fact Sheet - Corporate Fact Sheet - Southwest Airlines Newsroom" (https://web.archive.org/web/20150403082504/http://swamedia.com/channels/Corporate-Fact-Sheet/pages/corporate-fact-sheet). *swamedia.com*. Archived from the original (http://swamedia.com/channels/Corporate-Fact-Sheet/pages/corporate-fact-sheet) on April 3, 2015. Retrieved January 4, 2015.

3. "Southwest route map" (https://www.flightconnections.com/route-map-southwest-airlines-wn). *FlightConnections.com*. June 2, 2019. Retrieved June 2, 2019.

4. Jeremy Sickler. "Chapter 7: Flight Arrival Flow: Southwest vs. Legacy Carriers" (https://web.archive.org/web/20040519195456/http://www.erau.edu/research/BA590/chapters/ch7.htm). Archived from the original (http://www.erau.edu/research/BA590/chapters/ch7.htm) on May 19, 2004. Retrieved May 14, 2017.

5. "Southwest Airlines comes to Chicago O'Hare, Houston Intercontinental, won't abandon Midway, Hobby" (https://www.usatoday.com/story/travel/airline-news/2020/10/12/southwest-airlines-airports-chicago-ohare-houston-intercontinental/5969463002/). *USA Today*. Retrieved October 12, 2020.

6. "Southwest Airlines begins service in Denver, announces additional flights and destinations" (https://www.southwestairlinesinvestorrelations.com/news-and-events/news-releases/2006/03-01-2006). Southwest Airlines. Investor relations. January 3, 2006. Retrieved December 27, 2023.

7. Pallini, Thomas. "Southwest Airlines Reveals Why It Doesn't Fly to Canada" (https://www.businessinsider.com/southwest-airlines-reveals-why-it-doesnt-fly-to-canada-2021-4). Businessinsider.com. Retrieved April 24, 2022.

8. "Southwest Airlines Newsroom: Releases" (https://web.archive.org/web/20131217035647/http://www.swamedia.com/releases/b3cfcefe-eea6-4b8b-90d3-df15bc52a5db). Swamedia.com. April 19, 2012. Archived from the original (http://www.swamedia.com/releases/b3cfcefe-eea6-4b8b-90d3-df15bc52a5db) on December 17, 2013. Retrieved July 29, 2013.

9. "Fort Lauderdale Hollywood International Airport overhauls terminal to add international travel" (http://articles.sun-sentinel.com/2013-12-10/news/fl-southwest-terminal-makeover-20131210_1_fort-lauderdale-hollywood-international-airport-southwest-airlines-new-terminal) *Sun Sentinel*.

10. Wood, Pamela (May 17, 2021). "BWI's newest concourse opens with spacious restrooms, five additional gates, extra charging outlets" (https://www.baltimoresun.com/politics/bs-md-pol-bwi-new-concourse-20210517-flin4xrthzhbvlo243kl7bjq7u-story.html). *baltimoresun.com*. Retrieved August 2, 2021.

11. "City Fact Sheets" (https://www.swamedia.com/pages/city-fact-sheets).

12. Mutzabaugh, Ben (June 29, 2017). "Southwest drops two routes to Cuba; Havana flights to stay" (https://www.usatoday.com/story/travel/flights/todayinthesky/2017/06/29/southwest-drops-two-routes-cuba-havana-flights-stay/438218001/). *USA Today*.

13. "Southwest Airlines Reports Fourth Quarter And Annual Profit; 46th Consecutive Year Of Profitability - Southwest Airlines Newsroom" (https://www.swamedia.com/releases/release-9d5948bb6d99ddb0ade1c37f922fe80b-southwest-airlines-reports-fourth-quarter-and-annual-profit-46th-consecutive-year-of-profitability). *swamedia.com*. January 24, 2019.

14. "Openings/Closings - By Category - Southwest Airlines Newsroom" (https://web.archive.org/web/20150906004130/http://www.swamedia.com/channels/By-Category/pages/openings-closings). *swamedia.com*. Archived from the original (http://www.swamedia.com/channels/By-Category/pages/openings-closings) on September 6, 2015. Retrieved February 16, 2012.

15. "Southwest Airlines To Cease Operations In Three Cities - Southwest Airlines Newsroom" (http://swamedia.com/releases/southwest-airlines-to-cease-operations-in-three-cities?l=en-US). *swamedia.com*. December 5, 2013.

16. "Southwest Airlines pulls plug on flights from Flint" (http://www.mlive.com/news/flint/index.ssf/2017/11/southwest_airlines_pulls_plug.html). November 2, 2017. Retrieved November 2, 2017.

17. "Southwest Reports Record Second Quarter Revenues And Earnings Per Share" (http://www.southwestairlinesinvestorrelations.com/news-and-events/news-releases/2019/07-25-2019-114616974). Retrieved July 25, 2019.

18. Southwest Airlines to leave Akron-Canton; plans new flights to Atlanta, St. Louis from Cleveland Hopkins (https://www.cleveland.com/travel/index.ssf/2017/01/southwest_airlines_to_leave_ak.html) (Cleveland.com)

19. Robert Mueller Municipal Airport

# External links

- Southwest Airlines Route Map (http://www.southwest.com/travel_center/routemap_dyn.html)

Retrieved from "https://en.wikipedia.org/w/index.php?title=List_of_Southwest_Airlines_destinations&oldid=1197149879"

-

EXHIBIT B



## About Silver

Company Information
Press Room
Meet Our Fleet
Offers
Community
Destinations
Hotels and Amenities

**Careers**

## Policies

Travel Information
FAQ
Special Services
Baggage Policy

## Legal

**Contract Of Carriage**
Tarmac Delay Plan
Customer Service Plan
Privacy Policy
Disability Bill of Rights

## Contact Us

📞 +1 801-401-9100
**Help Desk**
**Book a Flight**
**Manage your Booking**
Sitemap

Silver Airways 2023

EXHIBIT C

Volaris - Ultra low cost airline | Cheap Flights to Mexico and t...

https://flights.volaris.com/en-us/

Look on our website for the price that best suits you.*

## Popular flights from Volaris

Los Angeles - Guadalajara

Oakland - Guadalajara

San Jose - Guadalajara

Chicago - Morelia

Las Vegas - Guadalajara

Washington, D.C. - San Salvador

Sacramento - Guadalajara

Ontario - Guadalajara

Portland, OR - Guadalajara

Phoenix - Guadalajara

Fresno - Guadalajara

Los Angeles - San Salvador

Los Angeles - Mexico City

Dallas - Guadalajara

Seattle - Guadalajara

View more

**New routes**

Flights to Mexico City

Flights to Guadalajara

Flights to Costa Rica

Flights to Guatemala

**Travel info**

Baggage

Check-in

Flight changes

v.club

**About Volaris**

Volaris is the ultra-low cost airline with flights covering Mexico, the United States, Costa Rica,...

Join our team

**Legal Information**

Terms and conditions for volaris.com

Privacy notice

Legal information

**Follow Us on Social Media**

Download our App

36°F Cloudy Search ENG 11:45 PM 1/30/2024

Volaris - Ultra low cost airline | Cheap Flights to Mexico and t...

https://flights.volaris.com/en-us/

Chicago - Aguascalientes

New York - San Salvador

Los Angeles - Zacatecas

Oakland - Mexico City

Oakland - San Salvador

Denver - Guadalajara

Houston - Guadalajara

Sacramento - Leon

Houston - San Salvador

Miami - Guadalajara

San Antonio - Guadalajara

Los Angeles - Oaxaca

San Jose - Morelia

Los Angeles - Leon

Miami - Mexico City

Oakland - Leon

Orlando - Guadalajara

San Antonio - Mexico City

Charlotte - Guadalajara

Denver - Mexico City

Fresno - Morelia

Reno - Guadalajara

Los Angeles - Aguascalientes

Chicago - Durango

Dallas - Mexico City

New York - Guadalajara

Los Angeles - Guatemala City

Houston - Mexico City

San Jose - Zacatecas

View less

**New routes**

Flights to Mexico City

**Travel info**

Baggage

**About Volaris**

Volaris is the ultra-low cost airline with flights covering

**Legal Information**

Terms and conditions for volaris.com

**Follow Us on Social Media**

36°F Cloudy Search ENG 11:46 PM 1/30/2024





(http://www.royalairmaroc.com/)

# EXHIBIT D

Call : +212 522489797 Talk to us (https://www.royalairmaroc.com/int-en/information/contact-us)

1 Flights | 2 Passengers | 3 Book | 4 Pay | 5 Confirmation

**Your booking**

1 Traveler
1 Adult

Wed 21 Feb 2024
Fri 23 Feb 2024

**CONTINUE**

Booking details

**Your search**

from **Wed 21 Feb** to **Fri 23 Feb**

**New York, John F Kennedy International (JFK)**

**Dubai, All airports (DXB)**

Modify

## New York → Dubai

John F Kennedy International (JFK) → Dubai International (DXB)

Go to calendar view

**February 2024**

| Sun 18 | Mon 19 | Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | |
|---|---|---|---|---|---|---|---|
| from $ (U.S. DOLLAR) 578,50 or from $52/mo | no fare available | no fare available | from $ (U.S. DOLLAR) 578,50 or from $52/mo | no fare available | no fare available | no fare available | Next 7 days |

Order by | Filter flights

**20:00** **John F Kennedy International (JFK) (John F Kennedy International)**
**1 stop**
**13:40** +2 days. **Dubai International (DXB) (Dubai International)**
2 people are looking at this flight
Duration **32h40m**
Royal Air Maroc (AT201)
Royal Air Maroc (AT246)

Eco FLEX
$ (U.S. DOLLAR)
**578,50**
or from **$52/mo**

Eco SERENITY
$ (U.S. DOLLAR)
**1 085,30**
or from **$97/mo**

## Dubai → New York

Dubai International (DXB) → John F Kennedy International (JFK)

Go to calendar view

**February 2024**

| Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | Sun 25 | Mon 26 | |
|---|---|---|---|---|---|---|---|
| no fare available | no fare available | no fare available | from $ (U.S. DOLLAR) 963,50 or from $86/mo | no fare available | from $ (U.S. DOLLAR) 873,50 or from $78/mo | no fare available | Next 7 days |

Order by | Filter flights

**15:40** **Dubai International (DXB) (Dubai International)**
**1 stop**
**17:55** +1 day **John F Kennedy International (JFK) (John F Kennedy International)**
1 person is looking at this flight
Duration **35h15m**
Royal Air Maroc (AT247)
Royal Air Maroc (AT200)

Eco FLEX
$ (U.S. DOLLAR)
**911,70**
or from **$82/mo**

Eco SERENITY
$ (U.S. DOLLAR)
**1 129,70**
or from **$101/mo**

**CONTINUE**

General Terms and Conditions (//www.royalairmaroc.com/int-en/General-Terms-and-Conditions) | Site Map (//www.royalairmaroc.com/int-en/Site-Map) | FAQ (//www.royalairmaroc.com/int-en/FAQ) | Security (//www.royalairmaroc.com/int-en/Security) | Your cookies settings (//www.royalairmaroc.com/int-en/Your-cookies-settings) | Contact us (//www.royalairmaroc.com/int-en/Contact-us) | Company website (//www.royalairmaroc.com/corporate)

© 2024 Royal Air Maroc - All rights reserved

# Explore the world

EXHIBIT  E

All   Mexico   USA & Canada   Central America & Caribbean   Or filter by themes ▾

South America   More countries ▾



· Düsseldorf, Germany    · Medellin, Colombia    Riviera Maya

· Codeshare destinations

## A

· A Coruña, España

Acapulco

Aguascalientes

· Akita, Japón

Amsterdam, Netherlands

· Amán, Jordania

· Aracaju, Brasil

· Asahikawa, Japon

· Asunción, Paraguay

Atlanta, USA

Austin, USA

## B

Bajio

Barcelona, Spain

· Bariloche, Argentina

· Barranquilla, Colombia

Belize, Belize

· Belo Horizonte, Brasil

· Belém, Brasil

· Bilbao, España

· Billings, Estados Unidos

· Birmingham, Alabama, United States

Bogota, Colombia

· Bogotá, Colombia

· Boston, United States

· Brasilia, Brasil

· Bucaramanga, Colombia

· Bucarest, Romania

## E

· Edimburgo, Escocia

· El Calafate, Argentina

· Elmira, Estados Unidos

· Erie, Estados Unidos

## F

Felipe Angeles (Mexico), Mexico

· Florianópolis, Brasil

· Fort Lauderdale, United States

· Fort Saint John, Canadá

· Foz de Iguazú, Brasil

· Frankfurt, Germany

· Fredericton, Canadá

· Fredericton, Canadá

Fresno, United States

· Fukuoka, Japón

## G

· Gander, Canada

· Ginebra, Suiza

· Goiania, Brasil

· Grand Rapids, MI, United States

· Greensboro, United States

Guadalajara

Guanajuato

Guatemala City, Guatemala

· Guayaquil, Ecuador

## H

Merida

Mexicali

Mexico City

Miami, United States

· Milán, Italia

Minatitlan

· Minneapolis, United States

· Miyazaki, Japón

· Mobile, Estados Unidos

· Moncton, Canadá

Monterrey

· Montes Claros, Brasil

Montreal, Canada

Morelia, Messico

· Moscú, Rusia

· Mánchester , Inglaterra

## N

· Nagoya, Japón

· Nantes, Francia

· Nassau, Bahamas

· Natal, Brasil

· Navegantes, Brasil

· Neuquén, Argentina

· New Orleans, Estados Unidos

New York City, United States

· Niza, Francia

· Northwest Arkansas, United States

Nuevo Laredo

## O

Riviera Nayarit

· Rochester, Estados Unidos

Rome, Italy

· Rosario, Argentina

· Rio de Janeiro, Brasil

· Rio de Janeiro - Galeao, Brasil

## S

Sacramento, United States

Salt Lake City, United States

· Salta, Argentina

Saltillo

San Antonio, United States

San Diego, United States

San Francisco, USA

San Jose, Costa Rica

· San Jose, CA, USA

· San Juan, PR, Puerto Rico

San Luis Potosi

San Pedro Sula,

Feedback



**Buenos Aires, Argentina**

• Buffalo, United States
• Buffalo, Estados Unidos
• Burdeos, Francia

**C**

Cabo San Lucas
Calgary, Canadá

**Cali, Colombia**

Campeche
• Campina Grande, Brasil
• Campo Grande, Brasil

**Cancun**

• Cascavel, Brasil
• Chapecó, Brasil
• Charleston, United States
• Charlotte, United States
• Charlottetown, Canadá
Chetumal
Chicago, United States
• Chiclayo, Perú

**Chihuahua**

Ciudad del Carmen

**Ciudad Juarez**

Ciudad Obregon
Ciudad Victoria, México

**Coatzacoalcos**

Colima

• Havana, Cuba
Hermosillo
• Hiroshima, Japón

**Oaxaca**

**Houston, United States**

**Huatulco**

**I**

• Ibiza, España
Ixtapa

**J**

• Joao Pessoa, Brasil

**K**

• Kagoshima, Japón
• Kitakyushu, Japón
• Knoxville, TN, United States
• Komatsu, Ishikawa, Japón
• Kona, Estados Unidos
• Kumamoto, Japón
• Kunisaki, Oita, Japón

**L**

La Paz
• Lanzarote, España
• Las Palmas, España

**Las Vegas, United States**

**Leon**

• Lexington, KY, United States

• Obihiro, Hokkaido, Japón
• Okayama, Japón
• Okinawa, Japón
• Omaha, United States
• Ontario, CA, United States
• Oporto, Portugal
Orlando, United States
• Osaka - Itami, Japón
• Ottawa, Canadá
• Oviedo, España

**P**

• Palma de Mallorca, España
• Panama City, Panama
• Papeete, Polinesia Francesa
Paris, France
• Pereira, Colombia
• Petrolina, Brasil
Playa del Carmen
• Portland, USA
• Portland, ME, Estados Unidos
• Porto Alegre, Brasil
• Porto Seguro, Brasil
Poza Rica
• Praga, Republica Checa
• Prince George, Canadá
• Prince George, Canadá
• Providence, United States

**Puebla**

Puerto Escondido
• Puerto España, Trinidad y Tobago
• Puerto Iguazu, Argentina
• Puerto Principe, Haiti
Puerto Vallarta
• Punta Cana, Dominican Republic

Honduras
San Salvador, El Salvador

**Santiago, Chile**

**Santo Domingo, Dominican Republic**

Sao Paulo, Brazil
• Saskatoon, Canadá
• Saskatoon, Canadá

**Seattle, USA**

Seoul, South Korea
• Sevilla, España
Shanghai, China
• Sint Maarten, Países Bajos
• St Johns , Canadá

**T**

**Tampico**

Tapachula
Tegucigalpa, Honduras
• Tel Aviv, Israel
• Tenerife Norte, España
Tepic, México
• Teresina, Brasil
• Terrace, Canadá
• Terrace, Canadá
• Thunder Bay, Canadá
• Thunder Bay, Canadá

**Tijuana**

Tokyo, Japan
Toronto, Canada



| | | |
|---|---|---|
| • Copenhagen, Denmark | Lima, Peru | **Q** |
| Cozumel | London, England | • Quebec, Canada |
| • Cuiaba, Brasil | Los Angeles, United States | • Toulouse, Francia |
| | Los Cabos | • Tucumán, Argentina |
| **Culiacan** | Los Mochis | **Queretaro**  **Tulum** |
| • Cuzco, Peru | • Louisville, United States | |
| • Córdoba, Argentina | • Lyon, Francia | Tuxtla Gutierrez |
| **D** | **M** | **U** |
| | • Maceió, Brasil | |
| | | **Quito, Ecuador** |
| **Dallas, United States** | **Madrid, Spain** | • Ube, Yamaguchi, Japón |
| | | • Ushuaia, Argentina |
| | | **R**    **V** |
| • David, Panamá | • Malagá, España | • Raleigh, Durham, Estados Unidos   • Valencia, España |
| • Dayton, Ohio, United States | • Managua, Nicaragua | • Recife, Brasil |
| Denver, United States | • Manaus, Brasil | • Regina, Canada |
| • Des Moines, Estados Unidos | • Manchester, Inglaterra | • Regina, Canadá |
| Detroit, USA | | Reynosa    **Vancouver, Canada** |
| • Dresden, Germany | **Manzanillo** | • Venecia, Italia |
| • Dublin, Irlanda | • Maringá, Brasil | Veracruz |
| • Duluth, Estados Unidos | • Marsella, Francia | • Victoria, Canada |
| Durango | Matamoros | • Vigo, España |
| | • Matsushige, Tokushima, Japón | **Villahermosa** |
| | • Matsuyama, Japón | **W** |
| | Mazatlan | • Washington, D.C., United States |
| | McAllen, Estados Unidos | • Washington, Dulles, Estados Unidos |
| | • Medan, Indonesia | • Washington, National, Estados Unidos |
| | | • Winnipeg, Canadá |
| | | **Y** |
| | | • Yakarta, Indonesia |
| | | **Z** |
| | | Zacatecas |
| | | Zihuatanejo |
| | | **Á** |
| | | • Alicante, España |



Already have a reservation?

About Aeromexico

More information

Contact Us

Customer Service          Aeromexico Rewards

Aeromexico Vacations      Group Tours

© 2023 Aeromexico. All rights reserved

Legal    |    Privacy Policy

Certified by



< HOMEPAGE

## TAP Destinations

A whole world to discover

EXHIBIT F

Europe, Africa and America. TAP brings these three continents closer together and flies to destinations where you can meet your friends and relatives or explore many other places that are on your list of dream destinations.

Need further help choosing your next trip? See our destination suggestions: the best routes, tips and pictures are available here.

## Discover TAP's destinations

Categories



ADVENTURE   BEACH   FAMILY   CULTURE   FOOD   NATURE   NIGHTLIFE   RELAX   ROMANCE   SHOPPING



SNOW

More Iters ⌄                    Search by destination 🔍



Ghana
*Accra*



Spain
*Alicante*



Netherlands
*Amsterdam*



Spain
*Barcelona*



Brazil
*Belém*



Brazil
*Belo Horizonte*



**Germany**
*Berlin*



**Spain**
*Bilbao*



**Guinea-Bissau**
*Bissau*



**Cape Verde**
*Boa Vista*



**Italy**
*Bologna*



**United States**
*Boston*



**Brazil**
*Brasília*



**Belgium**
*Brussels*



**Mexico**
*Cancún*



**Venezuela**
*Caracas*



**Marrocco**
*Casablanca*



**United States**
*Chicago*



**Luxembourg**
*City of Luxembourg*



**Denmark**
*Copenhagen*



**Senegal**
*Dakar*



**Ireland**
*Dublin*



**Germany**
*Düsseldorf*



**Portugal**
*Faro*



**Italy**
*Florence*



**Brazil**
*Fortaleza*



**Germany**
*Frankfurt*



**Portugal**
*Funchal*



**Switzerland**
*Geneva*



**Spain**
*Gran Canaria*



**Germany**
*Hamburg*



**Spain**
*Ibiza*



**Portugal**
*Lisbon*



**United Kingdom**
*London*



**Angola**
*Luanda*



**France**
*Lyon*



Brazil
*Maceio*



Spain
*Madrid*



Spain
*Málaga*



United Kingdom
*Manchester*



Mozambique
*Maputo*



Marrocco
*Marrakech*



France
*Marseille*



Spain
*Menorca*



United States
*Miami*



Italy
*Milan*



Canada
*Montreal*



Germany
*Munich*



Italy
*Naples*



Brazil
*Natal*



United States
*New York*



**France**
*Nice*



**Norway**
*Oslo*



**Spain**
*Palma de
Mallorca*



**France**
*Paris*



**Portugal**
*Ponta Delgada*



**Portugal**
*Porto*



**Brazil**
*Porto Alegre*



**Portugal**
*Porto Santo*



**Czech Republic**
*Prague*



**Cape Verde**
*Praia*



**Brazil**
*Recife*



**Brazil**
*Rio de Janeiro*



**Italy**
*Rome*



**Cape Verde**
*Sal*



**Brazil**
*Salvador*



**United States**
*San Francisco*



**Brazil**
*São Paulo*



**Sao Tome and Principe**
*São Tomé*



**Cape Verde**
*São Vicente*



**Spain**
*Seville*



**Sweden**
*Stockholm*



**Marrocco**
*Tangier*



**Israel**
*Tel Aviv*



**Spain**
*Tenerife*



**Portugal**
*Terceira*



**Canada**
*Toronto*



**France**
*Toulouse*



Spain
*Valencia*



Italy
*Venice*



Austria
*Vienna*



Poland
*Warsaw*



United States
*Washington*



Switzerland
*Zurich*

Useful links

Other important features

Promotions

**Newsletter**

Subscribe to the TAP newsletter and receive all special offers, promotions and news in your inbox. Always be aware of the best opportunities.

Register



A STAR ALLIANCE MEMBER ✩

Case 1:23-cv-04033-LJL    Document 304    Filed 01/31/24    Page 36 of 55



**Wikipedia**
The Free Encyclopedia

# List of Spirit Airlines destinations

This is a list of destinations that **Spirit Airlines** serves as of January 2024:[1]

EXHIBIT  G

| Country (State/Province) | City | Airport | Notes | Refs |
|---|---|---|---|---|
| Aruba | Oranjestad | Queen Beatrix International Airport | | |
| Bahamas | Freeport | Grand Bahama International Airport | Terminated | [2] |
| | Nassau | Lynden Pindling International Airport | Terminated | |
| | San Salvador Island | San Salvador Airport | Terminated | |
| Cayman Islands | Grand Cayman | Owen Roberts International Airport | Terminated | [3] |
| Colombia | Armenia | El Edén International Airport | | |
| | Barranquilla | Ernesto Cortissoz International Airport | | |
| | Bogotá | El Dorado International Airport | | |
| | Bucaramanga | Palonegro International Airport | Terminated | |
| | Cali | Alfonso Bonilla Aragón International Airport | | |
| | Cartagena | Rafael Núñez International Airport | | |
| | Medellín | José María Córdova International Airport | | |
| Costa Rica | San José de Costa Rica | Juan Santamaría International Airport | | |
| Cuba | Havana | Jose Martí International Airport | Terminated | |
| Dominican Republic | Punta Cana | Punta Cana International Airport | | |
| | Santiago | Cibao International Airport | | |
| | Santo Domingo | Las Américas International Airport | | |
| Ecuador | Guayaquil | José Joaquín de Olmedo International Airport | | |
| El Salvador | San Luis Talpa | Monseñor Óscar Arnulfo Romero International Airport | | |
| Guatemala | Guatemala City | La Aurora International Airport | | |
| Haiti | Cap-Haïtien | Cap-Haïtien International Airport | | |
| | Port-au-Prince | Toussaint Louverture International Airport | | |
| Honduras | San Pedro Sula | Ramón Villeda Morales International Airport | | |
| | Tegucigalpa | Comayagua International Airport | | |
| Jamaica | Kingston | Norman Manley International Airport | | |
| | Montego Bay | Sangster International Airport | | |
| Mexico (Baja California Sur) | Cabo San Lucas | Los Cabos International Airport | Suspended until summer 2024. | |
| Mexico (Quintana Roo) | Cancún | Cancún International Airport | | |
| | Tulum | Tulum International Airport | Starts March 28 2024 | |
| Mexico (Jalisco) | Puerto Vallarta | Licenciado Gustavo Díaz Ordaz International Airport | Suspended until summer 2024. | |
| Mexico (State of Mexico) | Toluca | Lic. Adolfo López Mateos International Airport | Terminated | |
| Nicaragua | Managua | Augusto C. Sandino International Airport | | |
| Panama | Panama City | Tocumen International Airport | | |
| Peru | Lima | Jorge Chávez International Airport | Suspended until summer 2024. | |
| Sint Maarten | Philipsburg | Princess Juliana International Airport | | |
| Trinidad and Tobago | Port-of-Spain | Piarco International Airport | Terminated | |
| Turks and Caicos Islands | Grand Turk Island | JAGS McCartney International Airport | Terminated | |
| | Providenciales | Providenciales International Airport | Terminated | [4] |
| United States (Arizona) | Phoenix | Phoenix Sky Harbor International Airport | | |
| | | Phoenix–Mesa Gateway Airport | Terminated | [5] |
| United States (California) | Burbank | Hollywood Burbank Airport | | |
| | Los Angeles | Los Angeles International Airport | | |
| | Oakland | Oakland International Airport | | |
| | Orange County/Santa Ana | John Wayne Airport | | |
| | Sacramento | Sacramento International Airport | | [6] |
| | San Diego | San Diego International Airport | | |
| | San Jose | Norman Y. Mineta San Jose International Airport | | [7] |
| United States (Colorado) | Denver | Denver International Airport | Terminated | [8] |
| United States (Connecticut) | Hartford | Bradley International Airport | | |
| United States (District of Columbia) | Washington, D.C. | Ronald Reagan Washington National Airport | | [9] |
| United States (Florida) | Fort Lauderdale | Fort Lauderdale–Hollywood International Airport | Base | |
| | Fort Myers | Southwest Florida International Airport | | |
| | Jacksonville | Jacksonville International Airport | Terminated | |
| | Miami | Miami International Airport | Base | [10] |
| | Orlando | Orlando International Airport | Base | |
| | Pensacola | Pensacola International Airport | | [11] |
| | Tampa | Tampa International Airport | | |
| | West Palm Beach | Palm Beach International Airport | | |
| United States (Georgia) | Atlanta | Hartsfield–Jackson Atlanta International Airport | Base | |
| United States (Idaho) | Boise | Boise Airport | | |
| United States (Illinois) | Chicago | O'Hare International Airport | Base | |
| United States (Indiana) | Indianapolis | Indianapolis International Airport | | |
| United States (Kentucky) | Louisville | Louisville Muhammad Ali International Airport | | |
| United States (Louisiana) | New Orleans | Louis Armstrong New Orleans International Airport | | |
| United States (Maryland) | Baltimore | Baltimore/Washington International Airport | | |
| United States (Massachusetts) | Boston | Logan International Airport | | |
| United States (Michigan) | Detroit | Detroit Metropolitan Airport | Base | |
| United States (Minnesota) | Minneapolis/Saint Paul | Minneapolis–Saint Paul International Airport | | |
| United States (Missouri) | Kansas City | Kansas City International Airport | | |
| | St. Louis | St. Louis Lambert International Airport | | |
| United States (Nevada) | Las Vegas | Harry Reid International Airport | Base | |
| | Reno | Reno–Tahoe International Airport | | |
| United States (New Hampshire) | Manchester | Manchester–Boston Regional Airport | | |
| United States (New Jersey) | Atlantic City | Atlantic City International Airport | Base | |
| | Newark | Newark Liberty International Airport | | |
| United States (New York) | Islip | Long Island MacArthur Airport | Terminated | [12] |
| | New York City | LaGuardia Airport | | |
| | Niagara Falls | Niagara Falls International Airport | Terminated | [13] |
| | Plattsburgh | Plattsburgh International Airport | Terminated | |
| | Rochester | Greater Rochester International Airport | | [14] |
| United States (North Carolina) | Asheville | Asheville Regional Airport | Terminated | |
| | Charlotte | Charlotte Douglas International Airport | | [15] |
| | Greensboro / High Point | Piedmont Triad International Airport | Terminated | |
| | Raleigh / Durham | Raleigh–Durham International Airport | | |
| United States (Ohio) | Akron/Canton | Akron–Canton Airport | Terminated | |
| | Cleveland | Cleveland Hopkins International Airport | | |
| | Columbus | John Glenn Columbus International Airport | | |
| United States (Oregon) | Portland, OR | Portland International Airport | | |
| United States (Pennsylvania) | Latrobe | Arnold Palmer Regional Airport | | |

**Reno–Tahoe International Airport** is a public and military airport three miles (4.8 km) southeast of downtown Reno, in Washoe County, Nevada, United States. It is the state's second busiest commercial airport after Harry Reid International Airport in Las Vegas. The Nevada Air National Guard has the 152nd Airlift Wing southwest of the airport's main terminal. The airport is named after both the City of Reno, Nevada and Lake Tahoe. The airspace of Reno–Tahoe Airport is controlled by the Northern California TRACON and Oakland Air Route Traffic Control Center.

| Country (State/Province) | City | Airport | Notes | Refs |
|---|---|---|---|---|
| | Philadelphia | Philadelphia International Airport | | |
| | Pittsburgh | Pittsburgh International Airport | | |
| United States (Puerto Rico) | Aguadilla | Rafael Hernández Airport | Suspended until summer 2024. | |
| | Ponce | Mercedita International Airport | Suspended until summer 2024. | [15] |
| | San Juan | Luis Muñoz Marín International Airport | | |
| United States (Rhode Island) | Providence | Rhode Island T. F. Green International Airport | Terminated | [4] |
| United States (South Carolina) | Charleston | Charleston International Airport | | [17] |
| | Columbia | Columbia Metropolitan Airport | Terminated | |
| | Myrtle Beach | Myrtle Beach International Airport | | |
| United States (Tennessee) | Memphis | Memphis International Airport | | |
| | Nashville | Nashville International Airport | | |
| United States (Texas) | Austin | Austin–Bergstrom International Airport | | |
| | Dallas/Fort Worth | Dallas Fort Worth International Airport | Base | |
| | Houston | George Bush Intercontinental Airport | Base | |
| | San Antonio | San Antonio International Airport | | [18] |
| United States (U.S. Virgin Islands) | St. Thomas | Cyril E. King Airport | | |
| | St. Croix | Henry E. Rohlsen Airport | | |
| United States (Utah) | Salt Lake City | Salt Lake City International Airport | | [19] |
| United States (Virginia) | Norfolk | Norfolk International Airport | | [20] |
| | Richmond | Richmond International Airport | | |
| United States (Washington) | Seattle | Seattle–Tacoma International Airport | | |
| United States (Wisconsin) | Milwaukee | Milwaukee Mitchell International Airport | | |
| United States (West Virginia) | Charleston | Yeager Airport | Terminated | |

[21]

## References

1. "Spirit Airlines | flights, check-in, boarding pass, flight status, vacations" (http://www.spirit.com/routemaps.aspx). *www.spirit.com*. Retrieved 15 March 2018.
2. "Spirit Airlines Pulls Out of Grand Bahama" (https://web.archive.org/web/20190122094806/http://www.bhahotels.com/news-updates/333-spirit-airlines-pulls-out-grand-bahama). *www.bhahotels.com*. Archived from the original (http://www.bhahotels.com/news-updates/333-spirit-airlines-pulls-out-of-grand-bahama) on 22 January 2019. Retrieved 15 March 2018.
3. "Spirit Airlines launches new service from Florida to the Cayman Islands" (http://www.caribbean.com/cgi-bin/cms/page.cgi?g=Detailed/423.html). *www.caribbean.com*. Retrieved 16 March 2018.
4. "Spirit Airlines to offer service from T.F. Green – Providence Business News" (http://pbn.com/Spirit-Airlines-to-offer-service-from-TF-Green,15457). *Providence Business News*. 20 August 2004. Retrieved 15 March 2018.
5. "Spirit Airlines to leave Mesa Gateway for Sky Harbor" (https://www.azcentral.com/community/mesa/articles/20130730spirit-takes-business-phoenix-sky-harbor-international-airport.html). *azcentral.com*. Retrieved 15 March 2018.
6. Zumbach, Lauren. "Sacramento-to-Las Vegas fares are about to drop. Here's why" (https://www.sacbee.com/entertainment/living/travel/article227482454.html) – via Sacramento Bee.
7. "Spirit Airlines to Operate at San Jose International Airport – NBC Bay Area" (http://www.nbcbayarea.com/news/local/south-bay/spirit-airlines-san-jose-international-airport/3159541/). 16 February 2017. Archived (https://web.archive.org/web/20230312051433/https://www.nbcbayarea.com/news/local/south-bay/spirit-airlines-san-jose-international-airport/3159541/) from the original on 12 March 2023. Retrieved 12 March 2023.
8. "Spirit Airlines will stop flying out of Denver International Airport" (https://www.cbsnews.com/colorado/news/spirit-airlines-cease-flights-denver-international-airport/). *CBS News*. 3 November 2023.
9. Sun, Baltimore. "Spirit Airlines to add flights to Boston and Detroit" (http://www.baltimoresun.com/business/bs-bz-spirit-bwi-flights-20151217-story.html). *baltimoresun.com*. Retrieved 15 March 2018.
10. Dolven, Taylor (16 May 2022). "Spirit Airlines makes MIA debut with first flights planned for October" (https://archive.today/20230505233646/https://amp.miamiherald.com/article251977383.html). Archived from the original (https://amp.miamiherald.com/article251977383.html) on 5 May 2023. Retrieved 5 May 2023.
11. Spirit Airlines Heads to Pensacola, Bringing Seven Cities Nonstop Access to Florida's Beaches" (https://ir.spirit.com/news-releases/news-details/2021/Spirit-Airlines-Heads-to-Pensacola-Bringing-Seven-Cities-Nonstop-Access-to-Floridas-Beaches/default.aspx). *ir.spirit.com*.
12. Powderly, Henry (21 May 2014). "7 airlines that flew away from LI's MacArthur Airport" (https://www.newsday.com/business/long-island-macarthur-airlines-that-left-long-island-a76466). *Newsday*. Retrieved 16 October 2023.
13. WGRZ Staff. "Spirit Airlines to Stop Flying to Niagara Falls" (https://www.msn.com/en-us/travel/news/prior-aviation-ends-operations-at-buffalo-airport-spirit-to-stop-flying-at-niagara-falls-airport/ar-BB19qjet?ocid=FinanceShimLayer&fbclid=IwAR3Bu8kWgEh_IYbMIauxvTAv5WFJe2dM34DrftuEbEV9DC_4aqoDRxf7Grg). *Newsday*. Retrieved 21 October 2020.
14. "Spirit Airlines lands in Rochester, non-stop flights available at Frederick Douglass airport" (https://www.rochesterfirst.com/news/lifestyles/travel/watch-live-spirit-airlines-officially-launches-out-of-rochester-airport/). *RochesterFirst*. 18 October 2022. Retrieved 17 April 2023.
15. "The Charlotte airport is about to welcome another low-cost airline" (https://www.charlotteobserver.com/news/business/article226113690.html). *charlotteobserver.com*.
16. "SPIRIT AIRLINES(R) Announces Nonstop Service to Ponce, Puerto Rico" (http://www.businesswire.com/news/home/20070725005788/en/SPIRIT-AIRLINES-Announces-Nonstop-Service-Ponce-Puerto). Retrieved 15 March 2018.
17. Ardary, Steven; Blair, Meredith (14 December 2022). "Spirit Airlines takes to the skies from Charleston International in 2023" (https://www.live5news.com/2022/12/14/spirit-airlines-takes-skies-charleston-international-2023/). *www.live5news.com*. Archived (https://web.archive.org/web/20230312052920/https://www.live5news.com/2022/12/14/spirit-airlines-takes-skies-charleston-international-2023/) from the original on 12 March 2023. Retrieved 12 March 2023.
18. @SATairport (12 July 2022). "We are THRILLED to announce @SpiritAirlines will be coming to San Antonio! This exciting partnership will offer our…" (https://twitter.com/SATairport/status/1546874564810096641) (Tweet) – via Twitter.
19. Williams, Carter (25 January 2022). "Salt Lake City adds new airline service for the first time in 8 years" (https://www.deseret.com/utah/2022/1/25/22910400/salt-lake-city-airport-adds-spirit-airlines-budget-airfare-daily-flights-vegas-orlando-los-angeles). *Deseret News*. Retrieved 27 January 2022.
20. Reese, Brian (5 October 2022). "Spirit Airlines coming to Norfolk International Airport | WRIC ABC 8News" (https://www.wric.com/news/spirit-airlines-coming-to-norfolk-international-airport/). Archived (https://web.archive.org/web/20221128080703/https://www.wric.com/news/spirit-airlines-coming-to-norfolk-international-airport/) from the original on 28 November 2022. Retrieved 12 March 2023.
21. "Spirit Airlines ending service to Charleston, WV" (https://www.wowktv.com/news/spirit-airlines-ending-service-to-charleston-wv/). *WOWK 13 News*. 2 March 2023. Retrieved 28 November 2023.

Retrieved from "https://en.wikipedia.org/w/index.php?title=List_of_Spirit_Airlines_destinations&oldid=1197249378"

# EXHIBIT H



Avianca is the flag carrier of Colombia and is a member of Star Alliance.

List of Singapore Airlines destinations - Wikipedia


**WIKIPEDIA**
The Free Encyclopedia

## List of Singapore Airlines destinations

**Singapore Airlines** flies to 75 international destinations in 32 countries on five continents (as of June 2022) from its primary hub in Singapore. India is served by eight the highest number of destinations.[1]

After the Asian Financial Crisis in 1997, Singapore Airlines discontinued flying to Kagoshima, Berlin, Darwin, Cairns, Hangzhou and Sendai. Toronto was discontinued in 1994. During the SARS outbreak in 2003/04, Singapore Airlines discontinued flying to Brussels, Las Vegas, Chicago, Hiroshima, Kaohsiung, Mauritius, Vienna, Madrid, Seattle, Shenzhen and Surabaya.[2][3] In addition, Singapore Airlines discontinued flights to Vancouver (before the 2010 Winter Olympics) and Amritsar in 2009,[4] and São Paulo in 2016.[5]

Singapore Airlines presently operates the longest and second longest flights in the world, non-stop to New York JFK and Newark Liberty respectively, using the Airbus A350-900ULR. Singapore to Newark was the world's longest flight from 2004-2013, and 2018-2021, when they started JFK to Singapore. [6] Previously, it operated to Newark with the Airbus A340-500 aircraft until they were phased out in 2013.[7] Non-stop service to Los Angeles, also previously operated with the A340-500, also resumed in November 2018 with the new A350-900ULR. [8]

In October 2016, Singapore Airlines restarted its nonstop service from Singapore to the US with the launch of its new Singapore-San Francisco route.[9] The route flies A350-900 aircraft and includes Business, Premium Economy and Economy classes.[10]

The former Capital Express Route linking Singapore and Wellington via Canberra was replaced in May 2018 with Singapore-Sydney-Canberra-Singapore and Singapore-Melbourne-Wellington-Melbourne-Singapore routes.[11]

# EXHIBIT  I

In September 2020, the carrier announced that it will suspend services to Canberra, Dusseldorf, Stockholm and Wellington due to a drop in demand arising from the COVID-19 pandemic.[12][13][14]

## List

| Country | City | Airport | Notes | Refs |
|---|---|---|---|---|
| Australia | Adelaide | Adelaide Airport | | [1] |
| | Brisbane | Brisbane Airport | | [1] |
| | Cairns | Cairns Airport | | [15][16][17][18] |
| | Canberra | Canberra Airport | Terminated | [12][14][19] |
| | Darwin | Darwin International Airport | | [17][20] |
| | Melbourne | Melbourne Airport | | [1] |
| | Perth | Perth Airport | | [1] |
| | Sydney | Sydney Airport | | [1] |
| Austria | Vienna | Vienna International Airport | Terminated | [19][21] |
| Bahrain | Manama | Bahrain International Airport | Terminated | [22][23] |
| Bangladesh | Chittagong | Shah Amanat International Airport | Terminated | |
| | Dhaka | Shahjalal International Airport | | [21][24] |
| Belgium | Brussels | Brussels Airport | Resumes 5 April 2024 | [24][25] |
| Brazil | São Paulo | São Paulo/Guarulhos International Airport | | [1][25] |
| Brunei | Bandar Seri Begawan | Brunei International Airport | | [1] |
| Cambodia | Phnom Penh | Phnom Penh International Airport | | [26] |
| | Siem Reap | Siem Reap International Airport | Terminated | [27][28][29] |
| | | Siem Reap–Angkor International Airport | | [29] |
| Canada | Toronto | Toronto Pearson International Airport | Terminated | [30] |
| | Vancouver | Vancouver International Airport | Terminated | [31][32][33] |
| China[a] | Beijing | Beijing Capital International Airport | | [1] |
| | Chengdu | Chengdu Shuangliu International Airport | Terminated | [34][35] |
| | | Chengdu Tianfu International Airport | | [35][36] |
| | Chongqing | Chongqing Jiangbei International Airport | | [26][36] |
| | Guangzhou | Guangzhou Baiyun International Airport | | [37] |
| | Hangzhou | Hangzhou Xiaoshan International Airport | Terminated | |
| | Nanjing | Nanjing Lukou International Airport | Terminated | |
| | Shanghai | Shanghai Pudong International Airport | | [1] |
| | Shenzhen | Shenzhen Bao'an International Airport | | [38][39][36] |
| | Xiamen | Xiamen Gaoqi International Airport | | [36] |
| Denmark | Copenhagen | Copenhagen Airport | | [1] |
| Egypt | Cairo | Cairo International Airport | Terminated | [40] |
| France | Paris | Charles de Gaulle Airport | | [1] |
| | | Orly Airport | Terminated | [41] |
| Germany | Berlin | Berlin Brandenburg Airport | Terminated | |
| | Düsseldorf | Düsseldorf Airport | Terminated | [42][12][14] |
| | Frankfurt | Frankfurt Airport | | [1] |
| | Munich | Munich Airport | | [1][43] |
| Greece | Athens | Athens International Airport | Terminated | [44][45] |
| Hong Kong | Hong Kong | Hong Kong International Airport | | [1] |
| | | Kai Tak Airport | Airport Closed | |
| India | Ahmedabad | Sardar Vallabhbhai Patel International Airport | | [1][46] |
| | Amritsar | Sri Guru Ram Dass Jee International Airport | Terminated | [47][48] |
| | Bangalore | Kempegowda International Airport | | [1][46] |
| | Chennai | Chennai International Airport | | [1][46] |
| | Delhi | Indira Gandhi International Airport | | [1][46] |
| | Hyderabad | Rajiv Gandhi International Airport | | [36][46] |
| | Kochi | Cochin International Airport | | [46] |
| | Kolkata | Netaji Subhas Chandra Bose International Airport | | [1][46] |
| | Mumbai | Chhatrapati Shivaji Maharaj International Airport | | [1][46] |
| | Pune | Pune International Airport | Terminated | [1][46] |
| Indonesia | Bandung | Husein Sastranegara International Airport | Suspended | [49] |
| | Denpasar | Ngurah Rai International Airport | | [1] |
| | Jakarta | Soekarno–Hatta International Airport | | [1] |
| | Medan | Kualanamu International Airport | | [1] |
| | Palembang | Sultan Mahmud Badaruddin II International Airport | Terminated | |
| | Pekanbaru | Sultan Syarif Kasim II International Airport | Terminated | |
| | Surabaya | Juanda International Airport | | [1][36][50] |
| Iran | Tehran | Tehran Mehrabad International Airport | Terminated | [22] |
| Italy | Milan | Milan Malpensa Airport | | [1] |
| | Rome | Leonardo da Vinci–Fiumicino Airport | | [1][51] |
| Japan | Fukuoka | Fukuoka Airport | | [1] |
| | Hiroshima | Hiroshima Airport | | [2] |
| | Nagoya | Chubu Centrair International Airport | | [1] |
| | Osaka | Kansai International Airport | | [1] |
| | Sapporo | New Chitose Airport | | [52][53] |
| | Sendai | Sendai Airport | | [18] |
| | Tokyo | Haneda Airport | | [1][54] |
| | | Narita International Airport | | [1] |
| Kuwait | Kuwait City | Kuwait International Airport | | [55][56] |
| Macau | Macau | Macau International Airport | | [57] |
| Malaysia | Kota Kinabalu | Kota Kinabalu International Airport | | [57] |
| | Kuala Lumpur | Kuala Lumpur International Airport | | [1] |
| | Kuantan | Sultan Haji Ahmad Shah Airport | | [58] |
| | Kuching | Kuching International Airport | | [57] |
| | Langkawi | Langkawi International Airport | | [57] |
| | Penang | Penang International Airport | | [26] |
| Maldives | Malé | Velana International Airport | | [1] |
| Malta | Luqa | Luqa Airport | | [1] |
| Mauritius | Port Louis | Sir Seewoosagur Ramgoolam International Airport | | [2] |

**George Bush Intercontinental Airport** is an international airport in Houston, Texas, United States, serving the Greater Houston metropolitan area. Located about 23 miles (37 km) north of Downtown Houston between Interstate 45 and Interstate 69/U.S. Highway 59 with direct access to the Hardy Toll Road expressway, George Bush Intercontinental Airport has scheduled flights to a large number of domestic and international destinations covering five continents. It is the busiest airport in Texas for international passenger traffic and number of international destinations, as well as being the second

| Country | City | Airport | | Refs |
|---|---|---|---|---|
| | | | busiest airport in Texas overall, and the 13th busiest in the United States for total passenger traffic. | [60] |
| Myanmar | Mandalay | Mandalay International Airport | | [60] |
| | Yangon | Yangon International Airport | | [1][61] |
| Nepal | Kathmandu | Tribhuvan International Airport | ⚙ | [2][62][25] |
| Netherlands | Amsterdam | Amsterdam Airport Schiphol | | [1] |
| New Zealand | Auckland | Auckland Airport | | [1] |
| | Christchurch | Christchurch Airport | | [1] |
| | Wellington | Wellington Airport | Terminated | [13][14][19] |
| Pakistan | Karachi | Jinnah International Airport | Terminated | [2][36] |
| | Lahore | Allama Iqbal International Airport | Terminated | [2][36] |
| Papua New Guinea | Port Moresby | Jacksons International Airport | Terminated | [63] |
| Philippines | Cebu | Mactan–Cebu International Airport | | [1] |
| | Davao | Francisco Bangoy International Airport | Terminated | [64] |
| | Manila | Ninoy Aquino International Airport | | [1] |
| Russia | Moscow | Domodedovo International Airport | Suspended | [1][65][66][67] |
| Saudi Arabia | Dhahran | King Abdulaziz International Airport | Airport Closed | [1] |
| | Jeddah | King Abdulaziz International Airport | | [70][1] |
| | Riyadh | King Khalid International Airport | | [40] |
| Singapore | Singapore | Changi Airport | Hub | [1] |
| | | Singapore International Airport | Airport Closed | [71] |
| South Africa | Cape Town | Cape Town International Airport | | [1] |
| | Durban | Durban International Airport | Terminated | [2] |
| | Johannesburg | O. R. Tambo International Airport | | [1] |
| South Korea | Busan | Gimhae International Airport | | [72] |
| | Seoul | Incheon International Airport | | [1] |
| Spain | Barcelona | Josep Tarradellas Barcelona–El Prat Airport | | [1] |
| | Madrid | Adolfo Suárez Madrid–Barajas Airport | | [1] |
| Sri Lanka | Colombo | Bandaranaike International Airport | | [1] |
| Sweden | Stockholm | Stockholm Arlanda Airport | Terminated | [74][73][73][74] |
| Switzerland | Zürich | Zürich Airport | | [1] |
| Taiwan | Kaohsiung | Kaohsiung International Airport | Terminated | [2] |
| | Taipei | Taoyuan International Airport | | [1] |
| Thailand | Bangkok | Don Mueang International Airport | Terminated | [1] |
| | | Suvarnabhumi Airport | | [1] |
| | Phuket | Phuket International Airport | | [1] |
| Turkey | Istanbul | Istanbul Airport | | [1][76] |
| | | Istanbul Atatürk Airport | Airport Closed | [75] |
| United Arab Emirates | Abu Dhabi | Abu Dhabi International Airport | Terminated | [36][44] |
| | Dubai | Dubai International Airport | | [1][22] |
| United Kingdom | London | Gatwick Airport | Begins 21 June 2024 | [77] |
| | | Heathrow Airport | | [1] |
| | Manchester | Manchester Airport | | [1][78] |
| United States | Chicago | O'Hare International Airport | Terminated | [1] |
| | Honolulu | Daniel K. Inouye International Airport | Terminated | [79] |
| | Houston | George Bush Intercontinental Airport | | [1][80][86] |
| | Las Vegas | Harry Reid International Airport | Terminated | [81] |
| | Los Angeles | Los Angeles International Airport | | [1] |
| | Newark | Newark Liberty International Airport | | [1][83][84] |
| | New York City | John F. Kennedy International Airport | | [1] |
| | San Francisco | San Francisco International Airport | | [1] |
| | Seattle | Seattle–Tacoma International Airport | | [1][85] |
| Vietnam | Da Nang | Da Nang International Airport | | [86] |
| | Hanoi | Noi Bai International Airport | | [1] |
| | Ho Chi Minh City | Tan Son Nhat International Airport | | [1] |

## Notes

a. See separate entries for destinations in Hong Kong and Macau.

## References

1. "Where we fly" (https://www.singaporeair.com/en_UK/sg/plan-travel/destinations/where-we-fly/). Singapore Airlines. Archived (https://web.archive.org/web/20200929204518/https://www.singaporeair.com/en_UK/sg/plan-travel/destinations/where-we-fly/) from the original on 2020-09-29. Retrieved 2020-09-29.

2. "Annual Report FY2002-03" (https://www.singaporeair.com/saar5/pdf/Investor-Relations/Annual-Report/annualreport0203.pdf) (PDF). Singapore Airlines. Archived (https://web.archive.org/web/20170426063405/https://www.singaporeair.com/saar5/pdf/Investor-Relations/Annual-Report/annualreport0203.pdf) (PDF) from the original on 2017-04-26. Retrieved 2020-09-23. "SIA suspends services to Kathmandu, Lahore and Karachi indefinitely. ... operations to Durban were terminated in January 2003 ... Operations to six destinations – Brussels, Chicago, Las Vegas, Hiroshima, Kaohsiung and Mauritius – were terminated"

3. "Singapore Air cancels Chicago, Vegas service" (http://www.travelweekly.com/Travel-News/Airline-News/Singapore-Air-cancels-Chicago-Vegas-service/) Travel Weekly. 2 May 2003. Archived (https://web.archive.org/web/20180126185555/http://www.travelweekly.com/Travel-News/Airline-News/Singapore-Air-cancels-Chicago-Vegas-service/) from the original on 26 January 2018. Retrieved 18 June 2015.

4. "Suspension Of Service To Vancouver" (https://www.singaporeair.com/en_UK/au/media-centre/press-release/article/?q=en_UK/2009/January-March/14Jan2009-1900). Singapore Airlines. Archived (https://web.archive.org/web/20221209124846/https://www.singaporeair.com/en_UK/au/media-centre/press-release/article/?q=en_UK/2009/January-March/14Jan2009-1900) from the original on 2022-12-09. Retrieved 2016-05-30.

5. Logatta, Margie T. (28 March 2011). "Singapore Airlines kicks off thrice-weekly Sao Paulo flights" (https://www.businesstraveller.com/news/2011/03/28/singapore-airlines-kicks-off-thrice-weekly-sao-paulo-flights/). Business Traveller. Archived (https://web.archive.org/web/20210613082326/https://www.businesstraveller.com/news/2011/03/28/singapore-airlines-kicks-off-thrice-weekly-sao-paulo-flights/) from the original on 13 June 2021. Retrieved 15 March 2020.

6. Josephs, Leslie (June 2, 2018). "Singapore Airlines has restarted a nonstop flight from Newark to Singapore. Here's what to expect on the world's longest flight" (https://www.cnbc.com/2018/06/02/singapore-airlines-is-bringing-back-the-worlds-longest-flight.html). CNBC. Archived (https://web.archive.org/web/20181023081651/https://www.cnbc.com/2018/06/02/singapore-airlines-is-bringing-back-the-worlds-longest-flight.html) from the original on October 23, 2018. Retrieved October 23, 2018.

7. "Singapore Airlines to end world's longest flights | Business | Bradenton Herald" (https://web.archive.org/web/20121101014338/http://www.bradenton.com/2012/10/29/4256825/singapore-airlines-to-end-worlds.html). Archived from the original on 2012-11-01. Retrieved 2012-10-30.

8. https://www.singaporeair.com/en_UK/id/media-centre/press-release/article/?q=en_UK/2018/July-September/ne2218-180711

9. "Singapore Air to Challenge United With Nonstop U.S. Flights" (https://www.bloomberg.com/news/articles/2016-06-15/united-to-have-only-u-s-singapore-nonstop-for-just-four-months). Bloomberg. 15 June 2016. Archived (https://web.archive.org/web/20180126191121/https://www.bloomberg.com/news/articles/2016-06-15/united-to-have-only-u-s-singapore-nonstop-for-just-four-months) from the original on 2018-01-26. Retrieved 2017-03-11 – via www.bloomberg.com.

10. "SIA To Expand US Operations With Non-Stop San Francisco Flights And Second Daily Los Angeles Service" (https://www.singaporeair.com/en_UK/gb/media-centre/press-release/article/?q=en_UK/2016%2FApril-June%2Fne1916-160616). Singapore Airlines. Archived (https://web.archive.org/web/20210207115239/https://www.singaporeair.com/en_UK/gb/media-centre/press-release/article/?q=en_UK/2016%2FApril-June%2Fne1916-160616) from the original on 2021-02-07. Retrieved 2018-01-05.

11. Yosephine, Liza (26 January 2018). "Singapore Airlines scraps Canberra-Wellington flights" (http://www.thejakartapost.com/travel/2018/01/26/singapore-airlines-scraps-canberra-wellington-flights.html). Jakarta Post. Archived (https://web.archive.org/web/20180207005522/http://www.thejakartapost.com/travel/2018/01/26/singapore-airlines-scraps-canberra-wellington-flights.html) from the original on 7 February 2018. Retrieved 7 February 2018.

12. "August 2020 Operating Results" (https://www.singaporeair.com/saar5/pdf/Investor-Relations/Operating-Stats/opstats-aug20.pdf) (PDF). Singapore Airlines. Archived (https://web.archive.org/web/20201106034210/https://www.singaporeair.com/saar5/pdf/Investor-Relations/Operating-Stats/opstats-aug20.pdf) from the original on 2020-11-06. Retrieved 2020-09-15. "Singapore Airlines will suspend services to Canberra, Dusseldorf, Stockholm and Wellington as part of a review of its network due to the Covid-19 pandemic."

13. "SIA Group passenger carriage down 98.3% in August, some flights suspended due to COVID-19" (https://www.channelnewsasia.com/news/singapore/sia-passenger-carriage-august-2020-flights-suspended-covid-19-13113418). CNA. Archived (https://web.archive.org/web/20200920053747/https://www.channelnewsasia.com/news/singapore/sia-passenger-carriage-august-2020-flights-suspended-covid-19-13113418) from the original on 20 September 2020. Retrieved 20 September 2020.

14. Tan, Lynette (15 September 2020). "SIA axes flights to Canberra, Dusseldorf, Stockholm and Wellington for good" (https://www.businesstimes.com.sg/companies-markets/sia-axes-flights-to-canberra-dusseldorf-stockholm-and-wellington-for-good). The Business Times. Archived (https://web.archive.org/web/20200929212652/https://www.businesstimes.com.sg/companies-markets/sia-axes-flights-to-canberra-dusseldorf-stockholm-and-wellington-for-good) from the original on 29 September 2020. Retrieved 15 September 2020.

15. "Annual Report FY2000-01" (https://www.singaporeair.com/saar5/pdf/Investor-Relations/Annual-Report/annualreport0001.pdf) (PDF). Singapore Airlines. Archived (https://web.archive.org/web/20191028062735/https://www.singaporeair.com/saar5/pdf/Investor-Relations/Annual-Report/annualreport0001.pdf) (PDF) from the original on 28 October 2019. Retrieved 23 September 2020. "Operations to Vienna were ceased from 29 October 2000. ... Flights to Cairns were terminated from 25 March 2001."

16. David Flynn (16 April 2021). "Singapore Airlines brings Boeing 737s to Cairns, Darwin" (https://www.executivetraveller.com/news/singapore-airlines-brings-boeing-737s-to-cairns-darwin). Executive Traveller. Archived (https://web.archive.org/web/20210417154010/https://www.executivetraveller.com/news/singapore-airlines-brings-boeing-737s-to-cairns-darwin) from the original on 17 April 2021. Retrieved 17 April 2021.

17. Chris Ashton (23 February 2022). "Singapore Airlines restarts Cairns flights" (https://www.executivetraveller.com/news/singapore-airlines-restarts-cairns-flights). Executive Traveller. Archived (https://web.archive.org/web/20220308202052/https://www.executivetraveller.com/news/singapore-airlines-restarts-cairns-flights) from the original on 8 March 2022. Retrieved 23 February 2022.

19. Chamberlin, Chris. "Singapore Airlines drops flights to Canberra, Wellington" (https://www.executivetraveller.com/singapore-airlines-drops-canberra-wellington-on-flights). *Executive Traveller*. Archived (https://web.archive.org/web/20200915071803/https://www.executivetraveller.com/news/singapore-airlines-drops-canberra-wellington-flights) from the original on 15 September 2020. Retrieved 14 September 2020.

20. Andrew (27 February 2022). "Singapore Airlines restarting Darwin flights from 29 March" (https://mainlymiles.com/2022/02/27/singapore-airlines-restarting-darwin-flights-from-29-march/). *Mainly Miles*. Archived (https://web.archive.org/web/20220915533/https://mainlymiles.com/2022/02/27/singapore-airlines-restarting-darwin-flights-from-29-march/) from the original on 27 February 2022. Retrieved 27 February 2022.

21. "Austria, here we come" (https://eresources.nlb.gov.sg/newspapers/Digitised/Article/singnation19800328-1.2.22.4). *Singapore Monitor*. 28 March 1985. "Singapore Airlines is spreading its silver wings to Vienna ... from April 4."

22. Peter Ong (29 November 1971). "SIA looks to Africa, Canada" (http://eresources.nlb.gov.sg/newspapers/Digitised/Article/newnation19771129-1.2.23.). *NewspaperSG*. New Nation. p. 4. Archived (https://web.archive.org/web/20211109105124/https://eresources.nlb.gov.sg/newspapers/Digitised/Article/newnation19771129-1.2.23) from the original on 9 November 2021. Retrieved 9 November 2021. "SIA now flies to three cities in the Middle East — Tehran, Bahrain and Dubai."

23. "Bahrain will no longer be a stopover point for airline" (http://eresources.nlb.gov.sg/newspapers/Digitised/Article/biztimes19880304-1.2.10.4). *NewspaperSG*. BUSINESS TIMES. 4 March 1988.

24. "Singapore Airlines resurrects nonstop Brussels route from April 2024" (https://mainlymiles.com/2023/09/12/singapore-airlines-resurrects-non-stop-brussels-route-from-april-2024/). *Mainly Miles*. Retrieved 12 September 2023.

25. "Singapore Airlines to pull out of South America in 4Q" (https://www.ch-aviation.com/news/47066-singapore-airlines-to-pull-out-of-south-america-in-4q). *ch-aviation*. 17 June 2016. Retrieved 30 January 2024.

26. "SilkAir continues its journey as Singapore Airlines" (https://www.singaporeair.com/en_UK/sg/travel-info/sia-narrowbody/). *Singapore Airlines*. Archived (https://web.archive.org/web/20211130190519/https://www.singaporeair.com/en_UK/sg/travel-info/sia-narrowbody/) from the original on 2021-11-30. Retrieved 2021-02-20.

27. "Singapore Airlines expands 737-800 network from March 2021" (https://www.singaporeair.com/en_UK/sg/travel-info/sia-narrowbody/). *Singapore Airlines*. 3 April 2021. Archived (https://web.archive.org/web/20211130190519/https://www.singaporeair.com/en_UK/sg/travel-info/sia-narrowbody/) from the original on 20 November 2021. Retrieved 20 February 2021.

28. "Vaccinated Travel Lanes (VTL)" (https://www.singaporeair.com/en_UK/sg/travel-info/vaccinated-travel-lanes/). *Singapore Airlines*. Archived (https://web.archive.org/web/20211126120847/https://www.singaporeair.com/en_UK/sg/travel-info/vaccinated-travel-lanes/) from the original on 2021-11-26. Retrieved 2021-11-26.

29. "Relocation of Siem Reap airport operations" (https://www.singaporeair.com/en_UK/sg/media-centre/news-alert/?id=rhygkdi3). *Singapore Airlines*. 25 September 2023.

30. Magner, Mark (27 August 1991). "SIA BLASTS CANADA FOR BLOCKING TORONTO ROUTE | JOC.com" (https://www.joc.com/sia-blasts-canada-blocking-toronto-route_19910827.html). *Journal of Commerce*. Archived (https://web.archive.org/web/20221204044550/https://www.joc.com/sia-blasts-canada-blocking-g-toronto-route_19910827.html) from the original on 4 December 2022. Retrieved 29 September 2020.

31. "Suspension Of Service To Vancouver" (https://www.singaporeair.com/en_UK/media-centre/news-alert/?q=en_UK%2F2009%2FJanuary-March%2F14Jan2009-1900). *Singapore Airlines*. 14 January 2009. Archived (https://web.archive.org/web/20220416092929/https://www.singaporeair.com/en_UK/media-centre/press-release/article/?q=en_UK%2F2009%2FJanuary-March%2F14Jan2009-1900) from the original on 16 April 2022. Retrieved 29 March 2022.

32. "SIA Launches Seasonal Flights To Seattle And Vancouver, Adds San Francisco To Vaccinated Travel Lane Network" (https://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2021%2FOctober-December%2Fne2121-211011/). *Singapore Airlines*. 11 October 2021. Archived (https://web.archive.org/web/20211110628/https://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2021%2FOctober-December%2Fne21-211011/) from the original on 2 October 2022. Retrieved 11 October 2021.

33. "Singapore Airlines Axes Vancouver Flights, Exits Canada" (https://onemileatatime.com/news/singapore-airlines-axes-vancouver-flights/). *One Mile at a Time*. 21 February 2023. Archived (https://web.archive.org/web/20230221232527/https://onemileatatime.com/news/singapore-airlines-axes-vancouver-flights/) from the original on 21 February 2023. Retrieved 25 February 2023.

34. "Singapore Airlines adds Chengdu passenger service from Oct 2022" (https://w.aeroroutes.com/eng/220929-sqoct22ctu). *AeroRoutes*. 29 September 2022. Archived (https://web.archive.org/web/20220929140549/https://www.aeroroutes.com/eng/220929-sqoct22ctu) from the original on 29 September 2022. Retrieved 29 September 2022.

35. "Relocation of Chengdu airport operations" (https://www.singaporeair.com/en_UK/sg/media-centre/news-alert/?id=les11adu). *Singapore Airlines*. 9 March 2023. Archived (https://web.archive.org/web/20230313153254/https://www.singaporeair.com/en_UK/sg/media-centre/news-alert/?id=les11adu) from the original on 13 March 2023. Retrieved 13 March 2023.

36. Andrew (28 October 2023). "Singapore Airlines returning to Chengdu, Chongqing, Shenzhen and Xiamen" (https://mainlymiles.com/2023/10/28/singapore-airlines-returning-to-chengdu-chongqing-shenzhen-and-xiamen/). *Mainly Miles*.

37. "SINGAPORE AIRLINES NW22 PASSENGER OPERATION AS OF 25JUL22" (https://aeroroutes.com/eng/220726-sqnw22). *Aeroroutes*. 26 July 2022. Archived (https://web.archive.org/web/20221105172723/https://www.aeroroutes.com/eng/220726-sqnw22) from the original on 5 November 2022. Retrieved 18 August 2022.

38. "Annual Report FY2005-06" (https://www.singaporeair.com/saarS/pdf/Investor-Relations/Annual-Report/annualreport0506.pdf) (PDF). *Singapore Airlines*. Archived (https://web.archive.org/web/20191028062736/https://www.singaporeair.com/saarS/pdf/Investor-Relations/Annual-Report/annualreport0506.pdf) (PDF) from the original on 2019-10-28. Retrieved 2020-09-24. "During the year in review, Singapore Airlines spread its wings further, extending the network to Abu Dhabi, Hyderabad, Karachi, Lahore and Moscow. ... SilkAir took over from Singapore Airlines the operation of services to Shenzhen and Surabaya."

39. Zhaki Abdullah (15 December 2020). "SIA Group passenger carriage down 97.7% in November as air travel demand remains 'weak'" (https://www.channelnewsasia.com/news/singapore/sia-group-operating-passengers-november-covid-19-vaccines-13777186). CNA. Archived (https://web.archive.org/web/20201215841/https://www.channelnewsasia.com/news/singapore/sia-group-operating-passengers-november-covid-19-vaccines-13777186) from the original on 26 January 2021. Retrieved 17 December 2020. "SIA added four cities to its network - Brunei, Fukuoka, New York and Shenzhen - to bring its total to 36 cities."

40. "Suspension Of Services To Cairo And Riyadh" (https://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2014%2FApril-June%2F16May2014-19). *Singapore Airlines*. 16 May 2014. Archived (https://web.archive.org/web/20170421152059/https://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2014%2FApril-June%2F16May2014-19) from the original on 4 July 2017. Retrieved 9 June 2018.

41. Andrew (11 April 2020). "Singapore Airlines schedules... from 1976" (https://mainlymiles.com/2020/04/11/singapore-airlines-schedules-from-1976/). *Mainly Miles*. Archived (https://web.archive.org/web/20210516125913/https://mainlymiles.com/2020/04/11/singapore-airlines-schedules-from-1976/) from the original on 16 May 2021.

42. "Singapore Airlines To Add Düsseldorf To Route Network" (https://www.singaporeair.com/en_UK/2F2015%2FOctober-December%2Fne2f9Nov2015-1745). *Singapore Airlines*. Archived (https://web.archive.org/web/20171070600123/http://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2015%2FOctober-December%2F09Nov2015-1745) from the original on 6 July 2017. Retrieved 9 November 2015.

43. "Singapore Airlines to fly to Munich" (https://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2009%2FOctober-December%2F15Dec2009-1240). *Singapore Airlines*. 15 December 2009. Archived (https://web.archive.org/web/20170704734434/http://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2009%2FOctober-December%2F15Dec2009-1240) from the original on 4 July 2017. Retrieved 29 March 2022.

44. "Suspension Of Services To Abu Dhabi And Athens" (https://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2012%2FApril-June%2F16May2012-1816). *Singapore Airlines*. 16 May 2012. Archived (https://web.archive.org/web/20201505154118/https://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2012%2FApril-June%2F16May20-12-1816) from the original on 5 May 2021. Retrieved 29 March 2023.

45. Ramchandani, Nisha (17 August 2016). "SIA To Operate Seasonal Services To Athens" (https://www.businesstimes.com.sg/transport/scoot-to-make-economical-ebut-next-june-with-athens-flight). *Business Times*. Archived (https://web.archive.org/web/20201030190730/https://www.businesstimes.com.sg/transport/scoot-to-make-european-debut-next-june-with-athens-flight) from the original on 30 October 2020. Retrieved 15 March 2020. "SIA suspended year-round services to Athens in 2011, choosing instead to offer seasonal services in the summer months in 2012, 2014 and 2015. It is not offering any flights to the Greek capital presently."

46. "Singapore Airlines and Scoot Resume Passenger Services to India" (https://www.singaporeair.com/en_UK/media-centre/news-alert/?id=kwb744ew). *Singapore Airlines*. 23 November 2021. Archived (https://web.archive.org/web/20211124082559/https://www.singaporeair.com/en_UK/sg/media-centre/news-alert/?id=kwb744ew) from the original on 24 November 2021. Retrieved 24 November 2021.

47. "Singapore Airlines Updates Route Network" (https://www.singaporeair.com/en_UK/2080109192535/https://www.singaporeair.com/mediacentre/pacontent/news/NE_5708.jsp). Archived (https://web.archive.org/web/20080109192535/https://www.singaporeair.com/mediacentre/pacontent/news/NE_5708.jsp) from the original (https://www.singaporeair.com/mediacentre/pacontent/news/NE_5708.jsp) on November 7, 2008.

48. "Annual Report FY2008-09" (https://www.singaporeair.com/saarS/pdf/Investor-Relations/Annual-Report/annualreport0809.pdf) (PDF). *Singapore Airlines*. Archived (https://web.archive.org/web/20210224231044/https://www.singaporeair.com/rs/pdf/Investor-Relations/Annual-Report/annualreport0809.pdf) (PDF) from the original on 2021-02-24. Retrieved 2020-09-23. "Services to Amritsar were suspended"

49. "SINGAPORE AIRLINES NW22 PASSENGER OPERATION AS OF 25JUL22" (https://aeroroutes.com/eng/220726-sqnw22). *Aeroroutes*. 26 July 2022. Archived (https://web.archive.org/web/20221105172723/https://www.aeroroutes.com/eng/220726-sqnw22) from the original on 5 November 2022. Retrieved 18 August 2022.

50. "SIA To Launch Surabaya Services And Increase Bali and Jakarta Frequency" (https://www.singaporeair.com/en_UK/2F2015%2FApril-June%2F07May2013-1716). *Singapore Airlines*. Archived (https://web.archive.org/web/20211280809239/https://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2013%2FApril-June%2F07May2013-1716) from the original on 28 November 2021. Retrieved 29 March 2022.

51. Alex McWhirter (23 June 2021). "Singapore Airlines opens new European 'fifth-freedom' route" (https://www.businesstraveller.com/business-travel/2021/06/23/singapore-airlines-opens-new-european-fifth-freedom-route/). *Business Traveller*. Archived (https://web.archive.org/web/20220125100408/https://www.businesstraveller.com/business-travel/2021/06/23/singapore-airlines-opens-new-european-fifth-freedom-route/) from the original on 25 January 2022. Retrieved 25 June 2021.

52. "Singapore Airlines To Operate Seasonal Services To Sapporo" (https://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F201A%2FJuly-September%2F04Aug2014-141). *Singapore Airlines*. Archived (https://web.archive.org/web/20180129141234/https://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2014%2FJuly-September%2F04Aug2014-1941) from the original on 4 August 2014.

53. "Singapore Airlines tentatively plans Sapporo service resumption in Dec 2024" (https://www.aeroroutes.com/eng/231113-sqdec24cts). *Aeroutes*. Retrieved 13 November 2023.

54. "New flights to Tokyo Haneda commences 31 October" (https://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2F09%2FJanuary-March%2F31Mar2010-1745). *Singapore Airlines*. 31 March 2010. Archived (https://web.archive.org/web/20170704201620/http://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2010%2FJanuary-March%2F31Mar2010-1933) from the original on 4 July 2017. Retrieved 29 March 2022.

55. "Singapore Airlines starts flights to Kuwait" (https://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2009%2FJanuary-March%2F18Mar2009-2024). *Singapore Airlines*. Archived (https://web.archive.org/web/20170704184536/http://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2009%2FJanuary-March%2F18Mar2009-2024) from the original on 4 July 2017. Retrieved 15 March 2009.

56. "Third Quarter Profit Down 53% To $130 Million" (https://www.singaporeair.com/saarS/pdf/media-centre/press-release/article/?q=en_UK%2F112.pdf) (PDF). *Singapore Airlines*. Archived (https://web.archive.org/web/20170608233838/http://www.singaporeair.com/saarS/pdf/media-centre/press-release/q3fy1112.pdf) (PDF) from the original on 8 June 2017. Retrieved 2 February 2012. "Meanwhile, services to Kuwait were terminated"

57. "Annual Report FY2001-02" (https://www.singaporeair.com/saarS/pdf/Investor-Relations/Annual-Report/annualreport0102.pdf) (PDF). *Singapore Airlines*. Archived (https://web.archive.org/web/20220512015204383/https://www.singaporeair.com/saarS/pdf/Investor-Relations/Annual-Report/annualreport0102.pdf) (PDF) from the original on 2021-10-15. Retrieved 2020-09-23. "SIA stopped flying to Kota Kinabalu, Kuching and Macau"

58. Yeow Mei Sin. "Direct flights to Kuantan to take off on Nov 15" (http://eresources.nlb.gov.sg/newspapers/Digitised/Article/singmonitor19831022-1.2.5.6). *NewspaperSG*. No. 22 October 1983. SINGAPORE MONITOR. p. 3. Archived (https://web.archive.org/web/20210516132848/https://eresources.nlb.gov.sg/newspapers/Digitised/Article/singmonitor19831022-1.2.5.6) from the original on 16 May 2021. Retrieved 16 May 2021.

59. "1985 Singapore airlines route network" (https://www.routesonline.com/news/38/airlineroute257978196586-singapore-airlines-network/). Archived (https://web.archive.org/web/20191218122256/https://www.routesonline.com/news/38/airlineroute257978196586-singapore-airlines-network/) from the original on 18 December 2019. Retrieved 22 February 2022.

60. "SINGAPORE AIRLINES NW22 PASSENGER OPERATION AS OF 25JUL22" (https://aeroroutes.com/eng/220726-sqnw22). *Aeroroutes*. 26 July 2022. Archived (https://web.archive.org/web/20221105172723/https://www.aeroroutes.com/eng/220726-sqnw22) from the original on 5 November 2022. Retrieved 18 August 2022.

61. "Singapore Airlines To Fly Non-Stop To Seattle" (https://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2018%2FOctober-December%2Fne3718-181101). *Singapore Airlines*. Archived (https://web.archive.org/web/20181118154419/https://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2018%2FOctober-December%2Fne3718-181101) from the original on 1 November 2018. Retrieved 1 November 2018.

62. Gunalan, N (3 May 2002). "Nepal looks at alternatives for SIA's suspended Kathmandu flights. Travel Weekly Asia" (https://www.travelweekly-asia.com/Travel-News/Nepal-looks-at-alternatives-to-SIA-s-suspended-Kathmandu-flights). *Travel Weekly Asia*. Archived (https://web.archive.org/web/20230329041943/https://www.travelweekly-asia.com/Travel-News/Nepal-looks-at-alternatives-to-SIA-s-suspended-Kathmandu-flights) from the original on 29 March 2023. Retrieved 29 September 2020.

63. "SIA to fly to Papua New Guinea" (http://eresources.nlb.gov.sg/newspapers/Digitised/Article/straitstimes19870706-1.2.22.7). *NewspaperSG*. The Straits Times. 6 July 1987. p. 10. Archived (https://web.archive.org/web/20210323042007/https://eresources.nlb.gov.sg/newspapers/Digitised/Article/straitstimes19870706-1.2.22.7) from the original on 23 March 2020. Retrieved 1 May 2021.

64. "Singapore Airlines to launch flights to Cebu, Davao" (https://www.aviationupdatesph.com/2022/03/sia-to-launch-flights-to-cebu-davao.html). *www.aviationupdatesph.com*. Archived (https://web.archive.org/web/20220303903527/https://www.aviationupdatesph.com/2022/03/sia-to-launch-flights-to-cebu-davao.html) from the original on March 9, 2022. Retrieved March 9, 2022.

65. "Singapore Airlines NW23 Cebu Service Changes" (https://www.aeroroutes.com/eng/230703-sqnw23ceb). *Aeroroutes*. Retrieved 3 July 2023.

66. "Singapore Airlines to launch Singapore ~ Houston flights via Moscow Domodedovo Int'l Airport" (https://web.archive.org/web/20201130648345/https://aipt.com/news/singapore-airlines-to-launch-singapore-houston-flights-via-moscow-domodedovo/). *aipt.com*. Archived (https://web.archive.org/web/20201130648345/https://aipt.com/news/singapore-airlines-to-launch-singapore-houston-flights-via-moscow-domodedovo/) from the original on 2020-01-13. Retrieved 2020-11-25.

67. Staff writers (28 February 2022). "SIA suspends flights between Singapore and Moscow with immediate effect" (https://www.businesstimes.com.sg/companies-markets/sia-suspends-flights-between-singapore-and-moscow-with-immediate-effect). *The Business Times*. Singapore: SPH Media Trust. Archived (https://web.archive.org/web/20220228082630/https://www.businesstimes.com.sg/companies-markets/sia-suspends-flights-between-singapore-and-moscow-with-immediate-effect) from the original on 28 February 2022. Retrieved 28 February 2022.

68. "Singapore Airlines outlines initial 777 plans" (https://www.flightglobal.com/singapore-airlines-outlines-initial-777-plans/517.article). *FlightGlobal*. 23 April 1997. Archived (https://web.archive.org/web/20221204090527/https://www.flightglobal.com/singapore-airlines-outlines-initial-777-plans/517.article) from the original on 4 December 2022. Retrieved 17 January 2020.

69. "Singapore Airlines March 1980 route map" (https://www.departedflights.com/SQ080380.html). Archived (https://web.archive.org/web/20220803093739/http://www.departedflights.com/SQ080.html) from the original on 3 August 2022. Retrieved 3 August 2022. Transferred To Scoot

70. "Our Heritage" (https://www.singaporeair.com/en_UK/us/flying-withus/our-story/our-heritage/). *Singapore Airlines*. Archived (https://web.archive.org/web/20190328023219/https://www.singaporeair.com/en_UK/us/flying-withus/our-story/our-heritage/) from the original on 2019-03-28. Retrieved 2021-11-25.

71. "Singapore Airlines To Ramp Up East And South East Asia Network, Increase Airbus A380 Services To Australia" (https://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2022%2FOctober-December%2Fne6822-221122). *Singapore Airlines*. 22 November 2022. Archived (https://web.archive.org/web/20221122110055/https://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2022%2FOctober-December%2Fne6822-221122) from the original on 22 November 2022. Retrieved 22 November 2022.

72. "Annual Report FY2004-05" (https://www.singaporeair.com/saarS/pdf/Investor-Relations/Annual-Report/annualreport0405.pdf) (PDF). *Singapore Airlines*. Archived (https://web.archive.org/web/20210420562/https://www.singaporeair.com/saarS/pdf/Investor-Relations/Annual-Report/annualreport0405.pdf) (PDF) from the original on 2017-04-26. Retrieved 2020-09-24. "The three times weekly B747-400 service to Madrid was suspended."

73. "Singapore Airlines To Add Stockholm To Route Network" (https://www.singaporeair.com/en_UK/au/media-centre/press-release/article/?q=en_UK%2F2016%2FOctober-December%2Fne3616-161215/) (Press release). *Singapore Airlines*. 15 December 2016. Archived (https://web.archive.org/web/20171051012483/https://www.singaporeair.com/en_UK/au/media-centre/press-release/article/?q=en_UK%2F2016%2FOctober-December%2Fne3616-161215/) from the original on 10 May 2017. Retrieved 15 December 2016.

74. "Singapore Airlines Adds Stockholm As Second Scandinavian City In Route Network" (http://www.singaporeair.com/en_UK/au/media-centre/press-release/article/?q=en_UK/2017/April-June/6917-170530). *Singapore Airlines*. "Istanbul Airport Operations" (https://www.singaporeair.com/en_UK/sg/media-centre/news-alert/?q=en_UK%2F2017%2FApril-June%2F6917-170530) from the original on 17 November 2022.

75. "Istanbul Airport Operations" (https://www.singaporeair.com/en_UK/sg/media-centre/news-alert/?id=jrq305uj). *Singapore Airlines*.

76. "Singapore Airlines to launch London Gatwick service" (https://www.businesstraveller.com/business-travel/2023/12/18/singapore-airlines-will-launch-london-gatwick-service/). *Business Traveller*. 18 December 2023.

77. Finlay, Mark (8 June 2022). "Remembering Singapore Airlines A350 Flights To Manchester" (https://simpleflying.com/singapore-airlines-a350-manchester-flights/). *Simple Flying*. Archived (https://web.archive.org/web/20221124000251/http://simpleflying.com/singapore-airlines-a350-manchester/) from the original on 14 December 2021. Retrieved 24 November 2021.

78. "Special Report: Singapore Airlines Boeing 747 Network 1981 - 2012" (http://airliner.com/2012/04/06/sp-sq747/). *airliner.com*. 6 April 2012. Archived (https://web.archive.org/web/20151223173650/http://airliner.com/2012/04/06/sp-sq747/) from the original on 23 December 2015. Retrieved 21 December 2015.

79. "Houston Joins Singapore Airlines Network - Service Will Connect Texas City With Singapore And Moscow" (https://web.archive.org/web/20171102121054/http://www.singaporeair.com/mediacentre/pacontent/news/NE_6807.jsp). Archived from the original (http://www.singaporeair.com/mediacentre/pacontent/news/NE_6807.jsp) on December 3, 2007.

80. "Flashback: Singapore Airlines Las Vegas Service 2002/2003" (https://archive.today/20161031001340/http://airlineroute.net/2015/03/04/sq-1v2015/). *airlineroute.net*. 21 May 2019. Archived from the original (http://airlineroute.net/2015/03/04/sq-1v-2015/) on 5 May 2015. Retrieved 21 March 2015.

81. "Singapore Airlines Inaugural Service" (http://www.aeroroutes.com/pubtml/04/93850d-2922-469e-b3ac-36ca20f7052f2009/Announces%20Inaugural%20Service.pdf?c20161025-113822) (PDF). *McCarran Airport*. 2 March 2002. Archived (https://web.archive.org/web/20201130312150/https://www.mccarran.com/pubtml/049385d2-2922-469e-b3ac-36ca20f7052f2009/Singapore%20Airlines%20Announces%20Inaugural%20Service.pdf) (PDF) from the original on 13 November 2020. Retrieved 25 February 2012.

82. "Singapore Airlines To Launch World's Longest Commercial Flights" (http://www.s ingaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F20 18%2FApril-June%2Fne2018-180530). *Singapore Airlines*. 30 May 2018. Archived (https://web.archive.org/web/20180530235703/http://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2018%2FApril-June%2Fne2018-180530) from the original on 30 May 2018. Retrieved 30 May 2018.

83. "Singapore Airlines Significant Capacity Cuts and Grounds Aircraft" (http://www.s ingaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F202 0%2FJanuary-March%2Fne6020-200323). Archived (https://web.archive.org/web/20211703641/https://www.singaporeair.com/en_UK/us/media-centre/press-release/article/?q=en_UK%2F2020%2FJanuary-March%2Fne6020-200323) from the original on 17 November 2021. Retrieved 29 March 2022.

84. "Singapore To Fly Non-Stop To Seattle" (https://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2018%2FOctober-December%2Fne3718-181101). *Singapore Airlines*. Archived (https://web.archive.org/web/20181118154419/https://www.singaporeair.com/en_UK/sg/media-centre/press-release/article/?q=en_UK%2F2018%2FOctober-December%2Fne3718-181101) from the original on 1 November 2018. Retrieved 1 November 2018.

85. "50 New Routes Starting In March 2022" (https://www.routesonline.com/news/29/breaking-news/297968/50-new-routes-starting-in-march-2022/). *Routes*. 2 March 2022. Archived (https://web.archive.org/web/20220308023616/https://www.routesonline.com/news/29/breaking-news/297968/50-new-routes-starting-in-march-2022/) from the original on 8 March 2022. Retrieved 4 March 2022.

## External links

Case 1:23-cv-04033-LJL     Document 301     Filed 01/31/24     Page 44 of 55

- Official website (http://www.singaporeair.com/)

Retrieved from "https://en.wikipedia.org/w/index.php?title=List_of_Singapore_Airlines_destinations&oldid=1201197536"

-

## Flight itinerary

Departure
JFK **6:30 PM**
John F Kennedy

LA533
Boeing B787-9
Operated by LATAM
Airlines Group

Duration
**10h 30m**

Arrival
SCL **7:00 AM**
Comodoro Arturo Merino
Benitez Int.

**Connection Santiago de Chile** (Airplane change)
10h

Departure
SCL **5:00 PM**
Comodoro Arturo Merino
Benitez Int.

LA576
Boeing B787-9
Operated by LATAM
Airlines Group

Duration
**6h 5m**

Arrival
BOG **9:05 PM**
El Dorado Intl.





LATAM AIRLINES

6:30 PM
BOG
Duration
15h 45m
1 stop
Operated by LATAM Airlines Perú

12:20 PM
BOG
Duration
21h 55m
1 stop
Operated by LATAM Airlines Perú

Apply for a LATAM Airlines Credit Card and you could earn up to **40,000 welcome miles**

Faster / Cheaper
10:30 PM
BOG
Duration
9h 50m
Direct
Operated by Iberia

Faster
2:10 PM
BOG
Duration
9h 50m
Direct
Operated by Iberia

Faster
6:20 PM
BOG
Duration
9h 50m
Direct
Operated by Iberia

10:00 AM
BOG
Duration
19h 20m
1 stop
Operated by LATAM Airlines Ecuador and Iberia

12:20 PM
BOG
Duration
20h 15m
1 stop
Operated by LATAM Airlines Perú and Iberia

Earlier
5:15 AM
BOG
Duration
27h 20m
1 stop
Operated by LATAM Airlines Perú and Iberia

9:25 PM
BOG
Duration
31h 20m
2 stops
Operated by LATAM Airlines Brasil and Iberia

9:25 PM
BOG
Duration
35h 30m
2 stops
Operated by LATAM Airlines Brasil and Iberia

9:25 PM
BOG
Duration
39h 50m

## Flight itinerary

Departure
BOG **12:20 PM**
El Dorado Intl.

**LA2385**
Airbus A320
Operated by LATAM Airlines Perú

Duration
3h

Arrival
LIM **3:20 PM**
J Chavez Intl.

**Connection Lima** (Airplane change)
7h 35m

Departure
LIM **10:55 PM**
J Chavez Intl.

**LA2484**
Boeing B787-9
Operated by LATAM Airlines Perú

Duration
11h 20m

Arrival
MAD **4:15 PM**
Barajas Intl.

(/us/ )

✉ (/us/iberia/register/)     👤

(/us/our-alliances/oneworld/)

| Travel | Your flights | Before you travel | Iberia experience | Iberia Plus | Sustainability |
|---|---|---|---|---|---|

vel / Get inspired / Destination guide          f   X   in

## Destination guide



🔍 Find your destiny

📍 See all destinations

### Spain



(/us/destination-guide/seville/)

**SEVILLE** (59 plans) (/us/destination-guide/seville/)



(/us/destination-guide/malaga/)

**MALAGA** (61 plans) (/us/destination-guide/malaga/)



(/us/destination-guide/madrid/)

**MADRID** (61 plans) (/us/destination-guide/madrid/)



(/us/destination-guide/barcelona/)

**BARCELONA** (60 plans) (/us/destination-guide/barcelona/)



(/us/destination-guide/valencia/)

**VALENCIA** (59 plans) (/us/destination-guide/valencia/)

All destinations ⌄

### Europe



(/us/destination-guide/dublin/)

**DUBLIN** (60 plans) (/us/destination-guide/dublin/)

(/us/destination-guide/brussels/)

**BRUSSELS** (59 plans) (/us/destination-guide/brussels/)

EXHIBIT K



(/us/destination-guide/rome/)

**ROME** (61 plans) (/us/destination-guide/rome/)



(/us/destination-guide/venice/)

**VENICE** (58 plans) (/us/destination-guide/venice/)



(/us/destination-guide/milan/)

**MILAN** (60 plans) (/us/destination-guide/milan/)

All destinations ⌄

## South America



(/us/destination-guide/cali/)

**CALI** (68 plans) (/us/destination-guide/cali/)



(/us/destination-guide/lima/)

**LIMA** (60 plans) (/us/destination-guide/lima/)



(/us/destination-guide/buenos-aires/)

**BUENOS AIRES** (62 plans) (/us/destination-guide/buenos-aires/)



(/us/destination-guide/quito/)

**QUITO** (60 plans) (/us/destination-guide/quito/)



(/us/destination-guide/medellin/)

**MEDELLIN** (60 plans) (/us/destination-guide/medellin/)

All destinations ⌄

## Central America


(/us/destination-guide/san-salvador/)

**SAN SALVADOR** (60 plans) (/us/destination-guide/san-salvador/)


(/us/destination-guide/managua/)

**MANAGUA** (59 plans) (/us/destination-guide/managua/)


(/us/destination-guide/cuba/)

**HAVANA** (66 plans) (/us/destination-guide/cuba/)


(/us/destination-guide/panama/)

**PANAMA** (31 plans) (/us/destination-guide/panama/)


(/us/destination-guide/guatemala/)

**GUATEMALA** (59 plans) (/us/destination-guide/guatemala/)

All destinations ⌄

North America


(/us/destination-guide/los-angeles/)

**LOS ANGELES** (60 plans) (/us/destination-guide/los-angeles/)


(/us/destination-guide/boston/)

**BOSTON** (60 plans) (/us/destination-guide/boston/)


(/us/destination-guide/new-york/)

**NEW YORK** (56 plans) (/us/destination-guide/new-york/)


(/us/destination-guide/chicago/)

**CHICAGO** (60 plans) (/us/destination-guide/chicago/)


(/us/destination-guide/miami/)

**MIAMI** (60 plans) (/us/destination-guide/miami/)

All destinations ⌄

Africa



(/us/destination-guide/tangier/)

**TANGIER** (58 plans)
(/us/destination-guide/tangier/)



(/us/destination-guide/marrakesh/)

**MARRAKESH** (60 plans)
(/us/destination-guide/marrakesh/)



(/us/destination-guide/casablanca/)

**CASABLANCA** (59 plans)
(/us/destination-guide/casablanca/)



(/us/destination-guide/dakar/)

**DAKAR** (59 plans)
(/us/destination-guide/dakar/)



(/us/destination-guide/algiers/)

**ALGIERS** (59 plans) (/us/destination-guide/algiers/)

All destinations

| Algiers (/us/destination-guide/algie | Dakar (/us/destination-guide/daka | Marrakesh (/us/destination-guide/marr | Rabat (/us/destination-guide/rabat |
|---|---|---|---|
| Casablanca (/us/destination-guide/casat | Malabo (/us/destination-guide/mala | Oran (/us/destination-guide/oran | Tangier (/us/destination-guide/tangi |
| | | | Tel Aviv (/us/destination-guide/tel-aviv/) |

Complete your trip with the best exclusive offers



(/us/flight+hotel/)

Flight+Hotel  ›

Combine and save - find your Flight + Hotel offer and secure your holiday with a low deposit.



(/us/car-rental/)

Flight + Car  ›

Rent a car with fantastic offers from Avis for Iberia customers and earn Avios.



Minimum return price

| 493 $ (/us/cheap-flights/Seville/) | 493 $ (/us/cheap-flights/Vigo/) | 505 $ (/us/che flights/E |
|---|---|---|
| 529 $ (/us/cheap-flights/Vienna/) | 546 $ (/us/cheap-flights/Prague/) | 937 $ (/us/che flights/C |

986 $ (/us/cheap-
flights/Amman/) 456 $ (/us/cheap-
flights/Malaga/)

See more cheap flights › (/us/cheap-flights/)

On the web

Iberia social media

Useful information

Destination guide
Flight status
Baggage Service Centre
Your safety comes first
Accessibility
Service commitment
Site map

Iberia is more

News updates
Iberia Group
Advertising
Shareholders and investors
British Airways

Transparency

Conditions of Carriage
Iberia Plus programme general conditions
Registration conditions at iberia.com
Passengers rights
Legal Information
Personal data protection policy
Cookie management and policy
Ticket issuing fees

Telephone sales

+1 800 772 4642

Monday to Sunday 00:00 - 24:00h (English and Spanish).
Accessibility Services and Information 1-800-994-0704 / accessibility@Iberia.com
CSP - Customer Service Plan
TARMAC - Tarmac Delay Contingency Plan
IB General Rules & Tariff Canada

© Iberia 2024


EXHIBIT  L

This is a list of domestic and international destinations of **LOT Polish Airlines**.[1]

## Destinations

| Country | City | Airport | Notes | Refs |
|---|---|---|---|---|
| Albania | Tirana | Tirana International Airport Nënë Tereza | | [1] |
| Armenia | Yerevan | Zvartnots International Airport | | [1] |
| Austria | Vienna | Vienna International Airport | | [1] |
| Azerbaijan | Baku | Heydar Aliyev International Airport | | [2] |
| Belarus | Minsk | Minsk National Airport | Terminated | [1] |
| Belgium | Brussels | Brussels Airport | | [1] |
| Bosnia and Herzegovina | Sarajevo | Sarajevo Airport | | [1] |
| Brazil | Rio de Janeiro | Rio de Janeiro/Galeão International Airport | Seasonal Charter | [1] |
| | Salvador | Salvador Bahia Airport | Seasonal Charter | [1] |
| Bulgaria | Sofia | Sofia Airport | | [1] |
| | Varna | Varna Airport | Seasonal | [3] |
| Canada | Edmonton | Edmonton International Airport | Terminated | [1] |
| | Montreal | Montréal–Mirabel International Airport | Terminated | [1] |
| | Toronto | Toronto Pearson International Airport | | [1] |
| China | Beijing | Beijing Capital International Airport | | [4][5] |
| | | Beijing Daxing International Airport | | [6][5] |
| | Tianjin | Tianjin Binhai International Airport | Terminated | [7] |
| Croatia | Dubrovnik | Dubrovnik Airport | | [1] |
| | Pula | Pula Airport | Seasonal | [1][8] |
| | Rijeka | Rijeka Airport | Seasonal | [1][9] |
| | Split | Split Airport | Seasonal | [10] |
| | Zadar | Zadar Airport | Seasonal | [10] |
| | Zagreb | Zagreb Airport | | [1] |
| Cuba | Cayo Coco | Jardines del Rey Airport | Terminated | [1] |
| | Santa Clara | Abel Santamaría Airport | Terminated | [1] |
| | Varadero | Juan Gualberto Gómez Airport | Seasonal Charter | [1] |
| Cyprus | Larnaca | Larnaca International Airport | | [1] |
| | Nicosia | Nicosia International Airport | Terminated | |
| Czech Republic | Ostrava | Leoš Janáček Airport Ostrava | | [11] |
| | Prague | Václav Havel Airport Prague | | [1] |
| Denmark | Billund | Billund Airport | | [12] |
| | Copenhagen | Copenhagen Airport | | [1] |
| Dominican Republic | La Romana | La Romana International Airport | Terminated | [1] |
| | Puerto Plata | Gregorio Luperón International Airport | Seasonal Charter | [1] |
| | Punta Cana | Punta Cana International Airport | Seasonal Charter | [1] |
| Egypt | Cairo | Cairo International Airport | | [1] |
| | Sharm El Sheikh | Sharm El Sheikh International Airport | Terminated | [1] |
| Estonia | Tallinn | Tallinn Airport | Focus city | [1] |
| France | Nice | Nice Côte d'Azur Airport | | [1] |
| | Paris | Charles de Gaulle Airport | | [1] |
| Georgia | Tbilisi | Tbilisi International Airport | | [13] |
| Germany | Berlin | Berlin Brandenburg Airport | | [1] |
| | | Berlin Tegel Airport | Airport Closed | [14] |
| | Düsseldorf | Düsseldorf Airport | | [1][15] |
| | Frankfurt | Frankfurt Airport | | [1] |
| | Hamburg | Hamburg Airport | | [1] |
| | Hanover | Hannover Airport | Terminated | [16] |
| | Munich | Munich Airport | | [1] |
| | Nuremberg | Nuremberg Airport | | [17] |
| | Stuttgart | Stuttgart Airport | | [1] |
| Greece | Athens | Athens International Airport | Resumes 11 April 2024 | [18] |
| | Corfu | Corfu International Airport | Seasonal | [19] |
| | Kos | Kos International Airport | Seasonal | |
| | Mytilene | Mytilene International Airport | Seasonal Charter | |
| | Rhodes | Rhodes International Airport | Seasonal | |
| | Thessaloniki | Thessaloniki International Airport | Seasonal | |
| Hungary | Budapest | Budapest Ferenc Liszt International Airport | Hub | [1] |
| India | Delhi | Indira Gandhi International Airport | | [20] |
| | Goa | Dabolim Airport | Seasonal Charter | [21] |
| | Mumbai | Chhatrapati Shivaji Maharaj International Airport | | |
| Indonesia | Denpasar | Ngurah Rai International Airport | Seasonal Charter | [22] |
| Iran | Tehran | Tehran Imam Khomeini International Airport | Terminated | |
| Ireland | Dublin | Dublin Airport | | [1] |
| Israel | Tel Aviv | Ben Gurion Airport | | [23] |
| Italy | Milan | Milan Malpensa Airport | | [1] |
| | Rimini | Federico Fellini International Airport | Seasonal | |
| | Rome | Leonardo da Vinci–Fiumicino Airport | | [15] |
| | Turin | Turin Airport | Terminated | [24] |
| | Venice | Venice Marco Polo Airport | | [15] |
| Japan | Tokyo | Narita International Airport | | [25] |
| Kazakhstan | Astana | Nursultan Nazarbayev International Airport | | [26] |
| Kenya | Mombasa | Moi International Airport | Seasonal Charter | [1] |
| Latvia | Riga | Riga International Airport | | [1] |
| Lebanon | Beirut | Beirut–Rafic Hariri International Airport | | [27][28] |
| Libya | Tripoli | Tripoli International Airport | Terminated | [1] |
| Lithuania | Kaunas | Kaunas Airport | | [1] |
| | Palanga | Palanga International Airport | Seasonal | [29] |
| | Vilnius | Vilnius International Airport | | [1] |
| Luxembourg | Luxembourg City | Luxembourg Findel Airport | | [1] |
| Madagascar | Antananarivo | Ivato International Airport | Terminated | |
| Mauritius | Port Louis | Sir Seewoosagur Ramgoolam International Airport | Seasonal Charter | [1] |

| Country | City | Airport | Notes | Refs |
|---|---|---|---|---|
| Mexico | Cancún | Cancún International Airport | Charter | [1] |
| Moldova | Chișinău | Chișinău International Airport | | [1] |
| Montenegro | Podgorica | Podgorica Airport | | [1][28] |
| | Tivat | Tivat Airport | Seasonal | [1] |
| Netherlands | Amsterdam | Amsterdam Airport Schiphol | | [1] |
| | Groningen | Groningen Airport Eelde | Terminated | [1] |
| North Macedonia | Ohrid | Ohrid St. Paul the Apostle Airport | Seasonal | [1] |
| | Skopje | Skopje International Airport | | [1][30] |
| Norway | Oslo | Oslo Fornebu Airport | Airport Closed | |
| | | Oslo Gardermoen Airport | | [31] |
| Panama | Panama City | Tocumen International Airport | Terminated | [1] |
| Poland | Bydgoszcz | Bydgoszcz Ignacy Jan Paderewski Airport | | [1] |
| | Gdańsk | Gdańsk Lech Wałęsa Airport | | [1] |
| | Katowice | Katowice International Airport | | [1] |
| | Kraków | Kraków John Paul II International Airport | Focus city | [1] |
| | Lublin | Lublin Airport | | [1] |
| | Olsztyn | Olsztyn-Mazury Airport | | [29] |
| | Poznań | Poznań–Ławica Airport | | [1] |
| | Rzeszów | Rzeszów–Jasionka Airport | | [1] |
| | Szczecin | Solidarity Szczecin–Goleniów Airport | | [1] |
| | Warsaw | Warsaw Chopin Airport | Hub | [1] |
| | Wrocław | Copernicus Airport Wrocław | | [1] |
| | Zielona Góra | Zielona Góra Airport | | [1] |
| Romania | Bucharest | Henri Coandă International Airport | | [1] |
| | Cluj-Napoca | Cluj International Airport | | [1] |
| Russia | Kaliningrad | Khrabrovo Airport | Terminated | [1] |
| | Moscow | Moscow Domodedovo Airport | Terminated | [1][32] |
| | | Sheremetyevo International Airport | Suspended | [1] |
| | Saint Petersburg | Pulkovo Airport | Suspended | [1] |
| Saudi Arabia | Riyadh | King Khalid International Airport | Begins 4 June 2024 | [33] |
| Serbia | Belgrade | Belgrade Nikola Tesla Airport | | [1] |
| Singapore | Singapore | Changi Airport | Terminated | [29] |
| Slovakia | Košice | Košice International Airport | | [34] |
| Slovenia | Ljubljana | Ljubljana Jože Pučnik Airport | | [1] |
| South Africa | Durban | King Shaka International Airport | Terminated | [1] |
| South Korea | Seoul | Incheon International Airport | | [35] |
| Spain | Barcelona | Josep Tarradellas Barcelona–El Prat Airport | | [1] |
| | Girona | Girona–Costa Brava Airport | Seasonal Charter | [1] |
| | Madrid | Madrid–Barajas Airport | | [1] |
| | Malaga | Malaga Airport | Seasonal | [36] |
| Sri Lanka | Colombo | Bandaranaike International Airport | | [37] |
| Sweden | Arvidsjaur | Arvidsjaur Airport | | [1] |
| | Gällivare | Gällivare Lapland Airport | | [1] |
| | Gothenburg | Göteborg Landvetter Airport | | [1] |
| | Örebro | Örebro Airport | Terminated | [1] |
| | Stockholm | Stockholm Arlanda Airport | | [1] |
| Switzerland | Geneva | Geneva Airport | | [1] |
| | Zürich | Zurich Airport | | [1][15] |
| Syria | Damascus | Damascus International Airport | Terminated | [1] |
| Tanzania | Zanzibar | Abeid Amani Karume International Airport | Terminated | [1] |
| Thailand | Bangkok | Suvarnabhumi Airport | Seasonal Charter | [1] |
| | Phuket | Phuket International Airport | Seasonal Charter | [1] |
| Tunisia | Tunis | Tunis–Carthage International Airport | Terminated | [1] |
| Turkey | Antalya | Antalya Airport | Seasonal Charter | [38][39] |
| | Istanbul | Atatürk Airport | Airport Closed | [1] |
| | | Istanbul Airport | | [1] |
| Ukraine | Kharkiv | Kharkiv International Airport | Suspended | [1][40] |
| | Kyiv | Boryspil International Airport | Suspended | [1] |
| | | Zhuliany International Airport | Suspended | [1] |
| | Lviv | Lviv International Airport | Suspended | [1] |
| | Odesa | Odesa International Airport | Suspended | [1] |
| | Zaporizhzhia | Zaporizhzhia International Airport | Suspended | [1][41] |
| United Kingdom | London | London City Airport | | [1][42] |
| | | Heathrow Airport | | [1] |
| United States | Chicago | O'Hare International Airport | | [1] |
| | Detroit | Detroit Metropolitan Airport | Terminated | [1] |
| | Los Angeles | Los Angeles International Airport | | [43] |
| | Miami | Miami International Airport | | [44] |
| | Newark | Newark Liberty International Airport | | [1] |
| | New York City | John F. Kennedy International Airport | | [1] |
| Uzbekistan | Tashkent | Islam Karimov Tashkent International Airport | Resumes 13 March 2024 | [45][46][47] |
| Vietnam | Hanoi | Noi Bai International Airport | Terminated | [1] |
| | Ho Chi Minh City | Tan Son Nhat International Airport | Seasonal Charter | [1] |
| | Phu Quoc | Phu Quoc International Airport | Seasonal Charter | [1] |

## References

1. "Kaleidoscope Inflight Magazine - April 2023" (https://www.lot.com/pl/en/explore/i nspirations/kaleidoscope-inflight-magazine). *LOT Polish Airlines*. Retrieved 24 April 2023.
2. "Nowy, azjatycki kierunek PLL LOT. W maju polecimy do Baku" (https://300gospo darka.pl/news/nowy-azjatycki-kierunek-pll-lot-w-maju-polecimy-do-baku) (in Polish). 300gospodarka.pl. 21 March 2022. Retrieved 16 April 2022.
3. "LOT Polish Airlines resumes Varna service in S19" (https://www.routesonline.co m/news/38/airlineroute/283780/lot-polish-airlines-resumes-varna-service-in-s1 9/). Airlineroute. 8 April 2019. Retrieved 9 April 2019.
4. Christine Boynton (2011-12-27). "LOT plans to resume Beijing service" (http://atw online.com/airports-routes/news/lot-plans-resume-beijing-service-1222). Retrieved 2011-12-27.
5. "Airlines Suspends China flights due to Coronavirus outbreak" (https://www.reute rs.com/article/us-china-health-airlines-factbox/airlines-suspend-china-flights-due-to-coronavirus-outbreak-idUSKBN20FDJ3). *Reuters*. February 25, 2020.
6. Curran, Andrew (17 October 2019). "Boeing 787 Engine Problems Cause LOT Polish To Delay Beijing Daxing Debut" (https://simpleflying.com/lot-polish-beijing-daxing-delay). *Simple Flying*. Retrieved 30 December 2019.
7. Curran, Andrew. "LOT poleci do Tiencin" (https://www.rynek-lotniczy.pl/wiadomos ci/chiny-lot-poleci-do-tiencin-9390.html). *rynek-lotniczy.pl*. Retrieved 25 August 2020.
8. Dominik Sipiński. "LOT potwierdza połączenia do Puli i Podgoricy" (http://pa sazer.com/news/32819/lot,potwierdza,polaczenia,do,puli,i,podgoricy.html). Pasazer.com. Retrieved 2022-03-17.
9. "LOT schedules new route to Rijeka" (https://aviorada.hr/index.php/en/domestic-news-from-croatia/1684-lot-schedules-new-route-to-rijeka).
10. "LOT Polish Airlines Adds New Croatia Routes in S16 :: Routesonline" (https://airli neroute.net/2015/12/25/lo-zadspu-s16/). airlineroute.net. Retrieved 15 May 2016.

11. Schlappig, Ben (Lucky) (25 November 2019). "Ostrava will get a direct flight service to Warsaw, LOT will offer five flights a week" (https://zdopravy.cz/ostrava-ziska-prime-letecke-spojeni-s-varsavou-lot-nabidne-pet-spojeni-tydne-37855/). zdopravy.cz. Retrieved 25 November 2019.
12. "LOT Polish Airlines further expands European service in S18" (https://www.route sonline.com/news/38/airlineroute/276120/lot-polish-airlines-further-expands-european-service-in-s18/). Retrieved 2018-02-17.
13. "Berlin-Brandenburg Airport (BER)" (https://www.lot.com/lt/en/berlin-brandenburg-airport). lot.com. Retrieved 18 November 2020.
14. "Nowa trasa LOT z Warszawy! Zastąpi Air Berlin na trasie do stolicy Niemiec" (https://www.fly4free.pl/nowa-trasa-lot-z-warszawy-zastapi-air-berlin-na-trasie-do-stolicy-niemiec/).
15. "LOT Polish Airlines 16Q1 European Routes Resumptions" (http://www.airlineroute.net/2015/06/25/lo-europe-jan16/). Airlineroute.net. 25 June 2015. Retrieved 25 June 2015.
16. "LOT Polish Airlines will fly from Warsaw to Hannover from June 2018" (http://www.pasazer.com/news/37753/lot,z,warszawy,do,hanoweru.html). pasazer.com. 16 February 2018.
17. "LOT Polish Airlines adds Nuremberg service from May 2018 | Routes" (https://www.routesonline.com/news/38/airlineroute/276070/lot-polish-airlines-adds-nuremberg-service-from-may-2018/). www.routesonline.com. Retrieved 16 January 2019.
18. "LOT Polish Airlines Will Return to Athens" (https://www.pasazer.com/news/4644 03/lot,znow,poleci,z,warszawy,do,aten.html). Pasazer.com (in Polish). 27 Nov 2023. Retrieved 27 Nov 2023.
19. "LOT Polish Airlines adds seasonal Corfu service in S19" (https://www.routesonline.com/news/38/airlineroute/282803/lot-polish-airlines-adds-seasonal-corfu-service-in-s19/). Routesonline. 6 February 2019.
20. "POOLSE LUCHTVAARTMAATSCHAPPIJ LOT RICHT PIJLEN OP INDIA" (http://web.archive.org/web/20190114210232/https://www.luchtvaartnieuws.nl/nieuws/categorie/2/airlines/poolse-luchtvaartmaatschappij-lot-richt-pijlen-op-india/) luchtvaartnieuws.nl. 10 January 2019. Archived from the original (https://www.luchtvaartnieuws.nl/nieuws/categorie/2/airlines/poolse-luchtvaartmaatschappij-lot-richt-pijlen-op-india/) on 14 January 2019. Retrieved 16 January 2019.
21. "LOT Polish Airlines W19 Long-Haul charters as of 03JUL19" (https://www.routesonline.com/news/38/airlineroute/285235/lot-polish-airlines-w19-long-haul-charters-as-of-03jul19/). routesonline. 4 July 2019. Retrieved 7 July 2019.
22. "Polish Airlines opens chartered commercial flight, cargo transport to Bali" (http://www.thejakartapost.com/travel/2016/06/29/polish-airlines-opens-chartered-commercial-flight-cargo-transport-to-bali.html). Thejakartapost.com. 29 June 2016. Retrieved 29 June 2016.

23. "ירידה ישראל לשדות תעופה חדשה הצהרת LOT" (https://passportnews.co.il/article/188160). תעשיות (in Hebrew). 14 January 2024. Retrieved 14 January 2024.
24. "LOT Polish Airlines resumes Turin service from Dec 2018" (https://www.routesonline.com/news/38/airlineroute/279485/lot-polish-airlines-resumes-turin-service-from-dec-2018/). Airlineroute.net. 10 July 2018.
25. "LOT Polish Airlines to Launch Tokyo Service from Jan 2016" (http://airlineroute.net/2015/06/18/lo-nrt-jan16/). Airlineroute.net. 18 June 2015. Retrieved 18 June 2015.
26. Liu, Jim (26 January 2017). "LOT Polish Airlines adds Astana service from May 2017" (http://www.pasazer.com/news/271066/lot-polish-airlines-adds-astana-service-from-may-2017/). Routesonline. Retrieved 26 January 2017.
27. "LOT Polish Airlines resumes Beirut service in S19 | Routes" (https://www.routesonline.com/news/38/airlineroute/281571/lot-polish-airlines-resumes-beirut-service-in-s19/).
28. "LOT Polish Airlines extends Beirut to year-round service from late-Oct 2019 | Routes" (https://www.routesonline.com/news/38/airlineroute/285363/lot-polish-airlines-extends-beirut-to-year-round-service-from-late-oct-2019/). Routesonline.com. Retrieved 2022-03-17.
29. Liu, Jim (10 November 2015). "LOT Polish Airlines Adds 3 Eastern European Routes in S16" (http://airlineroute.net/2015/11/10/lo-spring16/). Airline Route. Retrieved 10 November 2015.
30. "LOT Polish Airlines will begin flights from Warsaw to Skopje and Podgorica" (http://www.pasazer.com/news/37636/lot,uruchomi,loty,do,skopje,i,podgoricy.html). pasazer.com. 6 February 2018.
31. "LOT resumes Oslo service in March 2018 :: Routesonline" (https://web.archive.org/web/20171011073144/http://www.routesonline.com/news/38/airlineroute/275174/lot-resumes-oslo-service-in-march-2018/). Archived from the original (http://www.routesonline.com/news/38/airlineroute/275174/lot-resumes-oslo-service-in-march-2018/) on 2017-10-11.
32. "LOT Polish Airlines adds Moscow Domodedovo from June 2018" (https://www.routesonline.com/news/38/airlineroute/276961/lot-polish-airlines-adds-moscow-domodedovo-from-june-2018/). Routesonline. 1 February 2018.
33. "LOT Polish Airlines To Launch Flights To Riyadh In 2024" (https://aviationweek.com/air-transport/airports-networks/lot-polish-airlines-launch-flights-riyadh-2024). aviationweek.com. Retrieved 7 December 2023.
34. "Flight planning | Comfortable travel" (http://www.lot.com/pl/en/routemap). www.lot.com. Retrieved 2016-10-24.

35. "[브레이크뉴스] LOT 폴란드 항공, 10월18일부터 인천-바르샤바 직항 취항" (http://www.breaknews.com/sub_read.html?uid=448985&section=sc3). 22 June 2016.
36. "Wakacje 2020: LOT poleci do kurortów w Grecji, Hiszpanii i Włoch" (https://businessinsider.com.pl/firmy/wakacje-2020-lot-poleci-do-kurortow-w-grecji-hiszpanii-i-wloch/zzf5ewy). 24 June 2020.
37. "LOT POLISH AUNCHES COLOMBO SERVICE FROM W19" (https://www.aviati on24.be/airlines/lot/lot-polish-airlines-launches-seasonal-flights-to-colombo-sri-lanka-from-next-winter/). aviation24.be. 25 Feb 2019.
38. "Pasazer.com: LOT poleci dla Neckermanna do Turcji" (http://www.pasazer.com/news/38130/lot,poleci,dla,neckermanna,do,turcji.html). Pasazer.com. Retrieved 14 August 2018.
39. "air and charter tickets" (https://biletylotnicze.itaka.pl/). itaka.pl. Retrieved
40. "LOT Polish Airlines launches regular flight Kharkiv-Warsaw" (http://cfts.org.ua/news/2016/03/03/polskaya_aviakompaniya_lot_zapustila_regularnyy_reys_kharkov_varshava_32724). CFTS. Retrieved 14 March 2018.
41. "LOT Polish Airlines will fly from Warsaw to Zaporizhzhia from July 2018" (http://www.pasazer.com/news/37728/lot,poleci,z,warszawy,do,zaporoza.html). pasazer.com. 14 February 2018.
42. "LOT Polish Airlines adds London City service from Jan 2019" (https://www.routesonline.com/news/38/airlineroute/279133/lot-polish-airlines-adds-london-city-service-from-jan-2019/). airlineroute. 15 June 2018.
43. "LOT Polish Airlines launches Los Angeles services | Airports & Routes content from ATWOnline" (https://web.archive.org/web/20170815153320/http://atwonline.com/airports-routes/lot-polish-airlines-launches-los-angeles-services). Archived from the original (http://atwonline.com/airports-routes/lot-polish-airlines-launches-los-angeles-services) on 2017-08-15. Retrieved 2017-04-06.
44. "LOT Polish Airlines plans Miami launch in June 2019" (https://www.routesonline.com/news/38/airlineroute/280404/lot-polish-airlines-plans-miami-launch-in-june-2019/). airlineroute. 6 September 2018.
45. "LOT Polish Airlines Resumes Tashkent Flights From Feb 2024" (https://www.aeroutes.com/eng/230703-lofeb24tas). AeroRoutes. 3 July 2023. Retrieved 3 July 2023.
46. "LOT Polish Airlines 2Q24 Tashkent Service Increase" (https://aeroroutes.com/eng/231103-lo2q24tas). AeroRoutes. 3 November 2023. Retrieved 3 November 2023.
47. "LOT Polish Airlines Moves Tashkent Service to mid-March 2024" (https://www.aeroroutes.com/eng/240111-lomar24tas). AeroRoutes. Retrieved 11 January 2024.

## External links

- LOT Polish Airlines (http://www.lot.com/)

Retrieved from "https://en.wikipedia.org/w/index.php?title=List_of_LOT_Polish_Airlines_destinations&oldid=1199943280"