AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| AARON ABADI, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-04033-LJL |
| AMERICAN AIRLINES GROUP, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AZUL LINHAS AÉREAS BRASILEIRAS S.A.

Date: 01/31/2024

/s/ Richard B. Friedman
*Attorney's signature*

Richard B. Friedman    Bar No: 1832765

RICHARD FRIEDMAN PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
*Address*

rfriedman@richardfriedmanlaw.com
*E-mail address*

(212) 600-9539
*Telephone number*

*FAX number*