UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

AARON ABADI

Plaintiff(s)

- v -                                                   **RULE 7.1 STATEMENT**

AMERICAN AIRLINES GROUP
INC., et al

Civil Action No: 1:23-cv-04033-LJL

Defendant(s)                                            Case Number
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

AZUL LINHAS AÉREAS BRASILEIRAS S.A.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

AZUL LINHAS AÉREAS BRASILEIRAS S.A. is a wholly-owned subsidiary of AZUL S.A., which is a listed company in Brazil and in New York. The only owners with more then 10% of AZUL S.A. are Mr. David Neeleman (directly and indirectly) and the TRIP Group.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Not Applicable.

Date  2/1/2024

/s/ Richard B. Friedman
_____
Signature of Attorney

1832765
_____
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022