```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/1/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AARON ABADI,

                Plaintiff,

                23-cv-4033 (LJL)

-v-

                ORDER

AMERICAN AIRLINES GROUP INC., et al.,

                Defendants.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The motion at Dkt. No. 293 is denied without prejudice to renewal within two weeks and consistent with the Court's individual practices. To comply with the Court's individual practices for sealing, a party must (1) file a letter motion publicly explaining the particular reasons for seeking to file under seal; (2) file the document under seal with the text sought to be redacted highlighted; and (3) file the document on the public docket with the confidential information redacted. *See* Liman Individual Practices Attachment B. In the mean time, Dkt. No. 291 will remain under emergency seal.

      SO ORDERED.

Dated: February 1, 2024
       New York, New York

                                          LEWIS J. LIMAN
                                        United States District Judge