UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON ABADI,

                      Plaintiff,

                  -v.-

AMERICAN AIRLINES, INC., *et al.,*

                    Defendants.

No. 23 Civ. 4033 (LJL)

---

## NOTICE OF MOTION TO DISMISS THE COMPLAINT AGAINST FEDERAL DEFENDANTS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Complaint, Defendants the Department of Health and Human Services, Centers for Disease Control and Prevention, National Institutes of Health, Dr. Anthony Fauci, and Dr. Robert Redfield (together, the "Federal Defendants"), by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Complaint pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: February 1, 2024
       New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ *Danielle J. Marryshow*
DANIELLE J. MARRYSHOW
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2689
E-mail: danielle.marryshow@usdoj.gov