Name: Aaron Abadi | DOB: ▮▮▮▮▮▮▮ | MRN: 9141633 | PCP: Yelena Karasina, MD

# Letter Details



**Yelena Karasina, MD**
**NYU LANGONE AMBULATORY CARE WEST SIDE**
355 WEST 52ND ST
NEW YORK NY 10019-6239
Phone: 646-754-2100
Fax: 646-754-2148

December 3, 2020

Patient:      **Mr. Aaron Abadi**
Date of Birth: ▮▮▮▮▮▮▮
Date of Visit: **12/3/2020**

To Whom it May Concern:

Mr. Aaron Abadi is suffering from extreme sensitivity to touch, mostly in the area of his head. For this reason he is unable to wear face mask or face shield, and should not be required to do so.
He has already recovered from COVID, and is not contagious.

Sincerely,

Yelena Karasina, MD

*This letter was initially viewed by Aaron Abadi at 12/7/2020 9:41 AM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2021