# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 1:23-cv-04033-LJL |
| | ) |
| AMERICAN AIRLINES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### STATEMENT OF CORPORATION AFFLIATION OF DEFENDANT SOUTHERN AIRWAYS EXPRESS, LLC D/B/A MOKULELE AIRLINES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant Southern Airways Express, LLC, d/b/a Mokulele Airlines ("Mokulele") certifies that Surf Air Mobility Inc. is the parent company of Southern Airways Express, LLC, which in turn owns Mokulele Airlines.  Surf Air owns 10% or more of the membership interests of Southern Airways

Dated: New York, New York
February 26, 2024

                                        Respectfully submitted,

                                        **STINSON LLP**

                            By:    */s/ Kieran M. Corcoran*
                                        Kieran M. Corcoran (KC4935)
                                        100 Wall Street, Suite 201
                                        New York, New York 10005
                                        Tel: (646) 883-7480
                                        Email: kieran.corcoran@stinson.com

                                        Paul Lackey (PL7651)
                                        2200 Ross Avenue, Suite 2900
                                        Dallas, TX 75201
                                        Tel: (214) 560-2206
                                        Email: paul.lackey@stinson.com

                                                    M. Roy Goldberg *(Admitted Pro Hac Vice)*
                                                     1775 Pennsylvania Avenue, N.W., Suite 800
                                                     Washington, D.C. 20006
                                                     Tel: (202) 728-3005
                                                     Email: roy.goldberg@stinson.com

                                                     ***Attorneys for Southern Airways Express,***
                                                     ***LLC (d/b/a Mokulele Airlines)***

## **CERTIFICATE REGARDING SERVICE**

The undersigned counsel hereby certifies that on February 26, 2024 a copy of this document is being served via CM/ECF on all counsel of record who have agreed to accept service electronically in accordance with the applicable Local Rules and Federal Rules of Civil Procedure.

                                                   */s/ Kieran M. Corcoran*
                                                    Kieran M. Corcoran