UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>   Plaintiff,<br><br>-against-<br><br>**AMERICAN AIRLINES, INC., et al.,**<br><br>   Defendants. | Case 23-CV-4033 (LJL) |

## LETTER/MOTION TO REMOVE FAST COLOMBIA S.A.S. DBA VIVA AIR COLOMBIA AS DEFENDANT

 Plaintiff Aaron Abadi, appearing pro se, hereby informs the Court that Defendant FAST COLOMBIA S.A.S. DBA VIVA AIR COLOMBIA ("Viva Air") has declared insolvency and is presently undergoing liquidation by the Colombian court. In light of this development, Plaintiff respectfully requests the Court to dismiss his complaint against Viva Air and to remove Viva Air as a Defendant.

 Respectfully submitted this 29th day of February, 2024.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com