# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>　　　　Plaintiff,<br><br>-against-<br><br>**AMERICAN AIRLINES, INC., et al.,**<br><br>　　　　Defendants. | **Case 23-CV-4033 (LJL)** |

## LETTER/MOTION TO REMOVE FAST COLOMBIA S.A.S. DBA VIVA AIR COLOMBIA AS DEFENDANT

　　Plaintiff Aaron Abadi, appearing pro se, hereby informs the Court that Defendant FAST COLOMBIA S.A.S. DBA VIVA AIR COLOMBIA ("Viva Air") has declared insolvency and is presently undergoing liquidation by the Colombian court. In light of this development, Plaintiff respectfully requests the Court to dismiss his complaint against Viva Air and to remove Viva Air as a Defendant.

　　Respectfully submitted this 29th day of February, 2024.

*s/Aaron Abadi*
AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com

Pursuant to Federal Rules of Civil Procedure 15 and 21 and the Court's inherent power, Plaintiff's motion is GRANTED and his claims against Defendant FAST Colombia S.A.S. DBA Viva Air Colombia are dismissed. Date: March 4, 2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge