UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
AARON ABADI,

                                Plaintiff,      Case No. 1:23-cv-04033

- *v* -

AMERICAN AIRLINES, INC., ET AL.,      **NOTICE OF UNAVAILABILITY OF COUNSEL**

                                Defendants.
-------------------------------------------------------------------x

      NOTICE IS HEREBY GIVEN that M. Roy Goldberg, counsel for American Airlines, Inc., Delta Air Lines, Inc., JetBlue Airways Corp., Southwest Airlines Co., United Air Lines, Inc., Southern Airways Express, LLC (d/b/a Mokulele Airlines), Roy Goldberg, Robert Land, Debbie Castleton, and Nathalie Sacha will be out of the country between May 24, 2024, and June 4, 2024, and is therefore unavailable during those dates. Counsel respectfully requests that no event requiring immediate attention be noted or scheduled during those dates.

DATED: March 19, 2024
           New York, New York

                                          **STINSON LLP**

                                          /s/ *M. Roy Goldberg*
                                          M. Roy Goldberg *(Admitted Pro Hac Vice)*
                                          1775 Pennsylvania Avenue N.W.
                                          Suite 800
                                          Washington, D.C. 20006
                                          Tel: (202) 785-9100
                                          Email: roy.goldberg@stinson.com

                                          *Attorneys for Defendants American Airlines, Inc., Delta Air Lines, Inc., JetBlue Airways Corp., Southwest Airlines Co., United Air Lines, Inc., Southern Airways Express, LLC (d/b/a Mokulele Airlines), Roy Goldberg, Robert Land, Debbie Castleton, and Nathalie Sacha*