# Richard Friedman PLLC

420 Lexington Avenue, New York, NY 10170
TEL: 212-600-9539
rfriedman@richardfriedmanlaw.com
www.richardfriedmanlaw.com

March 27, 2024

**VIA ECF Filing**

Hon. Lewis J. Liman
United States District Court for the
Southern District of New York
Courtroom 15C
500 Pearl Street
New York, NY 10007

    **Re:**    Aaron Abadi v. American Airlines, Inc. et. al.,
               <u>Southern District of New York Case No. 1:23-cv-04033-LJL</u>

Dear Judge Liman:

      My firm represents Defendant Azul Linhas Aéreas Brasileiras S.A. ("Azul") in the above-referenced action. I write pursuant to ¶ 2 (K) of the Court's Individual Practices in Civil Cases to advise the Court that we have agreed with Plaintiff *Pro Se* Aaron Abadi to extend the deadlines for briefing on Azul's pending Motion to Dismiss the Complaint (the "Motion") (DE No. 338) as follows: (1) Plaintiff's time to file his Opposition to the Motion is extended from April 8, 2024 to and including **April 22, 2024**; and (2) Azul's time to submit a Reply on the Motion is extended from April 22, 2024 to and including **May 13, 2024**.

      There have been no previous requests for any adjournment or for any extension with respect to Azul's Motion.

Respectfully submitted,

/s/ Richard B. Friedman
Richard B. Friedman, Esq.

cc:  Aaron Abadi (via ECF filing)
     All Counsel of Record (via ECF filing)