UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>          Plaintiff,<br><br>-against-<br><br>**AMERICAN AIRLINES, INC., et al.,**<br><br>          Defendants. | Case 23-CV-4033 (LJL) |

**LETTER TO THE COURT – REQUESTING THE COURT CERTIFY THE DECISION AS FINAL UNDER FED. R. CIV. P. 54(B) SUCH THAT THE DECISION MAY BE IMMEDIATELY APPEALED**

*To the extent that Plaintiff's letter can be construed as a request that the Court enter partial judgment pursuant to Federal Rule of Civil Procedure 54(b), the request is denied pending the filing of a formal motion seeking such relief (as to which the Court expresses no view). Date: April 2, 2024*

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman, United States District Judge

United States District Court Southern District of New York

500 Pearl Street, Courtroom 15C

New York, NY 10007

March 31, 2024

Your Honor,

   I am writing in response to your order dated March 29, 2024, regarding the upcoming status conference scheduled for Wednesday, April 24, at 11:00 AM, in Courtroom 15C.

   Firstly, I acknowledge the Court's consideration of the motions to dismiss filed in this case, as well as the efforts to streamline the briefing process in light of the recurring arguments among defendants. I understand that the Court has addressed several key issues in its recent opinion, which may have implications for the remaining motions to dismiss.

In accordance with your directive, I will promptly meet and confer with counsel for the remaining Defendants to work together to propose an approach that is both economical and efficient for the Court's consideration. Specifically, we will explore the possibility of consolidating arguments and submissions where appropriate, particularly on issues that have already been addressed by the Court and may potentially dispose of certain claims.

Additionally, I would like to suggest that if the Court would certify its decision (Doc. 346) as final under Fed. R. Civ. P. 54(b) such that the decision may be immediately appealed, then Plaintiff would appeal right away. Under the circumstances, it may be more convenient for the Court and for the Defendants to put a stay on the entire case in district court until the Appellate Court makes its decision, as it will affect the entire case.

I understand that the outstanding extended deadlines for filing motions to dismiss and related briefing would be adjourned sine die pending approval of a new briefing schedule. We will diligently work towards submitting a proposal for a new set of briefs, which will replace those already submitted, as per the timeline outlined in your order.

Your Honor, I appreciate the Court's guidance and direction in this matter, and I am committed to cooperating fully to facilitate a smooth and expeditious resolution of the remaining issues.

Thank you for your attention to this matter.
Respectfully submitted this 31st day of March, 2024.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038

Tel: 516-639-4100
Email: abadi.rne@gmail.com