

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
16th Floor
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com
Andrew.harakas@clydeco.us
Direct Line: +1 212 710 3920

April 5, 2024

*VIA ECF*
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

**Re:     Abadi v. American Airlines Group Inc.,** *et al.*
**Case No. 1:23-cv-04033-LJL**

Dear Judge Liman:

This office represents defendant EL AL Israel Airlines Limited ("EL AL").  The current deadline for EL AL to file a responsive pleading is April 9, 2024.  In light of the Court's March 29, 2024 Order (ECF No. 348), we understand that this deadline is adjourned *sine die*, until the Court approves a new briefing schedule.

Respectfully yours,

Andrew J. Harakas

cc:     All counsel of record (via ECF)

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Long Beach, Los Angeles, Miami, New Jersey, New York, Orange County, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.