UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br>　　　　Plaintiff,<br>-against-<br>**AMERICAN AIRLINES, INC., et al.,**<br>　　　　Defendants. | **Case 23-CV-4033 (LJL)** |

### PLAINTIFF'S LETTER/MOTION REQUESTING

### REMOTE ACCESS TO CONFERENCE OR ADJOURNMENT

The Honorable Lewis J. Liman
United States District Judge
U.S. District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

April 11, 2024

　　　Your Honor,

　　　I trust this correspondence finds you in good health. I write in response to the Court's Order of March 29, 2024, regarding the upcoming status conference slated for April 24, 2024.

　　　Initially, I wish to extend my appreciation for the Court's diligence in overseeing this matter. Recognizing the significance of adhering to the Court's directives, I am fully committed to actively engaging in the forthcoming proceedings.

　　　However, it is imperative that I bring to the Court's attention a prior commitment which necessitates my absence from April 9, 2024, until May 13, 2024. I also have a Court scheduled conference in Washington DC on May 17, 2024 on a different case. Consequently, I respectfully request your consideration

in permitting my participation in the status conference scheduled for April 24, 2024, either via telephone or through Zoom conferencing. Should the scheduling conference proceed via Zoom or remote video conference, I am available at the originally scheduled date and time.

    Additionally, I would like to apprise the Court that the Plaintiff is currently in India from April 4, 2024, until approximately May 13, 2024. The Plaintiff has been diligently pursuing a business opportunity in India for the past eight years – specifically, the establishment of waste-to-energy power plants for the City of Bangalore, Karnataka, India. The Plaintiff has invested significant personal funds into this project since 2014, with the expectation of its finalization in early 2020. However, due to unforeseen circumstances such as the onset of the COVID-19 pandemic, the project faced setbacks. Notably, the Plaintiff's sensory disability precluded him from wearing a mask, rendering domestic and international travel untenable during the pandemic. This was due to the airlines, trains, and bus companies refusing to honor federal and state laws requiring accommodations for Plaintiff's disability. Consequently, the project lost its investors, leaving the Plaintiff with a loss of all his money invested, and without income or prospects, which precipitated the initiation of this lawsuit and several other similar lawsuits.

    Recently, the Plaintiff secured a new financing commitment for the project and has been dispatched to India to finalize the deal on behalf of this new investor. Given the urgency of this matter for the Plaintiff's financial stability and the well-being of his family, I respectfully implore the Court for understanding and accommodation regarding this request. It would be inequitable for the Plaintiff to be compelled to choose between securing an income and safeguarding his legal rights.

    In the event that remote attendance is not feasible, I humbly request the Court to adjourn the conference until after my return on May 13, 2024 (with the exception of May 17). I assure the Court of my unwavering dedication to this case and my intention to actively participate in the proceedings as mandated.

I have conferred with opposing counsel, who all expressed no opposition to this request.[1]

I'd like to provide an explanation for the delay in filing this request. According to the guidelines outlined in the Individual Practices in Civil Cases of this Court, it is stipulated that:

4. "Conferences
A. Teleconferences. Unless otherwise ordered by the Court, all conferences and proceedings in civil cases will be held by telephone. The parties should call into the Court's dedicated conference line at (888) 251-2909 and enter Access Code 2123101 followed by the pound (#) key."

Based on this provision, I assumed our conference would also be conducted via telephone. However, upon consulting with opposing counsel, I agreed to confirm this with the Court directly. Upon contacting the Pro SE Office as required by those same rules, I was informed that the conference is scheduled to be held in-person in the Courtroom.

Thank you for your diligent consideration of this matter, and I am grateful for your understanding of the circumstances at hand. Please do not hesitate to contact me should further information or clarification be required from my end.

Respectfully submitted on this 11th day of April 2024.

s/Aaron Abadi

Aaron Abadi, pro se
82 Nassau Street Apt 140
New York, NY 10038
516-639-4100
Email: aa@neg.com

Although the Court's March 29, 2024 order was abundantly clear that the upcoming status conference was to be held in person, Plaintiff's motion is GRANTED, and the status conference is rescheduled for May 15, 2024 at 10AM and will be held **in-person** in Courtroom 15C, 500 Pearl Street, New York, NY 10007. No further adjournments will be granted.
Date: April 15, 2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

---

[1] Southern Airways, Southwest Airlines, Delta Air Lines, United Air Lines, JetBlue Airways and American Airlines also take no position on this request. However, if the conference is rescheduled, they ask that it not be rescheduled between May 24 and June 3, 2024.