UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AARON ABADI,                                          :
                                  Case No. 1:23-cv-04033-LJL
             Plaintiff,             :

      - against -                               :     **NOTICE OF MOTION PURSUANT TO**
AMERICAN AIRLINES GROUP INC., et al,   :     **FED. R. CIV. P. 60**

            Defendants.             :

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated April 16, 2024 and upon all prior pleadings and proceedings in this action, Defendant Miguel Morel hereby moves this Court under Rule 60 of the Federal Rules of Civil Procedure for an Order modifying or amending its Opinion & Order dated March 29, 2024 [DE 346], to reflect Attorney Morel's joinder of the Motion to Dismiss underlying the Court's decision. [DE 179-180, 262].

**PLEASE TAKE FURTHER NOTICE** that opposing papers and affidavits, if any, are to be served on or before May 14, 2024, in accordance with the Court's Individual Practice Rule 2(K). Pursuant to the Court's Individual Rule of Practice 2(I), the page limits for briefing are as follows: (1) 25 pages for the opening Memorandum of Law; (2) 25 pages for Plaintiff's Opposition; and (3) 10 pages for Defendant's Reply.

Dated: New York, New York
       April 16, 2024

                                                     CONDON & FORSYTH LLP

                                                     BY: /s/ Jonathan E. DeMay
                                                          Jonathan E. DeMay (JD 3604)
                                                          jdemay@condonlaw.com
                                                           Zachary Groendyk
                                                           zgroendyk@condonlaw.com
                                                           7 Times Square, 18th Floor
                                                           New York, New York 10036
                                                           (212) 490-9100

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT )
) ss.:
SOUTHERN DISTRICT OF NEW YORK )

Matthew Aisenberg, duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in New York, New York. That on the 16th day of April 2024, deponent served a copy of the within **NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 60** upon:

Aaron Abadi, *pro se*
82 Nassau Street, Apt. 140
New York, NY 10038

via ECF filing and at the address designated by said pro se litigant for that purpose by depositing same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Matthew Aisenberg

Sworn to before me this
16th day of April, 2024

_____
Notary Public

LORRAINE A. LINDSAY
Notary Public, State of New York
No. 01LI6185817
Qualified in King County
Commission Expires April 21, 2024