UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AARON ABADI<br>    Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC., *et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:23-CV-04033-LJL |

## ORDER ON ADMISSION PRO HAC VICE

The motion of <u>Alex J Whitman</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>Texas and Florida</u>; and that his/her contact information is as follows (please print):

Applicant's Name: <u>Alex J. Whitman</u>

Firm Name: <u>Cunningham Swaim, LLP</u>

Address: <u>4015 Main Street, Suite 200</u>

City/ State/ Zip: <u>Dallas, Texas 75226</u>

Telephone/ Fax: <u>(214) 646-1495/(214) 613-1163</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Silver Airways, LLC</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: <u>April 17, 2024</u>

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge