UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>            *Plaintiff*,<br><br>vs.<br><br>AMERICAN AIRLINES GROUP, INC., et al.,<br><br>            *Defendants*. | Docket No: 23-cv-04033-LJL<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Brian Maye, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the of Illinois, North Carolina, and Washington D.C., and that his contact information is as follows:

> Brian T. Maye
> HINSHAW & CULBERTSON LLP
> 151 North Franklin Street, Suite 2500
> Chicago, IL  60606
> Tel. (312) 422-5713
> Fax  (312) 704-3001

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Allegiant Air, LLC and Frontier Airlines, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated: __April 17__, 2024

_____
LEWIS J. LIMAN
United States District Judge

1066524\315226047.v2