UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br>　　　　Plaintiff,<br>-against-<br>**AMERICAN AIRLINES, INC., et al.,**<br>　　　　Defendants. | Case 23-CV-4033 (LJL) |

### LETTER FOR THE COURT – Re: Motion Response Due Date

To the Honorable Judge:

On April 15, 2024, Defendant Miguel Morel filed a Motion (Docs. 359 & 360) to "modify or amend the Court's Opinion and Order on the Motion to Dismiss by certain airline defendants…" In that Motion Defendant wrote the following:

"…opposing papers and affidavits, if any, are to be served on or before May 14, 2024…"

However, I am confused, as earlier the Court put all motions on hold. Please clarify for us when my response to this motion is actually due.

Much appreciated,

Respectfully submitted this Eighth day of May, 2024.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com