AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| AARON ABADI, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-04033-LJL |
| AMERICAN AIRLINES GROUP INC., et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

British Airways, P.L.C., Matthew Roberts, Iberia Lineas Aereas De Espana, S.A. Operadora, Sociedad Unipersonal*.

Date: 05/14/2024

*Attorney's signature*

Zachary D. Groendyk - ZG0239
*Printed name and bar number*

Condon & Forsyth LLP
7 Times Square
New York, New York 10036
*Address*

zgroendyk@condonlaw.com
*E-mail address*

(212) 894-6768
*Telephone number*

(212) 370-4453
*FAX number*

*LATAM Airlines Group S.A., Aerovias de Mexico S.A. de C.V. dba Aeromexico, Royal Air Maroc, Concesionaria Vuela Compania de Aviacion, S.A.P.I. de C.V. dba Volaris, Transportes Aereos Portugueses, S.A., Spirit Airlines, Inc., Polskie Linie Litnicze LOT S.A., Avianca, Inc., Singapore Airlines Limited, Miguel Morel, Scandinavian Airlines of North America, Inc.