UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br>　　　　Plaintiff,<br>-against-<br>**AMERICAN AIRLINES, INC., et al.,**<br>　　　　Defendants. | **Case 23-CV-4033 (LJL)** |

### LETTER FOR THE COURT – Re: Motion For Service

To the Honorable Judge,

　　On May 31, 2024 (Dkt 377), this Court directed the Plaintiff to "file a letter on the docket indicating whether he withdraws the motion at Dkt. No. 367." The Court highlighted that the "claims against those three airlines are 'inextricably intertwined' with the claims against the other airlines… thereby likely precluding the Court from entering judgment pursuant to Rule 54(b)."

　　Plaintiff appreciates the Court's attention to ensuring the best interests of all parties involved. Plaintiff respectfully requests that the Court rule on the Motion, allowing the United States Marshals to serve the defendants. If service is completed in a timely manner, it is likely the defendants will agree to a stipulation similar to that agreed upon by the other airlines. Should the Court deny the motion, or if any of the three airlines refuse to sign the stipulation, Plaintiff will determine the next steps at that time. Plaintiff believes it would be counterproductive to disclose his strategy prematurely.

There remains sufficient time until July 19, 2024, the deadline for the Government's final Reply. Until then, Plaintiff intends to pursue action against the three airlines that have repeatedly ignored waiver requests.

Wherefore, Plaintiff respectfully requests the Court to rule on the Motion.

Much appreciated,

Respectfully submitted this 1st Day of June, 2024.

*s/Aaron Abadi*

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com