**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| AARON ABADI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-04033-LJL |
| | ) | |
| AMERICAN AIRLINES GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW APPEARANCE OF EVAN M. KWARTA**

Pursuant to Local Rule 1.4, the undersigned hereby requests that the Court permit him to withdraw as counsel of record in this matter for Defendant Frontier Airlines, Inc. and in support of that motion states as follows:

1.     Frontier Airlines, Inc. will continued to be represented in this matter by Brian T. Maye at his new firm Fitzpatrick, Hunt, & Pagano, LLP.

2.     The undersigned's requested withdrawal is with the consent and at the instruction of Frontier Airlines, Inc.

3.     The undersigned is not asserting any lien.

4.     The undersigned will remain as counsel of for Defendant Allegiant Air, LLC

5.     The undersigned therefore respectfully requests that the Court So Order the undersigned's withdrawal for Defendant Frontier Airlines, Inc.

Dated: June 6, 2024                          Respectfully submitted,
         New York, NY

**HINSHAW & CULBERTSON, LLP**

/s/ Evan Kwarta
Evan M. Kwarta
SDNY Bar No.: EK0712
NY Bar No.: 4401543
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Phone: (212) 471-6200
Fax:    (212) 935-1166
Email: ekwarta@hinshawlaw.com

**<u>SO ORDERED:</u>**

_____
The Honorable Lewis J. Liman

Dated:_____