```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/7/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
AARON ABADI,                                                       :
:
                          Plaintiff,                               :
:                        23-cv-4033 (LJL)
           -v-                                                     :
:                        ORDER
AMERICAN AIRLINES GROUP INC, et al.,                               :
:
                          Defendants.                              :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On May 31, 2024, Plaintiff and Defendants Allegiant Air, LLC; Asiana Airlines Inc.; Azul Linhas Aéreas Brasileiras S.A.; Austrian Airlines AG; Air Canada; Cathay Pacific Airways, Limited; EL AL Israel Airlines Ltd.; Emirates; Etihad Airways PJSC dba Etihad Airways Company; Eva Airways Corporation; Finnair OYJ; Frontier Airlines, Inc.; Gulf Air Group Holding Company B.S.C. (c) (incorrectly named in Plaintiff's Complaint as "Gulf Air Holding B.S.C."); Alia - The Royal Jordanian Airlines Company dba Royal Jordanian Airlines; Kenya Airways; Korean Air Lines Co., Ltd.; Deutsche Lufthansa Aktiengesellschaft (incorrectly named in Plaintiff's Complaint as "Lufthansa Systems Americas, Inc."); Southern Airways Express, LLC dba Mokulele; Philippine Airlines; Qatar Airways Group Q.C.S.C. (incorrectly named in Plaintiff's Complaint as "Qatar Airways Q.C.S.C. dba Quatar Airways Q.C.S.C. Corporation"); Swiss International Air Lines AG; Air Tahiti Nui; Turk Hava Yollari Anonim Ortakligi (incorrectly named in Plaintiff's Complaint as "Turkish Airlines, Inc."); Anita Ayala; MedAire, Inc.; and Center for Emergency Medicine of Western Pennsylvania, Inc. dba STAT-MD (collectively the "Stipulating Defendants"), stipulated to dismissal of all of Plaintiff's claims against the Stipulating Defendants.

      Accordingly, the outstanding motions to dismiss on the part of the Stipulating Defendants, 212, 217, 232, 234, 264, 272, 331, 338, are denied as moot.

      The Clerk of Clerk is respectfully directed to close Dkt. Nos. 212, 232, 234, 264, 272, 331, 338.

      SO ORDERED.

Dated: June 7, 2024
      New York, New York
                                                                   LEWIS J. LIMAN
                                                           United States District Judge