```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
AARON ABADI,                                                     :
                                                                 :
                        Plaintiff,                               :
                                                                 :        23-cv-4033 (LJL)
        -v-                                                      :
                                                                 :        ORDER
AMERICAN AIRLINES GROUP INC, et al.,                             :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/7/24

LEWIS J. LIMAN, United States District Judge:

Before the Court is Plaintiff Aaron Abadi's amended motion for alternative service on three airline defendants: Air China Limited, China Southern Airlines Company Limited, and Sun Country, Inc. doing business as Sun Country Airlines.[1]  Dkt. No. 367.  The motion is granted.

The United States Marshals Service is directed to serve Plaintiff's complaint and summons on Defendant Air China at the following address:

   Air China Limited
   350 Fifth Avenue Suite 6905
   New York, NY 10118

The United States Marshals Service is directed to serve Plaintiff's complaint and summons on Defendant China Southern Airlines Company Limited at the following address:

   China Southern Airlines Co. Ltd
   17800 Castleton Street suite 488
   City of Industry, CA 91748

The United States Marshals Service is directed to serve Plaintiff's complaint and summons on Defendant Sun Country, Inc. doing business as Sun Country Airlines at the following address:

   Sun Country Airlines
   2005 Cargo Road
   Minneapolis, MN 55450

---

[1] The Court denied Plaintiff's first motion for alternative service on the three airlines, Dkt. No. 323, without prejudice to refiling with legal authority, Dkt. No. 366.

The Clerk of Court is respectfully directed to close Dkt. Nos. 323 and 367.

SO ORDERED.

Dated: June 7, 2024
      New York, New York

                                           LEWIS J. LIMAN
                                    United States District Judge