UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>AMERICAN AIRLINES, INC., *et al.*,<br><br>                    Defendants. | No. 23 Civ. 4033 (LJL) |

### NOTICE OF MOTION TO DISMISS THE COMPLAINT AGAINST FEDERAL DEFENDANTS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Complaint, Defendants the Department of Health and Human Services, Centers for Disease Control and Prevention, National Institutes of Health, Dr. Anthony Fauci, Dr. Robert Redfield, the Department of Transportation, Pete Buttigieg, Secretary of the Department of Transportation, the Transportation Security Administration, David P. Pekoske, Administrator of the Transportation Security Administration, the Department of Justice, and Erinn Bostic, by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: June 28, 2024
      New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ *Danielle J. Marryshow*
DANIELLE J. MARRYSHOW
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2689
E-mail: danielle.marryshow@usdoj.gov