**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AARON ABADI,

                Plaintiff,

    -against-                                  23 **CIVIL** 4033 (LJL)

                                                **JUDGMENT**

AMERICAN AIRLINES, INC., et al.,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 16, 2024, Defendants' motions to dismiss are granted; accordingly, the case is closed.

**Dated:**  New York, New York

        August 19, 2024

                                                      **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                            **BY:**

                                                      **Deputy Clerk**